# EXHIBIT 2

(Final Environmental Assessment available at: https://new.mta.info/document/110751)

(PDF to follow on docket)