# EXHIBIT 9

(Final Environmental Assessment - Appendix 17) available at: https://new.mta.info/document/111056)

(PDF to follow on docket)