UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, <br><br> Defendants. | Civil Action No. |

## NOTICE OF APPEARANCE

I, Randy M. Mastro, am admitted to practice in this Court and hereby enter my appearance as counsel for Plaintiff State of New Jersey.

Dated:  July 21, 2023

/s/ Randy M. Mastro
Randy M. Mastro
New Jersey Bar No. 011681982
**KING & SPALDING LLP**
1185 Avenue of the Americas, 34th Fl.
New York, NY 10036
Tel:    (212) 556-2100
Fax:   (212) 556-2222
Email: rmastro@kslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel registered to receive ECF notifications in this case.

*/s/ Randy M. Mastro*
Randy M. Mastro
New Jersey Bar No. 011681982
**KING & SPALDING LLP**
1185 Avenue of the Americas, 34th Fl.
New York, NY 10036
Tel:   (212) 556-2100
Fax:   (212) 556-2222
Email: rmastro@kslaw.com

*Counsel for Plaintiff State of New Jersey*