## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                                                                     */s/ Randy M. Mastro*  
                                                                                     Randy M. Mastro