# Exhibit A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY, | |
| Plaintiff, | Case No. _____ |
| v. | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, | |
| Defendants. | |

**CERTIFICATION OF LAUREN KOBRICK MYERS IN SUPPORT**
**OF APPLICATION FOR *PRO HAC VICE* ADMISSION**

Lauren Kobrick Myers hereby certifies as follows:

1.      I am an attorney in the law firm of King & Spalding LLP.

2.      I submit this Certification pursuant to Local Rule 101.1(c) in connection with

Plaintiff State of New Jersey's application seeking my admission to participate *pro hac vice* in this

matter.

3.      I certify that I am eligible for *pro hac vice* admission to this Court and am a member

in good standing and admitted to practice in the bar of the state of New York in 2018.  A Certificate

of Good Standing from the State Bar of New York is attached as Exhibit 1.

4.      I certify that I am not currently under suspension or other disciplinary action with

respect to my practice and have not been denied admission or disciplined by the Courts of the State

of New Jersey, United States District Court for the District of New Jersey, or by any other court.

5.    I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the Court pursuant to Local Rule 101.1(c) of the United States District Court for the District of New Jersey, and I have access to or have acquired a copy of the Local Rules of this Court and am familiar with such Rules.

6.    In accordance with Local Rule 101.1(c)(2), I agree to make payment to the New Jersey Lawyers' Fund for Client Protection, as may be required by New Jersey Court Rule 1:28-2(a).

7.    In accordance with Local Rule 101.1(c)(3), I agree to make payment to the Clerk of the United States District Court.

I certify under penalty of perjury that the foregoing is true and correct.

*Lauren K. Myers*

Lauren K. Myers

Dated this 20ᵗʰ day of July 2023.

*Phyllis DiGiaimo*

Notary Public

PHYLLIS DiGIAIMO
NOTARY PUBLIC, State of New York
No. 30-4830836
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires July 31, 2025

2

# Exhibit 1



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

————————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Lauren Kobrick Myers

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 22, 2018**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on July 5, 2023.

*Clerk of the Court*

CertID-00127070



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020