UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-03885-BRM-LDW |

**APPLICATION FOR ADMISSION *PRO HAC VICE*
OF PETER HSIAO PURSUANT TO D. N.J. L. CIV. R. 101.1**

　　Randy M. Mastro (the "Movant"), a member in good standing of the Bar of the State of New Jersey, an attorney admitted to practice before the United States District Court for the District of New Jersey, and an attorney with the law firm of King and Spalding LLP, hereby moves the Court to enter an order permitting Peter Hsiao (the "Proposed Admittee") to practice *pro hac vice* before the United States District Court for the District of New Jersey, and to represent Plaintiff State of New Jersey in the above-captioned action.  In support of this Application, the Movant certifies as follows:

　　1.　　Proposed Admittee is a member in good standing of the Bar of the State of California and is not currently under suspension or other disciplinary action with respect to his practice.

2. Proposed Admittee has not been denied admission or disciplined by the Courts of the State of California, United States District Court for the District of New Jersey, or by any other court.

3. Attached hereto as Exhibit A is the Certification of the Proposed Admittee

4. Attached hereto as Exhibit B is a Proposed Order for Admission *pro hac vice*.

5. No previous motion has been made for the relief sought herein.

6. I will comply with L. Civ. R. 101.1(c) and will be held responsible for the conduct of the Proposed Admittee.

7. I will make sure that the Proposed Admittee will comply with L. Civ. R. 101.1(c).

8. I or another attorney admitted to practice before the United States District Court for the District of New Jersey will sign all pleadings, briefs, and other papers filed with the Court.

9. I or another attorney admitted to practice before the United States District Court for the District of New Jersey will make all Court appearances required by the Court and the Local Rules.

WHEREFORE, Plaintiff State of New Jersey requests entry of the attached order and such other and further relief as is just.

Respectfully submitted this 2nd day of August 2023.

>*/s/ Randy M. Mastro*
>Randy M. Mastro
>KING & SPALDING LLP
>1185 Avenue of the Americas, Floor 36
>New York, New York 10036
>Telephone: (212) 556-2100
>Facsimile: (212) 556-2222
>Email: rmastro@kslaw.com
>
>*Counsel for Plaintiff State of New Jersey*