**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>                Defendants. | Case No. 2:23-cv-03885-BRM-LDW |

**CERTIFICATION OF PETER HSIAO IN SUPPORT**
**OF APPLICATION FOR *PRO HAC VICE* ADMISSION**

Peter Hsiao hereby certifies as follows:

    1.    I am an partner in the law firm of King & Spalding LLP.

    2.    I submit this Certification pursuant to Local Rule 101.1(c) in connection with Plaintiff State of New Jersey's application seeking my admission to participate *pro hac vice* in this matter.

    3.    I certify that I am eligible for *pro hac vice* admission to this Court and am a member in good standing and admitted to practice in the bar of the state of California in 1985.  A Certificate of Good Standing from the State Bar of California is attached as Exhibit 1.

    4.    I certify that I am not currently under suspension or other disciplinary action with respect to my practice and have not been denied admission or disciplined by the Courts of the State of New Jersey, United States District Court for the District of New Jersey, or by any other court.

5.  I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the Court pursuant to Local Rule 101.1(c) of the United States District Court for the District of New Jersey, and I have access to or have acquired a copy of the Local Rules of this Court and am familiar with such Rules.

6.  In accordance with Local Rule 101.1(c)(2), I agree to make payment to the New Jersey Lawyers' Fund for Client Protection, as may be required by New Jersey Court Rule 1:28-2(a).

7.  In accordance with Local Rule 101.1(c)(3), I agree to make payment to the Clerk of the United States District Court.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Peter Hsiao

State of California           )

Cunty of Los Angeles          )

Subscribed and sworn before me this 1st day of August, 2023 by Peter Hsiao, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public

SUSAN R. SARFF
Notary Public - California
Los Angeles County
Commission # 2397124
My Comm. Expires Mar 16, 2026

# Exhibit 1

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

July 20, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PETER HSIAO, #119881 was admitted to the practice of law in this state by the Supreme Court of California on December 10, 1985 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records