## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing counsel of record.

<u>/s/ Randy M. Mastro</u>
Randy M. Mastro