# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**STATE OF NEW JERSEY,**
*Plaintiff*

V.　　　　　　　　**SUMMONS IN A CIVIL CASE**

**UNITED STATES DEPARTMENT OF TRANSPORTATION, ET AL.,**
*Defendant*

CASE NUMBER: **2:23-CV-03885-BRM-LDW**

TO: *(Name and address of Defendant):*  Philip R. Sellinger
United States Attorney for the District of New Jersey
c/o Civil Process Clerk
United States Attorney's Office
District of New Jersey
970 Broad Street
7th Floor, Room 700
Newark, NJ 07102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Randy M. Mastro
King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**  _____



**ISSUED ON 2023-07-25 15:23:29,** Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE July 27, 2023 |
|---|---|
| NAME OF SERVER *(PRINT)* Phyllis DiGiaimo | TITLE Legal Practice Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date): _____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left: _____ ; or

☐ Returned unexecuted: _____ ; or

☒ Other (specify): I served the summons on the defendant via USPS First Class Certified Mail on July 27, 2023. Copies of the Certified Receipt and delivery confirmation are attached hereto.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 2, 2023
                    Date

*Signature of Server*  /s/ Phyllis DiGiaimo

*Address of Server*   King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036



**Tracking Number:**
## 70153430000094068428

◻ Copy    ⚡ Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 1:07 pm on July 28, 2023 in NEWARK, NJ 07102.

✓ **Delivered**
Delivered, Front Desk/Reception/Mail Room
NEWARK, NJ 07102
July 28, 2023, 1:07 pm

See All Tracking History

**Get More Out of USPS Tracking:**
📋 USPS Tracking Plus®

Text & Email Updates                    ⌄

USPS Tracking Plus®                     ⌄

Product Information                     ⌄

See Less ∧