# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**STATE OF NEW JERSEY,**
*Plaintiff*

                V.        **SUMMONS IN A CIVIL CASE**

**UNITED STATES DEPARTMENT OF TRANSPORTATION, ET AL.,**
*Defendant*

CASE NUMBER: **2:23–CV–03885–BRM–LDW**

TO: *(Name and address of Defendant):*   Shailen Bhatt
Administrator of the Federal Highway Administration
Federal Highway Administration
Southeast Federal Center Building
1200 New Jersey Avenue, SE
Room E87-314
Washington, DC 20590

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

        Randy M. Mastro
        King & Spalding LLP
        1185 Avenue of the Americas
        34th Floor
        New York, NY 10036

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**



**ISSUED ON 2023–07–25 15:23:29**, Clerk
USDC NJD

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE July 27, 2023 |
| NAME OF SERVER *(PRINT)* Terry Traynham | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____ _____; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date):_____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left: _____; or

☐ Returned unexecuted: _____ _____ _____; or

X Other (specify): I served the summons on the defendant via USPS First Class Certified Mail on July 27, 2023. Copies of the Certified Receipt and delivery confirmation are attached hereto.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 2, 2023           *Terry Traynham*
                  Date                    *Signature of Server*

                                         King & Spalding LLP
                        *Address of Server*  1700 Pennsylvania Avenue, NW
                                         Suite 900
                                         Washington, D.C. 20006



**Tracking Number:**

# 70203160000184915782

 Copy     Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:55 am on July 28, 2023 in WASHINGTON, DC 20590.

**Get More Out of USPS Tracking:**
 USPS Tracking Plus®

### ✓ Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20590
July 28, 2023, 9:55 am

See All Tracking History