# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**STATE OF NEW JERSEY,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**UNITED STATES DEPARTMENT OF TRANSPORTATION, ET AL.,**
*Defendant*

CASE NUMBER: **2:23-CV-03885-BRM-LDW**

TO: *(Name and address of Defendant):*

Richard J. Marquis
Division Administrator of the New York Division
 of the Federal Highway Administration
Federal Highway Administration
New York Division Office
Lee W. O'Brien Federal Building
11A Clinton Avenue
Room 719
Albany, NY 12207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Randy M. Mastro
King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT** _____



ISSUED ON **2023-07-25 15:23:29**, Clerk
USDC NJD

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | July 27, 2023 |
| NAME OF SERVER *(PRINT)* Phyllis DiGiaimo | TITLE | Legal Practice Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date):_____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left: _____ ; or

☐ Returned unexecuted: _____ ; or

☒ Other (specify): I served the summons on the defendant via USPS First Class Certified Mail on July 27, 2023. Copies of the Certified Receipt and delivery confirmation are attached hereto.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    August 2, 2023
                      Date

*Signature of Server* [signature: Phyllis DiGiaimo]

*Address of Server*    King & Spalding LLP
                       1185 Avenue of the Americas
                       34th Floor
                       New York, NY 10036



**Tracking Number:**
**70153430000094068435**

Copy    Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 11:11 am on July 31, 2023 in ALBANY, NY 12207.

**Delivered**
Delivered, Front Desk/Reception/Mail Room
ALBANY, NY 12207
July 31, 2023, 11:11 am

See All Tracking History

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

Text & Email Updates

USPS Tracking Plus®

Product Information

**Postal Product:**

**Features:**
Certified Mail™