# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>　　　　　Defendants. | Civil Action No.<br><br>23-3885 (BRM) (LDW)<br><br>**ORDER GRANTING *PRO HAC VICE* ADMISSION OF JESSICA BENVENISTY & LAUREN MYERS** |

**THIS MATTER** having come before the Court on the motions of Randy M. Mastro, attorney for Plaintiff, for the admission *pro hac vice* of Jessica Benvenisty, Esq. and Lauren Kobrick Myers, Esq., pursuant to Local Civil Rule 101.1(c); and the Court having considered the certifications in support of the application, which reflect that counsel satisfy the requirements set forth in Local Civil Rule 101.1(c); and no opposition having been filed; and for good cause shown,

**IT IS** on this day, August 10, 2023:

**ORDERED** that the applications for admission *pro hac vice* of Jessica Benvenisty, Esq. and Lauren Kobrick Myers, Esq. are granted; and it is further

**ORDERED** that Jessica Benvenisty and Lauren Kobrick Myers shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

**ORDERED** that Randy M. Mastro or another member of his firm admitted to practice in New Jersey as local counsel shall (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served with all papers in this action and such service shall be deemed

sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers submitted to this Court; (d) enter appearances for parties; and (e) be responsible for the conduct of the cause and counsel in this matter; and it is further

**ORDERED** that Jessica Benvenisty and Lauren Kobrick Myers shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Jessica Benvenisty and Lauren Kobrick Myers shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that the Clerk of Court shall terminate the motions at ECF Nos. 4 and 5.

      *s/ Leda Dunn Wettre*
      Hon. Leda Dunn Wettre
      United States Magistrate Judge