# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>                    Defendants. | Case No. 2:23-cv-03885-BRM-LDW |

**CERTIFICATION OF CYNTHIA ANNE MAY STROMAN IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION**

Cynthia Anne May Stroman hereby certifies as follows:

1. I am a partner in the law firm of King & Spalding LLP.

2. I submit this Certification pursuant to Local Rule 101.1(c) in connection with Plaintiff State of New Jersey's application seeking my admission to participate *pro hac vice* in this matter.

3. I certify that I am eligible for *pro hac vice* admission to this Court and am a member in good standing and admitted to practice in the bar of the state of Texas in 1994, the bar of the State of Maryland in 1998 and the bar of the District of Columbia in 1999. Certificates of Good Standing from the State Bar of Texas, the State Bar of Maryland and the Bar of the District of Columbia are attached as Exhibit 1.

4. I certify that I am not currently under suspension or other disciplinary action with respect to my practice and have not been denied admission or disciplined by the Courts of the State of New Jersey, United States District Court for the District of New Jersey, or by any other court.

5. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the Court pursuant to Local Rule 101.1(c) of the United States District Court for the District of New Jersey, and I have access to or have acquired a copy of the Local Rules of this Court and am familiar with such Rules.

6. In accordance with Local Rule 101.1(c)(2), I agree to make payment to the New Jersey Lawyers' Fund for Client Protection, as may be required by New Jersey Court Rule 1:28-2(a).

7. In accordance with Local Rule 101.1(c)(3), I agree to make payment to the Clerk of the United States District Court.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Cynthia Anne May Stroman

Dated this 15th day of August 2023.

_____
Notary Public

JULIE C. CRAWFORD
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 31, 2027



2

# Exhibit 1

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 20, 2023

Re: Ms. Cynthia A. M. Stroman, State Bar Number 00791748

To Whom It May Concern:

This is to certify that Ms. Cynthia A. M. Stroman was licensed to practice law in Texas on November 04, 1994, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

# Supreme Court of Maryland

Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the twenty-fourth day of June, 1998,

### *Cynthia Anne May Stroman*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the eighteenth day of September, 2023.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twentieth day of July, 2023.

_Gregory Hilton_
Clerk of the Supreme Court of Maryland



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# Cynthia AM Stroman

*was duly qualified and admitted on December 10, 1999 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on July 20, 2023.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*