**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Randy M. Mastro
Randy M. Mastro