UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>Defendants. | Civil Action No.<br><br>23-3885 (BRM) (LDW)<br><br>**ORDER GRANTING *PRO HAC VICE* ADMISSION OF PETER HSIAO** |

**THIS MATTER** having come before the Court on the motion of Randy M. Mastro, attorney for Plaintiff, for the admission *pro hac vice* of Peter Hsiao, Esq., pursuant to Local Civil Rule 101.1(c); and the Court having considered the certifications in support of the application, which reflect that counsel satisfies the requirements set forth in Local Civil Rule 101.1(c); and no opposition having been filed; and for good cause shown,

**IT IS** on this day, August 23, 2023:

**ORDERED** that the application for admission *pro hac vice* of Peter Hsiao is granted; and it is further

**ORDERED** that Peter Hsiao shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

**ORDERED** that Randy M. Mastro or another member of his firm admitted to practice in New Jersey as local counsel shall (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served with all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers submitted to this

Court; (d) enter appearances for parties; and (e) be responsible for the conduct of the cause and counsel in this matter; and it is further

**ORDERED** that Peter Hsiao shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** Peter Hsiao shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3).

*s/ Leda Dunn Wettre*  
Hon. Leda Dunn Wettre  
United States Magistrate Judge