## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, *Plaintiff,*  v.  UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., *Defendants.* | Civil Action No. 2:23-cv-03885-BRM-LDW  **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vic*e counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: August 30, 2023

/s/ Randy M. Mastro
Randy M. Mastro
New Jersey Bar No. 011681982
**KING & SPALDING LLP**

PRO HAC VICE ATTORNEY INFORMATION

Name: Jessica Benvenisty

Address: King & Spalding LLP
1185 Avenue of the Americas, 34th Fl.
New York, NY 10036

E-mail: jbenvenisty@kslaw.com