UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>      Defendants. | Case No. 2:23-cv-03885-BRM-LDW |

**ORDER FOR ADMISSION *PRO HAC VICE***

This matter having been brought before the Court by Randy M. Mastro, Esq., of King & Spalding LLP, attorney for Plaintiff State of New Jersey, on application to allow Cynthia Anne May Stroman, Esq., a partner with the law firm of King & Spalding LLP, to appear and participate *pro hac vice*; and the Court having considered the supporting papers; and there being no opposition to this application; and for good cause shown;

IT IS on this  7th  day of        September       , 2023,

ORDERED that the application of Cynthia Anne May Stroman be and hereby is granted; and it is further

ORDERED that Cynthia Anne May Stroman, a member in good standing of the Bar of the State of Texas, the Bar of the State of Maryland and the Bar of the District of Columbia, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by a partner or associate of the law firm of King & Spalding LLP, attorneys of record for Plaintiff, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

ORDERED that Cynthia Anne May Stroman, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2(a) within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Cynthia Anne May Stroman, Esq., shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Cynthia Anne May Stroman, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

ORDERED that Cynthia Anne May Stroman, Esq., shall notify this Court immediately of any disciplinary charges brought against him in the Bar of any other court; and it is further

ORDERED that Cynthia Anne May Stroman, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

ORDERED that King & Spalding LLP may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

*Leda Dunn Wettre*
Leda Dunn Wettre, U.S.M.J.