# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| STATE OF NEW JERSEY, | ) |
| *Plaintiff*, | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) No. 23-3885 <br> ) Hon. Brian R. Martinotti |
| *Defendants*. | ) |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter the appearance of Gregory M. Cumming as counsel for Defendants the U.S. Department of Transportation, the Federal Highway Administration ("FHWA"), Shailen Bhatt, in his official capacity as Administrator of FHWA, and Richard J. Marquis, in his official capacity as Division Administrator of the New York Division of FHWA.

Service of all papers by U.S. Mail should be addressed as follows:

> Gregory M. Cumming
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources
> Division Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> (202) 305-0457
> gregory.cumming@usdoj.gov

Overnight and hand deliveries should be addressed to:

> Gregory M. Cumming
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources

Division Natural Resources Section
150 M St., N.E., Room 3.139
Washington, D.C. 20002

Respectfully submitted this 18th day of September, 2023,

        TODD KIM
        Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

        */s/ Gregory M. Cumming*
        Gregory M. Cumming (D.C. Bar No. 1018173)
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        150 M St., N.E.
        Washington, D.C. 20002
        (202) 305-0457 (phone)
        (202) 598-0414 (cell)
        gregory.cumming@usdoj.gov

        *Counsel for Defendants*