IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> *Defendants*. | Case No. 2:23-cv-03885-BRM- LDW <br> Hon. Brian R. Martinotti |

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Please enter the appearance of Shari Howard as counsel for Defendants the U.S. Department of Transportation, the Federal Highway Administration ("FHWA"), Shailen Bhatt, in his official capacity as Administrator of FHWA, and Richard J. Marquis, in his official capacity as Division Administrator of the New York Division of FHWA.

Service of all papers by U.S. Mail should be addressed as follows:

> Shari Howard
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources Division
> Environmental Defense Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Tel: (202) 598-9407
> Fax: (202) 514-8865
> Email: shari.howard@usdoj.gov

Overnight and hand deliveries should be addressed to:

> Shari Howard
> Trial Attorney
> United States Department of Justice

>Environment & Natural Resources Division
>Environmental Defense Section
>4 Constitution Square
>150 M Street, N.E., Room 4.1412
>Washington, D.C. 20002

Respectfully submitted this 18th day of September 2023,

>TODD KIM
>Assistant Attorney General
>United States Department of Justice
>Environment & Natural Resources Division
>
>*/s/ Shari Howard*
>Shari Howard
>Trial Attorney
>U.S. Department of Justice
>Environment & Natural Resources Division
>Environmental Defense Section
>P.O. Box 7611
>Washington, D.C. 20044
>Tel: (202) 598-9407
>Fax: (202) 514-8865
>shari.howard@usdoj.gov
>
>Overnight delivery:
>4 Constitution Square
>150 M Street, NE
>Room 4.1412
>Washington, D.C. 20002
>
>*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the CM/ECF System, which will provide electronic notice and an electronic link to the document to the attorney(s) of record.

>*/s/ Shari Howard*
>Shari Howard
>Trial Attorney