# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| STATE OF NEW JERSEY, | ) |
| *Plaintiff*, | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) No. 23-3885<br>) Hon. Brian R. Martinotti |
| *Defendants*. | ) |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter the appearance of Samantha G. Peltz as counsel for Defendants the U.S. Department of Transportation, the Federal Highway Administration ("FHWA"), Shailen Bhatt, in his official capacity as Administrator of FHWA, and Richard J. Marquis, in his official capacity as Division Administrator of the New York Division of FHWA.

Service of all papers by U.S. Mail should be addressed as follows:

> Samantha G. Peltz
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources
> Division Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> (202) 353-5959
> samantha.peltz@usdoj.gov

Overnight and hand deliveries should be addressed to:

> Samantha G. Peltz
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources

Division Natural Resources Section
150 M St., N.E., Room 3.1813
Washington, D.C. 20002

Respectfully submitted this 18th day of September 2023,

> TODD KIM
> Assistant Attorney General
> United States Department of Justice
> Environment & Natural Resources Division
>
> */s/ Samantha G. Peltz*
> SAMANTHA G. PELTZ (IL Bar No. 6336536)
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> 150 M St., N.E.
> Washington, D.C. 20002
> (202) 353-5959 (cell)
> (202) 305-0506 (fax)
> samantha.peltz@usdoj.gov
>
> *Counsel for Defendants*