PHILIP R. SELLINGER
United States Attorney
ALEX SILAGI
Assistant United States Attorney
United States Attorney's Office
970 Broad Street, Suite 700
Newark, New Jersey 07102

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, | Hon. Brian R. Martinotti |
| *Plaintiff,* | Civil Action No. 23-3885-BRM-LDW |
| v. | **NOTICE OF APPEARANCE** |
| U.S. DEPARTMENT OF TRANSPORTATION, *et al.,* | |
| *Defendants.* | |

    This is to notice the appearance of Philip R. Sellinger, United States Attorney, District of New Jersey, by Alex Silagi, Assistant United States Attorney, as attorney of record for Defendants U.S. Department of Transportation, the Federal Highway Administration ("FHWA"), Shailen Bhatt, in his official capacity as Administrator of FHWA, and Richard J. Marquis, in his official capacity as Division Administrator of the New York Division of FHWA in the above-captioned case.

    Service of all notices in this case should be made upon:

        Alex Silagi
        Assistant United States Attorney
        United States Attorney's Office
        970 Broad Street, Suite 700
        Newark, New Jersey 07102
        Tel.: 973-353-6001
        Alex.Silagi@usdoj.gov

                                                                   PHILIP R. SELLINGER
                                                                   United States Attorney

                                                        By:    *s/Alex Silagi*
Dated:  Newark, NJ                                            Alex Silagi
         September 18, 2023                      Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the CM/ECF System, which will provide electronic notice and an electronic link to the document to the attorney(s) of record.

                                                        By:    *s/Alex Silagi*
                                                                     Alex Silagi
                                                                     Assistant United States Attorney