UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>  Defendants. | Civil Action No.<br><br>23-3885 (BRM) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of the parties' letters of September 15, 2023 (ECF No. 23), September 18, 2023 (ECF No. 28), the telephone conference held on September 27, 2023, the subsequent joint letter of October 4, 2023 (ECF No. 31), and for good cause shown,

**IT IS** on this day, October 5, 2023, **ORDERED** that:

1. Defendants are to produce the administrative record no later than **October 27, 2023**.

2. Upon the agreement of the parties, they shall serve on one another (but NOT file with the Court) the following: (a) Plaintiff shall serve on Defendants' counsel any objections to the administrative record on or before **November 3, 2023**; (b) Defendants' counsel shall informally respond to Plaintiff's objections to the administrative record on or before **November 13, 2023**; and (c) Defendants' opposition to Plaintiff's objections to the administrative record, if any, shall be served on Plaintiff's counsel on or before **November 17, 2023**.  Should the parties be unable to resolve these objections among themselves after a robust, good faith meet and confer (which shall involve speaking with one another and not merely corresponding about their respective positions), they may present their dispute(s) to the Court by joint letter in the manner set forth in Local Civil Rule 37.1.

3. Plaintiff's motion for summary judgment shall be submitted on or before **November 10, 2023**.

4. Defendants' cross motion for summary judgment and opposition to Plaintiff's motion shall be submitted on or before **December 15, 2023**.

5. Plaintiff's opposition to Defendants' cross motion for summary judgment and reply in further support of Plaintiff's motion shall be submitted on or before **January 12, 2024**.

      6.    Defendants' reply in support of their cross motion for summary judgment shall be submitted on or before **January 26, 2024**.

      7.    The aforementioned briefing schedule shall be subject to amendment if objections to the contents of the administrative record are demonstrated to the Court's satisfaction to have a material bearing on the briefing.

                                                              _s/ Leda Dunn Wettre_
                                                              Hon. Leda Dunn Wettre
                                                              United States Magistrate Judge