UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>    Defendants. | Hon. Brian R. Martinotti<br><br>Civ. No. 2:23-cv-03885-BRM-LDW<br><br>**NOTICE OF MOTION BY THE METROPOLITAN TRANSPORTATION AUTHORITY AND THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY TO INTERVENE PURSUANT TO FED. R. CIV. P. 24**<br><br>**ORAL ARGUMENT REQUESTED** |

  PLEASE TAKE NOTICE that on November 6, 2023, Proposed Intervenor-Defendants the Metropolitan Transportation Authority (the "MTA") and the Triborough Bridge and Tunnel Authority ("TBTA") will move before the Honorable Brian R. Martinotti, U.S.D.J., for an Order granting the MTA and TBTA leave to intervene as defendants in the above-captioned case pursuant to Federal Rule of Civil Procedure 24.

  A Memorandum of Law, Declaration of Allison L. C. de Cerreño with accompanying exhibits, Proposed Answer and Proposed Order are attached.

  Oral argument is requested pursuant to Fed. R. Civ. P. 78.

Dated: October 6, 2023

Respectfully submitted,

*/s/ Daniel Chorost*
Daniel Chorost
Mark A. Chertok*
Elizabeth Knauer*
John F. Nelson*
SIVE, PAGET & RIESEL, P.C.
560 Lexington Avenue, 15th Floor
New York, NY 10022
(212) 421-2150
dchorost@sprlaw.com
mchertok@sprlaw.com
eknauer@sprlaw.com
jnelson@sprlaw.com

*Counsel for Proposed Intervenor-Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*

*\*Application for pro hac vice admission pending*