# 18. Agency Coordination and Public Participation

## 18.1 INTRODUCTION

The FHWA and the Project Sponsors have and continue to provide meaningful opportunities for public participation throughout the environmental review process for the CBD Tolling Program (the Project). This chapter describes agency coordination and public participation activities for the Project. In recognition of the social distancing requirements resulting from the unprecedented COVID-19 pandemic, the Project Sponsors are carrying out a program that incorporates virtual public meetings and other tools that do not require in-person or on-site participation, in addition to traditional public involvement methods.

## 18.2 COORDINATION WITH COOPERATING AND PARTICIPATING AGENCIES

### 18.2.1 Agencies Invited to Participate in the Process

Agencies have been invited to participate in the NEPA process and advise on the scope of this EA, the potential effects of the Project and any measures to avoid, minimize or otherwise mitigate potential adverse effects, and issues and concerns identified by the interested public. FHWA and the Project Sponsors have also engaged with tribal nations in the study area.

In consideration of the resources that the Project could affect, the analyses conducted for this EA, and other important issues for this Project, FHWA and the Project Sponsors developed a list of agencies to invite to participate in the NEPA process. FHWA consulted with agencies on particular topics (i.e., Section 106 of the National Historic Preservation Act (NHPA), coastal zone consistency), sought agency expertise in the analysis of resources (i.e., transportation, environmental justice), and sought input from the agencies on the conclusions of this EA. **Table 18-1** lists the agencies that FHWA invited to participate along with their role in or expertise about the Project.

Table 18-1.   Agencies Invited to Participate in the National Environmental Policy Act Process and Their Role or Expertise

| ROLE | AGENCY | INVOLVEMENT/EXPERTISE |
|---|---|---|
| **Federal Agencies** | Federal Transit Administration | Funds transit capital projects that may also be funded with revenue generated through the Project |
| | U.S. National Park Service | Consultation on National Historic Landmarks |
| | U.S. Environmental Protection Agency | Section 309 Clean Air Act (CAA), NEPA, environmental justice |

| ROLE | AGENCY | INVOLVEMENT/EXPERTISE |
|---|---|---|
| **State Transportation Agencies** | Connecticut Department of Transportation | Agency with transportation expertise in a portion of the regional study area |
| | New Jersey Department of Transportation | Agency with transportation expertise in a portion of the regional study area |
| | New Jersey Transit | Agency with transportation expertise in a portion of the regional study area |
| | New Jersey Turnpike Authority | Agency with transportation expertise in a portion of the regional study area |
| **New York State Resource Agencies** | New York State Department of Environmental Conservation | Air quality conformity (Section 309 of the CAA), threatened and endangered species coordination |
| | New York State Department of State | Coastal zone consistency |
| | New York State Office of Parks, Recreation and Historic Preservation | <ul><li>Section 106, NHPA</li><li>Cultural resource review/coordination</li></ul> |
| **Other New York State Agencies** | New York State Division of Homeland Security and Emergency Services | For informational purposes given their role in emergency management |
| **Regional Transportation Agencies** | Connecticut Metropolitan Council of Governments | Agency with transportation expertise in a portion of the regional study area |
| | Delaware Valley Regional Planning Commission | Agency with transportation expertise in a portion of the regional study area |
| | Dutchess County Transportation Council | Agency with transportation expertise in a portion of the regional study area |
| | New York Metropolitan Transportation Council | <ul><li>Air quality conformity</li><li>Inclusion in fiscally constrained Transportation Improvement Plan</li><li>Agency with transportation expertise in a portion of the regional study area</li></ul> |
| | North Jersey Transportation Planning Authority | Agency with transportation expertise in a portion of the regional study area |
| | Orange County Transportation Council | Agency with transportation expertise in a portion of the regional study area |
| | Port Authority of New York and New Jersey | Has jurisdiction over several sites upon which it is preferable to locate tolling system infrastructure and tolling equipment |
| | South Central Regional Council of Governments | Agency with transportation expertise in a portion of the regional study area |
| | Western Connecticut Council of Governments | Agency with transportation expertise in a portion of the regional study area |
| **New York City Resource Agencies** | Mayor's Office of Environmental Coordination | Agency with expertise in environmental considerations in New York City |
| | New York City Department of City Planning | <ul><li>Local Waterfront Revitalization Plan consistency</li><li>Agency with expertise in social, economic, and environmental considerations in New York City</li></ul> |
| | New York City Department of Environmental Protection | <ul><li>Agency with expertise in environmental considerations in New York City</li><li>Coordination during construction</li></ul> |
| | New York City Department of Parks and Recreation | Agency with jurisdiction over parkland where tolling system infrastructure and tolling equipment might be located |