# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| STATE OF NEW JERSEY,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>    Defendants. | Hon. Brian R. Martinotti<br><br>Civ. No. 2:23-cv-03885-BRM-LDW<br><br>**[PROPOSED] ORDER GRANTING THE METROPOLITAN TRANSPORTATION AUTHORITY AND THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY LEAVE TO INTERVENE** |

Upon consideration of the Metropolitan Transportation Authority's (the "MTA") and the Triborough Bridge and Tunnel Authority's ("TBTA") Motion to Intervene, the accompanying Memorandum in Support, supporting Declaration, and Proposed Answer, and good cause having been shown, it is hereby ORDERED that the Motion is granted, and that the MTA and TBTA be designated as Intervenor-Defendants in this action.

Dated: _____   _____
                            HON. BRIAN R. MARTINOTTI
                            UNITED STATES DISTRICT JUDGE

1