UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>                Defendants. | Hon. Brian R. Martinotti<br><br>Civ. No. 2:23-cv-03885-BRM-LDW<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that Daniel Chorost of SIVE, PAGET & RIESEL P.C., an attorney admitted before this Court, hereby appears in the above-captioned action on behalf of *Proposed Intervenor-Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*, and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address stated below.

Dated:  October 6, 2023
         New York, New York

                                                     *s/ Daniel Chorost*
                                                     Daniel Chorost
                                                     SIVE, PAGET & RIESEL, P.C.
                                                     560 Lexington Avenue, 15th Floor
                                                     New York, NY 10022
                                                     (212) 421-2150
                                                     dchorost@sprlaw.com

*Counsel for Proposed Intervenor-Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*