## CERTIFICATE OF SERVICE

I, Daniel Chorost, hereby certify that:

On October 6, 2023, I caused a copy of the attached Motion, Memorandum of Law, Declaration of Alison L. C. de Cerreño with accompanying exhibits, Proposed Answer and Proposed Order to be served on the following persons:

Randy M. Mastro
King & Spaulding LLP
1185 Ave. of the Americas
New York, NY 10036
(212) 556-2100
rmastro@kslaw.com

Craig Carpentino
King & Spaulding LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2142
ccarpentino@kslaw.com

Gregory M. Cumming
DOJ-ENRD
150 M Street, N.E.
Washington, DC 20002
(202) 305-0457
gregory.cumming@usdoj.gov

Alex D. Silagi
U.S. Attorney's Office
970 Broad Street
Newark, NJ 07102
(973) 353-6001
alex.silagi@usdoj.gov

Samantha G. Peltz
DOJ-ENRD
150 M Street, N.E.
Washington, DC 20002
(202) 353-5959
samantha.peltz@usdoj.gov

Shari Howard
DOJ-ENRD
150 M Street, N.E., 4th Floor
Washington, DC 20002
(202) 514-0135
shari.howard@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 6, 2023
New York, NY

/s/ Daniel Chorost
Daniel Chorost
SIVE, PAGET & RIESEL, P.C.
560 Lexington Avenue, 15th Floor
New York, NY 10022
dchorost@sprlaw.com
(646) 378-7207

*Counsel for Proposed Intervenor-Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*

1