UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>           Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>           Defendants. | Hon. Brian R. Martinotti<br><br>Civ. No. 2:23-cv-03885-BRM-LDW<br><br>**CERTIFICATION OF JOHN F. NELSON IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

John F. Nelson, of full age, hereby certifies as follows:

1. I am an attorney-at-law in New York and an Associate with the law firm of Sive, Paget & Riesel, P.C., 560 Lexington Avenue, 15th Floor, New York, NY 10022. I respectfully submit this Certification pursuant to Local Rule 101.1(c) in connection with the application of Proposed Intervenor-Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority for the entry of an Order granting my admission *pro hac vice* in this action.

2. I am admitted to practice and a member in good standing of the Bar of New York (admitted 2019) and the Bar of California (admitted 2016).

3. The name and address of the office maintaining the rolls of my membership to the New York bar are: Attorney Records, Supreme Court of the State of New York, Appellate Division, Second Judicial Department, 45 Monroe Place, Brooklyn, NY 11201.

4. The name and address of the office maintaining the rolls of my membership to the California bar are: State Bar of California, Public Records Request 5th Floor, 845 S. Figueroa St., Los Angeles, CA 90017.

5. I have never been the subject of any disciplinary proceeding by any court or other authority, and I have never been suspended or disbarred by any court.

6. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the Court pursuant to Local Rule 101.1(c) of the United States District Court for the District of New Jersey, and I have access to or have acquired a copy of the Local Rules of this Court and am familiar with such Rules.

7. In accordance with Local Rule 101.19(c)(3), I agree to make payment to the Clerk of the United States District Court.

8. I certify under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: New York, New York
October 6, 2023

By: */s/ John F. Nelson*
John F. Nelson
SIVE, PAGET & RIESEL, P.C.
560 Lexington Avenue, 15th Floor
New York, NY 10022
(646) 378-7257
jnelson@sprlaw.com