# SIVE | PAGET | RIESEL

Dan Chorost
Direct Dial: 646.378.7207
DCHOROST@SPRLAW.COM

October 10, 2023

**VIA ECF**

Hon. Brian Martinotti
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

Re:   *State of New Jersey v. U.S. Dep't of Transp., et al.*, No. 23-cv-03885 (BRM) (LDW)

Dear Judge Martinotti:

     We represent proposed Intervenor-Defendants Metropolitan Transportation Authority ("MTA") and the Triborough Bridge and Tunnel Authority ("TBTA"), who have moved to intervene in this matter. We write on behalf of all parties to inform the Court, as noted in footnote 5 on page 2 of MTA/TBTA's Memorandum of Law in Support of the Motion to Intervene, that the Plaintiff and Defendants do not oppose the motion.

                                     Respectfully submitted,

                                       /s/ Daniel Chorost
                                       Daniel Chorost