# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>      Defendants. | Civil Action No.<br><br>23-3885 (BRM) (LDW)<br><br>**ORDER** |

The Metropolitan Transportation Authority and The Triborough Bridge and Tunnel Authority having moved to intervene as defendants (ECF No. 33); and the existing parties having represented they do not oppose the motion (ECF No. 37); and the Court having reviewed the intervention motion and intervenors' proposed Answer; and it appearing that there is good cause to intervene in this action under Federal Rule of Civil Procedure 24;

**IT IS** on this day, October 12, 2023, **ORDERED** that:

1. The motion to intervene is **GRANTED**.

2. Intervenors shall file their answer in intervention (in the same form found at ECF No. 33-9) on or before **October 16, 2023**.

3. Intervenors' counsel shall review the docket and confer with counsel for the parties about proceedings held to date and the schedule for future proceedings.

4. Any adjustments to the schedule proposed by intervenors shall be submitted by letter to the Court on or before **October 23, 2023**.

*/s/ Leda Dunn Wettre*
_____
Hon. Leda Dunn Wettre
United States Magistrate Judge