# SIVE | PAGET | RIESEL

**DAN CHOROST**
DIRECT DIAL: 646.378.7207
DCHOROST@SPRLAW.COM

October 20, 2023

**VIA ECF**

Hon. Leda Dunn Wettre
U.S. Magistrate Judge
District of New Jersey
50 Walnut Street
Newark, NJ 07102

Re:   *State of New Jersey v. U.S. Dep't of Transp., et al.*, No. 23-cv-03885 (BRM) (LDW)

Dear Judge Wettre,

We write on behalf of Intervenor-Defendants the Metropolitan Transportation Authority (the "MTA") and the Triborough Bridge and Tunnel Authority ("TBTA") in response to the Court's October 12, 2023 Order (ECF No. 38) directing the MTA and TBTA to submit any proposed adjustments to the schedule on or before October 23, 2023.

The MTA and TBTA propose no changes to the scheduling order.

Respectfully submitted,

*/s/ Dan Chorost*
Dan Chorost
Mark A. Chertok
Elizabeth Knauer
Sive, Paget & Riesel, P.C.
560 Lexington Ave., 15th Floor
(646) 378-7207
(646) 378-7228
(646) 378-7272
dchorost@sprlaw.com
mchertok@sprlaw.com
eknauer@sprlaw.com