# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> METROPOLITAN TRANSIT AUTHORITY, *et al.*, <br><br> *Defendant-Intervenor*. | No. 23-3885 <br> Hon. Brian R. Martinotti |

## PROPOSED ORDER

Upon consideration of Defendants' Consent Motion to be Excused From Filing the Administrative Record on the Docket, and for good cause shown, that Motion is hereby **GRANTED**. The Court orders as follows:

(1) Defendants shall lodge the Administrative Record by October 27, 2023 by filing a notice, index, and supporting documents via ECF;

(2) Defendants shall provide copies of the record documents and index to the Parties and the Court via flash drives.

SO ORDERED this _____ day of October, 2023.

_____
Brian R. Martinotti
United States District Judge