UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>      *Plaintiff*,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>      *Defendants.* | Hon. Brian R. Martinotti<br><br>No. 2:23-cv-03885-BRM-LDW<br><br>**CERTIFICATION OF RAYMOND P. TOLENTINO IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

Raymond P. Tolentino, of full age, hereby certifies as follows:

1. I am an attorney-at-law in the District of Columbia and a Partner at the law firm Kaplan Hecker & Fink LLP, 1050 K Street NW, Suite 1040, Washington, DC 20001. I respectfully submit this Certification pursuant to Local Rule 101.1(c) in connection with the application of Intervenor-Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority for the entry of an Order granting my admission *pro hac vice* in this action.

2. I am admitted to practice and a member in good standing of the Bar of the District of Columbia (admitted in 2015).

3. The name and address of the office maintaining the rolls of my membership to the District of Columbia Bar are: D.C. Bar Association, 901 4th Street NW, Washington, DC 20001.

4. I have never been the subject of any disciplinary proceeding by any court or other authority, and I have never been suspended or disbarred by any court.

5. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the Court pursuant to Local Rule 101.1(c) of the United States District Court for the District of New Jersey, and I have access to or have acquired a copy of the Local Rules of this Court and am familiar with such Rules.

6. In accordance with Local Rule 101.1(c)(3), I agree to make payment to the Clerk of the United States District Court.

7. I certify under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: Washington, DC
October 24, 2023

/s/ Raymond P. Tolentino
Raymond P. Tolentino
KAPLAN HECKER & FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
(212) 763-0883
rtolentino@kaplanhecker.com