UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> METROPOLITAN TRANSIT AUTHORITY, *et al.*, <br><br> *Defendant-Intervenor*. | No. 23-3885 <br> Hon. Brian R. Martinotti |

**P̶R̶O̶P̶O̶S̶E̶D̶ ORDER**

Upon consideration of Defendants' Consent Motion to be Excused From Filing the Administrative Record on the Docket, and for good cause shown, that Motion is hereby **GRANTED**. The Court orders as follows:

(1) Defendants shall lodge the Administrative Record by October 27, 2023 by filing a notice, index, and supporting documents via ECF;

(2) Defendants shall provide copies of the record documents and index to the Parties and the Court via flash drives.

SO ORDERED this __25th__ day of October, 2023.

                                                */s/Brian R. Martinotti*
                                                Brian R. Martinotti
                                                United States District Judge