# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, *Plaintiff*, v. UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, *Defendants*, and METROPOLITAN TRANSIT AUTHORITY, *et al.*, *Defendant-Intervenor*. | No. 23-3885 Hon. Brian R. Martinotti |

## DEFENDANTS' NOTICE OF LODGING THE CERTIFIED LIST OF THE ADMINISTRATIVE RECORD CONTENTS

Pursuant to this Court's October 5, 2023 Order (ECF No. 32), Defendants[1] hereby provide notice of the certification of the Administrative Record for Defendants' issuance of an Environmental Assessment ("EA") and Finding of No Significant Impact ("FONSI") for the Manhattan Central Business District Tolling Program ("the Project"). As detailed in the attached declaration and index, the certified list of the Administrative Record contents filed with the Court today reflects those documents considered directly or indirectly by Defendants in

---

[1] Defendants are the U.S. Department of Transportation ("DOT"), the Federal Highway Administration ("FHWA"), Shailen Bhatt, in his official capacity as Administrator of FHWA, and Richard J. Marquis, in his official capacity as Division Administrator of the New York Division of FHWA.

connection with their review of the Project under the National Environmental Policy Act and Clean Air Act, and constitutes the record for the FONSI signed on June 23, 2023.

The documents listed above will be served electronically on Plaintiff and Defendant-Intervenor's counsel through the CM/ECF system. In addition, Defendants will share copies of the record with counsel for Plaintiff and Defendant-Intervenor through a file transfer site.

Finally, and pursuant to this Court's October 25, 2023 Order (ECF No. 46), Defendants are delivering to the Court three flash drives that contain electronic versions of the documents in the Administrative Record and a hyperlinked index to the record. Defendants intend one copy of the flash drive set for the Clerk of Court's Office, one copy for the Chambers of United States District Judge Brian R. Martinotti, and one copy for the Chambers of United States Magistrate Judge Leda Dunne Wettre.

Respectfully submitted this 27th day of October, 2023,

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ GREOGRY M. CUMMING*
GREGORY M. CUMMING
SHARI HOWARD
SAMANTHA PELTZ
Trial Attorneys
Environment & Natural Resources Division
150 M St., N.E.
Washington, D.C. 20002
(202) 305-0457 (phone)
(202) 598-0414 (cell)
gregory.cumming@usdoj.gov
shari.howard@usdoj.gov
samantha.peltz@usdoj.gov

ALEX SILAGI
Assistant United States Attorney

                District of New Jersey
                United States Attorney's Office
                970 Broad Street, 7th Floor
                Newark, New Jersey 07102
                973-353-6001 (phone)
                alex.silagi@usdoj.gov

*Counsel for Defendants*