## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>        *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, et al.,<br><br>        *Defendants*. | Hon. Brian R. Martinotti<br><br>Civ. No. 2:23-cv-03885-BRM-LDW<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: October 27, 2023

                                                    */s/ Dan Chorost*
                                                    Dan Chorost
                                                    New Jersey Bar No. 040141996
                                                    **SIVE, PAGET & RIESEL P.C.**

*PRO HAC VICE* ATTORNEY INFORMATION

| | |
|---|---|
| Name: | John F. Nelson |
| Address: | Sive, Paget & Riesel P.C.<br>560 Lexington Ave., 15th floor<br>New York, NY 10022 |
| Email: | jnelson@sprlaw.com |