# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>       *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>       *Defendants.* | Hon. Brian R. Martinotti<br><br>No. 2:23-cv-03885-BRM-LDW<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

  Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and
2. The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1 (c)(3), has been paid to the Clerk of the Court.

Dated: November 3, 2023

                */s/ Dan Chorost*
                Dan Chorost
                New Jersey Bar No. 040141996
                **SIVE, PAGET & RIESEL P.C.**

*PRO HAC VICE* ATTORNEY INFORMATION

Name:   Raymond P. Tolentino

Address:  Kaplan Hecker & Fink LLP
       1050 K Street NW, Suite 1040
       Washington, DC 20001

Email:   rtolentino@kaplanhecker.com