## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

STATE OF NEW JERSEY,

                *Plaintiff*,

    v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

                *Defendants*.

Hon. Brian R. Martinotti

No. 2:23-cv-03885-BRM-LDW

**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and
2. The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1 (c)(3), has been paid to the Clerk of the Court.

Dated: November 3, 2023

*/s/ Dan Chorost*
Dan Chorost
New Jersey Bar No. 040141996
**SIVE, PAGET & RIESEL P.C.**

*PRO HAC VICE* ATTORNEY INFORMATION

Name:        Gabrielle E. Tenzer

Address:     Kaplan Hecker & Fink LLP
              350 Fifth Avenue, 63rd Floor
              New York, NY 10118

Email:        gtenzer@kaplanhecker.com