# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>      *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>      *Defendants.* | Hon. Brian R. Martinotti<br><br>No. 2:23-cv-03885-BRM-LDW<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

   Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and
2. The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1 (c)(3), has been paid to the Clerk of the Court.

Dated: November 3, 2023

                 */s/ Dan Chorost*
                 Dan Chorost
                 New Jersey Bar No. 040141996
                 **SIVE, PAGET & RIESEL P.C.**

*PRO HAC VICE* ATTORNEY INFORMATION

| | |
|---|---|
| Name: | Roberta A. Kaplan |
| Address: | Kaplan Hecker & Fink LLP<br>350 Fifth Avenue, 63rd Floor<br>New York, NY 10118 |
| Email: | rkaplan@kaplanhecker.com |