# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>　　　　　　　　　Defendants,<br><br>　and<br><br>METROPOLITAN TRANSIT AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>　　　　　　　　　Defendant-Intervenors. | Civil Case No. 2:23-cv-03885<br>Judge Brian Martinotti<br><br>**Oral argument requested** |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that Plaintiff State of New Jersey ("New Jersey") will move before the Honorable Brian Martinotti, Judge of the U.S. District Court for the District of New Jersey, on such date as the Court orders, for summary judgment pursuant to Federal Rule of Civil Procedure 56 (the "Motion").

In support of its Motion, New Jersey relies on the accompanying Memorandum of Law and the Declaration of Randy M. Mastro and supporting exhibits.  New Jersey also submits the accompanying Proposed Order.  New Jersey respectfully requests oral argument on its Motion.

Dated: November 10, 2023
       New York, New York

                                        Respectfully submitted,

                                        /s/ Randy M. Mastro
                                        Randy M. Mastro (NJ Bar No. 011681982)
                                        Craig Carpenito (NJ Bar No. 027102000)
                                        Jessica Benvenisty (*pro hac vice*)
                                        Lauren Myers (*pro hac vice*)
                                        KING & SPALDING LLP
                                        1185 Avenue of the Americas
                                        New York, New York 10036
                                        Tel. (212) 556-2100

                                        Peter Hsiao (*pro hac vice*)
                                        KING & SPALDING LLP
                                        633 West Fifth Street, Suite 1600
                                        Los Angeles, CA 90071
                                        Tel. (213) 433-4355

                                        Cynthia AM Stroman (*pro hac vice*)
                                        KING & SPALDING LLP
                                        1700 Pennsylvania Avenue, NW, Suite 900
                                        Washington, DC 20006-4704
                                        Tel. (202) 737-0500

                                        *Attorneys for Plaintiff*