# EXHIBIT 1

Table 10-8.    Mesoscale Emission Burden Percentage Changes by County, CBD Tolling Alternative (Tolling Scenario A, Analysis Year 2023)

| POLLUTANT | ANALYSIS YEAR 2023 COMPARISON – PERCENTAGE DIFFERENCE FROM NO ACTION ALTERNATIVE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | New York | | Queens | Bronx | Kings | Richmond | Nassau | Suffolk | Westchester | Rockland | Putnam | Hudson | Bergen |
| | CBD Only | Entire County | | | | | | | | | | | |
| Daily Vehicle-Miles Traveled (miles/day) | -11.56% | -5.88% | -0.36% | +0.15% | -0.74% | +1.73% | +0.03% | -0.03% | -0.22% | -0.17% | +0.28% | -2.24% | +0.88% |
| Volatile Organic Compounds (VOC) | -4.96% | -3.29% | -0.32% | +0.03% | -0.32% | +0.44% | +0.05% | +0.02% | +0.21% | -0.05% | -0.03% | -0.66% | +0.20% |
| Nitrogen Oxides ($NO_x$) | -9.54% | -5.96% | -0.56% | +0.09% | -0.68% | +1.26% | +0.09% | +0.00% | -0.25% | -0.12% | +0.37% | -1.85% | +0.63% |
| Carbon Monoxide (CO) | -7.58% | -4.58% | -0.37% | +0.02% | -0.51% | +0.89% | +0.03% | -0.03% | -0.13% | -0.05% | +0.00% | -1.02% | +0.49% |
| Particulate Matter ($PM_{10}$) | -12.16% | -9.75% | -1.23% | +0.30% | -1.00% | +2.12% | +0.19% | +0.11% | -0.32% | -0.36% | +0.31% | -3.86% | +0.74% |
| Particulate Matter ($PM_{2.5}$) | -11.37% | -8.52% | -0.99% | +0.20% | -0.90% | +1.80% | +0.14% | +0.06% | -0.23% | -0.25% | +0.26% | -3.00% | +0.69% |
| Carbon Dioxide Equivalents ($CO_2e$) | -11.48% | -7.92% | -0.84% | +0.15% | -0.88% | +1.76% | +0.15% | +0.03% | -0.40% | -0.23% | +0.17% | -3.03% | +0.80% |

Source:   WSP, 2022.

- There will be increases in every category of pollutant in Bergen County under Tolling Scenario A by 2023.