# EXHIBIT 2

Table 10-9.    Mesoscale Emission Burden Percentage Changes by County, CBD Tolling Alternative (Tolling Scenario A, Analysis Year 2045)

| POLLUTANT | ANALYSIS YEAR 2045 COMPARISON – PERCENTAGE DIFFERENCE FROM NO ACTION ALTERNATIVE | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | New York | | Queens | Bronx | Kings | Richmond | Nassau | Suffolk | Westchester | Rockland | Putnam | Hudson | Bergen |
| | CBD Only | Entire County | | | | | | | | | | | |
| Daily Vehicle-Miles Traveled (miles/day) | -11.32% | -5.71% | -0.46% | -0.05% | -1.14% | +1.83% | -0.26% | -0.04% | -0.38% | -0.41% | -0.43% | -1.59% | +0.69% |
| Volatile Organic Compounds (VOC) | -3.24% | -3.59% | -0.65% | +0.02% | -1.50% | +1.48% | +1.01% | -0.09% | +0.56% | -0.89% | +0.51% | -0.61% | +0.14% |
| Nitrogen Oxides ($NO_x$) | -5.89% | -5.64% | -0.83% | +0.01% | -6.97% | +8.69% | +0.49% | -0.11% | +4.45% | -2.53% | +3.79% | -1.31% | +0.36% |
| Carbon Monoxide (CO) | -6.55% | -3.61% | -0.42% | -0.06% | -1.00% | +1.12% | +1.37% | -0.07% | 0.00% | -1.96% | -0.07% | -0.64% | +0.40% |
| Particulate Matter ($PM_{10}$) | -11.55% | -10.24% | -1.55% | +0.21% | -1.72% | +2.40% | -0.51% | -0.37% | -0.75% | +5.14% | -0.25% | -3.06% | +0.67% |
| Particulate Matter ($PM_{2.5}$) | -11.04% | -9.42% | -1.41% | +0.16% | -1.85% | +2.51% | -0.45% | -0.31% | -0.38% | +2.44% | -0.02% | -2.48% | +0.63% |
| Carbon Dioxide Equivalents ($CO_2e$) | -10.72% | -7.80% | -0.90% | +0.05% | -1.57% | +2.04% | -0.31% | -0.23% | -0.38% | -2.82% | -0.30% | -2.34% | +0.64% |

Source:    WSP, 2022.

- There will be increases in every category of pollutant in Bergen County under Tolling Scenario A by 2045.