# EXHIBIT 3

Table 4A-6.    Daily Vehicle-Miles Traveled: No Action Alternative and CBD Tolling Alternative, by Tolling Scenario (2023)

| LOCATIONS | NO ACTION | SCENARIO A | SCENARIO B | SCENARIO C | SCENARIO D | SCENARIO E | SCENARIO F | SCENARIO G |
|---|---|---|---|---|---|---|---|---|
| **New York Counties** | 122,186,497 | 121,752,302 | 121,789,089 | 121,438,634 | 121,227,956 | 121,111,122 | 121,464,091 | 121,662,622 |
| New York City | 47,131,752 | 46,743,670 | 46,784,237 | 46,572,720 | 46,461,121 | 46,404,913 | 46,578,412 | 46,713,541 |
| Manhattan CBD | 3,244,791 | 2,993,214 | 2,998,489 | 2,984,080 | 2,963,211 | 2,946,339 | 3,016,013 | 2,970,819 |
| CBD Core | 1,217,727 | 1,150,843 | 1,152,471 | 1,161,407 | 1,159,162 | 1,147,545 | 1,183,476 | 1,142,077 |
| Peripheral Highways (south of 60th Street; excluded from the toll) | 2,027,064 | 1,842,371 | 1,846,018 | 1,822,673 | 1,804,049 | 1,798,794 | 1,832,537 | 1,828,742 |
| West Side Highway/Route 9A | 610,657 | 510,785 | 513,887 | 493,396 | 485,167 | 486,404 | 501,603 | 508,951 |
| FDR Drive | 720,682 | 725,459 | 729,706 | 718,820 | 705,903 | 710,555 | 721,421 | 727,101 |
| Bridges & Tunnels | 695,725 | 606,127 | 602,425 | 610,457 | 612,979 | 601,835 | 609,513 | 592,690 |
| NYC Subarea 1 (see Figure 4A-2) | 2,218,077 | 2,049,561 | 2,049,528 | 2,004,366 | 1,955,714 | 1,944,168 | 1,962,310 | 2,031,243 |
| NYC Subarea 2 (see Figure 4A-2) | 6,660,953 | 6,626,001 | 6,630,016 | 6,588,313 | 6,578,676 | 6,568,162 | 6,596,549 | 6,615,308 |
| NYC Subarea 3 (see Figure 4A-2) | 35,007,931 | 35,074,894 | 35,106,204 | 34,995,961 | 34,963,520 | 34,946,244 | 35,003,540 | 35,096,171 |
| **Long Island Counties (2)** | 41,585,545 | 41,609,407 | 41,595,736 | 41,546,248 | 41,503,705 | 41,497,676 | 41,598,789 | 41,573,420 |
| **New York Counties North of New York City (5)** | 33,469,200 | 33,399,225 | 33,409,116 | 33,319,666 | 33,263,130 | 33,208,533 | 33,286,890 | 33,375,661 |
| **New Jersey Counties (14)** | 97,578,100 | 97,594,939 | 97,590,826 | 97,748,567 | 97,733,034 | 97,665,181 | 97,768,338 | 97,642,310 |
| **Connecticut Counties (2)** | 34,909,870 | 34,878,673 | 34,856,848 | 34,830,279 | 34,846,493 | 34,842,671 | 34,893,239 | 34,844,682 |
| **TOTAL** | 254,674,467 | 254,225,914 | 254,236,763 | 254,017,480 | 253,807,483 | 253,618,974 | 254,125,668 | 254,149,614 |

Notes:
1. The number of counties are indicated within parentheses ( ).
2. Unless noted, the terms "Vehicle Miles Traveled" or "VMT" in this subchapter refer to miles traveled by all on-road vehicles, including single-occupancy vehicles, HOVs, motorcycles, taxis, FHVs, buses, and trucks.

- There will be an increase in daily vehicles miles traveled under every tolling scenario compared to the no action.
- Compared to Tolling Scenario A, there will be an increase of vehicle miles traveled under every tolling scenario by 76%, 1012%, 920%, 517%, 1130%, and 381%, respectively.

Table 4A-13.  Daily Vehicle-Miles Traveled: No Action Alternative and Tolling Scenarios (2045)

| LOCATIONS | NO ACTION | SCENARIO A | SCENARIO B | SCENARIO C | SCENARIO D | SCENARIO E | SCENARIO F | SCENARIO G |
|---|---|---|---|---|---|---|---|---|
| **New York State** | 134,186,361 | 133,549,102 | 133,603,123 | 133,407,441 | 133,011,541 | 132,941,187 | 133,056,675 | 133,576,575 |
| New York City | 49,748,914 | 49,306,506 | 49,361,708 | 49,206,260 | 48,917,855 | 48,908,967 | 49,014,661 | 49,271,140 |
| Manhattan CBD | 3,402,711 | 3,173,972 | 3,199,881 | 3,156,249 | 3,117,142 | 3,106,570 | 3,147,541 | 3,144,017 |
| CBD Core | 1,262,019 | 1,211,069 | 1,219,101 | 1,222,077 | 1,236,236 | 1,230,340 | 1,246,015 | 1,197,152 |
| Peripheral Highways (south of 60th Street; excluded from the toll) | 2,140,692 | 1,962,903 | 1,980,780 | 1,934,172 | 1,880,906 | 1,876,230 | 1,901,526 | 1,946,865 |
| West Side Highway/Route 9A | 647,671 | 554,316 | 562,018 | 528,271 | 500,214 | 499,855 | 509,900 | 550,459 |
| FDR Drive | 758,659 | 760,056 | 770,395 | 754,497 | 733,879 | 739,383 | 743,921 | 763,263 |
| Bridges & Tunnels | 734,362 | 648,531 | 648,367 | 651,404 | 646,813 | 636,992 | 647,705 | 633,143 |
| NYC Subarea 1 (see Figure 4A-2) | 2,349,929 | 2,195,311 | 2,199,825 | 2,155,278 | 2,113,309 | 2,104,806 | 2,123,309 | 2,173,895 |
| NYC Subarea 2 (see Figure 4A-2) | 7,142,863 | 7,086,769 | 7,098,540 | 7,060,838 | 7,013,071 | 7,012,113 | 7,032,663 | 7,083,658 |
| NYC Subarea 3 (see Figure 4A-2) | 36,853,411 | 36,850,454 | 36,863,462 | 36,833,895 | 36,674,333 | 36,685,478 | 36,711,148 | 36,869,570 |
| **Long Island Counties (2)** | 46,813,526 | 46,752,292 | 46,709,696 | 46,716,462 | 46,732,209 | 46,699,238 | 46,688,529 | 46,757,385 |
| **New York Counties North of New York City (5)** | 37,623,921 | 37,490,304 | 37,531,719 | 37,484,719 | 37,361,477 | 37,332,982 | 37,353,485 | 37,548,050 |
| **New Jersey Counties (14)** | 107,907,842 | 107,914,688 | 107,948,940 | 108,040,676 | 107,970,946 | 107,950,075 | 108,024,196 | 107,882,082 |
| **Connecticut Counties (2)** | 35,063,470 | 35,045,234 | 35,006,855 | 35,042,347 | 35,004,182 | 35,002,445 | 34,998,648 | 35,059,459 |
| **TOTAL** | 277,157,673 | 276,509,024 | 276,558,918 | 276,490,464 | 275,986,669 | 275,893,707 | 276,079,519 | 276,518,116 |

Note: The number of counties are indicated within parentheses ( ).

- There will be an increase in daily vehicles miles traveled under every tolling scenario compared to the no action.
- Compared to Tolling Scenario A, there will be an increase of vehicle miles traveled under every tolling scenario by 600%, 1940%, 922%, 617%, 1700%, and 376%, respectively.