# EXHIBIT 5

Figure 10-16.   Vehicle-Miles Traveled Increase (Tolling Scenario A) and Environmental Justice Census Tracts



[Note:   For an audio description, please go to the following link: https://www.youtube.com/watch?v=KvLDiR9t2S4&list=PLZHkn788ZQJPEY5zv-dr2gzkzMQFMgb_2&index=15.]

- There are 19 census tracts in Essex County that expect to see an increase in vehicles miles traveled over 500 miles
- There are 11 census tracts in Morris County that expect to see an increase in vehicles miles traveled over 500 miles
- There are 24 census tracts in Middlesex County that expect to see an increase in vehicles miles traveled of over 500 miles
- There is 1 census tract in Monmouth County that expects to see an increase in vehicle miles traveled of over 500 miles
- There are 10 census tracts in Passaic County that expect to see an increase in vehicle miles traveled of over 500 miles
- There are 9 census tracts in Union County that expect to see an increase in vehicle miles traveled of over 500 miles
- There are 30 census tracts in Bergen County that expect to see an increase in vehicle miles traveled over 500 miles.
- In total, there are at least **104 New Jersey census tracts that will see an adverse impact in vehicles miles traveled**.