# EXHIBIT 6

Figure 10-16.   Vehicle-Miles Traveled Increase (Tolling Scenario A) and Environmental Justice Census Tracts



[Note:    For an audio description, please go to the following link: https://www.youtube.com/watch?v=KvLDiR9t2S4&list=PLZHkn788ZQJPEY5zv-dr2gzkzMQFMgb_2&index=15.]

- The Final EA only picked *four* intersections in New Jersey for its microscale "hot spot" analysis of air quality.
- These four intersections are where traffic is expected to decrease and air quality to improve if congestion pricing is implemented.
- The Final EA did not analyze one intersection in New Jersey where traffic is expected to increase.
- The Final EA did not conduct any "hot spot" analysis of intersections in Bergen County, the New Jersey county with the highest increase in vehicles-miles traveled, because that would not have yielded a favorable outcome.