# EXHIBIT 8

## Meetings with New York and New Jersey Agencies During the EA Process[1]

| Meeting Date | NY Agencies & Government Offices | NJ Agencies & Government Offices |
|---|---|---|
| August 29, 2019[i] | MTA, New York Metropolitan Transportation Council ("NYMTC"), NYSDOT, NYS Department of Environmental Conservation ("NYSDEC") | None |
| April 15, 2021[ii] | "Project Sponsors" (MTA, TBTA, NYSDOT, NYCDOT), NYMTC | None |
| September 9, 2021[iii] | "Project Sponsors" (MTA, TBTA, NYSDOT, NYCDOT), NYSDEC, NYS Department of State ("NYSDOS"), NYS Office of Parks, Recreation and Historic Preservation | None |
| September 10, 2021[iv] | MTA, TBTA, NYCDOT, NYSDOT, NYC Department of Environmental Protection ("NYCDEP"), NYMTC, NYC Department of City Planning ("NYCDCP"), NYC Mayor's Office of Environmental Coordination, Orange County Transportation Council, Dutchess County Transportation Council | NJDOT, NJ Transit, NJTPA |
| March 11, 2022[v] | MTA | NJ Transit |
| April 19, 2022[vi] | "Project Sponsors" (MTA, TBTA, NYSDOT, NYCDOT), "Interagency Coordination Group" (presumably NYMTC, NYSDEC) | None |
| August 1, 2022[vii] | "Project Sponsors" (MTA, TBTA, NYSDOT, NYCDOT), NYS Office of Parks, Recreation and Historic Preservation | None |
| August 10, 2022 | Draft EA published | |
| August 4, 2022[viii] | MTA, TBTA, NYCDOT, NYSDOT, NYCDCP, NYCDEP, NYMTC, NYSDOS, NYS Division of Homeland Security & Emergency Services, NYS Office of Parks, Recreation and Historic Preservation, Orange County Transportation Council, NYC Mayor's Office of Environmental Coordination, NYC Law | NJDOT, NJ Transit, NJTPA, NJTA |
| May 5, 2023 | Final EA and Draft FONSI published | |
| May 9, 2023[ix] | "Project Sponsors" (MTA, TBTA, NYSDOT, NYCDOT), NYS Office of Parks, Recreation and Historic Preservation | None |
| May 11, 2023[x] | MTA, TBTA, NYCDOT, NYSDOT, NYCDCP, NYCDEP, NYC Department of Parks & Recreation, NYMTC, NYS Division of Homeland Security & Emergency Services, Orange County Transportation Council, NYC Mayor's Office of Environmental Coordination | NJDOT, NJ Transit, NJTPA |
| June 27, 2023 | Final FONSI published | |

---

[1] This list is based on the administrative record, Final EA, and FONSI, and may not be exhaustive.

1

## Summary of Engagement with New York and New Jersey

|  | New York | New Jersey |
|---|---|---|
| Number of agencies or government offices consulted | 17* | 4** |
| Number of environmental agencies or government offices consulted | 3* | None. |
| Number of meetings held with agencies or government offices | 9† | 4 |
| Number of meetings held with environmental agencies or local environmental offices | 5 | None. |

\* MTA, TBTA, NYCDOT, NYSDOT, NYS Office of Parks, Recreation, and Historic Preservation, NYS Division of Homeland Security & Emergency Services, **NYSDEC**, NYS Department of State, NYMTC, NYC Department of City Planning, **NYCDEP**, NYC Department of Health & Mental Hygiene (*see* ECF 7-2 at 3-1), NYC Department of Education (*see id.*), **NYC Mayor's Office of Environmental Coordination**, Orange County Transportation Council, Dutchess County Transportation Council, NYC Taxi & Limousine Commission (*see id.*). Environmental agencies and local environmental offices have been bolded.

\*\* NJDOT, NJ Transit, NJTPA, NJTA

\*\*\* NYSDEC, NYCDEP, NYC Mayor's Office of Environmental Coordination

† Excluding meetings in which only Project Sponsors attended

---

[i] DOT_0038837
[ii] ECF 7-6 at 18-3
[iii] *Id.*
[iv] DOT_0041617
[v] DOT_0039957
[vi] ECF 7-6 at 18-3
[vii] *Id.*; DOT_0040224; DOT_0040227; DOT_0041099; DOT_0041101; DOT_0041103; DOT_0041105; DOT_0041107; DOT_0040223; DOT_0040233
[viii] DOT_0041634
[ix] DOT_0040683; DOT_0041157
[x] DOT_0043818