UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>      *Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>      *Defendants,*<br><br>and<br><br>THE METROPOLITAN TRANSPORTATION AUTHORITY and THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>      *Intervenor-Defendants*. | Hon. Brian R. Martinotti<br><br>Civ. No. 2:23-cv-03885-BRM-LDW<br><br>**NOTICE OF CROSS MOTION FOR SUMMARY JUDGMENT BY INTERVENOR DEFENDANTS THE METROPOLITAN TRANSPORTATION AUTHORITY AND THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that Intervenor-Defendants the Metropolitan Transportation Authority (the "MTA") and the Triborough Bridge and Tunnel Authority ("TBTA") will move before the Honorable Brian R. Martinotti, U.S.D.J., on such date as the Court orders, for summary judgment pursuant to Federal Rule of Civil Procedure 56.

A Memorandum of Law and Proposed Order are attached.

Oral argument is requested pursuant to Federal Rule of Civil Procedure 78.

|  |  |
|---|---|
| Dated: December 15, 2023 | Respectfully submitted, |
|  | /s/ Daniel Chorost |
|  | Daniel Chorost |
|  | Mark A. Chertok* |
|  | Elizabeth Knauer* |
|  | SIVE, PAGET & RIESEL, P.C. |
|  | 560 Lexington Avenue, 15th Floor |
|  | New York, NY 10022 |
|  | (212) 421-2150 |
|  | dchorost@sprlaw.com |
|  | mchertok@sprlaw.com |
|  | eknauer@sprlaw.com |

/s/ Roberta A. Kaplan
Roberta A. Kaplan*
Gabrielle E. Tenzer*
Kaplan Hecker & Fink LLP
350 Fifth Avenue
New York, NY 10118
rkaplan@kaplanhecker.com
gtenzer@kaplanhecker.com

Raymond P. Tolentino*
Kate Harris*
Kaplan Hecker & Fink LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
rtolentino@kaplanhecker.com
kharris@kaplanhecker.com

*Counsel for Intervenor-Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*

*Admitted pro hac vice*