**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, <br><br> *Defendants,* <br><br> and <br><br> THE METROPOLITAN TRANSPORTATION AUTHORITY and THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, <br><br> *Intervenor-Defendants.* | Hon. Brian R. Martinotti <br><br> Civ. No. 2:23-cv-03885-BRM-LDW |

**[PROPOSED] ORDER**

Upon consideration of Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment, it is **ORDERED** that Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment are **GRANTED**, and Plaintiff's Motion for Summary Judgment is **DENIED**.

**SO ORDERED**.

Date: _____

_____
Hon. Brian R. Martinotti
United States District Judge