UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMNISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>*Defendants*. | Civil Action No. 23 Civ. 03885<br><br>Hon. Brian R. Martinotti |

**CERTIFICATION OF CHARLES S. WARREN IN SUPPORT OF**
***PRO HAC VICE* APPLICATION**

Charles S. Warren, under penalty of perjury, declares:

1. I am admitted to practice law in the State of New York and am a Partner at the firm Kramer Levin Naftalis & Frankel LLP. I submit this Certification in support of *amici curiae* Environmental Defense Fund, New York League of Conservation Voters, Tri-State Transportation Campaign, Riders Alliance, Open Plans, Real Estate Board of New York, New York Lawyers for the Public Interest, WE ACT for Environmental Justice, StreetsPAC, Transportation Alternatives, and New York Public Interest Research Group Fund's (collectively, "*amici*") application for my own admission *pro hac vice*.

2. My contact information is as follow:

Charles S. Warren
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Phone: 212-715-9100
Fax: 212-715-8000
CWarren@KRAMERLEVIN.com

3. I am a duly licensed attorney and a member in good standing of the bar of the State of New York, where I was admitted to practice on December 13, 1965. Attached hereto as **Exhibit A** is a certificate of good standing with the State Bar of New York.

4. There are no pending disciplinary matters against me in any jurisdiction, nor has discipline been previously imposed upon me in any jurisdiction or court.

5. I am not currently disbarred or suspended in any jurisdiction or court.

6. If admitted *pro hac vice*, I will comply with all the requirements of L. Civ. R. 101.1, including: (i) making payment to the New Jersey Lawyers' Fund for Client Protection as provided by R. 1.28-2(a); (ii) making payment of $150.00 to the Clerk of the United States District Court for the District of New Jersey; and (iii) strictly observing the dates fixed for all proceedings in this matter.

7. If admitted *pro hac vice*, I understand and acknowledge that I will be within the disciplinary jurisdiction of this Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 15, 2023
      New York, New York

Respectfully submitted,

By: /s/ Charles S. Warren

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Phone: 212-715-9508
Fax: 212-715-8035
CWarren@KRAMERLEVIN.com