UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMNISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>*Defendants*. | Civil Action No. 23 Civ. 03885<br><br>Hon. Brian R. Martinotti |

**[PROPOSED]
ORDER GRANTING *PRO HAC VICE* ADMISSION**

This matter having come before the Court on the application of Kramer Levin Naftalis & Frankel LLP, attorneys for *amici curiae* Environmental Defense Fund, New York League of Conservation Voters, Tri-State Transportation Campaign, Riders Alliance, Open Plans, Real Estate Board of New York, New York Lawyers for the Public Interest, WE ACT for Environmental Justice, StreetsPAC, Transportation Alternatives, and New York Public Interest Research Group Fund (collectively, "*amici*"), for the admission of Charles S. Warren, Esq., of Kramer Levin Naftalis & Frankel LLP, to appear *pro hac vice* on *amici*'s behalf pursuant to L. Civ. R. 101.1(c); with all parties consenting and the Court having considered the Certifications of Nathan Schwartzberg, Esq. and Charles S. Warren, Esq., in accompaniment to the application and in satisfaction of the requirements set forth in L. Civ. R. 101.1(c)(1), and for good cause shown,

**IT IS HEREBY ORDERED:**

**(1)** Charles S. Warren, Esq., of Kramer Levin Naftalis & Frankel LLP, is hereby granted admission *pro hac vice* to appear in this matter on behalf of *amici* in the same manner as attorneys authorized to practice law in this State; and it is further

**(2) ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by Nathan Schwartzberg, Esq., attorney of record for *amici*, or by such other attorney who may appear as counsel of record for *amici*, who shall be responsible for the submission of the case and the attorneys admitted hereby; and it is further

**(3) ORDERED** that, in accordance with Local Civil Rule 101.1(c)(2), Charles S. Warren, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection; and it is further

**(4) ORDERED** that, in accordance with Local Civil Rule 101.1(c)(3), Charles S. Warren, Esq. shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice*; and it is further

**(5) ORDERED** that, in accordance with Local Civil Rule 101.1(c)(3), Charles S. Warren, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including all disciplinary rules.

This order is effective immediately.

Dated:                                                                Entered:

_____
The Honorable Brian R. Martinotti
United States District Judge
For the District of New Jersey