# Kramer Levin



**Nathan Schwartzberg**
Associate
T  212.715.9100
F  212.715.8000
schwartzberg@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T  212.715.9100
F  212.715.8000

December 15, 2023

<u>*Via ECF*</u>

The Honorable Brian R. Martinotti, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re: *State of New Jersey, v. United States Department of Transportation, et al.*,
       Civil Action No.: 23-cv-03885

Dear Judge Martinotti:

  We represent *amici curiae* Environmental Defense Fund, New York League of Conservation Voters, Tri-State Transportation Campaign, Riders Alliance, Open Plans, Real Estate Board of New York, New York Lawyers for the Public Interest, WE ACT for Environmental Justice, StreetsPAC, Transportation Alternatives, and New York Public Interest Research Group Fund (collectively, "*amici*") in connection with the above-referenced matter. We respectfully request that Your Honor permit Karen S. Kennedy, of Kramer Levin Naftalis & Frankel LLP, to appear *pro hac vice* on *amici*'s behalf.

  In support of this request, we enclose the following documents: (1) Certification of Nathan Schwartzberg; (2) Certification of Karen S. Kennedy with corresponding Certificate of Good Standing; and (3) a proposed form order. Thank you for your attention to this matter. If the Court has any questions, please do not hesitate to contact us.

              Respectfully,

              */s/ Nathan Schwartzberg*
              Nathan Schwartzberg

cc: All counsel of record (w/encl.) (via ECF)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMNISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>*Defendants.* | Civil Action No. 23 Civ. 03885<br><br>Hon. Brian R. Martinotti |

**CERTIFICATION OF NATHAN SCHWARTZBERG IN SUPPORT OF
*PRO HAC VICE* APPLICATION**

Nathan Schwartzberg, under penalty of perjury, declares:

1. I am admitted to practice law in the States of New Jersey and New York and am an Associate with Kramer Levin Naftalis & Frankel LLP, counsel for *amici curiae* Environmental Defense Fund, New York League of Conservation Voters, Tri-State Transportation Campaign, Riders Alliance, Open Plans, Real Estate Board of New York, New York Lawyers for the Public Interest, WE ACT for Environmental Justice, StreetsPAC, Transportation Alternatives, and New York Public Interest Research Group Fund (collectively, "*amici*") in connection with this action. I submit this Certification in support of the *pro hac vice* admission of Karen S. Kennedy, Esq., who is a Special Counsel at Kramer Levin Naftalis & Frankel LLP, to appear *pro hac vice* as counsel for *amici*.

2. I am a member in good standing of the New Jersey Bar and the United States District Court for the District of New Jersey and am authorized to file through the Court's electronic filing system.

3. Ms. Kennedy is familiar with the facts of this action and has experience in the field of law relevant to this action.

4. As set forth in the accompanying Certification of Karen S. Kennedy ("Kennedy Certification"), she is a member in good standing in the jurisdiction in which she has been admitted to practice. There are no disciplinary proceedings pending against Ms. Kennedy and no discipline has been imposed on her in any jurisdiction.

5. As set forth in the Kennedy Certification, in the event that she is admitted *pro hac vice* in this action, she will comply with all the requirements of L. Civ. R. 101.1.

6. Upon admission *pro hac vice* of Ms. Kennedy, I will continue to serve as counsel of record in this matter and will comply with all of the requirements of L. Civ. R. 101.1. As counsel of record, I will continue to be responsible for the conduct of Ms. Kennedy and I will continue to file all papers, enter appearances for parties, sign stipulations, and sign or receive payments on judgments, decrees, or orders.

7. For the foregoing reasons, I respectfully request that this Court enter an Order admitting Ms. Kennedy to appear *pro hac vice* before this Court for all further proceedings in this matter.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 15, 2023  
New York, New York

Respectfully submitted,

By: */s/ Nathan Schwartzberg*  
Nathan Schwartzberg (N.J. 157932015)  
nschwartzberg@KRAMERLEVIN.com

        KRAMER LEVIN NAFTALIS & FRANKEL LLP
        1177 Avenue of the Americas
        New York, NY 10036
        Phone: 212-715-9100
        Fax: 212-715-8000

*Attorneys for Amici Curiae Environmental Defense Fund, New York League of Conservation Voters, Tri-State Transportation Campaign, Riders Alliance, Open Plans, Real Estate Board of New York, New York Lawyers for the Public Interest, WE ACT for Environmental Justice, StreetsPAC, Transportation Alternatives, and New York Public Interest Research Group Fund*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMNISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, <br><br> *Defendants*. | Civil Action No. 23 Civ. 03885 <br><br> Hon. Brian R. Martinotti |

**CERTIFICATION OF KAREN S. KENNEDY IN SUPPORT OF**
***PRO HAC VICE* APPLICATION**

Karen S. Kennedy, under penalty of perjury, declares:

1. I am admitted to practice law in the State of New York and am a Special Counsel at the firm Kramer Levin Naftalis & Frankel LLP. I submit this Certification in support of *amici curiae* Environmental Defense Fund, New York League of Conservation Voters, Tri-State Transportation Campaign, Riders Alliance, Open Plans, Real Estate Board of New York, New York Lawyers for the Public Interest, WE ACT for Environmental Justice, StreetsPAC, Transportation Alternatives, and New York Public Interest Research Group Fund's (collectively, "*amici*") application for my own admission *pro hac vice*.

2. My contact information is as follows:

Karen S. Kennedy
Kramer Levin Naftalis & Frankel LLP

1177 Avenue of the Americas
New York, NY 10036
Phone: 212-715-9100
Fax: 212-715-8000
KKennedy@KRAMERLEVIN.com

3. I am a duly licensed attorney and a member in good standing of the bar of the State of New York, where I was admitted to practice on July 22, 1991. Attached hereto as **Exhibit A** is a certificate of good standing with the State Bar of New York.

4. There are no pending disciplinary matters against me in any jurisdiction, nor has discipline been previously imposed upon me in any jurisdiction or court.

5. I am not currently disbarred or suspended in any jurisdiction or court.

6. If admitted *pro hac vice*, I will comply with all the requirements of L. Civ. R. 101.1, including: (i) making payment to the New Jersey Lawyers' Fund for Client Protection as provided by R. 1.28-2(a); (ii) making payment of $150.00 to the Clerk of the United States District Court for the District of New Jersey; and (iii) strictly observing the dates fixed for all proceedings in this matter.

7. If admitted *pro hac vice*, I understand and acknowledge that I will be within the disciplinary jurisdiction of this Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 15, 2023
       New York, New York

Respectfully submitted,

By: _____
    *Karen S. Kennedy*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Phone: 212-715-9508
Fax: 212-715-8035
KKennedy@KRAMERLEVIN.com

# EXHIBIT A



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Karen Steinberg Kennedy

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 22, 1991**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on December 6, 2023.

*Clerk of the Court*

CertID-00150150



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
Presiding Justice

**SUSANNA MOLINA ROJAS**
Clerk of the Court

**MARGARET SOWAH**
Deputy Clerk of the Court

**DOUGLAS C. SULLIVAN**
Deputy Clerk of the Court

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Susanna Rojas*
Susanna Rojas
Clerk of the Court

Revised October 2020

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>    *Plaintiff*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMNISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>    *Defendants*. | Civil Action No. 23 Civ. 03885<br><br>Hon. Brian R. Martinotti |

**[PROPOSED]**
**ORDER GRANTING *PRO HAC VICE* ADMISSION**

    This matter having come before the Court on the application of Kramer Levin Naftalis & Frankel LLP, attorneys for *amici curiae* Environmental Defense Fund, New York League of Conservation Voters, Tri-State Transportation Campaign, Riders Alliance, Open Plans, Real Estate Board of New York, New York Lawyers for the Public Interest, WE ACT for Environmental Justice, StreetsPAC, Transportation Alternatives, and New York Public Interest Research Group Fund (collectively, "*amici*"), for the admission of Karen S. Kennedy, Esq., of Kramer Levin Naftalis & Frankel LLP, to appear *pro hac vice* on *amici*'s behalf pursuant to L. Civ. R. 101.1(c); with all parties consenting and the Court having considered the Certifications of Nathan Schwartzberg, Esq. and Karen S. Kennedy, Esq., in accompaniment to the application and in satisfaction of the requirements set forth in L. Civ. R. 101.1(c)(1), and for good cause shown,

**IT IS HEREBY ORDERED:**

**(1)** Karen S. Kennedy, Esq., of Kramer Levin Naftalis & Frankel LLP, is hereby granted admission *pro hac vice* to appear in this matter on behalf of *amici* in the same manner as attorneys authorized to practice law in this State; and it is further

**(2) ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by Nathan Schwartzberg, Esq., attorney of record for *amici*, or by such other attorney who may appear as counsel of record for *amici*, who shall be responsible for the submission of the case and the attorneys admitted hereby; and it is further

**(3) ORDERED** that, in accordance with Local Civil Rule 101.1(c)(2), Karen S. Kennedy, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection; and it is further

**(4) ORDERED** that, in accordance with Local Civil Rule 101.1(c)(3), Karen S. Kennedy, Esq. shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice*; and it is further

**(5) ORDERED** that, in accordance with Local Civil Rule 101.1(c)(3), Karen S. Kennedy, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including all disciplinary rules.

This order is effective immediately.

Dated:                                             Entered:

_____
The Honorable Brian R. Martinotti
United States District Judge
For the District of New Jersey