# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*, <br><br> *Defendant-Intervenors*. | No. 23-3885 <br> Hon. Brian R. Martinotti |

## PROPOSED ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Summary Judgment, and Defendants and Defendant-Intervenor's Cross-Motions for Summary Judgment. The Court, having considered the motions and briefs filed in support thereof, and finding good cause, hereby GRANTS Defendants' Cross-Motion for Summary Judgment on all claims and DENIES Plaintiff's Motion for Summary Judgment. The Clerk of the Court is directed to enter judgment in favor of Defendants and against Plaintiff.

DATED this ___ day of _____, 2024.

_____
United States District Judge