UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**CHAMBERS OF
RENÉE MARIE BUMB
CHIEF U.S. DISTRICT JUDGE**

MITCHELL H. COHEN BUILDING &
UNITED STATES COURTHOUSE
4th & Cooper Streets
Camden, New Jersey 08101

**LETTER ORDER**

December 29, 2023

*Via* **ECF**
**Counsel of Record**

  Re: *Sokolich v. U.S. Dep't of Transp.*, Civil No. 2:23-21728 (BRM) (LDW)
     *New Jersey v. U.S. Dep't of Transp.*, Civil No. 2:23-03885 (BRM) (LDW)

Dear Counsel:

  On December 6, 2023, I received a letter from New York State Senator Brad Hoylman-Sigal seeking the recusal of the Hon. Brian R. Martinotti, U.S.D.J., from the above-referenced cases and, in the event that Judge Martinotti does not recuse himself, urging this Court "to remove these cases from his purview." I responded to his letter on December 13, 2023. Since that letter, this Court has received, via hand-delivery and the Court's Chambers e-mail address, two additional letters related to this matter. In order to prevent further correspondence regarding Senator Hoylman-Sigal's letter, the Court herby directs that the previous correspondence shall be published on the docket "for informational purposes only."

  Therefore, the Clerk of the Court shall **DOCKET** this letter and the accompanying attachments "for informational purposes only" in the above-referenced cases.

                Sincerely,

                **s/Renée Marie Bumb**
                Renée Marie Bumb
                Chief U.S. District Judge

Encls.
December 6, 2023, Letter from Sen. Brad Hoylman-Sigal
December 13, 2023, Letter from Randy M. Mastro
December 13, 2023, Letter from the Hon. Renée Marie Bumb
December 22, 2023, Letter from AUSA Alex D. Silagi *et al.*