

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

*Alex Silagi*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
alex.silagi@usdoj.gov

main:  (973) 645-2700
direct: (973) 353-6001
fax:   (973) 297-2010

December 22, 2023

**BY EMAIL**
The Hon. Renée Marie Bumb, Chief Judge
United States District Court for the District of New Jersey
4th and Cooper Streets
Camden, NJ 08101

      Re:    *State of New Jersey v. U.S. Dep't of Transp., et al.*,
             Civil Action No. 23-3885 (BRM) (LDW)

Dear Chief Judge Bumb:

      This Office, along with the U.S. Department of Justice Environment and Natural Resources Division, represents Defendants the U.S. Department of Transportation, the Federal Highway Administration ("FHWA"), Shailen Bhatt, in his official capacity as Administrator of FHWA, and Richard J. Marquis, in his official capacity as Division Administrator of the New York Division of FHWA (together, the "Government"). We have received the December 6, 2023, letter from New York State Senator Brad Hoylman-Sigal requesting that the Hon. Brian R. Martinotti, U.S.D.J., recuse himself from the above case and from a related case, *Sokolich v. U.S. Department of Transportation, et al.*, No. 23-21728 (BRM) (LDW). Particularly considering the improper manner in which this issue was presented to the Court, the Government believes the letter raises no grounds for departure from its usual practice of deferring to the Court on issues of recusal.

      We thank the Court for its attention to this matter.

                              Respectfully submitted,

                              PHILIP R. SELLINGER
                              United States Attorney

                By:    *s/ Alex Silagi*
                              ALEX D. SILAGI
                              Assistant United States Attorney

                                                */s/ GREGORY M. CUMMING*
                                                GREGORY M. CUMMING
                                                SHARI HOWARD
                                                SAMANTHA G. PELTZ
                                                Trial Attorneys
                                                Environment & Natural Resources Division

cc:    Hon. Brian R. Martinotti (Brian_Martinotti@njd.uscourts.gov)
        Craig Carpenito (CCarpenito@kslaw.com)
        Counsel of Record (by email)