# UNITED STATES DISTRCT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>                                          Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>                                        Defendants,<br><br>and<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*,<br><br>                           *Defendant-Intervenors.* | Civil Action No. 2:23-cv-03885-BRM-LDW<br><br>**CERTIFICATE OF SERVICE** |

      I hereby certify that on the date indicated below, I caused the motion to be served on the following counsel via ECF:

Randy Michael Mastro, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

**Attorney for Plaintiffs**

Gregory Martin Cumming, Esq.
DOJ-ENRD
150 Main Street, N.E.
Washington, DC 20002

Alex D. Silagi, Esq.
DOJ-USAO
United States Attorney's Office
970 Broad Street
Newark, NJ 07102

**Attorneys for Defendants**

Dan Chorost, Esq.
Sive, Paget & Riesel, P.C.
560 Lexington Avenue, 15th Floor
New York, NY 10022

**Attorney for Intervenor Defendants**

John H. Reichman, Esq.
John Reichman Law LLC
56 Oakwood Ave
Montclair, NJ 07043

**Attorney for Amici**

Date: January 8, 2024                          */s/ David Mateen*
                                                David Mateen, Esq.
                                                Assistant Bergen County Counsel
                                                Bergen County Counsel
                                                One Bergen County Plaza
                                                Hackensack, New Jersey 07601
                                                201-336-6961
                                                dmateen@co.bergen.nj.us