# UNITED STATES DISTRCT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>                                   Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>                                   Defendants,<br><br>and<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*,<br><br>                          *Defendant-Intervenors.* | Civil Action No. 2:23-cv-03885-BRM-LDW<br><br>**ORDER** |

**THIS MATTER** having come before the Court upon the Motion by the County of Bergen for Leave to File Amicus Curiae Brief in Support of Plaintiffs' Motion for Summary Judgment, and for Leave to Participate in Oral Argument as Amicus, and

**IT APPEARING** to the Court that the County of Bergen, has shown the requisite interest in the matters at issue in this case; and

**IT FURTHER APPEARING** to the Court that the amicus curiae brief and related oral argument will be helpful to the Court; and

1

**IT FURTHER APPEARING** to the Court that the matters asserted therein are relevant to the outcome of plaintiffs' motion; and for good cause shown,

**IT IS** on this ___ day of _____, 2024,

**ORDERED** that the Motion by the County of Bergen for Leave to File Amicus Curiae Brief in Support of Plaintiffs' Motion for Summary Judgment, and for Leave to Participate in Oral Argument as Amicus is GRANTED; and it is further

**ORDERED** that the proposed amicus curiae brief submitted with the Motion (Doc _____) shall be considered as properly filed in this action; and it is further

**ORDERED** that the amicus curiae may participate in oral argument on the Motion for Summary Judgment on _____, 2024, at _____.

_____
Judge Brian R. Martinotti
United States District Judge