# UNITED STATES DISTRCT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATE DEPARTMENT OF TRANSPORTATION, et al.<br><br>    Defendants,<br><br>and<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, et al.<br><br>    Defendant-Intervenors. | Civil Action No. 2:23-3885 CCC-LDW |
| MARK SOKOLICH, in his capacity as the Mayor of Fort Lee and a resident of Fort Lee, and RICHARD GALLER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration; THE MANHATTAN TRANSIT AUTHORITY (MTA), JOHN JANNO LIEBER, in his official capacity as Chair and CEO of the MTA, the TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY (TBTA), DANIEL DECRESCENZO, in his official capacity as President of the  (TBTA), the TRAFFIC | Civil Action No. 2:23-cv-21728 CCC-LDW |

MOBILITY REVIEW BOARD (TMRB),  CARL WEISBROD, in his capacity as Chair of the (TMRB),

            Defendants.

## NOTICE OF MOTION FOR CONSOLIDATION

To:    All Counsel of Record

Plaintiff, Mark Sokolich, in his capacity as the Mayor of Fort Lee and a resident of Fort Lee, and Richard Galler, individually and on behalf of all others similarly situated (herein "Movants") respectfully submits this motion for entry of an order consolidating the above-captioned proposed class action pending in this Court, along with any related class actions that are subsequently filed in, removed to, or transferred to this Court with the first-filed action filed by the State of New Jersey.

For the reasons set forth in the accompanying memorandum of law, Movant respectfully requests that the Court approve the proposed order submitted herewith.

DATED: January 10, 2024            Respectfully submitted,
                                            NAGEL RICE, LLP

                                      By:   s/ *Bruce H. Nagel*
                                                Bruce H. Nagel, Esq.
                                                Randee M. Matloff, Esq.
                                                103 Eisenhower Parkway
                                                Roseland, New Jersey 07068
                                                Telephone: (973) 618-0400
                                                Email: bnagel@nagelrice.com
                                                *Attorneys for Plaintiffs, Mark Sokolich, in his capacity as the Mayor of Fort Lee and a resident of Fort Lee, and Richard Galler, individually and on behalf of all others similarly situated*