**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2024, I caused the foregoing to be filed with the Clerk of Court in the first filed action using the CM/ECF filing system and, by so doing, served counsel for Plaintiff, Defendants and all amicus in the first filed action through CM/ECF, as well as all counsel of record and the Court in the second filed action as the Court and counsel for Defendants are the same in both cases.

DATED: January 10, 2024

Respectfully submitted,
NAGEL RICE, LLP

By:   s/ *Bruce H. Nagel*
       Bruce H. Nagel, Esq.
       Randee M. Matloff, Esq.