# UNITED STATES DISTRCT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, | Civil Action No. 2:23-03885 CCC-LDW |
| Plaintiff, | |
| v. | |
| UNITED STATE DEPARTMENT OF TRANSPORTATION, et al. | |
| Defendants, | |
| and | |
| METROPOLITAN TRANSPORTATION AUTHORITY, et al. | |
| Defendant-Intervenors. | |
| | |
| MARK SOKOLICH, in his capacity as the Mayor of Fort Lee and a resident of Fort Lee, and RICHARD GALLER, individually and on behalf of all others similarly situated, | Civil Action No. 2:23-cv-21728 CCC-LDW |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration; THE MANHATTAN TRANSIT AUTHORITY (MTA), JOHN JANNO LIEBER, in his official capacity as Chair and CEO of the MTA, the TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY (TBTA), | |

DANIEL DECRESCENZO, in his official capacity as President of the  (TBTA), the TRAFFIC MOBILITY REVIEW BOARD (TMRB),  CARL WEISBROD, in his capacity as Chair of the (TMRB),

                Defendants.

# [PROPOSED] ORDER GRANTING MOVANT'S MOTION FOR CONSOLIDATION

WHEREAS, the court has considered the pending Motion for Consolidation and good cause appearing therefore, the Court orders as follows:

1. The Motion is GRANTED

2. The above-captioned actions, *State of New Jersey v. United States Department of Transportation, et al.,* No. 2:23-3885 and *Mark Sokolich, in his capacity as the Mayor of Fort Lee and a resident of Fort Lee, and Richard Galler, individually and on behalf of all others similarly situated v. United States Department of Transportation, et als.,,* No. 2:23-cv-21728 are consolidated as a single action under Civil Action No. 2:23-3885  (the "Consolidated Action") and the remaining action is closed;

3. All papers filed in the Consolidated Action shall only be filed in the docket for *State of New Jersey v. United States Department of Transportation, et als*., Civil Action No. 2:23-03885.

Dated:_____            SO ORDERED:

                                                   _____
                                                   HON CLAIRE C. CECCHI, U.S.D.J.