# UNITED STATES DISTRCT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br>           *Plaintiff,*<br>v.<br><br>UNITED STATE DEPARTMENT OF TRANSPORTATION, et al.<br>           *Defendants,*<br>and<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, et al.<br>           *Defendant-Intervenors.*<br>_____<br><br>MARK SOKOLICH, in his capacity as the Mayor of Fort Lee and a resident of Fort Lee, and RICHARD GALLER, individually and on behalf of all others similarly situated,<br>           *Plaintiffs,*<br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration; THE MANHATTAN TRANSIT AUTHORITY (MTA),  JOHN JANNO LIEBER, in his official capacity as Chair and CEO of the MTA, the TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY (TBTA), DANIEL DECRESCENZO, in his official capacity as President of the  (TBTA), the TRAFFIC MOBILITY REVIEW BOARD (TMRB),  CARL WEISBROD, in his capacity as Chair of the (TMRB),<br>           *Defendants.* | Civil Action No. 2:23-cv-03885 CCC-LDW<br><br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 2:23-cv-21728 CCC-LDW<br><br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Nagel Rice, LLP, attorneys for plaintiffs, Mark Sokolich, in his capacity as the Mayor of Fort Lee and a resident of Fort Lee, and Richard Galler, individually and on behalf of all others similarly situated, hereby enters an appearance in the above case.

NOTICE is further given that the undersigned requests that all notices given or required to be given in these cases be given to and served upon the undersigned at the office, post office address and telephone number and e-mail set forth herein:

>   Randee M. Matloff, Esq.
>   Rmatloff@nagelrice.com
>   NAGEL RICE, LLP
>   103 Eisenhower Parkway
>   Roseland, NJ  07068
>   Telephone:    973-618-0400
>   Facsimile:    973-618-9194

>                                   NAGEL RICE, LLP
>                                   Attorneys for Plaintiffs, *Mark Sokolich, in his capacity as the Mayor of Fort Lee and a resident of Fort Lee, and Richard Galler, individually and on behalf of all others similarly situated*
>
>                                   By: *s/Randee M. Matloff*
>                                         Randee M. Matloff, Esq.

Dated:  January 11, 2024