UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>        *Plaintiff*,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMNISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>        *Defendants*. | Civil Action No. 23 Civ. 03885<br><br>Hon. Claire C. Cecchi |

**AMENDED CERTIFICATION OF CHARLES S. WARREN IN SUPPORT OF *PRO HAC VICE* APPLICATION**

Charles S. Warren, under penalty of perjury, declares:

1. I am admitted to practice law in the State of New York and am a Partner at the firm McLaughlin & Stern, LLP. I submit this Certification in support of *amici curiae* Environmental Defense Fund, New York League of Conservation Voters, Tri-State Transportation Campaign, Riders Alliance, Open Plans, Real Estate Board of New York, New York Lawyers for the Public Interest, WE ACT for Environmental Justice, StreetsPAC, Transportation Alternatives, and New York Public Interest Research Group Fund's (collectively, "*amici*") application for my own admission *pro hac vice*.

2. My updated contact information is as follows:

Charles S. Warren
McLaughlin & Stern, LLP

260 Madison Avenue
New York, New York 10016
Phone: 212-448-1100
Fax: 212-448-0066
CWarren@mclaughlinstern.com

3.     I am a duly licensed attorney and a member in good standing of the bar of the State of New York, where I was admitted to practice on December 13, 1965. Attached hereto as **Exhibit A** is a certificate of good standing with the State Bar of New York.

4.     There are no pending disciplinary matters against me in any jurisdiction, nor has discipline been previously imposed upon me in any jurisdiction or court.

5.     I am not currently disbarred or suspended in any jurisdiction or court.

6.     If admitted *pro hac vice*, I will comply with all the requirements of L. Civ. R. 101.1, including: (i) making payment to the New Jersey Lawyers' Fund for Client Protection as provided by R. 1.28-2(a); (ii) making payment of $150.00 to the Clerk of the United States District Court for the District of New Jersey; and (iii) strictly observing the dates fixed for all proceedings in this matter.

7.     If admitted *pro hac vice*, I understand and acknowledge that I will be within the disciplinary jurisdiction of this Court.

8.     I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 11, 2024  
       New York, New York

Respectfully submitted,

By: /s/ Charles A. Warren

McLaughlin & Stern, LLP  
260 Madison Avenue  
New York, New York 10016  
Phone: 212-448-1100  
Fax: 212-448-0066  
CWarren@mclaughlinstern.com

# EXHIBIT A



Appellate Division of the Supreme Court
of the State of New York
First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Charles Stanley Warren

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **December 13, 1965**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on January 16, 2024.

*Susanna M. Rojas*
Clerk of the Court

CertID-00155294



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020