# KING & SPALDING

January 22, 2024

**VIA ECF**
Hon. Leo M. Gordon
Senior Judge
U.S. Court of International Trade
One Federal Plaza
New York, New York 10278

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Randy M. Mastro
Partner
Direct Dial: +1 212 827 4019
RMastro@kslaw.com

      Re:    *State of New Jersey v. U.S. Dep't of Transportation et al.*, No. 2:23-cv-03885

Dear Judge Gordon:

    I write as counsel for Plaintiff State of New Jersey ("New Jersey") concerning a pending motion to consolidate this case with another overlapping case filed on behalf of Fort Lee residents (the "Motion" and the "Fort Lee Plaintiffs") (Dkt. 84). New Jersey has no objection to this Motion, so as long as consolidation does not delay in any way the resolution of the pending cross-motions for summary judgment that will be fully briefed as of January 26, 2024.

    By way of background, on July 21, 2023, New Jersey filed its complaint alleging violations of the National Environmental Policy Act ("NEPA") and the Clean Air Act, against the U.S. Department of Transportation and the Federal Highway Administration ("FHWA"), among others. Dkt. 1. The Metropolitan Transportation Authority ("MTA") and Triborough Bridge and Tunnel Authority intervened on October 12, 2023. Dkt. 38. New Jersey is challenging the FHWA's decision to bypass a full environmental review and issue a "finding of no significant impact" for the MTA's first-in-the-nation congestion pricing scheme that will massively change traffic patterns in the New York metropolitan area and admittedly cause adverse environmental impacts on surrounding communities, including many in New Jersey.

    On November 1, 2023, the Fort Lee Plaintiffs filed a lawsuit against those same parties and their affiliates, asserting a similar NEPA claim and seeking similar relief. *Sokolich et al. v. U.S. Dep't of Transp., et al.*, 2:23-cv-21728 (Dkt. 1). The deadline to answer or respond to the Fort Lee Plaintiffs' Complaint was extended to February 15, 2024. *Id.* at Dkts. 49, 50.

    The parties in New Jersey's lawsuit have cross moved for summary judgment, with briefing to be completed by January 26. (Dkts. 32, 67, 74, 79, 86). A resolution in New Jersey's favor—which would also favor the Fort Lee Plaintiffs—should dispose of both cases and obviate the need to resolve additional claims. Therefore, New Jersey respectfully has no objection to Fort Lee's Motion if it does not hinder the prompt resolution of its environmental claims.

    As always, we thank the Court for its consideration.

                                   Respectfully,

                                   /s/ *Randy M. Mastro*
                                   Randy M. Mastro
                                   KING & SPALDING LLP
                                   1185 Avenue of the Americas
                                   New York, New York 10036

Cc:    All counsel of record (via ECF)