## CERTIFICATE OF SERVICE

      I hereby certify that on January 26, 2024, I caused a true and correct copy of the foregoing motion to be served by ECF upon all counsel of record.

Dated: January 26, 2024                                            */s/ Daniel Chorost*  
                                                                          Daniel Chorost