UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>    *Plaintiff,*<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>    *Defendants,*<br><br> and<br><br>THE METROPOLITAN TRANSPORTATION AUTHORITY and THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>    *Intervenor-Defendants*. | Hon. Leo M. Gordon<br><br>No. 2:23-cv-03885-LMG-LDW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW *PRO HAC VICE* APPEARANCE OF RAYMOND P. TOLENTINO** |

  This Court, having considered the Motion for Leave to Withdraw the *Pro Hac Vice* Appearance of Raymond P. Tolentino, **HEREBY ORDERS**:

  1. The Motion for Leave to Withdraw the *Pro Hac Vice* Appearance of Raymond P. Tolentino is **GRANTED**.

  2. Attorney Raymond P. Tolentino is hereby withdrawn as Intervenor-Defendants' counsel of record in the above-captioned matter. Intervenor-Defendants shall continue to be represented in this matter by the remaining counsel of record from Sive, Paget & Riesel, P.C., and Kaplan Hecker & Fink LLP.

2

      3.      The Clerk of the Court is directed to remove attorney Raymond P. Tolentino from the service list in this matter.

IT IS SO ORDERED

Dated: _____, 2024

                                  Honorable Leo M. Gordon
                                  United States District Judge