UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>       *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>       *Defendants*. | Hon. Leo M. Gordon<br><br>No. 2:23-cv-03885-LMG-LDW<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE* OF JOSHUA A. MATZ PURSUANT TO D.N.J. LOC. CIV. R. 101** |

Intervenor-Defendants the Metropolitan Transportation Authority (the "MTA") and the Triborough Bridge and Tunnel Authority ("TBTA"), by their undersigned counsel, hereby move this Court for an entry of an Order allowing the admission *pro hac vice* of:

 Joshua A. Matz, Esq.
 Kaplan Hecker & Fink LLP
 1050 K. Street NW, Suite 1040
 Washington, D.C. 20001

 **PLEASE TAKE FURTHER NOTICE** that the undersigned certifies as follows:

 1. I will comply with Local Civil Rule 101.1(c) and will be held responsible for the conduct of Joshua A. Matz, Esq.

 2. I will ensure that Joshua A. Matz, Esq. complies with Local Civil Rule 101.1(c).

 3. I or another attorney admitted to practice before the United States District Court for the District of New Jersey will sign all pleadings, briefs and other papers filed with the Court.

 4. I or another attorney admitted to practice before the United States District Court for the District of New Jersey will make all Court appearances required by the Court and the Local Rules.

**PLEASE TAKE FURTHER NOTICE** that the MTA and TBTA will rely upon the accompanying declaration of Joshua A. Matz, Esq. in support of this motion and that no brief is necessary as this motion raises no issue of law and the relief sought is within the Court's discretion.

Dated: New York, New York
February 6, 2024

Respectfully submitted,

<u>/s/ Daniel Chorost</u>
Daniel Chorost
SIVE, PAGET & RIESEL, P.C.
560 Lexington Avenue, 15th Floor
New York, NY 10022
(646) 378-7207
dchorost@sprlaw.com

*Counsel for Intervenor-Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*