**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants, <br><br> and <br><br> METROPOLITAN TRANSPORTATION AUTHORITY, et al., <br><br> Defendant-Intervenors. | Before: Leo M. Gordon, Judge <br><br> Court No. 2:23-cv-03885 |

**ORDER GRANTING PRO HAC VICE ADMISSION**

This matter having been brought before the Court by Daniel Chorost, Esq., of Sive, Paget & Riesel, P.C., counsel for Intervenor-Defendants the Metropolitan Transportation Authority (the "MTA") and the Triborough Bridge and Tunnel Authority ("TBTA"), for an Order allowing Joshua A. Matz, Esq. to appear and participate pro hac vice; and the Court having considered the moving papers; and for good cause shown pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey;

It is hereby **ORDERED**

(1) that Joshua A. Matz, Esq., of Sive, Pagel & Riesel, P.C., is hereby granted admission pro hac vice to appear in this matter on behalf of amici in the same manner as attorneys authorized to practice law in this State;

Court No. 2:23-cv-03885 Page 2

(2) that all pleadings, briefs, and other papers filed with the Court shall be signed by Daniel Chorost, Esq., attorney of record for amici, or by such other attorney who may appear as counsel of record for amici, who shall be responsible for the submission of the case and the attorneys admitted hereby;

(3) that, in accordance with Local Civil Rule 101.1(c)(2), Joshua A. Matz, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection within twenty (20) days of the date of entry of this Order;

(4) that, in accordance with Local Civil Rule 101.1(c)(3), Joshua A. Matz, Esq. shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission pro hac vice no later than 20 days of the date of entry of this Order;

(5) that, in accordance with Local Civil Rule 101.1(c)(3), Joshua A. Matz, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including all disciplinary rules; and

(6) that this Order is effective upon its entry on the docket of this action.

/s/ Leo M. Gordon
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: February 7, 2024
Newark, New Jersey