**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

STATE OF NEW JERSEY,

     Plaintiff,

     v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, et al.,

     Defendants,

     and

METROPOLITAN TRANSPORTATION
AUTHORITY, et al.,

     Defendant-Intervenors.

Before: Leo M. Gordon, Judge

Court No. 2:23-cv-03885

## ORDER GRANTING PRO HAC VICE ADMISSION

This matter having come before the Court on the application of Kramer Levin Naftalis & Frankel LLP, attorneys for amici curiae Environmental Defense Fund, New York League of Conservation Voters, Tri-State Transportation Campaign, Riders Alliance, Open Plans, Real Estate Board of New York, New York Lawyers for the Public Interest, WE ACT for Environmental Justice, Streets PAC, Transportation Alternatives, and New York Public Interest Research Group Fund (collectively, "amici"), for the admission of Karen S. Kennedy, Esq., of Kramer Levin Naftalis & Frankel LLP, to appear pro hac vice on amici's behalf pursuant to Local Civil Rule 101.1(c); with all parties consenting and the Court having considered the Certifications of Nathan Schwartzberg, Esq. and Karen S. Kennedy, Esq., in accompaniment to the application and in satisfaction of the requirements set forth in Local Civil Rule 101.1(c)(1), and for good cause shown,

Court No. 2:23-cv-03885                                                                    Page 2

It is hereby **ORDERED**

    (1) that Karen S. Kennedy, Esq., of Kramer Levin Naftalis & Frankel LLP, is hereby granted admission pro hac vice to appear in this matter on behalf of amici in the same manner as attorneys authorized to practice law in this State;

    (2) that all pleadings, briefs, and other papers filed with the Court shall be signed by Nathan Schwartzberg, Esq., attorney of record for amici, or by such other attorney who may appear as counsel of record for amici, who shall be responsible for the submission of the case and the attorneys admitted hereby;

    (3) that, in accordance with Local Civil Rule 101.1(c)(2), Karen S. Kennedy, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection within twenty (20) days of the date of entry of this Order;

    (4) that, in accordance with Local Civil Rule 101.1(c)(3), Karen S. Kennedy, Esq. shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission pro hac vice no later than 20 days of the date of entry of this Order;

    (5) that, in accordance with Local Civil Rule 101.1(c)(3), Karen S. Kennedy, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including all disciplinary rules; and

Court No. 2:23-cv-03885                                                    Page 3

(6) that this Order is effective upon its entry on the docket of this action.

/s/ Leo M. Gordon
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: February 7, 2024
      Newark, New Jersey