UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>    Defendants,<br><br>    and<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, et al.,<br><br>    Defendant-Intervenors. | Before: Leo M. Gordon, Judge<br><br>Court No. 2:23-cv-03885 |

## **ORDER**

After consultation with the parties regarding the submission of a condensed administrative record, and in the absence of any opposition thereto, and the court having considered all papers and proceedings herein, it is hereby

**ORDERED** that the parties shall confer by the close of business on Friday, February 9, 2024 to agree upon the documents for inclusion in a condensed record to be submitted in a joint appendix; it is further

**ORDERED** that Defendants' counsel shall communicate to the court the nature and scope of the proposed condensed record agreed upon by the parties, as well as any remaining issues with respect to that record, by the close of business on Tuesday, February 13, 2024; it is further

Court No. 2:23-cv-03885                                                          Page 2

**ORDERED** that Defendants' counsel shall provide the court with the condensed record no later than the close of business on Friday, March 1, 2024; and it is further

**ORDERED** that, no more than seven days after the court's review and approval of the condensed record, the parties shall submit to the court revised copies of their summary judgment briefs with citations to the condensed record.

                                            /s/ Leo M. Gordon
                                            Leo M. Gordon, Judge
                                            U.S. Court of International Trade
                                            (sitting by designation in the District of New Jersey)

Dated: February 8, 2024
        Newark, New Jersey