UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

STATE OF NEW JERSEY,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,

    Defendants,

    and

METROPOLITAN TRANSPORTATION AUTHORITY, et al.,

    Defendant-Intervenors.

Before: Leo M. Gordon, Judge

Court No. 2:23-cv-03885

**ORDER**

This matter is before the court on the motion filed by EmpowerNJ, et al., for leave to file an amicus curiae brief in support of Defendants' cross-motion for summary judgment. In the absence of any opposition thereto, and the court having considered all papers and proceedings herein, the court concludes that EmpowerNJ, et al., have shown the requisite interest in the matters at issue in this action, that EmpowerNJ's amicus curiae brief will aid the Court, and that the matters asserted therein are relevant to the outcome of Defendants' motion. Given these considerations, EmpowerNJ, et al., have demonstrated good cause. Accordingly, it is hereby

**ORDERED** that the motion by EmpowerNJ, et al., for leave to file an amicus curiae brief in support of Defendants' cross-motion for summary judgment (ECF No. 73) is granted; and it is further

Court No. 2:23-cv-03885	Page 2

**ORDERED** that the Clerk's Office shall deem the proposed <u>amicus curiae</u> brief submitted with the motion, ECF No. 73-1, filed as of the date of entry of this Order.

<u>/s/ Leo M. Gordon</u><br>
Leo M. Gordon, Judge<br>
U.S. Court of International Trade<br>
(sitting by designation in the District of New Jersey)

Dated: February 9, 2024
    Newark, New Jersey