UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

STATE OF NEW JERSEY,

   Plaintiff,

   v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, et al.,

   Defendants,

   and

METROPOLITAN TRANSPORTATION
AUTHORITY, et al.,

   Defendant-Intervenors.

Before: Leo M. Gordon, Judge

Court No. 2:23-cv-03885

**ORDER**

This matter is before the court on the motion filed by the County of Bergen for leave to file an amicus curiae brief in support of Plaintiff's motion for summary judgment. In the absence of any opposition thereto, and the court having considered all papers and proceedings herein, the court concludes that the County of Bergen has shown the requisite interest in the matters at issue in this action, that the County of Bergen's amicus curiae brief will aid the Court, and that the matters asserted therein are relevant to the outcome of Plaintiff's motion. Given these considerations, the County of Bergen has demonstrated good cause. Accordingly, it is hereby

**ORDERED** that the motion by the County of Bergen for leave to file an amicus curiae brief in support of Plaintiff's motion for summary judgment (ECF No. 81) is granted; and it is further

Court No. 2:23-cv-03885 Page 2

**ORDERED** that the Clerk's Office shall deem the proposed <u>amicus curiae</u> brief submitted with the motion, ECF No. 81-1, filed as of the date of entry of this Order**.**

<u>/s/ Leo M. Gordon</u>
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: February 9, 2024
      Newark, New Jersey