UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>    Defendants,<br><br>    and<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, et al.,<br><br>    Defendant-Intervenors. | Before: Leo M. Gordon, Judge<br><br>Court No. 2:23-cv-03885 |

## **ORDER**

Plaintiffs in Court No. 2:23-cv-21728, Mark Sokolich and Richard Galler (collectively, the "Sokolich Plaintiffs"), seek to file a brief in support of Plaintiff's motion for summary judgment in this action, as well as participate in the upcoming oral argument on the cross-motions. See Letter from Sokolich Plaintiffs, Court No. 2:23-cv-21728, ECF No. 59 (consenting to stay of Court No. 2:23-cv-21728 if granted right to file letter of support and opportunity to participate in oral argument in the present action). In the absence of any opposition thereto, and the court having considered all papers and proceedings herein, the court concludes that the Sokolich Plaintiffs have shown the requisite interest in the matters at issue in this action, that the Sokolich Plaintiffs' letter brief in support of Plaintiff's motion for summary judgment will aid the Court, and that the

Court No. 2:23-cv-03885                                                           Page 2

matters asserted therein are relevant to the outcome of Plaintiff's motion. Accordingly, it is hereby

**ORDERED** that the Sokolich Plaintiffs are granted status as amici curiae in this action; it is further

**ORDERED** that the Sokolich Plaintiffs shall file a letter brief in support of Plaintiff's motion for summary judgment in this action on or before Wednesday, February 21, 2024; and it is further

**ORDERED** that the Sokolich Plaintiffs' counsel may participate in the oral argument in this action scheduled for April 3 and 4, 2024.

                                                   /s/ Leo M. Gordon
                                                   Leo M. Gordon, Judge
                                                   U.S. Court of International Trade
                                                   (sitting by designation in the District of New Jersey)

Dated: February 13, 2024
        Newark, New Jersey