**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY, | |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., | Before: Leo M. Gordon, Judge |
| Defendants, | Court No. 2:23-cv-03885 |
| and | |
| METROPOLITAN TRANSPORTATION AUTHORITY, et al., | |
| Defendant-Intervenors. | |

## ORDER

Pursuant to the court's February 8, 2024 Order, ECF No. 113 ("Feb. 8 Order"), the parties have advised the court that they conferred regarding the scope of a condensed administrative record for submission as a joint appendix and have reached agreement on the scope of that appendix. As provided in the Feb. 8 Order, Defendants are to file this joint appendix on or before March 1, 2024. The Feb. 8 Order further provides that "no more than seven days after the court's review and approval of the condensed record, the parties shall submit to the court revised copies of their summary judgment briefs with citations to the condensed record." Upon receipt and review of the filing, the court will advise the parties of its approval of the joint appendix.

Court No. 2:23-cv-03885                                                                                                                  Page 2

Accordingly, it is hereby

**ORDERED** that the parties are to revise and file new copies of their summary judgment briefs seven days after the court's approval of the joint appendix; it is further

**ORDERED** that the only revisions to be made are changes to the citations to the administrative record in the parties' briefs, and that no substantive changes are permitted; and it is further

**ORDERED** that if any party has any questions as to the above, they shall contact Nitza Creegan at Nitza_Creegan@njd.uscourts.gov.

/s/ Leo M. Gordon
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the
District of New Jersey)

Dated: February 14, 2024
       Newark, New Jersey