# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| STATE OF NEW JERSEY, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>TRANSPORTATION, *et al.*, )<br>)<br>*Defendants*, )<br>)<br>and )<br>)<br>METROPOLITAN TRANSPORTATION )<br>AUTHORITY, *et al.*, )<br>)<br>*Defendant-Intervenor*. )<br>) | No. 23-3885 (LMG-LDW) |

## DEFENDANTS' NOTICE OF LODGING JOINT APPENDIX

Pursuant to this Court's February 8, 2024 Order (ECF No. 113), Defendants[1] hereby provide notice of lodging the joint appendix for this action. As detailed in the attached index, the appendix contains those portions of the full Administrative Record identified by the Parties for inclusion in a condensed record. *See* ECF No. 120 (noting Parties' agreement); *see also* ECF No. 71-2 (complete Administrative Record index).

The documents listed in the index will be filed electronically through the CM/ECF system as exhibits to this filing. In addition, Defendants will share copies of the joint appendix with counsel for Plaintiff and Defendant-Intervenor through a file transfer site.

---

[1] Defendants are the U.S. Department of Transportation ("DOT"), the Federal Highway Administration ("FHWA"), Shailen Bhatt, in his official capacity as Administrator of FHWA, and Richard J. Marquis, in his official capacity as Division Administrator of the New York Division of FHWA.

Respectfully submitted this 29th day of February, 2024,

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ GREOGRY M. CUMMING*
GREGORY M. CUMMING
SHARI HOWARD
SAMANTHA PELTZ
Trial Attorneys
Environment & Natural Resources Division
150 M St., N.E.
Washington, D.C. 20002
(202) 305-0457 (phone)
(202) 598-0414 (cell)
gregory.cumming@usdoj.gov
shari.howard@usdoj.gov
samantha.peltz@usdoj.gov

ALEX SILAGI
Assistant United States Attorney
District of New Jersey
United States Attorney's Office
970 Broad Street, 7th Floor
Newark, New Jersey 07102
973-353-6001 (phone)
alex.silagi@usdoj.gov

*Counsel for Defendants*