*State of New Jersey v. U.S. Dep't of Transp.*, Case No. 23-3885 (D.N.J.)
Administrative Record Appendix

| Bates Beg | Bates End | Pages | File Name |
|---|---|---|---|
| DOT_0000361 | DOT_0000401 | 41 | Finding of No Significant Impact |
| DOT_0001130 | DOT_0001145 | 16 | Excerpt from Appendix 10B, Project-Level Hot-Spot Screening Procedure |
| DOT_0001164 | DOT_0001164 | 1 | Excerpt from Air Quality Interagency Consultation Presentation |
| DOT_0001292 | DOT_0001295 | 4 | Excerpts from Appendix 17A, Environmental Justice Methodology |
| DOT_0001761 | DOT_0001770 | 10 | Environmental Assessment Appendices Volume 1 Interim Report to the Traffic Congestion Mitigation Commission (Executive Summary) |
| DOT_0002403 | DOT_0002403 | 1 | Excerpt from Appendix 2B, MTA Reform and Traffic Mobility Act |
| DOT_0002405 | DOT_0002405 | 1 | Excerpt from Appendix 2B, MTA Reform and Traffic Mobility Act |
| DOT_0002407 | DOT_0002407 | 1 | Excerpt from Appendix 2B, MTA Reform and Traffic Mobility Act |
| DOT_0002415 | DOT_0002415 | 1 | Excerpt from Appendix 2B, MTA Reform and Traffic Mobility Act |
| DOT_0003600 | DOT_0003687 | 88 | Appendix 18A, Responses to Frequently Received Comments |
| DOT_0004509 | DOT_0004588 | 80 | Appendix 2, Project Alternatives |
| DOT_0004601 | DOT_0004630 | 30 | Environmental Assessment Appendices Volume 1 Appendix 4A.2 |
| DOT_0004647 | DOT_0004674 | 28 | Appendix 4B.1, Transportation - Transportation and Traffic Methodology for NEPA Evaluation |
| DOT_0006805 | DOT_0006874 | 70 | CBDTP_Appendicex 10 |
| DOT_0006959 | DOT_0007006 | 48 | Appendix 17, Environmental Justice- Appendix 17A, Methodology & Excerpts from Appendix 17B, Profile of Study Areas- Maps |
| DOT_0007022 | DOT_0007037 | 16 | Excerpts from Appendix 17C, Environmental Justice Profile of Study Areas- Tables |
| DOT_0007128 | DOT_0007163 | 36 | Excerpt from Appendix 17C, Environmental Justice Profile of Study Areas- Tables |
| DOT_0007180 | DOT_0007230 | 51 | Excerpt from Appendix 17C, Environmental Justice Profile of Study Areas- Tables |
| DOT_0007243 | DOT_0007330 | 88 | Appendix 17D, Environmental Justice Technical Memorandum |
| DOT_0007338 | DOT_0007376 | 39 | Excerpt from Appendices to Appendix 17D |
| DOT_0007439 | DOT_0007440 | 2 | Excerpt from Appendices to Appendix 17D |
| DOT_0007441 | DOT_0007450 | 10 | Appendix 17E, Approach to Mitigating the Effect of CBD Tolls on Low-Income Frequent Drivers |
| DOT_0007768 | DOT_0007782 | 15 | Excerpt from Appendix 18C- Comments and Responses |
| DOT_0007920 | DOT_0007932 | 13 | Excerpt from Appendix 18C- Comments and Responses |
| DOT_0007938 | DOT_0007946 | 9 | Excerpt from Appendix 18C- Comments and Responses |

*State of New Jersey v. U.S. Dep't of Transp.*, Case No. 23-3885 (D.N.J.)
Administrative Record Appendix

| Bates Beg | Bates End | Pages | File Name |
|---|---|---|---|
| DOT_0029202 | DOT_0029202 | 1 | Excerpt from Appendix 18C- Comments and Responses |
| DOT_0036036 | DOT_0036036 | 1 | Excerpt from Appendix 18C- Comments and Responses |
| DOT_0036142 | DOT_0036142 | 1 | Notice of Availability_ENGLISH.pdf |
| DOT_0036150 | DOT_0036187 | 38 | Final EA Introduction and Tables |
| DOT_0036188 | DOT_0036241 | 54 | Final EA Executive Summary |
| DOT_0036242 | DOT_0036261 | 20 | Final EA Chapter 1- Introduction |
| DOT_0036262 | DOT_0036301 | 40 | Final EA Chapter 2- Project Alternatives |
| DOT_0036302 | DOT_0036326 | 25 | Final EA Chapter 3- Environmental Analysis Framework |
| DOT_0036328 | DOT_0036606 | 279 | Final EA Chapter 4- Transportation |
| DOT_0036608 | DOT_0036683 | 76 | Final EA Chapter 5- Social Conditions |
| DOT_0036684 | DOT_0036767 | 84 | Final EA Chapter 6- Economic Conditions |
| DOT_0036768 | DOT_0036800 | 33 | Final EA Chapter 7- Parks & Recreational Resources |
| DOT_0036802 | DOT_0036814 | 13 | Final EA Chapter 8- Historic & Cultural Resources |
| DOT_0036816 | DOT_0036817 | 2 | Final EA Chapter 9- Visual Resources |
| DOT_0036818 | DOT_0036870 | 53 | Final EA Chapter 10- Air Quality |
| DOT_0036872 | DOT_0036875 | 4 | Final EA Chapter 11- Energy |
| DOT_0036876 | DOT_0036887 | 12 | Final EA Chapter 12- Noise |
| DOT_0036888 | DOT_0036902 | 15 | Final EA Chapter 13- Natural Resources |
| DOT_0036904 | DOT_0036908 | 5 | Final EA Chapter 14- Asbestos-Containing Materials, Lead-Based Paint, Hazardous Wastes, and Contaminated Materials |
| DOT_0036910 | DOT_0036915 | 6 | Final EA Chapter 15- Construction Effects |
| DOT_0036916 | DOT_0036952 | 37 | Final EA Chapter 16- Summary of Effects |
| DOT_0036954 | DOT_0037041 | 88 | Final EA Chapter 17- Environmental Justice |
| DOT_0037042 | DOT_0037065 | 24 | Final EA Chapter 18- Agency Coordination and Public Participation |
| DOT_0037066 | DOT_0037095 | 30 | Final EA Chapter 19- Section 4(f) Evaluation |
| DOT_0037180 | DOT_0037213 | 34 | Draft Environmental Assessment, Executive Summary |
| DOT_0038307 | DOT_0038314 | 8 | CBDTP Expression of Interest Clean Submitted FIN2 v7 6-17-19.pdf |
| DOT_0038837 | DOT_0038838 | 2 | 8-29-19_ICG_meeting_minutes_re_CBDTP_NYMTC.pdf |
| DOT_0038886 | DOT_0038886 | 1 | Transit_and_Traffic_Methodology_Response_to_FHWA_Comments_10-4-19.docx |
| DOT_0038969 | DOT_0038969 | 1 | Traffic_and_Revenue_Cover_Letter_for_FHWA_1-27-20_.pdf |
| DOT_0039214 | DOT_0039215 | 2 | CBDTP Purpose and Need.msg |
| DOT_0039216 | DOT_0039216 | 1 | Revised_PN_and_objectives_6-10-21.docx |
| DOT_0039217 | DOT_0039219 | 3 | RE_ CBDTP Purpose and Need.msg |
| DOT_0039267 | DOT_0039270 | 4 | CBDTP Ads and Handout (243).msg |
| DOT_0039319 | DOT_0039320 | 2 | DCTC-NYMTCOCTC_conformity_transmittal_letter_9-15-2021.pdf |
| DOT_0039946 | DOT_0039946 | 1 | Outreach to NJ Transit about Hoboken (3.3.22) |

*State of New Jersey v. U.S. Dep't of Transp.*, Case No. 23-3885 (D.N.J.)
Administrative Record Appendix

| Bates Beg | Bates End | Pages | File Name |
|---|---|---|---|
| DOT_0039947 | DOT_0039947 | 1 | CDBTP - PM2_5_PM10 hot spotanalysis.msg |
| DOT_0039957 | DOT_0039958 | 2 | CBDTP-PANYNJNJT on Hoboken Follow up.msg |
| DOT_0039960 | DOT_0039973 | 14 | CBDTP_PPT_for_PANYNJ_v3_03-07-22.pptx |
| DOT_0040053 | DOT_0040053 | 1 | CBDTP Air Quality ICG Meeting_Presentation and proposedmethodology.msg |
| DOT_0040190 | DOT_0040194 | 5 | FHWA_July_12_2022_response_to_June_23_2022_NYC_CBDTP_EA.pdf |
| DOT_0040223 | DOT_0040223 | 1 | 133b4.eml |
| DOT_0040224 | DOT_0040225 | 2 | NYS_Office_of_Parks_Rec_Hist_Pres_MacKay_Agency_Invite_Letter_from_FHWA_07-19-2022.pdf |
| DOT_0040227 | DOT_0040228 | 2 | NYS_Office_of_Parks_Rec_Hist_Pres_Herter_Agency_Invite_Letter_from_FHWA_07-19-2022.pdf |
| DOT_0040233 | DOT_0040235 | 3 | Updated_7-18-22_Group_1_B.docx |
| DOT_0040514 | DOT_0040515 | 2 | Follow-Up-_CBDTP_-_Environmental_Justice_Technical_Advisory_Group_Meeting__7.eml |
| DOT_0040570 | DOT_0040571 | 2 | RE CBD Tolling Information.msg |
| DOT_0040579 | DOT_0040580 | 2 | CBDTP_FHWA_Final_EA_30_Day_Public_Notice_Approval_Letter_05052023.pdf |
| DOT_0040589 | DOT_0040619 | 31 | Draft FONSI |
| DOT_0040683 | DOT_0040684 | 2 | SHPO_Invite_Letter_from_FHWA_2023_dftv3_050823.pdf |
| DOT_0040836 | DOT_0040838 | 3 | RE-_State_of_NJ-_EA_Comment_Extension_Request.eml |
| DOT_0040844 | DOT_0040858 | 15 | New_Jersey_Comments_on_CBDTP_Draft_FONSI_and_Final_EA_2023.06.12.pdf |
| DOT_0040964 | DOT_0040966 | 3 | FHWA acknowledgment of receipt (9.30.20) |
| DOT_0040967 | DOT_0040968 | 2 | Project Sponsors Letter to FHWA (10.13.20) |
| DOT_0040969 | DOT_0040971 | 3 | FHWA Letter to Project Sponsors regarding preparation of EA (3.30.21) |
| DOT_0040972 | DOT_0040973 | 2 | FHWA Letter to Project Sponsors regarding preparation of EA (3.30.21) |
| DOT_0041006 | DOT_0041007 | 2 | FHWA Acceptance of EA Initiation 08182021.pdf |
| DOT_0041088 | DOT_0041096 | 9 | EPA_CBDTP_ADEA_JUL22_Comment Letter_FINAL_07-13-2022.pdf |
| DOT_0041099 | DOT_0041100 | 2 | National Park Service_Eberle_Agency Invite Letter from FHWA 07-19-2022.pdf |
| DOT_0041101 | DOT_0041102 | 2 | National Park Service_Schlegel_AgencyInvite Letter from FHWA 07-19-2022.pdf |
| DOT_0041103 | DOT_0041104 | 2 | NYS Office of Parks Rec Hist Pres_Cumming_AAgency Invite Letter from FHWA 07-19-2022.pdf |
| DOT_0041105 | DOT_0041106 | 2 | NYS Office of Parks Rec Hist Pres_Herter_Agency Invite Letter from FHWA 07-19-2022.pdf |
| DOT_0041481 | DOT_0041514 | 34 | CBDTP EA Public Hearing FIN v3 8-9-22.pdf |
| DOT_0041515 | DOT_0041525 | 11 | CBDTP_EJTAG_Meeting__5_-_Suggested_Mitigation_FIN_v1_10-6-22.pptx |
| DOT_0041526 | DOT_0041534 | 9 | CBDTP_EJTAG_Meeting__6_-_Dft_V7_123022.pdf |

*State of New Jersey v. U.S. Dep't of Transp.*, Case No. 23-3885 (D.N.J.)
Administrative Record Appendix

| Bates Beg | Bates End | Pages | File Name |
|---|---|---|---|
| DOT_0041535 | DOT_0041561 | 27 | CBDTP_EJTAG_Mtg__7_-_Proposed_Investments_share_DFT_v1_011323.pdf |
| DOT_0041562 | DOT_0041574 | 13 | CBDTP Presentation on Final EA FIN v1 5-8-23.pdf |
| DOT_0041604 | DOT_0041605 | 2 | 8-29-19 ICG meeting minutes re CBDTP NYMTC.pdf |
| DOT_0041617 | DOT_0041620 | 4 | CBDTP Agency 2 Meeting Summary DFT v2 09-20-2021.docx |
| DOT_0041634 | DOT_0041638 | 5 | CBDTP Regional Transportation and NYC Agency Meeting Summary DFT_08-04-2022.docx |
| DOT_0041973 | DOT_0041973 | 1 | Excerpt from 08.29.2022_CBDTP_Congestion Pricing Public Hearing_REVISED-1.pdf |
| DOT_0042393 | DOT_0042393 | 1 | Excerpt from 08.30.2022_CBDTP_Congestion Pricing Public Hearing.Revised-1.pdf |
| DOT_0042828 | DOT_0042828 | 1 | Excerpt from 08.25.2022_CBDTP_Congestion Pricing Public Hearing_Revised-1.pdf |
| DOT_0043124 | DOT_0043124 | 1 | Excerpt from 08.31.2022_CBDTP_Congestion Pricing Public Hearing_Revised-1.pdf |
| DOT_0043145 | DOT_0043145 | 1 | Excerpt from 08.31.2022_CBDTP_Congestion Pricing Public Hearing_Revised-1.pdf |
| DOT_0043276 | DOT_0043276 | 1 | Excerpt from 08.31.2022_CBDTP_Congestion Pricing Public Hearing_Revised-1.pdf |
| DOT_0043818 | DOT_0043821 | 4 | CBDTP Regional Transportation and NYC Agency Meeting Summary DFT V1_05-11-2023.docx |
| DOT_0044933 | DOT_0044936 | 4 | Air_Quality_ICG_Notes_2-9-2022.docx |
| DOT_0044937 | DOT_0044945 | 9 | March 10, 2022 Letter from EPA |
| DOT_0044959 | DOT_0044960 | 2 | RE_ CBDTP Air Quality ICG Meeting_ Presentation and proposed methodology (76).msg |
| DOT_0044966 | DOT_0044968 | 3 | Re CBDTP Air Quality ICG Meeting Presentation and proposed methodology.msg |
| DOT_0044977 | DOT_0044979 | 3 | Air_Quality_ICG_Notes_4-13-2022.docx |
| DOT_0045024 | DOT_0045035 | 12 | Draft_Environmental_Assessment-_Central_Business_District_Tolling_Program,_New_York,_NY_.pdf |
| DOT_0045346 | DOT_0045350 | 5 | RE_ Congestion Pricing Call with Gov Murphy Background Materials Request  (5).msg |
| DOT_0045366 | DOT_0045367 | 2 | CBDTP- EPA's review of Final EA3.15.23(763379.1).pdf |
| DOT_0045368 | DOT_0045371 | 4 | Hoboken Meeting Follow-up.pdf |