# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Randy M. Mastro
Partner
Direct Dial: +1 212 827 4019
RMastro@kslaw.com

March 12, 2024

**VIA ECF**

Hon. Leo M. Gordon
United States District Court
District of New Jersey
2 Federal Square
Newark, NJ 07102

      Re:    *State of New Jersey v. U.S. Dep't of Transportation et al.*, No. 2:23-cv-03885

Dear Judge Gordon:

    I write on behalf of the State of New Jersey ("Plaintiff" or "New Jersey") and in response to the Court's order, (ECF 125), directing the parties to file new copies of their summary judgment briefs with revised citations to the joint appendix. Plaintiff respectfully requests permission to also file an Amended Complaint with revised citations to the joint appendix.[1]

                                                       Respectfully,

                                                       */s/ Randy M. Mastro*

                                                       Randy M. Mastro

cc: All counsel of record (via ECF)

---

[1] The Federal Defendants and the MTA/TBTA take no position on this request.