# EXHIBIT 7

**Mitigation & Environmental Justice Communities**

Although FHWA and the Project Sponsors identified similar adverse impacts on New Jersey's environmental justice communities as those in the Bronx, they *only* committed to mitigation measures for the Bronx (and other areas in New York).

|  | Bronx County | City of Orange | East Orange | Newark | Fort Lee |
|---|---|---|---|---|---|
| **Mitigation committed to in the Final EA and FONSI†** | Yes | No | No | No | No |
| **Census tracts "identified for place-based mitigation"†** | Yes | Yes | Yes | Yes | Yes |
| Census tracts with minority and low-income populations (Minority Rate)* | Yes | Yes | Yes | Yes | Yes |
| Census tracts with pollutant burdens at or above the 90th percentile** | Yes | Yes | Yes | Yes | Yes |
| Census tracts with chronic disease burdens at or above the 90th percentile** | Yes | Yes | Yes | Yes | Yes |
| Census tracts that could experience increase in truck traffic proximity (Tolling Scenario E)*** | Yes | Yes | Yes | Yes | Yes |
| Census tracts that could experience increase in daily non-truck volume (Tolling Scenario E)*** | Yes | Not analyzed | Yes | Yes | Not analyzed |
| Census tracts that could experience increase in daily non-truck volume (Tolling Scenario G)*** | Yes | Not analyzed | Yes | Yes | Yes |

\* DOT_0006988; DOT_0006993–94

\*\* DOT_0007348; DOT_0007350–56; DOT_0007364–76

\*\*\* DOT_0007300–02; DOT_0007305–06; DOT_0007309; DOT_0007311.  The underlying data is limited to specific areas near highways and also only includes changes predicted under Tolling Scenarios E and G (the only tolling scenarios analyzed) even though New Jersey will experience greater traffic increases under other tolling scenarios in 2023 and 2045.  *See* Ex. 4.

† DOT_0007439–40; DOT_0037018.