Cynthia Lovinger Siderman
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
csiderman@kramerlevin.com

*Counsel for Amici Curiae*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, | Civil Action No. 23 Civ. 03885 |
| *Plaintiff*, | Hon. Leo M. Gordon |
| v. | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMNISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, | **SUBSTITUTION OF COUNSEL** |
| *Defendants*, | |
| and | |
| THE METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*, | |
| *Defendant-Intervenors*. | |

PLEASE TAKE NOTICE that Nathan Schwartzberg is leaving Kramer Levin Naftalis Frankel LLP. Therefore, please remove him as attorney of record for *amici curiae* Environmental Defense Fund, New York League of Conservation Voters, Tri-State

Transportation Campaign, Riders Alliance, Open Plans, Real Estate Board of New York, New York Lawyers for the Public Interest, WE ACT for Environmental Justice, StreetsPAC, Transportation Alternatives, and New York Public Interest Research Group Fund (together, "*Amici*"), and substitute Cynthia Lovinger Siderman (NJ Bar No. 027732001), also of the law firm Kramer Levin Naftalis & Frankel LLP, as attorney of record for *Amici* in the above-captioned action.

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036

By: */s/ Cynthia Lovinger Siderman*
Cynthia Lovinger Siderman

*Superseding Attorney*

Dated: March 18, 2024

By: _____
Nathan Schwartzberg

*Withdrawing Attorney*

Dated: March 18, 2024