# SIVE | PAGET | RIESEL

**DAN CHOROST**
DIRECT DIAL: 646.378.7207
DCHOROST@SPRLAW.COM

March 28, 2024

**VIA ECF**

The Honorable Leo M. Gordon
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

**Re:**   *State of New Jersey v. U.S. Dep't of Transp. et al.*, No. 2:23-cv-03885

Dear Judge Gordon,

We write on behalf of Intervenor-Defendants the Metropolitan Transportation Authority ("MTA") and the Triborough Bridge and Tunnel Authority ("TBTA") in the above referenced matter, to inform Your Honor that today the TBTA Board approved the Central Business District ("CBD") toll rates. The approved toll rates align with the rates recommended by the Traffic Mobility Review Board ("TMRB") on November 30, 2023.

Further details of the approved toll rates are available on the MTA's Central Business District Tolling website: https://congestionreliefzone.mta.info/tolling.

cc: All counsel of record (via ECF)

Respectfully submitted,

*/s/ Dan Chorost*
Dan Chorost
Sive, Paget & Riesel, P.C.
560 Lexington Ave., 15th Floor
(646) 378-7207
dchorost@sprlaw.com

Cc: Magistrate-Judge Leda Dunn Wettre