UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

NEWARK  DATE: April 3, 2024
JUDGE: Leo M. Gordon

COURT REPORTER: Melissa Mormile

DEPUTY CLERK: Sharay M. Featherstone

Title of Case:  Crim. No. 23-cv-3885

STATE OF NEW JERSEY, et al. v. UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.

**Appearances:**
Randy M. Mastro and Lauren Myers, State of NJ Plaintiff
Randee M. Matloff and Bruce Nagel, Amici Plaintiff
Gregory M. Cumming, Alex Silagi, Samantha G. Peltz, Shari Howard, US Department of Transportation Defendants
Mark A. Chertok, Elizabeth Knauer, John Nelson, Roberta Kaplan, Kate Harris, Intervenor Defendants
John Reichman, Andrew Otis, Amici Defendants
David Mateen, County of Bergen (Amici Plaintiff)

Nature of Proceeding:   **MOTION HEARING**

Hearing held on plaintiff's motion for summary judgment on the pleadings and defendant's cross motions [ECF Nos. 67, 74 and 79];
Hearing adjourned to 4.4.2024.

Time Commenced  9:30 a.m.
Time Adjourned   5:30 p.m.
Total time:   8 hrs.

cc: chambers  Sharay M. Featherstone
 Deputy Clerk