

U.S. Department of Justice

Environment and Natural Resources Division

---

*Natural Resources Section*  *Telephone (202) 305-0457*
*P.O. Box 7611*  *Facsimile (202) 305-0275*
*Washington, DC  20044*

Via Email  April 16, 2024

Hon. Leo M. Gordon
United States District Court
District of New Jersey
2 Federal Square
Newark, NJ 07102

Re:  *State of New Jersey v. U.S. Dep't of Transp.*, No. 23-3885 (D.N.J.) (LNG-LDW)

Dear Judge Gordon,

As requested by the Court, Federal Defendants write to provide their suggested corrections to the transcripts of the April 3 and 4, 2024 oral argument in this matter. Federal Defendants make their suggestions mindful that an errata should "not [ ] modify what the [speaker] said for tactical reasons or to reflect what he wishes that he had said." *Bartos v. Pennsylvania*, 2010 WL 1657284, at *6 (E.D. Pa. April 23, 2010); *see also E.I. du Pont de Nemours and Co. v. Kolon Indus., Inc.*, 277 F.R.D. 286, 297 (E.D. Va. 2011) ("transcriptional or typographical errors are the only types of corrections permitted" via an errata). Plaintiff and Intervenor-Defendants have no objection to the proposed corrections listed below.

April 3, 2024 Transcript
- 41:5:—change "There is – there is" to "That it is"
- 131:2—change "CTS" to "CEQ"
- 133:21—22  change "there're – there're Federal has some" to "there's some federalism"
- 183:10—12  add quotations before "nor" and after "NEPA"
- 255:6—change "consistency" to "consistently"

April 4, 2024 Transcript
- 37:18—change "in an" to "and"
- 185:23—change "Highway's" to "Highways"
- 187:17—change "conforming plan in TIP" to "conforming plan and TIP"
- 187:18—change "Transportation Improvement Plan" to "Transportation Improvement Program"
- 187:97—change "conforming plan in TIP" to "conforming plan and TIP"
- 188:22—change "Transportation Improvement Plan" to "Transportation Improvement Program"

*State of New Jersey v. U.S. Dep't of Transp.*

- 188:25—change "Transportation Improvement Plan" to "Transportation Improvement Program"
- 191:2—change "Highway" to "Highways"
- 191:11—change "Highway" to "Highways"
- 213:23—change "cited' to "sited"
- 214:23—change "Highway's" to "Highways"

    Respectfully submitted,

    TODD KIM
    Assistant Attorney General
    United States Department of Justice
    Environment & Natural Resources Division

    */s/ Gregory M. Cumming*
    GREGORY M. CUMMING
    SHARI HOWARD
    SAMANTHA G. PELTZ
    Trial Attorneys
    United States Department of Justice
    Environment & Natural Resources Division
    150 M St., N.E.
    Washington, D.C. 20002
    (202) 305-0457 (phone)
    (202) 598-0414 (cell)
    gregory.cumming@usdoj.gov

    ALEX SILAGI
    Assistant United States Attorney
    District of New Jersey
    United States Attorney's Office
    970 Broad Street, 7th Floor
    Newark, New Jersey 07102
    973-353-6001 (phone)
    alex.silagi@usdoj.gov