# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Randy M. Mastro
Partner
Direct Dial: +1 212 827 4019
Direct Fax: +1 212 556 2222
RMastro@kslaw.com

April 16, 2024

**VIA ECF**

Hon. Leo M. Gordon
United States District Court
District of New Jersey
2 Federal Square
Newark, NJ 07102

  Re: *State of New Jersey v. United States Dep't of Transp., et al.*, 2:23-cv-3885

Dear Judge Gordon,

  Enclosed please find New Jersey's corrections to the transcripts from the oral argument on April 3 and 4, 2024 (Exhibit A and B, respectively). Federal Defendants have one objection to New Jersey's correction on page 181, which is explained further in Exhibit A.

            Respectfully,

            */s/ Randy M. Mastro*
            Randy M. Mastro

cc: All counsel of record (via ECF)

# EXHIBIT A

***State of New Jersey v. United States Dep't of Transportation et al.*** Case No. 2:23-cv-03885

New Jersey's Errata Sheet from April 3, 2024 Summary Judgment Oral Argument[1]

| Page:Line | Change From | Change To | Reason |
|---|---|---|---|
| 7:13–14 | NEPA. Of | NEPA of | Transcription error |
| 8:16 | Authority | Administration | Transcription error |
| 10:24 | words of | in the words of | Transcription error |
| 11:1 | Delete "this FHWA. Found" |  | Clarification |
| 11:21 | Delete "yea" |  | Transcription error |
| 11:24 | Ninth | The Ninth | Transcription error |
| 11:25 | the Environmental Defense Center case | *Environmental Defense Center* v. Bureau of Ocean Energy Mgmt., 36 F.4th 850 (9th Cir. 2022) | Clarification |
| 13:15 | Supreme Court | Third Circuit | Clarification |
| 13:16 | the Bordentown case | *Town of Bordentown, N.J. v. Federal Energy Regulatory Commission*, 903 F.3d 234 (3d Cir. 2018) | Clarification |
| 13:18 | Supreme Court | Third Circuit | Clarification |
| 13:22 | and | end quote, and | Clarification |
| 15:3 | Delete first "that" |  | Transcription error |

---

[1] Defendants have one objection to Plaintiff's correction to page 181. *See infra* n.2. Intervenor-Defendants have no objections to this errata sheet.

| Page:Line | Change From | Change To | Reason |
|---|---|---|---|
| 16:19 | agreement | argument | Transcription error |
| 18:4 | FAA | FHWA | Clarification |
| 18:6 | and | end quote, and | Transcription error |
| 18:23 | Delete "to" | | Transcription error |
| 19:11 | you | the MTA | Clarification |
| 19:13 | your | the | Transcription error |
| 19:20 | yet. That's | yet, and that's | Transcription error |
| 19:25 | final. | final FONSI. | Clarification |
| 21:15 | the Dubois case | *Dubois v. U.S. Department of Agriculture*, 102 F.3d 1273 (1st Cir. 1996) | Clarification |
| 22:2 | Richardson case | *N.M. ex rel. Richardson v. Bureau of Land Management*, 565 F.3d 683 (10th Cir. 2009) | Clarification |
| 22:5 | supplemental analysis of impacts. | supplement analyzing the impacts, end quote, when, quote, | Clarification |
| 22:7 | Effects of what was analyzed | Effects to the effects of restrictions analyzed | Clarification |
| 22:8 | DC Circuit | D.C. District Court | Clarification |
| 25:1 | the Nio case | *Nio v. U.S. Department of Homeland Security*, 385 F. Supp. 3d 44 (D.D.C. 2019), | Clarification |

| Page:Line | Change From | Change To | Reason |
|---|---|---|---|
| 25:2 | a challenge | the challenged | Transcription error |
| 25:4 | at | on | Transcription error |
| 25:24 | is | is, quote | Clarification |
| 26:10 | EIA, in | EA and | Transcription error |
| 30:2 | did | took | Transcription error |
| 66:21 | tolling | tolling hours | Transcription error |
| 67:1 | Delete "What did you hear?" | | Clarification |
| 68:1 | FONSI | a FONSI | Transcription error |
| 70:15 | a | of | Transcription error |
| 70:18 | Carter | corridor | Transcription error |
| 70:20 | Salmon tolling | Salmon, changing tolling | Transcription error |
| 70:21 | connector | connector and | Transcription error |
| 71:19 | 23CFR771.129 | 23 C.F.R. § 771.129 | Transcription error |
| 72:19 | litigation | mitigation | Transcription error |
| 72:22 | problem s | Problems | Transcription error |
| 72:23 | Delete "I --" | | Transcription error |
| 85:24 | 1501. | 1501.6. | Clarification |

| Page:Line | Change From | Change To | Reason |
|---|---|---|---|

| Page:Line | Change From | Change To | Reason |
|---|---|---|---|
| 86:7 | mitigator | mitigated | Transcription error |
| 86:16 | largess | leftovers | Transcription error |
| 89:14 | dollar. | dollar to New Jersey. | Clarification |
| 89:17 | that | that mitigation | Clarification |
| 89:22 | unenforceable | enforceable | Transcription error |
| 91:1 | reason | reasoned | Transcription error |
| 91:22 | Monmouth County | *Monroe County Board of Commissioners v. U.S. Forest Services*, 595 F. Supp. 3d 713 (S.D. Ind. 2022) | Clarification |
| 92:15 | in -- in the FHWA EA. | in the final EA | Transcription error |
| 93:1 | Clarity's | For clarity's sake | Transcription error |
| 93:25 | Delete "that" | | Transcription error |
| 94:21 | to -- convincing | to provide a convincing | Transcription error/ Clarification |
| 95:22 | What -- what | That | Transcription error |
| 95:25 | that you | to | Transcription error |
| 96:6 | spelled | spells | Transcription error |
| 96:7–8 | the Indigenous Peoples Case of Coastal Bend in the Southern District of Texas | *Indigenous Peoples of Coastal Bend v. United States Army Corps of Engineers*, 2023 WL | Clarification |

| Page:Line | Change From | Change To | Reason |
|---|---|---|---|
| | | 6226387 (S.D. Tex. July 27, 2023) | |
| 96:10 | actions | action | Transcription error |
| 96:11 | . What -- what | that | Transcription error |
| 96:11 | As | Has | Transcription error |
| 96:12–13 | Delete ", I can" | | Transcription error |
| 97:1-6 | thought | that | Transcription error |
| 97:3 | respects | impacts | Transcription error |
| 97:5 | if | because | Clarification |
| 97:10 | they | so they | Transcription error |
| 97:14 | Delete "is --" | | Transcription error |
| 100:1-2 | The -- and we raised, we definitely raised that you -- you know, you went | And we raised, we definitely raised that FHWA | Transcription error/ Clarification |
| 101:14 | the state -- there is | these commitments have | Transcription error/ Clarification |
| 101:19 | measure | require | Transcription error |
| 103:12 | Got | There's got | Transcription error |
| 103:17 | Delete "in" | | Transcription error |
| 103:18 | Delete "And there is –" | | Clarification |

| Page:Line | Change From | Change To | Reason |
|---|---|---|---|
| 104:1 | Delete ", yet" | | Transcription error |
| 104:15 | EIS | EA | Clarification |
| 104:15 | recognition | mitigation | Transcription error |
| 104:16 | not provided | did not provide it | Clarification |
| 109:8 | average | annual average | Clarification |
| 109:22 | Committees | Communities | Transcription error |
| 109:23 | Committees | Communities | Transcription error |
| 109:24 | place | place-based | Transcription error |
| 111:19-20 | tracts 90th percentile | tracts that met the 90th percentile for chronic disease burdens or pollutant burdens | Clarification |
| 111:23 | seem | that seem | Transcription error |
| 114:15 | Delete "Essex County, you know" | | Transcription error |
| 114:19 | found | FHWA found | Transcription error |
| 114:19 | place this | place-based | Transcription error |
| 114:24 | qualified | qualified for mitigation | Clarification |
| 114:25 | FHWA | FHWA for potential mitigation | Clarification |
| 115:1 | It warned of EPA's letter. There | EPA warned in its letter there | Clarification |

| Page:Line | Change From | Change To | Reason |
|---|---|---|---|
| 115:2 | commitment | mitigation | Transcription error |
| 115:2 | timelines | timelines, | Transcription error |
| 117:23 | is | does | Transcription error |
| 118:3 | differed | deferred | Transcription error |
| 118:4 | Delete "--" | | Transcription error |
| 118:4 | , that's including cordoned-area" | includes cordon and area | Transcription error |
| 118:6 | roadway | roadways | Transcription error |
| 118:7 | told | tolled | Transcription error |
| 119:4 | Yeah, | It | Transcription error |
| 119:15 | Delete "--" | | Transcription error |
| 120:14 | reason | reasoned | Transcription error |
| 120:18 | And | FHWA | Clarification |
| 121:4 | Reason | Reasoned | Transcription error |
| 121:17 | DOT_000449 | DOT_0044940 | Transcription error |
| 121:20 | and | on | Transcription error |
| 122:18 | Delete first "is" | | Transcription error |
| 123:8 | we | they | Transcription error |

| Page:Line | Change From | Change To | Reason |
|---|---|---|---|
| 124:5 | Delete "-- there is no" | | Transcription error |
| 124:11 | needed | mitigation needed | Clarification |
| 125:15 | Delete "under TBTA," | | Transcription error |
| 127:16-17 | *Simmons v. Army Corps of Engineers* Seventh Circuit 120 F.3d 664th. | *Simmons v. U.S. Army Corps of Engineers*, 120 F.3d 664 (7th Cir. 1997) | Clarification |
| 176:17 | DOT_0003391. | DOT_0000391. | Transcription error |
| 178:11 | principle | principled | Transcription error |
| 181:15[2] | the O'Reilly case | *O'Reilly v. All State Financial Company*, 2023 WL 6635070 (5th Cir. Oct. 12, 2023) | Clarification |
| 182:6 | it. By | it -- by | Transcription error |
| 182:7 | agencies. And | agencies -- and | Transcription error |
| 203:22 | travel ed | traveled | Transcription error |
| 204:15 | Delete "that" | | Transcription error |
| 209:18 | particular matter, 2.5. | particulate matter 2.5, | Transcription error |
| 210:17 | Delete "has --" | | Transcription error |

---

[2] Defendant FHWA objects to this change to the transcript on the basis that it purports to insert what the speaker should have said and is a *post hoc* correction. Plaintiff disagrees and believes this correction is appropriate clarification to respond to the Court's question in the transcript: "Where is the support for that? Is it in some case law precedent?" Tr. at 180:23-24.  Since there were two *O'Reilly* cases from the Fifth Circuit repeatedly referred to in Plaintiff's presentation, this correction clarifies for the Court which of the two cases Plaintiff was referring to in response to the Court's question.

| Page:Line | Change From | Change To | Reason |
|---|---|---|---|
| 210:18 | not | no | Transcription error |
| 210:18 | these -- | they | Transcription error |
| 215:6 | Delete "for --" | | Transcription error |
| 215:10 | Delete "on the --" | | Transcription error |
| 219:23 | Delete "what --" | | Transcription error |
| 219:24 | that | than | Transcription error |
| 220:25 | subject | suggest | Transcription error |
| 222:11 | Delete "rational --" | | Transcription error |
| 224:25 | who | where | Transcription error |
| 225:23 | will | which will | Transcription error |
| 227:11 | both pollutants and chronic disease | pollutants or chronic disease | Transcription error |
| 228:21 | and | or | Transcription error |
| 229:14 | equal | environmental | Transcription error |
| 229:15-19 | 80 percentile for chronic disease, 66.6 for pollution, 66.6 for chronic diseases. | 80th percentile for pollution, 66.66th percentile for chronic diseases. | Transcription error/ Clarification |
| 231:19 | census block | census block group | Transcription error |

I, Randy M. Mastro, having read the foregoing hearing transcript, held April 3, 2024, do hereby certify said testimony is a true and accurate transcript, with the changes identified above.

*/s/ Randy M. Mastro*
Randy M. Mastro

# EXHIBIT B

*State of New Jersey v. United States Dep't of Transportation et al.* Case No. 2:23-cv-03885

New Jersey's Errata Sheet from April 4, 2024 Summary Judgment Oral Argument[1]

| Page:Line | Change From | Change To | Reason |
| --- | --- | --- | --- |
| 20:5 | 2024. | 2045. | Transcription error/ Clarification |
| 21:4 | Rational | Rationale | Transcription error |
| 22:3 | Delete "was the" | | Transcription error |
| 22:3 | Were | Was | Transcription error |
| 22:13 | Delete "It wasn't -- that's a –" | | Transcription error/ Clarification |
| 22:18 | Delete "2020—" | | Transcription error |
| 23:6 | Ow | Now | Transcription error |
| 23:8 | That the | That's | Transcription error |
| 23:8 | DOT_7319 | DOT_0007319 | Clarification |
| 23:12 | Disease | Disease burdens | Transcription error/ Clarification |
| 23:16 | Delete duplicate "now" and "the" | | Transcription error |
| 23:18-19 | To and | With the | Transcription error |
| 26:6-7 | 90 percent | 90th percentile | Transcription error |
| 30:2-3 | Mitigative – mitigative | Mitigated | Transcription error |
| 30:7 | 255 | 225 | Transcription error |

---

[1] The Defendants and Intervenor-Defendants have no objections to the changes proposed in this errata sheet.

| Page:Line | Change From | Change To | Reason |
|---|---|---|---|
| 80:24 | Fail | Failed | Transcription error |
| 86:15 | Delete "New – " | | Transcription error |
| 86:20 | I | I'm | Transcription error |
| 87:20 | York | Jersey | Transcription error |
| 88:1-2 | "Rates on DATRA" | Reasons | Transcription error/ Clarification |
| 88:8 | Delete "it" | | Transcription error |
| 90:2 | Delete "study" | | Transcription error |
| 92:20 | agency. | agencies. | Transcription error |
| 100:18 | 1500.7(a). | 40 CFR 1506.6(a) | Clarification |
| 102:5-7 | Delete "that it is -- distinction Ninth Circuit case. So it says," | | Transcription error/ Clarification |
| 102:8 | Bering Strait | *Bering Strait Citizens for Responsible Resource Development v. U.S. Army Corps of Engineers*, 524 F.3d 938 (9th Cir. 2008) | Clarification |
| 102:9 | Totality | the totality | Clarification |
| 102:10 | Critical | Crucial | Transcription error/ Clarification |
| 103:15-16 | Delete "-- I think I record it earlier" | | Clarification |

| Page:Line | Change From | Change To | Reason |
| --- | --- | --- | --- |
| 107:5-7 | Delete "I don't think we need that." | | Clarification |
| 109:7 | 20 | 12 | Transcription error |
| 110:4 | NYMTC | EJTAG | Transcription error |
| 162:22 | DOT_36142. | DOT_0036142. | Clarification |
| 164:22 | 40CFR -- | 40 CFR Parts 1500 to 1508 -- | Clarification |
| 165:2 | and | of, and identify any | Transcription error/ Clarification |
| 165:6 | 13 – 139 | 139(l) | Transcription error |
| 165:7 | Any | To any | Transcription error |
| 167:7 | at -- | at DOT_0045366. | Clarification |
| 167:22 | adoptive | adaptive | Transcription error |
| 168:22 | 37042 | DOT_0037042 | Clarification |
| 170:16 | a conversation in | the | Clarification |
| 171:4 | Delete "our – my" | | Transcription error |
| 172:14 | full sum | fulsome | Transcription error |
| 172:15 | Delete "?" | | Transcription error |
| 183:7-11 | Delete "needs a state -- needs – " | | Transcription error |
| 212:5 | is | Has the | Transcription error |

| Page:Line | Change From | Change To | Reason |
| --- | --- | --- | --- |

| Page:Line | Change From | Change To | Reason |
|---|---|---|---|
| 212:8 | *Coal* | *Coalition* | Clarification |
| 218:11 | Or | For | Transcription error |
| 218:15 | Of | On | Transcription error |
| 221:23 | Delete "make –" | | Transcription error |
| 221:25 | Delete "A. The –" | | Transcription error |
| 222:1 | Review in | Reviewing | Transcription error |
| 222:5 | Abusive | In abuse of | Transcription error |
| 222:7 | environmental defense center | *Environmental Defense Center* | Transcription error/ Clarification |
| 222:8-9 | *Humane Society v. Johanns* in the D.C. District Court | *Humane Society of U.S. v. Johanns,* 520 F.Supp.2d 8 (D.D.C. 2007) | Clarification |
| 222:11 | Delete "the presumptive –" | | Transcription error |
| 222:12 | Promulgated | Promulgating | Transcription error |
| 222:14 | the *Standing Rock Sioux* case from the D.C. circuit | *Standing Rock Sioux Tribe v. Army Corps of Engineers,* 985 F.3d 1032 (D.C. Cir. 2021) | Clarification |
| 223:1-5 | Delete "the –" | | Transcription error |
| 223:2 | Invalid | Inadequate | Transcription error |
| 223:3 | Delete "a, you know" | | Transcription error |
| 223:12 | They | There | Transcription error |

| Page:Line | Change From | Change To | Reason |
|---|---|---|---|
| 223:12 | Delete second "are" | | Transcription error |
| 223:23 | With out | Without | Transcription error |
| 223:24 | Delete "FH –" | | Transcription error |
| 225:1 | Delete "are so ---" | | Transcription error |
| 227:22-23 | *Los Padres Forestwatch v. US Forest* 25 F. 4th 649659 | *Los Padres Forestwatch v. U.S. Forest Service*, 25 F.4th 649 (9th Cir. 2022) | Clarification |
| 228:2 | They | There | Transcription error |
| 229:18 | *Environmental Centers* | *Environmental Defense Center* | Transcription error |
| 230:7 | Delete "get –" | | Transcription error |
| 230:7 | Vacature | Vacatur | Transcription error |
| 230:9 | Should | To | Transcription error |
| 248:24 | Environmental defense | *Environmental Defense Center* | Transcription error |
| 250:7-8 | They -- when there may be them | There may be significant impacts | Transcription error/ Clarification |
| 250:20 | out | up | Transcription error |
| 250:21 | -- and | Said | |
| 251:22 | "To – this" | This is what | Transcription error/ Clarification |
| 251:22 | Telling | Is telling | Transcription error |

| Page:Line | Change From | Change To | Reason |
|---|---|---|---|
| 260:11 | Delete "be -- to be – to" | | Clarification |
| 260:23 | Thought | What | Transcription error |

I, Randy M. Mastro, having read the foregoing hearing transcript, held April 4, 2024, do hereby certify said testimony is a true and accurate transcript, with the changes identified above.

                                                          /s/ Randy M. Mastro
                                                            Randy M. Mastro