# SIVE | PAGET | RIESEL

**Dan Chorost**
Direct Dial: 646.378.7207
dchorost@sprlaw.com

April 16, 2024

**VIA ECF**
The Honorable Leo M. Gordon
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

**Re:** *State of New Jersey v. U.S. Dep't of Transp. et al.*, No. 2:23-cv-03885

Dear Judge Gordon,

  We write on behalf of Intervenor-Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority in the above referenced matter, in response to the Court's request for the parties to provide all corrections and objections to the transcripts for the hearing that took place on April 3 and 4, 2024.

  We have attached to our cover letter a list of our requested changes to the transcript. We do not object to any of the other parties' requested changes.

              Respectfully,

              */s/ Dan Chorost*
              Dan Chorost
              Mark A. Chertok
              Elizabeth Knauer
              Sive, Paget & Riesel, P.C.
              560 Lexington Avenue, 15th
              Floor New York, NY 10022
              (212) 421-2150
              dchorost@sprlaw.com
              mchertok@sprlaw.com
              eknauer@sprlaw.com

cc: All counsel of record (ECF)
(Attachments)