**MTA Oral Argument Transcript Corrections**
*State of New Jersey v. U.S. Dep't of Transp. et al.*, No. 2:23-cv-03885

Transcript corrections

| Volume One Corrections (April 3, 2024) | | |
|---|---|---|
| Page | Line | Description of Proposed Change |
| 5 | 16 | "Pagel" change to "Paget" |
| 33 | 25 | "protective" change to "predicted" |
| 34 | 3 | "affects" change to "effects" |
| 36 | 7 | "judgments to defend this" change to "judgment to Defendants" |
| 50 | 24 | "15 billion" change to "$15 billion" |
| 51 | 1 | "no" change to "yes" |
| 52 | 10 | add "term" after "that" |
| 54 | 1 | "should" change to "could" |
| 55 | 6 | "issue" change to "execute" |
| 56 | 10-11 | "most projects are the subject of FONSIs and EAs and FONSIs, not EIS" change to "most projects are the subject of FONSIs and EAs, not EISs." |
| 56 | 16 | "TBA" change to "TBTA" |
| 58 | 22 | "know s" change to "knows" |
| 58 | 8 | "impact" change to "impacts" |
| 59 | 7 | "slide 7" change to "slide 8" |
| 59 | 22 | "delay s" change to "delays" |
| 60 | 23 | "important ly" change to "importantly" |
| 72 | 19 | "litigation" change to "mitigation" |
| 79 | 17 | "implicating" change to "implementing" |
| 83 | 3 | delete "a" |
| 84 | 25 | "turned" change to "turn" |
| 86 | 7 | "mitigator" change to "mitigated" |
| 109 | 22 | "committees" change to "communities" |
| 109 | 23 | "committees" change to "communities" |
| 114 | 19 | "this" change to "based" |
| 118 | 3 | "differed" change to "deferred" |
| 119 | 5 | "objections" change to "objectives" |
| 129 | 10 | "in" change to "and" |
| 129 | 22 | "in" change to "and" |
| 130 | 19 | "cared for" change to "carried forward" |
| 130 | 22 | "in" change to "and" |
| 133 | 22 | "Federal has" change to "federalism" |
| 135 | 6 | "for" change to "v." |
| 153 | 15 | "MCA" change to "MTA" |
| 155 | 17 | "eligible" change to "eligibility" |
| 155 | 19 | "New York/New Jersey" change to "New York, New Jersey" |
| 156 | 14 | "that, which" change to "that which"; delete "but" |
| 156 | 16 | "of" change to "from" |

| 157 | 9 | "divert to routes" change to "divert routes" |
|---|---|---|
| 159 | 14 | "burden" change to "burdens" |
| 160 | 8 | "weren't" change to "warrant" |
| 160 | 12-13 | "that were identified that form" change to "that were identified for" |
| 166 | 18 | "it may" change to "that may" |
| 168 | 3 | "there's" change to "there are" |
| 168 | 3 | "give you the names" change to "give you the names of" |
| 168 | 10 | "*Cachil Dehe Band of Winton Indians*" change to "*Cachil Dehe Band of Wintun Indians of Colusa Indian Community v. Zinke*, 889 F.3d 584 (9th Cir. 2018)" |
| 168 | 11 | "*Stand Up for California*" change to "*Stand Up for California! v. U.S. Dep't of Interior*, 919 F. Supp. 2d 51 (D.C. Cir. 2013)" |
| 168 | 12 | "*Protect Lake Pleasant*" change to "*Protect Lake Pleasant, LLC v. Connor*, No. CIV 07-0454-PHX-RCB, 2010 WL 5638735 (D. Ariz. July 30, 2010)" |
| 168 | 13 | "*Citizens Against Burlington v. Busey*" change to "*Citizens Against Burlington, Inc. v. Busey*, 938 F.2d 190 (D.C. Cir. 1991)" |
| 169 | 20 | "*National Resources Defense Council v. Morton*" change to "*Nat. Res. Defense Council, Inc. v. Morton*, 458 F.2d 827 (D.C. Cir. 1972)" |
| 169 | 22 | "it talks about that is" change to "it talks about how that is" |
| 169 | 5 | "purpose in need" change to "purpose and need" |
| 169 | 8 | "purpose in need" change to "purpose and need" |
| 171 | 10 | "purpose in need" change to "purpose and need" |
| 171 | 10-11 | "purpose in need" change to "purpose and need" |
| 171 | 14 | "purpose in need" change to "purpose and need" |
| 171 | 15 | "FHA" change to "FHWA" |
| 172 | 23 | "time for situation" change to "type of situation" |
| 173 | 15 | "purpose in need" change to "purpose and need" |
| 191 | 25 | "group with" change to "group and with" |
| 195 | 6 and 11 | "EJ tag" change to "EJTAG" |
| 234 | 12 | "DOT_00336341" change to "DOT_0036341" |
| 240 | 15 | "pairing" change to "comparing" |
| 246 | 2 | "1.0 percent" change to "1.10 percent" |
| 246 | 16 | "for one percent or less" change to "or one percent or less" |
| 248 | 19 | "innate" change to "agency" |
| 260 | 16 | "about while" change to "about, while" |
| 262 | 8 | "purview" change to "review" |
| 265 | 7 | "PN2.5" and "PN10" change to "PM2.5" and "PM10" |
| 266 | 1 | "Newark" change to "New York" |
| 269 | 16 | "diversion air" change to "diversionary" |
| 272 | 11 | "distance in population" change to "distance and population" |

| Volume Two Corrections (April 4, 2024) | | |
|---|---|---|
| Page | Line | Description of Proposed Change |
| 4 | 3 | "Mr. Knauer" change to "Ms. Knauer" |
| 9 | 11 | "disease or burdens" change to "disease or pollutant burdens" |
| 9 | 14, 23 and 24 | "consensus" change to "census" |
| 10 | 4, 6, 10 | "consensus" change to "census" |
| 11 | 3 | "consensus" change to "census" |
| 12 | 24 | "recent" change to "recently" |
| 14 | 17 | "There's" change to "Theirs's" |
| 14 | 21 | "realize" change to "relies" |
| 23 | 6 | "Ow" change to "Now" |
| 30 | 7 | "F.3d 255" change to "F.3d 225" |
| 24 | 22 | "cite-specific" change to "site-specific" |
| 36 | 18 | "Federal Highway's" change to "Federal Highways" |
| 37 | 2 | "Federal Highway's" change to "Federal Highways" |
| 40 | 23 | Citation to "DOT_7962" appears to be in error. Can DOJ correct this? |
| 41 | 24 | "effects" change to "affects" |
| 45 | 19 | "of the" change to "was a" |
| 46 | 7 | "rationals" change to "rationales" |
| 46 | 9 | "rational" change to "rationale" |
| 46 | 25 | "a greater intention" change to "greater attention" |
| 47 | 10 | "rational" change to "rationale" |
| 53 | 6 | "CJET" change to "CEJST" |
| 54 | 2-3 | "communities benefits the" change to "community benefits from" |
| 54 | 17 | "tract" change to "tracts" |
| 55 | 12 | "Federal Highway's" change to "Federal Highways" |
| 65 | 8 | "waiver" change to "and" |
| 65 | 13 | "the stop to" change to "to stop the" |
| 67 | 22 | "that are taking heat" change to "they are taking here" |
| 92 | 7 | "40,000" change to "4,000" |
| 97 | 24 | "KNAUER" change to "MYERS" |
| 119 | 1 | "Federal Highway's" change to "Federal Highways" |
| 127 | 3-4 | "*Delaware Department of Natural Resources and Environmental Control*, 685 F.3rd 259" change to *State Dep't of Nat. Res. & Envtl. Control v. U.S. Army Corps of Eng'rs*, 685 F.3d 259 (3d Cir. 2012). |
| 130 | 15 | "771.119(h)" change to "23 CFR 771.119(h)" |
| 138 | 24 | "in participating" change to "to participate" |
| 141 | 3-4 | "go back look" change to "go back and look" |
| 141 | 7 | "We" should not be capitalized |
| 141 | 9 | Delete "." after "analysis" |

3

| 141 | 13 | "highway" change to "highways" |
|---|---|---|
| 143 | 17 | "isn't" change to "is" |
| 143 | 17 | "today" change to "to" |
| 146 | 1 | "obligate" change to "obligated" |
| 147 | 20 | "*Earlbaum v. New Jersey DEP*" change to "*Erlbaum v. New Jersey Dep't of Env't Prot.*, No. CV 16-8198 (RMB/JS), 2017 WL 465466 (D.N.J. Feb. 3, 2017) |
| 147 | 20-21 | "*Slockish v. FHWA*" change to "*Slockish v. FHWA*, No. 3:08-cv-01169-YY, 2020 WL 8617636 (D. Or. Apr. 1, 2020)" |
| 147 | 21 | "*Village of Logan v. Department of Interior*" change to "*Vill. Of Logan v. U.S. Dep't of Interior*, No. 12-CV-401 WJ/LFG, 2013 WL 12084730 (D.N.M. Jan. 14, 2013)" |
| 147 | 22 | "after," change to "after lunch" |
| 149 | 24 | "*Kootenal*" change to "*Kootenai*" |
| 151 | 9 | "no" change to "yes" |
| 153 | 8 | "transportation agencies" change to "transportation agencies participated" |
| 157 | 21 | "computers" change to "commuters" |
| 158 | 7 | "computers" change to "commuters" |
| 160 | 3 | "to" change to "that" |
| 160 | 8 | "were late" change to "submitted late" |
| 160 | 8 | "but that" change to "but before" |
| 160 | 9 | Delete "not" |
| 160 | 11 | "come" change to "came" |
| 160 | 11 | "is" change to "was" |
| 185 | 3 | "prevented" change to "preserved" |
| 205 | 24 | "as all" change to "is all" |
| 214 | 23 | "Federal Highway's" change to "Federal Highways" |
| 231 | 24 | "*Cata*" change to "*Comité de Apoyo a Los Trabajadores Agricolas v. Perez*" |
| 237 | 12 | "rational" change to "rationale" |
| 256 | 11 | "a state to" change to "to a state" |

In addition, in our review we noted some inadvertent misstatements made during argument that were correctly recorded in the transcript; however, for the Court's understanding and to clarify the record, we are noting them below.

| Volume One Clarifications | | |
|---|---|---|
| Page | Line | Description of Proposed Change |
| 56 | 16 | "charges" should be "structure" |
| 152 | 23 | "Assistance Group" should be "Advisory Group" |
| 161 | 3 | "Assistance Group" should be "Advisory Group" |
| 164 | 24 | "Assistance Group" should be "Advisory Group" |
| 195 | 6 | "Assistance Group" should be "Advisory Group" |
| 274 | 7-8 | "Sorry. 15 census tracts. Not communities" change to "Correct." |
| 274 | 18 | Change "To seven" to "To four" |
| 275 | 4 | Change "seven" to "four" |
| **Volume Two Clarifications** | | |
| 9-10 | 23-24, 1 | Delete "Sorry…..the same four municipalities" and change to "Correct." |