# NAGEL RICE, LLP

### COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
DIANE E. SAMMONS
LORI I. MAYER
RANDEE M. MATLOFF
ANDREW L. O'CONNOR
GREG M. KOHN
SUSAN F. CONNORS*
BRADLEY L. RICE
MICHAEL J. PARAGANO

HARRY A. MARGOLIS
1928-2002

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
WWW.NAGELRICE.COM

_____

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465
**PLEASE REPLY TO**
**ROSELAND OFFICE**

ANDREW I. PEPPER
CHRISTOPHER G. LOBOZZO
ANDREW J. NEES

_____

SENIOR COUNSEL
S.M. CHRIS FRANZBLAU

*CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CIVIL TRIAL ATTORNEY
  MEMBER OF NJ & NY BARS
  MEMBER OF NJ, NY & DC BARS

April 19, 2024

VIA ECF

Hon. Leo M. Gordon
United States District Court
District of New Jersey
2 Federal Square
Newark, NJ 07102

Re: <u>State of New Jersey v. United States Dep't of Transp., et al.</u>, 2:23-cv-3885

Dear Judge Gordon,

     Enclosed please find Amicus Sokolich Plaintiffs' corrections to the transcripts from oral arguments on April 4, 2024 (Exhibit A).

Respectfully,

/s/ *Bruce H. Nagel*
Bruce H. Nagel

Cc: All counsel of record (via ECF)

# EXHIBIT A

| PAGE:LINE | CHANGE FROM | CHANGE TO | REASON |
| --- | --- | --- | --- |
| 59:6 | Delete "is" | | Transcription Error/Clarification |
| 59:23 | And possibility | Impossibility | Transcription Error |
| 63:7 | Of | From | Clarification |