

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Natural Resources Section*
*P.O. Box 7611*
*Washington, DC 20044*

*Telephone (202) 305-0457*
*Facsimile (202) 305-0275*

<u>Via Email</u>                                                                            May 3, 2024

Hon. Leo M. Gordon
United States District Court
District of New Jersey
2 Federal Square
Newark, NJ 07102

Re:     *State of New Jersey v. U.S. Dep't of Transp.*, No. 23-3885 (D.N.J.) (LNG-LDW)

Dear Judge Gordon,

During argument on April 4, 2024, Counsel for Federal Defendants provided at the Court's request the number and type of environmental reviews prepared by the Federal Highway Administration ("FHWA") during the 2022 Fiscal Year. *See* April 4, 2024 Tr. at 15:18-24. The report from which those figures are derived is now public and is attached here.

Respectfully submitted,

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Gregory M. Cumming*
GREGORY M. CUMMING
SHARI HOWARD
SAMANTHA G. PELTZ
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
150 M St., N.E.
Washington, D.C. 20002
(202) 305-0457 (phone)
(202) 598-0414 (cell)
gregory.cumming@usdoj.gov

ALEX SILAGI
Assistant United States Attorney

*State of New Jersey v. U.S. Dep't of Transp.*

District of New Jersey
United States Attorney's Office
970 Broad Street, 7th Floor
Newark, New Jersey 07102
973-353-6001 (phone)
alex.silagi@usdoj.gov