# REPORT TO CONGRESS
# INFRASTRUCTURE INVESTMENT AND JOBS ACT
# NATIONAL ENVIRONMENTAL POLICY ACT OF 1969 REPORTING PROGRAM

## Federal Highway Administration

**Introduction and Authority**

Section 11312 of the Infrastructure Investment and Jobs Act (Public Law 117-58, also known as the "Bipartisan Infrastructure Law") amends Chapter 1 of Title 23, United States Code (U.S.C.), to create Section 157 titled the "National Environmental Policy Act of 1969 Reporting Program." Under this program, the Secretary of Transportation is charged with carrying out a process to track, and annually submit to the Committee on Environment and Public Works of the Senate and the Committee on Transportation and Infrastructure of the House of Representatives a report containing the following information on documentation of the National Environmental Policy Act (NEPA) of 1969:

A. The number of proposed actions[1] for which a categorical exclusion (CE)[2] was issued during the reporting period.[3]
B. The number of proposed actions for which a documented CE[4] was issued by the U.S. Department of Transportation (DOT) during the reporting period.
C. The number of proposed actions pending on the date on which the report is submitted for which the issuance of a documented CE by DOT is pending.
D. The number of proposed actions for which an environmental assessment (EA)[5] was issued by DOT during the reporting period.
E. The length of time DOT took to complete each EA[6] described in subparagraph (D).
F. The number of proposed actions pending on the date on which the report is submitted for which an EA is being drafted by DOT.

---

[1] The term "proposed action" is defined in 23 U.S.C. 157(a)(7) and means an action (within the meaning of NEPA (42 U.S.C. 4321 et seq.)) under title 23 that the Secretary proposes to carry out.
[2] The term "categorical exclusion" is defined in 23 U.S.C. 157(a)(1) and has the meaning given the term in Section 771.117(c) of Title 23, Code of Federal Regulations (CFR) (or a successor regulation).
[3] The term "reporting period" is defined in in 23 U.S.C. 157(a)(8) and means the fiscal year prior to the fiscal year in which a report is issued.
[4] The term "documented categorical exclusion" is defined in 23 U.S.C. 157(a)(2) and has the meaning given the term in section 771.117(d) of title 23, CFR (or a successor regulation).
[5] The term "environmental assessment" is defined in 23 U.S.C. 157(a)(3) and has the meaning given the term in Section 1508.1 of Title 40, CFR (or a successor regulation).
[6] Completion time for an EA begins on the date on which the designated official makes a determination to prepare an EA and ends on the date on which the designated official issues a Finding of No Significant Impact or determines that preparation of an EIS is necessary.  The completion time was rounded up to the closest number of months.

G. The number of proposed actions for which an environmental impact statement (EIS)[7] was completed by DOT during the reporting period. The length of time DOT took to complete each EIS[8] described in subparagraph (G).
H. The number of proposed actions pending on the date on which the report is submitted for which an EIS is being drafted.
I. For the proposed actions reported under subparagraphs (F) and (I), the percentage of those proposed actions for which funding has been identified; and all other Federal, State, and local activities that are required to allow the proposed action to proceed are completed.

The Federal Highway Administrator of the Federal Highway Administration (FHWA) is delegated the authority in Title 49, Code of Federal Regulations, Paragraph 1.85(a), to carry out 23 U.S.C., including new Section 157. This report includes all proposed actions where FHWA (or a state with NEPA assignment per 23 USC 326 and /or 23 USC 327) is the lead agency, regardless of funding source.

The Federal Permitting Dashboard (Dashboard) at https://www.permits.performance.gov/ is being used to help track information for EAs and EISs initiated after June 1, 2016. For projects not on the Dashboard, the start and completion dates were pulled from FHWA's internal tracking database, Project and Program Action Information System (PAPAI). The tables below include information on the status of NEPA documentation for the current reporting period of October 1, 2021, to September 30, 2022. The information includes:

- Table 1 provides the number of CEs issued by FHWA or by State DOTs under Categorical Exclusion Assignment (23 U.S.C. 326 or 23 U.S.C. 327) during this reporting period.[9]
- Table 2 provides the number of documented CEs issued by FHWA during the reporting period and the number of documented CEs started but not completed (pending) as of the last day of the reporting period.
- Table 3 provides the number of EAs issued by FHWA during this reporting period, including the number of months it took to complete each EA. It also provides the number of EAs pending as of the last day of the reporting period, the percentage of the pending EAs that have identified funding, and the Federal, State, and local activities that are required to allow the EA to proceed.
- Table 4 provides the number of EISs issued by FHWA during this reporting period, including the number of months it took to complete each EIS. It also provides the number of EISs pending as of the last day of the reporting period, the percentage of the

---

[7] The term "environmental impact statement" is defined in 23 U.S.C. 157(a)(4) and means a detailed statement required under Section 102(2)(C) of NEPA (42 U.S.C. 4332(2)(C)).

[8] Time to complete for an EIS begins on the date on which the Notice of Intent is published in the Federal Register and ends on the date on which the Secretary issues a Record of Decision. It does not include the time a project is on pause. The completion time was rounded up to the closest number of months.

[9] Many FHWA Division Offices have entered into programmatic agreements with State Departments of Transportation (DOTs) as provided under 23 CFR 771.117(g) to allow State DOTs to make CE approvals on FHWA's behalf.

> pending EISs that have identified funding, and the Federal, State, and local activities that are required to allow the EIS to proceed.

The time to complete an EA begins with the date FHWA (or State DOT in NEPA Assignment States) determines to prepare an EA and ends with the completion of a FONSI. The time to complete an EIS begins on the date on which the Notice of Intent is published in the Federal Register and ends on the date on which the Secretary issues a Record of Decision. The completion time calculated for EAs and EISs does not include the length of time a project was placed in pause status on the Federal Permitting Dashboard. A project is placed in pause status on the Federal Permitting Dashboard when all actions are halted for reasons outside of Federal agency control (such as fiscal constraint or changes in scope of project), and it is unknown when progress will resume.

The timeframes to complete some of the EAs and EISs within this reporting period go well beyond the current timeframes required in recent legislation. This is because the funding provided in BIL gave the project sponsors the ability to complete environmental documents that had made no progress for many years. These projects were not subject to the timeframe provisions now in place to accelerate project delivery, so did not advance at the same pace as newer projects. Also, supplementing an EIS can account for longer than normal timeframes to complete the document. For reported EIS projects with a Supplemental document, additional information was added to Table 4 to show the completion time from the start of the supplement to the FONSI/ROD. The expectation is that with the new provisions in BIL, the funding provided by Congress in the Inflation Reduction Act to improve the efficiency of environmental reviews, and the changes to NEPA from the Fiscal Responsibility Act of 2023, that the timeframes to complete EAs and EIS for highway projects will continue to decline.

Table 1: Categorical Exclusions (October 1, 2021, to September 30, 2022)

| Categorical Exclusions (771.117(c) only) ||
|---|---|
| **Proposed Actions Issued** ||
| Number | 13,192 |

Table 2: Documented Categorical Exclusions (October 1, 2021, to September 30, 2022)

| Documented Categorical Exclusions (771.117(d) only) ||
|---|---|
| **Proposed Actions Issued by FHWA** ||
| Number | 952 |
| **Proposed Actions Pending** ||
| Number | 559 |

Table 3: Environmental Assessments (October 1, 2021, to September 30, 2022)

| Environmental Assessments |||
|---|---|---|
| **Environmental Assessments Completed (FHWA): 34 Total** |||
| **Project Name** | **State** | **Completion Time** |
| Tanana River Recreation Access Improvements[10] | AK | 20 months |
| Gee Creek Structures and Approaches | AR | 48 months |
| Northwest Arkansas National Airport Access | AR | 30 months |
| 88th Avenue, I-76 to Highway 2 | CO | 36 months |
| I-20 Access Road | GA | 30 months |
| Interchange and widening-Cusseta Road/Old Cusseta Road/CR 62 from Fort Benning to Staunton Drive | GA | 27 months |
| Lansing Bridge Replacement | IA | 74 months |
| Illinois 100/106 River Crossing Project | IL | 41 months |
| Deerfield Rd. U.S. 45/IL 21 Milwaukee Avenue to Saunders/Riverwood Road | IL | 69 months |
| I-80 from Ridge Road to US 30 | IL | 118 months |
| US 24 and SR 19 Intersection Improvement | IN | 3 months |
| Convert US 31 to Limited Access from SR 38 (Hamilton County) to SR 931 (Tipton County) | IN | 23 months |
| Kennedy Avenue Improvements, US 30 to Main Street | IN | 114 months |
| I-70 Polk/Quincy Viaduct and Approach Roadway Project | KS | 9 months |
| US 69 Expansion 103rd to 179th | KS | 17 months |
| US 150 Improvements | KY | 43 months |
| Reconstruction KY 207 from the Industrial Parkway to the KY 693 Intersection in Flatwoods | KY | 130 months |

---

[10] Tanana River Recreation Access Improvement Project is a Western Federal Lands-led project and is not assigned under the 23 U.S.C. 327 NEPA Assignment Program.

4

| | | |
|---|---|---|
| Old Hammond Highway Improvements[11] | LA | 23 months |
| US 11 Norfolk Southern Railroad | LA | 112 months |
| I-375 Corridor | MI | 62 months |
| I-494 from TH 169 to TH 5 (aka MSP Airport to Highway 169) | MN | 23 months |
| Gunter Road Ext. (aka Florence Byram Parkway) | MS | 29 months |
| Interconnecting Gulfport Airport Road Extension and I-10 Overpass | MS | 30 months |
| Hampton Harbor Bridge Project | NH | 47 months |
| Round Hill Pines Access Project | NV | 26 months |
| US 75 and Preston Road | OK | 11 months |
| SR 222 – 28M Widening Project | PA | 3 months |
| Billy Swails Boulevard – Phase 4B | SC | 54 months |
| US 121/Route 460 (Corridor Q), Section IIIB (Poplar Creek) – Phase B | VA | 1 month |
| Route 7/Route 690 (Hillsboro Road) Interchange | VA | 51 months |
| Elwha River Bridge Replacement | WA | 37 months |
| I-41 Project (Brown and Outagamie Counties) | WI | 22 months |
| Greenbag Road Improvement Project | WV | 26 months |
| US 340 Rock Slide Repair Project | WV | 26 months |
| ***Environmental Assessments Completed (Assigned per 23 USC 327):  26 Total*** | | |
| **Project Name** | **State** | **Completion Time** |
| Sterling Safety Corridor Improvements MP 82.5 to 94 | AK | 68 months |
| Sunset Road:  I-10 to River Road | AZ | 9 months |
| Arroyo De La Laguna:  Replace/Rehab Bridge for Scour Mitigation, Bridge Rail Upgrade and Seismic Retrofit | CA | 43 months |
| Monterey Bay Sanctuary Scenic Trail | CA | 38 months |
| Elk Creek Bridge Replacement Project | CA | 60 months |
| Faith Home Road – 4-Lane Expressway | CA | 49 months |
| Pulga Profile Change Project | CA | 49 months |
| SR132 Dakota Avenue to Gates Road | CA | 44 months |
| South Avenue Safety Project | CA | 19 months |
| SBD 247 Pavement and Shoulder Widening | CA | 17 months |
| State Route 128 Hopper Slough Bridge Replacement Project | CA | 43 months |

---

[11] In 1997 and 1998, the Louisiana Department of Transportation and Development (DOTD) performed an Environmental Assessment (EA) for Old Hammond Highway from Airline Highway to Millerville Road. The 1998 EA divided the project into two phases. In June 1998, the Federal Highway Administration (FHWA) issued a Finding of No Significant Impact (FONSI) for the entire corridor. DOTD constructed the first phase from Airline Highway to Boulevard De Province, but the second phase was not completed due to funding. In 2015 DOTD and FHWA determined that since revisions have been made to DOTD Engineering and Design Standards, a new document titled "EA Supplement" would be generated for the 1998 EA for the Old Hammond Highway Phase 2 project.

| | | |
|---|---|---|
| State Route 84 Real McCoy Fenders and Ramps Replacement Project | CA | 17 months |
| Bridge Scour Improvements | CA | 21 months |
| SR 166:  California Aqueduct Bridge Replacement | CA | 72 months |
| Broadway Bridge Construction | CA | 62 months |
| Five Cities Multimodal Transportation Network Enhancement Project | CA | 64 months |
| SR 88 Pavement Anchor Project | CA | 24 months |
| Venetian Causeway Bridges | FL | 73 months |
| FM 3349 at US 79 (FM 3349 and CR 110) | TX | 14 months |
| FM 756 Paluxy Drive | TX | 7 months |
| IH 10 (from FM 2434 to US 90) | TX | 43 months |
| IH-35 Capital Express North | TX | 86 months |
| IH-35 Capital Express South | TX | 23 months |
| Loop 1604 from FM 78 to IH 10 | TX | 78 months |
| US 59/US 77 Widening (from Business US 59T to 77S) | TX | 17 months |
| US 77 (from Lee County Line to SH 71) | TX | 16 months |
| ***Proposed Actions Pending*** | | |
| Number of EAs Pending as of 10/1/2022 | 77 (FHWA); 63 (Assigned per 23 U.S.C. 327) | |
| Percentage of proposed actions for which funding has been identified[12] | 100 percent | |
| Percentage pending projects for which all other Federal, State, and local activities that are required to allow the proposed action to proceed are completed. | 0 percent | |

---

12 The identification of funding indicated here is not the same as FHWA's fiscal constraint requirement.

*Table 4: Environmental Impact Statements (October 1, 2021, to September 30, 2022)*

| Environmental Impact Statements |||
|---|---|---|
| ***Environmental Impact Statements Completed (FHWA):*** 7 Total |||
| **Project Name** | **State** | **Completion Time** |
| I-11 Corridor Study[13] | AZ | 66 months |
| Sonoran Corridor – Tier 1 EIS[14] | AZ | 54 months |
| South Lawrence Trafficway/K-10 West Leg in Douglas County (Supplemental EIS)[15] | KS | 42 months |
| Chesapeake Bay Crossing Tier 1 Study | MD | 55 months |
| I-495/I-270 Managed Lanes Study | MD | 53 months |
| I-81 Viaduct | NY | 105 months |
| Champlain Parkway/Southern Connector[16] | VT | 24 months |
| ***Environmental Impact Statements Completed (Assigned per 23 USC 327):*** 1 Total |||
| **Project Name** | **State** | **Completion Time** |
| El Camino Real Roadway Renewal Project | CA | 17 months |

| ***Proposed Actions Pending*** ||
|---|---|
| Number of EISs Pending as of 10/1/2022 | 21 (FHWA); 10 (Assigned per 23 U.S.C. 327) |
| Percentage pending projects for which funding has been identified[17] | 100 percent |
| Percentage pending projects for which all other Federal, State, and local activities that are required to allow the proposed action to proceed are completed. | 0 percent |

---

[13] FHWA-AZ Division retained the I-11 Corridor Study Tier 1 EIS since it was underway when the 23 U.S.C. 327 NEPA Assignment Memorandum of Understanding (MOU) was approved.

[14] FHWA-AZ Division retained the Sonoran Corridor Tier 1 EIS since it was underway when the 23 U.S.C. 327 NEPA Assignment MOU was approved.

[15] A previous EIS was prepared in 1990 for the overall South Lawrence Trafficway study area. As an outcome of the approved 1990 EIS, two expressway lanes of the West Section (I-70 to U.S. 59) were constructed and opened to traffic in 1996. This SEIS, a supplement to the 1990 FHWA EIS, considered new or additional environmental impacts based on the introduction of new improvement options for the SLT corridor.

[16] The Champlain Parkway / Southern Connector project received a Record of Decision (ROD) in 2010. The project's ROD was rescinded on October 11, 2019 to "perform targeted outreach to any minority and low-income populations in the project study area in order to determine whether the conclusions reached in the 2009 Final SEIS and 2010 ROD remain valid."

[17] The identification of funding indicated here is not the same as FHWA's fiscal constraint requirement.