# SIVE | PAGET | RIESEL

**DAN CHOROST**
DIRECT DIAL: 646.378.7207
DCHOROST@SPRLAW.COM

June 5, 2024

**VIA ECF**
Hon. Leo M. Gordon
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

Re: *State of New Jersey v. U.S. Dep't of Transp., et al.*, No. 23-cv-03885 (LMG) (LDW)

Dear Judge Gordon:

We write on behalf of the Intervenor-Defendants the Metropolitan Transportation Authority ("MTA") and the Triborough Bridge and Tunnel Authority ("TBTA") in the in the above-captioned case to inform the Court that Governor Hochul has directed the MTA to pause implementation of the Manhattan Central Business District Congestion Pricing Program (the "Program") under state law. As a result, at this time, we no longer anticipate implementation of the Program on the prior expected implementation date of June 30, 2024. We will keep the Court apprised of any further information as it develops. Of course, we also would be happy to answer any questions that the Court may have.

Respectfully submitted,

*/s/ Dan Chorost*
Dan Chorost
Mark A. Chertok*
Elizabeth Knauer*
John F. Nelson*
SIVE, PAGET & RIESEL, P.C.
560 Lexington Ave., 15th Floor
New York, NY 10022
(646) 378-7207
(646) 378-7228
(646) 378-7272
dchorost@sprlaw.com
mchertok@sprlaw.com
eknauer@sprlaw.com
jnelson@sprlaw.com

Hon. Leo M. Gordon
June 5, 2024
Page 2 of 2

        Roberta A. Kaplan*
        Gabrielle E. Tenzer*
        KAPLAN HECKER & FINK LLP
        350 Fifth Avenue, 63rd Floor
        New York, NY 10118
        rkaplan@kaplanhecker.com
        gtenzer@kaplanhecker.com

        Joshua Matz*
        Kate Harris*
        KAPLAN HECKER & FINK LLP
        1050 K Street NW | Suite 1040
        Washington, DC 20008
        jmatz@kaplanhecker.com
        kharris@kaplanhecker.com

*Counsel for Intervenor-Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*

\**Admitted Pro Hac Vice*