# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*, <br><br> *Defendant-Intervenor*. | No. 23-3885 (LMG-LDW) |

## JOINT STATUS REPORT

Pursuant to the Court's June 18, 2024, Minute Order (ECF No. 157), Defendants and Defendant-Intervenors provide the following joint status report.

Defendants and Defendant-Intervenors have no new information to report following their discussion with the Court during the status conference held last Thursday, June 27. As such, they agree that the Court may render a decision on the pending cross-motions for summary judgment.

Respectfully submitted this 1st day of July, 2024,

                                                  TODD KIM <br>
                                                  Assistant Attorney General <br>
                                                  United States Department of Justice <br>
                                                  Environment & Natural Resources Division

*/s/ GREGORY M. CUMMING*
GREGORY M. CUMMING
SHARI HOWARD
SAMANTHA PELTZ
Trial Attorneys
Environment & Natural Resources Division
150 M St., N.E.
Washington, D.C. 20002
(202) 305-0457 (phone)
(202) 598-0414 (cell)
gregory.cumming@usdoj.gov
shari.howard@usdoj.gov
samantha.peltz@usdoj.gov

ALEX SILAGI
Assistant United States Attorney
District of New Jersey
United States Attorney's Office
970 Broad Street, 7th Floor
Newark, New Jersey 07102
973-353-6001 (phone)
alex.silagi@usdoj.gov

*Counsel for Defendants*

*/s/ DAN CHOROST*
DAN CHOROST
MARK A. CHERTOK (admitted pro hac vice)
ELIZABETH KNAUER (admitted pro hac vice)
Sive, Paget & Riesel, P.C.
560 Lexington Avenue, 15th Floor
New York, NY 10022
(212) 421-2150
dchorost@sprlaw.com
mchertok@sprlaw.com
eknauer@sprlaw.com

*Counsel for Intervenor-Defendants the*
*Metropolitan Transportation Authority and*
*the Triborough Bridge and Tunnel Authority*

2