UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>*Defendants*,<br><br>and<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*,<br><br>*Defendant-Intervenor*, | Case No.:  23-3885 (LMG-LDW) |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff State of New Jersey submits this Notice of Supplemental Authority to inform the Court of the District of Columbia Court of Appeals' decision in *City of Port Isabel, et al. v. Federal Energy Regulatory Commission*, No. 23-1174 (D.C. Cir. Aug. 6, 2024). Attached is a copy of the Court of Appeals' decision vacating the Federal Energy Regulatory Commission ("FERC")'s approval of natural gas export terminal and pipeline reauthorizations on the grounds that FERC's decision not to issue a supplemental Environmental Impact Statement ("EIS") for its environmental justice analysis was arbitrary, capricious, and in violation of the National Environmental Policy Act ("NEPA"). The opinion confirmed that "NEPA requires an EIS if any significant impacts '*might* result' from the proposed action, not only when it definitively concludes that a significant impact *will* result." *Id.* at 15 (citations omitted). Moreover, although the agency

"did solicit public comment as to some of the data underlying its environmental justice analysis," "it did not solicit *any* public comment on the *final* cumulative air emissions model"—exactly what Defendants and Intervenor-Defendants did here with their final tolling scheme. *Id.* at 18 (emphasis added).

Respectfully submitted,

Dated: New York, New York
August 20, 2024

By: */s/ Randy M. Mastro*
Randy M. Mastro (NJ Bar No. 011681982)
Craig Carpenito (NJ Bar No. 027102000)
Jessica Benvenisty (*pro hac vice*)
Lauren Myers (*pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel. (212) 556-2100

Peter Hsiao (*pro hac vice*)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Tel. (213) 433-4355

Cynthia AM Stroman (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4704
Tel. (202) 737-0500

*Attorneys for Plaintiff*