# Exhibit A

**From:** Lauren Myers <LMyers@KSLAW.com>
**Sent:** Monday, June 24, 2024 4:08 PM
**To:** Nitza Creegan <Nitza_Creegan@njd.uscourts.gov>; Cumming, Gregory (ENRD <gregory.cumming@usdoj.gov>; Jack Nelson <jnelson@sprlaw.com>; Bruce Nagel <bnagel@nagelrice.com>; Randy Mastro <RMastro@KSLAW.com>; Craig Carpenito <CCarpenito@KSLAW.com>; Randee Matloff <rmatloff@nagelrice.com>; Silagi, Alex (USANJ <Alex.Silagi@usdoj.gov>; Peltz, Samantha (ENRD <Samantha.Peltz@usdoj.gov>; Howard, Shari (ENRD <Shari.Howard@usdoj.gov>; Dan Chorost <dchorost@sprlaw.com>; john@johnreichmanlaw.com; dmateen@co.bergen.nj.us; Mark Chertok <mchertok@sprlaw.com>; kharris@kaplanhecker.com; rkaplan@kaplanhecker.com; Elizabeth Knauer <eknauer@sprlaw.com>; gtenzer@kaplanhecker.com; Jessica Benvenisty <JBenvenisty@KSLAW.com>; Joshua Matz <jmatz@kaplanhecker.com>; Otis, Andrew <AOtis@KRAMERLEVIN.com>; CSiderman@KRAMERLEVIN.com; santulli@nagelrice.com
**Subject:** State of New Jersey v. USDOT, et al, 23-cv-3885 (LMG)

Dear Judge Gordon,

We respectfully write to update you, as we mentioned at the June 17 conference, that the parties had a "meet and confer" last Friday, and all agree that the reevaluation is not part of this administrative record and is a separate agency decision from the underlying decision now being reviewed by this Court. However, Plaintiff notes that, like the final tolling scheme, you may take judicial notice of the reevaluation. *See Nio v. U.S. Dep't of Homeland Sec.*, 385 F. Supp. 3d 44, 61–62 (D.D.C. 2019) ("events that transpired after the challenged action may be considered if they bear upon the issues before the court," including where "by the time judicial review is secured events may have progressed sufficiently to indicate the truth or falsity of agency predictions") (citations omitted). But the parties are not asking the Court to delay resolution of this case because of the reevaluation.

Respectfully,
Lauren

---

**Lauren Myers**
*Senior Associate*

T: +1 212 790 5379  |  E: LMyers@KSLAW.com
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.