# SIVE | PAGET | RIESEL

**DAN CHOROST**
DIRECT DIAL: 646.378.7207
DCHOROST@SPRLAW.COM

November 18, 2024

<u>VIA ECF</u>

The Honorable Leo M. Gordon
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re:   *State of New Jersey v. U.S. Dep't of Transp. et al.*, No. 2:23-cv-03885

Dear Judge Gordon,

We write on behalf of Intervenor-Defendants the Metropolitan Transportation Authority ("MTA") and the Triborough Bridge and Tunnel Authority ("TBTA") in the above referenced matter, to inform Your Honor that today the TBTA Board approved Governor Hochul's proposal to proceed with a phased-in approach to implementation of the Central Business District Tolling Program ("CBDTP"). The proposal aligns with the toll rate structure that was recommended by the Traffic Mobility Review Board ("TMRB") on November 30, 2023, and approved by the TBTA Board on March 28, 2024, but with proportionally lower toll rates for all vehicle classes in the first six years of the program. The proposal is subject to reevaluation by the Federal Highway Administration ("FHWA") to ensure compliance with the National Environmental Policy Act ("NEPA"), and the execution of a tolling agreement between FHWA and the Project Sponsors (TBTA and the New York State and City Departments of Transportation) pursuant to the Value Pricing Pilot Program ("VPPP").

Further details of the approved toll rates are available on the MTA's Central Business District Tolling website: https://congestionreliefzone.mta.info/tolling.

cc: All counsel of record (via ECF)

Respectfully submitted,

*/s/ Dan Chorost*
Dan Chorost
Sive, Paget & Riesel, P.C.
560 Lexington Ave., 15th Floor
(646) 378-7207

Hon. Leo M. Gordon
November 18, 2024
Page 2 of 2

dchorost@sprlaw.com

cc: Magistrate-Judge Leda Dunn Wettre

SIVE, PAGET & RIESEL P.C. | 560 LEXINGTON AVENUE | NEW YORK, NY 10022 | 212.421.2150 | WWW.SPRLAW.COM