# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> *Defendants.* | Hon. Leo M. Gordon <br><br> No. 2:23-cv-03885-LMG-LDW <br><br> **CERTIFICATION OF D. BRANDON TRICE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

D. Brandon Trice, of full age, hereby certifies as follows:

1. I am an attorney-at-law in New York and Partner of the law firm Kaplan Martin LLP, 156 West 56th Street, Suite 207, New York, New York 10019. I respectfully submit this Certification pursuant to Local Rule 101.1(c) in connection with the application of Intervenor-Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority for the entry of an Order granting my admission *pro hac vice* in this action.

2. I am admitted to practice and a member in good standing of the Bar of New York (admitted in 2013).

3. The name and address of the office maintaining the rolls of my membership to the New York bar are: Attorney Records, Supreme Court of the State of New York, Appellate Division, Third Judicial Department, P.O. Box 7350, Capitol Station, Albany, New York 1224.

4. I have never been the subject of any disciplinary proceeding by any court or other authority, and I have never been suspended or disbarred by any court.

5.      I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the Court pursuant to Local Rule 101.1(c) of the United States District Court for the District of New Jersey, and I have access to or have acquired a copy of the Local Rules of this Court and am familiar with such Rules.

6.      In accordance with Local Rule 101.1(c)(3), I agree to make payment to the Clerk of the United States District Court.

7.      I certify under penalty of perjury that the foregoing statements made by me are true and correct.

Dated:  November 21, 2024  
         New York, New York

Respectfully submitted,

_____  
D. Brandon Trice  
KAPLAN MARTIN LLP  
156 West 56th Street, Suite 207  
New York, New York 10019  
(212) 316-9500  
btrice@kaplanmartin.com