UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>    *Defendants*. | Case No. 2:23-CV-03885-LMG-LDW<br><br>**NOTICE OF MOTION FOR THE *PRO HAC VICE* ADMISSION OF CAMILLA AKBARI** |

**PLEASE TAKE NOTICE** that on January 6, 2025, or such later date as the Court may order, Plaintiff State of New Jersey, by its undersigned counsel, will hereby move before the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for entry of an Order allowing the admission *pro hac vice* of:

    Camilla Akbari, Esq.
    KING & SPALDING LLP
    1185 Avenue of the Americas, 34th Floor
    New York, NY 10036-2601
    212-556-2263
    cakbari@kslaw.com

**PLEASE TAKE FURTHER NOTICE** that the Plaintiff State of New Jersey will rely upon the accompanying Declarations of Randy M. Mastro and Camilla Akbari in support of this motion and that no brief is necessary as this motion raises no issue of law and the relief sought is wholly within the Court's discretion.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests waiver of oral argument in submission of this motion pursuant to Rule 78 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Dated: November 25, 2024

/s/ Randy M. Mastro

Randy M. Mastro
New Jersey Bar No. 011681982
**KING & SPALDING LLP**
1185 Avenue of the Americas, 34th Fl.
New York, NY 10036
Tel:   (212) 827-4019
Fax:   (212) 556-2222
Email: rmastro@kslaw.com

*Attorney for Plaintiff State of New Jersey*

2