# SIVE | PAGET | RIESEL

**DAN CHOROST**
DIRECT DIAL: 646.378.7207
DCHOROST@SPRLAW.COM

November 25, 2024

**VIA ECF**

The Honorable Leo M. Gordon
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re:    *State of New Jersey v. U.S. Dep't of Transp. et al.*, No. 2:23-cv-03885

Dear Judge Gordon,

We represent Intervenor-Defendants the Metropolitan Transportation Authority ("MTA") and the Triborough Bridge and Tunnel Authority ("TBTA") in the above-referenced action, along with Roberta Kaplan, admitted *pro hac vice* in this case, and D. Brandon Trice, *pro hac vice* admission pending, both of whom are now attorneys with the firm Kaplan Martin LLP. When Ms. Kaplan was first admitted *pro hac vice* in this action, and we filed an ECF notification form on her behalf, she was at a different firm and had a different email address. Since her change in firm, Ms. Kaplan has not received ECF notifications in this case. The clerk's office advised us to file a letter requesting a change in Ms. Kaplan's ECF notifications, and any other communications that may come from the Court, to her attention as follows:

> Roberta A. Kaplan
> Kaplan Martin LLP
> 156 West 56th Street | Suite 207
> New York, NY 10019
> (212) 316-9500 |
> rkaplan@kaplanmartin.com

Hon. Leo M. Gordon
November 25, 2024
Page 2 of 2

Respectfully submitted,

*/s/ Dan Chorost*
Dan Chorost
Mark A. Chertok
Elizabeth Knauer
Sive, Paget & Riesel, P.C.
560 Lexington Ave., 15th Floor
New York, NY 10022
(646) 378-7207
dchorost@sprlaw.com
mchertok@sprlaw.com
eknauer@sprlaw.com

cc:     All counsel of record (via ECF)