UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>Plaintiff(s),<br><br>v.<br><br>U.S. DEP'T OF TRANSP. et al.,<br><br>Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 2:23-cv-03885-BRM-LDW |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Dan Chorost
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: D. Brandon Trice, Esq.

Address: Kaplan Martin LLP
156 West 56th St., Suite 207
New York, New York 10019

E-mail: btrice@kaplanmartin.com

(One email address only)

DNJ-CMECF-002