UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

STATE OF NEW JERSEY,

    Plaintiff(s),

v.

U.S. DEP'T OF TRANSP. et al.,

    Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 2:23-cv-03885-BRM-LDW

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Dan Chorost
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Phillip Dane Warren, Esq.

Address: Sive, Paget & Riesel, P.C.
560 Lexington Ave., 15th Fl.
New York, New York 10022

E-mail: dwarren@sprlaw.com

(One email address only)

DNJ-CMECF-002