# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, | |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., | Before: Leo M. Gordon, Judge |
| Defendants, | Court No. 2:23-cv-03885 |
| and | |
| METROPOLITAN TRANSPORTATION AUTHORITY, et al., | |
| Defendant-Intervenors. | |

## ORDER GRANTING PRO HAC VICE ADMISSION

Upon consideration of this matter having been brought before the Court by Randy M. Mastro of King & Spalding LLP, attorneys for Plaintiff State of New Jersey, on application to allow Camilla Akbari, Esq. to appear and participate pro hac vice; and the Court having considered the moving papers; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown; it is hereby

**ORDERED** that the Plaintiff State of New Jersey's application is granted; it is further;

**ORDERED** that Camilla Akbari, Esq., a member in good standing of the Bar of the State of New York, be permitted to appear pro hac vice in the above-captioned matter pursuant to L. Civ. R. 101(c); it is further

Court No. 2:23-cv-03885	Page 2

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of King & Spalding LLP, attorneys of record for the Plaintiff State of New Jersey, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; it is further

**ORDERED** that Camilla Akbari, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; it is further

**ORDERED** that Camilla Akbari, Esq. shall make payment of $250.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101(c)(3), within twenty (20) days from the date of the entry of this Order; it is further

**ORDERED** that Camilla Akbari, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, L. Civ. R. 104.1, and Discipline of Attorneys; it is further

**ORDERED** that Camilla Akbari, Esq. shall notify this Court immediately of any disciplinary charges brought against her in the Bar of any other court; it is further

**ORDERED** that Camilla Akbari, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule 1:21-7, as amended; it is further

Court No. 2:23-cv-03885                                                                                                                                     Page 3

**ORDERED** that King & Spalding LLP may file a request, the form of which is available at the Court's website, with the Clerk of the Court for pro hac vice counsel to receive electronic notifications in this matter; and it is further

**ORDERED** that this Order is effective upon its entry on the docket of this action.

/s/ Leo M. Gordon
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: November 26, 2024
       Newark, New Jersey