# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>  Defendants,<br><br>  and<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, et al.,<br><br>  Defendant-Intervenors. | Before: Leo M. Gordon, Judge<br><br>Court No. 2:23-cv-03885 |

## **ORDER**

Upon consultation with the parties regarding the need to supplement the administrative record in this action given developments subsequent to the filing of that record, and upon due deliberation, it is hereby

**ORDERED** that Defendant FHWA shall file a supplement to the record with the court on or before Tuesday, December 3, 2024 at 1:00 pm, containing any and all administrative consideration, findings, and determinations in connection with the Central Business District Tolling Program that occurred subsequent to the issuance of the Final EA and FONSI pertaining to that Program.

/s/ Leo M. Gordon
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: November 27, 2024
    Newark, New Jersey