UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

NEWARK                                    DATE: November 26, 2024

JUDGE: Leo M. Gordon
COURT REPORTER: Melissa Mormile
DEPUTY CLERK: Sharay M. Featherstone

                                          Civ. 23-cv-3885  and  23-cv-21728

Title of Case:

State of New Jersey, et al. v. United States Department of Transportation, et al.
and Sololich, et al., v. United States Department of Transportation, et al.

**Appearances:**

Randy M. Mastro, Esq. and Lauren Myers, Esq. for State of NJ Plaintiff
Randee M. Matloff, Esq, and Bruce Nagel, Esq. for Consolidated Plaintiffs Mark Sokolich and Richard Galler
Gregory M. Cumming, Esq., Alex Silagi, Esq., Samantha G. Peltz, Esq., Shari Howard, Esq., for US Department of Transportation Defendant
Mark A. Chertok, Esq., Elizabeth Knauer, Esq., Roberta Kaplan, Esq., and Andrew Otis, Esq. and D. Brandon Tice, Esq. for Intervenor Defendants
John Reichman, Esq. for Amici parties
Cynthia L. Siderman, Esq. and Andrew Otis, Esq. for Amici parties
David Mateen, Esq. for Amici party County of Bergen

Nature of Proceeding:    **In-chambers status conference**

In-chambers status conference held.

Time Commenced 10:00 a.m.
Time Adjourned  12:20 p.m.
Total time:     2 hrs. 20 minutes

cc: chambers                              /s/ Nitza Creegan
                                          Sr. Courtroom Deputy