Figure 17.4 - Modified Final EA Figure 17D-18. Environmental Justice Census Tracts with High Pre-Existing Pollutant and Chronic Disease Burdens Where Truck Traffic Proximity Could Potentially Increase (Adopted Toll Structure)



**Combined Number of Pre-Existing Pollutant and Chronic Disease Burdens At or Above the 90th Percentile**

- 2 - 3
- 4 - 5
- 6 - 7

❶ High Bridge-Morrissania and Crotona-Tremont
❷ Hunts Point-Mott Haven and Pelham-Throgs Neck
❸ Hunts Point-Mott Haven
❹ Pelham-Throgs Neck
❺ Northeast Bronx
❻ East Harlem
❼ Randall's Island
❽ Downtown Brooklyn-Fort Greene
❾ South Williamsburg
❿ Orange-East Orange-Newark
⓫ Fort Lee

Source: USEPA NATA and Agency Air Quality System via EJScreen 2021 data; CDC PLACES Estimates 2020 via EJI 2022 data; BPM, WSP 2021 and 2023.

Note: Percentiles are national. Census Tract 3009, Nassau County not shown. Potential truck volume increases and decreases on roadways within the tract would ultimately cancel each other out and result in no change of truck traffic proximity for the residential populations within the tract.

DOT_0047028

## Non-Truck Traffic

- **Intensity of Potential Non-Truck-Traffic Increases:** Under the adopted toll structure, non-truck traffic increases would be of a lower intensity compared to Tolling Scenario E and Tolling Scenario G (the scenarios with, respectively, the greatest overall truck and non-truck traffic diversion effects), as illustrated in **Table 17.10**. This table provides the minimum, average, and maximum increase in non-truck traffic proximity for environmental justice-designated census tracts for Final EA Tolling Scenarios E and G, as well as the adopted toll structure. Under the adopted toll structure, the minimum potential increase is 0.08, which is within the range between Tolling Scenarios E and G (0.03 to 0.31, respectively); the average potential increase under the adopted toll structure (12.69) is below the range between Tolling Scenarios E and G (22.69 to 26.37); and the maximum increase in non-truck traffic proximity under the adopted toll structure (159.61) is below the range between Tolling Scenarios E and G (216.02 to 316.77). As described in Final EA Appendix 17D, non-truck traffic proximity uses the same calculation method used for truck-traffic proximity.[19] The average and maximum non-truck-traffic proximity increases that would occur with the adopted toll structure are all smaller than with the Final EA Tolling Scenario E or G and within the range evaluated in the Final EA for the minimum.

- **Location of Tracts and Communities with Potential Non-Truck Traffic Effects:** Under the adopted toll structure, small differences in the tracts and communities where potential non-truck diversion effects would occur, without potential truck effects, from those described in the Final EA, as illustrated in Table 17.12, which is Final EA Appendix 17D, Tables 17D-12 and 17D-13 with the adopted toll structure added. No new communities with potential non-truck traffic increases but without truck-traffic increases.

  - Four new tracts with the adopted toll structure in overburdened communities with potential non-truck traffic proximity increases, and without truck-traffic proximity increases that did not appear under Tolling Scenarios E or G as illustrated in **Table 17.11**. Because two of these four tracts had potential truck-traffic increases under Tolling Scenarios E and G, they were not included with non-truck-traffic proximity in the Final EA/FONSI. Under the adopted toll structure, these tracts do not have potential truck-traffic proximity increases, and so appear as having potential non-truck traffic proximity effects. The communities in which these four tracts are located and the increase in non-truck AADT on nearby highways are as follows: one tract in Fordham–Bronx Park, Bronx County, with a 19-vehicle reduction in AADT on the adjacent portion of the Bronx River Parkway (the decrease in AADT was slightly more with Tolling Scenarios E and G); one tract in Pelham–Throgs Neck, Bronx County with an increase in AADT of 12 vehicles on an adjacent portion of the Bronx River Parkway; Southeast Queens, Queens County, with an increase in AADT of 802 vehicles on an adjacent portion of the Cross Island Parkway; and one tract in Newark, Essex County— with an increase in AADT of 779vehicles on an adjacent portion of McCarter Highway (NJ Route 21). The change in traffic at these locations is 2 percent or less and distributed across the day. These changes are small considering the AADT on these facilities.

---

[19]    Final EA Appendix 17D, Section 17D-6.1.5, p. 17D-56.

DOT_0047029

– In the Final EA, Tables 17D-12 and 17D-13 provide data about some of the adjacent roadways adjacent to tracts where non-truck proximity increases could occur, including estimates of average annual daily non-truck AADT on highways under the No Action Alternative, modeled changes in non-truck AADT with Scenarios E and G, and the percentage that this change would represent from the No Action Alternative. Comparing the Final EA/FONSI data with data from the adopted toll structure (**Table 17.12**), there are nine communities identified with highways that have non-truck AADT changes outside the range of AADT changes identified for Scenarios E and G from the Final EA. Two of these communities experience a potential decrease in non-truck Traffic AADT. These two communities are Kingsbridge-Riverdale, Bronx County on the Henry Hudson Parkway (decrease in AADT of 1,226 vehicles or 2 percent) and Central Harlem-Morningside Heights, New York County on the Harlem River Drive (decrease in AADT of 315 vehicles or 0.3 percent). The FDR Drive in the community of Lower Manhattan, New York County, has a potential AADT increase (1,364 vehicles or 3 percent) below both Tolling Scenarios E and G, as does the FDR Drive in the Union Square—Lower East Side (Lower East Side) community (7,609 vehicles or 7 percent). The remaining six communities have highways with potential increases in non-truck traffic AADT ranging from 0.2 percent to 2 percent. These communities and facilities are Fordham–Bronx Park, Bronx County on the Mosholu Parkway (potential AADT increase of 393 vehicles or 1 percent), Canarsie-Flatlands, Kings County on the Belt Parkway (756 vehicles or 1 percent), Coney Island–Sheepshead Bay, Kings County, on the Belt Parkway (1,124 vehicles or 1 percent), Ridgewood–Forest Hills, Queens County on the Jackie Robinson Parkway (651 vehicles or 1 percent), and Belleville, Essex County, on the McCarter Highway NJ Rt 21 (821 vehicles or 2 percent). Hempstead, Nassau County, has two facilities with potential increases in AADT outside the range identified for Scenarios E and G, the Cross Island Parkway (234 vehicles or 0.2 percent), and the Nassau Expressway (385 vehicles or 1 percent). The increases are 2 percent and below, which is small relative to the AADT of the facilities and spread throughout the day. **Table 17.12** presents these AADT data as well.[20]

---

[20]  As noted in the Final EA, Appendix 17D, Tables 17D-12 and 17D-13, and similar to tables describing truck traffic proximity increases, in some cases, nearby roadways will show decreases in non-truck AADT when truck traffic proximity increases, and vice versa. This occurs because of the distance weighting that is part of calculating changes in truck traffic proximity. A nearby roadway may show a net increase in truck traffic AADT, but the center of a census tract's population may be closer to a portion of the roadway with estimated decreases in truck volumes, meaning that exposure to emissions and truck traffic proximity decreases.

DOT_0047030

*Table 17.10 - Range of Non-Truck-Traffic Proximity Increases for Environmental Justice-Designated Overburdened Tracts Where Truck Traffic Proximity Would Not Also Increase*

| TOPIC | LOCATION | DATA SHOWN IN TABLE | NON-TRUCK TRAFFIC PROXIMITY CHANGE (DAILY NON-TRUCKS PER METER DISTANCE) | | |
|---|---|---|---|---|---|
| | | | FINAL EA SCENARIO E | FINAL EA SCENARIO G | ADOPTED TOLL STRUCTURE |
| Increases in non-truck traffic proximity, as a result of traffic diversions, in communities already overburdened by preexisting air pollution and chronic diseases, but where truck traffic would not also increase | 80 OR 66.66 Environmental Justice Designated Census Tracts | Minimum | 0.31 | 0.03 | 0.08 |
| | | Average | 22.69 | 26.37 | 12.69 |
| | | Maximum | 216.02 | 316.77 | 159.61 |

Source: U.S. Census Bureau, ACS 2015-2019 5-Year Estimates; USEPA NATA 2017 and Agency Air Quality System 2018 via EJScreen 2021 data; CDC PLACES Estimates 2020 via EJI 2022 data; BPM, WSP 2021 and 2023.

DOT_0047031

*Table 17.11 - Change in Non-Truck Traffic Proximity for Overburdened Environmental Justice-Designated Tracts Without Truck-Traffic Proximity Increases Under the Adopted Toll Structure, and Which Did Not Appear Under Tolling Scenarios E and G*

| LOCATION | NON-TRUCK TRAFFIC PROXIMITY CHANGE (DAILY NON-TRUCKS PER METER DISTANCE) | | | HIGHWAY | NON-TRUCK TRAFFIC | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | SCENARIO E | | SCENARIO G | | ADOPTED TOLL STRUCTURE | |
| | SCENARIO E | SCENARIO G | ADOPTED TOLL STRUCTURE | | CHANGE (AADT) | CHANGE (%) | CHANGE (AADT) | CHANGE (%) | CHANGE (AADT) | CHANGE (%) |
| Tract 334, Bronx County, NY (Fordham–Bronx Park)* | -6.75 | -4.57 | 0.34 | Bronx River Pkwy | -334 | -0.3% | -102 | -0.1% | -19 | -0.02% |
| Tract 68, Bronx County, NY (Pelham–Throgs Neck) | -1.43 | -0.02 | 0.08 | Bronx River Pkwy | -168 | -0.3% | -8 | 0.0% | 12 | 0.02% |
| Tract 1571.02, Queens County, NY (Southeast Queens)** | 9.43 | 12.32 | 11.28 | Cross Island Pkwy | 463 | 0.4% | 714 | 0.6% | 802 | 0.7% |
| Tract 96, Essex County, NJ (Newark)*** | 2.08 | 1.80 | 3.30 | McCarter Hwy (NJ Rt 21) | 470 | 1% | 404 | 1% | 779 | 2% |

Source:   U.S. Census Bureau, ACS 2015-2019 5-Year Estimates; USEPA NATA 2017 and Agency Air Quality System 2018 via EJScreen 2021 data; CDC PLACES Estimates 2020 via EJI 2022 data; BPM, WSP 2021 and 2023.

Notes:

*        Closer examination indicates that this tract is predicted to have an increase in non-truck traffic proximity under Scenario E and the adopted toll structure; though the portion of the Bronx River Pkwy passing through the tract is predicted to see a net decrease in non-truck traffic, the center of its population is near a portion of a highway where modeling indicates that non-truck traffic could increase.

**       Under Tolling Scenario E (as noted in Final EA Tables 17D-10 and 17D-15), as well as under Tolling Scenario G, Census Tract 1571.02, Queens County shows a potential non-truck traffic proximity increase, but it also shows a potential truck traffic proximity increase due to an increase of less than 1 truck per day on a Cross Island Parkway service road. Because of this small, potential truck traffic proximity increase, this tract was included in Table 17D-15 along with other tracts showing potential truck-traffic proximity increases under Tolling Scenario E. Under the adopted toll structure, the potential increase in truck traffic proximity is zero, which is why Census Tract 1571.02, Queens County appears in this table.

***      Under Tolling Scenarios E and G, Census Tract 96, Essex County, has potential increases in both truck and non-truck traffic proximity. Thus, the tract did not appear in Final EA Tables 17D-12 and 17D-13. Under the adopted toll structure, the tract has potential truck-traffic proximity decreases, which is why it appears in this table.

DOT_0047032

**Table 17.12 - Modified Final EA Table 17D-12 and 17D-13. Environmental Justice Tracts and Communities That Could Experience Non-Truck Traffic Proximity Increases without Truck Traffic Proximity Increases under the Adopted Toll Structure with Scenarios E & G**

This table shows the number of environmental justice-designated tracts in each community with at least one pre-existing pollutant (80th percentile) or chronic disease burden (66.66th percentile). In the Final EA, communities identified as having these environmental justice-designated tracts with non-truck traffic proximity increases and without truck-traffic proximity increases under both Tolling Scenarios E and G were compared with communities identified as having tracts with truck-traffic proximity increases under Tolling Scenario E in order to ensure that the Final EA fully disclosed potential truck and non-truck traffic diversion effects. Blue shading behind the numbers of tracts under Tolling Scenarios E and G indicates that the corresponding community is not identified in the table of communities having highly burdened environmental justice-designated tracts with potential truck-traffic proximity increases under Tolling Scenario E (Final EA Table 17D-10). For the adopted toll structure, blue shading also appears behind the number of tracts to indicate that the corresponding community is not identified in the table of communities having highly burdened environmental justice-designated tracts with potential truck-traffic proximity increases under the adopted toll structure.

| COUNTY | COMMUNITY | NUMBER OF TRACTS BY NUMBER OF PRE-EXISTING POLLUTANT (80TH PERCENTILE) OR CHRONIC DISEASE BURDENS (66.66TH PERCENTILE) | | | HIGHWAY | FINAL EA SCENARIO E | | | FINAL EA SCENARIO G | | | ADOPTED TOLL STRUCTURE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FINAL EA SCENARIO E | FINAL EA SCENARIO G | ADOPTED TOLL STRUCTURE | | DAILY NON-TRUCK NO ACTION (AADT)* | DAILY NON-TRUCK CHANGE (AADT) | DAILY NON-TRUCK CHANGE (%) | DAILY NON-TRUCK NO ACTION (AADT) | DAILY NON-TRUCK CHANGE (AADT) | DAILY NON-TRUCK CHANGE (%) | DAILY NON-TRUCK NO ACTION (AADT) | DAILY NON-TRUCK CHANGE (AADT) | DAILY NON-TRUCK CHANGE (%) |
| Bronx, NY | Fordham–Bronx Park | 3 | 8 | 8 | Bronx River Pkwy | 95,415 | -17 | -0.02% | 95,415* | 301 | 0.3% | 105,451* | 10 | 0.01% |
| | | | | | Mosholu Pkwy | 49,364 | 183 | 0.4% | 49,364 | 291 | 1% | 49,364 | 393 | 1% |
| | Kingsbridge–Riverdale** | 1 | 2 | 1 | Bronx River Pkwy | 88,312 | 158 | 0.2% | 88,312 | 502 | 1% | 88,312 | 355 | 0.4% |
| | | | | | Henry Hudson Pkwy | 52,188 | -2,013 | -4% | 52,188 | -1,338 | -3% | 52,188 | -1,226 | -2% |
| | | | | | Major Deegan Expwy | 137,804 | -2,620 | -2% | 137,804 | -1,650 | -1% | 138,304 | -2,256 | -2% |
| | | | | | Mosholu Pkwy | 70,125 | -631 | -1% | 70,125 | -125 | -0.2% | 70,125 | -210 | -0.3% |
| | Northeast Bronx*** | 5 | 4 | 5 | Bronx River Pkwy | 88,312 | 158 | 0.2% | 88,312 | 502 | 1% | 88,312 | 355 | 0.4% |
| | | | | | Hutchinson River Pkwy | 139,000 | -132 | -0.1% | Community does not have tracts with potential traffic increases adjacent to Hutchinson River Pkwy | | | 139,000 | 90 | 0.1% |
| | | | | | New England Thruway | 114,329 | -2,330 | -2% | Community does not have tracts with potential traffic increases adjacent to New England Thruway | | | 114,329 | -1,963 | -2% |
| | Pelham–Throgs Neck | | 5 | 1 | Bronx River Pkwy | Community does not have tracts with potential traffic increases adjacent to Bronx River Pkwy | | | Community does not have tracts with potential traffic increases adjacent to Bronx River Pkwy | | | 51,051 | 12 | 0.02% |
| | | | | | Cross Bronx Expwy Ext | All tracts with non-truck traffic increases adjacent to Cross Bronx Expwy Ext also have truck-traffic proximity increases and are included in Table 17.8 | | | 67,348 | 2,945 | 4% | All tracts with non-truck traffic increases adjacent to Cross Bronx Expwy Ext also have truck-traffic proximity increases and are included in Table 17.8 | | |
| Kings, NY | Bensonhurst–Bay Ridge | | 7 | 5 | Belt Pkwy | Community does not have tracts with potential traffic increases adjacent to Belt Pkwy | | | 102,954* | 215 | 0.2% | 108,802* | 1,155 | 1% |
| | | | | | Brooklyn Queens Expwy | Community does not have tracts with potential traffic increases adjacent to Brooklyn Queens Expwy | | | 53,564* | 2,128 | 4% | 41,286* | 1,472 | 4% |
| | Canarsie–Flatlands | | 2 | 2 | Belt Pkwy | Community does not have tracts with potential traffic increases adjacent to Belt Pkwy | | | 126,307 | 432 | 0.3% | 126,307 | 756 | 1% |
| | Coney Island–Sheepshead Bay | | 7 | 7 | Belt Pkwy | Community does not have tracts with potential traffic increases adjacent to Belt Pkwy | | | 118,945 | 930 | 1% | 118,945 | 1,124 | 1% |
| | East New York | 1 | 1 | 1 | Jackie Robinson Pkwy | 87,492 | 1,440 | 2% | 87,492 | 538 | 1% | 87,492 | 1,382 | 2% |
| New York, NY | Central Harlem–Morningside Heights† | | 3 | 1 | Harlem River Dr | Community does not have tracts with potential traffic increases adjacent to Harlem River Dr | | | 122,662 | 1,037 | 1% | 120,876 | -315 | -0.3% |
| | Lower Manhattan | 1 | 1 | 1 | FDR Dr | 44,052 | 5,755 | 13% | 44,052 | 3,137 | 7% | 44,052 | 1,364 | 3% |

| COUNTY | COMMUNITY | NUMBER OF TRACTS BY NUMBER OF PRE-EXISTING POLLUTANT (80TH PERCENTILE) OR CHRONIC DISEASE BURDENS (66.66TH PERCENTILE) | | | HIGHWAY | FINAL EA SCENARIO E | | | FINAL EA SCENARIO G | | | ADOPTED TOLL STRUCTURE | | |
| | | FINAL EA SCENARIO E | FINAL EA SCENARIO G | ADOPTED TOLL STRUCTURE | | DAILY NON-TRUCK NO ACTION (AADT)* | DAILY NON-TRUCK CHANGE (AADT) | DAILY NON-TRUCK CHANGE (%) | DAILY NON-TRUCK NO ACTION (AADT) | DAILY NON-TRUCK CHANGE (AADT) | DAILY NON-TRUCK CHANGE (%) | DAILY NON-TRUCK NO ACTION (AADT) | DAILY NON-TRUCK CHANGE (AADT) | DAILY NON-TRUCK CHANGE (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Union Square–Lower East Side (Lower East Side) | 4 | 4 | 4 | FDR Dr | 107,507 | 7,672 | 7% | 107,507 | 8,150 | 8% | 107,507 | 7,609 | 7% |
| Queens, NY | Flushing–Clearview | 1 | 2 | 2 | Cross Island Pkwy | 110,139 | 295 | 0.3% | 110,139 | 282 | 0.3% | 110,139 | 597 | 1% |
| | | | | | Whitestone Expwy | Tract with non-truck traffic increases adjacent to Whitestone Expwy also has truck-traffic increases and is included in Table 17D-15 | | | 163,532 | 1,054 | 1% | 163,532 | 115 | 0.07% |
| | Jamaica†† | 1 | 2 | 1 | Belt Pkwy | 155,884 | -617 | -0.4% | 155,884 | -165 | -0.1% | Community does not have tracts with potential traffic increases adjacent to Belt Pkwy | | |
| | | | | | JFK Expwy | 34,513 | 7 | 0.02% | 34,513 | -262 | -1% | Community does not have tracts with potential traffic increases adjacent to JFK Expwy | | |
| | | | | | Nassau Expwy | 66,009 | -1,023 | -2% | 66,009 | -977 | -1% | Community does not have tracts with potential traffic increases adjacent to Nassau Expwy | | |
| | | | | | Van Wyck Expwy | 159,528 | -138 | -0.09% | 159,528 | 751 | 0.5% | 159,528 | 122 | 0.08% |
| | Ridgewood–Forest Hills | 2 | 2 | 2 | Jackie Robinson Pkwy | 117,227 | 553 | 0.5% | 117,227 | 512 | 0.4% | 117,227 | 651 | 1% |
| | Southeast Queens | 2 | 3 | 4 | Belt Pkwy | 157,617 | 53 | 0.03% | 157,617 | 583 | 0.4% | 157,617 | 321 | 0.2% |
| | | | | | Cross Island Pkwy | 136,974 | -41 | -0.03% | 136,974 | 526 | 0.4% | 125,701 | 544 | 0.4% |
| | | | | | Hook Creek Blvd | 3,356 | 26 | 0.8% | 3,356 | -19 | -1% | 3,356 | -73 | -2% |
| | Southwest Queens | 1 | 3 | 2 | Belt Pkwy | 167,960 | -1,855 | -1% | 167,960 | 841 | 1% | 167,960 | 952 | 1% |
| | | | | | Nassau Expwy | Community does not have tracts with potential traffic increases adjacent to Nassau Expwy | | | 32,379 | -910 | -3% | 32,379 | -631 | -2% |
| | | | | | Van Wyck Expwy | 132,116 | 534 | 0.4% | 132,116 | -535 | -0.4% | Tract with non-truck traffic increases adjacent to Van Wyck Expwy also has truck traffic increases, and is included in Table 17D-15 | | |
| | West Queens | 1 | 3 | 3 | Grand Central Pkwy | Community does not have tracts with potential traffic increases adjacent to Grand Central Pkwy | | | 109,447 | 859 | 1% | 109,447 | 280 | 0.3% |
| | | | | | Long Island Expwy | 184,144 | 1,108 | 0.6% | Community does not have tracts with potential traffic increases adjacent to Long Island Expwy | | | Community does not have tracts with potential traffic increases adjacent to Long Island Expwy | | |
| Bergen, NJ | Fort Lee | | 2 | 1 | I-95 | All tracts with non-truck traffic increases adjacent to I-95 also have truck-traffic proximity increases and are included in Table 17.8 | | | 136,411* | 9,431 | 7% | 122,339* | 5,770 | 5% |
| | | | | | Palisades Interstate Pkwy | Community does not have tracts with potential traffic increases adjacent to Palisades Interstate Pkwy | | | 64,897 | 1,616 | 2% | 64,897 | 1,068 | 2% |
| | | | | | N Bergen Blvd (US-46) | All tracts with non-truck traffic increases adjacent to N Bergen Blvd (US-46) also have truck-traffic proximity increases and are included in Table 17.8 | | | 46,580 | 3,170 | 7% | Community does not have tracts with potential traffic increases adjacent to N Bergen Blvd (US-46) | | |
| Essex, NJ | Belleville††† | 1 | | 1 | McCarter Hwy (NJ Rt 21) | 45,515 | 525 | 1% | Community does not have tracts with potential traffic increases adjacent to McCarter Hwy (NJ Rt 21) | | | 45,515 | 821 | 2% |
| | East Orange | 3 | 3 | 3 | Garden State Pkwy | 108,539 | 1,296 | 1% | 108,539 | 1,252 | 1% | 108,539 | 1,392 | 1% |
| | | | | | I-280 | 95,485 | -1,958 | -2% | 95,485 | -1,934 | -2% | 95,485 | -1,702 | -2% |
| | Irvington | 6 | 6 | 6 | Garden State Pkwy | 121,204 | 1,475 | 1% | 121,204 | 1,128 | 1% | 121,204 | 1,363 | 1% |
| | Newark | 1 | 1 | 2 | Garden State Pkwy | 128,342 | 1,279 | 1% | 128,342 | 1,126 | 1% | 128,342 | 1,398 | 1% |

DOT_0047034

| COUNTY | COMMUNITY | NUMBER OF TRACTS BY NUMBER OF PRE-EXISTING POLLUTANT (80TH PERCENTILE) OR CHRONIC DISEASE BURDENS (66.66TH PERCENTILE) | | | HIGHWAY | FINAL EA SCENARIO E | | | FINAL EA SCENARIO G | | | ADOPTED TOLL STRUCTURE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FINAL EA SCENARIO E | FINAL EA SCENARIO G | ADOPTED TOLL STRUCTURE | | DAILY NON-TRUCK NO ACTION (AADT)* | DAILY NON-TRUCK CHANGE (AADT) | DAILY NON-TRUCK CHANGE (%) | DAILY NON-TRUCK NO ACTION (AADT) | DAILY NON-TRUCK CHANGE (AADT) | DAILY NON-TRUCK CHANGE (%) | DAILY NON-TRUCK NO ACTION (AADT) | DAILY NON-TRUCK CHANGE (AADT) | DAILY NON-TRUCK CHANGE (%) |
| | | | | | McCarter Hwy (NJ Rt 21) | All tracts with non-truck traffic increases adjacent to McCarter Hwy (NJ Rt 21) also have truck-traffic proximity increases and are included in Table 17.8 | | | 42,369 | 404 | 1% | 42,369 | 779 | 2% |
| Union, NJ | Elizabeth§ | 2 | 3 | 3 | I-95 | 115,637 | -1,415 | -1% | 115,637 | -379 | -0.3% | 115,637 | -628 | -1% |
| Nassau, NY | Hempstead | 1 | 2 | 2 | Cross Island Pkwy | 141,039 | -227 | -0.2% | 141,039 | 149 | 0.1% | 141,039 | 234 | 0.2% |
| | | | | | Nassau Expwy | 64,528 | 117 | 0.2% | 64,528 | 6 | 0.01% | 64,528 | 385 | 1% |

Source: U.S. Census Bureau, ACS 2015-2019 5-Year Estimates; USEPA NATA 2017 and Agency Air Quality System 2018 via EJScreen 2021 data; CDC PLACES Estimates 2020 via EJI 2022 data; BPM, WSP 2021 and 2023.

Notes:

Results not shown for the following communities because no tracts appeared in these communities with potential non-truck traffic increases but without potential truck-traffic increases under the adopted toll structure: Crotona–Tremont, Bronx County; High Bridge–Morrisania, Bronx County; Sunset Park, Kings County; Downtown–Heights–Slope, Kings County; Washington Heights–Inwood, New York County; Bayside–Little Neck, Queens County; Port Richmond, Richmond County; Hackensack, Bergen County; Palisades Park, Bergen County; Ridgefield, Bergen County; and Jersey City, Hudson County.

*    In some cases, specific tracts with potential traffic increases along a certain highway and within a community and differ between Scenario E, Scenario G, and the adopted toll structure. In these cases, the "No Action" AADT will differ because the section of the highway analyzed differs.

**    Under Tolling Scenarios E and G, (as noted on Final EA Tables 17D-12 and 17D-13) as well as the adopted toll structure, Census Tract 435, Bronx County is predicted to have an increase in non-truck traffic proximity; though highways passing through the tract are predicted to see net decreases in non-truck traffic, the center of its population is near a portion of a highway where modeling indicates that non-truck traffic could increase.

***    Under Tolling Scenario E (as noted on Final EA Table 17D-12) and the adopted toll structure, Census Tract 302, Bronx County is predicted to have an increase in non-truck traffic proximity under Tolling Scenario E and the adopted toll structure; though highways adjacent to the tract are predicted to see net decreases in non-truck traffic, the center of its population is near a portion of a highway where modeling indicates that non-truck traffic could increase.

†    Under the adopted toll structure, Census Tract 243.02, New York County, could see in increase in non-truck traffic proximity, even though AADT is predicted to decrease. Though the highway adjacent to the tract is predicted to see decreases in non-truck traffic, the center of its population is near a portion of the highway where modeling indicates that non-truck traffic could increase.

††    Under Tolling Scenarios E and G (as noted in Final EA Tables 17D-12 and 17D-13), Census Tract 306, Queens County is predicted to have an increase in non-truck traffic proximity; though highways passing through the tract are predicted to see net decreases in non-truck traffic, the center of its population is near a portion of a highway where modeling indicates that non-truck traffic could increase.

†††    As noted in Final EA Table 17D-12, under Tolling Scenario E, Tract 144, Essex County has a small potential increase in truck traffic that produces a potential truck-traffic proximity change of less than one truck per meter distance.

§    Under Tolling Scenarios E & G (as noted in Final EA Tables 17D-12 and 17D-13) as well as under the adopted toll structure, non-truck traffic proximity is predicted to increase in these census tracts, even though AADT is predicted to see a net decrease; the centers of population in each of the three tracts are closer to portions of the highway where modeling indicates non-truck traffic proximity could increase.

DOT_0047035

### Regional and Place-Based Mitigation

As noted in the Final EA and above, the Project Sponsors will implement regional and place-based mitigation measures to potential Project-related traffic diversions, related air pollutants, and associated health effects in communities that are already overburdened by pre-existing air pollution and/or chronic diseases, relative to national percentiles. **Table 17.13**, below, shows the mitigation measures committed to by the Project Sponsors with the funding amounts committed to in the Final EA as well as the funding amounts committed to with the adopted toll structure. As described in the subsection, "Allocation of Place-Based Mitigation Funding by Community," below, target funding allocations for place-based mitigation are determined based on the population of the affected census tracts as a percentage of the overall population of all affected census tracts.

DOT_0047036

*Central Business District (CBD) Tolling Program Reevaluation*

*Table 17.13 - Regional and Place-Based Mitigation Measures*

| MITIGATION MEASURES | BENEFIT AND RESULT OF MITIGATION | RELEVANT LOCATION(S) | IMPLEMENTATION LEAD | FUNDING SOURCE | 5-YEAR FUNDING[1] | |
|---|---|---|---|---|---|---|
| | | | | | FINAL EA | ADOPTED TOLL STRUCTURE |
| **Regional Mitigation (Measures Benefit "90 or 90" and "90 and 90" Tracts and Communities with Potential Truck Traffic Diversions)** | | | | | | |
| Further reduced overnight toll | Minimize/avoid truck diversions | 10-county environmental justice study area | TBTA | CBD Tolling Program | $30 million | $123 million |
| Expand NYC Clean Trucks Program | $NO_x$ and $PM_{2.5}$ reductions from ~500 new clean trucks | | NYCDOT | CBD Tolling Program | $20 million | $20 million |
| Expand NYCDOT Off-Hours Delivery Program | Safety and emissions reduction benefits resulting from reduced truck traffic during the day | | NYCDOT | CBD Tolling Program | $5 million | $5 million |
| **Place-Based Mitigation (Measures Benefit Tracts along the FDR Drive in Lower Manhattan and Union Square–Lower East Side (Lower East Side) Communities, and "90 and 90" Tracts and Communities with Truck Traffic Diversions)** | | | | | | |
| Toll vehicles traveling northbound on the FDR Drive that exit at East Houston Street and then travel southbound on FDR Drive | 25 to 35 percent of the non-truck traffic increases on the FDR Drive could be mitigated | FDR Drive between the Brooklyn Bridge and East Houston Street | TBTA | N/A | N/A | N/A |
| Replacement of Transport Refrigeration Units (TRUs) at Hunts Point Produce Market | Major $NO_x$ and $PM_{2.5}$ reductions from the replacement of up to 1,000 TRUs | Hunts Point | NYCDOT | CBD Tolling Program[2] | $15 million[2] | $15 million[2] |
| Implement Electric Truck Charging Infrastructure | $NO_x$ and $PM_{2.5}$ reductions from electric vehicles using 35 new chargers (at seven stations) | See "Benefits and Allocation of Funding for Mitigation Measures," below | NYSDOT | $10 million Federal CRP + $10 million CBD Tolling Program | $20 million | $20 million |
| Install Roadside Vegetation to Improve Near-Road Air Quality | Improves near-road air quality by pollutant capture from ~4,000 trees and ~40,000 shrubs | | TBTA with Relevant State and Local Agencies | CBD Tolling Program | $10 million | $10 million |
| Renovate Parks and Greenspace in Environmental Justice Communities | Increases overall community well-being. 2-5 park/ greenspace renovations depending on size and complexity. | | TBTA with Relevant State and Local Agencies | CBD Tolling Program | $25 million | $25 million |
| Install Air Filtration Units in Schools Near Highways | Removes air pollutants from classrooms. 25-40 schools depending on school size and complexity of existing HVAC system. | | TBTA with Relevant State and Local Agencies | CBD Tolling Program | $10 million | $10 million |
| Establish Asthma Case Management Program and Bronx Center | Reduces hospitalizations and doctor visits, decreases days and nights with symptoms and missed school days – program expansion up to 25 schools | | NYC DOHMH | CBD Tolling Program | $20 million | $20 million |

Notes:

[1] An additional $5 million has been allocated for mitigation and enhancement measures related to monitoring across other topics, along with $82 million for the low-income toll discount. Enhancement measures include air quality monitoring that will expand NYC's existing monitoring network. Locations have been selected in consideration of the traffic and air quality analyses in the Final EA and in coordination with environmental justice stakeholders and relevant state and local agencies. This will complement the regional and place-based mitigation measures related to traffic diversions outlined here.

[2] In the Final EA, MTA Congestion Mitigation and Air Quality Improvement Program (CMAQ) funds were identified for replacement of TRUs at Hunts Point Produce Market; the source has changed, but not the amount of funding; after three years, any remaining funds designated for TRU replacements may also be used for clean truck replacement vouchers through the NYC Clean Trucks Program.

DOT_0047037

## Benefits and Allocation of Funding for Mitigation Measures

### *Benefits of Regional Mitigation Measures*

Regionwide, 151 census tracts have been identified for having potential truck traffic proximity increases, and for being in the 90th percentile for at least one pre-existing pollutant burden OR in the 90th percentile for at least one pre-existing chronic disease burden. This is a small fraction of the 2,194 environmental justice-designated census tracts in the 10-county environmental justice local study area and an even smaller fraction of all 3,106 tracts. However, the Final EA committed that these tracts will receive the commitments to regional mitigation measures. Under the adopted toll structure, a total of $148M has been dedicated to these regional mitigation measures. This commitment includes:

- $123M to deeply discount the overnight toll
- $20M to expand the NYC Clean Trucks Program
- $5M to expand the NYCDOT Off-Hours Delivery Program

### *Discounted Overnight Toll[21]*

Modeling for the Final EA indicated that many of the drivers who divert to other routes to avoid the toll would do so in the overnight hours, in part because of the toll rate. The overnight toll rates in the adopted toll structure were reduced beyond the commitment made in the Final EA and for a longer time period (the adopted toll structure includes overnight period toll rates that are 75 percent lower than the respective peak toll rates from 9:00 p.m. to 5:00 a.m. on weekdays and 9:00 p.m. to 9:00 a.m. weekends). The deeply discounted overnight toll would benefit communities along diversion routes, including environmental justice communities, as drivers are less likely to divert due to the discounted rate. Additionally, all drivers entering the CBD during the overnight period would benefit from the lower toll. Specifically, the distribution of drivers into the CBD during the overnight period from each crossing that would benefit from the discounted toll is as follows[22]:

- 39.4 percent from vehicles crossing into the CBD from 60th Street
- 24.3 percent from vehicles crossing into the CBD from Brooklyn
- 18.8 percent from vehicles crossing into the CBD from New Jersey
- 17.5 percent from vehicles crossing into the CBD from Queens

### *Expansion of NYC Clean Trucks Program*

Trucks with more than 70 percent of their VMT in the tri-state (NY/NJ/CT) area are eligible for funding to replace old diesel trucks to lower-emission electric, hybrid, compressed natural gas, and clean diesel vehicles. This commitment would result in reduced emissions across the entirety of the replacement trucks' trips, through communities throughout the region, including those environmental justice communities with preexisting burdens that could have increased truck traffic proximity as a result of the adopted toll structure. The NYC Clean Trucks Program has previously funded the conversion of over 600 trucks, which

---

[21]   The adopted toll structure includes an overnight toll discounted beyond the mitigation commitment in the Final EA. The overnight E-ZPass rate is 25 percent of the peak toll rate from 9 p.m. –5 a.m. weekdays and 9 p.m.–9 a.m. weekends.

[22]   See Appendix 4A.2, Table 4A.2-3, p. Appendix 4A.2-6

DOT_0047038

has removed approximately one ton of PM2.5 and 30 tons of NO$_x$ annually. [23] The funding commitment of $20 million would allow for the conversion of approximately 500 more trucks.

*Expansion of NYCDOT Off-Hours Delivery Program*

NYCDOT will expand its off-hours delivery program to reduce daytime truck traffic, reduce emissions, and increase roadway safety. The Off-Hours Delivery Program focuses on shifting truck deliveries from peak period to off hours (7:00 p.m. to 6:00 a.m.) and can benefit the community by resulting in less congestion as trucks would not travel at the same time as commuters and bus riders, and by reducing emissions as more trucks would be traveling during overnight hours and not sitting in traffic. This program is available to all users and would result in a reduction of truck trips during daytime hours on access routes from any origin.

### Allocation of Place-Based Mitigation Funding by Community

The Final EA concluded that specific census tracts that, based on modeling projections, would experience increased or decreased traffic proximity changed depending on the tolling scenario, but that the affected communities remain largely the same. Under the adopted toll structure, the affected census tracts and communities have been identified, confirming that the same communities would be affected as predicted in the Final EA. With the completion of this analysis for the adopted toll structure, as contemplated by the Final EA and FONSI, the Project Sponsors have refined the allocation of place-based mitigation funds as outlined in Final EA Table 17-16, which commits a total of $100M to place-based mitigation measures. This includes:

- $15M for the Replacement of TRUs at Hunts Point Produce Market

- $20M to Implement Electric Truck Charging Infrastructure

- $10M to Install Roadside Vegetation

- $25M to Renovate Parks and Greenspace

- $10M to Install Air Filtration Units in Schools Near Highways

- $20M to Establish an Asthma Case Management Program and Bronx Center

To determine target allocations across communities for the $100M, the share of population in all affected tracts was used, as illustrated in **Table 17.14**.

---

[23]    NYCDOT 2022 analysis of NYC Clean Trucks Program participant data and US EPA's Diesel Emissions Quantifier.

DOT_0047039

*Table 17.14 - Place-Based Mitigation Measures Funding Allocation*

| COUNTY | COMMUNITY IDENTIFIED FOR PLACE-BASED MITIGATION | TOTAL POPULATION | SHARE OF POPULATION IN ALL AFFECTED TRACTS | ALLOCATED FUNDS |
|--------|-------------------------------------------------|------------------|--------------------------------------------|-----------------|
| Bronx, NY | Crotona - Tremont | 51,133 | 22.6% | $22.6M |
| | High Bridge - Morrisania | 20,884 | 9.2% | $9.2M |
| | Hunts Point - Mott Haven | 42,621 | 18.9% | $18.9M |
| | Northeast Bronx | 9,912 | 4.4% | $4.4M |
| | Pelham - Throgs Neck | 37,608 | 16.6% | $16.6M |
| Kings, NY | Downtown Brooklyn–Fort Greene* | 12,819 | 5.7% | $5.7M |
| | South Williamsburg** | 16,807 | 7.4% | $7.4M |
| New York, NY | East Harlem | 9,968 | 4.4% | $4.4M |
| | Randall's Island*** | 2,009 | 0.9% | $0.9M |
| Bergen, NJ | Fort Lee | 3,159 | 1.4% | $1.4M |
| Essex, NJ | City of Orange | 1,925 | 0.9% | $0.9M |
| | East Orange | 4,124 | 1.8% | $1.8M |
| | Newark | 12,982 | 5.7% | $5.7M |

\*    As noted in Final EA, Appendix D to Appendix 17D, Part of the Downtown–Heights–Slope UHF neighborhood but labelled "Downtown Brooklyn-Fort Greene" to further specify location.

\*\*   As noted in Final EA, Appendix D to Appendix 17D, Part of the Greenpoint UHF neighborhood, but labeled as "South Williamsburg" to further specify location.

\*\*\*  As noted in Final EA, Appendix D to Appendix 17D, part of the East Harlem UHF neighborhood, but labeled as "Randall's Island" to further specify location.

As outlined in the Final EA, several of the six mitigation strategies have been targeted to specific communities or geographic areas, as follows:

- Replacement of TRUs at Hunts Point Market. In the Final EA, the amount allocated for this mitigation measure is $15M; as noted above, this community in the Bronx is eligible for $18.9M of the place-based mitigation funding. Replacement of polluting TRUs at the Hunts Point Produce Market could lead to as much as 21 tons of $NO_x$ and 2.5 tons of $PM_{2.5}$ reduction per year for every 100 TRUs[24]. These reductions are greater in magnitude than the potential additional emissions of these pollutants that the Project could cause in the Bronx as a whole but would most benefit the Hunts Point area.

- Implementation of electric charging infrastructure will be implemented through the Federal Carbon Reduction Program (CRP) using funds received by NYSDOT and will, therefore, be limited to locations in New York. However, given that 4.8 percent of the trucks with destinations in New York City, come from or pass through New Jersey on a daily basis, and 0.2 percent come from or pass through

---

[24]    NYCDOT 2022 analysis of TRUs converted and US EPA's Diesel Emissions Quantifier.

DOT_0047040

Connecticut.[25] New Jersey and Connecticut communities will benefit from this mitigation, as will New York communities that have truck traffic but where charging stations will not be located. The installation of 35 electric truck chargers at seven stations could lead to a reduction of as much as 32.6 tons of $NO_x$ and 1.54 tons of PM2.5 reduction, city-wide by 2035.[26]

- Expansion of the existing NYC Asthma Care Management Program and a Bronx Asthma Center, which will occur in the Bronx. The expansion of the existing NYC Asthma Case Management Program and a new Bronx Asthma Center would be modeled after NYC DOHMH's East Harlem Asthma Center of Excellence (EHACE). EHACE's counselor program reported outcomes of 50 percent reduction in hospitalizations, a 56 percent decrease in emergency department visits, and a significant decrease in the number of days and nights with asthma symptoms, along with reductions in missed school days related to asthma, for program participants.

All communities are eligible for the remaining three mitigation strategies – installation of roadside vegetation, renovation of parks and greenspace, and installation of air filtration units in schools near highways, pending the identification of feasible sites. Together, the financial commitment for these strategies totals $45M. The installation of roadside vegetation to improve near-road air quality and the renovation of parks and greenspaces would help to improve community well-being and can have multiple other benefits such as reducing air temperatures, reducing stormwater runoff, providing opportunities for exercise, and increasing social interaction. The installation of air filtration units in schools near highways with truck traffic increases would improve indoor air quality in schools, which are sensitive receptor sites.

As outlined in the Final EA, the Project Sponsors will engage with the Environmental Justice Community Group (EJCG), and relevant communities that warrant place-based mitigation, based on the data in this reevaluation. Local implementing agencies will also help determine which of the specific place-based mitigation measures as described above are appropriate for each community within the allocated funds, and exactly where they should be sited.

The siting process will comply with all commitments made in the Final EA, be transparent to interested stakeholders including the general public, press, and elected officials, and ensure the projects are additive (i.e. not already funded and announced work). The specific site selection methodology for place-based mitigation is described below.

1. Analyze Existing Conditions in Communities and Assess Suitability of Mitigation Measures

   For the identified communities, publicly available data relevant to the suitability of each type of place-based mitigation measure will be collected. Preliminary data and information to be collected will depend on the availability of data sets; additional data will be included as identified and appropriate. Additional data may also be collected from other relevant agencies during this step, such as information related to relevant planned and programmed projects.

---

[25]     WSP analysis of BPM No Action truck trip tables, 2024.
[26]     Estimates from benefit-cost analysis of successful NYC Economic Development Corporation/NYC DOT/NYC Small Business Services USDOT Infrastructure for Rebuilding America grant application for the Hunts Point Terminal Produce Market Intermodal Facility project.

DOT_0047041

Geospatial analysis will be performed to determine the suitability of each mitigation measure for a given community, as well as consideration of the location of mitigation measures for which the location has been determined (e.g., Hunts Point Produce Market TRUs). For example, in communities where only one mitigation measure is feasible, that mitigation will be sited in that community and the distribution of the remaining mitigation measures will consider this.

2.  Engage the Environmental Justice Community Group

Engage the EJCG to solicit feedback on MTA's approach to the site-selection process. The Project Sponsors will walk through the approach, providing details on what has been done to date. The EJCG will have the opportunity to provide input for the next phase of site selection refinement.

3.  Engage with Relevant Agencies to Refine Analysis and Identify Specific Potential Sites

Meet with relevant agencies to review the initial suitability analysis and identify other factors that may influence site selection, such as implementation approach, needs assessments, and other feasibility factors. Siting could take account of feasible and appropriate sites adjacent to identified communities where the mitigation would benefit the residents of such communities.

4.  Refine Analysis and Mapping of Potential Sites and Ensure an Equitable Distribution of Mitigation Measures

Refine analysis to incorporate feedback from the EJCG and the relevant agencies. Specific potential sites, cost of implementation at those sites, and the funding allotment for each mitigation measure will also be considered in this step, ensuring that the mitigation funding is spread equitably among the communities.

5.  Develop and Present Draft Mitigation Plan

Develop a Draft Mitigation Plan that includes the proposed locations for each mitigation measure as well as the proposed allocated funds for each location. The Draft Mitigation Plan will be presented to relevant agencies, the EJCG, local officials, and other relevant community stakeholders for review and comment.

6.  Finalize Mitigation Plan

A Final Mitigation Plan will be prepared that reflects feedback received on the Draft Mitigation Plan. This plan will be used as the roadmap for developing and finalizing Memoranda of Understanding (MOUs) and funding agreements with the Project Sponsors and other agencies. As work progresses, if there are impediments to proceeding with a given site, data and analysis from this process will be revisited and potential alternative sites will be identified using a similar process.

## FINDINGS

The Final EA considered the effects of the Project on environmental justice populations, including local neighborhood effects and regional effects related to mobility and changes in travel patterns. The Final EA included analysis of Project effects related to increases or decreases in traffic and non-truck traffic as a result of traffic diversions in communities already highly burdened by pre-existing air pollution and chronic

DOT_0047042

diseases. For the reevaluation, the Project Sponsors considered the effects of the adopted toll structure for these same topics, using results from the BPM incorporating the adopted toll structure.

## Low-Income Drivers

The Final EA concluded that the increased cost to drivers with the new CBD toll would disproportionately affect low-income drivers who currently drive to the Manhattan CBD and do not have reasonable alternative transportation modes available, because the cost of the toll would consume a larger percentage of their available income. As a result, the Project Sponsors committed to a program of mitigation measures for low-income frequent drivers, including a 25 percent discount after 10 trips to the CBD for the first five years of the Program. The adopted toll structure includes passenger toll rates within the range evaluated in the Final EA and enhances the mitigation commitments by offering a 50 percent discount off the peak hour toll after 10 trips per month for low-income drivers, giving a deeper discount than committed to in the Final EA.[27] The conclusions in the Final EA/FONSI are still valid.

## Minority Taxi and FHV Drivers

The Final EA/FONSI concluded that taxi and FHVs would be adversely affected by the cost of the toll if tolled more than once per day and the reduction of VMT associated with taxis and/or FHVs in Manhattan due to the cost of the toll and income loss leading to losses in employment because the income of taxi and FHV drivers is directly related to the miles they travel with paying customers.

The mitigation commitment in the Final EA/ FONSI was to implement a toll structure where taxis and FHVs would not be charged more than once per day. With the adopted toll structure, taxi and FHVs would be tolled for each trip entering, leaving, and within the CBD made with passengers. The base toll for taxis (including yellow taxis, green cabs, and FHVs other than high-volume FHVs) would be $1.25 per trip with paying passengers for trips to, within, or from the Manhattan CBD; for high-volume FHVs, the base toll would be $2.50 per trip with paying passengers for trips to, within, or from the Manhattan CBD. Based on a TLC analysis of trips made by TLC-licensed vehicles in May 2023, the average number of taxi and FHV trips to, within, and from the Manhattan CBD is 12 and 6, respectively. Thus, this rate is consistent with the Project Sponsors' commitment to incorporate a toll of no more than once per day for taxis and FHVs in the adopted toll structure, and falls within the range of daily peak toll rates evaluated in the Final EA and determined not to have an adverse effect on either drivers or the industry, which was from $9 to $23 in the different tolling scenarios. This limits the reduction in taxi and FHV VMT in the Manhattan CBD to within the range of the Final EA/FONSI for which no adverse effect was identified and allows the cost of the toll to be paid by the passenger.

---

[27]    In the Final EA, the Project Sponsors committed $47.5 million over 5 years for Low-Income Discount Plan for low-income frequent drivers; with the adopted toll structure, the Project Sponsors will commit $82 million over 5 years to the deeper discount.

DOT_0047043

## Truck Traffic Proximity Effects

With the adopted toll structure, there would be four additional highly burdened census tracts not identified in the Final EA/FONSI that would have a potential increase in truck traffic proximity and six tracts that were identified in the Final EA/FONSI for potential truck traffic proximity increases that were not identified in the adopted toll structure. The proximity effects under the adopted toll structure are much lower than the Final EA. The effects associated with truck traffic proximity for the "90 and 90 "environmental justice census tracts would all decrease and be within the range identified in the Final EA. Similarly, effects associated with the "90 or 90" environmental justice census tracts would decrease and be within the range identified in the Final EA. The mitigation has been refined based on the effects of the adopted toll structure and is consistent with what was identified in the Final EA/FONSI.

## Non-Truck Traffic Proximity Effects

Under the adopted toll structure, increases or decreases in non-truck AADT on highways adjacent to environmental justice communities would be within the range identified in the Final EA for Scenarios E and G except at 15 locations. At locations with AADT increases not identified in the Final EA, the increases are 2 percent or less. These changes are small considering the AADT on these facilities. The proximity effects are below what was identified in the Final EA/FONSI.

The reevaluation concludes that with the implementation of the mitigation commitments of the Final EA and FONSI, the adopted toll structure would not result in disproportionately high and adverse effects on environmental justice populations or communities and no new mitigation is needed. Although there were changes in specific tracts that would experience truck proximity effects, the communities identified for mitigation remain the same as reported in the Final EA/FONSI. There is no change in the communities for which place-based mitigation will be implemented. The conclusions of the Final EA with respect to environmental justice remain valid.

**Table 17.15** presents information from the Final EA Table ES-5 summarizing the conclusions related to environmental justice, now modified to include the adopted toll structure.

DOT_0047044

*Table 17.15 - Modified Final EA Table ES-5. Summary of Benefits and Effects for the CBD Tolling Alternative with Comparison of Tolling Scenarios – with the Adopted Toll Structure Added*

| EA CHAPTER | TOPIC | SUMMARY OF EFFECTS | LOCATION | DATA SHOWN IN TABLE | FINAL EA TOLLING SCENARIO | | | | | | | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS | ADOPTED TOLL STRUCTURE | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | A | B | C | D | E | F | G | | | | | |
| 17 – Environmental Justice | Low-income drivers | The EA as published in August 2022 found the increased cost to drivers with the new CBD toll would disproportionately affect low-income drivers to the Manhattan CBD who do not have a reasonable alternative for reaching the Manhattan CBD. With further analysis of the population affected and the addition of new mitigation, the Final EA concludes there would not be a disproportionately high and adverse effect on low-income drivers. | 28-county study area | Narrative | | | | | | | | The increased cost to drivers would occur under all tolling scenarios. | Yes | **Mitigation needed.** The Project will include a tax credit for CBD tolls paid by residents of the Manhattan CBD whose New York adjusted gross income for the taxable year is less than $60,000. TBTA will coordinate with the NYS DTF to ensure availability of documentation needed for drivers eligible for the NYS tax credit.<br><br>TBTA will post information related to the tax credit on the Project website, with a link to the appropriate location on the NYS DTF website to guide eligible drivers to information on claiming the credit.<br><br>TBTA will eliminate the $10 refundable deposit currently required for E-ZPass customers who do not have a credit card linked to their account, and which is sometimes a barrier to access.<br><br>TBTA will provide enhanced promotion of existing E-ZPass payment and plan options, including the ability for drivers to pay per trip (rather than a pre-loaded balance), refill their accounts with cash at participating retail locations, and discount plans already in place, about which they may not be aware.<br><br>TBTA will coordinate with MTA to provide outreach and education on eligibility for existing discounted transit fare products and programs, including those for individuals 65 years of age and older, those with disabilities, and those with low incomes, about which many may not be aware.<br><br>The Project Sponsors commit to establishing an Environmental Justice Community Group that will meet on a quarterly basis, with the first meeting taking place prior to Project implementation, to share updated data and analysis and hear about potential concerns. As it relates to environmental justice, the Project Sponsors will continue providing meaningful opportunities for participation and engagement by sharing updated data and analysis, listening to concerns, and seeking feedback on the toll setting process.<br><br>TBTA will ensure the overnight toll for trucks and other vehicles is reduced to at or below 50 percent of the peak toll from at least 12:00 a.m. to 4:00 a.m. in the final CBD toll structure; this will benefit low-income drivers who travel during that time.<br><br>For five years, TBTA commits to a Low-Income Discount Plan for low-income frequent drivers who will benefit from a 25 percent discount on the full CBD E-ZPass toll rate for the applicable time of day after the first 10 trips in each calendar month (not including the overnight period, which will already be deeply discounted).<br><br>**Enhancement**<br>TBTA will coordinate with MTA NYCT to improve bus service in areas identified in the EA as the Brooklyn and Manhattan Bus Network Redesigns move forward. | Incorporating the identified mitigation, no disproportionately high and adverse effect would occur on low-income drivers. | Yes | No change in identified mitigation needed. The adopted toll structure incorporates and expands the mitigation commitments of the Final EA and FONSI.<br><br>The adopted toll structure includes an overnight toll for trucks and other vehicles at 25 percent of the peak toll from 9 p.m. to 5 a.m. on weekdays and 9 p.m. to 9 a.m. on weekends.<br><br>The adopted toll structure commits for five years to a Low-Income Discount Plan for low-income frequent drivers who will benefit from a 50 percent discount on the full CBD E-ZPass toll rate for the applicable time of day after the first 10 trips in each calendar month (not including the overnight period, which will already be deeply discounted). |

DOT_0047045

*Table 17.15 - Modified Final EA Table ES-5. Summary of Benefits and Effects for the CBD Tolling Alternative with Comparison of Tolling Scenarios – with the Adopted Toll Structure Added*

| EA CHAPTER | TOPIC | SUMMARY OF EFFECTS | LOCATION | DATA SHOWN IN TABLE | FINAL EA TOLLING SCENARIO | | | | | | | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS | ADOPTED TOLL STRUCTURE | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | A | B | C | D | E | F | G | | | | | |
| 17 – Environmental Justice | Taxi and FHV drivers* | The EA as published in August 2022 found a potential disproportionately high and adverse effect would occur to taxi and FHV drivers in New York City, who largely identify as minority populations, in tolling scenarios that toll their vehicles more than once a day. This would occur in unmodified Tolling Scenarios A, D, and G; for FHV drivers, it would also occur in Tolling Scenarios C and E. The adverse effect would be related to the cost of the new CBD toll and the reduction of VMT for taxis and FHVs, which would result in a decrease in revenues that could lead to losses in employment. With the addition of new mitigation, the Final EA concludes there would not be a disproportionately high and adverse effect on taxi and FHV drivers. | New York City | Narrative | Potential adverse effect would occur in Tolling Scenarios A, D, and G, which would not have caps or exemptions for taxis and FHV drivers. | | | | | | | Yes | **Mitigation needed.** TBTA will ensure that a toll structure with tolls of no more than once per day for taxis or FHVs is included in the final CBD toll structure. | No disproportionately high and adverse effect would occur on New York City taxi and FHV drivers with the adopted toll structure, which includes a per-trip toll on trips to, within, or from the CBD of $1.25 for taxis and $2.50 for FHVs. These per-trip tolls are equivalent to the once per day toll for passenger vehicles included as part of the adopted toll structure. | No | Based on the average number of trips taxis and FHVs make each day, the toll amount for taxis and FHVs is equivalent to the once-daily toll rate for automobiles. In addition, the adopted toll structure requires the cost of the toll to be paid by the passenger rather than the taxi or FHV driver. |
| | | | | Change in daily taxi/FHV VMT with passengers in the CBD relative to No Action Alternative: Scenarios included in EA | -21,498 (-6.6%) | +15,020 (+4.6%) | -11,371 (-3.5%) | -54,476 (-16.8%) | -25,621 (-7.9%) | +4,962 (+1.5%) | -27,757 (-8.6%) | | | -904 (-0.3%) | | |
| | | | | Net change in daily taxi/FHV trips to CBD relative to scenarios included in EA: Additional analysis to assess effects of caps or exemptions | Tolls capped at 1x / Day: +2% | — | Tolls capped at 1x / Day: +3% Exempt: +50% | — | — | Tolls capped at 1x / Day: +2% | | | NA | | |

Note:

* The Final EA provides information on the types of vehicles licensed by the New York City Taxi and Limousine Commission (TLC) in Chapter 6, "Economic Conditions," Section 6.3.2.6, on page 6-32. These include yellow cabs, for which TLC has issued medallions; green cabs, which are street-hail livery cabs that begin their trips outside the core service area of Manhattan; and FHVs, which provide pre-arranged service. Vehicles licensed as app-based, or high-volume, FHVs operate from bases that dispatch more than 10,000 trips a day. (https://www.nyc.gov/site/tlc/businesses/high-volume-for-hire-services.page). Currently there are two TLC-licensed high-volume FHVs: Lyft and Uber. In this reevaluation document and the Final EA, the term "taxi" is used to refer to yellow cabs, green cabs, and FHVs that are not high-volume FHVs and the term "FHV" refers to app-based, high-volume FHVs (i.e., Lyft and Uber)

DOT_0047046

*Table 17.15 - Modified Final EA Table ES-5. Summary of Benefits and Effects for the CBD Tolling Alternative with Comparison of Tolling Scenarios – with the Adopted Toll Structure*

| EA CHAPTER | TOPIC | SUMMARY OF EFFECTS | LOCATION | DATA SHOWN IN TABLE | FINAL EA TOLLING SCENARIO | | | | | | | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS | ADOPTED TOLL STRUCTURE | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | A | B | C | D | E | F | G | | | | | |
| 17 – Environmental Justice (Cont'd) | Increases or decreases in traffic, as a result of traffic diversions, in communities already overburdened by pre-existing air pollution and chronic diseases | Certain environmental justice communities would benefit from decreased traffic; some communities that are already overburdened by pre-existing air pollution and chronic diseases could see an adverse effect as a result of increased traffic. | The specific census tracts that would experience increased or decreased traffic change slightly depending on the tolling scenario. The following communities could have census tracts that merit place-based mitigation: High Bridge–Morrisania, Crotona–Tremont, Hunts Point–Mott Haven, Pelham–Throgs Neck, Northeast Bronx, East Harlem, Randall's Island, Lower East Side/Lower Manhattan, Downtown Brooklyn–Fort Greene, South Williamsburg, Orange, East Orange, Newark, and Fort Lee. | Narrative | | | | | | | Census tracts with pre-existing air pollutant and chronic disease burdens that would benefit from reduced traffic, and those affected by increased traffic would vary somewhat, but the identified communities remain largely the same across tolling scenarios. Under Tolling Scenario G, Fort Lee would not experience increases. | Yes | **Mitigation needed.** <br> **Regional Mitigation** <br> TBTA will ensure the overnight toll for trucks and other vehicles is reduced at or below 50 percent of the peak toll from at least 12:00 a.m. to 4:00 a.m. in the final toll structure; this will reduce truck diversions. <br> • YCDOT will expand the NYC Clean Trucks Program to accelerate the replacement of eligible diesel trucks, which travel on highways in certain environmental justice communities where the Project is projected to increase truck traffic, to lower-emission electric, hybrid, compressed natural gas, and clean diesel vehicles. <br> • YCDOT will expand its off-hours delivery program in locations where the Project is projected to increase truck diversions to reduce daytime truck traffic and increase roadway safety in certain environmental justice communities. <br> **Place-based Mitigation** <br> TBTA will toll vehicles traveling northbound on the FDR Drive that exit at East Houston Street and then turn to immediately travel south on FDR Drive; this will mitigate modeled non-truck traffic increases on the FDR Drive between the Brooklyn Bridge and East Houston Street. <br> • YCDOT will coordinate to replace diesel-burning TRUs at Hunts Point with cleaner vehicles. <br> • YSDOT will coordinate to expand electric truck charging infrastructure. <br> The Project Sponsors will coordinate to install roadside vegetation to improve near-road air quality. <br> The Project Sponsors will renovate parks and greenspaces. <br> The Project Sponsors will install or upgrade air filtration units in schools. <br> The Project Sponsors will coordinate to expand existing asthma case management programs and create new community-based asthma programming through a neighborhood asthma center in the Bronx. | Census tracts with pre-existing air pollutant and chronic disease burdens that would benefit from reduced traffic, and those affected by increased traffic vary somewhat from the Final EA, as anticipated. <br> The communities that merit place-based mitigation remain the same as those identified in the Final EA and of the $100m committed in place-based mitigation funds, target allocations have been made for each community as follows: Crotona–Tremont, $22.6m; High Bridge–Morrisania, $9.2m; Hunts Point–Mott Haven, $18.9m; Northeast Bronx, $4.4m; Pelham–Throgs Neck, $16.6m; Downtown–Heights–Slope (Downtown Brooklyn–Fort Greene), $5.7m; Greenpoint (South Williamsburg), $7.4m; East Harlem, $4.4m; Randall's Island, $0.9m; Fort Lee, $1.4m; City of Orange, $0.9m; East Orange, $1.8m; and Newark, $5.7M. (See Note 1.) TBTA's place-based mitigation for Union Square – Lower East Side (Lower East Side) has no associated cost. | Yes | **No additional mitigation needed.** The Project Sponsors will implement the mitigation commitments of the Final EA and FONSI (listed under "Mitigation and Enhancements" in this table). |

Note:

1   Based on analysis of the adopted toll structure, communities and census tracts where place-based mitigation measures will be implemented have been confirmed – the specific siting of mitigation measures is being determined through analysis of data on needs and feasibility and coordination among the Project Sponsors, the Environmental Justice Community Group (representing the 10-county environmental justice study area), and relevant stakeholders and implementing agencies; see "Benefits and Allocation of Funding for Mitigation Measures," above.

**OVERALL PROJECT ENHANCEMENT.** The Project Sponsors commit to ongoing monitoring and reporting of potential effects of the Project, including for example, traffic entering the CBD; vehicle-miles traveled in the CBD; transit ridership from providers across the region; bus speeds within the CBD; air quality and emissions trends; parking; and Project revenue. Data will be collected in advance and after implementation of the Project. A formal report on the effects of the Project will be issued one year after implementation and then every two years. In addition, a reporting website will make data, analysis, and visualizations available in open data format to the greatest extent practicable. Updates will be provided on at least a bi-annual basis as data becomes available and analysis is completed. This data will also be used to support an adaptive management approach to monitoring the efficacy of mitigation, and adjustments as warranted.

DOT_0047047

# 18 Agency Coordination and Public Participation

Chapter 18 of the Final EA described agency coordination and public participation activities for the Project. This section of the reevaluation describes the agency coordination and public participation activities following the Final EA, including outreach already conducted and coordination that will continue following completion of this reevaluation.

## FINAL EA AND FONSI COMMITMENTS

The FONSI included commitments related to ongoing engagement and coordination. The following describes progress on those commitments.

### Small Business Working Group

In the Final EA (see page 6-69 in Chapter 6), the Project Sponsors committed to establishing a Small Business Working Group. The purpose of this group is to share information about implementation of the Project and findings from evaluating the effects of the Project, and to solicit ongoing input on how small businesses are being affected. Actions related to this commitment have already begun; the first meeting of this group was held virtually on January 22, 2024.

The Project Sponsors invited representatives from business organizations and business improvement districts (BIDs) operating in and near the Manhattan CBD to participate in the Small Business Working Group, and representatives from 21 organizations attended the first meeting in January 2024. **Table 18.1** shows the groups invited to attend and those with representatives who attended. In this initial meeting, the Project Sponsors presented an overview of the Project, the proposed toll structure, and information on the Project's benefits and potential effects on businesses in the Manhattan CBD. After the presentation, the meeting included a discussion in which participants asked questions and raised concerns. Comments and concerns predominantly related to the need for ongoing communication with small business owners and the effect of congestion pricing on residents of the CBD.

As committed to, the second meeting of the Small Business Working Group will be held six months after Project implementation, and additional meetings will be held annually thereafter.

DOT_0047048

*Table 18.1 – Small Business Working Group Invitations and Attendance at January 2024 Meeting*

| GROUP INVITED TO ATTEND | ATTENDANCE | GROUP INVITED TO ATTEND | ATTENDANCE |
|---|---|---|---|
| 34th Street Partnership | Attended | Lincoln Square BID | Attended |
| 47th Street BID (Diamond District Partnership) | Invited | Lower East Side BID | Attended |
| Alliance for Downtown New York | Attended | Manhattan Chamber of Commerce | Attended |
| Bryant Park Corporation | Attended | Madison Avenue BID | Attended |
| Chinatown BID | Attended | Meatpacking District BID | Attended |
| East Midtown Partnership | Attended | NoHo NY BID | Attended |
| Fifth Avenue Association | Attended | SoHo Broadway Initiative | Attended |
| Flatiron NoMad Partnership | Attended | Times Square Alliance | Attended |
| Garment District Alliance | Attended | Union Square Partnership | Attended |
| Grand Central Partnership | Attended | Village Alliance | Attended |
| Hudson Square BID | Attended | West Village BID | Invited |
| Hudson Yards Hell's Kitchen Alliance | Attended | | |

## Environmental Justice Community Group

In the Final EA (see page 17-71 and Table 17-18, page 17-78 in Chapter 17), the Project Sponsors committed to establishing an Environmental Justice Community Group to share updated data and analysis and hear about potential environmental justice-related concerns. The Project Sponsors have initiated this commitment; first meeting of this group was held virtually on February 22, 2024.

To form the new Environmental Justice Community Group, the Project Sponsors invited members of the Environmental Justice Technical Advisory Group established during the National Environmental Policy Act (NEPA) process as well as representatives of additional environmental justice organizations to join the new group. (As described in Chapter 17 of the Final EA, Section 17.9.2 on page 17-84, the Environmental Justice Technical Advisory Group consisted of community leaders, advocacy groups, industry groups, and community members from the regional study area with expertise in environmental justice considerations, with 16 groups represented.) **Table 18.2** shows the groups invited to attend the first Environmental Justice Community Group meeting and those with representatives who attended.

As shown in **Table 18.2**, representatives from 12 organizations attended the first meeting in February 2024. At that meeting, the Project Sponsors presented an overview of the Project, the proposed toll structure, a history of environmental engagement for the Project to date, the mitigation commitments made during the NEPA process and the commitments to environmental justice communities, and a timeline for future actions. After the presentation, the meeting included a discussion in which participants asked questions and raised concerns. Comments and concerns predominantly related to potential traffic diversions, place-based mitigation, and future capital projects.

DOT_0047049

*Table 18.2 – Environmental Justice Community Group Invitations and Attendance at February 2024 Meeting*

| GROUP INVITED TO ATTEND | ATTENDANCE | GROUP INVITED TO ATTEND | ATTENDANCE |
|---|---|---|---|
| ALIGN | Invited | New York City Environmental Justice Alliance | Attended |
| American Indian Community House | Invited | New York Urban League | Invited |
| Asian American Federation | Attended | Northern New Jersey Community Foundation | Attended |
| Chhaya | Invited | The Point Community Development Corporation | Attended |
| Community Voices Heard | Invited; Declined | Riders Alliance | Invited |
| El Puente | Attended | South Bronx Unite | Attended |
| ERASE Racism New York | Attended | South Ward Environmental Alliance | Invited |
| GOLES (Good Old Lower East Side) | Attended | Staten Island Urban Center | Attended |
| Hispanic Federation | Invited | United Jewish Organizations of Williamsburg and North Brooklyn | Attended |
| The HOPE Program (formerly Sustainable South Bronx) | Invited | UPROSE | Attended |
| Ironbound Community Corporation | Invited; Declined | Urban Indigenous Collective | Invited |
| Make the Road New York | Invited | Urban League of Bergen County | Invited |
| National Association for the Advancement of Colored People (NAACP) – Long Island Region | Invited | Urban League of Essex County | Invited |
| NAACP – Metropolitan Council Region, NY | Invited | Urban League of Hudson County | Invited |
| NAACP – NJ State Conference | Invited | Urban League of Union County | Attended |
| National Action Network | Invited | WE ACT for Environmental Justice | Invited |
| Neighborhood Initiatives Development Corporation | Invited | WE STAY / Nos Quedamos | Invited |
| New Jersey Environmental Justice Alliance | Invited | Youth Ministries for Peace and Justice | Invited |

As committed to in the Final EA and FONSI, the Project Sponsors will continue coordination and meetings with the Environmental Justice Community Group on a quarterly basis.

## Other Outreach Related to Environmental Justice Commitments

In addition to the Environmental Justice Community Group, the Final EA and FONSI also described that the Project Sponsors will continue providing meaningful opportunities for participation and engagement related to the concerns of environmental justice communities by sharing updated data and analysis and listening to concerns. In addition, as described in Section 17 of this reevaluation, the Project Sponsors will conduct additional coordination with the Environmental Justice Community Group and the relevant communities receiving place-based mitigation related to environmental justice concerns.

DOT_0047050

**Education/Outreach on Discounted Transportation Options**

The Final EA described TBTA's commitment to conduct enhanced outreach related to discounts and low-cost options for transit fares and tolls (see pages 17-71 and 17-78 in Chapter 17). This included the following:

- Education/outreach/coordination on the tax credit available for low-income residents of the Manhattan CBD
- Enhanced promotion of existing E-ZPass payment and plan options
- Education and outreach on existing discounted transit fare products and programs

TBTA is developing multiple tools for implementing the enhanced outreach commitments described in the Final EA, which will include both in-person and digital outreach methods. This includes outreach through TBTA's extensive network of E-ZPass customers and in-person distribution of information throughout MTA's service area and beyond to share information and awareness.

Other outreach efforts have already begun. Between March 28 and April 7, 2024, TBTA staffed a table at the NYC International Auto Show to provide information on existing E-ZPass payment and plan options, as well as the elimination of the $10 E-ZPass tag deposit fee for customers without credit card backup. Additionally, since the week of April 14, 2024, TBTA and MTA staff have held 2 to 3 in-person engagement events per week at transit centers across all five boroughs of New York City. At these events, staff educated customers about Fair Fares, the exemption and discount plans, and E-ZPass. These events, as well as others not in transit centers, will continue into the summer.

**Ongoing Coordination Related to Construction**

The Final EA described the Project Sponsors' commitments related to coordination during construction (see Section 18.3.5 on page 18-8 in Chapter 18). The commitment included developing and implementing a specific construction communications plan and implement it to inform affected road users, area residences and businesses, appropriate agencies, and the public about anticipated construction activities, including their schedule and duration, and any potential roadway or lane closures, sidewalk closures or other impacts to pedestrians, commuter alternatives, and any potential temporary impacts on traffic during construction.

Construction for the Project began in July 2023. Prior to the start of construction, on July 12, 2023, the Project Sponsors presented a construction briefing to affected community boards, business improvement districts, and elected officials. Once construction began, the Project Sponsors sent weekly construction bulletins to the same group describing planned work sites, the duration and scope of the work, and any potential temporary traffic impacts. In addition, the Project Sponsors held targeted meetings with members of the public related to construction activities, related impacts to business operations and potential aesthetic changes to the infrastructure. The Project contractor maintained an outreach email address and phone line to field comments and concerns during construction.

DOT_0047051

## OTHER OUTREACH AND COORDINATION

In addition to these commitments, as part of the larger effort to educate the public and conduct outreach, TBTA has, upon invitation, participated in the following public meetings, where representatives provided an overview of the Project and answered questions from event organizers and attendees:

- Waterside Plaza Tenants Association and local elected officials on October 18, 2023

- Manhattan Community Board 3 Transportation Committee on November 14, 2023

- Hotel Association of New York to address concerns specific to the industry on January 22, 2024

- Brooklyn Community Board 7 Transportation Committee on January 29, 2024

- Manhattan Community Board 6 Transportation Committee on February 5, 2024

- Lower East Side Congestion Pricing Town Hall with elected officials on February 8, 2024

- Tribeca Congestion Pricing Town Hall with elected officials on February 15, 2024

- Interested students from Queens College, City University of New York, on February 27, 2024

- New York City Small Business Services Small Business Advisory Group, in March 2024

DOT_0047052

# 19 Section 4(f) Evaluation

Chapter 19 of the Final EA presented FHWA's Final Section 4(f) Evaluation for the CBD Tolling Program, conducted in compliance with Section 4(f) of the Department of Transportation Act of 1966 (now 49 USC Section 303 and 23 USC Section 138; U.S. Department of Transportation [USDOT] Act). As described there, the Section 4(f) Evaluation considered the Project's potential Section 4(f) use, as defined by Section 4(f), of historic sites and publicly owned parks related to installation of new tolling infrastructure and tolling system equipment, including new signage.

The Final EA presented FHWA's findings that the CBD Tolling Alternative would not result in a use of Section 4(f) properties except for the High Line and Central Park. Following consideration of public input received during the public comment period, FHWA concluded the CBD Tolling Alternative would have a *de minimis* impact on the High Line and Central Park.

The adopted toll structure would use the same tolling system equipment and infrastructure described and evaluated in the Final EA and Final Section 4(f) Evaluation. Consequently, the conclusions of the Final EA with respect to Section 4(f) remain valid and no further analysis is needed.

## FINDINGS

After consideration of the effects of the proposed construction activities and permanent installation of tolling infrastructure and tolling system equipment, FHWA concluded that the CBD Tolling Alternative would not result in a use of Section 4(f) properties except for the High Line and Central Park, and that the Project would have a *de minimis* impact on the High Line and Central Park. The adopted toll structure would have the same construction activities and the same tolling infrastructure and tolling system equipment described and evaluated in the Final EA. Consequently, the conclusions of the Final EA related to Section 4(f) remain valid.

DOT_0047053

# Other Analyses: Short-Term Uses of the Environment and Maintenance and Enhancement of Long-Term Productivity (EA Chapter 20), Irreversible and Irretrievable Commitment of Resources (EA Chapter 21)

The two chapters represented here—short-term uses of the environment and maintenance and enhancement of long-term productivity, and irreversible and irretrievable commitment of resources—describe the temporary effects during construction in relation to the long-term benefits of the Project and the resources that must be committed to achieve the Project. The adopted toll structure will use the same tolling infrastructure and tolling system equipment described and evaluated in the Final EA, and therefore the short-term effects during construction and resources that must be committed remain unchanged. With the adopted toll structure, the Project benefits are consistent with those described in the Final EA, including reduced vehicular congestion in the Manhattan CBD, improved regional air quality, and creation of a new local, recurring funding source for MTA capital projects. Consequently, the conclusions of the Final EA for these analysis areas remain valid and no further analysis is needed.

DOT_0047054

# Conclusion

Based on the analysis conducted for this reevaluation, the Project Sponsors have concluded that the effects of the adopted toll structure are consistent with, or less impactful than, the effects documented in the Final EA/FONSI, except in several areas identified in the discussion. The deviations in effects associated with the adopted toll structure noted in this reevaluation are minor and do not require additional environmental analysis and mitigation. The Final EA/FONSI anticipated that there would be variations in the potential effects once the toll structure was adopted, and since these variations are very minor, the results continue to be consistent with the conclusions of the Final EA/FONSI. Therefore, the Project Sponsors conclude that additional NEPA studies are not warranted.

The mitigation measures identified in the Final EA/FONSI are still valid and will ensure that the adopted toll structure does not result in significant adverse effects or disproportionately high and adverse effects to environmental justice communities or populations. The Final EA/FONSI did not finalize the specific locations for place-based mitigation. With the adopted toll structure, and an understanding of its anticipated effects, the place-based mitigation will be finalized in concert with stakeholder involvement.

DOT_0047055

CENTRAL BUSINESS DISTRICT (CBD) TOLLING PROGRAM

# Appendix 10, Air Quality

2024

DOT_0047056

## PROJECT-LEVEL HOT-SPOT SCREENING

Table 1.      Upper East Side Study Area – No-Action Alternative vs. Adopted Toll Structure Carbon Monoxide Screening

| Intersection # | Intersection Name | LN LOS | | LN Volume | | LN Screen | |
|---|---|---|---|---|---|---|---|
| | | NB | BD | NB | BD | LOS | 10% Volume |
| 1 | E 60th Street & Queensboro Bridge Exit | 0 | 0 | 437 | 371 | Pass | NA |
| 2 | E 60th Street & 3rd Ave | C | C | 1676 | 1251 | Pass | NA |
| 3 | E 60th Street & York Ave | C | C | 1402 | 1106 | Pass | NA |
| 4 | E 59th Street & 2nd Ave | C | B | 3476 | 1369 | Pass | NA |
| 5 | E 60th Street & 2nd Ave | C | B | 2939 | 1237 | Pass | NA |
| 6 | E 60th Street & 1st Ave | B | B | 1727 | 1485 | Pass | NA |
| 7 | E 60th Street & Lexington Ave | C | C | 1640 | 1079 | Pass | NA |
| 8a | E 60th Street & Park Ave NB | C | C | 974 | 821 | Pass | NA |
| 8b | E 60th Street & Park Ave SB | B | B | 1368 | 1191 | Pass | NA |
| 9 | E 60th Street & Madison Ave | B | B | 1374 | 1169 | Pass | NA |
| 10 | E 62nd Street & Queensboro Bridge Exit | B | B | 1880 | 2034 | Pass | NA |
| 11 | E 60th Street & 5th Ave | C | B | 1508 | 1100 | Pass | NA |
| 12 | E 63rd Street & York Ave | C | C | 2021 | 1646 | Pass | NA |
| 13 | E 53rd Street & FDR Drive | 0 | 0 | 523 | 446 | Pass | NA |
| 14 | E 61st Street & 5th Ave | C | B | 1160 | 793 | Pass | NA |
| 15 | E 65th Street & 5th Ave | C | B | 1680 | 1581 | Pass | NA |
| 16 | E 66th Street & 5th Avenue | C | C | 1529 | 1418 | Pass | NA |
| 17 | E 79th Street & 5th Ave | C | C | 1653 | 1540 | Pass | NA |
| 18 | E 71st Street & York Ave | C | C | 963 | 743 | Pass | NA |

DOT_0047057

Table 2.    Upper East Side Study Area – No-Action Alternative vs. Adopted Toll Structure Particulate Matter Screening

| Intersection # | Intersection Name | LN LOS | | LN Increment | | | LN HDDV | LN Screen | |
|---|---|---|---|---|---|---|---|---|---|
| | | NB | BD | MT | Bus | HT | Total | LOS | HDDT |
| 1 | E 60th Street & Queensboro Bridge Exit | 0 | 0 | -2 | -1 | 0 | -3 | Pass | NA |
| 2 | E 60th Street & 3rd Ave | C | C | -15 | -4 | 0 | -19 | Pass | NA |
| 3 | E 60th Street & York Ave | C | C | 0 | -4 | 0 | -4 | Pass | NA |
| 4 | E 59th Street & 2nd Ave | C | B | -55 | -27 | -14 | -96 | Pass | NA |
| 5 | E 60th Street & 2nd Ave | C | B | -46 | -14 | -13 | -73 | Pass | NA |
| 6 | E 60th Street & 1st Ave | B | B | -5 | -2 | 0 | -7 | Pass | NA |
| 7 | E 60th Street & Lexington Ave | C | C | -8 | -7 | -1 | -16 | Pass | NA |
| 8a | E 60th Street & Park Ave NB | C | C | -6 | -7 | 0 | -13 | Pass | NA |
| 8b | E 60th Street & Park Ave SB | B | B | -1 | -1 | 0 | -2 | Pass | NA |
| 9 | E 60th Street & Madison Ave | B | B | -2 | -4 | 0 | -6 | Pass | NA |
| 10 | E 62nd Street & Queensboro Bridge Exit | B | B | -1 | 0 | 0 | -1 | Pass | NA |
| 11 | E 60th Street & 5th Ave | C | B | -3 | -8 | -1 | -12 | Pass | NA |
| 12 | E 63rd Street & York Ave | C | C | -1 | -1 | 0 | -2 | Pass | NA |
| 13 | E 53rd Street & FDR Drive | 0 | 0 | 0 | 0 | 0 | 0 | Pass | NA |
| 14 | E 61st Street & 5th Ave | C | B | -2 | -7 | -1 | -10 | Pass | NA |
| 15 | E 65th Street & 5th Ave | C | B | 0 | -3 | 0 | -3 | Pass | NA |
| 16 | E 66th Street & 5th Avenue | C | C | 0 | -2 | 0 | -2 | Pass | NA |
| 17 | E 79th Street & 5th Ave | C | C | 0 | -3 | 0 | -3 | Pass | NA |
| 18 | E 71st Street & York Ave | C | C | -2 | -4 | 0 | -6 | Pass | NA |

DOT_0047058

**Table 3.** Long Island City Study Area - No-Action Alternative vs. Adopted Toll Structure Carbon Monoxide Screening

| Intersection # | Intersection Name | AM LOS | | AM Volume | | AM Screen | |
|---|---|---|---|---|---|---|---|
| | | NB | BD | NB | BD | LOS | 10% Volume |
| 1a | Pulaski Bridge / 11th Street & Jackson Avenue | E | E | 2473 | 2446 | Fail | Pass |
| 1b | 11th Street & 48TH Avenue | C | C | 1305 | 1284 | Pass | NA |
| 2 | 50th Avenue @ Vernon Blvd | B | B | 544 | 556 | Pass | NA |
| 3 | Green Street & McGuiness Blvd | C | C | 2487 | 2438 | Pass | NA |
| 4 | McGuinness Blvd & Freeman Street | 0 | 0 | 2723 | 2642 | Pass | NA |
| 5 | 21st Street & 49th Avenue | D | D | 948 | 933 | Fail | Pass |
| 7 | 11th Street & Borden Avenue | 0 | 0 | 1443 | 1383 | Pass | NA |
| 8a | Van Dam Street & QMT Expy | D | D | 2344 | 2210 | Fail | Pass |
| 8b | Van Dam Street & Borden Avenue | E | E | 1376 | 1293 | Fail | Pass |
| 9 | Jackson Ave / Northern Blvd & Queens Plaza | C | C | 2556 | 2328 | Pass | NA |
| 11a | Thomson Avenue & Dutch Kills Street | 0 | | 1681 | 1669 | Pass | NA |
| 11b | Thomson Avenue & Dutch Kills Street | 0 | 0 | 2523 | 2390 | Pass | NA |
| 12 | 21st Street & Queens Plaza N | D | D | 1998 | 1925 | Fail | Pass |

DOT_0047059

Table 4.    Long Island City Study Area - No-Action Alternative vs. Adopted Toll Structure Particulate Matter Screening

| Intersection # | Intersection Name | AM LOS | | AM Increment | | | AM HDDV | AM Screen | |
|---|---|---|---|---|---|---|---|---|---|
| | | NB | BD | MT | Bus | HT | Total | LOS | HDDT |
| 1a | Pulaski Bridge / 11th Street & Jackson Avenue | E | E | 0 | 0 | 0 | 0 | Fail | Pass |
| 1b | 11th Street & 48th Avenue | C | C | 0 | 0 | 0 | 0 | Pass | NA |
| 2 | 50th Avenue @ Vernon Blvd | B | B | 1 | -1 | 0 | 0 | Pass | NA |
| 3 | Green Street & McGuiness Blvd | C | C | -2 | -1 | 0 | -3 | Pass | NA |
| 4 | McGuinness Blvd & Freeman Street | 0 | 0 | -5 | -1 | 0 | -6 | Pass | NA |
| 5 | 21st Street & 49th Avenue | D | D | 0 | 0 | 0 | 0 | Fail | Pass |
| 7 | 11th Street & Borden Avenue | 0 | 0 | 0 | 0 | 0 | 0 | Pass | NA |
| 8a | Van Dam Street & QMT Expy | D | D | -9 | -2 | -1 | -12 | Fail | Pass |
| 8b | Van Dam Street & Borden Avenue | E | E | -8 | -1 | 0 | -9 | Fail | Pass |
| 9 | Jackson Ave / Northern Blvd & Queens Plaza | C | C | 0 | 0 | 0 | 0 | Pass | NA |
| 11a | Thomson Avenue & Dutch Kills Street | 0 | | -1 | -1 | 0 | -2 | Pass | NA |
| 11b | Thomson Avenue & Dutch Kills Street | 0 | 0 | -1 | -1 | 0 | -2 | Pass | NA |
| 12 | 21st Street & Queens Plaza N | D | D | -1 | -1 | 0 | -2 | Fail | Pass |

Table 5.        Lower Manhattan Study Area – No-Action Alternative vs. Adopted Toll Structure Carbon Monoxide Screening

| Intersection # | Intersection Name | AM LOS | | AM Volume | | AM Screen | | MD LOS | | MD Volume | | MD Screen | | PM LOS | | PM Volume | | PM Screen | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NB | BD | NB | BD | LOS | 10% Volume | NB | BD | NB | BD | LOS | 10% Volume | NB | BD | NB | BD | LOS | 10% Volume |
| 1 | Trinity Place & Edgar Street | B | B | 117 | 77 | Pass | NA | C | C | 364 | 329 | Pass | NA | C | C | 144 | 136 | Pass | NA |
| 2 | Trinity Place & Rector Street | C | C | 251 | 211 | Pass | NA | C | D | 508 | 478 | Fail | Pass | C | C | 264 | 242 | Pass | NA |
| 3a | HCT Entrance/Exit & West Street | C | C | 4216 | 4165 | Pass | NA | B | B | 4055 | 3953 | Pass | NA | A | A | 3511 | 3290 | Pass | NA |
| 3b | HCT Exit & West Street & West Thams Street | C | C | 3339 | 3268 | Pass | NA | C | C | 3265 | 3158 | Pass | NA | C | C | 2373 | 2245 | Pass | NA |
| 4 | Chambers Street & Centre Street | C | C | 1588 | 1486 | Pass | NA | C | C | 1409 | 1265 | Pass | NA | E | D | 1873 | 1588 | Fail | Pass |
| 5a | Canal Street & Hudson Street/Holland Tunnel On-Ramp | C | C | 2586 | 2319 | Pass | NA | D | C | 1988 | 1600 | Pass | NA | C | C | 1533 | 1399 | Pass | NA |
| 5b | Canal Street & Holland Tunnel On-Ramp | E | E | 2013 | 1890 | Fail | Pass | C | B | 1319 | 1165 | Pass | NA | F | F | 1889 | 1832 | Fail | Pass |
| 7a | Canal Street S & West Street | D | D | 5849 | 5716 | Fail | Pass | C | C | 4638 | 4425 | Pass | NA | D | D | 5146 | 4852 | Fail | Pass |
| 9 | West Street & Albany Street | C | C | 4436 | 4395 | Pass | NA | C | C | 4149 | 4035 | Pass | NA | C | C | 4049 | 3852 | Pass | NA |
| 10 | West Street & Vesey Street | C | C | 4668 | 4598 | Pass | NA | C | C | 4562 | 4422 | Pass | NA | C | C | 4373 | 4171 | Pass | NA |
| 11 | West Street & Chambers Street | D | C | 5053 | 4930 | Pass | NA | C | C | 4845 | 4628 | Pass | NA | D | C | 4840 | 4553 | Pass | NA |
| 14 | Canal Street/Manhattan Bridge & Bowery | D | C | 8718 | 8119 | Pass | NA | C | B | 2774 | 2065 | Pass | NA | C | B | 3276 | 2331 | Pass | NA |
| 15 | Manhattan Bridge & Bowery | C | B | 1421 | 1116 | Pass | NA | B | B | 1162 | 801 | Pass | NA | B | B | 1395 | 851 | Pass | NA |
| 18 | 6th Avenue & Watts Street | B | B | 1884 | 1716 | Pass | NA | B | B | 1784 | 1563 | Pass | NA | C | C | 997 | 810 | Pass | NA |
| 19 | Canal Street & 6th Avenue/Laight Street | E | D | 3634 | 3394 | Fail | Pass | C | C | 2555 | 2266 | Pass | NA | C | C | 2932 | 2584 | Pass | NA |

DOT_0047061

**Table 6.        Lower Manhattan Study Area – No-Action Alternative vs. Adopted Toll Structure Particulate Matter Screening**

| Intersection # | Intersection Name | Approach | AM LOS | | AM Increment | | | AM HDDV | AM Screen | | MD LOS | | MD Increment | | | MD HDDV | MD Screen | | PM LOS | | PM Increment | | | PM HDDV | PM Screen | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | NB | BD | MT | Bus | HT | Total | LOS | HDDT | NB | BD | MT | Bus | HT | Total | LOS | HDDT | NB | BD | MT | Bus | HT | Total | LOS | HDDT |
| 1 | Trinity Place & Edgar Street | Intersection | B | B | -2 | -21 | 0 | -23 | Pass | NA | C | C | -2 | -8 | 0 | -10 | Pass | NA | C | C | 0 | -4 | 0 | -4 | Pass | NA |
| 2 | Trinity Place & Rector Street | Intersection | C | C | -3 | -18 | 0 | -21 | Pass | NA | C | D | -2 | -5 | 0 | -7 | Fail | Pass | C | C | -2 | -4 | 0 | -6 | Pass | NA |
| 3a | HCT Entrance/Exit & West Street | Intersection | C | C | -2 | 3 | 0 | 1 | Pass | NA | B | B | -5 | -1 | 0 | -6 | Pass | NA | A | A | -3 | -13 | 0 | -16 | Pass | NA |
| 3b | HCT Exit & West Street & West Thames Street | Intersection | C | C | -2 | -2 | 0 | -4 | Pass | NA | C | C | -4 | -3 | 0 | -7 | Pass | NA | C | C | -2 | -4 | 0 | -6 | Pass | NA |
| 4 | Chambers Street & Centre Street | Intersection | C | C | -17 | -34 | 0 | -51 | Pass | NA | C | C | -3 | -32 | 0 | -35 | Pass | NA | E | D | -46 | -78 | 0 | -124 | Fail | Pass |
| 5a | Canal Street & Hudson Street/Holland Tunnel On-Ramp | Intersection | C | C | -18 | -13 | -1 | -32 | Pass | NA | D | C | -31 | -4 | -5 | -40 | Pass | NA | C | C | -4 | -1 | 0 | -5 | Pass | NA |
| 5b | Canal Street & Holland Tunnel On-Ramp | Intersection | E | E | -14 | -10 | -3 | -27 | Fail | Pass | C | B | -20 | -5 | -7 | -32 | Pass | NA | F | F | -2 | -1 | 0 | -3 | Fail | Pass |
| 7a | Canal Street S & West Street | Intersection | D | D | -7 | -6 | 0 | -13 | Fail | Pass | C | C | -8 | -7 | -1 | -16 | Pass | NA | D | D | -7 | -7 | 0 | -14 | Fail | Pass |
| 9 | West Street & Albany Street | Intersection | C | C | -2 | -1 | 0 | -3 | Pass | NA | C | C | 6 | -6 | 0 | 0 | Pass | NA | C | C | -2 | -6 | 0 | -8 | Pass | NA |
| 10 | West Street & Vesey Street | Intersection | C | C | -3 | -3 | 0 | -6 | Pass | NA | C | C | -4 | -4 | 0 | -8 | Pass | NA | C | C | -3 | -6 | 0 | -9 | Pass | NA |
| 11 | West Street & Chambers Street | Intersection | D | C | -4 | -4 | 0 | -8 | Pass | NA | C | C | -7 | -5 | 0 | -12 | Pass | NA | D | C | -4 | -9 | 0 | -13 | Pass | NA |
| 14 | Canal Street/Manhattan Bridge & Bowery | Intersection | D | C | -57 | -19 | -4 | -80 | Pass | NA | C | B | -84 | -24 | -4 | -112 | Pass | NA | C | B | -43 | -29 | 0 | -72 | Pass | NA |
| 15 | Manhattan Bridge & Bowery | Intersection | C | B | 0 | 0 | 0 | 0 | Pass | NA | B | B | 0 | 0 | 0 | 0 | Pass | NA | B | B | 0 | 0 | 0 | 0 | Pass | NA |
| 18 | 6th Avenue & Watts Street | Intersection | B | B | -8 | -7 | 0 | -15 | Pass | NA | B | B | -8 | -5 | -1 | -14 | Pass | NA | C | C | -3 | -9 | 0 | -12 | Pass | NA |
| 19 | Canal Street & 6th Avenue/Laight Street | Intersection | E | D | -24 | -9 | -1 | -34 | Fail | Pass | C | C | -32 | -3 | -2 | -37 | Pass | NA | C | C | -16 | -9 | -1 | -26 | Pass | NA |

DOT_0047062

Table 7.        Queens-Midtown Tunnel Study Area– No-Action Alternative vs. Adopted Toll Structure Carbon Monoxide Screening

| Intersection # | Intersection Name | MD LOS | | MD Volume | | MD Screen | | LN LOS | | LN Volume | | LN Screen | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NB | BD | NB | BD | LOS | 10% | NB | BD | NB | BD | LOS | 10% |
| 1 | E 37th Street & 3rd Avenue | C | C | 1521 | 1448 | Pass | NA | C | C | 1799 | 1716 | Pass | NA |
| 2 | E 36th Street & 2nd Avenue | F | E | 2640 | 2445 | Fail | Pass | C | B | 2581 | 2402 | Pass | NA |
| 3 | E 34th Street & 3rd Avenue | D | C | 2247 | 2046 | Pass | NA | C | C | 2410 | 2201 | Pass | NA |
| 4 | E 35th Street & 3rd Avenue | B | B | 1734 | 1578 | Pass | NA | B | A | 1878 | 1705 | Pass | NA |
| 5 | E 34th Street & 2nd Avenue | C | C | 2573 | 2480 | Pass | NA | C | B | 2769 | 2609 | Pass | NA |
| 6 | E 35th Street & 2nd Avenue | B | B | 1767 | 1729 | Pass | NA | B | B | 2042 | 1939 | Pass | NA |

Table 8.        Queens-Midtown Tunnel Study Area – No-Action Alternative vs. Adopted Toll Structure Particulate Matter Screening

| Intersection # | Intersection Name | MD LOS | | MD Increment | | | MD HDDV | MD Screen | | LN LOS | | LN Increment | | | LN HDDV | LN Screen | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NB | BD | MT | Bus | HT | Total | LOS | HDDT | NB | BD | MT | Bus | HT | Total | LOS | HDDT |
| 1 | E 37th Street & 3rd Avenue | C | C | -6 | -2 | 0 | -8 | Pass | NA | C | C | -1 | -1 | 0 | -2 | Pass | NA |
| 2 | E 36th Street & 2nd Avenue | F | E | -14 | -4 | 0 | -18 | Fail | Pass | C | B | -3 | -2 | 0 | -5 | Pass | NA |
| 3 | E 34th Street & 3rd Avenue | D | C | -13 | -7 | 0 | -20 | Pass | NA | C | C | -3 | -4 | 0 | -7 | Pass | NA |
| 4 | E 35th Street & 3rd Avenue | B | B | -8 | -2 | 0 | -10 | Pass | NA | B | A | -1 | -1 | 0 | -2 | Pass | NA |
| 5 | E 34th Street & 2nd Avenue | C | C | -6 | -2 | 0 | -8 | Pass | NA | C | B | -1 | -2 | 0 | -3 | Pass | NA |
| 6 | E 35th Street & 2nd Avenue | B | B | -3 | -1 | 0 | -4 | Pass | NA | B | B | -1 | -1 | 0 | -2 | Pass | NA |

DOT_0047063

Table 9.        Red Hook Study Area – No-Action Alternative vs. Adopted Toll Structure Carbon Monoxide Screening

| Intersection # | Intersection Name | AM LOS | | AM Volume | | AM Screen | | MD LOS | | MD Volume | | MD Screen | | LN LOS | | LN Volume | | LN Screen | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NB | BD | NB | BD | LOS | 10% Volume | NB | BD | NB | BD | LOS | 10% Volume | NB | BD | NB | BD | LOS | 10% Volume |
| 1 | Hamilton Avenue, Clinton Street & West 9th Street | A | B | 5490 | 5516 | Pass | NA | B | B | 5387 | 5329 | Pass | NA | A | A | 3035 | 2973 | Pass | NA |
| 2 | Hamilton Avenue NB & West 9th Street | B | B | 2324 | 2299 | Pass | NA | B | B | 2099 | 2042 | Pass | NA | B | A | 1110 | 1026 | Pass | NA |

Table 10.       Red Hook Study Area – No-Action Alternative vs. Adopted Toll Structure Particulate Matter Screening

| Intersection # | Intersection Name | AM LOS | | AM Increment | | | AM HDDV | AM Screen | | MD LOS | | MD Increment | | | MD HDDV | MD Screen | | LN LOS | | LN Increment | | | LN HDDV | LN Screen | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NB | BD | MT | Bus | HT | Total | LOS | HDDT | NB | BD | MT | Bus | HT | Total | LOS | HDDT | NB | BD | MT | Bus | HT | Total | LOS | HDDT |
| 1 | Hamilton Avenue, Clinton Street & West 9th Street | A | B | 3 | 2 | 1 | 6 | Pass | NA | B | B | -1 | 0 | 0 | -1 | Pass | NA | A | A | 0 | 1 | 0 | 1 | Pass | NA |
| 2 | Hamilton Avenue NB & West 9th Street | B | B | -2 | 0 | -1 | -3 | Pass | NA | B | B | -5 | 0 | 0 | -5 | Pass | NA | B | A | -1 | -1 | -1 | -3 | Pass | NA |

DOT_0047064

**Table 11.    Robert F. Kennedy Bridge Study Area - No-Action Alternative vs. Adopted Toll Structure Carbon Monoxide Screening**

| Intersection # | Intersection Name | AM LOS | | AM Volume | | AM Screen | | PM LOS | | PM Volume | | PM Screen | | LN LOS | | LN Volume | | LN Screen | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NB | BD | NB | BD | LOS | 10% Volume | NB | BD | NB | BD | LOS | 10% Volume | NB | BD | NB | BD | LOS | 10% Volume |
| 1 | 126th Street and 2nd Avenue | C | C | 2084 | 2018 | Pass | NA | C | C | 2600 | 2441 | Pass | NA | B | B | 1310 | 1282 | Pass | NA |
| 2 | 125th Street and 2nd Avenue | C | D | 2587 | 2610 | Fail | Pass | C | E | 2988 | 3060 | Fail | Pass | C | C | 1576 | 1693 | Pass | NA |
| 11 | E 134th Street & St. Ann's Avenue | C | C | 775 | 775 | Pass | NA | C | C | 665 | 665 | Pass | NA | C | C | 490 | 490 | Pass | NA |
| 22 | St Ann's Ave and Bruckner Blvd | C | C | 2415 | 2415 | Pass | NA | C | C | 2320 | 2320 | Pass | NA | C | C | 2265 | 2265 | Pass | NA |
| 17 | 31st St & Astoria Blvd | C | C | 1243 | 1219 | Pass | NA | E | D | 1199 | 1155 | Fail | Pass | B | B | 954 | 832 | Pass | NA |
| 24 | Hoyt N & 31st St | C | C | 3076 | 3008 | Pass | NA | B | B | 2326 | 2186 | Pass | NA | C | C | 1956 | 1769 | Pass | NA |
| 3 | Hoyt S & 31st St | C | D | 1766 | 1773 | Fail | Pass | C | C | 1860 | 1838 | Pass | NA | C | C | 1594 | 1561 | Pass | NA |

**Table 12.    Robert F. Kennedy Bridge Study Area - No-Action Alternative vs. Adopted Toll Structure Particulate Matter Screening**

| Intersection # | Intersection Name | AM LOS | | AM Increment | | | AM HDDV | AM Screen | | PM LOS | | PM Increment | | | PM HDDV | PM Screen | | LN LOS | | LN Increment | | | LN HDDV | LN Screen | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NB | BD | MT | Bus | HT | Total | LOS | HDDT | NB | BD | MT | Bus | HT | Total | LOS | HDDT | NB | BD | MT | Bus | HT | Total | LOS | HDDT |
| 1 | 126th Street and 2nd Avenue | C | C | -6 | -3 | 0 | -9 | Pass | NA | C | C | -3 | -7 | 0 | -10 | Pass | NA | B | B | -1 | -1 | 0 | -2 | Pass | NA |
| 2 | 125th Street and 2nd Avenue | C | D | -11 | -2 | -2 | -15 | Fail | Pass | C | E | -5 | -10 | 0 | -15 | Fail | Pass | C | C | 2 | 3 | 0 | 5 | Pass | NA |
| 11 | E 134th Street & St. Ann's Avenue | C | C | 0 | 0 | 0 | 0 | Pass | NA | C | C | 0 | 0 | 0 | 0 | Pass | NA | C | C | 0 | 0 | 0 | 0 | Pass | NA |
| 22 | St Ann's Ave and Bruckner Blvd | C | C | 0 | 0 | 0 | 0 | Pass | NA | C | C | 0 | 0 | 0 | 0 | Pass | NA | C | C | 0 | 0 | 0 | 0 | Pass | NA |
| 17 | 31st St & Astoria Blvd | C | C | 0 | 0 | 0 | 0 | Pass | NA | E | D | -1 | 0 | 0 | -1 | Fail | Pass | B | B | -1 | 1 | 0 | 0 | Pass | NA |
| 24 | Hoyt N & 31st St | C | C | -3 | -2 | -2 | -7 | Pass | NA | B | B | -4 | -2 | 0 | -6 | Pass | NA | C | C | -2 | 0 | 0 | -2 | Pass | NA |
| 3 | Hoyt S & 31st St | C | D | 3 | 0 | 1 | 4 | Fail | Pass | C | C | 2 | 1 | 0 | 3 | Pass | NA | C | C | 0 | 0 | 1 | 1 | Pass | NA |

DOT_0047065

Table 13.    Downtown Brooklyn Study Area - No-Action Alternative vs. Adopted Toll Structure Carbon Monoxide Screening

| Intersection # | Intersection Name | Approach | AM LOS | | AM Volume | | AM Screen | | LN LOS | | LN Volume | | LN Screen | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | NB | BD | NB | BD | LOS | 10% Volume | NB | BD | NB | BD | LOS | 10% Volume |
| 1 | Flatbush Avenue and Tillary Street | Intersection | F | F | 4887 | 4446 | Fail | Pass | D | D | 4383 | 3811 | Fail | Pass |
| 2 | Adam Street and Tillary Street | Intersection | D | D | 2997 | 2997 | Fail | Pass | C | C | 2109 | 2152 | Pass | NA |
| 3 | Old Fulton Street and Vine Street | Intersection | D | D | 2805 | 1971 | Fail | Pass | C | C | 2062 | 1686 | Pass | NA |

Table 14.    Downtown Brooklyn Study Area - No-Action Alternative vs. Adopted Toll Structure Particulate Matter Screening

| Intersection # | Intersection Name | AM LOS | | AM Increment | | | AM HDDV | AM Screen | | LN LOS | | LN Increment | | | LN HDDV | LN Screen | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NB | BD | MT | Bus | HT | Total | LOS | HDDT | NB | BD | MT | Bus | HT | Total | LOS | HDDT |
| 1 | Flatbush Avenue and Tillary Street | F | F | -72 | -12 | -13 | -97 | Fail | Pass | D | D | -6 | -8 | -1 | -15 | Fail | Pass |
| 2 | Adam Street and Tillary Street | D | D | -1 | -1 | 0 | -2 | Fail | Pass | C | C | -1 | -2 | 0 | -3 | Pass | NA |
| 3 | Old Fulton Street and Vine Street | D | D | -5 | -9 | -1 | -15 | Fail | Pass | C | C | -2 | -6 | 0 | -8 | Pass | NA |

DOT_0047066

**Table 15.        Little Dominican Republic Study Area - No-Action Alternative vs. Adopted Toll Structure Carbon Monoxide Screening**

| Intersection # | Intersection Name | AM LOS | | AM Volume | | AM Screen | | MD LOS | | MD Volume | | MD Screen | | PM LOS | | PM Volume | | PM Screen | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NB | BD | NB | BD | LOS | 10% Volume | NB | BD | NB | BD | LOS | 10% Volume | NB | BD | NB | BD | LOS | 10% Volume |
| 1 | W 179th St & Broadway | C | C | 813 | 823 | Pass | Pass | C | C | 1081 | 1142 | Pass | Pass | C | C | 1117 | 1144 | Pass | Pass |

**Table 16.        Little Dominican Republic Study Area - No-Action Alternative vs. Adopted Toll Structure Particulate Matter Screening**

| Intersection # | Intersection Name | AM LOS | | AM Increment | | | | AM HDDV Total | AM Screen | | MD LOS | | MD Increment | | | | MD HDDV Total | MD Screen | | PM LOS | | PM Increment | | | | PM HDDV Total | PM Screen | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NB | BD | MT | Bus | HT | | | LOS | HDDT | NB | BD | MT | Bus | HT | | | LOS | HDDT | NB | BD | MT | Bus | HT | | | LOS | HDDT |
| 1 | W 179th St & Broadway | C | C | 17 | 82 | 0 | | 99 | Pass | NA | C | C | 0 | 0 | 0 | | 0 | Pass | NA | C | C | 0 | 0 | 0 | | 0 | Pass | NA |

**Table 17.        Lower East Side Study Area- No-Action Alternative vs.  Adopted Toll Structure Screening**

| Intersection # | Intersection Name | AM LOS | | AM Volume | | AM Screen | | MD LOS | | MD Volume | | MD Screen | | PM LOS | | PM Volume | | PM Screen | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NB | BD | NB | BD | LOS | 10% Volume | NB | BD | NB | BD | LOS | 10% Volume | NB | BD | NB | BD | LOS | 10% Volume |
| 1 | Park Row/Chatham Square & Worth/Oliver St & Mott St | C | C | 1076 | 999 | Pass | Pass | D | C | 1050 | 862 | Pass | Pass | D | C | 1146 | 930 | Pass | Pass |
| 2 | Chatham Square & E Broadway | C | C | 791 | 714 | Pass | Pass | C | C | 885 | 697 | Pass | Pass | D | C | 1026 | 810 | Pass | Pass |
| 3 | Chatham Square/Bowery & Divison St | B | C | 816 | 739 | Pass | Pass | B | B | 845 | 657 | Pass | Pass | B | C | 1096 | 880 | Pass | Pass |

**Table 18.        Lower East Side Study Area- No-Action Alternative vs. Adopted Toll Structure Particulate Matter Screening**

| Intersection # | Intersection Name | AM LOS | | AM Increment | | | | AM HDDV Total | AM Screen | | MD LOS | | MD Increment | | | | MD HDDV Total | MD Screen | | PM LOS | | PM Increment | | | | PM HDDV Total | PM Screen | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NB | BD | MT | Bus | HT | | | LOS | HDDT | NB | BD | MT | Bus | HT | | | LOS | HDDT | NB | BD | MT | Bus | HT | | | LOS | HDDT |
| 1 | Park Row/Chatham Square & Worth/Oliver St & Mott St | C | C | -6 | -3 | 0 | | -9 | Pass | NA | D | C | -17 | -7 | 0 | | -24 | Pass | NA | D | C | -18 | -8 | 0 | | -26 | Pass | NA |
| 2 | Chatham Square & E Broadway | C | C | -9 | -4 | 0 | | -13 | Pass | NA | C | C | -21 | -9 | 0 | | -30 | Pass | NA | D | C | -23 | -11 | 0 | | -34 | Pass | NA |
| 3 | Chatham Square/Bowery & Divison St | B | C | -11 | -4 | 0 | | -15 | Pass | NA | B | B | -24 | -7 | 0 | | -31 | Pass | NA | B | C | -28 | -10 | 0 | | -38 | Pass | NA |

DOT_0047067

Table 19.    Maximum Truck Changes on Highway Links with Project – Adopted Toll Structure

| Worst-Case Scenario | County | link # | Roadway | EJ Community | Maximum Change in Trucks | AADT - No Action | AADT - Scenario | Trucks - No Action | Trucks - Scenario | % Trucks - No Action | % Trucks - Scenario |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10J | Queens | 64851 | TRIBOROUGH BRIDGE | yes | 1,290 | 72,148 | 78,816 | 7,467 | 8,756 | 10% | 11% |
| 10J | New York | 220571 | TRIBOROUGH BRIDGE (SOUTH) - N | yes | 1,290 | 72,057 | 78,725 | 7,467 | 8,756 | 10% | 11% |
| 10J | New York | 64925 | TRIBOROUGH BRIDGE | yes | 1,218 | 42,009 | 45,018 | 6,554 | 7,772 | 16% | 17% |
| 10J | New York | 64926 | I 278 | yes | 1,218 | 42,009 | 45,018 | 6,554 | 7,772 | 16% | 17% |
| 10J | New York | 90365 | TRIBOROUGH BRIDGE | yes | 1,218 | 42,009 | 45,018 | 6,554 | 7,772 | 16% | 17% |
| 10J | Bronx | 64930 | TRIBOROUGH BRIDGE (NORTH) - N | yes | 1,216 | 45,875 | 48,358 | 6,711 | 7,927 | 15% | 16% |
| 10J | New York | 64931 | I 278 | yes | 1,216 | 45,875 | 48,358 | 6,711 | 7,927 | 15% | 16% |
| 10J | Bronx | 64940 | TRIBORO BR | yes | 1,216 | 45,875 | 48,358 | 6,711 | 7,927 | 15% | 16% |
| 10J | Queens | 64831 | TRIBOROUGH BRIDGE | yes | 1,144 | 67,666 | 81,271 | 8,044 | 9,188 | 12% | 11% |
| 10J | New York | 64916 | TRIBOROUGH BRIDGE (SOUTH) - S | yes | 1,144 | 67,666 | 81,271 | 8,044 | 9,188 | 12% | 11% |
| 10J | Queens | 220946 | GRAND CENTRAL PKY | yes | 918 | 55,367 | 57,646 | 5,005 | 5,923 | 9% | 10% |
| 10J | Bronx | 64944 | RAMP FROM TRIBORO | yes | 888 | 21,072 | 23,978 | 3,765 | 4,653 | 18% | 19% |
| 10J | Queens | 64878 | GRAND CENTRAL PKY | yes | 883 | 78,250 | 79,959 | 5,703 | 6,586 | 7% | 8% |
| 10J | Queens | 64879 | BROOKLYN QUEENS EXPY | yes | 875 | 19,212 | 20,314 | 4,136 | 5,011 | 22% | 25% |
| 10J | Bronx | 64945 | MAJOR DEEGRAN EXPWY | yes | 862 | 67,416 | 68,266 | 5,601 | 6,463 | 8% | 9% |
| 10J | Bronx | 64953 | I 87 | yes | 862 | 67,416 | 68,266 | 5,601 | 6,463 | 8% | 9% |

DOT_0047068

Table 20.    Maximum Average Annual Daily Traffic (AADT) on Highway Links with Project – Adopted Toll Structure

| Scenario | County | link # | Roadway | EJ Community | AADT - No Action | AADT - Scenario | Trucks - No Action | Trucks - Scenario | Change in Trucks | % Trucks - No Action | % Trucks - Scenario |
|---|---|---|---|---|---|---|---|---|---|---|---|
| T10J | Bergen | 268133 | I-95 | Yes | 124,642 | 129,962 | 18,019 | 18,428 | 409 | 14.5% | 14.2% |
| T10J | Queens | 64554 | VAN WYCK EXPY | Yes | 128,793 | 126,920 | 5,664 | 5,415 | -249 | 4.4% | 4.3% |
| T10J | Bergen | 268077 | I-95 | Yes | 120,803 | 126,308 | 17,101 | 17,543 | 441 | 14.2% | 13.9% |
| T10J | Bergen | 268116 | I-95 | Yes | 120,803 | 126,308 | 17,101 | 17,543 | 441 | 14.2% | 13.9% |
| T10J | Bergen | 268128 | I-95 | Yes | 120,803 | 126,308 | 17,101 | 17,543 | 441 | 14.2% | 13.9% |
| T10J | Queens | 64564 | VAN WYCK EXPY | Yes | 123,598 | 122,388 | 4,731 | 4,923 | 192 | 3.8% | 4.0% |
| T10J | Bergen | 268131 | I-95 | Yes | 116,685 | 121,706 | 16,114 | 16,204 | 90 | 13.8% | 13.3% |
| T10J | Queens | 63972 | VAN WYCK EXPY | Yes | 119,688 | 119,405 | 4,081 | 4,100 | 19 | 3.4% | 3.4% |
| T10J | Bergen | 265316 | SR 4 | Yes | 117,908 | 117,481 | 6,034 | 6,021 | -13 | 5.1% | 5.1% |
| T10J | Queens | 64267 | LONG ISLAND EXPY | Yes | 119,833 | 117,048 | 8,426 | 8,244 | -181 | 7.0% | 7.0% |
| T10J | Bergen | 266111 | SR 4 | Yes | 117,502 | 116,646 | 7,057 | 7,064 | 7 | 6.0% | 6.1% |
| T10J | Queens | 64289 | LONG ISLAND EXPY | Yes | 117,103 | 115,616 | 6,571 | 6,511 | -60 | 5.6% | 5.6% |
| T10J | Queens | 63969 | VAN WYCK EXPY | Yes | 116,087 | 115,223 | 4,975 | 5,110 | 136 | 4.3% | 4.4% |
| T10J | New York | 62217 | CROSS BRONX EXP. BRIDGE - WB | Yes | 109,815 | 112,166 | 18,166 | 18,632 | 466 | 16.5% | 16.6% |
| T10J | Queens | 64441 | LONG ISLAND EXPY | Yes | 113,419 | 112,000 | 7,434 | 7,171 | -263 | 6.8% | 6.4% |
| T10J | New York | 62285 | I 95 | Yes | 109,469 | 111,820 | 18,166 | 18,632 | 466 | 16.6% | 16.7% |
| T10J | Bergen | 263218 | I-95 Bergen-Passaic Expwy | Yes | 104,710 | 111,566 | 13,548 | 13,985 | 438 | 12.9% | 12.5% |

DOT_0047069

## ANALYSIS RESULTS (PM HOT SPOT AT GEORGE WASHINGTON BRIDGE)

Table 21 - Predicted 24-hour $PM_{10}$ Design Value Concentrations

| SITE | ALTERNATIVE | BACKGROUND CONCENTRATION ($\mu G/M^3$) | MODELED CONCENTRATION ($\mu G/M^3$) | TOTAL CONCENTRATION* ($\mu G/M^3$) | NAAQS ($\mu g/m^3$) |
|---|---|---|---|---|---|
| I-95 west of the GWB | No Build | 44 | 44 | 88 | 150 |
| | Adopted Toll Structure | | 45 | 89 | |

\* Total concentrations = modeled results + 24-hour $PM_{10}$ background
  $\mu g/m^3$ = micrograms per cubic meter

Table 22 - Predicted 24-hour $PM_{2.5}$ Design Value Concentrations

| SITE | ALTERNATIVE | BACKGROUND CONCENTRATION ($\mu G/M^3$) | MODELED CONCENTRATION ($\mu G/M^3$) | TOTAL CONCENTRATION* ($\mu G/M^3$) | NAAQS ($\mu g/m^3$) |
|---|---|---|---|---|---|
| I-95 West of the GWB | No Build | 22.0 | 5.8 | 27.8 | 35.0 |
| | Adopted Toll Structure | | 6.0 | 28.0 | |

\* Total concentrations = modeled results + 24-hour $PM_{2.5}$ background
  $\mu g/m^3$ = micrograms per cubic meter

Table 23 - Predicted Annual $PM_{2.5}$ Design Value Concentrations

| SITE | ALTERNATIVE | BACKGROUND CONCENTRATION ($\mu G/M^3$) | MODELED CONCENTRATION ($\mu G/M^3$) | TOTAL CONCENTRATION* ($\mu G/M^3$) | NAAQS ($\mu g/m^3$) |
|---|---|---|---|---|---|
| I-95 West of the GWB | No Build | 9.0 | 1.8 | 10.8 | 12.0 |
| | Adopted Toll Structure | | 1.9 | 10.9 | |

\* Total concentrations = modeled results + Annual $PM_{2.5}$ background
  $\mu g/m^3$ = micrograms per cubic meter

DOT_0047070

Central Business District (CBD) Tolling Program Reevaluation

Figure 1 – AERMOD Model Screenshot, I-95 west of GWB



Figure 2 – 24-Hour PM$_{10}$ No Action Contours (µg/m³), I-95 west of GWB



DOT_0047071

*Central Business District (CBD) Tolling Program Reevaluation*

Figure 3 – 24-Hour PM$_{10}$ Adopted Toll Structure- Contours (µg/m$^3$), I-95 west of GWB



Figure 4 – 24-Hour PM$_{2.5}$ No Action Contours (µg/m$^3$), I-95 west of GWB



DOT_0047072

*al Business District (CBD) Tolling Program Reevaluation*

Figure 5 – 24-Hour PM₂.₅ Adopted Toll Structure Contours (μg/m³), I-95 west of GWB



Figure 6 – Annual PM₂.₅  No Action Contours (μg/m³), I-95 west of GWB



DOT_0047073

Central Business District (CBD) Tolling Program Reevaluation

Figure 7 – Annual PM$_{2.5}$ Adopted Toll Structure Contours (µg/m³), I-95 west of GWB



DOT_0047074

*Table 1. Tolling Scenarios Evaluated in the Final EA with the Adopted Toll Structure Added*

| PARAMETER | SCENARIO A<br>Base Plan | SCENARIO B<br>Base Plan with Caps and Exemptions | SCENARIO C<br>Low Crossing Credits for Vehicles Using Tunnels to Access the CBD, with Some Caps and Exemptions | SCENARIO D<br>High Crossing Credits for Vehicles Using Tunnels to Access the CBD | SCENARIO E<br>High Crossing Credits for Vehicles Using Tunnels to Access the CBD, with Some Caps and Exemptions | SCENAR<br>High Crossing Credits for Vehicles Manhattan Bri Tunnels to Ac CBD, with So and Exemp |
|---|---|---|---|---|---|---|
| **Time Periods[1]** | | | | | | |
| Peak: Weekdays | 6 AM – 8 PM | 6 AM – 8 PM | 6 AM – 8 PM | 6 AM – 8 PM | 6 AM – 8 PM | 6 AM – 10<br>4 PM – 8 |
| Peak: Weekends | 10 AM – 10 PM | 10 AM – 10 PM | 10 AM – 10 PM | 10 AM – 10 PM | 10 AM – 10 PM | 10 AM – 1 |
| Off Peak: Weekdays | 8 PM – 10 PM | 8 PM – 10 PM | 8 PM – 10 PM | 8 PM – 10 PM | 8 PM – 10 PM | 10 AM – 4 |
| Overnight: Weekdays | 10 PM – 6 AM | 10 PM – 6 AM | 10 PM – 6 AM | 10 PM – 6 AM | 10 PM – 6 AM | 8 PM – 6 |
| Overnight: Weekends | 10 PM – 10 AM | 10 PM – 10 AM | 10 PM – 10 AM | 10 PM – 10 AM | 10 PM – 10 AM | 10 PM – 10 |
| **Potential Crossing Credits** | | | | | | |
| Credit Toward CBD Toll for Tolls Paid at Tunnel Entries | No | No | Yes - Low | Yes - High | Yes - High | Yes - Hi |
| Credit Toward CBD Toll for Tolls Paid at Bridges to Manhattan | No | No | No | No | No | Yes - Hi |
| **Potential Exemptions and Limits (Caps) on Number of Tolls per Day[4,5,6]** | | | | | | |
| Autos, motorcycles, and commercial vans | Once per day | Once per day | Once per day | Once per day | Once per day | Once per |
| Taxis | No cap | Once per day | Exempt | No cap | Exempt | Once per |
| FHVs | No cap | Once per day | Three times per day | No cap | Three times per day | Once per |
| Small and large trucks | No cap | Twice per day | No cap | No cap | No cap | Once per |
| Buses | No cap | Exempt | No cap | No cap | Transit buses – Exempt<br>No cap on other buses | Exempt |

May 2024

DOT_0047075

| PARAMETER | SCENARIO A<br>Base Plan | SCENARIO B<br>Base Plan with Caps and Exemptions | SCENARIO C<br>Low Crossing Credits for Vehicles Using Tunnels to Access the CBD, with Some Caps and Exemptions | SCENARIO D<br>High Crossing Credits for Vehicles Using Tunnels to Access the CBD | SCENARIO E<br>High Crossing Credits for Vehicles Using Tunnels to Access the CBD, with Some Caps and Exemptions | SCENARIO F<br>High Crossing Credits for Vehicles Using Manhattan Bridges and Tunnels to Access the CBD, with Some Caps and Exemptions | SCENARIO G<br>Base Plan with Same Tolls for All Vehicle Classes | ADOPTED TOLL STRUCTURE | EXPLANATION OF HOW THE ADOPTED TOLL STRUCTURE FITS WITHIN THE FINAL EA TOLLING SCENARIOS |
|---|---|---|---|---|---|---|---|---|---|
| **Approximate Toll Rate Assumed for Autos, Commercial Vans, and Motorcycles[3]** | | | | | | | | | |
| Peak | $9 | $10 | $14 | $19 | $23 | $23 | $12 | $15 | Within the range of $9 - $23 |
| Off Peak | $7 | $8 | $11 | $14 | $17 | $17 | $9 | $3.75 | Lower than range in the Final EA; closest to Tolling Scenarios A and B at $5; exceeds commitment in the Final EA to include "further reduced overnight tolls at or below 50 percent…" by reducing peak toll by 75 percent |
| Overnight | $5 | $5 | $7 | $10 | $12 | $12 | $7 | $3.75 | |
| **Approximate Toll Rate Assumed for Trucks (Small Trucks/Large Trucks)[3]** | | | | | | | | | |
| Peak | $18 / $28 | $20 / $30 | $28 / $42 | $38 / $57 | $46 / $69 | $65 / $82 | $12 / $12 | $24 / $36 | Within the range of $12 - $65 (small trucks) / $12 - $82 (large trucks) |
| Off Peak | $14 / $21 | $15 / $23 | $21 / $32 | $29 / $43 | $35 / $52 | $49 / $62 | $9 / $9 | | Toll rates lower than range of rates presented in the Final EA; exceeds commitment in the Final EA to include "further reduced overnight tolls at or below 50 percent…" by reducing peak toll by 75 percent |
| Overnight | $9 / $14 | $10 / $15 | $14 / $21 | $19 / $29 | $23 / $35 | $33 / $41 | $7 / $7 | $6 / $9 | |

Notes:

[1] Tolls would be higher during peak periods when traffic is greatest. All Final EA tolling scenarios and the adopted toll structure include a higher toll on designated "Gridlock Alert" days, although the modeling conducted for the Project does not reflect this higher toll since it considers typical days rather than days with unusually high traffic levels.

[2] The adopted toll structure has a simplified two-time-period structure (i.e., peak and overnight) on weekdays, as opposed to the three-time-period (i.e., peak, off-peak, and overnight) weekday structures studied in the Final EA. As there is no longer an off-peak period on weekdays, the weekday peak and overnight periods are longer than those studied in the Final EA. The transportation modeling conducted for the adopted toll structure accounts for this change in the peak and off-peak periods and thus the model results reflect this change.

[3] Toll rates are for vehicles using E-ZPass and are rounded. For all tolling scenarios, different rates would apply for vehicles not using E-ZPass.

[4] The Final EA provides information on the types of vehicles licensed by the New York City Taxi and Limousine Commission (TLC) in Chapter 6, "Economic Conditions," Section 6.3.2.6, on page 6-32. These include yellow cabs, for which TLC has issued medallions; green cabs, which are street-hail livery cabs that begin their trips outside the core service area of Manhattan; and FHVs, which provide pre-arranged service. Vehicles licensed as app-based, or high-volume, FHVs operate from bases that dispatch more than 10,000 trips a day. (https://www.nyc.gov/site/tlc/businesses/high-volume-for-hire-services.page). Currently there are two TLC-licensed high-volume FHVs: Lyft and Uber. In this reevaluation document and the Final EA, the term "taxi" is used to refer to yellow cabs, green cabs, and FHVs that are not high-volume FHVs and the term "FHV" refers to app-based, high-volume FHVs (i.e., Lyft and Uber).

[5] The per-trip tolls for taxis and FHVs in the adopted toll structure would be equivalent to the auto peak rate of $15 (based on NYC Taxi and Limousine Commission analysis of trips made by TLC-licensed vehicles in May 2023: for taxis the average number of trips with passengers to/from/within the CBD is 12, and for FHVs is 6).

[6] With the adopted toll structure, qualifying authorized emergency vehicles and qualifying vehicles transporting people with disabilities would be exempt from the toll. Specialized government vehicles would also be exempt. School buses contracted with the NYC Department of Education, commuter vans licensed with the NYC Taxi and Limousine Commission, and buses providing scheduled commuter services open to the public would also be exempt from the toll.

DOT_0047076

**Central Business District Tolling Program**

## Memorandum: Central Business District Tolling Program (CBDTP) Air Quality Analyses for Final EA and Reevaluation
June 2024

### Introduction

This memorandum describes the methodology used in the Final EA and reevaluation for the mesoscale analysis of air quality and how that methodology is consistent in the use of the New York Metropolitan Transportation Council's (NYMTC's) Best Practice Model (BPM) and with FHWA's published guidance for assessing and reassessing the effects of the Project.[1] All traffic and air quality analyses were based on vehicle-related outputs from the BPM that was developed specifically for this Project, as is standard protocol for modeling large-scale transportation initiatives. The same BPM was used for the Final EA and the reevaluation.

For the Final EA's consideration of regional air quality effects and to support the transportation conformity determination that was being made by the New York Metropolitan Transportation Council (NYMTC) at the time work on the EA for the Project commenced, BPM output of vehicle-miles traveled (VMT) was adjusted in coordination with NYMTC. This adjustment is referred to as "post-processing" and is needed to determine regional transportation conformity according to NYMTC's standard procedure for projects that are not yet included in the Transportation Improvement Program (TIP) and NYMTC's Regional Plan, as was the status of this project at the time of the EA analysis.[2]

Transportation conformity is required by the Clean Air Act section 176(c) (42 U.S.C. 7506(c)) to ensure that federal funding and approval are given to highway and transit projects that are consistent with ("conform to") the air quality goals established by a state air quality implementation plan (SIP)[3]. The bullets below detail why this process needs to be done.

- The purpose of transportation conformity is to ensure that Federal funding and approval are given to activities that are consistent with air quality goals[4].

- Conformity requirements apply in nonattainment and maintenance areas; the NYMTC region is nonattainment for ozone and maintenance for fine particulate matter ($PM_{2.5}$).

- A motor vehicle emissions budget (MVEB) is the portion of the total allowable emissions in the area allocated to highway and transit vehicle use and emissions, as defined in the SIP.

- The budget establishes a cap on emissions that cannot be exceeded by estimated highway and transit vehicle emissions.

---

[1]    FHWA. Transportation Conformity, Linking Transportation and Air Quality. FHWA-HEP-10-030. https://www.fhwa.dot.gov/Environment/air_quality/conformity/con_broc.pdf.

[2]    As noted in FHWA guidance, prior to the first time a non-exempt Federal project is adopted, accepted, approved, or funded, project-level conformity must be determined.

[3]    EPA General Information on Transportation and Conformityhttps://www.epa.gov/state-and-local-transportation/general-information-transportation-and-conformity

[4]    FHWA.  Transportation Conformity Self-Directed Training.  https://connectdot.cosocloud.com/transportation_conformity_overview

DOT_0047077

**Central Business District Tolling Program**

- The BPM's roadway/highway outputs must undergo a series of adjustments to calculate the regional VMT and speeds before emission rates can be applied to generate the required emissions estimates for conformity analysis. These adjustments include the following:
  - BPM data represents an average weekday, analyses are performed for 24 one-hour periods of a weekday.
  - Monthly adjustment factors are applied to incorporate monthly fluctuation and are adjusted to account for the number of days in that month to produce monthly VMT
  - Yearly VMT is the aggregation of twelve months and applicable time frames, as detailed in attachment A, based on the emission burden being calculated.

These post-processing adjustments were done to meet the requirements established by the Clean Air Act to ensure that all actions programmed in the MPO TIP and Plan, including CBDTP, do not exceed emission budgets established by relevant SIPs.

During the course of preparation of the Final EA, but after the analysis of regional air quality effects was complete, this project was incorporated into NYMTC's conforming TIP and long-range plan using Tolling Scenario A, which was predicted to result in the least amount of VMT reduction. Since conformity of NYMTC's Plan and TIP was determined prior to the reevaluation, and there has been no significant change in design concept and scope since conformity was determined, the Project is still part of a conforming TIP and long-range plan and as such a new conformity analysis is not required. Consequently, post processing was not needed as part of the reevaluation. It should be noted that post-processing BPM traffic for the air quality analysis is not needed when the project is included in the conforming TIP and long-range plan. NYMTC has confirmed that the adopted toll structure does not represent a significant change in design concept from Tolling Scenario A. Therefore, the Project is still part of a conforming plan and TIP and as such a new regional conformity analysis is not required.

The following diagrams and sections illustrate the process used for air quality analyses for the Final EA and reevaluation. [5]

---

[5]  Supplemental information is provided in Attachment A, and detailed information about the transportation conformity process can be found on FHWA's website: https://www.fhwa.dot.gov/Environment/air_quality/conformity/2017_guide/guide00.cfm.

DOT_0047078

**Central Business District Tolling Program**





## NEPA Analysis: Draft and Final EA (2019-2023)

- The CBDTP NEPA EA included an assessment of the Project's air quality effects on a mesoscale level. The Draft and Final EA documents presented the effects on air quality of Tolling Scenario A, which was the EA tolling scenario that the Project's transportation model predicted would result in the smallest regional reduction in VMT. In this way, the NEPA air quality conclusions were conservative, in that they did not overstate the benefits of the Project on air quality.

- The mesoscale air quality analysis conducted during the NEPA process served two purposes: it determined the Project's potential overall air quality effects for the EA, and it also supported the transportation conformity analysis performed by NYMTC, which is the Metropolitan Planning Organization (MPO) for the 10-county region encompassing New York City, Long Island, and the lower Hudson Valley.

- When the analysis of regional emissions commenced in 2019, the Project was not included in NYMTC's conforming transportation plan and transportation improvement program (TIP). Consequently, post processing allows the NYMTC to incorporate the project into the regional emissions analysis for air quality conformity.

- The BPM used for the Draft and Final EA was based on the BPM developed for NYMTC's 2018–2045 Regional Transportation Plan and transportation conformity determination adopted on June 27, 2017. For the EA, the roadway networks were updated to include projects that had been implemented or constructed but were not included in the 2017 BPM roadway networks from NYMTC (e.g., two-way tolling on the Verrazzano-Narrows Bridge, reduced lane capacity on the Brooklyn-Queens Expressway near Brooklyn Heights, and bike lane projects like the Brooklyn Bridge bike lane) in the opening (2023) and horizon (2045) years. This is described in the Final EA in Chapter 4, "Transportation," Subchapter 4A,

DOT_0047079

**Central Business District Tolling Program**

"Regional Transportation Effects and Modeling" (see pages 4A-1 through 4A-5). The BPM was used to estimate VMT for a No Action Alternative, in which CBDTP does not occur, and for an Action Alternative assuming Tolling Scenario A.

- The mesoscale air quality emissions analyses presented in the Draft and Final EA for Tolling Scenario A were subject to NYMTC's Post-Processing Software (PPS), which results in modifications to the VMT results produced by the BPM. Please see Attachment A for more information on the Post Processing Software. This was done for consistency with the conformity analysis, which was initiated at the same time as the EA analysis. The results were evaluated with the MOVES 2014b emissions estimation model, which was the latest version approved by the U.S. Environmental Protection Agency (EPA) at the time of the analysis. This methodology for the Project was reviewed with the Interagency Consultation Group (ICG), the same group with which NYMTC coordinates when conducting its conformity analysis, consisting of EPA, FHWA, the Federal Transit Administration, the New York State Department of Environmental Conservation, and the New York State Department of Transportation. The ICG confirmed the approach on August 29, 2019.

- The localized air quality analyses used direct outputs from BPM, as is standard procedure for microscale analyses.

## NEPA Reevaluation (2024)

- At this time, the Triborough Bridge and Tunnel Authority (TBTA) is preparing a NEPA reevaluation of the Project that considers whether the adopted toll structure will have environmental effects consistent with the effects disclosed in the Final EA and whether the Final EA remains valid.

- CBDTP, using Tolling Scenario A, is now included in the conforming TIP and long-range plan, which have been found to conform to the SIP (see NYMTC's Transportation Conformity Determination, adopted September 21, 2023[6]). NYMTC has also confirmed that the adopted toll structure does not represent a significant change in design concept from Tolling Scenario A. Therefore, the Project is still part of a conforming plan and as such a new regional conformity analysis is not required.

- For the reevaluation air quality analysis, the Project team used the same version of the BPM that was used for the Draft and Final EA. The reevaluation used direct output from the BPM related to VMT for the air quality emissions analysis, as there was no need for performing adjustments to the results using NYMTC's Post-Processing Software, as the project is now part of a conforming plan and TIP. The BPM results, without post-processing, were modeled using the current EPA emissions model, MOVES3.1. This approach for the reevaluation was confirmed through consultation with NYSDOT on October 12, 2023. Direct output from the BPM analysis (i.e., without post processing) estimated a smaller reduction in VMT for Tolling Scenario A than for the adopted toll structure, meaning that the adopted toll structure would result in more emission savings than Tolling Scenario A (which is in the conforming TIP).

- Analyses of mesoscale air quality as well as microscale air quality for the reevaluation relied on direct outputs from the BPM.

---

6   https://www.nymtc.org/Portals/0/Pdf/Conformity/Conformity%202023/Adopted%20Documents/2023%20Transportation%20
    Conformity%20Determination%20Final%20Adopted%2092123.pdf?ver=MOeeqooFnfO3koBgp6sOCg%3d%3d

DOT_0047080

**Central Business District Tolling Program**

## Findings

The Draft and Final EA analyses reflected the use of post-processed traffic data in the regional air quality analysis to be consistent with the traffic data used in the NYMTC conformity analysis. In contrast, the reevaluation used traffic information straight from the BPM, because the Project was included in NYMTC's currently conforming plan and TIP and standard protocol is that post-processing is not required. Furthermore, direct output from the BPM for the adopted toll structure confirmed that VMT reduction for Tolling Scenario A would be smaller than for the adopted toll structure, meaning that the adopted toll structure would result in more emissions savings than Tolling Scenario A.

According to NYMTC, the Post-Processing Software typically increases the VMT by approximately 20 percent (which is conservative for conformity purposes, since higher VMT results in higher levels of air pollutant and these can be compared with the pollutant "budgets" of the SIP to ensure that pollutant budgets are not exceeded). As such, the VMT presented in the Final EA is higher than in the reevaluation. However, since use of the Post-Processing Software was applied to both the No Action and "with Project" scenarios for the Final EA, and was not applied to either for the reevaluation, the incremental changes between No Action and Project can be compared between the two analyses.

Detailed information regarding the BPM, Post-Processing Software, and MOVES is provided in Attachment A to this document.

DOT_0047081

**Central Business District Tolling Program**

# Attachment A

## BPM

NYMTC uses the New York Best Practice Model (BPM), an activity-based and tour-based travel demand model, to predict and simulate detailed travel patterns for every household in the 28-county study area, over a 24-hour weekday period, based on their travel behavior.

The BPM traffic assignments produce travel demand forecasts on the transportation networks. The roadway/highway assignment outputs must undergo a series of adjustments to calculate the regional VMT and speeds before the emission rates can be applied to generate the required emissions estimates. The adjustments involve the following steps:

- Calculating VMT

- Highway Performance Monitoring System (HPMS) Reconciliation - HPMS is a national program that includes inventory information for all of the nation's public roads as certified by the states' governors annually. HPMS reconciliation factors are applied to the link VMTs to account for the missing local roads and adjustment of higher functional class roadways, to get an accurate estimate of the regional VMT.

- Travel Time Adjustments

➢ **CBDTP EA ANALYSIS: BPM was run for the No Action condition and Tolling Scenario A.**

➢ **CBDTP REEVALUATION: BPM was run for the same No Action condition and adopted toll structure.**

## Post-Processor Software for Air Quality (PPS-AQ)

NYMTC's PPS-AQ is a powerful web-based application that bridges input data from the BPM and runs it through MOVES to produce an emissions estimate. The PPS-AQ preprocesses BPM output data, invokes MOVES to generate emission rate files, and produces an emission inventory for the regional emissions analysis.

For the EA analysis, the PPS-AQ output from the BPM was used with Project-specific MOVES inputs to generate the emissions. According to NYMTC, the PPS increases VMT from the BPM by approximately 20%.

- DOMAIN/SCALE: Analysis was performed at the county level. The roadways are disaggregated by functional class and, after HPMS reconciliation, aggregated to MOVES road types for the emissions analysis.

- CALCULATION TYPE: Analysis was performed using the "emissions rate" methodology.

- TIME SPAN: Analyses were performed for 24 one-hour periods of a weekday since the BPM data represent an average weekday. The PPS-AQ applies monthly adjustment factors to incorporate monthly fluctuation and then multiplies that adjusted value to the number of days in that month to produce monthly VMT. Yearly VMT is the aggregation of twelve months. All twelve months are selected for the annual emissions forecasts of fine particulate matter ($PM_{2.5}$) and nitrogen oxides (NOx). To reflect the

DOT_0047082

summer months for analysis of volatile organic compounds (VOC) and NOx, the ozone precursors, an average day of summer months (June, July, August) is selected.

- GEOGRAPHIC BOUNDARY: Custom domains based on the geographic boundary of each nonattainment area in the NYMTC planning area were established in the PPS-AQ.

- COUNTY DATA INPUTS: the most recent county-specific MOVES input databases from NYSDEC and NYSDOT are used.

➢ **CBDTP EA ANALYSIS:** No Action and Tolling Scenario A were run through PPS for inclusion in NYMTC's TIP.

➢ **CBDTP REEVALUATION:** No Action and the adopted toll structure were not run through the PPS, as the Project is now in the TIP; direct output from the BPM was used.

## MOVES

USEPA's MOtor Vehicle Emission Simulator (MOVES) is a state-of-the-science emission modeling system that estimates emissions for mobile sources at the national, county, and project level for "criteria" air pollutants (i.e., those specified in the Clean Air Act, as amended), greenhouse gases, and air toxics. MOVES estimates emissions from all the on-road vehicles including cars, trucks, motorcycles, and buses. As noted in the EPA transportation conformity regulation and associated EPA guidance, all regional emissions analyses are required to be based on the latest version of the MOVES software.

There are two options for using MOVES to forecast emissions: 1) inventory mode; and 2) emissions rate mode. The inventory mode calculates total emissions inventory based on vehicle miles of travel and vehicle population data. The emission rate mode produces a look-up table of emission rates including emissions per unit of distance for running emissions, the rate per profile for evaporative processes, and the rate per vehicle for starts and extended idling. As per EPA guidance, NYMTC can use either method to conduct regional emissions analyses. NYMTC, with the concurrence of the ICG, chose to use the emissions rate mode for its emission inventory analysis since emission rates can be applied to multiple scenarios in the same calendar analysis year, thereby reducing the amount of "run-time" for each scenario analysis.

➢ **CBDTP EA ANALYSIS:** MOVES2014b (latest version at the time) was used.

➢ **CBDTP REEVALUATION:** MOVES3.1 (latest version, consistent with NYMTC) used.

A full description of the NYMTC conformity process can be found in the NYMTC 2023 Transportation Conformity Determination.

DOT_0047083

Case 2.23-cv-03885-LMG-LDW    Document 188-4    Filed 12/09/24    Page 57 of 381
PageID: 9278

| Plan ID | Pin Number | Project Name | Completion Date | Milestone Year | Project Type | Project Status |
|---|---|---|---|---|---|---|
| MHSMC5795C | 881623 | SIGNAL OPTIMIZATION TO IMPROVE AIR QUALITY | 6/6/2024 | 2025 | Other | Date Only |
| MHSPC701 | 876197 | STONELEIGH AVE. @ DREWVILLE RD IMPROVEMENT | 10/1/2025 | 2026 | Highway | Date Only |
| MHSWC1485 | 875900 | Main Street & Huguenot Street Traffic Operations | 7/30/2025 | 2026 | Other | Date Only |
| MHSWC1807 | 875899 | Pelham Road Traffic Signal Replacement, Ph I | 6/30/2024 | 2025 | Other | Date Only |
| NSMC2761 | L701/01/ME | LIRR NEW M-9 ELECTRIC TRAIN CARS | 5/31/2024 | 2025 | Transit | Date Only |
| NSNC2194 | 076040 | NASSAU COUNTY VARIABLE MESSAGE SIGNS PHASE 1 | 2/17/2023 | 2025 | Highway | Deleted |
| NSSC1598 | 005423 | NY347 RECONSTRUCTION: Gibbs Pond to Hallock Road | 10/23/2024 | 2025 | Combination | Date Only |
| NSSC2408 | 076114 | NYS Route 110 BRT Corridor | 8/20/2027 | 2035 | Combination | Date Only |
| NSSC2610 | 000BRT | Brookhaven Rail Terminal | 12/31/2022 | 2025 | Combination | Scope Change |
| NSSC2862 | 022948 | LIE (I-495) at Crooked Hill Road (CR13) | 8/7/2024 | 2025 | Highway | Date Only |
| NSSC678C | 076226 | CONSTRUCTION OF MIDWAY CROSSING SURFACE PARKING, RONKONKOMA | 8/18/2027 | 2035 | Transit | Date Only |
| NYCBK165 | UTICA_BUSLN | Utica Ave Priority Corridor | 7/1/2025 | 2026 | Combination | Date Only |
| NYCBK2214 | X77309 | Brooklyn Waterfront Greenway Gowanus Connector | 12/31/2024 | 2025 | Other | Date Only |
| NYCBK2580 | X73157 | Active Traffic Management (ATM) for Gowanus Expressway | 7/31/2026 | 2035 | Combination | Scope Change |
| NYCBK5545C | BB_SECOND2021 | 1st/2nd Ave Bus Lane Upgrades | 9/1/2024 | 2025 | Combination | Date Only |
| NYCBKC5246 | D702VN84 | Reconstruction of Verrazzano Bridge to Belt Parkway Exit Ramps | 12/31/2028 | 2035 | Highway | Date Only |
| NYCBX2845 | NYCBX2845 | Bronx River Greenway Soundview Connection | 7/1/2026 | 2035 | Other | Deleted |
| NYCBX4727 | X72711 | Cross Bronx Expressway Active Traffic Management | 7/31/2025 | 2026 | Other | Date Only |

DOT_0047084

| NYCBX5301C | BB_FORD2020 | Fordham Road Bus Priority Corridor | 9/1/2026 | 2035 | Combination | Date Only |
| NYCM2663 | G710-01AA | Second Avenue Subway Phase 2 | 9/30/2032 | 2035 | Transit | Date Only |
| NYCM2848 | SBS_96ST2018 | 96 St Busway | 9/1/2028 | 2035 | Combination | Date Only |
| NYCM2848 | NYCM2848 | 96 St Select Bus Service | 9/1/2020 | 2025 | Combination | Date Only |
| NYCMB1014 | X82329 | LaGuardia Airport Ferry | 12/12/2023 | 2025 | Transit | Deleted |
| NYCMB12190 | N8110102 | Interborough Express | 1/1/2030 | 2035 | Transit | New |
| NYCMB2350 | PW08-2548 | Canarsie Line Power Improvement Project | 1/31/2024 | 2025 | Transit | Date Only |

| NYCMB4712 | NYCMB4712 | Citywide Ferry - Coney Island Route | 8/31/2022 | 2025 | Transit | Deleted |
| NYCMB5413C | C801CP03 | Central Business District Tolling Program | 6/1/2024 | 2025 | Highway | Date Only |
| NYCMB5910C | X22877 | I 495 Integrated Corridor Management | 8/30/2026 | 2035 | Other | New |
| NYCMB767 | NYCMB767C | CONSTRUCTION OF MNR PENN STATION ACCESS | 11/30/2027 | 2035 | Transit | Date Only |
| NYCMB832 | X50162 | Construction of Fiber Optics Links on the Belt Parkway | 12/31/2024 | 2025 | Other | Date Only |
| NYCMB91 | X77032 | Brooklyn Bridge ITS | 12/30/2024 | 2025 | Other | Date Only |
| NYCQ2851 | SBS_RF2019 | Ridgewood to Flushing Bus Priority Corridor | 9/1/2026 | 2035 | Combination | Date Only |
| NYCQ2851 | NYCQ2851 | Ridgewood to Flushing SBS | 9/1/2020 | 2025 | Combination | Date Only |

**From:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**To:** "Kite-Laidlaw, Julia" <julia.kitelaidlaw@mtabt.org>, "Stephanie.Winkelhake@dot.ny.gov" <Stephanie.Winkelhake@dot.ny.gov>, "Carry, William" <wcarry@dot.nyc.gov>
**Cc:** "Phillips, Tanisa" <tanisa.phillips@mtabt.org>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Subject:** RE: CBDTP Small Business Working Group
**Date:** Wed, 03 Jan 2024 15:42:17 +0000
**Importance:** Normal

---

Julia,

Do you have a list of small businesses that you have invited? Is there an announcement that was posted? How are small businesses being identified?

Thank you,

Monica Pavlik

FHWA Major Project Oversight Manager
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

---

**From:** Kite-Laidlaw, Julia <julia.kitelaidlaw@mtabt.org>
**Sent:** Tuesday, January 2, 2024 2:09 PM
**To:** Stephanie.Winkelhake@dot.ny.gov; Carry, William <wcarry@dot.nyc.gov>; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>
**Cc:** Phillips, Tanisa <tanisa.phillips@mtabt.org>
**Subject:** CBDTP Small Business Working Group

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Stephanie, Will, and Monica,

I am writing to let you know that the first meeting of the Small Business Working Group, as committed to in the Central Business District Tolling Program Environmental Assessment, is scheduled to take place on January 23rd. We are offering participants a choice of potential time slots, and will finalize the one which works for the greatest number of people: 10 AM – noon, 1 PM – 3 PM, or 6 PM – 8 PM. We have asked invitees to RSVP by January 16th, at which point I will let you know the time.

Likewise, the Environmental Justice Community Group is tentatively convening on February 13th. We will be sending invitations in the near future.

Both meetings will be held on Zoom. Please let me know if you or another representative of your agency will attend.

Best,
Julia Kite-Laidlaw

**Julia Kite-Laidlaw**
*Senior Director, Strategy and Stakeholder Participation*

DOT_0047086

**MTA Bridges & Tunnels | Central Business District Tolling Program**

2 Broadway, 23rd Floor, New York, NY 10004

(E): julia.kitelaidlaw@mtabt.org

(T): 646-252-7334

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047087

**From:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**To:** "Kite-Laidlaw, Julia" <julia.kitelaidlaw@mtabt.org>, "Price, Anna (FHWA)"
<anna.price@dot.gov>, "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**Subject:** RE: CBDTP: Small Business and Environmental Justice meetings
**Date:** Tue, 09 Jan 2024 22:06:30 +0000
**Importance:** Normal

---

Thank you.

Monica Pavlik

FHWA Major Project Oversight Manager
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

---

**From:** Kite-Laidlaw, Julia <julia.kitelaidlaw@mtabt.org>
**Sent:** Tuesday, January 9, 2024 1:19 PM
**To:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Marquis, Rick
(FHWA) <Rick.Marquis@dot.gov>
**Subject:** CBDTP: Small Business and Environmental Justice meetings

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links
or open attachments unless you recognize the sender and know the content is safe.

Hi Monica, Anna, and Rick,

I wanted to provide you with an update on our Small Business Working Group and Environmental Justice Community
Group meetings. Monica and Anna, I know we were in touch already, but I am confirming the SBWG meeting will take
place on **Monday, January 22nd.** From the people who have responded thusfar with their preference of time slots, it is
looking like it will most likely be either 10:30 AM – noon or 2:30 – 4 PM.

We have selected **Tuesday, February 13th** for the first meeting of the Environmental Justice Community Group. We
intend to send invitations next week and will offer a choice of the following times: 11:30 AM- 1 PM, 2:30 PM – 4 PM,
and 6 PM – 7:30 PM. Like the Small Business group, this will be held virtually. Invitees will be a mix of organizations
who participated in our Environmental Justice Technical Advisory Group and organizations not previously recruited that
have a strong environmental justice remit and are located within the ten-county area described in the EA (New York
City; Hudson, Bergen, Essex, and Union Counties in New Jersey; Nassau County, NY).

I will send placeholder calendar invitations and let you know when the final time slots have been selected. For Small
Business, that should be by next Monday at the latest.

Please feel free to contact me with any questions.

Best,
Julia

**Julia Kite-Laidlaw**
*Senior Director, Strategy and Stakeholder Participation*
**MTA Bridges & Tunnels | Central Business District Tolling Program**
2 Broadway, 23rd Floor, New York, NY 10004

DOT_0047088

(E): julia.kitelaidlaw@mtabt.org
(T): 646-252-7334

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047089

**From:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**To:** "Flax, Leah" <leah.flax@mtabt.org>, "Price, Anna (FHWA)" <anna.price@dot.gov>, "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**Cc:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Angel, Nichola" <nangel@mtabt.org>, "Oliva, Louis" <LOLIVA@mtahq.org>, "Friman, Paul" <pfriman@mtabt.org>, "Michaelson, Juliette" <Juliette.Michaelson@mtacd.org>, "Elizabeth Knauer" <eknauer@sprlaw.com>, "Mark Chertok" <mchertok@sprlaw.com>, "Timoney, Caitlin" <Caitlin.Timoney@hdrinc.com>
**Subject:** RE: CBDTP Check-In Follow-Up (2/13)
**Date:** Fri, 16 Feb 2024 15:54:33 +0000
**Importance:** Normal

---

Thanks Leah.

Monica Pavlik

Acting South Dakota Deputy Division Administrator
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

---

**From:** Flax, Leah <leah.flax@mtabt.org>
**Sent:** Friday, February 16, 2024 8:52 AM
**To:** Price, Anna (FHWA) <anna.price@dot.gov>; Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>
**Cc:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Angel, Nichola <nangel@mtabt.org>; Oliva, Louis <LOLIVA@mtahq.org>; Friman, Paul <pfriman@mtabt.org>; Michaelson, Juliette <Juliette.Michaelson@mtacd.org>; Elizabeth Knauer <eknauer@sprlaw.com>; Mark Chertok <mchertok@sprlaw.com>; Timoney, Caitlin <Caitlin.Timoney@hdrinc.com>
**Subject:** RE: CBDTP Check-In Follow-Up (2/13)

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Rick, Anna, & Monica – Following up with the list of models used in the Final EA and approach for the reevaluation.
Thank you,
Leah

| Topic | Location in Final EA, Chapter 10, "Air Quality" | Model(s) Used in Final EA | Modeling Approach for Reevaluation |
|---|---|---|---|
| **Regional Criteria Pollutant, MSAT, and GHG** – County Analysis | Methodology – Section 10.1.7.1, pg 10-10 Environmental Consequences – Section 10.3.2.1, pg 10-21 | • **MOVES2014b** (current version at time of analysis – no longer being updated or supported for use)<br>• VMT from NYMTC's post-processor (in coordination with NYMTC and the ICG, this step was taken to show that the Project would be | • **MOVES3.1** (latest update to MOVES3 - https://www.epa.gov/moves/moves3-update-log)<br>• VMT direct from BPM (used Final EA network, VMT post-processing not required because the Project was added to the TIP and |

| | | consistent with NYMTC's conformity analysis because at the time of analysis the Project was not yet on the TIP and in AQ Conformity) | included in conformity in 2022) |
|---|---|---|---|
| **Microscale** – Intersection screening of CO, PM$_{2.5}$, and PM$_{10}$ | Methodology – 10.1.7.2, pg 10-14 Environmental Consequences – Section 10.3.2.2, pg 10-42 | • Screening only; no modeling required | • Screening only; no modeling required |
| **Highway Segments** – 'PM Hot Spot Analysis' | Methodology – 10.1.7.5, pg 10-16 Environmental Consequences – Section 10.3.2.3, pg 10-46 | • **MOVES3** (current version at time of analysis) <br> • **AERMOD version 21112** (current version at time of analysis – no longer being updated or supported for use) <br> • VMT direct from BPM | • **MOVES3.1** (latest update to MOVES3 - https://www.epa.gov/moves/moves3-update-log) <br> • **AERMOD version 23132** (current version) <br> • VMT direct from BPM (Final EA Network) |

---

**From:** Flax, Leah
**Sent:** Wednesday, February 14, 2024 9:22 AM
**To:** Price, Anna (FHWA) <anna.price@dot.gov>; Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; 'Monica Pavlik' <monica.pavlik@dot.gov>
**Cc:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Angel, Nichola <nangel@mtabt.org>; Oliva, Louis <LOLIVA@mtahq.org>; Friman, Paul <pfriman@mtabt.org>; Michaelson, Juliette <Juliette.Michaelson@mtacd.org>; Elizabeth Knauer <eknauer@sprlaw.com>; Mark Chertok <mchertok@sprlaw.com>; caitlin.timoney@hdrinc.com
**Subject:** CBDTP Check-In Follow-Up (2/13)

Hello Rick, Anna, and Monica – Thank you for meeting yesterday. We have updated the shared folder (FHWA Review) with the material used in our check-in (FHWA_CBDTP_021324mtg_dftv3_for FHWA.pptx).

As discussed, we will be following up with the list of AQ models used in the Final EA.

Thank you,
Leah

**Leah Flax**
**Senior Director, Policy & Operations Analysis**
**CBD Tolling Program, MTA Bridges & Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7042 • M: 646-901-4601
E: leah.flax@mtabt.org
Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**To:** "Ho, Cecilia (FHWA)" <Cecilia.Ho@dot.gov>, "Martinez, Victoria (FHWA)"
<Victoria.Martinez@dot.gov>, "Perritt, Karen (FHWA)" <Karen.Perritt@dot.gov>
**Cc:** "Price, Anna (FHWA)" <anna.price@dot.gov>, "Biondi, Emily (FHWA)"
<Emily.Biondi@dot.gov>, "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**Subject:** CGDTP Air Quality Analysis
**Date:** Tue, 27 Feb 2024 22:27:02 +0000
**Importance:** Normal
**Attachments:** FHWA_CBDTP_022724mtg_dftv6_for_FHWA.pptx

---

Cecilia, Victoria and Karen,

Thank you for joining the CBDTP meeting today. Attached is the slide presentation from today. I also included the table that outlines what model was used for the Final EA and what was used for the outputs in the reevaluation analysis.

The schedule looks like we will receive the Air Quality section of the Re-eval the week of March 29th. We will be requesting your review at that time. Thanks for all the assistance that you have and continue to provide this project. If you think of something that needs to be conveyed back to MTA or have any questions, please let me know.

Thank you,

Monica

| Topic | Location in Final EA, Chapter 10, "Air Quality" | Model(s) Used in Final EA | Modeling Approach for Reevaluation |
|---|---|---|---|
| **Regional Criteria Pollutant, MSAT, and GHG –** County Analysis | <u>Methodology</u> – Section 10.1.7.1, pg 10-10 <u>Environmental Consequences</u> – Section 10.3.2.1, pg 10-21 | • **MOVES2014b** (current version at time of analysis – no longer being updated or supported for use)<br>• VMT from NYMTC's post-processor (in coordination with NYMTC and the ICG, this step was taken to show that the Project would be consistent with NYMTC's conformity analysis because at the time of analysis the Project was not yet on the TIP and in AQ Conformity) | • **MOVES3.1** (latest update to MOVES3 - https://www.epa.gov/moves/moves3-update-log)<br>• VMT direct from BPM (used Final EA network, VMT post-processing not required because the Project was added to the TIP and included in conformity in 2022) |

DOT_0047092

| | | | |
|---|---|---|---|
| **Microscale** – Intersection screening of CO, $PM_{2.5}$, and $PM_{10}$ | <u>Methodology</u> – 10.1.7.2, pg 10-14 <u>Environmental Consequences</u> – Section 10.3.2.2, pg 10-42 | • Screening only; no modeling required | • Screening only; no modeling required |
| **Highway Segments** 'PM Hot Spot Analysis' | <u>Methodology</u> 10.1.7.5, pg 10-16 <u>Environmental Consequences</u> Section 10.3.2.3, pg 10-46 | • **MOVES3** (current version at time of analysis) <br> • **AERMOD version 21112** (current version at time of analysis – no longer being updated or supported for use) <br> • VMT direct from BPM | • <span style="color:red">MOVES3.1 (latest update to MOVES3 - <u>https://www.epa.gov/moves/moves3-update-log</u>)</span> <br> • **AERMOD version 23132** (current version) <br> • VMT direct from BPM (Final EA Network) |

Monica Pavlik

Acting South Dakota Deputy Division Administrator
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

DOT_0047093

**From:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**To:** "Price, Anna (FHWA)" <anna.price@dot.gov>, "Mani, Gautam (FHWA)" <gautam.mani@dot.gov>
**Subject:** FW: CGDTP Air Quality Analysis
**Date:** Wed, 06 Mar 2024 20:09:34 +0000
**Importance:** Normal
**Attachments:** FHWA_CBDTP_022724mtg_dftv6_for_FHWA.pptx

---

Monica Pavlik

Acting South Dakota Deputy Division Administrator
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

---

**From:** Pavlik, Monica (FHWA)
**Sent:** Tuesday, February 27, 2024 3:27 PM
**To:** Ho, Cecilia (FHWA) <Cecilia.Ho@dot.gov>; Martinez, Victoria (FHWA) <Victoria.Martinez@dot.gov>; Perritt, Karen (FHWA) <Karen.Perritt@dot.gov>
**Cc:** Price, Anna (FHWA) <anna.price@dot.gov>; Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>; Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Subject:** CGDTP Air Quality Analysis

Cecilia, Victoria and Karen,

Thank you for joining the CBDTP meeting today. Attached is the slide presentation from today. I also included the table that outlines what model was used for the Final EA and what was used for the outputs in the reevaluation analysis.

The schedule looks like we will receive the Air Quality section of the Re-eval the week of March 29th. We will be requesting your review at that time. Thanks for all the assistance that you have and continue to provide this project. If you think of something that needs to be conveyed back to MTA or have any questions, please let me know.

Thank you,

Monica

| Topic | Location in Final EA, Chapter 10, "Air Quality" | Model(s) Used in Final EA | Modeling Approach for Reevaluation |
|-------|--------------------------------------------------|---------------------------|------------------------------------|

DOT_0047094

| | | | |
|---|---|---|---|
| **Regional Criteria Pollutant, MSAT, and GHG** – County Analysis | <u>Methodology</u> – Section 10.1.7.1, pg 10-10 <u>Environmental Consequences</u> – Section 10.3.2.1, pg 10-21 | • **MOVES2014b** (current version at time of analysis – no longer being updated or supported for use) • <span style="color:red">VMT from NYMTC's post-processor (in coordination with NYMTC and the ICG, this step was taken to show that the Project would be consistent with NYMTC's conformity analysis because at the time of analysis the Project was not yet on the TIP and in AQ Conformity)</span> | • <span style="color:red">**MOVES3.1** (latest update to MOVES3 - https://www.epa.gov/moves/moves3-update-log)</span> • VMT direct from BPM (used Final EA network, VMT post-processing not required because the Project was added to the TIP and included in conformity in 2022) |
| **Microscale** Intersection screening of CO, $PM_{2.5}$, and $PM_{10}$ | <u>Methodology</u> 10.1.7.2, pg 10-14 <u>Environmental Consequences</u> Section 10.3.2.2, pg 10-42 | • Screening only; no modeling required | • Screening only; no modeling required |
| **Highway Segments** 'PM Hot Spot Analysis' | <u>Methodology</u> 10.1.7.5, pg 10-16 <u>Environmental Consequences</u> Section 10.3.2.3, pg 10-46 | • **MOVES3** (current version at time of analysis) • **AERMOD version 21112** (current version at time of analysis – no longer being updated or supported for use) • VMT direct from BPM | • <span style="color:red">**MOVES3.1** (latest update to MOVES3 - https://www.epa.gov/moves/moves3-update-log)</span> • **AERMOD version 23132** (current version) • VMT direct from BPM (Final EA Network) |

Monica Pavlik

Acting South Dakota Deputy Division Administrator
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

DOT_0047095

# 2/27/24 – Agenda

1. **Meeting Look-Ahead**

2. **Air Quality – Microscale & Mesoscale** (Chapter 10)

3. **Reevaluation Review Timeline**


**Bridges and Tunnels**

*Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement*

# Meeting Look-Ahead

**Planned Topics**

1. **3/5/24**
   - Other analyses

 **Bridges and Tunnels**

*Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement*

DOT_0047097

# AQ – Models Used (E-mailed 02/16/24)

| Topic | Location in Final EA, Chapter 10, "Air Quality" | Model(s) Used in Final EA | Modeling Approach for Reevaluation |
|---|---|---|---|
| **Regional Criteria Pollutant, MSAT, and GHG –** County Analysis | <u>Methodology</u> – Section 10.1.7.1, pg 10-10<br><u>Environmental Consequences</u> – Section 10.3.2.1, pg 10-21 | • **MOVES2014b** (current version at time of analysis – no longer being updated or supported for use)<br>• VMT from NYMTC's post-processor (in coordination with NYMTC and the ICG, this step was taken to show that the Project would be consistent with NYMTC's conformity analysis because at the time of analysis the Project was not yet on the TIP and in AQ Conformity) | • **MOVES3.1** (latest update to MOVES3 - https://www.epa.gov/moves/moves3-update-log)<br>• VMT direct from BPM (used Final EA network, VMT post-processing not required because the Project was added to the TIP and included in conformity in 2022) |
| **Microscale –** Intersection screening of CO, $PM_{2.5}$, and $PM_{10}$ | <u>Methodology</u> – 10.1.7.2, pg 10-14<br><u>Environmental Consequences</u> – Section 10.3.2.2, pg 10-42 | • Screening only; no modeling required | • Screening only; no modeling required |
| **Highway Segments –** 'PM Hot Spot Analysis' | <u>Methodology</u> – 10.1.7.5, pg 10-16<br><u>Environmental Consequences</u> – Section 10.3.2.3, pg 10-46 | • **MOVES3** (current version at time of analysis)<br>• **AERMOD version 21112** (current version at time of analysis – no longer being updated or supported for use)<br>• VMT direct from BPM | • **MOVES3.1** (latest update to MOVES3 - https://www.epa.gov/moves/moves3-update-log)<br>• **AERMOD version 23132** (current version)<br>• VMT direct from BPM (Final EA Network) |

 **Bridges and Tunnels**

*Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement*

DOT_0047098

# AQ – 02/23/24 Feedback from FHWA

- *It would help us develop better feedback if the MTA could provide some sensitivity analysis for the traffic anticipated under this new alternative.  If the traffic estimates for the new alternative change substantially from the alternative in the FONSI, it is recommended that MTA do a new NEPA Air Quality Analysis on, at a minimum, the alternative in the FONSI and the new proposed alternative.* **Reevaluation of traffic confirmed the conclusions of the Final EA, no substantial changes, information presented 1/23/24 (Chapter 4A) and 2/8/24 (Chapter 4B). For the 12-county AQ study area, VMT reductions of -0.4% are comparable to the -0.3% reduction in the Final EA (Scenario A).**

- *MOVES3.1 or MOVES4 (the latest model approved by EPA) would be the model to use, if a new analysis is needed.* **The Reevaluation is using MOVES3.1 (highway link hot spots & regional), MOVES3 was used for hot spot analysis in the Final EA. NYMTC is currently using MOVES3.1.**

- *Through interagency consultation, it was determined that the alternative in the FONSI was not a project of air quality concern and no PM2.5 hot-spot analyses were required for conformity purposes. This determination may need to be re-affirmed for the proposed alternative.* **NYSDOT reviewed and concurred with the Reevaluation approach. Analysis of Scenario 10J found that no intersections screened in for PM2.5 hot spot analysis. Reanalysis of highway link hot spots for PM2.5 was presented on 1/16/24 showing no change from the Final EA conclusions, no potential adverse effects.**

- *Also, the proposed alternative must come from a conforming plan and TIP as required in 40 CFR 93.115.  This requirement is satisfied if the proposed alternative's  design concept and scope have not significantly changed from the alternative in the FONSI.* **The project is in the TIP FFY 2023-2027, NYMTC confirmed that no TIP amendment is needed.**

 **Bridges and Tunnels**

*Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement*

# AQ Microscale – Final EA Methodology

1. Identified the intersections for analysis from Chapter 4A

2. Conducted screening analysis for pollutants of concern on a localized (microscale) level: CO, $PM_{2.5}$, and $PM_{10}$

3. All 102 intersections passed the screening analysis, no detailed air quality analysis (modeling) was necessary

**15 Study Areas for Analysis (102 Intersections)**

1. Brooklyn Bridge/Manhattan Bridge – Downtown Brooklyn
2. Hugh L. Carey Tunnel (HLC) – Red Hook, Brooklyn
3. HLC Tunnel and Holland Tunnel – Lower Manhattan, Brooklyn Bridge, and Manhattan Bridge
4. Holland Tunnel – Jersey City, NJ
5. Lincoln Tunnel – Manhattan
6. Ed Koch Queensboro Bridge – East Side at 60th St, Manhattan
7. West Side at 60th St – Manhattan
8. Queens-Midtown Tunnel (QMT) – Murray Hill, Manhattan
9. QMT/Ed Koch Queensboro Bridge – Long Island City, Queens
10. Robert F. Kennedy (RFK) Bridge – Astoria, Queens
11. RFK Bridge – Bronx
12. RFK Bridge–125th St – Manhattan
13. West Side Highway/Route 9A at 24th St – Manhattan
14. Lower East Side – Manhattan
15. Little Dominican Republic – Upper Manhattan near George Washington Bridge


**Bridges and Tunnels**

*Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement*

DOT_0047100

# AQ Microscale – Reevaluation Methodology

**Step 1:** Use results from reevaluation related to traffic at local intersections to identify incremental traffic at the 102 intersections due to Scenario 10J

**Step 2:** Conduct screening analysis using the same methodology as the Final EA

**Step 3:** For any intersections that fail the screening analysis, conduct detailed air quality analysis (modeling) for intersections

 **Bridges and Tunnels**

*Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement*

DOT_0047101

# AQ Microscale – Reevaluation Results

- 102 intersections were screened in the Final EA for potential CO and PM impacts; all intersections passed the screening and no further analysis was required

- The same 102 intersections were screened for Scenario 10J; all intersections passed the screening and no further analysis was required



Figure 4B-13.    Local Intersections and Data Collection Zones



Bridges and Tunnels

*Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement*

DOT_0047102

# AQ Microscale – Reevaluation Results

Final EA Table 10-13. CO and PM$_{2.5}$/PM$_{10}$ Microscale Screening Results, CBD Tolling Alternative (Tolling Scenario C and Tolling Scenario D), With Scenario 10J Added

| LOCATION | FINAL EA (SCENARIOS C & D) | | | | SCENARIO 10J | | | |
|---|---|---|---|---|---|---|---|---|
| | CO SCREENING | PM$_{2.5}$/PM$_{10}$ SCREENING | FURTHER ANALYSIS REQUIRED? | ADVERSE EFFECT? | CO SCREENING | PM$_{2.5}$/PM$_{10}$ SCREENING | FURTHER ANALYSIS REQUIRED? | ADVERSE EFFECT? |
| Brooklyn Bridge/Manhattan Bridge – Downtown Brooklyn | Pass | Pass | No | No | Pass | Pass | No | No |
| Hugh L. Carey Tunnel (HLC) – Red Hook, Brooklyn | Pass | Pass | No | No | Pass | Pass | No | No |
| HLC Tunnel & Holland Tunnel – Lower Manhattan, Brooklyn & Manhattan Bridges | Pass | Pass | No | No | Pass | Pass | No | No |
| Holland Tunnel – Jersey City, NJ | Pass | Pass | No | No | Pass | Pass | No | No |
| Lincoln Tunnel – Manhattan | Pass | Pass | No | No | Pass | Pass | No | No |
| Ed Koch Queensboro Bridge – East Side at 60th St, Manhattan | Pass | Pass | No | No | Pass | Pass | No | No |
| West Side at 60th St – Manhattan | Pass | Pass | No | No | Pass | Pass | No | No |
| Queens-Midtown Tunnel (QMT) – Murray Hill, Manhattan | Pass | Pass | No | No | Pass | Pass | No | No |
| QMT/Ed Koch Queensboro Bridge – Long Island City, Queens | Pass | Pass | No | No | Pass | Pass | No | No |
| Robert F. Kennedy (RFK) Bridge – Astoria, Queens | Pass | Pass | No | No | Pass | Pass | No | No |
| RFK Bridge – Bronx | Pass | Pass | No | No | Pass | Pass | No | No |
| RFK Bridge–125th St – Manhattan | Pass | Pass | No | No | Pass | Pass | No | No |
| West Side Highway/Route 9A at 24th St – Manhattan | Pass | Pass | No | No | Pass | Pass | No | No |
| Lower East Side – Manhattan | Pass | Pass | No | No | Pass | Pass | No | No |
| Little Dominican Republic – Upper Manhattan near George Washington Bridge | Pass | Pass | No | No | Pass | Pass | No | No |



**Bridges and Tunnels**

*Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement*

DOT_0047103

# AQ Mesoscale and MSAT – Final EA Methodology

- USEPA's then-current emission model, MOVES2014b, was used to estimate the mobile source emission factors for the mesoscale and MSAT analyses

- Scenario A was selected for analysis as it had the smallest reduction of VMT compared to the No Action Alternative and would therefore have the lowest beneficial effect on regional air quality

- MOVES was run for Scenario A & No Action post-processed VMT, speeds, vehicle mix, as well as the latest site-specific input data from NYSDEC and NJTPA

- As explained on page 10-11 of the Final EA, 12 counties were used for the air quality mesoscale, MSAT, and GHG analyses. These included the 10-county NYMTC area and the two counties in NJ with the greatest potential changes in VMT (greatest increase and decrease). No CT counties were included because they all saw decreases in VMT.
  - o NYC – Bronx, Kings (Brooklyn), New York (Manhattan), Queens, Richmond (Staten Island)
  - o Long Island – Nassau, Suffolk
  - o New York North of NYC – Putnam, Rockland, Westchester
  - o New Jersey – Hudson, Bergen

 **Bridges and Tunnels**

*Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement*

DOT_0047104

# AQ Mesoscale and MSAT – Reevaluation Methodology

- USEPA's current emission model, MOVES3.1, was used to estimate the mobile source emission factors for the mesoscale, and MSAT analyses

- MOVES was run for Scenario 10J & No Action with VMT (direct output from the BPM), speeds, vehicle mix, as well as the latest site-specific input data from NYSDEC and NJTPA

- The same 12 counties analyzed in the Final EA were studied

 **Bridges and Tunnels**

*Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement*

DOT_0047105

# AQ Mesoscale – Reevaluation Results

- Overall improvement in regional air quality
- No potential adverse effects

Final EA Table 10-7. Mesoscale Emission Burdens, CBD Tolling Alternative (Tolling Scenario A, tons/year), with Scenario 10J added

| Pollutant | No Action Alternative | Final EA Scenario A | % Difference vs. No Action – Scenario A | No Action Alternative | Scenario 10J | % Difference vs. No Action – Scenario 10J |
|---|---|---|---|---|---|---|
| Daily Vehicle-Miles Traveled (miles/day) | 182,736,632 | 182,143,856 | -0.3% | 146,956,932 | 146,387,802 | -0.4% |
| Volatile Organic Compounds (VOC) | 17,698 | 17,667 | -0.2% | 6,567 | 6,541 | -0.4% |
| Nitrogen Oxides (NO$_x$) | 23,956 | 23,864 | -0.4% | 12,437 | 12,378 | -0.5% |
| Carbon Monoxide (CO) | 227,726 | 227,074 | -0.3% | 93,881 | 93,220 | -0.7% |
| Particulate Matter (PM$_{10}$) | 5,884 | 5,828 | -1.0% | 2,878 | 2,849 | -1.0% |
| Particulate Matter (PM$_{2.5}$) | 1,452 | 1,441 | -0.7% | 604 | 599 | -0.8% |
| Carbon Dioxide Equivalents (CO$_2$e) | 32,445,206 | 32,236,481 | -0.6% | 17,461,889 | 17,360,966 | -0.6% |

 **Bridges and Tunnels**

*Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement*

DOT_0047106

# Mesoscale **Context** – Reevaluation Results

<u>Total</u> Mesoscale Emission Burdens (annual tons) by County, No Action Alternative

| Pollutant | No Action Alternative – Total (Final EA Network run, analyzed in MOVES3.1) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | New York | | Queens | Bronx | Kings | Richmond | Nassau | Suffolk | Westchester | Rockland | Putnam | Hudson | Bergen |
| | CBD | Entire County | | | | | | | | | | | |
| Volatile Organic Compounds | 239 | 335 | 814 | 301 | 532 | 237 | 1020 | 1229 | 606 | 445 | 88 | 284 | 676 |
| Nitrogen Oxides | 594 | 1,172 | 1,524 | 922 | 1009 | 360 | 1367 | 1,530 | 1,150 | 437 | 161 | 945 | 1860 |
| CO | 2,942 | 5,892 | 12,798 | 4,926 | 8,034 | 2,970 | 14,615 | 17,038 | 8,576 | 3,240 | 1,488 | 3,831 | 10,474 |
| $PM_{10}$ | 131 | 246 | 409 | 157 | 285 | 88 | 391 | 440 | 194 | 73 | 28 | 177 | 393 |
| $PM_{2.5}$ | 25 | 48 | 80 | 35 | 55 | 18 | 78 | 88 | 51 | 19 | 7 | 39 | 85 |
| $CO_2e$ | 543,341 | 1,094,965 | 2,262,004 | 959,355 | 1,392,571 | 514,306 | 2,358,984 | 2,773,666 | 1,559,039 | 579,935 | 248,028 | 987,755 | 2,731,283 |

<u>Change in</u> Mesoscale Emission Burdens (annual tons) by County from No Action Alternative, Scenario 10J

| Pollutant | Scenario 10J – Change From No Action Alternative (Final EA Network run, analyzed in MOVES3.1) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | New York | | Queens | Bronx | Kings | Richmond | Nassau | Suffolk | Westchester | Rockland | Putnam | Hudson | Bergen |
| | CBD | Entire County | | | | | | | | | | | |
| Volatile Organic Compounds | -13 | -14 | -3 | -3 | -2 | 2 | -1 | 0 | -2 | 0 | 0 | -6 | 3 |
| Nitrogen Oxides | -44 | -57 | 10 | 14 | 0 | 9 | -1 | 0 | -4 | -1 | 0 | -47 | 17 |
| CO | -319 | -407 | -117 | -21 | -80 | 66 | -15 | 2 | -51 | -10 | 0 | -138 | 110 |
| $PM_{10}$ | -14 | -18 | -3 | 1 | -3 | 2 | 0 | 0 | -1 | 0 | 0 | -11 | 4 |
| $PM_{2.5}$ | -3 | -3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -2 | 1 |
| $CO_2e$ | -59749 | -70761 | -12720 | 3245 | -10461 | 11852 | -2414 | 309 | -8399 | -1819 | -51 | -38662 | 28957 |

*Note: Yellow highlights indicate an increase compared to the No Action*


**Bridges and Tunnels**

*Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement*

DOT_0047107

# Mesoscale <u>Intensity</u> of Change (% Change) – Reevaluation Results

Final EA Table 10-8. Mesoscale Emission Burden <u>Percentage Changes</u> by County, CBD Tolling Alternative (Tolling Scenario A), with Scenario 10J below

| Pollutant | Final EA Tolling Scenario A – Percent Change from No Action Alternative (Final EA Network run post-processed, analyzed in MOVES2014b) | | | | | | | | | | | | |
| | New York | | Queens | Bronx | Kings | Richmond | Nassau | Suffolk | Westchester | Rockland | Putnam | Hudson | Bergen |
| | CBD | Entire County | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daily VMT (miles/day) | -11.56% | -5.88% | -0.36% | 0.15% | -0.74% | 1.73% | 0.03% | -0.03% | -0.22% | -0.17% | 0.28% | -2.24% | 0.88% |
| Volatile Organic Compounds | -4.96% | -3.29% | -0.32% | 0.03% | -0.32% | 0.44% | 0.05% | 0.02% | 0.21% | -0.05% | -0.03% | -0.66% | 0.20% |
| Nitrogen Oxides | -9.54% | -5.96% | -0.56% | 0.09% | -0.68% | 1.26% | 0.09% | 0.00% | -0.25% | -0.12% | 0.37% | -1.85% | 0.63% |
| CO | -7.58% | -4.58% | -0.37% | 0.02% | -0.51% | 0.89% | 0.03% | -0.03% | -0.13% | -0.05% | 0.00% | -1.02% | 0.49% |
| $PM_{10}$ | -12.16% | -9.75% | -1.23% | 0.30% | -1.00% | 2.12% | 0.19% | 0.11% | -0.32% | -0.36% | 0.31% | -3.86% | 0.74% |
| $PM_{2.5}$ | -11.37% | -8.52% | -0.99% | 0.20% | -0.90% | 1.80% | 0.14% | 0.06% | -0.23% | -0.25% | 0.26% | -3.00% | 0.69% |
| $CO_2e$ | -11.48% | -7.92% | -0.84% | 0.15% | -0.88% | 1.76% | 0.15% | 0.03% | -0.40% | -0.23% | 0.17% | -3.03% | 0.80% |

| Pollutant | Scenario 10J – Percent Change from No Action Alternative (Final EA Network run, analyzed in MOVES3.1) | | | | | | | | | | | | |
| | New York | | Queens | Bronx | Kings | Richmond | Nassau | Suffolk | Westchester | Rockland | Putnam | Hudson | Bergen |
| | CBD | Entire County | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daily VMT (miles/day) | -8.90% | -5.47% | -0.68% | 0.15% | -0.61% | 2.35% | -0.10% | 0.00% | -0.59% | -0.35% | -0.06% | -2.23% | 1.11% |
| Volatile Organic Compounds | -5.44% | -4.27% | -0.36% | -1.11% | -0.45% | 0.94% | -0.05% | 0.01% | -0.25% | -0.06% | 0.02% | -2.08% | 0.45% |
| Nitrogen Oxides | -7.41% | -4.85% | 0.67% | 1.48% | 0.03% | 2.47% | -0.09% | 0.02% | -0.31% | -0.21% | -0.05% | -4.96% | 0.92% |
| CO | -10.83% | -6.91% | -0.92% | -0.42% | -0.99% | 2.24% | -0.10% | 0.01% | -0.60% | -0.32% | 0.00% | -3.59% | 1.05% |
| $PM_{10}$ | -11.02% | -7.26% | -0.65% | 0.94% | -1.08% | 2.70% | -0.12% | 0.07% | -0.58% | -0.22% | 0.16% | -6.34% | 0.94% |
| $PM_{2.5}$ | -10.49% | -6.59% | -0.31% | 0.95% | -0.73% | 2.51% | -0.11% | 0.06% | -0.46% | -0.23% | 0.06% | -5.39% | 1.00% |
| $CO_2e$ | -11.00% | -6.46% | -0.56% | 0.34% | -0.75% | 2.30% | -0.10% | 0.01% | -0.54% | -0.31% | -0.02% | -3.91% | 1.06% |

*Note: Yellow highlights indicate an increase compared to the No Action*


**Bridges and Tunnels**

*Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement*

DOT_0047108

# MSAT **Context** – Reevaluation Results

Total Mobile Source Air Toxics Emission Burdens (annual tons) by County, No Action Alternative

| Pollutant | No Action Alternative – Total (Final EA Network run, analyzed in MOVES3.1) | | | | | | | | | | | | |
| | New York | | Queens | Bronx | Kings | Richmond | Nassau | Suffolk | Westchester | Rockland | Putnam | Hudson | Bergen |
| | CBD | Entire County | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 0.14 | 0.26 | 0.52 | 0.20 | 0.34 | 0.12 | 0.89 | 1.05 | 0.47 | 0.15 | 0.06 | 0.11 | 0.26 |
| Acetaldehyde | 2.40 | 4.23 | 4.17 | 2.84 | 3.01 | 0.96 | 3.85 | 4.22 | 2.69 | 0.89 | 0.34 | 1.90 | 3.32 |
| Acrolein | 0.16 | 0.29 | 0.37 | 0.20 | 0.27 | 0.09 | 0.33 | 0.37 | 0.29 | 0.10 | 0.03 | 0.19 | 0.36 |
| Benzene | 2.39 | 4.13 | 9.19 | 3.22 | 6.15 | 2.34 | 10.72 | 12.73 | 6.14 | 1.64 | 0.73 | 1.88 | 4.63 |
| Diesel PM | 7.77 | 15.73 | 21.65 | 13.58 | 14.72 | 5.56 | 19.40 | 20.79 | 22.70 | 8.05 | 2.61 | 15.23 | 27.94 |
| Ethylbenzene | 3.20 | 4.60 | 11.65 | 4.13 | 7.62 | 3.29 | 14.92 | 18.22 | 8.64 | 1.27 | 0.55 | 1.51 | 3.69 |
| Formaldehyde | 3.55 | 6.24 | 6.42 | 4.10 | 4.72 | 1.49 | 5.62 | 6.10 | 4.31 | 1.43 | 0.54 | 3.13 | 5.38 |
| Naphthalene | 0.23 | 0.43 | 0.63 | 0.29 | 0.45 | 0.15 | 0.65 | 0.74 | 0.48 | 0.16 | 0.06 | 0.25 | 0.51 |
| Polycyclic Organic Matter | 0.09 | 0.18 | 0.27 | 0.13 | 0.19 | 0.06 | 0.29 | 0.33 | 0.23 | 0.08 | 0.03 | 0.11 | 0.23 |

Change in Mobile Source Air Toxics Emission Burdens (annual tons) by County from No Action Alternative, Scenario 10J

| Pollutant | Scenario 10J – Change from No Action Alternative (Final EA Network run, analyzed in MOVES3.1) | | | | | | | | | | | | |
| | New York | | Queens | Bronx | Kings | Richmond | Nassau | Suffolk | Westchester | Rockland | Putnam | Hudson | Bergen |
| | CBD | Entire County | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | -0.02 | -0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 | 0.00 |
| Acetaldehyde | -0.16 | -0.20 | 0.01 | 0.02 | -0.01 | 0.02 | 0.00 | 0.00 | -0.01 | 0.00 | -0.02 | -0.16 | 0.03 |
| Acrolein | -0.01 | -0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.01 | 0.00 |
| Benzene | -0.25 | -0.27 | -0.07 | -0.01 | -0.05 | 0.04 | -0.01 | 0.00 | -0.03 | 0.00 | -0.06 | -0.09 | 0.05 |
| Diesel PM | -0.67 | -0.76 | 0.24 | 0.17 | 0.07 | 0.13 | -0.01 | 0.01 | -0.05 | -0.01 | -0.12 | -0.75 | 0.29 |
| Ethylbenzene | -0.20 | -0.22 | -0.06 | 0.00 | -0.04 | 0.04 | -0.01 | 0.00 | -0.03 | 0.00 | -0.05 | -0.09 | 0.04 |
| Formaldehyde | -0.25 | -0.30 | 0.01 | 0.03 | -0.02 | 0.03 | -0.01 | 0.00 | -0.02 | 0.00 | -0.03 | -0.27 | 0.05 |
| Naphthalene | -0.02 | -0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.02 | 0.00 |
| Polycyclic Organic Matter | -0.01 | -0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.01 | 0.00 |

*Note: Yellow highlights indicate an increase compared to the No Action Alternative*



**Bridges and Tunnels**

*Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement*

DOT_0047109

# MSAT <u>Intensity</u> of Change (% Change) – Reevaluation Results

Final EA Table 10-11. Mobile Source Air Toxics Emission Burden <u>Percentage Changes</u> by County, CBD Tolling Alternative (Tolling Scenario A), with Scenario 10J below

| Pollutant | Final EA Tolling Scenario A – Percent Change from No Action Alternative (Final EA Network run post-processed, analyzed in MOVES2014b) | | | | | | | | | | | | |
| | New York | | Queens | Bronx | Kings | Richmond | Nassau | Suffolk | Westchester | Rockland | Putnam | Hudson | Bergen |
| | CBD | Entire County | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daily VMT (miles/day) | -11.56% | -5.88% | -0.36% | 0.15% | -0.74% | 1.73% | 0.03% | -0.03% | -0.22% | -0.17% | 0.28% | -2.24% | 0.88% |
| 1,3-Butadiene | -11.82% | -9.11% | -1.12% | 0.17% | -0.99% | 1.96% | 0.22% | 0.07% | -0.25% | -0.26% | 0.30% | -3.93% | 0.81% |
| Acetaldehyde | -11.78% | -9.09% | -1.13% | 0.16% | -0.99% | 1.95% | 0.26% | 0.08% | -0.25% | -0.27% | 0.30% | -3.96% | 0.79% |
| Acrolein | -11.79% | -9.25% | -1.17% | 0.15% | -1.01% | 1.98% | 0.29% | 0.10% | -0.26% | -0.28% | 0.29% | -4.05% | 0.77% |
| Benzene | -10.91% | -7.37% | -0.74% | 0.05% | -0.82% | 1.56% | 0.13% | 0.01% | -0.19% | -0.17% | 0.27% | -2.48% | 0.70% |
| Diesel PM | -11.79% | -8.64% | -0.94% | 0.20% | -0.94% | 1.99% | 0.23% | 0.10% | -0.28% | 0.00% | 0.28% | -3.44% | 0.74% |
| Ethylbenzene | -8.58% | -6.14% | -0.65% | 0.07% | -0.63% | 1.01% | 0.12% | 0.03% | -0.11% | -0.12% | 0.15% | -1.57% | 0.40% |
| Formaldehyde | -11.78% | -9.18% | -1.15% | 0.16% | -1.00% | 1.96% | 0.29% | 0.09% | -0.26% | -0.28% | 0.29% | -4.02% | 0.77% |
| Naphthalene | -11.76% | -9.06% | -1.13% | 0.14% | -0.99% | 1.95% | 0.27% | 0.08% | -0.25% | -0.27% | 0.29% | -3.96% | 0.78% |
| Polycyclic Organic Matter | -11.59% | -8.46% | -0.99% | 0.09% | -0.96% | 1.84% | 0.20% | 0.04% | -0.24% | -0.25% | 0.30% | -3.62% | 0.82% |

| Pollutant | Scenario 10J – Percent Change from No Action Alternative (Final EA Network run, analyzed in MOVES3.1) | | | | | | | | | | | | |
| | New York | | Queens | Bronx | Kings | Richmond | Nassau | Suffolk | Westchester | Rockland | Putnam | Hudson | Bergen |
| | CBD | Entire County | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daily VMT (miles/day) | -8.90% | -5.47% | -0.68% | 0.15% | -0.61% | 2.35% | -0.10% | 0.00% | -0.59% | -0.35% | -0.06% | -2.23% | 1.11% |
| 1,3-Butadiene | -11.26% | -6.99% | -0.80% | 0.33% | -0.93% | 2.35% | -0.11% | 0.03% | -0.59% | -0.28% | -8.33% | -5.84% | 1.01% |
| Acetaldehyde | -6.76% | -4.80% | 0.24% | 0.80% | -0.33% | 2.39% | -0.10% | 0.03% | -0.45% | -0.25% | -6.72% | -8.19% | 0.91% |
| Acrolein | -7.96% | -5.10% | 0.24% | 1.01% | -0.27% | 2.09% | -0.09% | 0.02% | -0.39% | -0.25% | -5.90% | -7.10% | 0.90% |
| Benzene | -10.29% | -6.48% | -0.74% | -0.37% | -0.87% | 1.72% | -0.09% | 0.02% | -0.48% | -0.29% | -8.50% | -4.67% | 1.04% |
| Diesel PM | -8.60% | -4.84% | 1.09% | 1.22% | 0.45% | 2.31% | -0.06% | 0.06% | -0.23% | -0.17% | -4.43% | -4.89% | 1.04% |
| Ethylbenzene | -6.34% | -4.80% | -0.48% | -0.02% | -0.56% | 1.09% | -0.06% | 0.02% | -0.29% | -0.27% | -8.62% | -5.71% | 0.99% |
| Formaldehyde | -7.09% | -4.83% | 0.12% | 0.79% | -0.37% | 2.20% | -0.10% | 0.02% | -0.45% | -0.27% | -6.48% | -8.50% | 0.93% |
| Naphthalene | -9.13% | -5.61% | -0.26% | 0.77% | -0.56% | 2.06% | -0.10% | 0.02% | -0.48% | -0.28% | -6.86% | -6.99% | 0.96% |
| Polycyclic Organic Matter | -9.43% | -5.68% | -0.24% | 0.80% | -0.51% | 2.07% | -0.10% | 0.02% | -0.46% | -0.27% | -6.69% | -6.40% | 0.99% |

*Note: Yellow highlights indicate an increase compared to the No Action Alternative*

**MTA Bridges and Tunnels**

*Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement*

DOT_0047110

# AQ Mesoscale – Reevaluation Results

- Overall improvement in regional air quality
- No potential adverse effects

Final EA Table 10-7. Mesoscale Emission Burdens, CBD Tolling Alternative (Tolling Scenario A, tons/year), with Scenario 10J added

| Pollutant | No Action Alternative | Final EA Scenario A | % Difference vs. No Action – Scenario A | No Action Alternative | Scenario 10J | % Difference vs. No Action – Scenario 10J |
|---|---|---|---|---|---|---|
| Daily Vehicle-Miles Traveled (miles/day) | 182,736,632 | 182,143,856 | -0.3% | 146,956,932 | 146,387,802 | -0.4% |
| Volatile Organic Compounds (VOC) | 17,698 | 17,667 | -0.2% | 6,567 | 6,541 | -0.4% |
| Nitrogen Oxides ($NO_x$) | 23,956 | 23,864 | -0.4% | 12,437 | 12,378 | -0.5% |
| Carbon Monoxide (CO) | 227,726 | 227,074 | -0.3% | 93,881 | 93,220 | -0.7% |
| Particulate Matter ($PM_{10}$) | 5,884 | 5,828 | -1.0% | 2,878 | 2,849 | -1.0% |
| Particulate Matter ($PM_{2.5}$) | 1,452 | 1,441 | -0.7% | 604 | 599 | -0.8% |
| Carbon Dioxide Equivalents ($CO_2e$) | 32,445,206 | 32,236,481 | -0.6% | 17,461,889 | 17,360,966 | -0.6% |

 **Bridges and Tunnels**

*Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement*

DOT_0047111

# Reevaluation Review Timeline

**Formal schedule has FHWA review beginning 4/12/24**

**Reevaluation Draft Part 1 – Potential to share 3/15/24**
- 1 – Intro
- 4A – Transportation
- 4B – Traffic
- 4D – Parking
- 4E – Pedestrians
- 6 – Economics
- 7, 8, 9, 13, 14, 15 – Analyses Related to Construction & Physical Infrastructure

**Reevaluation Draft Part 2 – Potential to share 3/29/24**
- 4C – Transit
- 5 – Social Conditions
- 10 – Air Quality
- 12 – Noise
- 17 – Environmental Justice

 **Bridges and Tunnels**

*Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement*

DOT_0047112

**From:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**To:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Michaelson, Juliette" <Juliette.Michaelson@mtacd.org>, "Angel, Nichola" <nangel@mtabt.org>, "Flax, Leah" <leah.flax@mtabt.org>, "Friman, Paul" <pfriman@mtabt.org>, "Oliva, Louis" <LOLIVA@mtahq.org>, "Biondi, Emily (FHWA)" <Emily.Biondi@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>, "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>, "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>, "Gardner, Brian (FHWA)" <Brian.Gardner@dot.gov>, "Ho, Cecilia (FHWA)" <Cecilia.Ho@dot.gov>, "Martinez, Victoria (FHWA)" <Victoria.Martinez@dot.gov>, "Perritt, Karen (FHWA)" <Karen.Perritt@dot.gov>, "Mani, Gautam (FHWA)" <gautam.mani@dot.gov>, "Cogburn, Megan (FHWA)" <megan.cogburn@dot.gov>
**Cc:** "Campbell, Armani" <armani.campbell@mtabt.org>, "Houck, Ivory" <ivory.houck@mtabt.org>
**Subject:** RE: FHWA Re - Evaluation
**Date:** Wed, 06 Mar 2024 20:55:04 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png

---

Allison,

We were finally able to meet with all of our AQ SMEs. We would like to use the March 12th meeting to resolve our issues (see below).

We also believe that we need to include Mark Maglienti from NYMTC. Gautam Mani will forward the invite to Mark if this is acceptable to you.

Below are our questions:

# AQ Questions

### Scenario A
1. Modeling Approach: Is Scenario A part of the No Action Alternative?
2. Are you using the VMT directly from the BPM? (Our understanding is that Scenario A was built into the BPM model - for Conformity)
3. How is tolling Scenario 10J being modeled in the BPM?
   ### Post Processing
4. Are you saying post processing is not required because Scenario A is included in the BPM?
5. What is involved with post processing?
6. Why does the Re-Eval modeling not have/need any "post processing"?

### Differences in transportation network for BPM Runs
7. Explain the changes, i.e. land use and transportation network assumptions, between the 2022, 2023 and the 2024 BPM model runs to cause the drastic drop in VMT (see slide 11)? Please detail and document any assumption changes that were made to the BPM.
8. Please include the years on the table of BPM runs for the "No Action" Alternative – see slide 11.
9. From which years are you pulling modeling data? BPM 2022? BPM 2023? BPM 2024?

### Previous Conformity Analysis
10. Were the VMT numbers taken directly from the previous conformity analysis? If so, which year's conformity determination?

### MOVES Modeling Clarification
11. Please clarify what MOVES model NYMTC is using? 3.0 or 3.1?

DOT_0047113

12. Please clarify what MOVES model WSP is using. Slide 2: 3.1?

# AQ – Models Used (E-mailed 02/16/24)

| Topic | Location in Final EA, Chapter 10, "Air Quality" | Model(s) Used in Final EA | Modeling Approach for Reevaluation |
|---|---|---|---|
| **Regional Criteria Pollutant, MSAT, and GHG –** County Analysis | Methodology Section 10.1.7.1, pg 1010 Environmental Consequences Section 10.3.2.1, pg 1021 | • **MOVES2014b** (current version at time of analysis – no longer being updated or supported for use) <br> • VMT from NYMTC's post-process (in coordination with NYMTC and the ICG, step was taken to show that the Project would be consistent with NYMTC's conformity analysis because at the time analysis the Project was not yet on the and in AQ Conformity) | • **MOVES3.1** (latest update to MOVES3 https://www.epa.gov/moves/moves3 update log) <br> • VMT direct from BPM (used Final EA network, VMT post-processing not required because the Project was added to the TIP and included in conformity in 2022) |
| **Microscale –** Intersection screening of CO, $PM_{2.5}$, and $PM_{10}$ | Methodology 10.1.7.2, pg 10-14 Environmental Consequences Section 10.3.2.2, pg 1042 | • Screening only; no modeling required | • Screening only; no modeling required |
| **Highway Segments – 'PM Hot Spot Analysis'** | Methodology 10.1.7.5, pg 10-16 Environmental Consequences Section 10.3.2.3, pg 1046 | • **MOVES3** (current version at time of analysis) <br> • **AERMOD version 21112** (current version at time of analysis – no longer being updated or supported for use) <br> • VMT direct from BPM | • **MOVES3.1** (latest update to MOVES3 https://www.epa.gov/moves/moves3 update log) <br> • **AERMOD version 23132** (current version) <br> • VMT direct from BPM (Final EA Network) |

 **Bridges and Tunnels**    *Draft, Privileged and Confidential Shared Information as per the Common Interest and Confidentiality Agreement*

# AQ Mesoscale – Reevaluation Results

- Overall improvement in regional air quality
- No potential adverse effects

Final EA Table 10-7. Mesoscale Emission Burdens, CBD Tolling Alternative (Tolling Scenario A, tons/year), with Scenario 10J added

| Pollutant | No Action Alternative | Final EA Scenario A | % Difference vs. No Action – Scenario A | No Action Alternative | Scenario 10J | % Difference vs. No Action – Scenario 10J |
|---|---|---|---|---|---|---|
| Daily Vehicle-Miles Traveled (miles/day) | 182,736,632 | 182,143,656 | -0.3% | 148,956,932 | 148,387,602 | -0.4% |
| Volatile Organic Compounds (VOC) | 17,698 | 17,667 | -0.2% | 6,567 | 6,541 | -0.4% |
| Nitrogen Oxides (NO) | 23,956 | 23,864 | -0.4% | 12,437 | 12,378 | -0.5% |
| Carbon Monoxide (CO) | 227,726 | 227,074 | -0.3% | 93,881 | 93,220 | -0.7% |
| Particulate Matter ($PM_{2.5}$) | 5,884 | 5,828 | -1.0% | 2,878 | 2,849 | -1.0% |
| Particulate Matter ($PM_{10}$) | 1,452 | 1,441 | -0.7% | 604 | 599 | -0.8% |
| Carbon Dioxide Equivalents (CO₂e) | 32,445,206 | 32,236,481 | -0.6% | 17,461,889 | 17,360,966 | -0.6% |

 **Bridges and Tunnels**    *Draft, Privileged and Confidential Shared Information as per the Common Interest and Confidentiality Agreement*

Thank you,

Monica Pavlik

Acting South Dakota Deputy Division Administrator
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

-----Original Appointment-----
**From:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>
**Sent:** Tuesday, October 10, 2023 8:45 AM
**To:** C. de Cerreno, Allison; Michaelson, Juliette; Angel, Nichola; Flax, Leah; Friman, Paul; Oliva, Louis; Biondi, Emily

(FHWA); Price, Anna (FHWA); Pavlik, Monica (FHWA); Vaughn-Farr, Sharon (FHWA); Marquis, Rick (FHWA)
**Cc:** Campbell, Armani; Houck, Ivory
**Subject:** FHWA Re - Evaluation
**When:** Tuesday, March 12, 2024 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting
**Importance:** High

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

_____

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 257 110 428 191
Passcode: K5R3wR
Download Teams | Join on the web

**Or call in (audio only)**
+1 917 933 2166,,635980698#   United States, New York City
Phone Conference ID: 635 980 698#
Find a local number | Reset PIN

Learn More | Meeting options

_____

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**To:** "Formosa, John (FHWA)" <John.Formosa@dot.gov>, "Pavlik, Monica (FHWA)"
        <Monica.Pavlik@dot.gov>, "NY-Staff (FHWA)" <NY-Staff@dot.gov>
**Subject:** RE: Article, CBDTP
**Date:** Wed, 27 Mar 2024 16:55:38 +0000
**Importance:** Normal

---

Thank you very much John.

**From:** Formosa, John (FHWA) <John.Formosa@dot.gov>
**Sent:** Wednesday, March 27, 2024 12:35 PM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; NY-Staff (FHWA) <NY-Staff@dot.gov>
**Subject:** RE: Article, CBDTP

Fyi

At 12:28, the MTA Board meeting adjourned.  The vote was in favor of the Congestion Pricing Tolling schedule as recommended… with a limited among of changes.

- Those changes include expansion of bus exemptions for yellow bus students and for routine scheduled commuter buses.  The second area of exemption is a volume of some 5000 City vehicles working daily within the Congestion Zone and deemed to be carrying equipment and supplies vital for City functions.
- There were two Board members who voiced opposition to Congestion Pricing; these represented part of Long Island, and the West of Hudson communities.

Additional minutes of this Board Meeting will be sent after the Press Conference concludes.

---

**From:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Sent:** Wednesday, March 27, 2024 11:12 AM
**To:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; NY-Staff (FHWA) <NY-Staff@dot.gov>
**Subject:** Article, CBDTP

# MTA plans final congestion pricing vote: What you need to know

**Congestion pricing cameras at W. 60th St. and Broadway are pictured Friday, March 15, 2024 in Manhattan, New York**.

By **EVAN SIMKO-BEDNARSKI** | New York Daily News
PUBLISHED: March 26, 2024 at 2:42 p.m. | UPDATED: March 26, 2024 at 6:12 p.m.
The MTA is expected to approve a congestion pricing tolling plan Wednesday, ahead of a June launch for the program — barring a judicial ruling favoring New Jerseyans or others who oppose the plan.

DOT_0047116

With much back-and-forth since then-Mayor Mike Bloomberg first proposed the idea of congestion pricing 14 years ago — including some last-minute tweaks announced this week — Gothamites can be forgiven if they've lost track of exactly how the transit authority plans to make congestion pricing work.

But the Daily News is here to help.

Under the plan before the MTA's board, the toll to enter Midtown and lower Manhattan will be $15 — for most motorists, in most vehicles, most of the time, as long as they have E-ZPass.

Drivers entering through an already-tolled crossing — the Holland, Lincoln, Brooklyn-Battery or Queens-Midtown tunnels — will receive a $5 discount king the congestion toll $10.

All drivers will receive a 75% discount off the regular toll overnight, between 9 p.m. and 5 a.m. That means that during those hours, the fee for cars will drop from $15 down to $3.75. But during those hours, the $5 tunnel discount will not apply.

The discounts and base tolls will scale depending on the size of the vehicle. Motorcyclists' base toll will be $7.50, and their tunnel-crossing credit will be $2.50.

Small box trucks will be charged $24, while big rigs will rack up a $36 base fee.

Drivers in vehicles without E-ZPass will be charged 50% more — $22.50 for cars — and will not be eligible for the tunnel-crossing discount.

The MTA reserves the right to raise the toll by 25% on days the city deems "gridlock alert days" — historically high-traffic days like the winter holidays or during the United Nations General Assembly.

Transit and commuter buses — whether operated by the MTA, another public agency, or a private company — will be exempt from the toll, so long as they are open to the public and run on a regular schedule. Examples include long distance bus service like MegaBus or the Hampton Jitney, as well as smaller TLC licensed commuter vans. School buses under contract with the city's Department of Education will also be exempt.

All other buses, be they private intercity charters or employee shuttles, will be tolled as trucks according to their size.

Specialized municipal vehicles, like garbage trucks and street sweepers, will be exempt, as will emergency vehicles. MTA officials have said they will also exempt city-owned cars used by various city inspectors and agency officials who need access to the congestion zone.

**Traffic traverses 42nd St. near Grand Central Terminal in New York City on Jan. 11, 2018.**

**Will motorists be charged every time they drive into the congestion zone?**
For most drivers, no. Under the plan, most motorists would be charged only once a day for entering the congestion zone. Cars, small vans and pickup trucks

DOT_0047117

that drive in and out of the zone several times a day — for instance, a courier making multiple delivery runs in and out of the zone — will only be charged once.

The system will reset at midnight, MTA officials said. That means drivers who enter the zone in the early morning hours — before 5 a.m. on a weekday — would be charged only the 75% discounted overnight rate that day.

But there's a big exception for larger vehicles, such as trucks and non-exempt buses, which will pay the toll at a higher rate than passenger cars. Under the plan, they will be charged each time they enter the zone.

The system will work differently for taxis, Ubers, and other for-hire vehicles. Cars with Taxi and Limousine Commission plates will pay a surcharge on every hired trip into or out of the congestion zone that will be added to customers' fares.

**If drivers will only be charged when they enter the congestion zone, why are cameras installed on roads leading out of it?**

Attentive New Yorkers have noticed congestion tolling cameras positioned above roads leading out of the zone — or even out of the city, such as at the entrance to the New Jersey-bound tube of the Holland Tunnel.

While MTA officials did originally float the idea of charging motorists for days spent within the congestion zone — and assessing that time by tracking when vehicles leave the zone — the agency has since decided to only charge tolls upon entry.

But MTA officials have told The News that outbound cameras remain necessary to track congestion pricing's overall effect on traffic patterns, a legal requirement of the program.

**Toll readers are pictured over Brooklyn-bound lanes of the Manhattan Bridge on Saturday, March 2, 2024.**

**How will the tolling system work?**
The tolling system is expected to work much like the system already in place on area bridges and tunnels. In fact, it's been built by the same firm that set up cashless tolling for MTA bridges and tunnels, Nashville-based TransCore.

Vehicles with an E-ZPass transponder will be picked up by E-ZPass receivers on the tolling gantries, which will log the transponder's unique identifier and charge it a toll.

Drivers without E-ZPass will be tolled by mail using license plate cameras.

The camera/receiver network will also determine when not to toll someone.

**What if I'm driving through the zone to get somewhere else?**
The West Side Highway, the FDR Drive, and the Battery Park Underpass — the tunnel under the battery that links FDR Drive to the West Side Highway — are all deemed to be outside the congestion pricing zone.

A driver who rounds the horn of Manhattan on the highways from the Upper West to the Upper East sides will not be charged a congestion toll.

If you enter Manhattan at the Brooklyn-Battery Tunnel and drive directly up to the Upper East or Upper West sides north of 60th St. without leaving the highways, you also will not be charged.

DOT_0047118

The same goes for the Brooklyn Bridge — so long as a driver sticks to the off- ramp leading directly to the FDR drive.

MTA officials tell The News that the camera system will make sure that vehicles making such trips are not charged.

**How far along is the tolling system's construction?**

The $550 million project to install TransCore's cameras throughout Manhattan is largely complete, and the system is currently undergoing a series of tests.

MTA officials have stated in court that they expect to turn on the tolling network in mid-June.

**From:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**To:** "Crim, Stephen" <stephen.crim@mtabt.org>, "Marquis, Rick (FHWA)"
<Rick.Marquis@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Cc:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Angel, Nichola"
<nangel@mtabt.org>, "Oliva, Louis" <LOLIVA@mtahq.org>, "Friman, Paul"
<pfriman@mtabt.org>, "Michaelson, Juliette" <JMichaelson@mtahq.org>, "Flax, Leah"
<Leah.Flax@mtacd.org>, "Elizabeth Knauer" <eknauer@sprlaw.com>, "Mark Chertok"
<mchertok@sprlaw.com>, "Timoney, Caitlin" <Caitlin.Timoney@hdrinc.com>, "Tiernan,
Christine" <Christine.Tiernan@wsp.com>, "Julie Cowing" <jcowing@akrf.com>, "Doliner,
Katie R." <Katie.Doliner@wsp.com>, "Schneider, Josh" <JSchneider@mtabt.org>
**Subject:** RE: Agenda Items for 04/02/24 Re-Evaluation Meeting
**Date:** Mon, 01 Apr 2024 17:42:40 +0000
**Importance:** Normal

---

Stephen,

I have been looking at the AQ Tech Memo. Two weeks ago, we asked a question about the BPM model that was used for the transportation analysis and the difference of the BPM model that was used for the AQ Section. I don't see a good answer in the Tech Memo. Would you please be prepared to cover this for us?

Thank you,

Monica Pavlik

Acting South Dakota Deputy Division Administrator
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

---

**From:** Crim, Stephen <stephen.crim@mtabt.org>
**Sent:** Monday, April 1, 2024 9:23 AM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Angel, Nichola <nangel@mtabt.org>; Oliva, Louis <LOLIVA@mtahq.org>; Friman, Paul <pfriman@mtabt.org>; Michaelson, Juliette <JMichaelson@mtahq.org>; Flax, Leah <Leah.Flax@mtacd.org>; Elizabeth Knauer <eknauer@sprlaw.com>; Mark Chertok <mchertok@sprlaw.com>; Timoney, Caitlin <Caitlin.Timoney@hdrinc.com>; Tiernan, Christine <Christine.Tiernan@wsp.com>; Julie Cowing <jcowing@akrf.com>; Doliner, Katie R. <Katie.Doliner@wsp.com>; Schneider, Josh <JSchneider@mtabt.org>
**Subject:** Agenda Items for 04/02/24 Re-Evaluation Meeting

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Rick, Monica, and Anna:

Good morning. We are discussing agenda items for tomorrow's re-evaluation meeting, scheduled for 2pm Eastern, and we would like to know if you have any items for the agenda. Would you please share those items if you have some and just let me know if you do not have any?

With Thanks,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7045
C: 347-918-6351
E: stephen.crim@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047121

**From:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>

**To:** "Crim, Stephen" <stephen.crim@mtabt.org>, "Marquis, Rick (FHWA)"
<Rick.Marquis@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>

**Cc:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Angel, Nichola"
<nangel@mtabt.org>, "Robinson, Zulema" <ZRobinson@mtabt.org>, "Oliva, Louis"
<LOLIVA@mtahq.org>, "Friman, Paul" <pfriman@mtabt.org>, "Michaelson, Juliette"
<JMichaelson@mtahq.org>, "Elizabeth Knauer" <eknauer@sprlaw.com>, "Mark Chertok"
<mchertok@sprlaw.com>, "Lewis, Michael" <Michael.Lewis@hdrinc.com>, "Timoney,
Caitlin" <Caitlin.Timoney@hdrinc.com>, "Tiernan, Christine"
<Christine.Tiernan@wsp.com>, "Julie Cowing" <jcowing@akrf.com>, "Doliner, Katie R."
<Katie.Doliner@wsp.com>, "Houck, Ivory" <ivory.houck@mtabt.org>, "Campbell, Armani"
<armani.campbell@mtabt.org>, "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-
Fair@dot.gov>

**Subject:** RE: Move Tues., 04/09/24 Meeting to Mon., 04/08/24 PM?

**Date:** Fri, 05 Apr 2024 22:14:07 +0000

**Importance:** Normal

**Attachments:** 04B_CBDTP_Reeval_4B_Traffic_DFT_v3_03-15-24.docx;
04A_CBDTP_Reeval_4A_Transportation_DFT_v3_03-15-24.docx;
01_CBDTP_Reeval_1_Intro_DFT_v3_03-15-24.docx;
04D_CBDTP_Reeval_4D_Parking_DFT_v3_03-15-24.docx;
04E_CBDTP_Reeval_4E_Pedestrians_DFT_v3_03-15-24.docx; CBDTP_Reeval_-
_AQ_Tech_Memo_DFT_v3_03-27-24.docx; CBDTP_Reeval_-
_AQ_Tech_Memo_DFT_v5_04-03-24.docx; 12_CBDTP_Reeval_12_Noise_DFT_v3_03-
22-24.docx; 17_CBDTP_Reeval_17_Environmental_Justice_DFT_v3_03-22-24.docx;
18_CBDTP_Reeval_18_Public_Participation_DFT_v3_03-22-24.docx;
05_CBDTP_Reeval_5_Social_Conditions_DFT_v3_03-22-24.docx;
10_CBDTP_Reeval_10_Air_Quality_DFT_v3_03-22-24.docx;
11_CBDTP_Reeval_11_Energy_DFT_v3_03-22-24.docx;
04C_CBDTP_Reeval_4C_Transit_DFT_v3_03-22-24.docx

---

Stephen,

That is fine with me. Anna won't make it. We can go over any questions you have on Anna's and my comments. Please end the meeting before 2:00 PM ET. I have a meeting that starts at 2:00 ET. Otherwise, I am free.

Please note:
I am resending the Intro section. Anna added language from the FONSI that must be included.

I am also sending the previous and current traffic white papers. I didn't have time to consolidate nor ask Cecilia and Victoria to review the new. Please address comments in both documents. Be aware of the language that Cecilia and Victoria modified in the previous white paper and make sure you use their language in the update. Their comments override any of my comments on that section.


EJ Mitigation – particularly the place based mitigation needs to be specific. We need to be clear on which neighborhoods/census tracks are receiving mitigation and the allocation of funding.

Thank you,


Monica Pavlik

Acting South Dakota Deputy Division Administrator
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

---

**From:** Crim, Stephen <stephen.crim@mtabt.org>
**Sent:** Friday, April 5, 2024 11:53 AM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Angel, Nichola <nangel@mtabt.org>; Robinson, Zulema <ZRobinson@mtabt.org>; Oliva, Louis <LOLIVA@mtahq.org>; Friman, Paul <pfriman@mtabt.org>; Michaelson, Juliette <JMichaelson@mtahq.org>; Elizabeth Knauer <eknauer@sprlaw.com>; Mark Chertok <mchertok@sprlaw.com>; Lewis, Michael <Michael.Lewis@hdrinc.com>; Timoney, Caitlin <Caitlin.Timoney@hdrinc.com>; Tiernan, Christine <Christine.Tiernan@wsp.com>; Julie Cowing <jcowing@akrf.com>; Doliner, Katie R. <Katie.Doliner@wsp.com>; Houck, Ivory <ivory.houck@mtabt.org>; Campbell, Armani <armani.campbell@mtabt.org>
**Subject:** Move Tues., 04/09/24 Meeting to Mon., 04/08/24 PM?

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Rick, Monica, and Anna:

Good afternoon!

We look forward to receiving your comments on the remainder of the re-evaluation document today. We will begin reviewing your comments immediately. If we find comments where we need further guidance from you after first review, it would be great to use our meeting next week to ask questions. However, so that we can meet our Friday, 04/12/24 submission date, could we move our scheduled Tuesday, 04/09/24, 2pm Eastern meeting to sometime in the afternoon on Monday, 04/08/24?

With Thanks,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7045
C: 347-918-6351
E: stephen.crim@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

*Central Business District (CBD) Tolling Program Reevaluation*

# 4C Transportation – Transit

Subchapter 4C of the Final EA presented the assessment of the CBD Tolling Alternative on transit operations throughout the 28-county regional study area, including capacity of transit services (line-haul capacity) and effects on operations within individual transit stations. This section evaluates the effects of the adopted toll schedule on the transit lines and stations.

## OUTCOME

The analysis demonstrates that there are no potential new adverse effects and no additional mitigation is needed. The Project Sponsors remain committed to the mitigation described in the Final EA.

> **Commented [PM1]:** Please provide the basis for this conclusion. Per other comments on this "OUTCOME" section.

## METHODOLOGY

### Final EA Methodology

As described in detail in the Final EA section 4C.2, "Methodology and Assumptions," the Final EA analysis of transit used screening assessments followed by qualitative and/or quantified analyses conducted in coordination with the operating agency for the potentially affected transit service, consistent with evaluation procedures recommended in New York City's *City Environmental Quality Review (CEQR) Technical Manual*.

NYC's CEQR guidelines were used for analysis of New Jersey transit services (NJ TRANSIT, PATH, and suburban buses that enter the Manhattan CBD) because NJ TRANSIT and the Port Authority of New York and New Jersey (PANYNJ) do not have an alternative guideline.  In coordination with Metro-North Railroad and Long Island Rail Road, CEQR methodologies were also used to assess commuter rail lines and stations.

*Line-Haul*

<u>Subways and Commuter Rail</u>

1. Identified transit lines with more than 200 new peak-hour passengers in a single direction at maximum load point for the tolling scenario with the highest incremental transit ridership increase. The scenario with the highest incremental transit ridership increase for each subway and commuter rail line was used for the next steps in the analysis

2. For transit lines above the 200-passenger screening threshold, evaluated the number of new passengers per train and car in the peak-hour

3. Potential adverse effects were identified for any transit services where the Project increment would add more than 5 passengers per car and the service would operate above its guideline capacity (no

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047124

*Central Business District (CBD) Tolling Program Reevaluation*

subway or commuter rail lines exceeded this threshold in the Final EA, and there was no potential adverse effect on subways or commuter rail line-haul capacity)

<u>Buses</u>

1. Identified bus routes with more than 50 new passengers per hour, per direction, at maximum load point for the tolling scenario with the highest incremental transit ridership increase. The scenario with the highest incremental transit ridership increase for each bus route cordon grouping was used for the next steps in the analysis

2. For bus routes above the 50-passenger threshold, evaluated the number of incremental passengers per trip and calculated the volume-to-capacity (v/c) ratio that would result with the new passengers

3. Potential adverse effects were identified for bus routes where the v/c ratio would be greater than 1.00, indicating that demand would be greater than capacity (no bus routes exceeded this threshold in the Final EA, and there was no potential adverse effects on bus line-haul capacity)

*Stations*

1. Identified transit stations with more than 200 new passengers in the peak hour for the tolling scenario with the highest incremental transit ridership increase (excluding cross-platform transfers between trains). Because Tolling Scenario E projected the highest transit system ridership, it was selected as the tolling scenario for detailed analysis of stations requiring further analysis (except at one location in Newark, New Jersey—for both PATH and NJ TRANSIT—where Tolling Scenario C was selected for its greater station ridership increase)

2. For transit stations above the 200-passenger screening threshold, conducted qualitative analysis of station, or quantified analysis of effect on station elements (stairs, escalators, passageways, turnstiles, and fare arrays), in coordination with the station operator

**Reevaluation Methodology**

*Line-Haul*

1. Identified incremental passenger increases from the adopted toll schedule at maximum load points for subway, commuter rail, and bus lines

2. Identified lines with higher increment than Final EA tolling scenario analyzed at those locations

3. Using the same methodology as the Final EA, conducted analysis for lines where both:

   - Increments met CEQR screening threshold for analysis (200 new peak-hour passengers for subways and commuter rail; 50 new passengers per hour, per direction, at maximum load point for buses)

   - Increments were higher than the Final EA

   If the line met the screening threshold for increased passengers, but the increase was less than that where no adverse effects were found after detailed analysis in the Final EA, then no further detailed analysis was necessary.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047125

*Stations*

1. Identified incremental passenger increases from the adopted toll schedule at transit stations

2. Using the same methodology as in the Final EA, identified transit stations with more than 200 new passengers in the peak hour due to the adopted toll schedule (excluding cross-platform transfers between trains)

3. Using the same methodology as the Final EA, conducted analysis for stations where both:

   ▪ Increments met CEQR screening threshold for analysis

   ▪ Increments were higher than the Final EA

   If the station met the screening threshold for increased passengers, but the increase was less than that where no adverse effects were found after detailed analysis in the Final EA, then no further detailed analysis was necessary.

ANALYSIS AND FINDINGS

BPM results indicate that overall transit ridership projections with the adopted toll schedule would be comparable to those assessed in the Final EA. The adopted toll schedule would result in slightly lower subway, bus, and commuter rail boardings than analyzed in the Final EA Scenario E (the scenario with highest overall transit boardings), with the exception of boardings on Metro North Railroad, where there would be 52 additional boardings in the peak hour, system-wide, compared to the Final EA.

Line-Haul

Considering the effect of the adopted toll schedule on individual subway and commuter rail lines, the adopted toll schedule would result in incremental passenger volumes above the screening threshold on one commuter rail line: the Metro-North Railroad New Haven Line. On that route, the adopted toll schedule would result in 437 additional peak-hour passengers (over the No Action), in comparison to 212 new passengers evaluated in the Final EA. Overall, the increase on the New Haven Line would be equivalent to 2.6 new passengers per train car, which is lower than the CEQR threshold of five additional passengers per train car. Therefore the adopted toll schedule would not result in adverse effects on line-haul capacity on the New Haven Line.

For bus routes, the 13 New Jersey/West of Hudson bus lines (via Holland Tunnel) would see an overall 1.9 percent increase in passengers at the maximum load point with the adopted toll schedule, compared to a range of -1.4 to 1.4 percent change in passengers for the Final EA tolling scenarios. The maximum increase per-direction at the maximum load point on a single line was 8 new riders, which is lower than the CEQR threshold of 50 new riders. Therefore the adopted toll schedule would not result in adverse effects on line-haul capacity on any West of Hudson bus lines.

**Commented [PM(2):** It would be helpful to include a reminder of what criteria applies to this 52 boardings. Stations have a 200 passenger criteria, but the way this is worded it says system wide. What is the criteria for this?

Below we are talking about 437 additional peak hour passengers in the North Metro line. I can't seem to make sense of these numbers and their description.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047126

*Final EA Table 4C-6. Transit Ridership: No Action Alternative and CBD Tolling Alternative (2023 AM Peak Period) – with the Adopted Toll Schedule Added*

| MODE | NO ACTION ALTERNATIVE | TOLLING SCENARIO A | TOLLING SCENARIO B | TOLLING SCENARIO C | TOLLING SCENARIO D | TOLLING SCENARIO E | TOLLING SCENARIO F | TOLLING SCENARIO G | ADOPTED TOLL SCHEDULE |
|---|---|---|---|---|---|---|---|---|---|
| **Subway** | **3,138,960** | **3,184,961** | **3,187,374** | **3,192,428** | **3,199,370** | **3,203,052** | **3,199,783** | **3,197,389** | **3,190,362** |
| New York City Transit | 3,005,224 | 3,050,101 | 3,052,683 | 3,056,840 | 3,063,552 | 3,066,614 | 3,063,577 | 3,061,455 | 3,054,862 |
| Port Authority Trans-Hudson (PATH) | 133,736 | 134,860 | 134,691 | 135,588 | 135,818 | 136,438 | 136,206 | 135,934 | 135,500 |
| **Commuter and Intercity Rail** | **454,520** | **456,755** | **457,863** | **459,632** | **461,634** | **463,108** | **462,013** | **458,867** | **459,622** |
| Long Island Rail Road | 142,651 | 143,452 | 143,989 | 144,244 | 144,733 | 145,544 | 144,560 | 144,084 | 144,103 |
| Metro-North Railroad | 152,203 | 153,128 | 153,437 | 154,108 | 154,850 | 154,296 | 155,020 | 153,491 | 154,348 |
| NJ TRANSIT | 159,666 | 160,175 | 160,437 | 161,280 | 162,051 | 163,268 | 162,433 | 161,292 | 161,171 |
| **Buses** | **2,689,564** | **2,718,960** | **2,717,506** | **2,724,787** | **2,724,456** | **2,727,512** | **2,726,657** | **2,718,457** | **2,721,174** |
| MTA buses | 2,037,319 | 2,063,136 | 2,062,997 | 2,068,001 | 2,067,753 | 2,069,107 | 2,068,898 | 2,062,926 | 2,064,522 |
| NJ TRANSIT | 471,109 | 474,344 | 473,456 | 474,079 | 474,279 | 476,321 | 475,663 | 474,260 | 475,149 |
| Other | 181,136 | 181,480 | 181,053 | 182,707 | 182,424 | 182,084 | 182,096 | 181,271 | 181,503 |
| **Other Transit** | **58,635** | **60,073** | **60,225** | **60,467** | **60,474** | **60,475** | **60,712** | **60,246** | **60,335** |
| Ferries | 57,548 | 58,966 | 59,120 | 59,358 | 59,363 | 59,360 | 59,598 | 59,140 | 59,216 |
| Tramway | 1,087 | 1,107 | 1,105 | 1,109 | 1,111 | 1,115 | 1,114 | 1,106 | 1,118 |
| **TOTAL** | **6,341,679** | **6,420,749** | **6,422,968** | **6,437,314** | **6,445,934** | **6,454,147** | **6,449,165** | **6,434,959** | **6,431,493** |

Source: WSP, Best Practice Model 2023, 2021 and NYMTC Hub Bound Travel Data Report 2019

Note: Data total over a 4-hour period, defined as total boardings, which include transfers. (Because this ridership estimate includes transfers, the ridership reported is greater than MTA NYCT MetroCard data that is widely available.) The BPM includes MTA buses, NJ TRANSIT buses, smaller regional bus carriers, and private carriers. (Other smaller carriers and private carriers are included under "Other Buses.") Tramway volumes were calculated using an incremental change factor derived from Queens/Roosevelt Island sector change per each tolling scenario.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047127

*Central Business District (CBD) Tolling Program Reevaluation*

*Table XXX Line-Haul Analysis Summary*

| MODE – SECTOR/GROUP | TOTAL NUMBER OF LINES | NUMBER OF LINES REQUIRING FURTHER ANALYSIS | | NUMBER OF LINES WITH POTENTIAL ADVERSE EFFECT | |
|---|---|---|---|---|---|
| | | Final EA | Adopted Toll Schedule | Final EA | Adopted Toll Schedule |
| **Subway** | | | | | |
| Manhattan – 60th Street | 11 | 3 | 0 | 0 | 0 |
| Queens | 8 | 4 | 0 | 0 | 0 |
| Brooklyn | 15 | 4 | 0 | 0 | 0 |
| New Jersey (PATH) | 4 | 1 | 0 | 0 | 0 |
| **Commuter Rail** | | | | | |
| Manhattan – 60th Street | 3 | 3 | 1 | 0 | 0 |
| Queens | 10 | 1 | 0 | 0 | 0 |
| New Jersey | 4 | 0 | 0 | 0 | 0 |
| **Bus** | | | | | |
| Manhattan local buses | 16 | 0 | 0 | 0 | 0 |
| Bronx express buses | 11 | 0 | 0 | 0 | 0 |
| Queens local and express buses (via Ed Koch Queensboro Bridge) | 3 | 0 | 0 | 0 | 0 |
| Queens express buses (via Queens-Midtown Tunnel) | 33 | 0 | 0 | 0 | 0 |
| Brooklyn local and express buses | 7 | 0 | 0 | 0 | 0 |
| Staten Island express routes (via Brooklyn) | 16 | 0 | 0 | 0 | 0 |
| Staten Island express routes (via NJ) | 5 | 0 | 0 | 0 | 0 |
| NJ/West of Hudson buses (via Holland Tunnel) | 13 | 0 | 0 | 0 | 0 |
| NJ/West of Hudson buses (via Lincoln Tunnel) | 104 | 0 | 0 | 0 | 0 |

## Stations

In the Final EA, the initial screening evaluation concluded that 26 commuter rail and subway stations were projected to have passenger increases of more than the screening threshold of 200 new peak-hour passengers. The Project Sponsors then consulted with the station operators, which evaluated the potential increases in the context of recent or planned station improvements, station size, and other factors. As a result of that consultation, four station complexes were evaluated qualitatively and found to have no adverse effects due to the Project:

- Grand Central Terminal (subway and commuter rail station)
- Port Authority Bus Terminal (bus and subway station)
- Penn Station New York (commuter rail and subway station)
- Fulton Transit Center (subway station)

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047128

The remaining stations were evaluated quantitatively with analysis of the CBD Tolling Alternative's effects on station elements (stairs and escalators, passageways, and turnstiles / fare arrays).

In the reevaluation, the initial screening evaluation concluded that with the adopted toll schedule, three stations would have passenger increases of more than the screening threshold—i.e., more than 200 new peak-hour passengers and higher than Final EA Tolling Scenario E: Grand Central Terminal, Court Square Station, and Main Street–Flushing Station. These were evaluated using the same approach as in the Final EA: qualitative analysis for Grand Central Terminal (for which the Final EA identified no adverse effect) and quantitative analysis for Court Square and Main Street–Flushing Stations (for which the Final EA identified adverse effects).

- **Grand Central Terminal (Metro-North Railroad, No. 4, 5, 6, 7 and S subway lines)**:

    – 3 percent higher passenger volume than Final EA Tolling Scenario E (18 more passengers)

    – Considering planned and under-construction capacity improvements, and the modest change as compared to the Final EA, the same conclusion of no new adverse effects was reached.

- **Main Street-Flushing station (No. 7 subway line)**:

    – 10 percent higher passenger volume than Final EA Tolling Scenario E (27 more passengers)

    – The Final EA identified a potential adverse effect at street escalator 456. The Final EA's proposed mitigation of increasing the escalator speed would mitigate the adverse effect. The reevaluation analysis indicated the same potential adverse effect and the proposed mitigation remains effective. There are no new adverse effects.

- **Court Square station (No. 7, E/M, and G subway lines)**:

    – 2 percent higher passenger volume than Final EA Tolling Scenario E (5 more passengers)

    – The Final EA identified a potential adverse effect at platform stair Flushing P2/P4. The Final EA's proposed mitigation – constructing a new stair from the northern end of the No. 7 platform to the street – would mitigate the potential adverse effect. The reevaluation analysis identified the same potential adverse effect and the proposed mitigation remains effective. There are no new adverse effects.

At other stations where the Final EA predicted adverse effects, the adopted toll schedule would result in lower volumes than evaluated in the Final EA in Tolling Scenario E—the Hoboken PATH Station, Union Square Station, and 42nd Street–Times Square Station.

At Hoboken Terminal, the reevaluation analysis indicated that the adopted tolling schedule would result in volumes that are 45 to 50 percent of the Final EA Tolling Scenario E increments. This would result in a stair volume of 141 and 152 incremental passengers in the AM and PM peak hours, respectively, and no potential adverse effect.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047129

*Central Business District (CBD) Tolling Program Reevaluation*

At the Union Square and Times Square Stations, even with lower increments under the adopted toll schedule, as compared to Tolling Scenario E analyzed in the Final EA, adverse effects may still materialize. These can be adequately addressed by the mitigation measures described in the Final EA.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047130

*Central Business District (CBD) Tolling Program Reevaluation*

*Final EA Table 4C-26 & Table 4C-27. Transit Stations with More than 200 Projected New Passengers in the AM and PM Peak Hour (2023), Final EA Tolling Scenario E or C – with the Adopted Toll Schedule Added*

| STATION NAME | OPERATOR | LINE | FINAL EA – TOLLING SCENARIO E OR C | | ADOPTED TOLL SCHEDULE | |
|---|---|---|---|---|---|---|
| | | | AM Peak Net Ons/Offs | PM Peak Net Ons/Offs | AM Peak Net Ons/Offs | PM Peak Net Ons/Offs |
| New York-Penn Station | LIRR/NJ TRANSIT | — | 1,380 | 1,380 | 680 | 680 |
| New York-Grand Central Terminal | Metro-North | — | 619 | 619 | 637 | 637 |
| Hoboken Terminal | NJ TRANSIT | — | 501 | 501 | 122 | 122 |
| Hoboken Terminal (PATH) | PANYNJ | — | 316 | 340 | 141 | 141 |
| World Trade Center Station | PANYNJ | — | 264 | 285 | 157 | 210 |
| Times Sq-42 St/42 St-Port Authority Bus Terminal | NYCT | Nos. 1, 2, 3, 7, and A, C, E, N, Q, R, S, W | 790 | 851 | 474 | 484 |
| Grand Central-42 St | NYCT | Nos. 4, 5, 6, 7, and S | 761 | 820 | 475 | 512 |
| 14 St-Union Square | NYCT | Nos. 4, 5, 6, and L, N, Q, R, W | 585 | 630 | 450 | 485 |
| Fulton St | NYCT | Nos. 2, 3, 4, 5, and A, C, J, Z | 495 | 533 | 333 | 358 |
| Lexington Av/59 St | NYCT | Nos. 4, 5, 6, and N, R, W | 455 | 490 | 373 | 401 |
| Lexington Av/53 St and 51 St | NYCT | No. 6, and E, M | 395 | 425 | 285 | 307 |
| 42 St-Bryant Park-5 Av | NYCT | No. 7, and B, D, F, M | 342 | 369 | 218 | 235 |
| Broadway-Lafayette St and Bleecker St | NYCT | No. 6, and B, D, F, M | 341 | 368 | 246 | 265 |
| Court Square | NYCT | No. 7, and E, G, M | 332 | 354 | 337 | 363 |
| 59 St-Columbus Circle | NYCT | No. 1, and A, B, C, D | 326 | 351 | 222 | 239 |
| Atlantic Av-Barclays Center | NYCT | Nos. 2, 3, 4, 5, and B, Q, D, N, R | 313 | 338 | 280 | 301 |
| 34 St-Herald Sq | NYCT | B, D, F, M, N, Q, R, W | 319 | 344 | 205 | 221 |
| 14 St (Sixth Av/Seventh Av) | NYCT | Nos. 1, 2, 3, and F, M, L | 268 | 288 | 234 | 252 |
| Flushing-Main St | NYCT | 7 | 261 | 281 | 288 | 310 |
| Broadway Junction | NYCT | Nos. 1, 2, 3, and F, M, L | 245 | 264 | 222 | 239 |
| Canal St | NYCT | No. 6, and N, Q, R, W, J | 230 | 247 | 170 | 183 |
| 168 St-Washington Heights | NYCT | No. 1, and A, C | 204 | 219 | 162 | 174 |

Source:   WSP, Best Practice Model.

Note:   All stations with free connections have aggregated volumes. Peak-hour incremental change was calculated as an average 28 percent peak-hour to peak-period ratio in the PM for NYCT subways, PATH trains, and buses; 43 percent peak-hour to peak-period ratio for Metro-North and NJ TRANSIT; and 41 percent peak-hour to peak-period ratio for LIRR. Net ons/offs include subway-to-bus, subway-to-subway, and bus-to-subway transfers and is not a direct calculation of Tolling Scenario E minus No Action Alternative incremental trips. Tolling Scenario C was used for analysis at Hoboken Terminal.

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047131

*Central Business District (CBD) Tolling Program Reevaluation*

*Final EA, Transit Table 4C-34. NYCT Station Elements Where Adverse Effects and Accompanying Project Improvements Have Been Identified (CBD Tolling Alternative, 2023 AM Peak Hour) – with Adopted Toll Schedule and Mitigation Added*

| STATION | ELEMENT | NO ACTION ALTERNATIVE | | | FINAL EA (SCENARIO E) | | | ADOPTED TOLL SCHEDULE | | | WITH MITIGATION | | | | | IDENTIFIED IMPROVEMENT |
| | | | | | | | | | | | FINAL EA (SCENARIO E) | | ADOPTED TOLL SCHEDULE | | |
| | | AM Peak-Hour Volume | V/C Ratio | Level of Service | AM Peak-Hour Volume | V/C Ratio | Level of Service | AM Peak-Hour Volume | V/C Ratio | Level of Service | V/C Ratio | Level of Service | V/C Ratio | Level of Service | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Flushing – Main Street** | **Escalator E456:** Street escalator at north side of Roosevelt Avenue between Main Street and Union Street | 2,984 | 1.18 | D | 3,040 | 1.21 | D | 3,045 | 1.21 | D | 1.08 | D | 1.08 | D | Increase escalator speed to 120 feet per minute. |
| **Court Square** | **Stair P2/P4:** Stair between paid zone and Manhattan-bound No. 7 train | 3,825 | 1.84 | F | 3,955 | 1.90 | F | 3,947 | 1.90 | F | 1.56 | E | 1.56 | E | Construct new stair from the northern end of No. 7 platform to the street. |

Note: Highlighted columns show with-mitigation service levels, these were not included in Table 4C-35 in the Final EA

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047132

*Final EA, Table ES-5, Summary of Benefits and Effects for the CBD Tolling Alternative with Comparison of Tolling Scenarios – with the Adopted Toll Schedule Added*

| EA CHAPTER | TOPIC | SUMMARY OF EFFECTS | LOCATION | DATA SHOWN IN TABLE | A | B | C | D | E | F | G | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS | ADOPTED TOLL SCHEDULE | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4C – Transportation: Transit | Transit Systems | The Project would generate a dedicated revenue source for investment in the transit system. Transit ridership would increase by 1 to 2 percent systemwide for travel to and from the Manhattan CBD, because some people would shift to transit rather than driving. Increases in transit ridership would not result in adverse effects on line-haul capacity on any transit routes. | New York City Transit | % Increase or decrease in total AM peak period boardings systemwide | 1.5% | 1.6% | 1.7% | 1.9% | 2.0% | 1.9% | 1.8% | No | **No mitigation needed.** No adverse effects | 1.7% | No | **No mitigation needed.** No adverse effects |
| | | | PATH | | 0.8% | 0.7% | 1.4% | 1.6% | 2.0% | 1.8% | 1.6% | | | 1.3% | | |
| | | | Long Island Rail Road | | 0.6% | 0.9% | 1.1% | 1.5% | 2.0% | 1.3% | 1.0% | | | 1.0% | | |
| | | | Metro-North Railroad | | 0.6% | 0.8% | 1.3% | 1.7% | 1.4% | 1.9% | 0.8% | | | 1.4% | | |
| | | | NJ TRANSIT commuter rail | | 0.3% | 0.5% | 1.0% | 1.5% | 2.3% | 1.1% | 0.9% | | | 0.9% | | |
| | | | MTA/NYCT Buses | | 1.3% | 1.3% | 1.5% | 1.5% | 1.6% | 1.6% | 1.2% | | | 1.3% | | |
| | | | NJ TRANSIT Bus | | 0.7% | 0.5% | 0.6% | 0.7% | 1.1% | 1.0% | 0.7% | | | 0.9% | | |
| | | | Other buses (suburban and private operators) | | 0.2% | 0.0% | 0.9% | 0.7% | 0.5% | 0.5% | 0.1% | | | 0.2% | | |
| | | | Ferries (Staten Island Ferry, NYC Ferry, NY Waterway, Seastreak) | | 2.5% | 2.7% | 3.1% | 3.2% | 3.1% | 3.6% | 2.7% | | | 2.9% | | |
| | | | Roosevelt Island Tram | | 1.8% | 1.7% | 2.0% | 2.2% | 2.6% | 2.5% | 1.7% | | | 2.9% | | |
| | Bus System Effects | Decreases in traffic volumes within the Manhattan CBD and near the 60th Street boundary of the Manhattan CBD would reduce the roadway congestion that adversely affects bus operations, facilitating more reliable, faster bus trips. | Manhattan local buses | % Increase or decrease at maximum passenger load point | 0.5% | 0.5% | 0.7% | 1.1% | 1.2% | 0.9% | 0.7% | No | **No mitigation needed.** No adverse effects | 0.5% | No | **No mitigation needed.** No adverse effects |
| | | | Bronx express buses | | -1.6% | 2.0% | 2.2% | -0.5% | 2.0% | 1.5% | -2.5% | | | 0.6% | | |
| | | | Queens local and express buses (via Ed Koch Queensboro Bridge) | | 2.2% | 2.0% | 2.3% | 2.3% | 2.5% | 2.8% | 2.0% | | | 2.2% | | |
| | | | Queens express buses (via Queens-Midtown Tunnel) | | 0.3% | 0.2% | 0.4% | 0.8% | 1.1% | 0.8% | 0.6% | | | 0.5% | | |
| | | | Brooklyn local and express buses | | 0.8% | 1.0% | 0.6% | 0.7% | 0.7% | 0.8% | 2.6% | | | 0.5% | | |
| | | | Staten Island express routes (via Brooklyn) | | 4.0% | 4.5% | 4.4% | 3.8% | 3.9% | 3.7% | 3.5% | | | 3.9% | | |
| | | | Staten Island express routes (via NJ) | | 1.0% | 1.9% | 2.3% | 2.8% | 1.8% | 1.8% | 2.4% | | | 1.3% | | |
| | | | NJ/West of Hudson buses (via Holland Tunnel) | | -1.4% | -0.9% | -0.3% | 1.4% | -0.9% | -0.6% | -1.4% | | | 1.9%* | | |
| | | | NJ/West of Hudson buses (via Lincoln Tunnel) | | 0.4% | 0.6% | 0.4% | 0.6% | 1.5% | 1.1% | 0.6% | | | 0.8% | | |

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

March 2024

10

DOT_0047133

*Central Business District (CBD) Tolling Program Reevaluation*

*Final EA, Table ES-5, Summary of Benefits and Effects for the CBD Tolling Alternative with Comparison of Tolling Scenarios – with the Adopted Toll Schedule Added*

| EA CHAPTER | TOPIC | SUMMARY OF EFFECTS | LOCATION | DATA SHOWN IN TABLE | FINAL EA TOLLING SCENARIO | | | | | | | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS | ADOPTED TOLL SCHEDULE | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | A | B | C | D | E | F | G | | | | | |
| 4C – Transportation: Transit (Cont'd) | Transit Elements | Increased ridership would affect passenger flows with the potential for adverse effects at certain vertical circulation elements (i.e., stairs and escalators) in five transit stations: • Hoboken Terminal, Hoboken, NJ PATH station • Times Sq-42 St-Port Authority Bus Terminal subway station in the Manhattan CBD (N, Q, R, W, and S; Nos. 1, 2, 3, and 7; and A, C, E lines) • Flushing-Main St subway station, Queens (No. 7 line) • 14th Street-Union Square subway station in the Manhattan CBD (Nos. 4, 5, and 6; and L, N, Q, R, W lines) • Court Square subway station, Queens (No. 7 and E, G, M lines) | Hoboken Terminal–PATH station (NJ) Stair 01/02 | Net passenger increases or at stair in the peak hour | 45 | 72 | 122 | 164 | 240 | 205 | 139 | Yes | **Mitigation needed for Tolling Scenarios E and F.** TBTA will coordinate with NJ TRANSIT and PANYNJ to monitor pedestrian volumes on Stair 01/02 one month prior to commencing tolling operations to establish a baseline, and two months after Project operations begin. If a comparison of Stair 01/02 passenger volumes before and after implementation shows an incremental change that is greater than or equal to 205, then TBTA will coordinate with NJ TRANSIT and PANYNJ to implement improved signage and wayfinding to divert some people from Stair 01/02, and supplemental personnel if needed. | 140 | No | **No mitigation needed.** TBTA is maintaining its commitment to implement the mitigation measures identified in the Final EA as an enhancement |
| | | | 42 St-Times Square–subway station (Manhattan) Stair ML6/ML8 connecting mezzanine to uptown 1/2/3 lines subway platform | Relative increase or decrease in passenger volumes at station OVERALL as compared to Tolling Scenario E (not only at the affected stair or location) in the peak hour, peak period | 63% | 59% | 68% | 82% | 100% | 82% | 56% | Yes | **Mitigation needed.** TBTA will coordinate with MTA NYCT to implement a monitoring plan for this location. The plan will identify a baseline, specific timing, and a threshold for additional action. If that threshold is reached, TBTA will coordinate with MTA NYCT to remove the center handrail and standardize the riser, so that the stair meets code within the hand rail. The threshold will be set to allow for sufficient time to implement the mitigation so that the adverse effect does not occur. | 60% | Yes | **No additional mitigation needed.** TBTA will coordinate with MTA NYCT to implement the mitigation commitments of the Final EA |
| | | | Flushing-Main St subway station (Queens)–Escalator E456 connecting street to mezzanine level | Relative increase or decrease in passenger volumes at station OVERALL as compared to Tolling Scenario E (not only at the affected stair or location) in the peak hour, peak period | 116% | 91% | 108% | 116% | 100% | 133% | 72% | Yes | **Mitigation needed.** TBTA will coordinate with MTA NYCT to implement a monitoring plan for this location. The plan will identify a baseline, specific timing, and a threshold for additional action. If that threshold is reached, MTA NYCT will increase the speed from 100 feet per minute (fpm) to 120 fpm. | 110% | Yes | **No additional mitigation needed.** TBTA will coordinate with MTA NYCT to implement the mitigation commitments of the Final EA. |
| | | | Union Sq subway station (Manhattan)–Escalator E219 connecting the L subway line platform to the Nos. 4/5/6 line mezzanine | Relative increase or decrease in passenger volumes at station OVERALL as compared to Tolling Scenario E (not only at the affected stair or location) in the peak hour, peak period | 63% | 82% | 87% | 102% | 100% | 95% | 61% | Yes | **Mitigation needed.** TBTA will coordinate with MTA NYCT to implement a monitoring plan for this location. The plan will identify a baseline, specific timing, and a threshold for additional action. If that threshold is reached, MTA NYCT will increase the escalator speed from 100 fpm to 120 fpm. | 77% | Yes | **No additional mitigation needed.** TBTA will coordinate with MTA NYCT to implement the mitigation commitments of the Final EA. |
| | | | Court Sq subway station (Queens)–Stair P2/P4 to Manhattan-bound No. 7 line | Relative increase or decrease in passenger volumes at station OVERALL as compared to Tolling Scenario E (not only at the affected stair or location) in the peak hour, peak period | 98% | 90% | 102% | 104% | 100% | 117% | 97% | Yes | **Mitigation needed.** TBTA will coordinate with MTA NYCT to implement a monitoring plan for this location. The plan will identify a baseline, specific timing, and a threshold for additional action. If that threshold is reached, TBTA will coordinate with MTA NYCT to construct a new stair from the northern end of the No. 7 platform to the street. The threshold will be set to allow for sufficient time to implement the mitigation so that the adverse effect does not occur. | 102% | Yes | **No additional mitigation needed.** TBTA will coordinate with MTA NYCT to implement the mitigation commitments of the Final EA |

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047134

# 5 Social Conditions: Population Characteristics and Community Cohesion (EA Subchapter 5A), Neighborhood Character (EA Subchapter 5B), and Public Policy (EA Subchapter 5C)

Chapter 5 of the Final EA encompassed three subchapters (Subchapters 5A, 5B, and 5C) that together presented an assessment of the potential effects of implementing the CBD Tolling Alternative on social conditions, which included population characteristics and community cohesion (incorporating consideration of community facilities and services, access to employment, and effects on vulnerable social groups), neighborhood character, and public policy. This section reevaluates the effects of the adopted toll schedule on those conditions.

## OUTCOME

The analysis demonstrates that the effects of the adopted toll schedule would be within the range evaluated in the Final EA. No new adverse effects would occur and no new mitigation would be required.

## METHODOLOGY

### Final EA Methodology

The Final EA considered the range of issues that together constitute social conditions, consistent with FHWA guidance documents. Information on population characteristics was largely based on the U.S. Census Bureau's 2015–2019 American Community Survey (ACS) 5-Year Estimates. BPM results were used to evaluate the Project's effects on those characteristics. The methodologies used are described in further detail in the Final EA in Subchapter 5A, "Population Characteristics and Community Cohesion," Section 5A.2, "Methodology" starting on page 5A-1 and Subchapter 5B, "Neighborhood Character," Section 5B.2.1, "Methodology" starting on page 5B-1.

### Reevaluation Methodology

The same methodology was used for reevaluation of the adopted toll schedule. BPM output for the adopted toll schedule was compared to the results evaluated in the Final EA to determine potential changes in conclusions related to social conditions.

> **Commented [PA(1):** Please describe the steps in the analysis that led you to the conclusions. Please also include the data/basis that supports your conclusions. The steps in the analysis are not the methodology of the analysis. It's the description of the steps in the analysis that led you to the conclusion. We estimate this to be a paragraph.
> Example (General) - we ran the numbers through the methodology and compared it to the results of the analyses in the Final EA. The results of 10J were XXX. The results XXX were in the parameters of S and T as presented in the Final EA. Therefore, this demonstrates that there were no additional effects/effects were in the range described in the Final EA…

> **Commented [PA(2):** Was 10J modeled in the BPM?

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047135

*Central Business District (CBD) Tolling Program Reevaluation*

## ANALYSIS AND FINDINGS

The Final EA concluded that the congestion reductions resulting from the CBD Tolling Alternative would positively affect community connections and access to employment, education, healthcare, and recreation for residents. Based on an analysis of BPM results, it also concluded the following:

- The predicted changes in travel patterns would not adversely affect community cohesion.

- The Project would not result in the potential for indirect (involuntary) residential displacement.

- While the Project would increase costs for community service providers that operate vehicles into and out of the Manhattan CBD and for people who travel by vehicle to community facilities and services in the Manhattan CBD or from the CBD, given the wide range of travel options other than driving, the cost for users to drive to community facilities and services would not constitute an adverse effect on community facilities and services.

- The Project would not adversely affect vulnerable social groups, including elderly populations, persons with disabilities, transit-dependent populations, and non-driver populations.

- The changes in traffic patterns on local streets would not change the defining elements of the neighborhood character of the Manhattan CBD.

- The Project would be consistent with regional transportation plans and other public policies.

With the adopted toll schedule, automobile toll rates are within the range evaluated in the Final EA and the effects on travel patterns (e.g., the change in total daily journeys to the Manhattan CBD and the change in non-work-related journeys such as travel for school, shopping, medical care, or entertainment purposes) would be within the range evaluated in the Final EA. The adopted toll schedule includes a low-income discount plan, consistent with the commitments of the Final EA. In addition, the adopted toll schedule includes two plans that would enable individuals with disabilities and organizations that transport such individuals to apply for an exemption from the CBD toll: an Individual Disability Exemption Plan and an Organization Disability Exemption Plan. Therefore the conclusions of the Final EA remain the same.

*Table XX. Change in Total Daily Journeys To, Within, and From the Manhattan CBD – Final EA and Adopted Toll Schedule\**

| PARAMETER | FINAL EA TOLLING SCENARIOS | | | | | | | ADOPTED TOLL SCHEDULE |
|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | |
| Auto toll rates – peak | $9 | $10 | $14 | $19 | $23 | $23 | $12 | $15 |
| Auto toll rates – off-peak | $7 | $8 | $11 | $14 | $17 | $17 | $9 | $3.75 |
| Auto toll rates – overnight | $5 | $5 | $7 | $10 | $12 | $12 | $7 | |
| Low-income discount plan | 25% discount\*\* | | | | | | | 50% discount\*\* |
| Change in total daily journeys **to, within, and from** the Manhattan CBD | +305 (+0.01%) | +2.993 (+0.10%) | +3,147 (+0.11%) | -1,886 (-0.07%) | -660 (-0.02%) | +1,424 (+0.05%) | +1,141 (+0.04%) | +846 (+0.03%) |

\*    See Final EA Table 5A-3, pg. 5A-23

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

**Commented [PM3]:** The BPM gives traffic demand information. What is the basis for determining the following conclusions? Certainly, it does not come directly out of the BPM model.

The first bullet, makes the connection with the BPM model and travel pattern changes. However, what is it about these travel pattern changes that leads us to an adverse effect. For example, is it because there is only a minor (how much?) amount of vehicles changing and the majority of these connections are based on the transit system?

Please answer the question - why for each bullet. Include the basis of the conclusion.

I understand that most of this information is in the table, but if you're going to summarize the conclusions, please include the basis of that conclusion. A summary sentence or two is fine.

**Commented [PM4]:** Is this transit and vehicle journeys?

DOT_0047136

** The Final EA committed to a Low-Income Discount Plan with a 25% discount on the peak toll rate after the first 10 trips each month (resulting in a discounted base auto toll rate of $7 - $17). ==The adopted toll schedule has a 50% discount on the peak toll rate after the first 10 trips each month (resulting in a discounted base auto toll rate of $7.50).==

*Table XX. Predicted Changes in Non-Work Journeys in Final EA and Adopted Toll Schedule (2023)\**

| PARAMETER | FINAL EA TOLLING SCENARIOS | | | | | | | ADOPTED TOLL SCHEDULE |
| | A | B | C | D | E | F | G | |
|---|---|---|---|---|---|---|---|---|
| Change in non-work-related journeys **to, within, and from** the Manhattan CBD vs. No Action Alternative | -803 (-0.2%) | +2,124 (+0.2%) | +364 (+0.04%) | -3,726 (-0.4%) | -2,660 (-0.3%) | +570 (+0.1%) | -368 (-0.04%) | +836 (+0.1%) |

* See Final EA Table 5A-5, pg. 5A-25

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047137

*Final EA, Table ES-5, Summary of Benefits and Effects for the CBD Tolling Alternative with Comparison of Tolling Scenarios – with the Adopted Toll Schedule Added*

| EA CHAPTER | TOPIC | SUMMARY OF EFFECTS | LOCATION | DATA SHOWN IN TABLE | FINAL EA TOLLING SCENARIO | | | | | | | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS | ADOPTED TOLL SCHEDULE | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | A | B | C | D | E | F | G | | | | | |
| **5A – Social Conditions: Population** | Benefits | Benefits in and near the Manhattan CBD | 28-county study area | Narrative | Benefits in and near the Manhattan CBD related to travel-time savings, improved travel-time reliability, reduced vehicle operating costs, improved safety, reduced air pollutant emissions, and predictable funding source for transit improvements. This would positively affect community connections and access to employment, education, healthcare, and recreation for residents. | | | | | | | No | **No mitigation needed.** Beneficial effects | Same as Final EA | No | **No mitigation needed.** Beneficial effects |
| | Community Cohesion | Changes to travel patterns, including increased use of transit, resulting from new toll | 28-county study area | Narrative | Changes to travel patterns, including increased use of transit, as a result of the Project would not adversely affect community cohesion or make it more difficult for people to connect with others in their community, given the extensive transit network connecting to the Manhattan CBD and the small change in trips predicted. | | | | | | | No | **No mitigation needed.** No adverse effects (see "Environmental Justice" for mitigation related to increased costs for low-income drivers). | Same as Final EA | No | **No mitigation needed.** Beneficial effects |
| | Indirect Displacement | No notable changes in socioeconomic conditions or cost of living so as to induce potential involuntary displacement of residents | Manhattan CBD | Narrative | The Project would not result in the potential for indirect (involuntary) residential displacement. It would not result in substantial changes to market conditions so as to lead to changes in housing prices, given that real estate values in the Manhattan CBD are already high and the many factors that affect each household's decisions about where to live. In addition, low-income residents of the CBD would not experience a notable increase in the cost of living as a result of the Project because of the lack of change in housing costs, the many housing units protected through New York's rent-control, rent-stabilization, and other similar programs, the tax credit available to CBD residents with incomes of up to $60,000, and the conclusion that the cost of goods would not increase as a result of the Project (see "Economic Conditions"). | | | | | | | No | **No mitigation needed.** No adverse effects | Same as Final EA | No | **No mitigation needed.** No adverse effects |
| | Community Facilities and Services | Increased cost for community facilities and service providers in the Manhattan CBD, their employees who drive, and clientele who drive from outside the CBD | Manhattan CBD | Narrative | The Project would increase costs for community service providers that operate vehicles into and out of the Manhattan CBD and for people who travel by vehicle to community facilities and services in the Manhattan CBD, as well as residents of the CBD and employees of community facilities who use vehicles to travel to community facilities outside the CBD. Given the wide range of travel options other than driving, the cost for users to drive to community facilities and services would not constitute an adverse effect on community facilities and services. | | | | | | | No | **No mitigation needed.** No adverse effects | Same as Final EA | No | **No mitigation needed.** No adverse effects |
| | Effects on Vulnerable Social Groups | Benefits to vulnerable social groups from new funding for MTA Capital Program | 28-county study area | Narrative | The Project would benefit certain vulnerable social groups, including elderly populations, persons with disabilities, transit-dependent populations, and non-driver populations by creating a funding source for the MTA 2020–2024 Capital Program (and subsequent capital programs and by reducing congestion in the Manhattan CBD). Elderly individuals would benefit from the travel-time and reliability improvements to bus service with the CBD Tolling Alternative, as bus passengers tend to be older than riders on other forms of transit, such as the subway and, as described above, bus passengers in the Manhattan CBD would benefit from travel-time savings due to the decrease in congestion. People over the age of 65 with a qualifying disability receive a reduced fare on MTA subways and buses, and elderly individuals with a qualifying disability can also receive MTA's paratransit service, including taxis and FHVs operating on behalf of MTA to transport paratransit users. Elderly people with disabilities and low-income individuals who drive to the Manhattan CBD would be entitled to the same mitigation and enhancements proposed for low-income and disabled populations, in general. Other elderly individuals who drive to the Manhattan CBD would pay the toll. | | | | | | | No | **No mitigation needed.** No adverse effects | Same as Final EA | No | **No mitigation needed.** No adverse effects |
| | Access to Employment | Increased cost for small number of people who drive to work | 28-county study area | Narrative | Decrease in work trips by driving modes to and within the Manhattan CBD, with an offsetting increase in transit ridership. Those who drive despite the CBD toll would do so based on the need or convenience of driving and would benefit from the reduced congestion in the Manhattan CBD. Negligible effect (less than 0.1%) on travel to employment within the Manhattan CBD and reverse-commuting from the CBD due to the wide range of transit options available and the small number of commuters who drive today. | | | | | | | No | **No mitigation needed.** No adverse effects | Same as Final EA | No | **No mitigation needed.** No adverse effects |

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047138

*Central Business District (CBD) Tolling Program Reevaluation*

*Final EA, Table ES-5, Summary of Benefits and Effects for the CBD Tolling Alternative with Comparison of Tolling Scenarios – with the Adopted Toll Schedule Added*

| EA CHAPTER | TOPIC | SUMMARY OF EFFECTS | LOCATION | DATA SHOWN IN TABLE | FINAL EA TOLLING SCENARIO | | | | | | | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS | ADOPTED TOLL SCHEDULE | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | A | B | C | D | E | F | G | | | | | |
| **5B – Social Conditions: Neighborhood Character** | Neighborhood character | No notable change in neighborhood character | Manhattan CBD | Narrative | The changes in traffic patterns on local streets would not change the defining elements of the neighborhood character of the Manhattan CBD. | | | | | | | No | **No mitigation needed**. No adverse effects | Same as Final EA | No | **No mitigation needed**. No adverse effects |
| | | | Area near 60th Street Manhattan CBD boundary | Narrative | Changes in parking demand near the 60th Street CBD boundary (including increases just north of 60th Street and decreases just to the south) would not create a climate of disinvestment that could lead to adverse effects on neighborhood character nor alter the defining elements of the neighborhood character of this area. | | | | | | | No | **No mitigation needed**. No adverse effects | Same as Final EA | No | **No mitigation needed**. No adverse effects |
| **5C – Social Conditions: Public Policy** | Public policy | No effect | 28-county study area | Narrative | The Project would be consistent with regional transportation plans and other public policies in place for the regional study area and the Manhattan CBD. | | | | | | | No | **No mitigation needed**. No adverse effects | Same as Final EA | No | **No mitigation needed**. No adverse effects |

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047139

# 10 Air Quality

Chapter 10 of the Final EA presented the assessment of the CBD Tolling Alternative's effects on air quality, air pollution, and greenhouse gas (GHG) emissions. The Final EA evaluated regional criteria pollutant, mobile source air toxic (MSAT) and GHG emissions, as well as potential effects at local intersections and highway segments. This section compares the same air quality effects of the adopted toll schedule to those predicted in the Final EA.

OUTCOME

The analysis demonstrates that there are no potential adverse effects related to air quality and no additional mitigation is needed. The Project Sponsors remain committed to the enhancement measures described in the Final EA.

METHODOLOGY

**Final EA Methodology**

*Regional Analysis*

1. Mesoscale analyses of criteria air pollutants, MSATs, and GHGs were conducted for a 12-county study area (see Final EA page 10-11). It included the 10-county area under the purview of the New York Metropolitan Transportation Council (NYMTC), which is the Metropolitan Planning Organization (MPO) for New York City, as well as the two counties in New Jersey with the greatest potential changes in VMT due to the Project (greatest increase and decrease). No Connecticut counties were analyzed because they were predicted to see decreases in VMT. The 12-county study area included the following:

   ▪ New York City – Bronx, Kings (Brooklyn), New York (Manhattan), Queens, Richmond (Staten Island)

   ▪ Long Island – Nassau, Suffolk

   ▪ New York North of New York City – Putnam, Rockland, Westchester

   ▪ New Jersey – Bergen, Hudson

2. The current U.S. Environmental Protection Agency (USEPA) emissions model at the time the regional analysis was prepared, MOVES2014b, was used to estimate the mobile source emission factors for the mesoscale, MSAT, and GHG analyses

3. Final EA Tolling Scenario A was analyzed, because it had the smallest reduction of VMT compared to the No Action Alternative and would therefore have the lowest beneficial effect on regional air quality

**Commented [PA(1):** Please describe the steps in the analysis that led you to the conclusions. Please also include the data/basis that supports your conclusions. The steps in the analysis are not the methodology of the analysis. It's the description of the steps in the analysis that led to the conclusion. We estimate this to be a paragraph.
Example (General) - we ran the numbers through the methodology and compared it to the results of the analyses in the Final EA. The results of 10J were XXX. The results XXX were in the parameters of S and T as presented in the Final EA. Therefore, this demonstrates that there were no additional effects/effects were in the range described in the Final EA…

**Commented [MG(2):** This should state "at the time the regional analysis for the EA was begun" for better clarity.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047140

4. For the No Action Alternative and Tolling Scenario A, MOVES was run using post-processed VMT[1], speeds, and vehicle mix, as well as the latest site-specific input data from NYSDEC and the North Jersey Transportation Planning Authority (NJTPA), which is the MPO for the New Jersey counties in the study area

### Microscale Analysis

1. Identified the intersections for analysis from the traffic analysis presented in Final EA Chapter 4B. This included 102 intersections in a total of 15 different study areas

2. Conducted screening analysis for pollutants of concern on a localized (microscale) level: CO, $PM_{2.5}$, and $PM_{10}$. The screening was conducted using the criteria from NYSDOT's *The Environmental Manual* (TEM), Chapter 1.1 and USEPA guidance (see the Final EA, Chapter 10, Sections 10.1.7.3 and 10.1.7.4) (see Final EA Sections 10.1.7.2 and 10.1.7.3)

3. All 102 intersections passed the screening analysis, and no detailed air quality analysis (modeling) was necessary

### Highway Link Analysis

1. Identified highway link locations and tolling scenario for analysis, based on the following:

   - Location with highest total Annual Average Daily Traffic (AADT) in any tolling scenario

   - Location of community concern, in worst-case scenario

   - Location with highest truck increase in any tolling scenario

2. Conducted modeling of particulate matter (PM) using the regional model current at the time of the highway link analysis, USEPA's MOVES3 and AERMOD models

## Reevaluation Methodology

### Regional Analysis

1. The analysis was conducted for the same 12-county study area as in the Final EA.

2. USEPA's current emission model, MOVES3.1, was used to estimate the mobile source emission factors for the mesoscale, MSAT, and GHG analyses in the reevaluation.

3. For the No Action Alternative and the final toll schedule, MOVES was run using VMT (direct output from the BPM), speeds, vehicle mix, as well as the latest site-specific input data from NYSDEC and NJTPA.

> **Commented [PA(3]:** What version of MOVES?

> **Commented [PA(4]:** What year was the BPM data from? 2022? 2023? 2024? Is the "final toll schedule" = 10J?

---

[1] The NYMTC Post Processor software was used for the 10-county NYMTC area. Information on post-processing adjustments can be found in NYMTC's Final Adopted *2023 Conformity Determination*, pg. 23, at: https://www.nymtc.org/en-us/Required-Planning-Products/Transportation-Conformity/Transportation-Conformity-Determination-Documents-adopted

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047141

*Central Business District (CBD) Tolling Program Reevaluation*

**Microscale Analysis**

1. Using information from the traffic analysis reevaluation on incremental traffic from the adopted toll schedule at the 102 intersections, conducted screening analysis using the same methodology as the Final EA

> **Commented [PM(5):** It seems like the traffic analysis (at the 102 locations) used different traffic than the AQ analysis. What traffic data was used and was it post processed?

2. As in the Final EA, all 102 intersections passed the screening analysis, and no detailed air quality analysis (modeling) was necessary

**Highway Link Analysis**

1. Determined if locations for reevaluation remain the same as in the Final EA, based on the same factors:

> **Commented [PM(6):** If the BPM for the adopted toll schedule was not post processed, how was this used and compared to the Final EA for the total AADT?

   - Highest total AADT (based on BPM results for adopted toll schedule)

   - Community concern

   - Highest truck increase (based on BPM results for adopted toll schedule)

2. For the locations evaluated in the Final EA, reviewed whether the applicable criteria (i.e., AADT or truck increments) with the adopted toll schedule are higher than those analyzed in the Final EA

3. For any locations identified in step one that are different than those studied in the Final EA, or any Final EA locations where the increase in traffic was greater than that analyzed in the EA, conducted modeling of PM using EPA's MOVES3.1 and AERMOD models

The modeling approach for the reevaluation and models used for the Final EA are summarized in Table X.X below.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047142

*Table XX. Summary of Models Used for Final EA and Reevaluation Methodology*

| TOPIC | LOCATION IN FINAL EA, CHAPTER 10, "AIR QUALITY" | MODEL(S) USED IN FINAL EA | MODELING APPROACH FOR REEVALUATION |
|---|---|---|---|
| Regional Analysis | Methodology – Section 10.1.7.1, page10-10 Environmental Consequences – Section 10.3.2.1, page 10-21 | • MOVES2014b (current version at time of analysis – no longer being updated or supported for use) • VMT from NYMTC's post-processor (in coordination with NYMTC and the ICG, this step was taken to show that the Project would be consistent with NYMTC's conformity analysis because at the time of analysis the Project was not yet on the Transportation Improvement Plan (TIP)) | • MOVES3.1 (latest update to MOVES3 - https://www.epa.gov/moves/moves3-update-log) • VMT direct from BPM (used Final EA network, VMT post-processing not required because the Project was added to the TIP and included in NYMTC conformity determination in 2022) |
| Microscale Analysis | Methodology – 10.1.7.2, page 10-14 Environmental Consequences – Section 10.3.2.2, page 10-42 | • Screening only; no modeling required | • Screening only; no modeling required |
| Highway Link Analysis | Methodology – 10.1.7.5, page 10-16 Environmental Consequences – Section 10.3.2.3, page 10-46 | • MOVES3 (current version at time of analysis) • AERMOD version 21112 (current version at time of analysis – no longer being updated or supported for use) • VMT direct from BPM | • MOVES3.1 (latest update to MOVES3 - https://www.epa.gov/moves/moves3-update-log) • AERMOD version 23132 (current version) • VMT direct from BPM (Final EA Network) |

## ANALYSIS AND FINDINGS

### *Regional*

In the Final EA, the regional analysis concluded that the CBD Tolling Alternative would benefit regional air quality by reducing criteria pollutants, MSATs, and GHG overall in the 12-county study area.

For the reevaluation, the regional analysis also concluded that the adopted toll schedule would benefit regional air quality by reducing criteria pollutants, MSATs, and GHG overall in the 12-county study area.

**Commented [MG(7]:** Does this section need to note that the project is included in NYMTC's most recent conformity determination, approved by FHWA/FTA on January 5, 2024?

**Commented [MG(8R7]:** It should be clearly stated that the project has not been deleted from NYMTC's regiona emissions analysis and conformity determination between the Final EA and the re-eval. The project continues to be included in the MPO's regional emissions analysis.

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047143

*Final EA Table 10-7. Mesoscale Emission Burdens, CBD Tolling Alternative (Tolling Scenario A, tons/year) – With the Adopted Toll Schedule (2023)*

| POLLUTANT | FINAL EA | | | ADOPTED TOLL SCHEDULE | | |
|---|---|---|---|---|---|---|
| | No Action Alternative | CBD Tolling Alternative (Tolling Scenario A) | % Difference | No Action Alternative | Adopted Toll Schedule | % Difference |
| Daily Vehicle-Miles Traveled (miles/day) – BPM Output for 12-County Study Area | 146,956,932 | 146,556,877 | -0.3% | 146,956,932 | 146,387,802 | -0.4% |
| Daily Vehicle-Miles Traveled (miles/day) – Post Processed for 12-County Study Area | 182,736,632 | 182,143,856 | -0.3% | N/A | N/A | N/A |
| Volatile Organic Compounds (VOC) | 17,698 | 17,667 | -0.2% | 6,567 | 6,541 | -0.4% |
| Nitrogen Oxides ($NO_x$) | 23,956 | 23,864 | -0.4% | 12,437 | 12,378 | -0.5% |
| Carbon Monoxide (CO) | 227,726 | 227,074 | -0.3% | 93,881 | 93,220 | -0.7% |
| Particulate Matter ($PM_{10}$) | 5,884 | 5,828 | -1.0% | 2,878 | 2,849 | -1.0% |
| Particulate Matter ($PM_{2.5}$) | 1,452 | 1,441 | -0.7% | 604 | 599 | -0.8% |
| Carbon Dioxide Equivalents ($CO_2e$) | 32,445,206 | 32,236,481 | -0.6% | 17,461,889 | 17,360,966 | -0.6% |

Note: For the Final EA, post processed vehicle-miles traveled were used for analysis. They were generated off of the NYMTC Best Practice Model (BPM) outputs using the NYMTC Post Processor software. They are higher than the NYMTC BPM outputs due to a series of seasonal adjustments. NYMTC's Transportation Conformity Determination includes details on these adjustments: https://www.nymtc.org/Required-Planning-Products/Transportation-Conformity/Transportation-Conformity-Determination-Documents-adopted. Post processing is conducted in accordance with NYMTC's procedures to generate maximum potential worst-case conditions for TIP conformity analyses only when a Project has not yet been included in the conformity analysis of an adopted TIP – as was the case at the time mesoscale analysis was conducted for the Final EA. Post processing was not conducted for the adopted toll schedule in the Reevaluation, as the Project is now part of the TIP for which NYMTC's 2022 conformity analysis was completed.

**Commented [MG(9)]:** Can you confirm that the seasonal adjustments for the Post Processor outlined in NYMTC's 2023 Conformity Determination linked here are the same ones in the Post Processor at the time the EA mesoscale analysis began?

**Commented [MG(10)]:** It is more accurate and proper to say "at the time the mesoscale analysis was begun for the Final EA." At the time the FONSI was signed, the project was in NYMTC's TIP and conformity determination, so phrasing it this way avoids confusion.

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047144

*Central Business District (CBD) Tolling Program Reevaluation*

Final EA Table 10-8. Mesoscale Emission Burden Percentage Changes by County, CBD Tolling Alternative (Tolling Scenario A, Analysis Year 2023) – With the Adopted Toll Schedule Below

| POLLUTANT | FINAL EA TOLLING SCENARIO A – PERCENT CHANGE FROM NO ACTION ALTERNATIVE (FINAL EA NETWORK RUN POST-PROCESSED, ANALYZED IN MOVES2014B) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | New York | | | | | | | | | | | | |
| | CBD Only | Entire County | Queens | Bronx | Kings | Richmond | Nassau | Suffolk | Westchester | Rockland | Putnam | Hudson | Bergen |
| Daily Vehicle-Miles Traveled | -11.56% | -5.88% | -0.36% | 0.15% | -0.74% | 1.73% | 0.03% | -0.03% | -0.22% | -0.17% | 0.28% | -2.24% | 0.88% |
| Volatile Organic Compounds (VOC) | -4.96% | -3.29% | -0.32% | 0.03% | -0.32% | 0.44% | 0.05% | 0.21% | -0.05% | -0.03% | -0.03% | -0.66% | 0.20% |
| Nitrogen Oxides (NO$_x$) | -9.54% | -5.96% | -0.56% | 0.09% | -0.68% | 1.26% | 0.09% | 0.00% | -0.25% | -0.12% | 0.37% | -1.85% | 0.63% |
| Carbon Monoxide (CO) | -7.58% | -4.58% | -0.37% | 0.02% | -0.51% | 0.89% | 0.03% | -0.03% | -0.13% | -0.05% | 0.00% | -1.02% | 0.49% |
| Particulate Matter (PM$_{10}$) | -12.16% | -9.75% | -1.23% | 0.30% | -1.00% | 2.12% | 0.19% | 0.11% | -0.32% | -0.36% | 0.31% | -3.86% | 0.74% |
| Particulate Matter (PM$_{2.5}$) | -11.37% | -8.52% | -0.99% | 0.20% | -0.90% | 1.80% | 0.14% | 0.06% | -0.23% | -0.25% | 0.26% | -3.00% | 0.69% |
| Carbon Dioxide Equivalents (CO$_2$e) | -11.48% | -7.92% | -0.84% | 0.15% | -0.88% | 1.76% | 0.15% | 0.03% | -0.40% | -0.23% | 0.17% | -3.03% | 0.80% |

Source:    WSP, 2022.

| POLLUTANT | ADOPTED TOLL SCHEDULE – PERCENT CHANGE FROM NO ACTION ALTERNATIVE (FINAL EA NETWORK RUN, ANALYZED IN MOVES3.1) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | New York | | | | | | | | | | | | |
| | CBD Only | Entire County | Queens | Bronx | Kings | Richmond | Nassau | Suffolk | Westchester | Rockland | Putnam | Hudson | Bergen |
| Daily Vehicle-Miles Traveled | -8.90% | -5.47% | -0.68% | 0.15% | -0.61% | 2.35% | -0.10% | 0.00% | -0.59% | -0.35% | -0.06% | -2.23% | 1.11% |
| Volatile Organic Compounds (VOC) | -5.44% | -4.27% | -0.36% | -1.11% | -0.45% | 0.94% | -0.05% | 0.01% | -0.25% | -0.06% | 0.02% | -2.08% | 0.45% |
| Nitrogen Oxides (NO$_x$) | -7.41% | -4.85% | 0.67% | 1.48% | 0.03% | 2.47% | -0.09% | 0.02% | -0.31% | -0.21% | -0.05% | -4.96% | 0.92% |
| Carbon Monoxide (CO) | -10.83% | -6.91% | -0.92% | -0.42% | -0.99% | 2.24% | -0.10% | 0.01% | -0.60% | -0.32% | 0.00% | -3.59% | 1.05% |
| Particulate Matter (PM$_{10}$) | -11.02% | -7.26% | -0.65% | 0.94% | -1.08% | 2.70% | -0.12% | 0.07% | -0.58% | -0.22% | 0.16% | -6.34% | 0.94% |
| Particulate Matter (PM$_{2.5}$) | -10.49% | -6.59% | -0.31% | 0.95% | -0.73% | 2.51% | -0.11% | 0.06% | -0.46% | -0.23% | 0.06% | -5.39% | 1.00% |
| Carbon Dioxide Equivalents (CO$_2$e) | -11.00% | -6.46% | -0.56% | 0.34% | -0.75% | 2.30% | -0.10% | 0.01% | -0.54% | -0.31% | -0.02% | -3.91% | 1.06% |

Source:    WSP, 2024.

Yellow highlights indicate an increase compared to the No Action Alternative.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047145

*Central Business District (CBD) Tolling Program Reevaluation*

*Final EA Table 10-11. Mobile Source Air Toxics Emission Burden Percentage Changes by County, CBD Tolling Alternative (Tolling Scenario A, Analysis Year 2023) – With the Adopted Toll Schedule Below*

| POLLUTANT | FINAL EA TOLLING SCENARIO A – PERCENT CHANGE FROM NO ACTION ALTERNATIVE (FINAL EA NETWORK RUN POST-PROCESSED, ANALYZED IN MOVES2014B) | | | | | | | | | | | | |
| | New York | | | | | | | | | | | | |
| | CBD Only | Entire County | Queens | Bronx | Kings | Richmond | Nassau | Suffolk | Westchester | Rockland | Putnam | Hudson | Bergen |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daily Vehicle-Miles Traveled | -11.56% | -5.88% | -0.36% | 0.15% | -0.74% | 1.73% | 0.03% | -0.03% | -0.22% | -0.17% | 0.28% | -2.24% | 0.88% |
| 1,3-Butadiene | -11.82% | -9.11% | -1.12% | 0.17% | -0.99% | 1.96% | 0.22% | 0.07% | -0.25% | -0.26% | 0.30% | -3.93% | 0.81% |
| Acetaldehyde | -11.78% | -9.09% | -1.13% | 0.16% | -0.99% | 1.95% | 0.26% | 0.08% | -0.25% | -0.27% | 0.30% | -3.96% | 0.79% |
| Acrolein | -11.79% | -9.25% | -1.17% | 0.15% | -1.01% | 1.98% | 0.29% | 0.10% | -0.26% | -0.28% | 0.29% | -4.05% | 0.77% |
| Benzene | -10.91% | -7.37% | -0.74% | 0.05% | -0.82% | 1.56% | 0.13% | 0.01% | -0.19% | -0.17% | 0.27% | -2.48% | 0.70% |
| Diesel PM | -11.79% | -8.64% | -0.94% | 0.20% | -0.94% | 1.99% | 0.23% | 0.10% | -0.28% | 0.00% | 0.28% | -3.44% | 0.74% |
| Ethylbenzene | -8.58% | -6.14% | -0.65% | 0.07% | -0.63% | 1.01% | 0.12% | 0.03% | -0.11% | -0.12% | 0.15% | -1.57% | 0.40% |
| Formaldehyde | -11.78% | -9.18% | -1.15% | 0.16% | -1.00% | 1.96% | 0.29% | 0.09% | -0.26% | -0.28% | 0.29% | -4.02% | 0.77% |
| Naphthalene | -11.76% | -9.06% | -1.13% | 0.14% | -0.99% | 1.95% | 0.27% | 0.08% | -0.25% | -0.27% | 0.29% | -3.96% | 0.78% |
| Polycyclic Organic Matter | -11.59% | -8.46% | -0.99% | 0.09% | -0.96% | 1.84% | 0.20% | 0.04% | -0.24% | -0.25% | 0.30% | -3.62% | 0.82% |

Source:    WSP, 2022.

| POLLUTANT | ADOPTED TOLL SCHEDULE – PERCENT CHANGE FROM NO ACTION ALTERNATIVE (FINAL EA NETWORK RUN, ANALYZED IN MOVES3.1) | | | | | | | | | | | | |
| | New York | | | | | | | | | | | | |
| | CBD Only | Entire County | Queens | Bronx | Kings | Richmond | Nassau | Suffolk | Westchester | Rockland | Putnam | Hudson | Bergen |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daily Vehicle-Miles Traveled | -8.90% | -5.47% | -0.68% | 0.15% | -0.61% | 2.35% | -0.10% | 0.00% | -0.59% | -0.35% | -0.06% | -2.23% | 1.11% |
| 1,3-Butadiene | -11.26% | -6.99% | -0.80% | 0.33% | -0.93% | 2.35% | -0.11% | 0.03% | -0.59% | -0.28% | -8.33% | -5.84% | 1.01% |
| Acetaldehyde | -6.76% | -4.80% | 0.24% | 0.80% | -0.33% | 2.39% | -0.10% | 0.03% | -0.45% | -0.25% | -6.72% | -8.19% | 0.91% |
| Acrolein | -7.96% | -5.10% | 0.24% | 1.01% | -0.27% | 2.09% | -0.09% | 0.02% | -0.39% | -0.25% | -5.90% | -7.10% | 0.90% |
| Benzene | -10.29% | -6.48% | -0.74% | -0.37% | -0.87% | 1.72% | -0.09% | 0.02% | -0.48% | -0.29% | -4.43% | -4.67% | 1.04% |
| Diesel PM | -8.60% | -4.84% | 1.09% | 1.22% | 0.45% | 2.31% | -0.06% | 0.06% | -0.23% | -0.17% | -4.43% | -4.89% | 1.04% |
| Ethylbenzene | -6.34% | -4.80% | -0.48% | -0.02% | -0.56% | 1.09% | -0.06% | 0.02% | -0.29% | -0.27% | -8.62% | -5.71% | 0.99% |
| Formaldehyde | -7.09% | -4.83% | 0.12% | 0.79% | -0.37% | 2.20% | -0.10% | 0.02% | -0.45% | -0.27% | -6.48% | -8.50% | 0.93% |
| Naphthalene | -9.13% | -5.61% | -0.26% | 0.77% | -0.56% | 2.06% | -0.10% | 0.02% | -0.48% | -0.28% | -6.86% | -6.99% | 0.96% |
| Polycyclic Organic Matter | -9.43% | -5.68% | -0.24% | 0.80% | -0.51% | 2.07% | -0.10% | 0.02% | -0.46% | -0.27% | -6.69% | -6.40% | 0.99% |

Source:    WSP, 2024.

Yellow highlights indicate an increase compared to the No Action Alternative.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047146

*Central Business District (CBD) Tolling Program Reevaluation*

### Microscale Analysis

For both the Final EA and the reevaluation, all 102 local intersections passed the screening analysis. As such, ) no further analysis was needed.

*Final EA Table 10-13. CO and PM$_{2.5}$/PM$_{10}$ Microscale Screening Results 2023, CBD Tolling Alternative (Tolling Scenario C and Tolling Scenario D) – With the Adopted Toll Schedule Added*

| LOCATION | INTERSECTION | FINAL EA | | ADOPTED TOLL SCHEDULE | |
|---|---|---|---|---|---|
| | | CO SCREENING | PM$_{2.5}$/PM$_{10}$ SCREENING | CO SCREENING | PM$_{2.5}$/PM$_{10}$ SCREENING |
| Downtown Brooklyn | Flatbush Ave & Tillary St | Passed | Passed | Passed | Passed |
| | Adams St & Tillary St | Passed | Passed | Passed | Passed |
| | Old Fulton St & Vine St | Passed | Passed | Passed | Passed |
| Lincoln Tunnel (Manhattan) | Ninth Ave & West 33rd St | Passed | Passed | Passed | Passed |
| | Dyer Ave & West 34th St | Passed | Passed | Passed | Passed |
| | Twelfth Ave & West 34th St | Passed | Passed | Passed | Passed |
| | Eleventh Ave & West 42nd St | Passed | Passed | Passed | Passed |
| | Dyer Ave & West 36th St | Passed | Passed | Passed | Passed |
| | Tenth Ave & West 33rd St | Passed | Passed | Passed | Passed |
| | Eleventh Ave & West 34th St | Passed | Passed | Passed | Passed |
| | Tenth Ave & West 41st St | Passed | Passed | Passed | Passed |
| | Twelfth Ave & West 42nd St | Passed | Passed | Passed | Passed |
| Long Island City (Queens) | Pulaski Bridge/11th St & Jackson Ave | Passed | Passed | Passed | Passed |
| | 11th St & 48th Ave | Passed | Passed | Passed | Passed |
| | 50th Ave at Vernon Blvd | Passed | Passed | Passed | Passed |
| | Green St & McGuiness Blvd | Passed | Passed | Passed | Passed |
| | McGuinness Blvd & Freeman St | Passed | Passed | Passed | Passed |
| | 21st St & 49th Ave | Passed | Passed | Passed | Passed |
| | 11th St & Borden Ave | Passed | Passed | Passed | Passed |
| | Van Dam St & Queens-Midtown Tunnel Expwy | Passed | Passed | Passed | Passed |
| | Van Dam St & Borden Ave | Passed | Passed | Passed | Passed |
| | Jackson Ave/Northern Blvd & Queens Plaza | Passed | Passed | Passed | Passed |
| | Thomson Ave & Dutch Kills St | Passed | Passed | Passed | Passed |
| | Thomson Ave & Dutch Kills St | Passed | Passed | Passed | Passed |
| | 21st St & Queens Plaza N | Passed | Passed | Passed | Passed |
| Lower Manhattan (Manhattan) | Trinity Place & Edgar St | Passed | Passed | Passed | Passed |
| | Trinity Place & Rector St | Passed | Passed | Passed | Passed |
| | Hugh L. Carey Tunnel Entrance/Exit & West St | Passed | Passed | Passed | Passed |
| | Hugh L. Carey Tunnel Exit & West St & West Thames St | Passed | Passed | Passed | Passed |
| | Chambers St & Centre St | Passed | Passed | Passed | Passed |
| | Canal & Hudson Sts/Holl& Tunnel On-Ramp | Passed | Passed | Passed | Passed |
| | Canal St & Holl& Tunnel On-Ramp | Passed | Passed | Passed | Passed |
| | Canal St S & West St | Passed | Passed | Passed | Passed |
| | West St & Albany St | Passed | Passed | Passed | Passed |
| | West St & Vesey St | Passed | Passed | Passed | Passed |

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047147

*Central Business District (CBD) Tolling Program Reevaluation*

| LOCATION | INTERSECTION | FINAL EA | | ADOPTED TOLL SCHEDULE | |
|---|---|---|---|---|---|
| | | CO SCREENING | PM$_{2.5}$/PM$_{10}$ SCREENING | CO SCREENING | PM$_{2.5}$/PM$_{10}$ SCREENING |
| | West St & Chambers St | Passed | Passed | Passed | Passed |
| | Canal St/Manhattan Bridge & Bowery | Passed | Passed | Passed | Passed |
| | Manhattan Bridge & Bowery | Passed | Passed | Passed | Passed |
| | Sixth Ave & Watts St | Passed | Passed | Passed | Passed |
| | Canal St & Sixth Ave/Laight St | Passed | Passed | Passed | Passed |
| New Jersey | 14th St/Holl& Tunnel (E–W) & Marin Blvd (N-S) | Passed | Passed | Passed | Passed |
| | 14th St (E–W) & Jersey Ave (N-S) | Passed | Passed | Passed | Passed |
| | 12th St (E–W) & Jersey Ave (N-S) | Passed | Passed | Passed | Passed |
| | 12th St/Holl& Tunnel (E–W) & Marin Blvd (N-S) | Passed | Passed | Passed | Passed |
| Queens-Midtown Tunnel (Manhattan) | East 37th St & Third Ave | Passed | Passed | Passed | Passed |
| | East 36th St & Second Ave | Passed | Passed | Passed | Passed |
| | East 34th St & Third Ave | Passed | Passed | Passed | Passed |
| | East 35th St & Third Ave | Passed | Passed | Passed | Passed |
| | East 34th St & Second Ave | Passed | Passed | Passed | Passed |
| | East 35th St & Second Ave | Passed | Passed | Passed | Passed |
| Red Hook (Brooklyn) | Hamilton Ave, Clinton St & West 9th St | Passed | Passed | Passed | Passed |
| | Hamilton Ave (northbound) & West 9th St | Passed | Passed | Passed | Passed |
| Robert F. Kennedy Bridge (Manhattan, the Bronx, Queens) | East 126th St & Second Ave | Passed | Passed | Passed | Passed |
| | East 125th St & Second Ave | Passed | Passed | Passed | Passed |
| | East 134th St & St. Ann's Ave | Passed | Passed | Passed | Passed |
| | St. Ann's Ave & Bruckner Blvd | Passed | Passed | Passed | Passed |
| | 31st St & Astoria Blvd | Passed | Passed | Passed | Passed |
| | Hoyt Ave North & 31st St | Passed | Passed | Passed | Passed |
| | Hoyt Ave South & 31st St | Passed | Passed | Passed | Passed |
| Upper East Side (Manhattan) | East 60th St & Ed Koch Queensboro Bridge Exit | Passed | Passed | Passed | Passed |
| | East 60th St & Third Ave | Passed | Passed | Passed | Passed |
| | East 60th St & York Ave | Passed | Passed | Passed | Passed |
| | East 59th St & Second Ave | Passed | Passed | Passed | Passed |
| | East 60th St & Second Ave | Passed | Passed | Passed | Passed |
| | East 60th St & First Ave | Passed | Passed | Passed | Passed |
| | East 60th St & Lexington Ave | Passed | Passed | Passed | Passed |
| | East 60th St & Park Ave (northbound) | Passed | Passed | Passed | Passed |
| | East 60th St & Park Ave (south- & westbound) | Passed | Passed | Passed | Passed |
| | East 60th St & Madison Ave | Passed | Passed | Passed | Passed |
| | East 62nd St & Ed Koch Queensboro Bridge Exit | Passed | Passed | Passed | Passed |
| | East 60th St & Fifth Ave | Passed | Passed | Passed | Passed |
| | East 63rd St & York Ave | Passed | Passed | Passed | Passed |
| | East 53rd St & Franklin D. Roosevelt Dr | Passed | Passed | Passed | Passed |
| | East 61st St & Fifth Ave | Passed | Passed | Passed | Passed |
| | East 65th St & Fifth Ave | Passed | Passed | Passed | Passed |
| | East 66th St & Fifth Ave | Passed | Passed | Passed | Passed |
| | East 79th St & Fifth Ave | Passed | Passed | Passed | Passed |
| | East 71st St & York Ave | Passed | Passed | Passed | Passed |

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047148

*Central Business District (CBD) Tolling Program Reevaluation*

| LOCATION | INTERSECTION | FINAL EA | | ADOPTED TOLL SCHEDULE | |
|---|---|---|---|---|---|
| | | CO SCREENING | PM$_{2.5}$/PM$_{10}$ SCREENING | CO SCREENING | PM$_{2.5}$/PM$_{10}$ SCREENING |
| Upper West Side (Manhattan) | West 72nd St & West End Ave | Passed | Passed | Passed | Passed |
| | West 61st St & West End Ave | Passed | Passed | Passed | Passed |
| | West 79th St & Riverside Drive | Passed | Passed | Passed | Passed |
| | West 56th St & Twelfth Ave | Passed | Passed | Passed | Passed |
| | West 56th St & West Side Hwy | Passed | Passed | Passed | Passed |
| | West 55th St & West Side Hwy | Passed | Passed | Passed | Passed |
| | West 55th St & Twelfth Ave | Passed | Passed | Passed | Passed |
| | West 55th St & West Side Hwy Arterial | Passed | Passed | Passed | Passed |
| | West 60th St & Broadway | Passed | Passed | Passed | Passed |
| | West 60th St & Columbus Ave | Passed | Passed | Passed | Passed |
| | West 60th St & Amsterdam Ave | Passed | Passed | Passed | Passed |
| | West 60th St & West End Ave | Passed | Passed | Passed | Passed |
| | West 61st St & Amsterdam Ave | Passed | Passed | Passed | Passed |
| | West 61st St & Columbus Ave | Passed | Passed | Passed | Passed |
| | West 61st St & Broadway | Passed | Passed | Passed | Passed |
| | West 61st St & Columbus Ave | Passed | Passed | Passed | Passed |
| | West 81st St & Central Park West | Passed | Passed | Passed | Passed |
| | West 66th St & Central Park West | Passed | Passed | Passed | Passed |
| | West 65th St & Central Park West | Passed | Passed | Passed | Passed |
| West Side Hwy / Rte 9A (Manhattan) | West 24th St & Twelfth Ave | Passed | Passed | Passed | Passed |
| Little Dominican Republic (Manhattan) | West 179th St & Broadway | Passed | Passed | Passed | Passed |
| Lower East Side (Manhattan) | Park Row/Chatham Sq, Worth/Oliver St & Mott St | Passed | Passed | Passed | Passed |
| | Chatham Square & East Broadway | Passed | Passed | Passed | Passed |
| | Chatham Square/Bowery & Division St | Passed | Passed | Passed | Passed |

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047149

*Central Business District (CBD) Tolling Program Reevaluation*

*Highway Link Analysis*

For the Final EA, highway link analyses for particulate matter (PM) effects were conducted at three sites:

- I-95 west of the George Washington Bridge, Tolling Scenario C – Highest total AADT in any scenario

- Cross Bronx Expressway at Macombs Road, Tolling Scenario B – Community concern

- Robert F. Kennedy (Triborough) Bridge Queens approach, Tolling  Scenario E – Highest truck increase in any scenario

At all sites, predicted PM concentrations with the Project would be below the National Ambient Air Quality Standards (NAAQS).

In addition, a screening analysis was conducted for potential carbon monoxide (CO) effects at a location of community concern (FDR Drive at 10th Street); this location passed the screening and, therefore, no further analysis was required.

For the reevaluation, all highway links were evaluated to determine if those locations analyzed in the Final EA still represent worst-case conditions with the adopted toll schedule. The findings are as follows:

- **Highest total AADT:** the reevaluation concluded that the same link (I-95 west of the George Washington Bridge) still represents the location with the highest AADT. With the adopted toll schedule, the AADT at this location is higher than that analyzed in the Final EA (although total and incremental truck volumes would be lower than in the Final EA). Therefore additional modeling was conducted using MOVES3.1. Based on modeling, the reevaluation concluded that predicted PM concentrations with the adopted toll schedule would still be below the applicable NAAQS. Therefore, the conclusions of the Final EA are unchanged.

- **Community concern:** at the Cross Bronx Expressway at Macombs Road location, the AADT and truck volume changes with the adopted toll schedule would be below the maximum increment analyzed in the Final EA, where the results were below NAAQS, and no adverse effect was found. Therefore, no additional modeling was necessary, and the conclusions of the Final EA are unchanged.

- **Highest truck increase:** the reevaluation concluded that the same link (Robert F. Kennedy (RFK) Bridge Queens approach) still represents the location with the largest truck increase. The truck volume changes at the RFK Bridge for the adopted toll schedule are all below the maximum increment analyzed in the Final EA, where the results were below NAAQS, and no adverse effect was found. Therefore, no additional modeling was necessary, and the conclusions of the Final EA are unchanged.

In addition, as in the Final EA, a screening analysis was conducted for the adopted toll schedule for potential CO impacts at the location of community concern (FDR Drive at 10th Street); this location passed the screening and, therefore, no further analysis is required.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047150

*Central Business District (CBD) Tolling Program Reevaluation*

*Table XX. Changes in AADT and Trucks (2023), Final EA and Adopted Toll Schedule*

| LINK # | COUNTY | ROADWAY | NO ACTION | | FINAL EA SCENARIO C | | ADOPTED TOLL SCHEDULE | |
|---|---|---|---|---|---|---|---|---|
| | | | AADT | Trucks | AADT | Trucks | AADT | Trucks |
| 268133 & 268131 | Bergen | I-95 West of the George Washington Bridge | 241,327 | 34,133 | 249,307 | 34,862 | 251,668 | 34,632 |
| Change from No Action | | | | | 7,980 | 729 | 10,341 | 499 |
| Percent Change from No Action | | | | | 3.3% | 2.1% | 4.3% | 1.5% |

*Table XX. Changes in Particulate Matter Concentrations (2023), Final EA and Adopted Toll Schedule – I-95 West of the George Washington Bridge*

| FINAL EA TABLE* | POLLUTANT | FINAL EA | | ADOPTED TOLL SCHEDULE | | NAAQS |
|---|---|---|---|---|---|---|
| | | No Action Alternative – MOVES3 (µg/m³) | Final EA Tolling Scenario C (µg/m³) | No Action Alternative – MOVES3.1 (µg/m³) | Adopted Toll Schedule (µg/m³) | |
| Table 1 | PM10 | 105 | 107 | 88 | 89 | 150 |
| Table 2 | $PM_{2.5}$ 24-hour | 29.5 | 29.7 | 27.8 | 28.0 | 35.0 |
| Table 3 | $PM_{2.5}$ Annual | 11.1 | 11.2 | 10.8 | 10.9 | 12.0 |

* See Final EA Appendix 10D, page 10-52

Note:   No Action pollutant concentrations are lower than in the Final EA because MOVES 3.1 (latest version) was used with the latest input files (vehicle age distribution, vehicle mix) and meteorological data in AERMOD for the reevaluation. Incremental changes from the No Action under the adopted toll schedule are the same or less than those for Final EA Tolling Scenario C.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047151

*Final EA, Table ES-5, Summary of Benefits and Effects for the CBD Tolling Alternative with Comparison of Tolling Scenarios – with the Adopted Toll Schedule Added*

| EA CHAPTER | SUMMARY OF EFFECTS | LOCATION | DATA SHOWN IN TABLE | FINAL EA TOLLING SCENARIO | | | | | | | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS | ADOPTED TOLL SCHEDULE | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | A | B | C | D | E | F | G | | | | | |
| 10 – Air Quality | Increases or decreases in emissions related to truck traffic diversions | Cross Bronx Expressway at Macombs Road, Bronx, NY | Increase or decrease in Annual Average Daily Traffic (AADT) | 3,901 | 3,996 | 2,056 | 1,766 | 3,757 | 2,188 | 3,255 | No | **No mitigation needed.** No adverse effects<br><br>Enhancements<br>1. Refer to the overall enhancement on monitoring at the end of this table.<br><br>2. TBTA will work with NYC DOHMH to expand the existing network of sensors to monitor priority locations and supplement a smaller number of real-time $PM_{2.5}$ monitors to provide insight into time-of-day patterns to determine whether the changes in air pollution can be attributed to changes in traffic occurring after implementation of the Project. The Project Sponsors will select the additional monitoring locations in consideration of air quality analysis in the EA and input from environmental justice stakeholders. NYS Department of Environmental Conservation (NYSDEC) and other agencies conducting monitoring will also be consulted prior to finalizing the monitoring approach. The Project Sponsors will monitor air quality prior to implementation (setting a baseline), and two years following implementation. Following the initial two-year post-implementation analysis period, and separate from ongoing air quality monitoring and reporting, the Project Sponsors will assess the magnitude and variability of changes in air quality to determine whether more monitoring sites are necessary. Data collected throughout the monitoring program will be made available publicly as data becomes available and analysis is completed. Data from the real-time monitors will be available online continuously from the start of pre-implementation monitoring.<br><br>3. MTA is currently transitioning its fleet to zero-emission buses, which will reduce air pollutants and improve air quality near bus depots and along bus routes. MTA is committed to prioritizing traditionally underserved communities and those impacted by poor air quality and climate change and has developed an approach that actively incorporates these priorities in the deployment phasing process of the transition.<br><br>Based on feedback received during the outreach conducted for the Project and concerns raised by members of environmental justice communities, TBTA coordinated with MTA NYCT, which is committed to prioritizing the Kingsbridge Depot and Gun Hill Depot, both located in and serving primarily environmental justice communities in Upper Manhattan and the Bronx, where electric buses are received in MTA's next major procurement of battery electric buses, which began in late 2022. This independent effort by MTA NYCT is anticipated to provide air quality benefits to the environmental justice communities in the Bronx. | 3,917 | No | **No mitigation needed.** The Project Sponsors are maintaining their commitment to implement the enhancement measures identified in the Final EA |
| | | | Increase or decrease in daily number of trucks | 509 | 704 | 170 | 510 | 378 | 536 | 50 | | | 433 | | |
| | | | Potential adverse air quality effects from truck diversions | No | No | No | No | No | No | No | | | No | | |
| | | I-95, Bergen County, NJ | Increase or decrease in AADT | 9,843 | 11,459 | 7,980 | 5,003 | 7,078 | 5,842 | 12,506 | No | | 10,341 | No | |
| | | | Increase or decrease in daily number of trucks | 801 | 955 | 729 | 631 | 696 | 637 | -236 | | | 499 | | |
| | | | Potential adverse air quality effects from truck diversions | No | No | No | No | No | No | No | | | No | | |
| | | RFK Bridge, NY | Increase or decrease in AADT | 18,742 | 19,440 | 19,860 | 19,932 | 20,465 | 20,391 | 21,006 | No | | 20,273 | No | |
| | | | Increase or decrease in daily number of trucks | 2,257 | 2,423 | 2,820 | 3,479 | 4,116 | 3,045 | 432 | | | 2,433 | | |
| | | | Potential adverse air quality effects from truck diversions | No | No | No | No | No | No | No | | | No | | |

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047152

# 11 Energy

Chapter 11 of the Final EA evaluated the effects of the CBD Tolling Alternative on energy demand during operation and construction. This section evaluates the effects of the final toll schedule on energy demand.

OUTCOME

Consistent with the conclusions of the Final EA, the adopted toll schedule would result in a reduction in vehicle-miles traveled (VMT) in the 12-county study area and would also therefore reduce energy use as compared to the No Action Alternative.

METHODOLOGY

### Final EA Methodology

The Final EA evaluated the potential effects of the Project on the following elements:

- **Roadway energy:** analyzed using the same methodology, assumptions and model as the regional air quality analysis conducted in Chapter 10 (Tolling Scenario A, for the 12-county study area, using the U.S. Environmental Protection Agency's (EPA) then-current emissions model, MOVES2014b). The analysis evaluated Tolling Scenario A because that scenario was predicted to have the smallest reduction in VMT. Using that scenario presents the smallest benefit in energy; other tolling scenarios would have a larger benefit.
- **Server and systems energy:** energy required to power monitoring and tolling equipment, including network detection systems, and servers that process the data collected by the network detection systems.
- **Construction energy:** calculated based on the construction cost, using the NYSDOT construction cost calculation procedures to quantify energy use.

### Reevaluation Methodology

- **Roadway energy:** As did the Final EA, the reevaluation energy analysis built off the air quality analysis and used the same methodology, assumptions, and model. The reevaluation of air quality for the adopted toll schedule was of the 12-county study area, using the EPA's current emissions model (MOVES3.1). (See the section on air quality for further information about the models used for the reevaluation.)
- **Server, systems and construction energy:** there are no changes to the power requirements or construction costs of the Project with the adopted toll structure. No further analysis needed.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

> **Commented [PA(1):** Please describe the steps in the analysis that led you to the conclusions. Please also include the data/basis that supports your conclusions. The steps in the analysis are not the methodology of the analysis. It's the description of the steps in the analysis that led to the conclusion. We estimate this to be a paragraph.
>
> Example (General) - we ran the numbers through the methodology and compared it to the results of the analyses in the Final EA. The results of 10J were XXX. The results XXX were in the parameters of S and T as presented in the Final EA. Therefore, this demonstrates that there were no additional effects/effects were in the range described in the Final EA…

DOT_0047153

ANALYSIS AND FINDINGS

Like Final EA Tolling Scenario A, the adopted toll schedule would result in a reduction in VMT in the 12-county study area and would also therefore reduce energy use as compared to the No Action Alternative. The conclusions in the Final EA are still valid, as the Project would decrease total operational energy use.

*Table XX. Percent Change in Energy Demand Vs. No Action Alternative (2023), Final EA and Adopted Toll Schedule*

| FINAL EA ANALYSIS (TOLLING SCENARIO A) | ADOPTED TOLL SCHEDULE |
|---|---|
| -0.6% | -0.6% |

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047154

*Final EA, Table ES-5, Summary of Benefits and Effects for the CBD Tolling Alternative with Comparison of Tolling Scenarios – with the Adopted Toll Schedule Added*

| EA CHAPTER | TOPIC | SUMMARY OF EFFECTS | LOCATION | DATA SHOWN IN TABLE | FINAL EA TOLLING SCENARIO | | | | | | | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS | ADOPTED TOLL SCHEDULE | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | A | B | C | D | E | F | G | | | | | |
| **11 – Energy** | | Reductions in regional energy consumption | 12-county study area | Narrative | Reductions in regional VMT would reduce energy consumption | | | | | | | No | **No mitigation needed.** Beneficial effects | Same as Final EA | No | **No mitigation needed.** Beneficial effects |

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

March 2024

3

DOT_0047155

*Central Business District (CBD) Tolling Program Reevaluation*

## 17 ENVIRONMENTAL JUSTICE

Chapter 17 of the Final EA presented an evaluation of the CBD Tolling Alternative's potential for disproportionately high and adverse effects to environmental justice populations, including effects on local communities and effects related to regional mobility. This section presents a reevaluation of that topic for the adopted toll schedule.

### OUTCOME

The reevaluation concludes that with the implementation of the mitigation commitments of the Final EA, the adopted toll schedule would not result in disproportionately high and adverse effects on environmental justice populations or communities and no new mitigation is needed. In addition, there is no change in the communities for which place-based mitigation will be implemented.

### METHODOLOGY

#### Final EA Methodology

The methodology used to determine potential effects on environmental justice populations is described starting on page 17-2 of the Final EA, Section 17.3, "Methodology." As described in that section, the environmental justice analysis evaluated two types of ~~potential~~ effects of the CBD Tolling Program:

- **Local (Neighborhood) Effects:** The Final EA evaluated the effects on neighborhoods related to changes in traffic patterns and the ~~potential~~ resulting effects in terms of traffic congestion, air emissions, and noise; it then assessed whether any such effects would occur disproportionately to environmental justice populations. This included a supplemental analysis for the Final EA of increases or decreases in traffic and truck traffic as a result of traffic diversions in communities already highly burdened by pre-existing air pollution and chronic diseases. For the local (neighborhood) effects, the Final EA used a 10-county study area where localized effects (such as changes in traffic volumes, air emissions, or noise) would occur as a result of the Project.

- **Regional Effects:** The Final EA considered how implementation of the CBD Tolling Alternative would affect the regional population in terms of increased costs (tolls), changes in trip time, and changes in transit conditions, and whether any effects would occur disproportionately to environmental justice populations. For regional effects, the Final EA evaluated the 28-county regional study area, which is the main catchment area for trips to and from the Manhattan CBD and the area where changes in travel patterns and mobility would occur.

**Commented [PA(1):** Please describe the steps in the analysis that led you to the conclusions. Please also include the data/basis that supports your conclusions. The steps in the analysis are not the methodology of the analysis. It's the description of the steps in the analysis that led to the conclusion. We estimate this to be a paragraph.

Example (General) - we ran the numbers through the methodology and compared it to the results of the analyses in the Final EA. The results of 10J were XXX. The results XXX were in the parameters of S and T as presented in the Final EA. Therefore, this demonstrates that there were no additional effects/effects were in the range described in the Final EA...

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047156

**Reevaluation Methodology**

The re-evaluation considered the local (neighborhood) effects and regional effects of the adopted toll schedule, using the same methodology as the Final EA.

**ANALYSIS AND FINDINGS: LOCAL (NEIGHBORHOOD) EFFECTS**

The Final EA considered a range of issues that had the potential to result in local, neighborhood effects:

- Increased traffic congestion on highway segments
- Changes in traffic conditions at local intersections
- Traffic-related effects on noise
- Increases to transit ridership
- Changes in passenger flows at transit stations
- Changes in pedestrian circulation near transit hubs
- Potential for indirect displacement
- Potential effects on the costs of goods
- Traffic-related effects on air quality (including a supplemental analysis for the Final EA of Project effects of traffic and truck traffic on communities with associated high pre-existing air pollutant and health burdens)

The Final EA concluded that, with the implementation of mitigation, the CBD Tolling Alternative would not result in disproportionately high and adverse effects on environmental justice populations in those topic areas.

The reevaluation of each of the topic areas above shows that the effects of the adopted toll schedule fall within the range of effects evaluated in the Final EA and the conclusions of the Final EA remain unchanged.

**ANALYSIS AND FINDINGS: REGIONAL**

**Low-Income Drivers**

As documented in the Final EA, a total of 16,100 low-income workers drive to the Manhattan CBD for work, based on Census Transportation Planning Program (CTPP) data. The EA published in August 2022 concluded that the increased cost to drivers with the new CBD toll would disproportionately affect low-income drivers who currently drive to the Manhattan CBD and do not have reasonable alternative transportation modes available, because the cost of the toll would consume a larger percentage of their available income. To avoid that potential disproportionate adverse effect, in the Final EA the Project Sponsors committed to a program of mitigation measures for low-income frequent drivers. With further analysis of the population affected (as documented in Appendix 17E, "Approach to Mitigating the Effect of CBD Tolls on Low-Income

DOT_0047157

*Central Business District (CBD) Tolling Program Reevaluation*

Frequent Drivers"), and the addition of new mitigation, the Final EA concluded there would not be a disproportionately high and adverse effect on low-income drivers.

> **Commented [PM(2):** Please describe the new mitigation in the text.

The adopted toll schedule includes passenger toll rates within the range evaluated in the Final EA and enhances the mitigation commitments related to low-income drivers, giving a deeper discount than that committed to in the Final EA. Therefore, the conclusions of the Final EA remain unchanged for low-income drivers.

*Table XX. Mitigation Commitments for Low-Income Drivers in Final EA and Adopted Toll Schedule*

| FINAL EA | ADOPTED TOLL SCHEDULE |
|---|---|
| **Toll Rates Evaluated** | |
| Auto toll rates evaluated:<br>$9 - $23 peak; $7 - $17 off-peak; $5 - $12 overnight | Auto toll rates within the range of the Final EA:<br>$15 peak; $3.75 overnight |
| **Mitigation Commitments** | |
| Tax credit for CBD tolls paid by residents of the Manhattan CBD whose New York adjusted gross income for the taxable year is less than $60,000. | Commitment remains, not specific to the adopted toll schedule |
| Information related to the tax credit to be posted on the Project website, with a link to the appropriate location on the NYS DTF website. | Commitment remains, not specific to the adopted toll schedule |
| Elimination of the $10 E-ZPass tag deposit fee for customers without credit card backup. | Commitment remains, not specific to the adopted toll schedule |
| Enhanced promotion of existing E-ZPass payment and plan options, including the ability for drivers to pay per trip (rather than a pre-load balance), refill their accounts with cash at participating retail locations, and discount plans already in place. | Commitment remains, not specific to the adopted toll schedule |
| Outreach and education on eligibility for existing discounted transit fare products and programs. | Commitment remains, not specific to the adopted toll schedule |
| Establishment of an Environmental Justice Community Group that will meet on a quarterly basis, with the first meeting prior to Project implementation, to share updated data and analysis and listen to potential concerns. | Commitment remains, not specific to the adopted toll schedule |
| An overnight toll rate that is reduced to at or below 50 percent of the peak toll from at least 12:00 a.m. to 4:00 a.m. in the final CBD tolling structure, which will benefit low-income drivers traveling during this time. | The adopted toll schedule includes an overnight toll discounted beyond the mitigation commitment:<br>9 PM – 5 AM weekdays, 9 PM – 9 AM weekends<br>25% of peak toll rate, overnight EZP rates as follows:<br>Auto - $3.75<br>Small truck - $6.00<br>Large truck - $9.00 |
| For the first five years of the Project, the final tolling structure to include a discounted toll rate for low-income frequent drivers who have either a Federal adjusted gross income reported on their income tax return for the prior calendar year in the amount of no more than $50,000 or proof of enrollment in a qualifying government-provided income-based program: | Low-Income Discount Plan included as part of the adopted toll schedule, with a discount beyond the mitigation commitment:<br>▪ A 50 percent discount on the peak toll rate after the first 10 trips each month<br>▪ Results in a discounted base auto toll rate of $7.50. |

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047158

*Central Business District (CBD) Tolling Program Reevaluation*

| |
|---|
| ▪ A 25 percent discount on the full CBD E-ZPass toll rate for the applicable time of day after the first 10 trips in each calendar month (not including the overnight period, which will already be deeply discounted).<br>▪ Results in a discounted base auto toll rate of $7 - $17, depending on the tolling scenario. |

**Minority Taxi and FHV Drivers**

The EA published in August 2022 identified potential adverse effects to taxi and/or FHV drivers in New York City, whose country-of-origin data indicate largely consist of minority populations, in tolling scenarios that charge their vehicles more than one passenger-vehicle toll per day. The adverse effect would be related to the cost of the new CBD toll and the reduction of VMT for taxis and/or FHVs, which would result in a decrease in revenues that could lead to losses in employment. The Final EA assumed this adverse effect would occur predominantly to a minority population and therefore would be a disproportionately high and adverse effect.

In the Final EA, Tto avoid this potential disproportionate adverse effect, the Project Sponsors committed to a toll structure that would cap tolls for New York City taxis and FHVs at one passenger toll per day. With this mitigation, the Final EA concluded that no disproportionately high and adverse effect would occur to taxi and FHV drivers.

As it relates to general population minority drivers in general who have no reasonable alternative mode for reaching the Manhattan CBD other than private vehicle, the Final EA found that the cost of the new CBD toll on would have the same effect as experienced by the general population. No disproportionate effect would occur.

> **Commented [PM(3]:** I think there's a word missing here...or something

Under the re-evaluation of With the adopted toll schedule, the per-trip toll rate for taxis will be $1.25 and the rate for FHVs will be $2.50. Based on New York City Taxi and Limousine Commission 2023 information on the average number of trips per day for taxis and FHVs (12 trips for taxis and 6 for FHVs), these pre-trip rates are equivalent to the amount of the once-per-day toll for passenger vehicles, which will be $15.00. BPM model results for the adopted toll schedule show that the reduction in VMT for taxis and FHVs in New York City will be equivalent to the range reported in the Final EA that would avoid an adverse effect on employment for taxis and FHVs FHVs drivers within the range of in tolling scenarios that limited tolls for taxis and FHVs to once per day.

Therefore, the adopted toll schedule is consistent with the commitments in the Final EA related to taxi and FHV drivers. The conclusions of the Final EA remain unchanged.

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047159

*Central Business District (CBD) Tolling Program Reevaluation*

*Final EA Table 17-14. Change in Taxi/For-Hire Daily Vehicle-Miles Traveled in New York City vs. No Action Alternative - with Adopted Toll Schedule*

| GEOGRAPHIC AREA | FINAL EA TOLLING SCENARIOS | | | | | | | | ADOPTED TOLL SCHEDULE |
|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | MODIFIED G | |
| Taxi Toll Policy | All Entries | Once per Day | Exempt | All Entries | Exempt | Once per Day | All Entries | Once per Day | Equivalent to once per day toll for passenger vehicles– $1.25 per trip toll on trips to, within, or from the CBD |
| FHV Toll Policy | | | Up to 3 Times Daily | | Up to 3 Times Daily | | | | Equivalent to once per day toll for passenger vehicles – $2.50 per trip toll on trips to, within, or from the CBD |
| Peak Toll Rate | $9 | $10 | $14 | $19 | $23 | $23 | $12 | $12 | $15 |
| Bronx County | -8,392 (-3.1%) | -5,717 (-2.1%) | -6,426 (-2.4%) | -9,346 (-3.4%) | -3,991 (-1.5%) | -1,959 (-0.7%) | -7,831 (-2.9%) | -1,621 (-0.6%) | +16 (+0.0%) |
| Kings County (Brooklyn) | -33,855 (-9.1%) | -20,648 (-5.5%) | -10,247 (-2.7%) | -37,923 (-10.2%) | -27,854 (-7.5%) | -7,095 (-1.9%) | -39,183 (-10.5%) | -22,971 (-6.2%) | -5,857 (-1.6%) |
| New York County (Manhattan) | -77,843 (-10.9%) | -19,553 (-2.7%) | -51,989 (-7.3%) | -119,349 (-16.7%) | -73,223 (-10.2%) | -17,076 (-2.4%) | -87,944 (-12.3%) | -27,897 (-3.9%) | -25.105 (-4.9%) |
| Inside Manhattan CBD | -21,498 (-6.6%) | +15,020 (+4.6%) | -11,371 (-3.5%) | -54,476 (-16.8%) | -25,621 (-7.9%) | +4,962 (+1.5%) | -27,757 (-8.6%) | +10,203 (+3.1%) | -904 (-0.3%) |
| Outside Manhattan CBD | -56,345 (-14.4%) | -34,573 (-8.8%) | -40,618 (-10.4%) | -64,873 (-16.6%) | -47,602 (-12.2%) | -22,038 (-5.6%) | -60,187 (-15.4%) | -38,100 (-9.7%) | -34,201 (-8.7%) |
| Queens County | -3,873 (-0.4%) | +21,258 (+2.0%) | -10,804 (-1.0%) | -47,911 (-4.4%) | -19,342 (-1.8%) | +4,979 (+0.5%) | -7,812 (-0.7%) | +14,644 (+1.3%) | +5,311 (+0.5%) |
| Richmond County (Staten Island) | -4,884 (-8.6%) | -5,071 (-8.9%) | -4,940 (-8.7%) | -4,539 (-8.0%) | -6,002 (-10.5%) | -4,370 (-7.7%) | -4,917 (-8.6%) | -5,636 (-9.9%) | -4,405 (-7.7%) |
| NEW YORK CITY TOTAL | -128,847 (-5.1%) | -29,731 (-1.2%) | -84,406 (-3.4%) | -219,068 (-8.8%) | -130,412 (-5.2%) | -25,521 (-1.0%) | -147,687 (-5.9%) | -43,481 (-1.7%) | -40,040 (-1.6%) |

Notes:    Projections include VMT only during fares and do not include cruising without passenger(s), to reflect effects on demand and revenues.

Tolling Scenario Modified G was not included in Final EA Table 17-14, but was discussed in the narrative on the following page, Final EA page 17-54.

The per-trip tolls in the adopted toll schedule would be equivalent to the auto peak rate of $15 (based on 2023 TLC data for average trips per vehicle per day: for taxis the average number of trips with passengers to/from/within the CBD is 12, and for FHVs it is 6).

Yellow shading in the table highlights the Final EA tolling scenarios that limited tolls on taxis and FHVs to one passenger-vehicle toll per day.

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047160

**ANALYSIS AND CONCLUSIONS: LOCAL (NEIGHBORHOOD) EFFECTS RELATED TO TRAFFIC DIVERSIONS**

For the Final EA, the Project Sponsors conducted additional analysis of the potential effects of traffic diversions resulting from the CBD Tolling Alternative on environmental justice communities that are already highly burdened by preexisting air pollution and chronic diseases and could see increased traffic. The analysis concluded that in some environmental justice census tracts that have high pre-existing pollutant burdens or chronic disease burdens where the CBD Tolling Alternative would increase traffic, these traffic increases have the potential to increase pollutant burdens and could contribute to chronic disease burdens and therefore could constitute a potential adverse effect on these particularly vulnerable environmental justice populations. The specific census tracts that would experience increased or decreased traffic changed slightly depending on the tolling scenario, but the affected communities remain largely the same. The effects would vary in magnitude depending on the additional volume of traffic and the extent of pre-existing pollutant and chronic disease burdens.

In the Final EA, the Project Sponsors committed to implement mitigation measures related to potential Project-related traffic diversions, related air pollutants, and associated health effects to benefit environmental justice communities that are already highly burdened by pre-existing air pollution and/or chronic diseases, relative to national percentiles. Mitigation measures will include both regional measures, which will reduce truck diversions and reduce emissions, and place-based measures, to reduce emissions and improve air quality and/or health outcomes in areas with the greatest pre-existing burdens that would also be affected by Project-related diversions.[1] To fund these mitigation measures the Project Sponsors have committed $155 million over 5 years. The regional and place-based mitigation measures are summarized in Final EA Table 17-16. The Project Sponsors committed to these measures, regardless of the tolling structure eventually adopted. An adaptive management approach will be used which will include monitoring the efficacy of mitigation, stakeholder consultation, and adjustments as warranted. An additional $5 million has been allocated for mitigation and enhancement measures related to monitoring across other topics, along with $47.5 million for the low-income toll discount to be implemented.

> **Commented [PM(4):** Please be specific about what this entails.

The analysis of ~~potential~~ effects related to traffic diversions on highly burdened environmental justice communities evaluated whether non-truck traffic proximity and truck traffic proximity could increase as a result of the Project in each census tract within the local study area. The analysis also evaluated whether truck traffic proximity could decrease. As defined in the Final EA Appendix 17D, Section 17D.4 (page 17D-14), these are measures of the amount of daily highway traffic near the population center within each census tract. Highway truck traffic proximity was a particular focus, because diesel emissions have a higher

---

[1]   See Final EA, Appendix 17D, Section 17D-7.2.2 on page 17D-77 for a discussion of place-based mitigation measures.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047161

*Central Business District (CBD) Tolling Program Reevaluation*

level of particulate matter, which is associated with adverse health outcomes, and because Project-related diversions would mainly occur on highways.[2]

Census tracts are, as defined by the U.S. Census Bureau, statistical subdivisions of a county or statistically equivalent entity. Communities contain multiple census tracts. As described in Final EA Appendix 17D, communities are defined as either municipalities (outside New York City) or neighborhoods (within New York City).[3] Within the five New York City counties, these neighborhoods were identified using the United Hospital Fund (UHF) neighborhood definitions—a geography designed for health research.[4] Environmental justice census tracts are census tracts where a greater proportion of the population is minority and/or low-income, as identified using the methodology described in Final EA Chapter 17, Section 17.5.1 (page 17-8).

Environmental justice census tracts where individuals experience at least one pre-existing pollutant burden or at least one pre-existing chronic disease burden at or above the 90th percentile, nationally, and where truck proximity could increase as a result of the Project, were identified as "90 or 90" census tracts. Environmental justice census tracts where individuals experience at least one pre-existing pollutant burden and at least one pre-existing chronic disease burden at or above the 90th percentile, nationally, and where truck proximity could increase as a result of the Project were identified as "90 and 90" census tracts.[5]

As noted in Final EA, Appendix 17D, Section 17D-6.1.2, truck diversions would occur in every tolling scenario, but Tolling Scenario E had the maximum predicted truck diversions by volume for all census tracts in the 10-county environmental justice study area.[6] For this reason, the Project Sponsors presented potential truck-traffic proximity under Tolling Scenario E in the Final EA. The Project Sponsors also presented potential non-truck traffic proximity under Tolling Scenario E, as well as Tolling Scenario G; as noted in Section 17D-6.1.5, modeled traffic results from the BPM indicated that Tolling Scenario G was the scenario with the largest potential increases in non-truck traffic across the environmental justice-designated census tracts in the 10-county environmental justice study area.[7]

Any community with one or more environmental-justice-designated census tract meeting the "90 or 90" or "90 and 90" criteria was identified in the Final EA as a community that is already overburdened by pre-existing air pollution and chronic diseases. The Project Sponsors committed to a package of regional (for "90 or 90" communities) and place-based (for "90 and 90" communities) measures to mitigate potential adverse effects on environmental justice populations.

---

[2] See Final EA, Appendix 17D, Section 17D-6.1.1 on page 17D-43 and 17D-6.1.3 on page 17D-44 for an explanation of how truck traffic proximity is calculated.

[3] See Final EA Appendix 17D, Section 17D-6.1.4, p. 17D-50.

[4] See Final EA, Appendix 17D, Section 17D-5.5.2, page 17D-29, Footnote 68 for more information on UHF neighborhoods.

[5] Note that, by these definitions from the Final EA, "90 and 90" census tracts are also "90 or 90" census tracts; the former is a subset of the latter.

[6] Final EA Appendix 17D, page. 17D-43.

[7] Final EA Appendix 17D, page 17D-60.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047162

*Central Business District (CBD) Tolling Program Reevaluation*

The same methodology described in Appendix 17D, "Technical Memorandum: Considerations for Environmental Justice Communities with Existing Pollution or Health Burdens," was used to evaluate the adopted toll schedule for potential effects and identify the relevant "90 or 90" and "90 and 90" communities. The overall findings for the adopted toll schedule were as follows:

- **Potential Project Diversion Effects** - More balanced potential diversion effects when comparing environmental-justice-designated and non-environmental-justice-designated census tracts (as illustrated in Table 17D-11 with the adopted toll schedule added below). As shown in the table, for the 434 census tracts in the 10-county environmental justice study area that are within 300 meters of a highway, the Final EA predicted that 50 percent of the environmental justice-designated census tracts and 41 percent of the non-environmental justice-designated census tracts would have an increase in truck traffic proximity (a total of 205 tracts). Table 17D-11 also shows that 18 percent of environmental justice-designated census tracts and 19 percent of the non-environmental justice-designated census tracts would have a decrease in truck traffic proximity (a total of 79 tracts). For the adopted toll schedule, the number of census tracts affected by an increase in truck traffic proximity would be slightly higher (209 tracts), but the results would be more evenly distributed between non-environmental justice-designated tracts (47 percent) and environmental justice-designated tracts (49 percent) and the number of affected environmental justice-designated tracts would be lower than with the Final EA (151 rather than 154). The number of census tracts having a decrease in truck traffic proximity would be slightly lower (74 tracts); a greater number of environmental justice-designated census tracts would have a decrease (59 tracts rather than 56 tracts), and a smaller number of non-environmental justice-designated tracts would have a decrease (15 tracts rather than 23 tracts).

> **Commented [PM(5):** Please include the maps. They are really helpful to understand what is changing here and the intensity of the resulting effect.

- **Intensity of Potential Truck-Traffic Increases** - Lower intensities of truck-traffic proximity increases in "90 and 90" and "90 or 90" environmental justice-designated census tracts. This is illustrated in Table X.1, which provides the minimum, average, and maximum increase in truck-traffic proximity for the "90 and 90" and "90 or 90" environmental justice-designated census tracts for Final EA Tolling Scenario E and the adopted toll schedule. As described in Final EA Appendix 17D, "the change in truck traffic proximity for each environmental justice census tract is equal to the difference between truck AADT on freeways and interstates in the CBD Tolling Alternative and the No Build Alternative, as forecasted in the BPM, within 300 meters (approximately 1,000 feet) of the population-weighted census tract centroid, divided by distance in meters."[8] For both types of environmental justice-designated census tracts, the average increase and maximum increase in truck-traffic proximity that would occur with the adopted toll schedule would be smaller than with Final EA Tolling Scenario E.

> **Commented [PA(6):** Please include the maps you prepared showing the intensity of potential truck-traffic increases.

- **Location of Tracts and Communities with Potential Truck Traffic Effects** - Small differences in the tracts and communities where potential truck diversion effects would occur from those described in the Final EA, as illustrated in Table X.2 and subsequent tables.

---

8    See Final EA, Appendix 17D, Section 17D-6.1.1, page 17D-43. For further description of traffic proximity in US EPA's EJScreen, calculation methods, and how to interpret the measure, see Final EA, Appendix 17D, Section 17D-4, pp. 17D-14 and 17D-15, Section 17D-6.1.1, p. 17D-43, Sections 17D-6.1.3 and 17D-6.1.4, p. 17D-44.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047163

— No new "90 and 90" communities identified for place-based mitigation (as illustrated in Table 17D-17 with the adopted toll schedule added, below)

— One new "90 and 90" tract within the already identified High Bridge–Morrisania, Bronx County community identified for place-based mitigation (included in Table 17D-17 and in an updated version of Final EA Figure 17D-18 reflecting the adopted toll schedule)

— One less "90 or 90" community identified for regional mitigation (Ridgewood–Forest Hills, Queens County, removed from Table 17D-15 with the adopted toll schedule added, below)

— Three new "90 or 90" communities identified with potential truck traffic proximity decreases (Bayside—Little Neck and Long Island City—Astoria, Queens County; Belleville, Essex County; added to Table 17D-14 with the adopted toll schedule added, below), and one community identified for potential truck traffic proximity decreases under Scenario E but not under the adopted toll structure (Downtown—Heights—Slope/Park Slope, Kings County; removed from Table 17D-14).

— Three new "90 or 90" tracts with potential truck traffic proximity decreases in communities already identified with potential truck traffic proximity decreases (included in Table 17D-14 below)

— Three new tracts in "90 or 90" communities with potential truck traffic proximity increases of a low intensity (as illustrated in Table X.1 and X.3 below and included in Table 17D-15), which would benefit from the regional mitigation measures of expanding the NYC Clean Trucks and NYCDOT Off-Hours Delivery Programs. Note that these three new "90 or 90" tracts include the new "90 and 90" tract in High Bridge–Morrisania

— In the Final EA, Tables 17D-14, 17D-15, and 17D-17 depicted the baseline numbers of trucks traveling through or adjacent to these communities by including estimates of pre-existing truck average annual daily traffic volumes (AADT) on some highways, as examples, under the No Action Alternative. The tables also described the potential change in truck volumes under Tolling Scenario E, and the percentage change of the AADT. The versions of those tables below (with the adopted toll schedule added) present these truck-volume data as well.[9]

- **Intensity of Potential Non-Truck-Traffic Increases** - Non-truck traffic increases would be of a lower intensity, as illustrated in Table X.4, which provides the minimum, average, and maximum increase in truck-traffic proximity for environmental justice-designated census tracts for Final EA Tolling Scenarios E and G, as well as the adopted toll schedule. As described in Final EA Appendix 17D, non-truck traffic proximity uses the same calculation method used for truck-traffic proximity.[10] The average and

---

[9]    As noted in the Final EA, Appendix 17D, Section 17D-6.1.4., in some cases, nearby roadways will show decreases in truck AADT when truck traffic proximity increases, and vice versa. This occurs because of the distance weighting that is part of calculating changes in truck traffic proximity. A nearby roadway may show a net increase in truck traffic AADT, but the center of a census tract's population may be closer to a portion of the roadway with estimated decreases in truck volumes, meaning that exposure to emissions and truck traffic proximity decreases (footnote 102, p. 17D-50).

[10]   Section 17D-6.1.5, p. 17D-56.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

*Central Business District (CBD) Tolling Program Reevaluation*

maximum non-truck-traffic proximity increases that would occur with the adopted toll schedule are all smaller than with the Final EA Tolling Scenario E or G.

- **Location of Tracts and Communities with Potential Non-Truck Traffic Effects** - Small differences in the tracts and communities where potential non-truck diversion effects would occur, without potential truck effects, from those described in the Final EA, as illustrated in Tables 17D-12 and 17D-13 with the adopted toll schedule added below.

  — No new communities with potential non-truck traffic increases but without truck-traffic increases.

  — Four new tracts in overburdened communities with potential non-truck traffic increases, without truck-traffic proximity increases which did not appear under Tolling Scenarios E or G as illustrated in Table X.5. Two of these four tracts had potential increases in non-truck traffic under Tolling Scenarios E and G but also had increase in truck-traffic proximity. Under the adopted toll schedule, these tracts do not have potential truck-traffic proximity increases, and so appear as having potential non-truck effects.

  — In the Final EA, Tables 17D-12 and 17D-13 provide data about some of the adjacent roadways where non-truck volume decreases could occur, including estimates of average annual daily non-truck AADT on highways under the No Action Alternative, modeled changes in non-truck AADT with CBDTP, and the percentage that this change would represent from the No Action Alternative. Table 17D-12&13 (presented below with the adopted toll schedule added), present these AADT data as well.[11]

---

[11]  As noted in the Final EA, Appendix 17D, Tables 17D-12 and 17D-13, and similar to tables describing truck traffic proximity increases, in some cases, nearby roadways will show decreases in non-truck AADT when truck traffic proximity increases, and vice versa. This occurs because of the distance weighting that is part of calculating changes in truck traffic proximity. A nearby roadway may show a net increase in truck traffic AADT, but the center of a census tract's population may be closer to a portion of the roadway with estimated decreases in truck volumes, meaning that exposure to emissions and truck traffic proximity decreases.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047165

*Central Business District (CBD) Tolling Program Reevaluation*

*Final EA Table 17D-11. Summary of Project Effects on Truck Traffic Proximity (Tolling Scenario E), With the Adopted Toll Schedule*

| TYPE OF HIGHWAY TRUCK TRAFFIC PROXIMITY CHANGES RESULTING FROM THE PROJECT | NUMBER OF TRACTS WITH PRE-EXISTING AIR POLLUTANT OR CHRONIC DISEASE BURDENS WITHIN 300 METERS OF A HIGHWAY | | | | | | % OF COMMUNITY TYPE AFFECTED | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | FINAL EA SCENARIO E | | | ADOPTED TOLL SCHEDULE | | | FINAL EA SCENARIO E | | ADOPTED TOLL SCHEDULE | |
| | NON-ENVIRON-MENTAL JUSTICE TRACTS | ENVIRON-MENTAL JUSTICE TRACTS | TOTAL TRACTS | NON-ENVIRON-MENTAL JUSTICE TRACTS | ENVIRON-MENTAL JUSTICE TRACTS | TOTAL TRACTS | NON-ENVIRON-MENTAL JUSTICE TRACTS | ENVIRON-MENTAL JUSTICE TRACTS | NON-ENVIRON-MENTAL JUSTICE TRACTS | ENVIRON-MENTAL JUSTICE TRACTS |
| Tracts with Decrease in Truck Traffic Proximity | 23 | 56 | 79 | 15 | 59 | 74 | 19% | 18% | 12% | 19% |
| Tracts with No Change in Truck Traffic Proximity | 49 | 101 | 150 | 50 | 101 | 151 | 40% | 32% | 41% | 32% |
| Tracts with Increase in Truck Traffic Proximity | 51 | 154 | 205 | 58 | 151 | 209 | 41% | 50% | 47% | 49% |
| Total Tracts | 123 | 311 | 434 | 123 | 311 | 434 | 100% | 100% | 100% | 100% |

Source: U.S. Census Bureau, ACS 2015-2019 5-Year Estimates; USEPA NATA 2017 and Agency Air Quality System 2018 via EJScreen 2021 data; CDC PLACES Estimates 2020 via EJI 2022 data; BPM, WSP 2021 and 2023.

*Table X.1 Range of Truck-Traffic Proximity Increases for Environmental Justice-Designated Overburdened Tracts, Final EA and Adopted Toll Schedule*

| TOPIC | LOCATION | DATA SHOWN IN TABLE | FINAL EA SCENARIO E | ADOPTED TOLL SCHEDULE |
|---|---|---|---|---|
| Increases in truck traffic proximity, as a result of traffic diversions, in communities already overburdened by preexisting air pollution and chronic diseases | 90 AND 90 Environmental Justice-Designated Census Tracts (Place-Based) | Minimum Increase | 0.21 | 0.13 |
| | | Average Increase | 6.80 | 4.85 |
| | | Maximum Increase | 122.71 | 72.13 |
| | | Minimum Increase | 0.01 | 0.02 |
| | | Average Increase | 7.50 | 4.99 |

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047166

| | 90 OR 90 Environmental Justice-Designated Census Tracts (Regional) | Maximum Increase | 122.71 | 72.13 |
|---|---|---|---|---|

Source: U.S. Census Bureau, ACS 2015-2019 5-Year Estimates; USEPA NATA 2017 and Agency Air Quality System 2018 via EJScreen 2021 data; CDC PLACES Estimates 2020 via EJI 2022 data; BPM, WSP 2021 and 2023.

*Table X.2 Summary of Environmental Justice Tracts and Communities That May Need Mitigation (Tolling Scenario E), with the Adopted Toll Schedule*

| TOPIC | LOCATION | DATA SHOWN IN TABLE | FINAL EA SCENARIO E | ADOPTED TOLL SCHEDULE |
|---|---|---|---|---|
| Increases in truck traffic, as a result of traffic diversions, in communities already overburdened by preexisting air pollution and chronic diseases | 90 AND 90 (Place-Based) | **Total Communities** | 13* | 13* |
| | | **Total Tracts** (Black indicates new tracts in already-identified communities, grey in parentheses are tracts that were removed compared to the Final EA) | 56 | **57** 1 additional tract in High Bridge-Morrisania, Bronx, NY |
| | | **Communities Added** (Relative to Final EA Tolling Scenario E) | -- | none |
| | | **Communities Removed** (Relative to Final EA Tolling Scenario E) | -- | none |
| Increases in truck traffic, as a result of traffic diversions, in communities already overburdened by preexisting air pollution and chronic diseases | 90 OR 90 (Regional) | **Total Communities** | 38 | 37 |
| | | **Total Tracts** (Black indicates new tracts in already-identified communities, grey in parentheses are tracts that were removed compared to the Final EA) | 154 | **151** 1 additional tract in High Bridge-Morrisania, Bronx, NY (same as "90 AND 90" tract above) 1 additional tract in Downtown Brooklyn-Fort Greene / Downtown–Heights–Slope, Kings, NY 1 additional tract in Southwest Queens, Queens, NY (1 less tract in Bayside-Little Neck, Queens, NY) (1 less tract in Flushing-Clearview, Queens, NY) (1 less tract in Long Island City-Astoria, Queens, NY) (1 less tract in Ridgewood-Forest Hills, Queens) |

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047167

| | | | (1 less tract in Southeast Queens, Queens, NY) (1 less tract in Newark, Essex, NJ) |
|---|---|---|---|
| **Communities Added** **(Relative to Final EA Tolling Scenario E)** | -- | none | |
| **Communities Removed** **(Relative to Final EA Tolling Scenario E)** | -- | 1 (Ridgewood-Forest Hills, Queens, NY is removed) | |

Source: U.S. Census Bureau, ACS 2015-2019 5-Year Estimates; USEPA NATA 2017 and Agency Air Quality System 2018 via EJScreen 2021 data; CDC PLACES Estimates 2020 via EJI 2022 data; BPM, WSP 2021 and 2023.

Notes:

This table summarizes results analogous to those found in Final EA Tables 17D-15 and 17D-17 in Appendix 17D. Detailed versions of those tables with the adopted toll schedule added are provided later in this section of the reevaluation.

\*   Final EA Table 17D-17 for Tolling Scenario E grouped the 13 identified communities into 11 table rows: High Bridge – Morrisania was grouped with "Crotona–Tremont" in one line because tracts in both communities would have potential effects from truck traffic on the Cross Bronx Expressway. Hunts Point–Mott Haven and Pelham–Throgs Neck were also grouped in one line because tracts in both communities would have potential effects from truck traffic on the Bruckner Expressway. City of Orange, East Orange, and Newark were also grouped in one line because tracts in these three communities would have potential effects from truck traffic on I-280. Finally, Table 17D-17 did not show Tract 3009 in North Hempstead, Nassau County. As noted, "[p]otential truck volume increases and decreases on roadways within the tract would ultimately cancel each other out and result in no change of truck traffic proximity for the residential populations within the tract."

*Table X.3 Change in Truck Traffic Proximity for Overburdened Environmental Justice-Designated Tracts That Would Have Increases Under the Adopted Toll Schedule But Decreases in Final EA Tolling Scenario E*

| | TRUCK TRAFFIC PROXIMITY CHANGE | | | DAILY TRUCK VOLUME | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | FINAL EA SCENARIO E | | ADOPTED TOLL SCHEDULE | |
| **LOCATION** | **FINAL EA SCENARIO E** | **ADOPTED TOLL SCHEDULE** | **HIGHWAY** | **NO ACTION (AADT)** | **Change (AADT)** | **Change (%)** | **Change (AADT)** | **Change (%)** |

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047168

*Central Business District (CBD) Tolling Program Reevaluation*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tract 189, Bronx, NY (High Bridge–Morrisania, 90 AND 90) | -0.41 | 0.94 | Major Deegan Expwy | 14,106 | 128* | 1%* | 240 | 2% |
| Tract 143, Kings, NY (Downtown–Heights–Slope / Park Slope, 90 OR 90) | -0.60 | 0.69 | Prospect Expwy | 4,509 | -12 | -0.3% | 43 | 1% |
| Tract 814, Queens, NY (Southwest Queens, 90 OR 90) | -0.40 | 1.05 | Van Wyck Expwy | 4,272 | -126 | -3% | 13 | 0.3% |

Source: U.S. Census Bureau, ACS 2015-2019 5-Year Estimates; USEPA NATA 2017 and Agency Air Quality System 2018 via EJScreen 2021 data; CDC PLACES Estimates 2020 via EJI 2022 data; BPM, WSP 2021 and 2023.

 * Under Tolling Scenario E, truck traffic proximity would decrease in this census tract even though AADT would increase, because the center of its population is near a portion of the highway where modeling indicates that non-truck traffic could decrease.

*Table X.4. Range of Non-Truck-Traffic Proximity Increases for Environmental Justice-Designated Overburdened Tracts Where Truck Traffic Proximity Would Not Also Increase*

> **Commented [PA(8):** Please add units of measurement ie (trucks per day)

| TOPIC | LOCATION | DATA SHOWN IN TABLE | FINAL EA SCENARIO E | FINAL EA SCENARIO G | ADOPTED TOLL SCHEDULE |
|---|---|---|---|---|---|
| Increases in non-truck traffic, as a result of traffic diversions, in communities already overburdened by preexisting air pollution and chronic diseases, but where truck traffic would not also increase | 80 OR 66.66 Environmental Justice Designated Census Tracts | Minimum | 0.31 | 0.03 | 0.08 |
| | | Average | 22.69 | 26.37 | 12.69 |
| | | Maximum | 216.02 | 316.77 | 159.61 |

Source: U.S. Census Bureau, ACS 2015-2019 5-Year Estimates; USEPA NATA 2017 and Agency Air Quality System 2018 via EJScreen 2021 data; CDC PLACES Estimates 2020 via EJI 2022 data; BPM, WSP 2021 and 2023.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047169

*Central Business District (CBD) Tolling Program Reevaluation*

*Table X.5. Change in Non-Truck Traffic Proximity for Overburdened Environmental Justice-Designated Tracts Without Truck-Traffic Proximity Increases Under the Adopted Toll Schedule, and which Did Not Appear Under Tolling Scenarios E and G*

| LOCATION | NON-TRUCK TRAFFIC PROXIMITY CHANGE | | | HIGHWAY | NON-TRUCK | | | | | |
| | SCENARIO E | SCENARIO G | ADOPTED TOLL SCHEDULE | | SCENARIO E | | SCENARIO G | | ADOPTED TOLL SCHEDULE | |
| | | | | | CHANGE (AADT) | CHANGE (%) | CHANGE (AADT) | CHANGE (%) | CHANGE (AADT) | CHANGE (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| Tract 334, Bronx County, NY (Fordham–Bronx Park)* | -6.75 | -4.57 | 0.34 | Bronx River Pkwy | -334 | -0.3% | -102 | -0.1% | -19 | -0.02% |
| Tract 68, Bronx County, NY (Pelham–Throgs Neck) | -1.43 | -0.02 | 0.08 | Bronx River Pkwy | -168 | -0.3% | -8 | 0.0% | 12 | 0.02% |
| Tract 1571.02, Queens County, NY (Southeast Queens)** | 9.43 | 12.32 | 11.28 | Cross Island Pkwy | 463 | 0.4% | 714 | 0.6% | 802 | 0.7% |
| Tract 96, Essex County, NJ (Newark)*** | 2.08 | 1.80 | 3.30 | McCarter Hwy (NJ Rt 21) | 470 | 1% | 404 | 1% | 779 | 2% |

Source: U.S. Census Bureau, ACS 2015-2019 5-Year Estimates; USEPA NATA 2017 and Agency Air Quality System 2018 via EJScreen 2021 data; CDC PLACES Estimates 2020 via EJI 2022 data; BPM, WSP 2021 and 2023.

Notes:

* Closer examination indicates that this tract is predicted to have an increase in non-truck traffic proximity under Scenario E and the adopted toll structure; though the portion of the Bronx River Pkwy passing through the tract is predicted to see a net decrease in non-truck traffic, the center of its population is near a portion of a highway where modeling indicates that non-truck traffic could increase

** Under Tolling Scenario E (as noted in Final EA Tables 17D-10 and 17D-15), as well as under Tolling Scenario G, Census Tract 1571.02, Queens County shows a potential non-truck traffic proximity increase, but it also shows a potential truck traffic proximity increase due to an increase of less than 1 truck per day on a Cross Island Parkway service road. Because of this small, potential truck traffic proximity increase, this tract was included in Table 17D-15 along with other tracts showing potential truck-traffic proximity increases under Tolling Scenario E. Under the adopted toll schedule, the potential increase in truck traffic proximity is zero, which is why Census Tract 1571.02, Queens County appears in this table

*** Under Tolling Scenarios E and G, Census Tract 96, Essex County, has potential increases in both truck and non-truck traffic proximity. Thus, the tract did not appear in Final EA Tables 17D-12 and 17D-13. Under the adopted toll schedule, the tract has potential truck-traffic proximity decreases, which is why it appears in this table

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047170

*Central Business District (CBD) Tolling Program Reevaluation*

*Final EA Table 17D-12 & 17D-13. Environmental Justice Tracts and Communities That Could Experience Non-Truck Traffic Proximity Increases without Truck Traffic Proximity Increases under the Adopted Toll Schedule with Scenarios E & G*

This table shows the number of environmental justice-designated tracts in each community with at least one pre-existing pollutant (80th percentile) or chronic disease burden (66.66th percentile). Blue shading behind the numbers of tracts under Tolling Scenarios E and G indicates that the corresponding community is not identified in the table of communities having highly burdened environmental justice-designated tracts with potential truck-traffic proximity increases under Tolling Scenario E (Final EA Table 17D-10). For the adopted toll schedule, blue shading also appears behind the number of tracts to indicate that the corresponding community is not identified in the table of communities having highly burdened environmental justice-designated tracts with potential truck-traffic proximity increases under the adopted toll schedule.

| COUNTY | COMMUNITY | NUMBER OF TRACTS BY NUMBER OF PRE-EXISTING POLLUTANT (80TH PERCENTILE) OR CHRONIC DISEASE BURDENS (66.66TH PERCENTILE) | | | HIGHWAY | FINAL EA SCENARIO E | | | FINAL EA SCENARIO G | | | ADOPTED TOLL SCHEDULE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FINAL EA SCENARIO E | FINAL EA SCENARIO G | ADOPTED TOLL SCHEDULE | | DAILY NON-TRUCK NO ACTION (AADT)* | DAILY NON-TRUCK CHANGE (AADT) | DAILY NON-TRUCK CHANGE (%) | DAILY NON-TRUCK NO ACTION (AADT)* | DAILY NON-TRUCK CHANGE (AADT) | DAILY NON-TRUCK CHANGE (%) | DAILY NON-TRUCK NO ACTION (AADT)* | DAILY NON-TRUCK CHANGE (AADT) | DAILY NON-TRUCK CHANGE (%) |
| Bronx, NY | Fordham–Bronx Park | 3 | 8 | 8 | Bronx River Pkwy | 95,415 | -17 | -0.02% | 95,415 | 301 | 0.3% | 105,451 | 10 | 0.01% |
| | | | | | Mosholu Pkwy | 49,364 | 183 | 0.4% | 49,364 | 291 | 1% | 49,364 | 393 | 1% |
| | Kingsbridge–Riverdale** | 1 | 2 | 1 | Bronx River Pkwy | 88,312 | 158 | 0.2% | 88,312 | 502 | 1% | 88,312 | 355 | 0.4% |
| | | | | | Henry Hudson Pkwy | 52,188 | -2,013 | -4% | 52,188 | -1,338 | -3% | 52,188 | -1,226 | -2% |
| | | | | | Major Deegan Expwy | 137,804 | -2,620 | -2% | 137,804 | -1,650 | -1% | 138,304 | -2,256 | -2% |
| | | | | | Mosholu Pkwy | 70,125 | -631 | -1% | 70,125 | -125 | -0.2% | 70,125 | -210 | -0.3% |
| | Northeast Bronx*** | 5 | 4 | 5 | Bronx River Pkwy | 88,312 | 158 | 0.2% | 88,312 | 502 | 1% | 88,312 | 355 | 0.4% |
| | | | | | Hutchinson River Pkwy | 139,000 | -132 | -0.1% | Community does not have tracts with potential traffic increases adjacent to Hutchinson River Pkwy | | | 139,000 | 90 | 0.1% |
| | | | | | New England Thruway | 114,329 | -2,330 | -2% | Community does not have tracts with potential traffic increases adjacent to New England Thruway | | | 114,329 | -1,963 | -2% |
| | Pelham–Throgs Neck | | 5 | 1 | Bronx River Pkwy | Community does not have tracts with potential traffic increases adjacent to Bronx River Pkwy | | | Community does not have tracts with potential traffic increases adjacent to Bronx River Pkwy | | | 51,051 | 12 | 0.02% |
| | | | | | Cross Bronx Expwy Ext | All tracts with non-truck traffic increases adjacent to Cross Bronx Expwy Ext also have truck-traffic proximity increases and are included in Table 17D-15 | | | 67,348 | 2,945 | 4% | Tract with non-truck traffic increases adjacent to Cross Bronx Expwy Ext also has truck traffic increases, and is included in Table 17D-15 | | |
| Kings, NY | Bensonhurst–Bay Ridge | | 7 | 5 | Belt Pkwy | All tracts with non-truck traffic increases also have truck-traffic proximity increases and are included in Table 17D-15 | | | 102,954 | 215 | 0.2% | 108,802 | 1,155 | 1% |
| | | | | | Brooklyn Queens Expwy | | | | 53,564 | 2,128 | 4% | 41,286 | 1,472 | 4% |
| | Canarsie–Flatlands | | 2 | 2 | Belt Pkwy | Community does not have tracts with potential traffic increases adjacent to Belt Pkwy | | | 126,307 | 432 | 0.3% | 126,307 | 756 | 1% |
| | Coney Island–Sheepshead Bay | | 7 | 7 | Belt Pkwy | Community does not have tracts with potential traffic increases adjacent to Belt Pkwy | | | 118,945 | 930 | 1% | 118,945 | 1,124 | 1% |
| | East New York | 1 | 1 | 1 | Jackie Robinson Pkwy | 87,492 | 1,440 | 2% | 87,492 | 538 | 1% | 87,492 | 1,382 | 2% |
| New York, NY | Central Harlem–Morningside Heights† | | 3 | 1 | Harlem River Dr | Community does not have tracts with potential traffic increases adjacent to Harlem River Dr | | | 122,662 | 1,037 | 1% | 120,876 | -315 | -0.3% |
| | Lower Manhattan | 1 | 1 | 1 | FDR Dr | 44,052 | 5,755 | 13% | 44,052 | 3,137 | 7% | 44,052 | 1,364 | 3% |
| | Union Square–Lower East Side (Lower East Side) | 4 | 4 | 4 | FDR Dr | 107,507 | 7,672 | 7% | 107,507 | 8,150 | 8% | 107,507 | 7,609 | 7% |

Commented [PA(9)]: Why is this number different? Should it be 95,415?

Commented [PA(10)]: Same comment as above

Commented [PA(11)]: Same comment as above

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047171

*Central Business District (CBD) Tolling Program Reevaluation*

| COUNTY | COMMUNITY | NUMBER OF TRACTS BY NUMBER OF PRE-EXISTING POLLUTANT (80TH PERCENTILE) OR CHRONIC DISEASE BURDENS (66.66TH PERCENTILE) | | | HIGHWAY | FINAL EA SCENARIO E | | | FINAL EA SCENARIO G | | | ADOPTED TOLL SCHEDULE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FINAL EA SCENARIO E | FINAL EA SCENARIO G | ADOPTED TOLL SCHEDULE | | DAILY NON-TRUCK NO ACTION (AADT) | DAILY NON-TRUCK CHANGE (AADT) | DAILY NON-TRUCK CHANGE (%) | DAILY NON-TRUCK NO ACTION (AADT)* | DAILY NON-TRUCK CHANGE (AADT) | DAILY NON-TRUCK CHANGE (%) | DAILY NON-TRUCK NO ACTION (AADT)* | DAILY NON-TRUCK CHANGE (AADT) | DAILY NON-TRUCK CHANGE (%) |
| Queens, NY | Flushing–Clearview | 1 | 2 | 2 | Cross Island Pkwy | 110,139 | 295 | 0.3% | 110,139 | 282 | 0.3% | 110,139 | 597 | 1% |
| | | | | | Whitestone Expwy | Tract with non-truck traffic increases adjacent to Whitestone Expwy also has truck-traffic increases and is included in Table 17D-15 | | | 163,532 | 1,054 | 0.6% | 163,532 | 115 | 0.07% |
| | Jamaica†† | 1 | 2 | 1 | Belt Pkwy | 155,884 | -617 | -0.4% | 155,884 | -165 | -0.1% | Community does not have tracts with potential traffic increases adjacent to Belt Pkwy | | |
| | | | | | JFK Expwy | 34,513 | 7 | 0.02% | 34,513 | -262 | -1% | Community does not have tracts with potential traffic increases adjacent to JFK Expwy | | |
| | | | | | Nassau Expwy | 66,009 | -1,023 | -2% | 66,009 | -977 | -1% | Community does not have tracts with potential traffic increases adjacent to Nassau Expwy | | |
| | | | | | Van Wyck Expwy | 159,528 | -138 | -0.09% | 159,528 | 751 | 0.5% | 159,528 | 122 | 0.08% |
| | Ridgewood–Forest Hills | 2 | 2 | 2 | Jackie Robinson Pkwy | 117,227 | 553 | 0.5% | 117,227 | 512 | 0.4% | 117,227 | 651 | 1% |
| | Southeast Queens | 2 | 3 | 4 | Belt Pkwy | 157,617 | 53 | 0.03% | 157,617 | 583 | 0.4% | 157,617 | 321 | 0.2% |
| | | | | | Cross Island Pkwy | 136,974 | -41 | -0.03% | 136,974 | 526 | 0.4% | 125,701 | 544 | 0.4% |
| | | | | | Hook Creek Blvd | 3,356 | 26 | 0.8% | 3,356 | -19 | -1% | 3,356 | -73 | -2% |
| | Southwest Queens | 1 | 3 | 2 | Belt Pkwy | 167,960 | -1,855 | -1% | 167,960 | 841 | 1% | 167,960 | 952 | 1% |
| | | | | | Nassau Expwy | Community does not have tracts with potential traffic increases adjacent to Nassau Expwy | | | 32,379 | -910 | -3% | 32,379 | -631 | -2% |
| | | | | | Van Wyck Expwy | 132,116 | 534 | 0.4% | 132,116 | -535 | -0.4% | Tract with non-truck traffic increases adjacent to Van Wyck Expwy also has truck traffic increases, and is included in Table 17D-15 | | |
| | West Queens | 1 | 3 | 3 | Grand Central Pkwy | Community does not have tracts with potential traffic increases adjacent to Grand Central Pkwy | | | 109,447 | 859 | 1% | 109,447 | 280 | 0.3% |
| | | | | | Long Island Expwy | 184,144 | 1,108 | 0.6% | Community does not have tracts with potential traffic increases adjacent to Long Island Expwy | | | Community does not have tracts with potential traffic increases adjacent to Long Island Expwy | | |
| Bergen, NJ | Fort Lee | | 2 | 1 | I-95 | All tracts with non-truck traffic increases adjacent to I-95 also have truck-traffic increases and are included in Table 17D-15 | | | 136,411 | 9,431 | 7% | 122,339 | 5,770 | 5% |
| | | | | | Palisades Interstate Pkwy | Community does not have tracts with potential traffic increases adjacent to Palisades Interstate Pkwy | | | 64,897 | 1,616 | 2% | 64,897 | 1,068 | 2% |
| | | | | | N Bergen Blvd (US-46) | All tracts with non-truck traffic increases adjacent to N Bergen Blvd (US-46) also have truck-traffic proximity increases and are included in Table 17D-15 | | | 46,580 | 3,170 | 7% | Community does not have tracts with potential traffic increases adjacent to N Bergen Blvd (US-46) | | |
| Essex, NJ | Belleville††† | 1 | | 1 | McCarter Hwy (NJ Rt 21) | 45,515 | 525 | 1% | 45,515 | 479 | 1% | 45,515 | 821 | 2% |
| | East Orange | 3 | 3 | 3 | Garden State Pkwy | 108,539 | 1,296 | 1% | 108,539 | 1,252 | 1% | 108,539 | 1,392 | 1% |
| | | | | | I-280 | 95,485 | -1,958 | -2% | 95,485 | -1,934 | -2% | 95,485 | -1,702 | -2% |
| | Irvington | 6 | 6 | 6 | Garden State Pkwy | 121,204 | 1,475 | 1% | 121,204 | 1,128 | 1% | 121,204 | 1,363 | 1% |
| | Newark | 1 | 1 | 2 | Garden State Pkwy | 128,342 | 1,279 | 1% | 128,342 | 1,126 | 1% | 128,342 | 1,398 | 1% |

Commented [PA(12)]: Same comment as above

DOT_0047172

*Central Business District (CBD) Tolling Program Reevaluation*

| COUNTY | COMMUNITY | NUMBER OF TRACTS BY NUMBER OF PRE-EXISTING POLLUTANT (80TH PERCENTILE) OR CHRONIC DISEASE BURDENS (66.66TH PERCENTILE) | | | HIGHWAY | FINAL EA SCENARIO E | | | FINAL EA SCENARIO G | | | ADOPTED TOLL SCHEDULE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FINAL EA SCENARIO E | FINAL EA SCENARIO G | ADOPTED TOLL SCHEDULE | | DAILY NON-TRUCK NO ACTION (AADT)* | DAILY NON-TRUCK CHANGE (AADT) | DAILY NON-TRUCK CHANGE (%) | DAILY NON-TRUCK NO ACTION (AADT)* | DAILY NON-TRUCK CHANGE (AADT) | DAILY NON-TRUCK CHANGE (%) | DAILY NON-TRUCK NO ACTION (AADT)* | DAILY NON-TRUCK CHANGE (AADT) | DAILY NON-TRUCK CHANGE (%) |
| | | | | | McCarter Hwy (NJ Rt 21) | Tract with non-truck traffic increases adjacent to McCarter Hwy (NJ Rt 21) also has truck-traffic proximity increases and is included in Table 17D-15 | | | 42,369 | 404 | 1% | 42,369 | 779 | 2% |
| Union, NJ | Elizabeth§ | 2 | 3 | 3 | I-95 | 115,637 | -1,415 | -1% | 115,637 | -379 | -0.3% | 115,637 | -628 | -1% |
| Nassau, NY | Hempstead | 1 | 2 | 2 | Cross Island Pkwy | 141,039 | -227 | -0.2% | 141,039 | 149 | 0.1% | 141,039 | 234 | 0.2% |
| | | | | | Nassau Expwy | 64,528 | 117 | 0.2% | 64,528 | 6 | 0.01% | 64,528 | 385 | 1% |

Source: U.S. Census Bureau, ACS 2015-2019 5-Year Estimates; USEPA NATA 2017 and Agency Air Quality System 2018 via EJScreen 2021 data; CDC PLACES Estimates 2020 via EJI 2022 data; BPM, WSP 2021 and 2023.

Notes:

Results not shown for the following communities because no tracts appeared in these communities with potential non-truck traffic increases but without potential truck-traffic increases under the adopted toll schedule: Crotona–Tremont, Bronx County; High Bridge–Morrisania, Bronx County; Sunset Park, Kings County; Downtown–Heights–Slope, Kings County; Washington Heights–Inwood, New York County; Bayside–Little Neck, Queens County; Port Richmond, Richmond County; Hackensack, Bergen County; Palisades Park, Bergen County; Ridgefield, Bergen County; and Jersey City, Hudson County.

*    In some cases, specific tracts with potential traffic increases along a certain highway and within a community and differ between Scenario E, Scenario G, and the adopted toll schedule. In these cases, the "No Action" AADT will differ because the section of the highway analyzed differs.

**    Under Tolling Scenarios E and G, (as noted on Final EA Tables 17D-12 and 17D-13) as well as the adopted toll schedule, Census Tract 435, Bronx County is predicted to have an increase in non-truck traffic proximity; though highways passing through the tract are predicted to see net decreases in non-truck traffic, the center of its population is near a portion of a highway where modeling indicates that non-truck traffic could increase.

***    Under Tolling Scenario E (as noted on Final EA Table 17D-12) and the adopted toll schedule, Census Tract 302, Bronx County is predicted to have an increase in non-truck traffic proximity under Tolling Scenario E and the adopted toll schedule; though highways adjacent to the tract are predicted to see net decreases in non-truck traffic, the center of its population is near a portion of a highway where modeling indicates that non-truck traffic could increase.

†    Under the adopted toll schedule, Census Tract 243.02, New York County, could see in increase in non-truck traffic proximity, even though AADT is predicted to decrease. Though the highway adjacent to the tract is predicted to see decreases in non-truck traffic, the center of its population is near a portion of the highway where modeling indicates that non-truck traffic could increase.

††    Under Tolling Scenarios E and G (as noted in Final EA Tables 17D-12 and 17D-13), Census Tract 306, Queens County is predicted to have an increase in non-truck traffic proximity; though highways passing through the tract are predicted to see net decreases in non-truck traffic, the center of its population is near a portion of a highway where modeling indicates that non-truck traffic could increase.

†††    As noted in Final EA Table 17D-12, under Tolling Scenario E, Tract 144, Essex County has a small potential increase in truck traffic that produces a potential truck-traffic proximity change of less than one truck per meter distance.

§    Under Scenarios E & G (as noted in Final EA Tables 17D-12 and 17D-13) as well as under the adopted toll schedule, non-truck traffic proximity is predicted to increase in these census tracts, even though AADT is predicted to see a net decrease; the centers of population in each of the three tracts are closer to portions of the highway where modeling indicates non-truck traffic proximity could increase.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

March 2024

DOT_0047173

DOT_0047174

*Central Business District (CBD) Tolling Program Reevaluation*

Final EA Table 17D-14. Environmental Justice Tracts and Communities That Could Experience Truck Traffic Proximity Decreases (Tolling Scenario E), With the Adopted Toll Schedule ("90 or 90" Tracts and Communities)

| COUNTY | COMMUNITY | NUMBER OF TRACTS BY NUMBER OF POLLUTANT OR CHRONIC DISEASE BURDENS (90TH PERCENTILE) | | HIGHWAY | DAILY TRUCK VOLUME | | | | | |
| | | FINAL EA SCENARIO E | ADOPTED TOLL SCHEDULE | | FINAL EA SCENARIO E | | | ADOPTED TOLL SCHEDULE | | |
| | | | | | NO ACTION (AADT)* | CHANGE (AADT) | CHANGE (%) | NO ACTION (AADT)* | CHANGE (AADT) | CHANGE (%) |
| Bronx, NY | Crotona–Tremont | 5 | 5 | Major Deegan Expwy | 15,042 | -643 | -4% | 15,042 | -372 | -2% |
| | Fordham–Bronx Park | 1 | 1 | Major Deegan Expwy | 15,024 | -686 | -5% | 15,024 | -414 | -3% |
| | High Bridge–Morrisania | 3 | 2 | Major Deegan Expwy | 11,872 | -165 | -1% | 11,803 | -195 | -2% |
| | Hunts Point–Mott Haven** | 1 | 1 | Bruckner Expwy | 5,624 | 277 | 5% | 5,624 | 263 | 5% |
| | Kingsbridge–Riverdale | 7 | 7 | Major Deegan Expwy | 14,679 | -595 | -4% | 14,679 | -331 | -2% |
| Kings, NY | Borough Park*** | 1 | 1 | Ocean Pkwy | 5,689 | -11 | -0.2% | 5,689 | 64 | 1% |
| New York, NY | Chelsea–Clinton | 1 | 1 | Lincoln Tunnel | 2,069 | -155 | -7% | 2,069 | -273 | -13% |
| Queens, NY | Bayside–Little Neck | | 1 | Long Island Expwy | Community does not have tracts with potential truck-traffic decreases adjacent to Long Island Expwy | | | 18,049 | -2 | -0.01% |
| | Flushing–Clearview† | 2 | 3 | Long Island Expwy | 11,340 | -290 | -3% | 11,340 | -371 | -3% |
| | | | | Whitestone Expwy | Community does not have tracts with potential truck-traffic decreases adjacent to Whitestone Expwy | | | 7,929 | 174 | 2% |
| | Fresh Meadows | 2 | 2 | Long Island Expwy | 11,542 | -283 | -2% | 11,542 | -357 | -3% |
| | Jamaica | 2 | 2 | Van Wyck Expwy | 7,487 | -104 | -1% | 7,487 | -60 | -1% |
| | Long Island City–Astoria | | 1 | Brooklyn Queens Expwy | Community does not have tracts with potential truck-traffic decreases adjacent to Brooklyn Queens Expwy | | | 9,634 | 1,293 | 13% |

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

March 2024                                                                                                   15

DOT_0047175

*Central Business District (CBD) Tolling Program Reevaluation*

| COUNTY | COMMUNITY | NUMBER OF TRACTS BY NUMBER OF POLLUTANT OR CHRONIC DISEASE BURDENS (90TH PERCENTILE) | | HIGHWAY | DAILY TRUCK VOLUME | | | | | |
| | | FINAL EA SCENARIO E | ADOPTED TOLL SCHEDULE | | FINAL EA SCENARIO E | | | ADOPTED TOLL SCHEDULE | | |
| | | | | | NO ACTION (AADT)* | CHANGE (AADT) | CHANGE (%) | NO ACTION (AADT)* | CHANGE (AADT) | CHANGE (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Long Island Expwy | Community does not have tracts with potential truck-traffic decreases adjacent to Long Island Expwy | | | 3,115 | -157 | -5% |
| | Ridgewood–Forest Hills | 5 | 6 | Long Island Expwy | 12,250 | -153 | -1% | 12,250 | -339 | -3% |
| | Southwest Queens | 2 | 1 | Van Wyck Expwy | 5,039 | -102 | -2% | 7,049 | -132 | -2% |
| | West Queens | 6 | 6 | Brooklyn Queens Expwy East | 2,303 | -64 | -3% | 2,303 | -28 | -1% |
| | | | | Long Island Expwy | 12,443 | -170 | -1% | 12,443 | -338 | -3% |
| Essex, NJ | Belleville | | 1 | McCarter Hwy (NJ Rt 21) | Community does not have tracts with potential truck-traffic decreases adjacent to McCarter Hwy | | | 5,499 | -4 | -0.1% |
| | Newark | 9 | 10 | I-78 | 13,535 | -547 | -4% | 13,535 | -425 | -3% |
| | | | | I-95 | 12,573 | -124 | -1% | 12,573 | -25 | -0.2% |
| | | | | McCarter Hwy | 5,154 | -23 | -0.4% | 5,168 | -16 | -0.3% |
| | | | | US 1-9 | 7,274 | -30 | -0.4% | 7,274 | -74 | -1% |
| | | | | US 22 | 5,018 | -24 | -0.5% | 5,018 | -31 | -1% |
| Hudson, NJ | Jersey City | 2 | 2 | I-78 | 1,538 | -580 | -38% | 1,538 | -361 | -23% |
| | | | | Pulaski Skwy | 4,622 | -142 | -3% | 4,622 | -5 | -0.1% |
| | Union City | 3 | 3 | NJ 495 | 7,813 | -703 | -9% | 7,813 | -863 | -11% |
| Union, NJ | Union | 2 | 2 | I-78 | 8,569 | -310 | -4% | 8,569 | -239 | -3% |
| | | | | US 22 | 4,289 | -1 | -0.03% | 4,289 | -3 | -0.1% |
| Nassau, NY | Hempstead | 1 | 1 | Nassau Expwy | 1,708 | -2 | -0.1% | 1,708 | -1 | -0.1% |

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047176

*Central Business District (CBD) Tolling Program Reevaluation*

Source:  U.S. Census Bureau, ACS 2015-2019 5-Year Estimates; USEPA NATA 2017 and Agency Air Quality System 2018 via EJScreen 2021 data; CDC PLACES Estimates 2020 via EJI 2022 data; BPM, WSP 2021 and 2023.

Notes:

    Results are not shown for Downtown–Heights–Slope (Park Slope) because no tracts with potential truck-traffic proximity decreases appeared in this community under the adopted toll schedule.

\*    In some cases, specific tracts with potential traffic increases along a certain highway and within a community and differ between Scenario E, Scenario G, and the adopted toll schedule. In these cases, the "No Action" AADT will differ because the section of the highway analyzed differs.

\*\*    Under Tolling Scenario E (as noted in Final EA Table 17D-14) as well as the adopted toll schedule, truck traffic proximity is predicted to decrease in Census Tract 27.02, Bronx County, even though AADT on this highway shows a net increase. The center of the tract's population is near a portion of the highway where modeling indicates that truck traffic could decrease.

\*\*\*    Under the adopted toll schedule, Truck traffic proximity decreases in Census Tract 494, Kings County, even though AADT on this highway shows a net increase. Though the highway adjacent to the tract is predicted to see increases in truck traffic, the center of the tract's population is near a portion of the highway where modeling indicates that truck traffic could decrease.

†    Under the adopted toll schedule, Truck traffic proximity decreases in Census Tract 889.01, Queens County, even though AADT on the Whitestone Expwy shows a net increase. The center of the tract's population is near a portion of the highway where modeling indicates that truck traffic could decrease.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047177

*Central Business District (CBD) Tolling Program Reevaluation*

*Final EA Table 17D-15. Environmental Justice Tracts and Communities That May Need Mitigation (Tolling Scenario E), With the Adopted Toll Schedule ("90 or 90" Tracts and Communities)*

| COUNTY | COMMUNITY | NO. OF TRACTS WITH AT LEAST ONE PRE-EXISTING POLLUTANT OR CHRONIC DISEASE BURDEN (90TH PERCENTILE) | | HIGHWAY | DAILY TRUCK VOLUME | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | FINAL EA SCENARIO E | ADOPTED TOLL SCHEDULE | | FINAL EA SCENARIO E | | | ADOPTED TOLL SCHEDULE | | |
| | | | | | NO ACTION (AADT) | CHANGE (AADT) | CHANGE (%) | NO ACTION (AADT) | CHANGE (AADT) | CHANGE (%) |
| Bronx, NY | Crotona–Tremont | 16 | 16 | Cross Bronx Expwy | 21,819 | 168 | 1% | 21,819 | 237 | 1% |
| | High Bridge–Morrisania | 4 | 5 | Cross Bronx Expwy | 21,819 | 168 | 1% | 21,819 | 237 | 1% |
| | | | | Major Deegan Expwy | Community does not have tracts with potential truck-traffic increases adjacent to Major Deegan Expwy | | | 14,106 | 240 | 2% |
| | Hunts Point–Mott Haven | 11 | 11 | Major Deegan & Bruckner Expwys | 7,618 | 874 | 11% | 7,618 | 695 | 9% |
| | | | | Approach to RFK Bridge | 9,868 | 1,339 | 14% | 9,868 | 1,100 | 11% |
| | Northeast Bronx | 1 | 1 | New England Thruway | 13,640 | 191 | 1% | 13,640 | 106 | 1% |
| | Pelham–Throgs Neck | 17 | 17 | Cross Bronx Expwy Ext. | 9,580 | 398 | 4% | 9,580 | 388 | 4% |
| | | | | Throgs Neck Expwy | 4,194 | 50 | 1% | 4,194 | 73 | 2% |
| | | | | Bruckner Expwy | 5,624 | 277 | 5% | 5,624 | 263 | 5% |
| Kings, NY | Bensonhurst–Bay Ridge | 2 | 2 | Gowanus Expwy | 8,328 | 495 | 6% | 8,328 | 270 | 3% |
| | Downtown–Heights–Slope (Downtown Brooklyn–Fort Greene)* | 8 | 9 | Brooklyn Queens Expwy | 14,107 | 891 | 6% | 14,107 | 378 | 3% |
| | | | | Prospect Expwy | Community does not have tracts with potential truck-traffic increases adjacent to Prospect Expwy | | | 5,942 | 51 | 1% |
| | Greenpoint (South Williamsburg)** | 7 | 7 | Brooklyn Queens Expwy | 15,762 | 878 | 6% | 15,762 | 452 | 3% |
| | Sunset Park | 15 | 15 | Gowanus Expwy | 10,015 | 632 | 6% | 10,015 | 290 | 3% |
| New York, NY | East Harlem | 2 | 2 | Approach to RFK Bridge | 1,513 | 1,556 | 103% | 1,513 | 423 | 28% |
| | Randall's Island*** | 1 | 1 | RFK Bridge on Randall's Island | 12,432 | 3,170 | 25% | 12,432 | 1,913 | 15% |

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047178

*Central Business District (CBD) Tolling Program Reevaluation*

| COUNTY | COMMUNITY | NO. OF TRACTS WITH AT LEAST ONE PRE-EXISTING POLLUTANT OR CHRONIC DISEASE BURDEN (90TH PERCENTILE) | | HIGHWAY | DAILY TRUCK VOLUME | | | | | |
| | | FINAL EA SCENARIO E | ADOPTED TOLL SCHEDULE | | FINAL EA SCENARIO E | | | ADOPTED TOLL SCHEDULE | | |
| | | | | | NO ACTION (AADT) | CHANGE (AADT) | CHANGE (%) | NO ACTION (AADT) | CHANGE (AADT) | CHANGE (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Washington Heights–Inwood | 3 | 3 | Trans-Manhattan Expwy | 17,370 | 385 | 2% | 17,370 | 338 | 2% |
| Queens, NY | Bayside–Little Neck | 5 | 4 | Clearview Expwy | 12,029 | 485 | 4% | 12,029 | 480 | 4% |
| | Flushing–Clearview | 2 | 1 | Clearview Expwy | 14,332 | 631 | 4% | 14,332 | 602 | 4% |
| | | | | Whitestone Expwy | 7,929 | 455 | 6% | Community does not have tracts with potential truck-traffic increases adjacent to Whitestone Expwy | | |
| | Jamaica | 4 | 4 | Van Wyck Expwy | 8,876 | 303 | 3% | 8,876 | 50 | 1% |
| | Long Island City–Astoria | 7 | 6 | Grand Central Pkwy | 9,935 | 2,522 | 25% | 9,935 | 1,447 | 15% |
| | | | | Brooklyn Queens Expwy | 12,572 | 1,982 | 16% | 12,572 | 1,308 | 10% |
| | | | | Long Island Expwy | 5,247 | 260 | 5% | 5,247 | -96 | -2% |
| | Southeast Queens[†] | 2 | 1 | Clearview Expwy | 7,649 | 59 | 1% | 7,649 | 67 | 1% |
| | Southwest Queens[††] | 2 | 3 | Van Wyck Expwy | 7,264 | 12 | 0.2% | 5,999 | 66 | 1% |
| | West Queens | 9 | 9 | Long Island Expwy | 5,247 | 260 | 5% | 5,247 | -96 | -2% |
| | | | | Brooklyn Queens Expwy | 8,657 | 1,696 | 20% | 8,657 | 1,024 | 12% |
| Richmond, NY | Port Richmond | 2 | 2 | MLK Expwy | 3,023 | 339 | 11% | 3,023 | 84 | 3% |
| | Stapleton–St. George | 1 | 1 | Staten Island Expwy | 8,625 | 763 | 9% | 8,625 | 363 | 4% |
| Bergen, NJ | Fort Lee | 2 | 2 | I-95 | 21,427 | 368 | 2% | 21,427 | 438 | 2% |
| | | | | N Bergen Blvd (US-46) | 6,499 | 312 | 5% | 6,499 | 162 | 2% |
| | | | | NJ Rt 4 | 12,413 | 35 | 0.3% | 12,413 | 105 | 1% |
| | Hackensack | 1 | 1 | I-80 | 15,034 | 208 | 1% | 15,034 | 68 | 0.5% |
| | Ridgefield Park Village | 1 | 1 | US-46 | 3,202 | 195 | 6% | 3,202 | 44 | 1% |

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047179

*Central Business District (CBD) Tolling Program Reevaluation*

| COUNTY | COMMUNITY | NO. OF TRACTS WITH AT LEAST ONE PRE-EXISTING POLLUTANT OR CHRONIC DISEASE BURDEN (90TH PERCENTILE) | | HIGHWAY | DAILY TRUCK VOLUME | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | FINAL EA SCENARIO E | ADOPTED TOLL SCHEDULE | | FINAL EA SCENARIO E | | | ADOPTED TOLL SCHEDULE | | |
| | | | | | NO ACTION (AADT) | CHANGE (AADT) | CHANGE (%) | NO ACTION (AADT) | CHANGE (AADT) | CHANGE (%) |
| | Palisades Park | 1 | 1 | US-1-9-46 | 2,854 | 344 | 12% | 2,854 | 70 | 2% |
| | Lodi | 1 | 1 | I-80 | 9,976 | 164 | 2% | 9,976 | 211 | 2% |
| | | | | NJ Rt 17 | 9,387 | 345 | 4% | 9,387 | 258 | 3% |
| | | | | US-46 | 4,420 | 13 | 0.3% | 4,420 | 8 | 0.2% |
| | Paramus | 1 | 1 | NJ Rt 17 | 8,890 | 335 | 4% | 8,890 | 201 | 2% |
| | | | | NJ Rt 4 | 7,300 | 3 | 0.04% | 7,300 | -42 | -1% |
| | Ridgefield | 1 | 1 | I-95 | 10,644 | 266 | 2% | 10,644 | 66 | 1% |
| | | | | US-9 | 2,905 | 48 | 2% | 2,905 | 29 | 1% |
| Essex, NJ | East Orange | 1 | 1 | I-280 | 5,688 | 115 | 2% | 5,688 | 137 | 2% |
| | Newark | 6 | 5 | McCarter Hwy (NJ Rt 21) | 6,381 | 17 | 0.3% | Community does not have tracts with potential truck-traffic increases adjacent to McCarter Hwy (NJ Rt 21) | | |
| | | | | I-280 | 6,425 | 117 | 2% | 6,425 | 138 | 2% |
| | West Orange | 1 | 1 | I-280 | 5,618 | 116 | 2% | 5,618 | 136 | 2% |
| | City of Orange | 2 | 2 | I-280 | 5,722 | 115 | 2% | 5,722 | 135 | 2% |
| Hudson, NJ | Bayonne | 4 | 4 | NJ Rt 440 | 7,432 | 443 | 6% | 7,432 | 238 | 3% |
| | Harrison | 2 | 2 | I-280 | 6,951 | 118 | 2% | 6,951 | 155 | 2% |
| | Jersey City | 5 | 5 | Tonnelle Ave | 4,461 | 540 | 12% | 4,461 | 479 | 11% |
| | | | | NJ Rt 139 | 3,571 | 207 | 6% | 3,571 | 341 | 10% |
| | Kearny | 1 | 1 | I-280 | 6,954 | 107 | 2% | 6,954 | 154 | 2% |
| | | | | NJ Rt 9 | 11,481 | 359 | 3% | 11,481 | 260 | 2% |
| Nassau, NY | North Hempstead | 2 | 2 | Long Island Expwy | 7,744 | 3 | 0.04% | 7,744 | 3 | 0.04% |

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047180

Source:  U.S. Census Bureau, ACS 2015-2019 5-Year Estimates; USEPA NATA 2017 and Agency Air Quality System 2018 via EJScreen 2021 data; CDC PLACES Estimates 2020 via EJI 2022 data; BPM, WSP 2021 and 2023.

Notes:

Results are not shown for Ridgewood–Forest Hills because no tracts with potential truck-traffic proximity increases appeared in this community under the adopted toll schedule.

In the Final EA, No Build truck AADT and Scenario E truck AADT change were miscalculated for a few portions of highways described in Tables 17D-15. This table includes corrected values. These corrections do not change the conclusions of the Final EA, as potential truck-traffic proximity increases of any magnitude were used to identify tracts and communities for potential effects and mitigation.

*        As noted in Final EA, Appendix D to Appendix 17D, Part of the Downtown–Heights–Slope UHF neighborhood but labelled "Downtown Brooklyn-Fort Greene" to further specify location.

**       As noted in Final EA, Appendix D to Appendix 17D, Part of the Greenpoint UHF neighborhood, but labeled as "South Williamsburg" to further specify location.

***      As noted in Final EA, Appendix D to Appendix 17D, part of the East Harlem UHF neighborhood, but labeled as "Randall's Island" to further specify location.

†        Under Tolling Scenario E (as noted in Final EA Tables 17D-10 and 17D-15), Census Tract 1571.02, Queens County, a truck traffic proximity increase is predicted due to an increase of less than 1 truck per day on a Cross Island Parkway service road under Tolling Scenario E; the tract does not have potential truck-traffic proximity increases under the adopted toll schedule.

††       No Action AADT differs between Tolling Scenario E and adopted toll schedule on the Van Wyck Expwy because an additional tract with potential truck-traffic proximity increases under adopted toll schedule extends the length of the highway along which the No Action AADT was measured.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047181

DOT_0047182

*Central Business District (CBD) Tolling Program Reevaluation*

*Final EA Table 17D-17. Environmental Justice Tracts and Communities That Would Merit Place-Based Mitigation (Scenario E), With the Adopted Toll Schedule ("90 and 90" Tracts and Communities)*

| COUNTY | MAP MARKER | COMMUNITY | NO. OF TRACTS WITH AT LEAST ONE PRE-EXISTING POLLUTANT AND CHRONIC DISEASE BURDEN | | HIGHWAYS | DAILY TRUCK VOLUME | | | | | |
| | | | FINAL EA SCENARIO E | ADOPTED TOLL SCHEDULE | | FINAL EA SCENARIO E | | | ADOPTED TOLL SCHEDULE | | |
| | | | | | | No Action (AADT) | Change (AADT) | Change (%) | No Action (AADT) | Change (AADT) | Change (%) |
| Bronx, NY | 1 | High Bridge–Morrisania and Crotona–Tremont | 18 | 18 | Cross Bronx Expwy | 21,819 | 168 | 0.8% | 21,819 | 237 | 1.1% |
| | | | 0 | 1 | Major Deegan Expwy | Community does not have tracts with potential truck traffic increases adjacent to Major Deegan Expwy | | | 14,106 | 240 | 1.7% |
| | 2 | Hunts Point–Mott Haven/Pelham–Throgs Neck | 14 | 14 | Bruckner Expwy | 5,624 | 277 | 4.9% | 5,624 | 263 | 4.7% |
| | 3 | Hunts Point–Mott Haven | 3 | 3 | Major Deegan & Bruckner Expwys | 7,618 | 874 | 11.5% | 7,618 | 695 | 9.1% |
| | | | 1* | 1* | Approach to RFK Bridge | 9,868 | 1,339 | 13.6% | 9,868 | 1,100 | 11.1% |
| | 4 | Pelham–Throgs Neck | 1 | 1 | Throgs Neck Expwy | 4,194 | 50 | 1.2% | 4,194 | 73 | 1.7% |
| | | | 1 | 1 | Cross Bronx Expwy Ext. | 9,580 | 398 | 4.2% | 9,580 | 388 | 4.1% |
| | 5 | Northeast Bronx | 1 | 1 | New England Thruway | 13,640 | 191 | 1.4% | 13,640 | 106 | 0.8% |
| New York, NY | 6 | East Harlem | 2 | 2 | RFK Bridge Approach at E 125th St | 1,702 | 1,924 | 113.0% | 1,702 | 672 | 39.5% |
| | 7 | Randall's Island** | 1 | 1 | RFK Bridge on Randall's Island | 12,432 | 3,170 | 25.5% | 12,432 | 1,913 | 15.4% |
| Kings, NY | 8 | Downtown–Heights–Slope (Downtown Brooklyn–Fort Greene)*** | 3 | 3 | Brooklyn Queens Expwy | 14,107 | 891 | 6.3% | 14,107 | 378 | 2.7% |
| | 9 | Greenpoint (South Williamsburg)† | 4 | 4 | Brooklyn Queens Expwy | 15,870 | 853 | 5.4% | 15,870 | 428 | 2.7% |
| Essex, NJ | 10 | Orange–East Orange–Newark | 6 | 6 | I-280 | 6,106 | 116 | 1.9% | 6,106 | 137 | 2.2% |
| Bergen, NJ | 11 | Fort Lee | 1 | 1 | I-95/George Washington Bridge | 14,768 | 195 | 1.3% | 14,768 | 231 | 1.6% |

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047183

*Central Business District (CBD) Tolling Program Reevaluation*

Source:   U.S. Census Bureau, ACS 2015-2019 5-Year Estimates; USEPA NATA 2017 and Agency Air Quality System 2018 via EJScreen 2021 data; CDC PLACES Estimates 2020 via EJI 2022 data; BPM, WSP 2021 and 2023.

Notes:

As in Final EA Table 17D-17, this table lists the 13 identified communities under both Tolling Scenario E and the adopted toll schedule into 11 rows. Census Tract 3009, Nassau County, not shown. As noted in Final EA, Table 17D-17, "closer examination indicates that this tract is shown with a potential increase in truck traffic proximity under Tolling Scenario E; though roadways passing through the tract have the potential to see decreases in truck traffic, the center of its population is near [a portion of] a roadway where modeling indicates that truck traffic could increase."

In the Final EA, No Build truck AADT and Scenario E truck AADT change were miscalculated for a portion of a highway described in Table 17D-17. This table includes corrected values. These corrections do not change the conclusions of the Final EA, as potential truck-traffic proximity increases of any magnitude were used to identify tracts and communities for potential effects and mitigation.

*         Census Tract 27.01, Bronx County, immediately north of junction between RFK Bridge approach and Bruckner Expwy; tract also included in row for Major Deegan & Bruckner Expwys above.

**        As noted in Final EA, Appendix D to Appendix 17D, part of the East Harlem UHF neighborhood, but labeled as "Randall's Island" to further specify location.

***       As noted in Final EA, Appendix D to Appendix 17D, Part of the Downtown–Heights–Slope UHF neighborhood but labelled "Downtown Brooklyn-Fort Greene" to further specify location.

†         As noted in Final EA, Appendix D to Appendix 17D, Part of the Greenpoint UHF neighborhood, but labeled as "South Williamsburg" to further specify location.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047184

*Central Business District (CBD) Tolling Program Reevaluation*

*Figure 17D-18. Environmental Justice Census Tracts with High Pre-Existing Pollutant and Chronic Disease Burdens Where Truck Traffic Proximity Could Potentially Increase (Adopted Toll Schedule)*



Source:    USEPA NATA and Agency Air Quality System via EJScreen 2021 data; CDC PLACES Estimates 2020 via EJI 2022 data; BPM, WSP 2023.

Note:    Percentiles are national. Census Tract 3009, Nassau County not shown. Potential truck volume increases and decreases on roadways within the tract would ultimately cancel each other out and result in no change of truck traffic proximity for the residential populations within the tract.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047185

*Central Business District (CBD) Tolling Program Reevaluation*

*Final EA, Table ES-5, Summary of Benefits and Effects for the CBD Tolling Alternative with Comparison of Tolling Scenarios – with the Adopted Toll Schedule*

| EA CHAPTER | TOPIC | SUMMARY OF EFFECTS | LOCATION | DATA SHOWN IN TABLE | FINAL EA TOLLING SCENARIO | | | | | | | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS | ADOPTED TOLL SCHEDULE | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | A | B | C | D | E | F | G | | | | | |
| 17 – Environmental Justice | Low-income drivers | The EA as published in August 2022 found the increased cost to drivers with the new CBD toll would disproportionately affect low-income drivers to the Manhattan CBD who do not have a reasonable alternative for reaching the Manhattan CBD. With further analysis of the population affected and the addition of new mitigation, the Final EA concludes there would not be a disproportionately high and adverse effect on low-income drivers. | 28-county study area | Narrative | The increased cost to drivers would occur under all tolling scenarios. | | | | | | | | Yes | **Mitigation needed.** The Project will include a tax credit for CBD tolls paid by residents of the Manhattan CBD whose New York adjusted gross income for the taxable year is less than $60,000. TBTA will coordinate with the New York State Department of Taxation and Finance (NYS DTF) to ensure availability of documentation needed for drivers eligible for the NYS tax credit. TBTA will post information related to the tax credit on the Project website, with a link to the appropriate location on the NYS DTF website to guide eligible drivers to information on claiming the credit. TBTA will eliminate the $10 refundable deposit currently required for E-ZPass customers who do not have a credit card linked to their account, and which is sometimes a barrier to access. TBTA will provide enhanced promotion of existing E-ZPass payment and plan options, including the ability for drivers to pay per trip (rather than a pre-loaded balance), refill their accounts with cash at participating retail locations, and discount plans already in place, about which they may not be aware. TBTA will coordinate with MTA to provide outreach and education on eligibility for existing discounted transit fare products and programs, including those for individuals 65 years of age and older, those with disabilities, and those with low incomes, about which many may not be aware. The Project Sponsors commit to establishing an Environmental Justice Community Group that will meet on a quarterly basis, with the first meeting taking place prior to Project implementation, to share updated data and analysis and hear about potential | Incorporating the identified mitigation, no disproportionately high and adverse effect would occur on low-income drivers. | No (with identified mitigation) | No change in identified mitigation needed. The adopted toll schedule incorporates the mitigation commitments of the Final EA. |

**Commented [PM(13]:** There are some things that you have done - extended and reduced overnight period and toll. Please describe. Please also describe the increase in low income discount etc.

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047186

| EA CHAPTER | TOPIC | SUMMARY OF EFFECTS | LOCATION | DATA SHOWN IN TABLE | FINAL EA TOLLING SCENARIO | | | | | | | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS | ADOPTED TOLL SCHEDULE | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | A | B | C | D | E | F | G | | | | | |
| | | | | | | | | | | | | | concerns. As it relates to environmental justice, the Project Sponsors will continue providing meaningful opportunities for participation and engagement by sharing updated data and analysis, listening to concerns, and seeking feedback on the toll setting process. | | | |
| | | | | | | | | | | | | | TBTA will ensure the overnight toll for trucks and other vehicles is reduced to at or below 50 percent of the peak toll from at least 12:00 a.m. to 4:00 a.m. in the final CBD toll structure; this will benefit low-income drivers who travel during that time. | | | |
| | | | | | | | | | | | | | For five years, TBTA commits to a Low-Income Discount Plan for low-income frequent drivers who will benefit from a 25 percent discount on the full CBD E-ZPass toll rate for the applicable time of day after the first 10 trips in each calendar month (not including the overnight period, which will already be deeply discounted). | | | |
| | | | | | | | | | | | | | **Enhancement** | | | |
| | | | | | | | | | | | | | TBTA will coordinate with MTA NYCT to improve bus service in areas identified in the EA as the Brooklyn and Manhattan Bus Network Redesigns move forward. | | | |

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047187

*Central Business District (CBD) Tolling Program Reevaluation*

*Final EA, Table ES-5, Summary of Benefits and Effects for the CBD Tolling Alternative with Comparison of Tolling Scenarios – with the Adopted Toll Schedule*

| EA CHAPTER | TOPIC | SUMMARY OF EFFECTS | LOCATION | DATA SHOWN IN TABLE | FINAL EA TOLLING SCENARIO | | | | | | | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS | ADOPTED TOLL SCHEDULE | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | A | B | C | D | E | F | G | | | | | |
| 17 – Environmental Justice | Taxi and FHV drivers | The EA as published in August 2022 found a potential disproportionately high and adverse effect would occur to taxi and FHV drivers in New York City, who largely identify as minority populations, in tolling scenarios that toll their vehicles more than once a day. This would occur in unmodified Tolling Scenarios A, D, and G; for FHV drivers, it would also occur in Tolling Scenarios C and E. The adverse effect would be related to the cost of the new CBD toll and the reduction of VMT for taxis and FHVs, which would result in a decrease in revenues that could lead to losses in employment. With the addition of new mitigation, the Final EA concludes there would not be a disproportionately high and adverse effect on taxi and FHV drivers. | New York City | Narrative | Potential adverse effect would occur in Tolling Scenarios A, D, and G, which would not have caps or exemptions for taxis and FHV drivers. | | | | | | | Yes | **Mitigation needed.** TBTA will ensure that a toll structure with tolls of no more than once per day for taxis or FHVs is included in the final CBD toll structure. | No disproportionately high and adverse effect would occur on New York City taxi and FHV drivers with the adopted toll schedule | No | **No mitigation needed.** |
| | | | | Change in daily taxi/FHV VMT with passengers in the CBD relative to No Action Alternative: Scenarios included in EA | -21,498 (-6.6%) | +15,020 (+4.6%) | -11,371 (-3.5%) | -54,476 (-16.8%) | -25,621 (-7.9%) | +4,962 (+1.5%) | -27,757 (-8.6%) | | | -904 (-0.3%) | | |
| | | | | Net change in daily taxi/FHV trips to CBD relative to scenarios included in EA: Additional analysis to assess effects of caps or exemptions | Tolls capped at 1x / Day: +2% | — | — | Tolls capped at 1x / Day: +3% Exempt: +50% | — | — | Tolls capped at 1x / Day: +2% | | | NA | | |

Commented [PA(15)]: Extra bracket .

Commented [PM(14)]: Remind us what the adopted toll structure is and how it is equivalent to once per day

Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.

DOT_0047188

*Final EA, Table ES-5, Summary of Benefits and Effects for the CBD Tolling Alternative with Comparison of Tolling Scenarios – with the Adopted Toll Schedule*

| EA CHAPTER | TOPIC | SUMMARY OF EFFECTS | LOCATION | DATA SHOWN IN TABLE | FINAL EA TOLLING SCENARIO A B C D E F G | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS | ADOPTED TOLL SCHEDULE | POTENTIAL ADVERSE EFFECT | MITIGATION AND ENHANCEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 – Environmental Justice (Cont'd) | Increases or decreases in traffic, as a result of traffic diversions, in communities already overburdened by pre-existing air pollution and chronic diseases | Certain environmental justice communities would benefit from decreased traffic; some communities that are already overburdened by pre-existing air pollution and chronic diseases could see an adverse effect as a result of increased traffic. | The specific census tracts that would experience increased or decreased traffic change slightly depending on the tolling scenario. The following communities could have census tracts that merit place-based mitigation: High Bridge–Morrisania, Crotona–Tremont, Hunts Point–Mott Haven, Pelham–Throgs Neck, Northeast Bronx, East Harlem, Randall's Island, Lower East Side/Lower Manhattan, Downtown Brooklyn–Fort Greene, South Williamsburg, Orange, East Orange, Newark, and Fort Lee. | Narrative | | Yes | **Mitigation needed.** **Regional Mitigation** TBTA will ensure the overnight toll for trucks and other vehicles is reduced to at or below 50 percent of the peak toll from at least 12:00 a.m. to 4:00 a.m. in the final toll structure; this will reduce truck diversions. NYCDOT will expand the NYC Clean Trucks Program to accelerate the replacement of eligible diesel trucks, which travel on highways in certain environmental justice communities where the Project is projected to increase truck traffic, to lower-emission electric, hybrid, compressed natural gas, and clean diesel vehicles. NYCDOT will expand its off-hours delivery program in locations where the Project is projected to increase truck diversions to reduce daytime truck traffic and increase roadway safety in certain environmental justice communities. **Place-based Mitigation** TBTA will toll vehicles traveling northbound on the FDR Drive that exit at East Houston Street and then turn to immediately travel south on FDR Drive; this will mitigate modeled non-truck traffic increases on the FDR Drive between the Brooklyn Bridge and East Houston Street. NYCDOT will coordinate to replace diesel-burning TRUs at Hunts Point with cleaner vehicles. NYSDOT will coordinate to expand electric truck charging infrastructure. The Project Sponsors will coordinate to install roadside vegetation to improve near-road air quality. The Project Sponsors will renovate parks and greenspaces. The Project Sponsors will install or upgrade air filtration units in schools. The Project Sponsors will coordinate to expand existing asthma case management programs and create new community-based asthma programming through a neighborhood asthma center in the Bronx. | Census tracts with pre-existing air pollutant and chronic disease burdens that would benefit from reduced traffic, and those affected by increased traffic vary somewhat from the Final EA, as anticipated. The communities that merit place-based mitigation remain the same as those identified in the Final EA: High Bridge–Morrisania, Crotona–Tremont, Hunts Point–Mott Haven, Pelham–Throgs Neck, Northeast Bronx, East Harlem, Randall's Island, Lower East Side/Lower Manhattan, Downtown Brooklyn, Fort Greene, South Williamsburg, Orange, East Orange, Newark, and Fort Lee. (See Note 1.) | Yes | **No change in identified mitigation needed.** |

Note: The DATA SHOWN IN TABLE column reads "Narrative"; the POTENTIAL ADVERSE EFFECT column shows "Census tracts with pre-existing air pollutant and chronic disease burdens that would benefit from reduced traffic, and those affected by increased traffic would vary somewhat, but the identified communities remain largely the same across tolling scenarios. Under Tolling Scenario G, Fort Lee would not experience increases."

Commented [PM(18)]: Must be specific in the mitigation.

Commented [PM(16)]: This was extended right?

Commented [PM(17)]: The place based mitigation must be specific. Please include neighborhood or census tracts that will be mitigated and the allocated funds.

DOT_0047189

Note:

1   Based on analysis of the adopted toll schedule, communities and census tracts where place-based mitigation measures will be implemented have been confirmed – the specific siting and equitable distribution of mitigation measures is being determined through analysis of data on needs and feasibility and coordination among the Project Sponsors, the Environmental Justice Community Group (representing the 10-county environmental justice study area), and relevant stakeholders and implementing agencies.

**OVERALL PROJECT ENHANCEMENT.** The Project Sponsors commit to ongoing monitoring and reporting of potential effects of the Project, including for example, traffic entering the CBD, vehicle-miles traveled in the CBD; transit ridership from providers across the region; bus speeds within the CBD; air quality and emissions trends; parking; and Project revenue. Data will be collected in advance and after implementation of the Project. A formal report on the effects of the Project will be issued one year after implementation and then every two years. In addition, a reporting website will make data, analysis, and visualizations available in open data format to the greatest extent practicable. Updates will be provided on at least a bi-annual basis as data becomes available and analysis is completed. This data will also be used to support an adaptive management approach to monitoring the efficacy of mitigation, and adjustments as warranted.

**Draft, Privileged and Confidential – for discussion purposes only; data still being assessed.**

DOT_0047190

**From:** "Neerackal, George (DOT)" <George.Neerackal@dot.ny.gov>
**To:** "gautam.mani@dot.gov" <gautam.mani@dot.gov>, "Daniel.moser@dot.gov" <daniel.moser@dot.gov>, "Papageorgiou, Ona P (DEC)" <ona.papageorgiou@dec.ny.gov>, "Sheehan, Michael P (DEC)" <michael.sheehan@dec.ny.gov>, "Black.lily@epa.gov" <Black.lily@epa.gov>, "Tran, Hiep" <Tran.Hiep@epa.gov>, "laurita.matthew@epa.gov" <laurita.matthew@epa.gov>
**Cc:** "Delano, Stephanie L (DOT)" <Stephanie.Delano@dot.ny.gov>, "Kochersberger, Carl R. (DOT)" <Carl.Kochersberger@dot.ny.gov>, "Shank, Jason B (DOT)" <Jason.Shank@dot.ny.gov>, "Demarco, Albert J (DOT)" <Albert.Demarco@dot.ny.gov>
**Subject:** NYMTC Draft 2024 Transportation Conformity Determination: ICG Review
**Date:** Tue, 09 Apr 2024 12:59:39 +0000
**Importance:** Normal
**Attachments:** Transportation_Conformity_Determination_Z_series_–_Final_Draft.pdf; Appendix_2C_Monthly_PM_2.5_NOx_Emissions_(Mar_2024).pdf; Conformity_Summary_(English).pdf
**Embedded:** unnamed
**Inline-Images:** image001.jpg; image002.jpg

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

NYS Interagency Consultation Group for air quality conformity,

The draft NYMTC 2024 Transportation Conformity Determination document is attached for your review and comment. Please provide any comments from your agency by close of business Monday, April 22, 2024 if possible.

Attached for your review are:

- NYMTC's CY 2024 Transportation Conformity Determination - Final Draft for Public Review
- Appendix 2C (to be posted as a separate file for review)
- Executive Summary (to be translated into NYTMC's 4 core languages)
- MOVES Run Specs for Z series conformity

If you have any questions, please let me know.

Thanks,
George

**George Neerackal**
Environmental Specialist 1, Environmental Science Bureau

**New York State Department of Transportation**
50 Wolf Rd, POD 4-1, Albany, NY 12232
(518) 457-9608 | George.Neerackal@dot.ny.gov
www.dot.ny.gov



---

**From:** Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Sent:** Friday, April 5, 2024 1:08 PM

**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Cc:** AIYEDUN, AFOLABI T (DOT) <AFOLABI.AIYEDUN@dot.ny.gov>; Han, Husong (DOT) <Husong.Han@dot.ny.gov>; Chiume, Mike (DOT) <Mike.Chiume@dot.ny.gov>; Byrne, Mary (DOT) <Mary.Byrne@dot.ny.gov>
**Subject:** NYMTC's CY 2024 Transportation Conformity Determination - Final Draft for Public Review

Carl/George/Jason –
NYMTC has completed it's final draft of the 2024 Transportation Conformity Determination.  We will be submitting these documents to PFAC prior to the Staff meeting on April 18th to alert members of the beginning of the 30-day public comment period (starting on April 24th).

Attached you'll find the following documents for ICG's internal review and comment:

1. NYMTC's CY 2024 Transportation Conformity Determination - Final Draft for Public Review
2. Appendix 2C (to be posted as a separate file for review)
3. Executive Summary (to be translated into NYTMC's 4 core languages)

Note that two public comment webinars will be held on May 2nd at 12:00 pm and 6:00 pm to present the Determination.

Any questions or comments, please let us know.
Thank you.


**Mark Maglienti**
Associate Transportation Analyst

**New York Metropolitan Transportation Council**
25 Beaver Street, Suite 201
New York, NY 10004
(212) 383-2519
Mark.Maglienti@dot.ny.gov

**www.NYMTC.org**



**Appendix 2C Monthly PM2.5 and NOx Emissions**
**2025 Build Monthly Emissions Report**

| COUNTY | FACILITY | MONTH | Build | | | |
|---|---|---|---|---|---|---|
| | | | VMT (MILLION) | SPEED (MPH) | PM 2.5 (TONS) | Nox (TONS) |
| MANHATTAN | Urban Restricted Access | January | 106,534,860 | 33.50 | 0.25 | 17.58 |
| | | February | 103,933,565 | 34.40 | 0.24 | 16.49 |
| | | March | 119,304,854 | 29.40 | 0.29 | 20.93 |
| | | April | 123,798,001 | 27.80 | 0.30 | 21.81 |
| | | May | 130,301,238 | 25.60 | 0.33 | 22.83 |
| | | June | 133,375,496 | 24.60 | 0.35 | 21.97 |
| | | July | 131,483,645 | 25.20 | 0.34 | 19.72 |
| | | August | 131,601,886 | 25.20 | 0.34 | 19.99 |
| | | September | 130,419,479 | 25.60 | 0.33 | 20.60 |
| | | October | 130,892,442 | 25.40 | 0.33 | 21.10 |
| | | November | 122,852,075 | 28.20 | 0.30 | 21.73 |
| | | December | 121,314,946 | 28.70 | 0.30 | 20.97 |
| | | Subtotal | 1,485,812,487 | 27.30 | 3.69 | 245.73 |
| | Urban Unrestricted Access | January | 111,202,514 | 13.20 | 0.44 | 31.54 |
| | | February | 108,487,247 | 13.20 | 0.43 | 29.89 |
| | | March | 124,532,005 | 12.90 | 0.50 | 35.88 |
| | | April | 129,222,011 | 12.70 | 0.52 | 36.74 |
| | | May | 136,010,178 | 12.60 | 0.55 | 37.19 |
| | | June | 139,219,130 | 12.50 | 0.57 | 35.21 |
| | | July | 137,244,390 | 12.50 | 0.56 | 32.16 |
| | | August | 137,367,812 | 12.50 | 0.56 | 32.58 |
| | | September | 136,133,599 | 12.60 | 0.55 | 33.67 |
| | | October | 136,627,284 | 12.60 | 0.56 | 34.36 |
| | | November | 128,234,642 | 12.80 | 0.52 | 36.74 |
| | | December | 126,630,166 | 12.80 | 0.51 | 35.69 |
| | | Subtotal | 1,550,910,978 | 12.70 | 6.27 | 411.65 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 1.23 | 11.41 |
| | | February | N/A | 0.00 | 1.23 | 11.09 |
| | | March | N/A | 0.00 | 0.84 | 10.97 |
| | | April | N/A | 0.00 | 0.63 | 10.04 |
| | | May | N/A | 0.00 | 0.51 | 9.61 |
| | | June | N/A | 0.00 | 0.36 | 7.94 |
| | | July | N/A | 0.00 | 0.37 | 8.16 |
| | | August | N/A | 0.00 | 0.37 | 8.16 |
| | | September | N/A | 0.00 | 0.35 | 7.92 |
| | | October | N/A | 0.00 | 0.49 | 9.37 |
| | | November | N/A | 0.00 | 0.82 | 10.82 |
| | | December | N/A | 0.00 | 0.93 | 11.24 |
| | | Subtotal | 0 | 0.00 | 8.13 | 116.71 |

Z Series

| | | | | | |
|---|---|---|---|---|---|
| | AREA TOTAL | January | 217,737,374 | 18.80 | 1.92 | 60.53 |
| | | February | 212,420,812 | 18.90 | 1.89 | 57.47 |
| | | March | 243,836,860 | 17.70 | 1.62 | 67.78 |
| | | April | 253,020,012 | 17.30 | 1.46 | 68.59 |
| | | May | 266,311,417 | 16.70 | 1.40 | 69.63 |
| | | June | 272,594,626 | 16.50 | 1.27 | 65.11 |
| | | July | 268,728,036 | 16.60 | 1.26 | 60.04 |
| | | August | 268,969,698 | 16.60 | 1.27 | 60.73 |
| | | September | 266,553,079 | 16.70 | 1.24 | 62.19 |
| | | October | 267,519,726 | 16.70 | 1.38 | 64.83 |
| | | November | 251,086,717 | 17.40 | 1.64 | 69.28 |
| | | December | 247,945,112 | 17.60 | 1.74 | 67.90 |
| | | **Subtotal** | **3,036,723,469** | **17.20** | **18.08** | **774.09** |
| QUEENS | Urban Restricted Access | January | 311,777,594 | 34.30 | 0.68 | 45.75 |
| | | February | 304,164,822 | 35.60 | 0.66 | 42.81 |
| | | March | 349,149,381 | 27.80 | 0.83 | 55.98 |
| | | April | 362,298,713 | 25.70 | 0.89 | 58.86 |
| | | May | 381,330,642 | 22.80 | 0.99 | 63.88 |
| | | June | 390,327,554 | 21.50 | 1.04 | 62.48 |
| | | July | 384,790,993 | 22.30 | 1.01 | 57.13 |
| | | August | 385,137,028 | 22.20 | 1.01 | 57.40 |
| | | September | 381,676,677 | 22.70 | 0.99 | 58.34 |
| | | October | 383,060,817 | 22.50 | 1.00 | 59.09 |
| | | November | 359,530,433 | 26.10 | 0.87 | 58.89 |
| | | December | 355,031,977 | 26.90 | 0.85 | 56.21 |
| | | Subtotal | 4,348,276,631 | 24.90 | 10.79 | 676.82 |
| | Urban Unrestricted Access | January | 240,901,538 | 10.10 | 1.03 | 66.48 |
| | | February | 235,019,370 | 10.10 | 1.00 | 63.18 |
| | | March | 269,777,638 | 10.00 | 1.16 | 75.00 |
| | | April | 279,937,747 | 10.00 | 1.20 | 76.43 |
| | | May | 294,643,169 | 9.90 | 1.27 | 78.69 |
| | | June | 301,594,822 | 9.90 | 1.30 | 75.30 |
| | | July | 297,316,882 | 9.90 | 1.28 | 70.22 |
| | | August | 297,584,253 | 9.90 | 1.28 | 70.53 |
| | | September | 294,910,540 | 9.90 | 1.27 | 72.12 |
| | | October | 295,980,025 | 9.90 | 1.28 | 72.68 |
| | | November | 277,798,777 | 10.00 | 1.19 | 77.12 |
| | | December | 274,322,950 | 10.00 | 1.18 | 74.48 |
| | | Subtotal | 3,359,787,711 | 10.00 | 14.44 | 872.24 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 3.77 | 36.96 |
| | | February | N/A | 0.00 | 3.92 | 36.30 |
| | | March | N/A | 0.00 | 2.90 | 36.83 |
| | | April | N/A | 0.00 | 2.10 | 33.30 |
| | | May | N/A | 0.00 | 1.56 | 30.77 |
| | | June | N/A | 0.00 | 1.16 | 26.11 |
| | | July | N/A | 0.00 | 1.20 | 26.88 |
| | | August | N/A | 0.00 | 1.22 | 27.07 |
| | | September | N/A | 0.00 | 1.13 | 25.52 |
| | | October | N/A | 0.00 | 1.47 | 29.88 |
| | | November | N/A | 0.00 | 2.50 | 34.92 |
| | | December | N/A | 0.00 | 2.97 | 36.81 |
| | | Subtotal | 0 | 0.00 | 25.89 | 381.35 |

DOT_0047194

| | | | | | |
|---|---|---|---|---|---|
| | AREA TOTAL | January | 552,679,132 | 16.70 | 5.48 | 149.19 |
| | | February | 539,184,192 | 16.90 | 5.57 | 142.29 |
| | | March | 618,927,019 | 15.70 | 4.88 | 167.82 |
| | | April | 642,236,461 | 15.20 | 4.19 | 168.58 |
| | | May | 675,973,811 | 14.60 | 3.82 | 173.34 |
| | | June | 691,922,376 | 14.20 | 3.50 | 163.89 |
| | | July | 682,107,874 | 14.40 | 3.49 | 154.23 |
| | | August | 682,721,281 | 14.40 | 3.51 | 155.00 |
| | | September | 676,587,217 | 14.50 | 3.39 | 155.97 |
| | | October | 679,040,842 | 14.50 | 3.74 | 161.65 |
| | | November | 637,329,210 | 15.30 | 4.57 | 170.94 |
| | | December | 629,354,927 | 15.50 | 5.00 | 167.51 |
| | | **Subtotal** | **7,708,064,342** | **15.10** | **51.12** | **1930.41** |
| BRONX | Urban Restricted Access | January | 147,426,073 | 42.90 | 0.30 | 22.26 |
| | | February | 143,826,324 | 43.50 | 0.29 | 21.03 |
| | | March | 165,097,567 | 39.10 | 0.35 | 25.91 |
| | | April | 171,315,315 | 37.60 | 0.37 | 26.76 |
| | | May | 180,314,686 | 35.40 | 0.40 | 28.12 |
| | | June | 184,568,935 | 34.30 | 0.41 | 27.09 |
| | | July | 181,950,936 | 35.00 | 0.40 | 24.94 |
| | | August | 182,114,561 | 35.00 | 0.40 | 25.06 |
| | | September | 180,478,311 | 35.40 | 0.40 | 25.59 |
| | | October | 181,132,811 | 35.20 | 0.40 | 25.96 |
| | | November | 170,006,315 | 37.90 | 0.37 | 26.94 |
| | | December | 167,879,191 | 38.40 | 0.36 | 25.87 |
| | | Subtotal | 2,056,111,025 | 37.10 | 4.45 | 305.52 |
| | Urban Unrestricted Access | January | 99,682,989 | 11.30 | 0.42 | 30.96 |
| | | February | 97,248,999 | 11.40 | 0.41 | 29.40 |
| | | March | 111,631,672 | 11.10 | 0.48 | 35.11 |
| | | April | 115,835,838 | 11.10 | 0.49 | 35.84 |
| | | May | 121,920,815 | 10.90 | 0.52 | 37.04 |
| | | June | 124,797,350 | 10.90 | 0.54 | 35.28 |
| | | July | 123,027,175 | 10.90 | 0.53 | 32.88 |
| | | August | 123,137,811 | 10.90 | 0.53 | 32.97 |
| | | September | 122,031,451 | 10.90 | 0.52 | 33.84 |
| | | October | 122,473,995 | 10.90 | 0.53 | 34.29 |
| | | November | 114,950,750 | 11.10 | 0.49 | 36.15 |
| | | December | 113,512,483 | 11.10 | 0.48 | 34.90 |
| | | Subtotal | 1,390,251,328 | 11.00 | 5.94 | 408.67 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 1.29 | 13.27 |
| | | February | N/A | 0.00 | 1.34 | 13.03 |
| | | March | N/A | 0.00 | 0.99 | 13.30 |
| | | April | N/A | 0.00 | 0.72 | 12.09 |
| | | May | N/A | 0.00 | 0.54 | 11.26 |
| | | June | N/A | 0.00 | 0.40 | 9.66 |
| | | July | N/A | 0.00 | 0.41 | 9.94 |
| | | August | N/A | 0.00 | 0.42 | 10.01 |
| | | September | N/A | 0.00 | 0.39 | 9.43 |
| | | October | N/A | 0.00 | 0.50 | 10.94 |
| | | November | N/A | 0.00 | 0.86 | 12.64 |
| | | December | N/A | 0.00 | 1.01 | 13.28 |
| | | Subtotal | 0 | 0.00 | 8.86 | 138.84 |

Z Series

DOT_0047195

| | | | | | |
|---|---|---|---|---|---|
| | AREA TOTAL | January | 247,109,063 | 20.20 | 2.01 | 66.49 |
| | | February | 241,075,323 | 20.30 | 2.04 | 63.46 |
| | | March | 276,729,239 | 19.40 | 1.82 | 74.31 |
| | | April | 287,151,153 | 19.10 | 1.58 | 74.69 |
| | | May | 302,235,502 | 18.60 | 1.46 | 76.41 |
| | | June | 309,366,285 | 18.40 | 1.35 | 72.03 |
| | | July | 304,978,110 | 18.50 | 1.35 | 67.76 |
| | | August | 305,252,371 | 18.50 | 1.35 | 68.04 |
| | | September | 302,509,762 | 18.60 | 1.31 | 68.86 |
| | | October | 303,606,806 | 18.60 | 1.43 | 71.20 |
| | | November | 284,957,065 | 19.20 | 1.71 | 75.73 |
| | | December | 281,391,674 | 19.30 | 1.86 | 74.05 |
| | | **Subtotal** | **3,446,362,353** | **19.00** | **19.26** | **853.03** |
| KINGS | Urban Restricted Access | January | 129,307,606 | 36.10 | 0.28 | 18.98 |
| | | February | 126,150,261 | 37.00 | 0.27 | 17.75 |
| | | March | 144,807,297 | 31.10 | 0.34 | 22.44 |
| | | April | 150,260,891 | 29.40 | 0.36 | 22.99 |
| | | May | 158,154,253 | 27.00 | 0.39 | 24.14 |
| | | June | 161,885,660 | 25.90 | 0.40 | 22.35 |
| | | July | 159,589,409 | 26.60 | 0.39 | 20.72 |
| | | August | 159,732,925 | 26.50 | 0.39 | 20.72 |
| | | September | 158,297,768 | 26.90 | 0.39 | 21.81 |
| | | October | 158,871,831 | 26.80 | 0.39 | 22.30 |
| | | November | 149,112,766 | 29.80 | 0.35 | 23.10 |
| | | December | 147,247,063 | 30.40 | 0.34 | 22.14 |
| | | Subtotal | 1,803,417,730 | 28.80 | 4.29 | 259.44 |
| | Urban Unrestricted Access | January | 198,422,452 | 11.20 | 0.83 | 53.85 |
| | | February | 193,577,509 | 11.30 | 0.81 | 50.96 |
| | | March | 222,206,719 | 11.00 | 0.94 | 60.67 |
| | | April | 230,575,258 | 11.00 | 0.98 | 61.19 |
| | | May | 242,687,616 | 10.90 | 1.03 | 62.46 |
| | | June | 248,413,458 | 10.80 | 1.06 | 57.45 |
| | | July | 244,889,863 | 10.80 | 1.04 | 53.84 |
| | | August | 245,110,088 | 10.80 | 1.05 | 53.81 |
| | | September | 242,907,841 | 10.90 | 1.03 | 56.77 |
| | | October | 243,788,740 | 10.80 | 1.04 | 57.81 |
| | | November | 228,813,460 | 11.00 | 0.97 | 61.76 |
| | | December | 225,950,539 | 11.00 | 0.96 | 59.53 |
| | | Subtotal | 2,767,343,543 | 10.90 | 11.73 | 690.10 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 2.58 | 23.44 |
| | | February | N/A | 0.00 | 2.62 | 22.90 |
| | | March | N/A | 0.00 | 1.94 | 23.21 |
| | | April | N/A | 0.00 | 1.44 | 21.16 |
| | | May | N/A | 0.00 | 1.08 | 19.59 |
| | | June | N/A | 0.00 | 0.77 | 16.56 |
| | | July | N/A | 0.00 | 0.77 | 16.54 |
| | | August | N/A | 0.00 | 0.78 | 16.60 |
| | | September | N/A | 0.00 | 0.74 | 15.87 |
| | | October | N/A | 0.00 | 0.99 | 18.78 |
| | | November | N/A | 0.00 | 1.74 | 22.20 |
| | | December | N/A | 0.00 | 1.99 | 23.21 |
| | | Subtotal | 0 | 0.00 | 17.44 | 240.05 |

DOT_0047196

| | | Month | | | | |
|---|---|---|---|---|---|---|
| RICHMOND | AREA TOTAL | January | 327,730,058 | 15.40 | 3.69 | 96.27 |
| | | February | 319,727,770 | 15.50 | 3.70 | 91.61 |
| | | March | 367,014,016 | 14.80 | 3.21 | 106.32 |
| | | April | 380,836,149 | 14.60 | 2.77 | 105.33 |
| | | May | 400,841,869 | 14.20 | 2.50 | 106.19 |
| | | June | 410,299,118 | 14.00 | 2.23 | 96.37 |
| | | July | 404,479,272 | 14.10 | 2.21 | 91.09 |
| | | August | 404,843,013 | 14.10 | 2.22 | 91.13 |
| | | September | 401,205,609 | 14.20 | 2.16 | 94.45 |
| | | October | 402,660,570 | 14.20 | 2.42 | 98.90 |
| | | November | 377,926,226 | 14.60 | 3.06 | 107.06 |
| | | December | 373,197,602 | 14.70 | 3.29 | 104.88 |
| | | **Subtotal** | **4,570,761,272** | **14.50** | **33.46** | **1189.59** |
| | Urban Restricted Access | January | 73,776,791 | 32.40 | 0.16 | 10.63 |
| | | February | 71,975,360 | 33.00 | 0.16 | 10.03 |
| | | March | 82,620,180 | 29.70 | 0.19 | 12.39 |
| | | April | 85,731,743 | 28.70 | 0.20 | 12.81 |
| | | May | 90,235,320 | 27.20 | 0.21 | 13.44 |
| | | June | 92,364,284 | 26.50 | 0.22 | 12.78 |
| | | July | 91,054,153 | 26.90 | 0.22 | 11.83 |
| | | August | 91,136,036 | 26.90 | 0.22 | 11.85 |
| | | September | 90,317,204 | 27.20 | 0.21 | 12.25 |
| | | October | 90,644,737 | 27.10 | 0.22 | 12.23 |
| | | November | 85,076,677 | 28.90 | 0.20 | 12.76 |
| | | December | 84,012,195 | 29.20 | 0.19 | 12.37 |
| | | Subtotal | 1,028,944,680 | 28.30 | 2.39 | 145.35 |
| | Urban Unrestricted Access | January | 77,863,377 | 12.30 | 0.30 | 18.30 |
| | | February | 75,962,162 | 12.30 | 0.29 | 17.35 |
| | | March | 87,196,612 | 12.10 | 0.33 | 20.96 |
| | | April | 90,480,528 | 12.00 | 0.35 | 21.49 |
| | | May | 95,233,564 | 11.90 | 0.37 | 22.22 |
| | | June | 97,480,454 | 11.80 | 0.38 | 21.12 |
| | | July | 96,097,753 | 11.90 | 0.37 | 19.64 |
| | | August | 96,184,172 | 11.90 | 0.37 | 19.65 |
| | | September | 95,319,983 | 11.90 | 0.37 | 20.35 |
| | | October | 95,665,659 | 11.90 | 0.37 | 20.32 |
| | | November | 89,789,177 | 12.00 | 0.35 | 21.44 |
| | | December | 88,665,732 | 12.00 | 0.34 | 20.88 |
| | | Subtotal | 1,085,939,173 | 12.00 | 4.18 | 243.71 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 1.36 | 11.93 |
| | | February | N/A | 0.00 | 1.41 | 11.71 |
| | | March | N/A | 0.00 | 0.93 | 11.35 |
| | | April | N/A | 0.00 | 0.66 | 10.08 |
| | | May | N/A | 0.00 | 0.47 | 8.97 |
| | | June | N/A | 0.00 | 0.39 | 7.81 |
| | | July | N/A | 0.00 | 0.40 | 8.05 |
| | | August | N/A | 0.00 | 0.41 | 8.13 |
| | | September | N/A | 0.00 | 0.38 | 7.65 |
| | | October | N/A | 0.00 | 0.47 | 8.97 |
| | | November | N/A | 0.00 | 0.86 | 10.96 |
| | | December | N/A | 0.00 | 0.99 | 11.49 |
| | | Subtotal | 0 | 0.00 | 8.73 | 117.08 |

Z Series

| | | | | | |
|---|---|---|---|---|---|
| | AREA TOTAL | January | 151,640,168 | 17.60 | 1.82 | 40.86 |
| | | February | 147,937,522 | 17.70 | 1.85 | 39.09 |
| | | March | 169,816,792 | 17.00 | 1.45 | 44.69 |
| | | April | 176,212,271 | 16.70 | 1.21 | 44.37 |
| | | May | 185,468,885 | 16.40 | 1.05 | 44.63 |
| | | June | 189,844,739 | 16.20 | 0.99 | 41.71 |
| | | July | 187,151,905 | 16.30 | 0.99 | 39.52 |
| | | August | 187,320,208 | 16.30 | 1.00 | 39.62 |
| | | September | 185,637,187 | 16.40 | 0.96 | 40.25 |
| | | October | 186,310,395 | 16.30 | 1.06 | 41.52 |
| | | November | 174,865,854 | 16.80 | 1.40 | 45.16 |
| | | December | 172,677,927 | 16.90 | 1.52 | 44.74 |
| | | **Subtotal** | **2,114,883,853** | **16.70** | **15.30** | **506.14** |
| NASSAU | Urban Restricted Access | January | 285,641,286 | 44.60 | 0.98 | 61.13 |
| | | February | 278,666,693 | 45.70 | 0.95 | 57.13 |
| | | March | 319,880,197 | 38.90 | 1.17 | 72.47 |
| | | April | 331,927,221 | 36.80 | 1.25 | 74.82 |
| | | May | 349,363,704 | 33.70 | 1.36 | 79.92 |
| | | June | 357,606,405 | 32.30 | 1.42 | 74.39 |
| | | July | 352,533,973 | 33.20 | 1.39 | 69.56 |
| | | August | 352,851,000 | 33.10 | 1.39 | 68.87 |
| | | September | 349,680,731 | 33.70 | 1.37 | 72.17 |
| | | October | 350,948,838 | 33.50 | 1.38 | 74.14 |
| | | November | 329,391,006 | 37.20 | 1.23 | 75.21 |
| | | December | 325,269,655 | 38.00 | 1.20 | 72.05 |
| | | Subtotal | 3,983,760,709 | 36.00 | 15.08 | 851.84 |
| | Urban Unrestricted Access | January | 390,835,910 | 13.90 | 2.46 | 156.69 |
| | | February | 381,292,747 | 13.90 | 2.39 | 147.78 |
| | | March | 437,684,166 | 13.70 | 2.79 | 176.64 |
| | | April | 454,167,812 | 13.60 | 2.90 | 178.83 |
| | | May | 478,025,720 | 13.50 | 3.08 | 184.16 |
| | | June | 489,304,003 | 13.50 | 3.16 | 169.67 |
| | | July | 482,363,521 | 13.50 | 3.11 | 160.39 |
| | | August | 482,797,301 | 13.50 | 3.11 | 158.79 |
| | | September | 478,459,500 | 13.50 | 3.08 | 167.02 |
| | | October | 480,194,620 | 13.50 | 3.09 | 170.81 |
| | | November | 450,697,570 | 13.70 | 2.88 | 180.40 |
| | | December | 445,058,429 | 13.70 | 2.84 | 174.27 |
| | | Subtotal | 5,450,881,299 | 13.60 | 34.87 | 2025.46 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 4.94 | 46.25 |
| | | February | N/A | 0.00 | 4.95 | 45.00 |
| | | March | N/A | 0.00 | 3.57 | 45.50 |
| | | April | N/A | 0.00 | 2.72 | 41.94 |
| | | May | N/A | 0.00 | 2.09 | 39.50 |
| | | June | N/A | 0.00 | 1.46 | 33.36 |
| | | July | N/A | 0.00 | 1.48 | 33.81 |
| | | August | N/A | 0.00 | 1.49 | 33.83 |
| | | September | N/A | 0.00 | 1.43 | 32.43 |
| | | October | N/A | 0.00 | 1.93 | 38.14 |
| | | November | N/A | 0.00 | 3.33 | 44.02 |
| | | December | N/A | 0.00 | 3.83 | 46.06 |
| | | Subtotal | 0 | 0.00 | 33.21 | 479.84 |

DOT_0047198

| | | | | | |
|---|---|---|---|---|---|
| | **AREA TOTAL** | January | 676,477,196 | 19.60 | 8.38 | 264.07 |
| | | February | 659,959,440 | 19.70 | 8.28 | 249.91 |
| | | March | 757,564,363 | 18.90 | 7.52 | 294.61 |
| | | April | 786,095,033 | 18.60 | 6.87 | 295.59 |
| | | May | 827,389,423 | 18.10 | 6.52 | 303.59 |
| | | June | 846,910,408 | 17.90 | 6.04 | 277.41 |
| | | July | 834,897,494 | 18.00 | 5.97 | 263.75 |
| | | August | 835,648,301 | 18.00 | 5.99 | 261.49 |
| | | September | 828,140,230 | 18.10 | 5.87 | 271.62 |
| | | October | 831,143,459 | 18.10 | 6.40 | 283.09 |
| | | November | 780,088,576 | 18.60 | 7.44 | 299.63 |
| | | December | 770,328,084 | 18.70 | 7.87 | 292.39 |
| | | **Subtotal** | **9,434,642,007** | **18.50** | **83.15** | **3357.14** |
| **SUFFOLK** | **Urban Restricted Access** | January | 333,712,992 | 47.70 | 1.13 | 69.09 |
| | | February | 325,564,617 | 48.40 | 1.09 | 64.68 |
| | | March | 373,714,105 | 43.70 | 1.31 | 79.60 |
| | | April | 387,788,571 | 42.20 | 1.39 | 81.02 |
| | | May | 408,159,509 | 39.90 | 1.50 | 84.31 |
| | | June | 417,789,406 | 38.70 | 1.55 | 77.13 |
| | | July | 411,863,315 | 39.40 | 1.52 | 71.77 |
| | | August | 412,233,696 | 39.40 | 1.52 | 71.60 |
| | | September | 408,529,889 | 39.80 | 1.50 | 74.52 |
| | | October | 410,011,412 | 39.60 | 1.51 | 78.29 |
| | | November | 384,825,526 | 42.50 | 1.37 | 80.78 |
| | | December | 380,010,577 | 43.00 | 1.35 | 77.75 |
| | | Subtotal | 4,654,203,615 | 41.60 | 16.73 | 910.53 |
| | **Urban Unrestricted Access** | January | 670,106,581 | 12.50 | 4.51 | 282.44 |
| | | February | 653,744,378 | 12.50 | 4.39 | 265.51 |
| | | March | 750,430,123 | 12.20 | 5.13 | 319.69 |
| | | April | 778,692,110 | 12.10 | 5.35 | 322.69 |
| | | May | 819,597,617 | 12.00 | 5.68 | 331.37 |
| | | June | 838,934,766 | 11.90 | 5.83 | 302.85 |
| | | July | 827,034,982 | 12.00 | 5.74 | 283.98 |
| | | August | 827,778,718 | 12.00 | 5.74 | 283.45 |
| | | September | 820,341,353 | 12.00 | 5.68 | 294.97 |
| | | October | 823,316,299 | 12.00 | 5.71 | 309.11 |
| | | November | 772,742,218 | 12.20 | 5.31 | 322.25 |
| | | December | 763,073,643 | 12.20 | 5.23 | 311.46 |
| | | Subtotal | 9,345,792,788 | 12.10 | 64.30 | 3629.79 |
| | **Rural Unrestricted Access** | January | 20,159,865 | 31.80 | 0.09 | 5.22 |
| | | February | 19,667,615 | 32.10 | 0.09 | 4.90 |
| | | March | 22,576,364 | 30.50 | 0.10 | 5.99 |
| | | April | 23,426,613 | 30.00 | 0.11 | 6.05 |
| | | May | 24,657,238 | 29.30 | 0.12 | 6.26 |
| | | June | 25,238,987 | 29.00 | 0.12 | 5.71 |
| | | July | 24,880,987 | 29.20 | 0.12 | 5.33 |
| | | August | 24,903,362 | 29.20 | 0.12 | 5.33 |
| | | September | 24,679,613 | 29.30 | 0.12 | 5.55 |
| | | October | 24,769,112 | 29.30 | 0.12 | 5.83 |
| | | November | 23,247,613 | 30.10 | 0.11 | 6.04 |
| | | December | 22,956,738 | 30.30 | 0.11 | 5.82 |
| | | Subtotal | 281,164,107 | 29.90 | 1.31 | 68.02 |
| | **Off-Network** | January | N/A | 0.00 | 6.73 | 60.62 |
| | | February | N/A | 0.00 | 6.36 | 58.02 |
| | | March | N/A | 0.00 | 5.11 | 60.99 |
| | | April | N/A | 0.00 | 3.92 | 56.76 |
| | | May | N/A | 0.00 | 2.96 | 53.69 |
| | | June | N/A | 0.00 | 1.98 | 46.26 |
| | | July | N/A | 0.00 | 1.89 | 45.29 |
| | | August | N/A | 0.00 | 1.90 | 45.34 |
| | | September | N/A | 0.00 | 1.87 | 43.84 |
| | | October | N/A | 0.00 | 2.67 | 51.44 |
| | | November | N/A | 0.00 | 4.62 | 58.37 |
| | | December | N/A | 0.00 | 5.18 | 60.59 |
| | | Subtotal | 0 | 0.00 | 45.19 | 641.20 |

Z Series

DOT_0047199

| | | | | | |
|---|---|---|---|---|---|
| | AREA TOTAL | January | 1,023,979,438 | 16.70 | 12.46 | 417.35 |
| | | February | 998,976,611 | 16.80 | 11.93 | 393.11 |
| | | March | 1,146,720,592 | 16.20 | 11.66 | 466.26 |
| | | April | 1,189,907,294 | 16.10 | 10.77 | 466.52 |
| | | May | 1,252,414,363 | 15.80 | 10.25 | 475.63 |
| | | June | 1,281,963,159 | 15.70 | 9.48 | 431.94 |
| | | July | 1,263,779,284 | 15.70 | 9.27 | 406.38 |
| | | August | 1,264,915,777 | 15.70 | 9.28 | 405.71 |
| | | September | 1,253,550,855 | 15.80 | 9.17 | 418.88 |
| | | October | 1,258,096,824 | 15.80 | 10.00 | 444.67 |
| | | November | 1,180,815,357 | 16.10 | 11.40 | 467.45 |
| | | December | 1,166,040,958 | 16.20 | 11.86 | 455.62 |
| | | **Subtotal** | **14,281,160,512** | **16.00** | **127.53** | **5249.53** |
| WESTCHESTER | Urban Restricted Access | January | 321,779,766 | 50.70 | 1.03 | 63.31 |
| | | February | 313,922,769 | 51.20 | 1.00 | 60.56 |
| | | March | 360,350,482 | 47.90 | 1.18 | 72.74 |
| | | April | 373,921,660 | 46.90 | 1.24 | 74.71 |
| | | May | 393,564,154 | 45.40 | 1.32 | 76.19 |
| | | June | 402,849,696 | 44.70 | 1.36 | 69.82 |
| | | July | 397,135,516 | 45.20 | 1.33 | 64.43 |
| | | August | 397,492,653 | 45.10 | 1.34 | 64.86 |
| | | September | 393,921,290 | 45.40 | 1.32 | 66.96 |
| | | October | 395,349,835 | 45.30 | 1.33 | 69.50 |
| | | November | 371,064,570 | 47.10 | 1.23 | 74.10 |
| | | December | 366,421,798 | 47.50 | 1.21 | 72.03 |
| | | Subtotal | 4,487,774,189 | 46.60 | 14.87 | 829.20 |
| | Urban Unrestricted Access | January | 246,546,390 | 14.60 | 1.46 | 85.98 |
| | | February | 240,526,390 | 14.60 | 1.42 | 82.11 |
| | | March | 276,099,121 | 14.20 | 1.66 | 98.42 |
| | | April | 286,497,304 | 14.10 | 1.73 | 101.26 |
| | | May | 301,547,305 | 14.00 | 1.83 | 103.37 |
| | | June | 308,661,852 | 13.90 | 1.88 | 95.10 |
| | | July | 304,283,669 | 14.00 | 1.85 | 88.29 |
| | | August | 304,557,306 | 14.00 | 1.85 | 88.76 |
| | | September | 301,820,942 | 14.00 | 1.84 | 91.58 |
| | | October | 302,915,487 | 14.00 | 1.84 | 94.84 |
| | | November | 284,308,213 | 14.20 | 1.72 | 100.42 |
| | | December | 280,750,939 | 14.20 | 1.69 | 97.57 |
| | | Subtotal | 3,438,514,918 | 14.10 | 20.78 | 1127.69 |
| | Rural Unrestricted Access | January | 282,099 | 34.20 | 0.00 | 0.00 |
| | | February | 275,211 | 34.30 | 0.00 | 0.00 |
| | | March | 315,913 | 33.30 | 0.00 | 0.00 |
| | | April | 327,811 | 33.00 | 0.00 | 0.00 |
| | | May | 345,031 | 32.50 | 0.00 | 0.00 |
| | | June | 353,172 | 32.30 | 0.00 | 0.00 |
| | | July | 348,162 | 32.50 | 0.00 | 0.00 |
| | | August | 348,475 | 32.40 | 0.00 | 0.00 |
| | | September | 345,344 | 32.50 | 0.00 | 0.00 |
| | | October | 346,597 | 32.50 | 0.00 | 0.00 |
| | | November | 325,306 | 33.10 | 0.00 | 0.00 |
| | | December | 321,236 | 33.20 | 0.00 | 0.00 |
| | | Subtotal | 3,934,357 | 32.90 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 3.99 | 39.17 |
| | | February | N/A | 0.00 | 3.92 | 38.80 |
| | | March | N/A | 0.00 | 2.81 | 39.38 |
| | | April | N/A | 0.00 | 2.09 | 37.02 |
| | | May | N/A | 0.00 | 1.63 | 35.37 |
| | | June | N/A | 0.00 | 1.17 | 30.90 |
| | | July | N/A | 0.00 | 1.18 | 30.78 |
| | | August | N/A | 0.00 | 1.17 | 30.78 |
| | | September | N/A | 0.00 | 1.20 | 31.04 |
| | | October | N/A | 0.00 | 1.63 | 35.01 |
| | | November | N/A | 0.00 | 2.68 | 39.09 |
| | | December | N/A | 0.00 | 3.09 | 39.97 |
| | | Subtotal | 0 | 0.00 | 26.55 | 427.32 |

Z Series

| | | | | | |
|---|---|---|---|---|---|
| | AREA TOTAL | January | 568,608,256 | 24.40 | 6.48 | 188.47 |
| | | February | 554,724,369 | 24.60 | 6.34 | 181.47 |
| | | March | 636,765,516 | 23.60 | 5.65 | 210.54 |
| | | April | 660,746,774 | 23.40 | 5.05 | 212.99 |
| | | May | 695,456,490 | 23.00 | 4.78 | 214.93 |
| | | June | 711,864,720 | 22.80 | 4.41 | 195.82 |
| | | July | 701,767,348 | 22.90 | 4.36 | 183.49 |
| | | August | 702,398,434 | 22.90 | 4.36 | 184.40 |
| | | September | 696,087,576 | 23.00 | 4.35 | 189.58 |
| | | October | 698,611,919 | 23.00 | 4.80 | 199.34 |
| | | November | 655,698,088 | 23.40 | 5.62 | 213.62 |
| | | December | 647,493,974 | 23.50 | 5.99 | 209.57 |
| | | **Subtotal** | **7,930,223,464** | **23.30** | **62.20** | **2384.21** |
| ROCKLAND | Urban Restricted Access | January | 99,919,907 | 48.40 | 0.33 | 20.71 |
| | | February | 97,480,131 | 49.40 | 0.32 | 19.63 |
| | | March | 111,896,988 | 43.40 | 0.38 | 24.00 |
| | | April | 116,111,146 | 41.80 | 0.40 | 24.68 |
| | | May | 122,210,585 | 39.70 | 0.43 | 25.44 |
| | | June | 125,093,956 | 38.70 | 0.44 | 23.40 |
| | | July | 123,319,574 | 39.30 | 0.44 | 21.57 |
| | | August | 123,430,473 | 39.30 | 0.44 | 21.70 |
| | | September | 122,321,484 | 39.70 | 0.43 | 22.38 |
| | | October | 122,765,080 | 39.50 | 0.43 | 23.22 |
| | | November | 115,223,955 | 42.10 | 0.40 | 24.48 |
| | | December | 113,782,269 | 42.70 | 0.39 | 23.74 |
| | | Subtotal | 1,393,555,548 | 41.50 | 4.81 | 274.95 |
| | Urban Unrestricted Access | January | 98,893,096 | 13.50 | 0.61 | 35.98 |
| | | February | 96,478,393 | 13.60 | 0.59 | 34.41 |
| | | March | 110,747,097 | 13.30 | 0.69 | 41.10 |
| | | April | 114,917,949 | 13.30 | 0.71 | 42.18 |
| | | May | 120,954,708 | 13.20 | 0.76 | 43.03 |
| | | June | 123,808,449 | 13.10 | 0.78 | 39.57 |
| | | July | 122,052,301 | 13.10 | 0.76 | 36.76 |
| | | August | 122,162,060 | 13.10 | 0.76 | 36.97 |
| | | September | 121,064,468 | 13.20 | 0.76 | 38.13 |
| | | October | 121,503,505 | 13.10 | 0.76 | 39.51 |
| | | November | 114,039,875 | 13.30 | 0.71 | 41.88 |
| | | December | 112,613,004 | 13.30 | 0.70 | 40.74 |
| | | Subtotal | 1,379,234,905 | 13.20 | 8.58 | 470.27 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 1.31 | 12.75 |
| | | February | N/A | 0.00 | 1.29 | 12.61 |
| | | March | N/A | 0.00 | 0.92 | 12.80 |
| | | April | N/A | 0.00 | 0.68 | 12.01 |
| | | May | N/A | 0.00 | 0.53 | 11.47 |
| | | June | N/A | 0.00 | 0.38 | 10.00 |
| | | July | N/A | 0.00 | 0.38 | 9.98 |
| | | August | N/A | 0.00 | 0.38 | 9.98 |
| | | September | N/A | 0.00 | 0.39 | 10.05 |
| | | October | N/A | 0.00 | 0.53 | 11.36 |
| | | November | N/A | 0.00 | 0.88 | 12.69 |
| | | December | N/A | 0.00 | 1.01 | 12.99 |
| | | Subtotal | 0 | 0.00 | 8.68 | 138.67 |

Z Series

| | | | | | |
|---|---|---|---|---|---|
| | | January | 198,813,003 | 21.20 | 2.24 | 69.43 |
| | | February | 193,958,523 | 21.30 | 2.19 | 66.65 |
| | | March | 222,644,084 | 20.40 | 1.98 | 77.89 |
| | | April | 231,029,094 | 20.20 | 1.79 | 78.87 |
| | AREA TOTAL | May | 243,165,293 | 19.80 | 1.72 | 79.95 |
| | | June | 248,902,405 | 19.60 | 1.60 | 72.98 |
| | | July | 245,371,875 | 19.70 | 1.58 | 68.31 |
| | | August | 245,592,533 | 19.70 | 1.58 | 68.65 |
| | | September | 243,385,951 | 19.80 | 1.58 | 70.56 |
| | | October | 244,268,584 | 19.80 | 1.72 | 74.09 |
| | | November | 229,263,829 | 20.20 | 1.98 | 79.05 |
| | | December | 226,395,273 | 20.30 | 2.10 | 77.46 |
| | | **Subtotal** | **2,772,790,447** | **20.10** | **22.07** | **883.89** |
| | | January | 31,518,422 | 61.90 | 0.10 | 6.55 |
| | | February | 30,748,827 | 62.20 | 0.10 | 6.32 |
| | | March | 35,296,435 | 60.40 | 0.11 | 7.61 |
| | | April | 36,625,736 | 59.70 | 0.12 | 7.61 |
| | Urban Restricted Access | May | 38,549,724 | 58.70 | 0.12 | 7.72 |
| | | June | 39,459,246 | 58.10 | 0.13 | 7.18 |
| | | July | 38,899,540 | 58.50 | 0.12 | 6.66 |
| | | August | 38,934,522 | 58.40 | 0.12 | 6.60 |
| | | September | 38,584,706 | 58.60 | 0.12 | 6.74 |
| | | October | 38,724,632 | 58.60 | 0.12 | 7.03 |
| | | November | 36,345,883 | 59.90 | 0.11 | 7.45 |
| | | December | 35,891,123 | 60.10 | 0.11 | 7.34 |
| | | Subtotal | 439,578,796 | 59.50 | 1.39 | 84.80 |
| | | January | 29,043,173 | 35.60 | 0.12 | 6.44 |
| | | February | 28,334,017 | 35.70 | 0.11 | 6.19 |
| | | March | 32,524,486 | 34.80 | 0.13 | 7.57 |
| | | April | 33,749,392 | 34.50 | 0.14 | 7.60 |
| | Urban Unrestricted Access | May | 35,522,283 | 34.00 | 0.15 | 7.76 |
| | | June | 36,360,377 | 33.80 | 0.15 | 7.22 |
| | | July | 35,844,627 | 34.00 | 0.15 | 6.70 |
| | | August | 35,876,861 | 34.00 | 0.15 | 6.62 |
| | | September | 35,554,517 | 34.00 | 0.15 | 6.80 |
| | | October | 35,683,455 | 34.00 | 0.15 | 7.11 |
| | | November | 33,491,517 | 34.50 | 0.14 | 7.44 |
| | | December | 33,072,470 | 34.60 | 0.14 | 7.32 |
| | | Subtotal | 405,057,175 | 34.40 | 1.67 | 84.77 |
| PUTNAM | | January | 11,656,967 | 35.80 | 0.05 | 2.58 |
| | | February | 11,372,335 | 36.10 | 0.05 | 2.49 |
| | | March | 13,054,250 | 34.20 | 0.06 | 3.09 |
| | | April | 13,545,887 | 33.70 | 0.06 | 3.12 |
| | Rural Unrestricted Access | May | 14,257,466 | 32.90 | 0.06 | 3.19 |
| | | June | 14,593,849 | 32.50 | 0.06 | 2.97 |
| | | July | 14,386,845 | 32.70 | 0.06 | 2.75 |
| | | August | 14,399,782 | 32.70 | 0.06 | 2.72 |
| | | September | 14,270,404 | 32.90 | 0.06 | 2.80 |
| | | October | 14,322,155 | 32.80 | 0.06 | 2.92 |
| | | November | 13,442,384 | 33.80 | 0.06 | 3.04 |
| | | December | 13,274,193 | 34.00 | 0.06 | 2.99 |
| | | Subtotal | 162,576,517 | 33.50 | 0.69 | 34.65 |
| | | January | N/A | 0.00 | 0.57 | 5.29 |
| | | February | N/A | 0.00 | 0.54 | 5.18 |
| | | March | N/A | 0.00 | 0.35 | 5.15 |
| | | April | N/A | 0.00 | 0.26 | 4.86 |
| | Off-Network | May | N/A | 0.00 | 0.21 | 4.68 |
| | | June | N/A | 0.00 | 0.15 | 4.14 |
| | | July | N/A | 0.00 | 0.16 | 4.18 |
| | | August | N/A | 0.00 | 0.16 | 4.16 |
| | | September | N/A | 0.00 | 0.16 | 4.18 |
| | | October | N/A | 0.00 | 0.21 | 4.67 |
| | | November | N/A | 0.00 | 0.36 | 5.19 |
| | | December | N/A | 0.00 | 0.40 | 5.28 |
| | | Subtotal | 0 | 0.00 | 3.51 | 56.95 |

Z Series

DOT_0047202

| | | | | | |
|---|---|---|---|---|---|
| | AREA TOTAL | January | 72,481,916 | 43.80 | 0.84 | 20.91 |
| | | February | 70,712,102 | 44.00 | 0.79 | 20.24 |
| | | March | 81,170,092 | 42.60 | 0.65 | 23.48 |
| | | April | 84,227,043 | 42.10 | 0.58 | 23.26 |
| | | May | 88,651,577 | 41.40 | 0.54 | 23.42 |
| | | June | 90,743,175 | 41.10 | 0.49 | 21.57 |
| | | July | 89,456,038 | 41.30 | 0.49 | 20.36 |
| | | August | 89,536,484 | 41.30 | 0.49 | 20.15 |
| | | September | 88,732,023 | 41.40 | 0.49 | 20.58 |
| | | October | 89,053,807 | 41.40 | 0.55 | 21.79 |
| | | November | 83,583,474 | 42.20 | 0.67 | 23.19 |
| | | December | 82,537,675 | 42.40 | 0.71 | 22.99 |
| | | **Subtotal** | **1,010,885,406** | **42.00** | **7.27** | **261.94** |
| REGIONAL | | January | 4,037,255,604 | 18.40 | 45.31 | 1373.58 |
| | | February | 3,938,676,664 | 18.60 | 44.60 | 1305.30 |
| | | March | 4,521,188,573 | 17.70 | 40.44 | 1533.69 |
| | | April | 4,691,461,284 | 17.40 | 36.27 | 1538.79 |
| | | May | 4,937,908,630 | 17.00 | 34.03 | 1567.70 |
| | | June | 5,054,411,011 | 16.80 | 31.36 | 1438.82 |
| | | July | 4,982,717,236 | 16.90 | 30.97 | 1354.93 |
| | | August | 4,987,198,100 | 16.90 | 31.05 | 1354.92 |
| | | September | 4,942,389,489 | 17.00 | 30.51 | 1392.95 |
| | | October | 4,960,312,932 | 16.90 | 33.50 | 1461.07 |
| | | November | 4,655,614,396 | 17.50 | 39.49 | 1551.10 |
| | | December | 4,597,363,206 | 17.60 | 41.92 | 1517.11 |
| | | **Subtotal** | **56,306,497,125** | **17.30** | **439.44** | **17389.97** |

Z Series

DOT_0047203

**Appendix 2C Monthly PM2.5 and NOx Emissions**
**2035 Build Monthly Emissions Report**

| COUNTY | FACILITY | MONTH | Build | | | |
|---|---|---|---|---|---|---|
| | | | VMT (MILLION) | SPEED (MPH) | PM 2.5 (TONS) | Nox (TONS) |
| MANHATTAN | Urban Restricted Access | January | 110,721,594 | 32.50 | 0.16 | 11.62 |
| | | February | 108,018,070 | 33.30 | 0.16 | 10.83 |
| | | March | 123,993,439 | 28.00 | 0.19 | 14.35 |
| | | April | 128,663,162 | 26.40 | 0.20 | 15.24 |
| | | May | 135,421,972 | 24.10 | 0.22 | 16.42 |
| | | June | 138,617,046 | 23.10 | 0.23 | 15.72 |
| | | July | 136,650,847 | 23.70 | 0.23 | 14.11 |
| | | August | 136,773,734 | 23.70 | 0.23 | 14.26 |
| | | September | 135,544,860 | 24.10 | 0.22 | 14.79 |
| | | October | 136,036,409 | 23.90 | 0.23 | 15.28 |
| | | November | 127,680,063 | 26.80 | 0.20 | 15.09 |
| | | December | 126,082,526 | 27.30 | 0.20 | 14.49 |
| | | Subtotal | 1,544,203,722 | 25.80 | 2.48 | 172.18 |
| | Urban Unrestricted Access | January | 116,012,650 | 13.20 | 0.29 | 23.66 |
| | | February | 113,179,933 | 13.30 | 0.28 | 22.44 |
| | | March | 129,918,717 | 12.90 | 0.33 | 27.05 |
| | | April | 134,811,592 | 12.80 | 0.34 | 27.77 |
| | | May | 141,893,386 | 12.60 | 0.36 | 28.24 |
| | | June | 145,241,143 | 12.50 | 0.37 | 26.38 |
| | | July | 143,180,985 | 12.50 | 0.37 | 24.13 |
| | | August | 143,309,744 | 12.50 | 0.37 | 24.33 |
| | | September | 142,022,146 | 12.60 | 0.36 | 25.45 |
| | | October | 142,537,185 | 12.60 | 0.36 | 26.22 |
| | | November | 133,781,513 | 12.80 | 0.34 | 27.74 |
| | | December | 132,107,635 | 12.80 | 0.33 | 26.97 |
| | | Subtotal | 1,617,996,629 | 12.70 | 4.09 | 310.39 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 0.68 | 8.97 |
| | | February | N/A | 0.00 | 0.67 | 8.74 |
| | | March | N/A | 0.00 | 0.46 | 8.25 |
| | | April | N/A | 0.00 | 0.35 | 7.31 |
| | | May | N/A | 0.00 | 0.29 | 6.73 |
| | | June | N/A | 0.00 | 0.20 | 5.05 |
| | | July | N/A | 0.00 | 0.21 | 5.17 |
| | | August | N/A | 0.00 | 0.21 | 5.13 |
| | | September | N/A | 0.00 | 0.20 | 5.15 |
| | | October | N/A | 0.00 | 0.27 | 6.53 |
| | | November | N/A | 0.00 | 0.45 | 8.14 |
| | | December | N/A | 0.00 | 0.51 | 8.57 |
| | | Subtotal | 0 | 0.00 | 4.49 | 83.72 |

Z Series

| | | Month | | | | |
|---|---|---|---|---|---|---|
| | AREA TOTAL | January | 226,734,244 | 18.60 | 1.13 | 44.25 |
| | | February | 221,198,003 | 18.80 | 1.11 | 42.01 |
| | | March | 253,912,156 | 17.50 | 0.98 | 49.65 |
| | | April | 263,474,755 | 17.10 | 0.90 | 50.31 |
| | | May | 277,315,358 | 16.40 | 0.87 | 51.39 |
| | | June | 283,858,188 | 16.10 | 0.80 | 47.15 |
| | | July | 279,831,831 | 16.30 | 0.80 | 43.40 |
| | | August | 280,083,478 | 16.30 | 0.80 | 43.72 |
| | | September | 277,567,005 | 16.40 | 0.78 | 45.38 |
| | | October | 278,573,595 | 16.40 | 0.86 | 48.03 |
| | | November | 261,461,576 | 17.20 | 0.99 | 50.97 |
| | | December | 258,190,161 | 17.30 | 1.04 | 50.04 |
| | | **Subtotal** | **3,162,200,350** | **16.90** | **11.06** | **566.30** |
| QUEENS | Urban Restricted Access | January | 324,751,170 | 33.00 | 0.48 | 28.62 |
| | | February | 316,821,618 | 34.40 | 0.46 | 26.60 |
| | | March | 363,678,058 | 26.40 | 0.59 | 36.76 |
| | | April | 377,374,556 | 24.30 | 0.63 | 39.44 |
| | | May | 397,198,434 | 21.50 | 0.70 | 43.80 |
| | | June | 406,569,722 | 20.30 | 0.74 | 42.41 |
| | | July | 400,802,775 | 21.00 | 0.71 | 38.64 |
| | | August | 401,163,210 | 21.00 | 0.72 | 38.68 |
| | | September | 397,558,868 | 21.40 | 0.70 | 39.64 |
| | | October | 399,000,605 | 21.20 | 0.71 | 40.80 |
| | | November | 374,491,082 | 24.70 | 0.62 | 39.29 |
| | | December | 369,805,438 | 25.40 | 0.61 | 37.28 |
| | | Subtotal | 4,529,215,536 | 23.60 | 7.67 | 451.95 |
| | Urban Unrestricted Access | January | 253,229,557 | 10.20 | 0.71 | 48.85 |
| | | February | 247,046,371 | 10.20 | 0.69 | 46.49 |
| | | March | 283,583,377 | 10.10 | 0.80 | 55.18 |
| | | April | 294,263,425 | 10.00 | 0.83 | 56.33 |
| | | May | 309,721,389 | 10.00 | 0.88 | 58.10 |
| | | June | 317,028,790 | 10.00 | 0.90 | 54.35 |
| | | July | 312,531,928 | 10.00 | 0.89 | 50.63 |
| | | August | 312,812,982 | 10.00 | 0.89 | 50.59 |
| | | September | 310,002,443 | 10.00 | 0.88 | 52.56 |
| | | October | 311,126,659 | 10.00 | 0.89 | 53.92 |
| | | November | 292,014,994 | 10.00 | 0.83 | 56.77 |
| | | December | 288,361,293 | 10.10 | 0.82 | 54.90 |
| | | Subtotal | 3,531,723,208 | 10.00 | 10.01 | 638.66 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 2.11 | 29.02 |
| | | February | N/A | 0.00 | 2.19 | 28.64 |
| | | March | N/A | 0.00 | 1.63 | 27.99 |
| | | April | N/A | 0.00 | 1.19 | 24.40 |
| | | May | N/A | 0.00 | 0.89 | 21.40 |
| | | June | N/A | 0.00 | 0.66 | 16.72 |
| | | July | N/A | 0.00 | 0.69 | 17.13 |
| | | August | N/A | 0.00 | 0.70 | 17.21 |
| | | September | N/A | 0.00 | 0.65 | 16.49 |
| | | October | N/A | 0.00 | 0.84 | 20.63 |
| | | November | N/A | 0.00 | 1.41 | 26.22 |
| | | December | N/A | 0.00 | 1.67 | 28.12 |
| | | Subtotal | 0 | 0.00 | 14.62 | 273.98 |

Z Series

DOT_0047205

| | | | | | |
|---|---|---|---|---|---|
| | | January | 577,980,727 | 16.60 | 3.30 | 106.49 |
| | | February | 563,867,990 | 16.80 | 3.35 | 101.74 |
| | | March | 647,261,435 | 15.40 | 3.02 | 119.93 |
| | | April | 671,637,981 | 15.00 | 2.65 | 120.17 |
| | AREA TOTAL | May | 706,919,823 | 14.30 | 2.47 | 123.30 |
| | | June | 723,598,512 | 14.00 | 2.30 | 113.49 |
| | | July | 713,334,704 | 14.20 | 2.29 | 106.40 |
| | | August | 713,976,192 | 14.10 | 2.30 | 106.48 |
| | | September | 707,561,311 | 14.30 | 2.23 | 108.70 |
| | | October | 710,127,263 | 14.20 | 2.43 | 115.35 |
| | | November | 666,506,076 | 15.10 | 2.86 | 122.27 |
| | | December | 658,166,732 | 15.20 | 3.09 | 120.30 |
| | | **Subtotal** | **8,060,938,746** | **14.80** | **32.31** | **1364.59** |
| BRONX | Urban Restricted Access | January | 153,449,718 | 42.40 | 0.21 | 13.49 |
| | | February | 149,702,888 | 43.10 | 0.20 | 12.68 |
| | | March | 171,843,246 | 38.50 | 0.24 | 16.16 |
| | | April | 178,315,044 | 37.00 | 0.25 | 16.93 |
| | | May | 187,682,119 | 34.70 | 0.27 | 18.11 |
| | | June | 192,110,190 | 33.60 | 0.28 | 17.38 |
| | | July | 189,385,223 | 34.30 | 0.27 | 15.97 |
| | | August | 189,555,534 | 34.30 | 0.27 | 16.01 |
| | | September | 187,852,429 | 34.70 | 0.27 | 16.40 |
| | | October | 188,533,671 | 34.50 | 0.27 | 16.85 |
| | | November | 176,952,560 | 37.30 | 0.25 | 16.98 |
| | | December | 174,738,524 | 37.90 | 0.24 | 16.24 |
| | | Subtotal | 2,140,121,146 | 36.40 | 3.00 | 193.21 |
| | Urban Unrestricted Access | January | 102,662,707 | 11.60 | 0.27 | 22.87 |
| | | February | 100,155,959 | 11.60 | 0.26 | 21.75 |
| | | March | 114,968,558 | 11.40 | 0.30 | 26.03 |
| | | April | 119,298,395 | 11.30 | 0.31 | 26.65 |
| | | May | 125,565,264 | 11.20 | 0.33 | 27.60 |
| | | June | 128,527,784 | 11.10 | 0.34 | 25.82 |
| | | July | 126,704,695 | 11.20 | 0.34 | 24.03 |
| | | August | 126,818,638 | 11.20 | 0.34 | 24.00 |
| | | September | 125,679,207 | 11.20 | 0.33 | 24.95 |
| | | October | 126,134,979 | 11.20 | 0.34 | 25.66 |
| | | November | 118,386,850 | 11.30 | 0.31 | 26.85 |
| | | December | 116,905,591 | 11.40 | 0.31 | 25.95 |
| | | Subtotal | 1,431,808,627 | 11.30 | 3.78 | 302.15 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 0.71 | 10.65 |
| | | February | N/A | 0.00 | 0.74 | 10.50 |
| | | March | N/A | 0.00 | 0.55 | 10.38 |
| | | April | N/A | 0.00 | 0.40 | 9.16 |
| | | May | N/A | 0.00 | 0.30 | 8.17 |
| | | June | N/A | 0.00 | 0.23 | 6.58 |
| | | July | N/A | 0.00 | 0.24 | 6.75 |
| | | August | N/A | 0.00 | 0.24 | 6.78 |
| | | September | N/A | 0.00 | 0.22 | 6.47 |
| | | October | N/A | 0.00 | 0.29 | 7.90 |
| | | November | N/A | 0.00 | 0.48 | 9.76 |
| | | December | N/A | 0.00 | 0.57 | 10.41 |
| | | Subtotal | 0 | 0.00 | 4.96 | 103.51 |

Z Series

| | | | | | |
|---|---|---|---|---|---|
| KINGS | AREA TOTAL | January | 256,112,424 | 20.50 | 1.19 | 47.02 |
| | | February | 249,858,847 | 20.70 | 1.20 | 44.93 |
| | | March | 286,811,805 | 19.70 | 1.09 | 52.58 |
| | | April | 297,613,439 | 19.40 | 0.97 | 52.74 |
| | | May | 313,247,383 | 18.80 | 0.90 | 53.89 |
| | | June | 320,637,974 | 18.60 | 0.85 | 49.78 |
| | | July | 316,089,918 | 18.70 | 0.84 | 46.75 |
| | | August | 316,374,171 | 18.70 | 0.85 | 46.78 |
| | | September | 313,531,636 | 18.80 | 0.82 | 47.82 |
| | | October | 314,668,650 | 18.80 | 0.89 | 50.41 |
| | | November | 295,339,411 | 19.40 | 1.04 | 53.59 |
| | | December | 291,644,115 | 19.60 | 1.12 | 52.60 |
| | | **Subtotal** | **3,571,929,773** | **19.20** | **11.74** | **598.88** |
| | Urban Restricted Access | January | 133,958,423 | 35.20 | 0.20 | 11.73 |
| | | February | 130,687,518 | 36.30 | 0.19 | 10.92 |
| | | March | 150,015,593 | 30.10 | 0.23 | 14.45 |
| | | April | 155,665,338 | 28.30 | 0.25 | 15.05 |
| | | May | 163,842,600 | 25.90 | 0.27 | 16.10 |
| | | June | 167,708,215 | 24.80 | 0.28 | 15.08 |
| | | July | 165,329,375 | 25.40 | 0.27 | 13.81 |
| | | August | 165,478,052 | 25.40 | 0.27 | 13.77 |
| | | September | 163,991,277 | 25.80 | 0.27 | 14.51 |
| | | October | 164,585,987 | 25.70 | 0.27 | 14.97 |
| | | November | 154,475,918 | 28.70 | 0.25 | 15.09 |
| | | December | 152,543,110 | 29.30 | 0.24 | 14.41 |
| | | Subtotal | 1,868,281,406 | 27.70 | 2.99 | 169.91 |
| | Urban Unrestricted Access | January | 208,013,758 | 11.10 | 0.57 | 39.83 |
| | | February | 202,934,620 | 11.20 | 0.56 | 37.74 |
| | | March | 232,947,704 | 10.90 | 0.65 | 45.02 |
| | | April | 241,720,760 | 10.90 | 0.67 | 45.55 |
| | | May | 254,418,603 | 10.80 | 0.71 | 46.66 |
| | | June | 260,421,219 | 10.70 | 0.73 | 42.67 |
| | | July | 256,727,301 | 10.70 | 0.72 | 39.67 |
| | | August | 256,958,171 | 10.70 | 0.72 | 39.52 |
| | | September | 254,649,473 | 10.80 | 0.71 | 42.09 |
| | | October | 255,572,952 | 10.80 | 0.72 | 43.40 |
| | | November | 239,873,801 | 10.90 | 0.67 | 45.92 |
| | | December | 236,872,492 | 10.90 | 0.66 | 44.31 |
| | | Subtotal | 2,901,110,854 | 10.80 | 8.09 | 512.40 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 1.43 | 18.47 |
| | | February | N/A | 0.00 | 1.45 | 18.13 |
| | | March | N/A | 0.00 | 1.09 | 17.68 |
| | | April | N/A | 0.00 | 0.81 | 15.60 |
| | | May | N/A | 0.00 | 0.61 | 13.73 |
| | | June | N/A | 0.00 | 0.44 | 10.69 |
| | | July | N/A | 0.00 | 0.44 | 10.44 |
| | | August | N/A | 0.00 | 0.44 | 10.43 |
| | | September | N/A | 0.00 | 0.42 | 10.24 |
| | | October | N/A | 0.00 | 0.56 | 13.00 |
| | | November | N/A | 0.00 | 0.98 | 16.76 |
| | | December | N/A | 0.00 | 1.11 | 17.78 |
| | | Subtotal | 0 | 0.00 | 9.77 | 172.96 |

Z Series

| | | Month | | | | |
|---|---|---|---|---|---|---|
| RICHMOND | AREA TOTAL | January | 341,972,181 | 15.20 | 2.20 | 70.04 |
| | | February | 333,622,139 | 15.30 | 2.20 | 66.79 |
| | | March | 382,963,297 | 14.60 | 1.97 | 77.15 |
| | | April | 397,386,097 | 14.30 | 1.73 | 76.21 |
| | | May | 418,261,202 | 13.90 | 1.59 | 76.49 |
| | | June | 428,129,434 | 13.80 | 1.45 | 68.45 |
| | | July | 422,056,676 | 13.90 | 1.43 | 63.92 |
| | | August | 422,436,224 | 13.90 | 1.44 | 63.73 |
| | | September | 418,640,750 | 13.90 | 1.40 | 66.84 |
| | | October | 420,158,939 | 13.90 | 1.55 | 71.38 |
| | | November | 394,349,718 | 14.40 | 1.89 | 77.77 |
| | | December | 389,415,602 | 14.50 | 2.01 | 76.50 |
| | | **Subtotal** | **4,769,392,259** | **14.20** | **20.85** | **855.27** |
| | Urban Restricted Access | January | 77,287,239 | 31.30 | 0.12 | 6.68 |
| | | February | 75,400,092 | 31.90 | 0.11 | 6.28 |
| | | March | 86,551,414 | 28.30 | 0.14 | 7.97 |
| | | April | 89,811,031 | 27.20 | 0.14 | 8.42 |
| | | May | 94,528,898 | 25.70 | 0.15 | 8.89 |
| | | June | 96,759,162 | 25.00 | 0.16 | 8.40 |
| | | July | 95,386,692 | 25.40 | 0.16 | 7.72 |
| | | August | 95,472,471 | 25.40 | 0.16 | 7.73 |
| | | September | 94,614,677 | 25.70 | 0.16 | 8.06 |
| | | October | 94,957,795 | 25.60 | 0.16 | 8.15 |
| | | November | 89,124,796 | 27.50 | 0.14 | 8.35 |
| | | December | 88,009,663 | 27.80 | 0.14 | 8.05 |
| | | Subtotal | 1,077,903,930 | 26.90 | 1.73 | 94.68 |
| | Urban Unrestricted Access | January | 83,429,342 | 11.90 | 0.22 | 13.63 |
| | | February | 81,392,221 | 12.00 | 0.21 | 12.94 |
| | | March | 93,429,751 | 11.70 | 0.24 | 15.63 |
| | | April | 96,948,414 | 11.60 | 0.25 | 16.06 |
| | | May | 102,041,215 | 11.50 | 0.27 | 16.58 |
| | | June | 104,448,721 | 11.50 | 0.28 | 15.45 |
| | | July | 102,967,179 | 11.50 | 0.27 | 14.36 |
| | | August | 103,059,775 | 11.50 | 0.27 | 14.33 |
| | | September | 102,133,811 | 11.50 | 0.27 | 15.05 |
| | | October | 102,504,197 | 11.50 | 0.27 | 15.29 |
| | | November | 96,207,643 | 11.70 | 0.25 | 16.01 |
| | | December | 95,003,890 | 11.70 | 0.25 | 15.60 |
| | | Subtotal | 1,163,566,159 | 11.60 | 3.05 | 180.92 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 0.75 | 9.34 |
| | | February | N/A | 0.00 | 0.77 | 9.21 |
| | | March | N/A | 0.00 | 0.52 | 8.46 |
| | | April | N/A | 0.00 | 0.37 | 7.18 |
| | | May | N/A | 0.00 | 0.26 | 5.92 |
| | | June | N/A | 0.00 | 0.22 | 4.75 |
| | | July | N/A | 0.00 | 0.23 | 4.87 |
| | | August | N/A | 0.00 | 0.23 | 4.92 |
| | | September | N/A | 0.00 | 0.21 | 4.72 |
| | | October | N/A | 0.00 | 0.27 | 5.96 |
| | | November | N/A | 0.00 | 0.48 | 8.12 |
| | | December | N/A | 0.00 | 0.55 | 8.66 |
| | | Subtotal | 0 | 0.00 | 4.84 | 82.11 |

Z Series

DOT_0047208

| | | Month | | | |
|---|---|---|---|---|---|
| AREA TOTAL | | January | 160,716,580 | 17.00 | 1.08 | 29.65 |
| | | February | 156,792,313 | 17.10 | 1.09 | 28.43 |
| | | March | 179,981,165 | 16.30 | 0.90 | 32.06 |
| | | April | 186,759,444 | 16.10 | 0.77 | 31.66 |
| | | May | 196,570,112 | 15.70 | 0.69 | 31.39 |
| | | June | 201,207,883 | 15.50 | 0.65 | 28.60 |
| | | July | 198,353,870 | 15.60 | 0.65 | 26.95 |
| | | August | 198,532,246 | 15.60 | 0.66 | 26.97 |
| | | September | 196,748,488 | 15.70 | 0.64 | 27.82 |
| | | October | 197,461,991 | 15.70 | 0.69 | 29.40 |
| | | November | 185,332,438 | 16.10 | 0.87 | 32.48 |
| | | December | 183,013,553 | 16.20 | 0.93 | 32.31 |
| | | **Subtotal** | **2,241,470,083** | **16.00** | **9.62** | **357.71** |
| NASSAU | Urban Restricted Access | January | 293,396,662 | 44.00 | 0.55 | 35.49 |
| | | February | 286,232,703 | 45.10 | 0.53 | 32.94 |
| | | March | 328,565,185 | 38.20 | 0.65 | 44.16 |
| | | April | 340,939,295 | 36.00 | 0.69 | 46.44 |
| | | May | 358,849,191 | 32.90 | 0.75 | 50.82 |
| | | June | 367,315,687 | 31.50 | 0.78 | 47.86 |
| | | July | 362,105,536 | 32.40 | 0.76 | 44.32 |
| | | August | 362,431,170 | 32.30 | 0.76 | 43.88 |
| | | September | 359,174,826 | 32.90 | 0.75 | 45.85 |
| | | October | 360,477,363 | 32.60 | 0.76 | 47.49 |
| | | November | 338,334,219 | 36.50 | 0.68 | 46.51 |
| | | December | 334,100,971 | 37.20 | 0.67 | 44.31 |
| | | Subtotal | 4,091,922,808 | 35.20 | 8.32 | 530.08 |
| | Urban Unrestricted Access | January | 405,344,931 | 13.50 | 1.35 | 117.53 |
| | | February | 395,447,496 | 13.50 | 1.31 | 110.92 |
| | | March | 453,932,336 | 13.30 | 1.53 | 132.64 |
| | | April | 471,027,905 | 13.30 | 1.59 | 134.62 |
| | | May | 495,771,491 | 13.20 | 1.68 | 138.94 |
| | | June | 507,468,459 | 13.20 | 1.73 | 127.40 |
| | | July | 500,270,325 | 13.20 | 1.70 | 119.92 |
| | | August | 500,720,209 | 13.20 | 1.70 | 118.63 |
| | | September | 496,221,375 | 13.20 | 1.69 | 125.46 |
| | | October | 498,020,908 | 13.20 | 1.69 | 129.54 |
| | | November | 467,428,838 | 13.30 | 1.58 | 135.64 |
| | | December | 461,580,354 | 13.30 | 1.55 | 131.15 |
| | | Subtotal | 5,653,234,627 | 13.30 | 19.09 | 1522.37 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 2.78 | 35.64 |
| | | February | N/A | 0.00 | 2.78 | 34.81 |
| | | March | N/A | 0.00 | 2.02 | 33.71 |
| | | April | N/A | 0.00 | 1.55 | 30.10 |
| | | May | N/A | 0.00 | 1.20 | 27.01 |
| | | June | N/A | 0.00 | 0.84 | 20.85 |
| | | July | N/A | 0.00 | 0.85 | 20.80 |
| | | August | N/A | 0.00 | 0.86 | 20.69 |
| | | September | N/A | 0.00 | 0.82 | 20.42 |
| | | October | N/A | 0.00 | 1.11 | 25.81 |
| | | November | N/A | 0.00 | 1.89 | 32.43 |
| | | December | N/A | 0.00 | 2.17 | 34.48 |
| | | Subtotal | 0 | 0.00 | 18.86 | 336.76 |

Z Series

DOT_0047209

| | | | | | |
|---|---|---|---|---|---|
| | AREA TOTAL | January | 698,741,592 | 19.10 | 4.67 | 188.66 |
| | | February | 681,680,199 | 19.20 | 4.62 | 178.67 |
| | | March | 782,497,521 | 18.40 | 4.20 | 210.50 |
| | | April | 811,967,200 | 18.10 | 3.83 | 211.16 |
| | | May | 854,620,682 | 17.60 | 3.63 | 216.78 |
| | | June | 874,784,147 | 17.40 | 3.35 | 196.11 |
| | | July | 862,375,861 | 17.50 | 3.32 | 185.05 |
| | | August | 863,151,379 | 17.50 | 3.33 | 183.20 |
| | | September | 855,396,200 | 17.60 | 3.26 | 191.74 |
| | | October | 858,498,272 | 17.60 | 3.56 | 202.84 |
| | | November | 805,763,057 | 18.10 | 4.14 | 214.57 |
| | | December | 795,681,325 | 18.20 | 4.39 | 209.93 |
| | | **Subtotal** | **9,745,157,435** | **18.00** | **46.27** | **2389.21** |
| SUFFOLK | Urban Restricted Access | January | 348,750,737 | 46.70 | 0.64 | 40.37 |
| | | February | 340,235,181 | 47.50 | 0.62 | 37.67 |
| | | March | 390,554,377 | 42.60 | 0.75 | 48.21 |
| | | April | 405,263,065 | 40.90 | 0.79 | 49.59 |
| | | May | 426,551,956 | 38.60 | 0.85 | 52.77 |
| | | June | 436,615,795 | 37.40 | 0.87 | 48.67 |
| | | July | 430,422,663 | 38.10 | 0.86 | 45.10 |
| | | August | 430,809,734 | 38.10 | 0.86 | 44.91 |
| | | September | 426,939,027 | 38.50 | 0.85 | 46.79 |
| | | October | 428,487,310 | 38.30 | 0.85 | 49.35 |
| | | November | 402,166,499 | 41.30 | 0.78 | 49.35 |
| | | December | 397,134,580 | 41.80 | 0.76 | 47.36 |
| | | Subtotal | 4,863,930,924 | 40.40 | 9.47 | 560.14 |
| | Urban Unrestricted Access | January | 711,313,608 | 12.30 | 2.49 | 217.20 |
| | | February | 693,945,240 | 12.40 | 2.43 | 204.43 |
| | | March | 796,576,505 | 12.10 | 2.84 | 246.79 |
| | | April | 826,576,413 | 12.00 | 2.96 | 249.83 |
| | | May | 869,997,332 | 11.80 | 3.14 | 257.44 |
| | | June | 890,523,585 | 11.80 | 3.23 | 235.52 |
| | | July | 877,892,045 | 11.80 | 3.17 | 219.80 |
| | | August | 878,681,516 | 11.80 | 3.18 | 218.74 |
| | | September | 870,786,803 | 11.80 | 3.14 | 229.00 |
| | | October | 873,944,688 | 11.80 | 3.16 | 241.19 |
| | | November | 820,260,643 | 12.00 | 2.93 | 249.31 |
| | | December | 809,997,516 | 12.00 | 2.89 | 241.17 |
| | | Subtotal | 9,920,495,894 | 12.00 | 35.54 | 2810.41 |
| | Rural Unrestricted Access | January | 21,028,647 | 31.40 | 0.05 | 3.44 |
| | | February | 20,515,183 | 31.70 | 0.05 | 3.22 |
| | | March | 23,549,283 | 30.10 | 0.06 | 4.00 |
| | | April | 24,436,174 | 29.60 | 0.06 | 4.08 |
| | | May | 25,719,832 | 28.90 | 0.06 | 4.23 |
| | | June | 26,326,652 | 28.60 | 0.07 | 3.86 |
| | | July | 25,953,224 | 28.80 | 0.07 | 3.60 |
| | | August | 25,976,563 | 28.80 | 0.07 | 3.58 |
| | | September | 25,743,171 | 28.90 | 0.06 | 3.75 |
| | | October | 25,836,528 | 28.80 | 0.07 | 3.95 |
| | | November | 24,249,460 | 29.70 | 0.06 | 4.08 |
| | | December | 23,946,050 | 29.90 | 0.06 | 3.92 |
| | | Subtotal | 293,280,767 | 29.50 | 0.73 | 45.71 |
| | Off-Network | January | N/A | 0.00 | 3.84 | 47.43 |
| | | February | N/A | 0.00 | 3.63 | 45.36 |
| | | March | N/A | 0.00 | 2.94 | 46.31 |
| | | April | N/A | 0.00 | 2.27 | 42.00 |
| | | May | N/A | 0.00 | 1.72 | 38.12 |
| | | June | N/A | 0.00 | 1.16 | 30.65 |
| | | July | N/A | 0.00 | 1.11 | 29.08 |
| | | August | N/A | 0.00 | 1.12 | 28.96 |
| | | September | N/A | 0.00 | 1.10 | 28.87 |
| | | October | N/A | 0.00 | 1.56 | 36.08 |
| | | November | N/A | 0.00 | 2.66 | 43.94 |
| | | December | N/A | 0.00 | 2.98 | 46.17 |
| | | Subtotal | 0 | 0.00 | 26.09 | 462.96 |

Z Series

DOT_0047210

| | | | | | | |
|---|---|---|---|---|---|---|
| | AREA TOTAL | January | 1,081,092,992 | 16.40 | 7.03 | 308.43 |
| | | February | 1,054,695,605 | 16.50 | 6.73 | 290.68 |
| | | March | 1,210,680,165 | 15.90 | 6.58 | 345.31 |
| | | April | 1,256,275,652 | 15.80 | 6.07 | 345.50 |
| | | May | 1,322,269,120 | 15.50 | 5.77 | 352.56 |
| | | June | 1,353,466,032 | 15.30 | 5.33 | 318.71 |
| | | July | 1,334,267,932 | 15.40 | 5.21 | 297.58 |
| | | August | 1,335,467,814 | 15.40 | 5.22 | 296.19 |
| | | September | 1,323,469,001 | 15.50 | 5.15 | 308.41 |
| | | October | 1,328,268,526 | 15.50 | 5.63 | 330.56 |
| | | November | 1,246,676,602 | 15.80 | 6.43 | 346.67 |
| | | December | 1,231,078,146 | 15.90 | 6.69 | 338.62 |
| | | **Subtotal** | **15,077,707,587** | **15.70** | **71.83** | **3879.22** |
| WESTCHESTER | Urban Restricted Access | January | 336,206,040 | 50.00 | 0.60 | 35.25 |
| | | February | 327,996,792 | 50.60 | 0.58 | 33.49 |
| | | March | 376,505,987 | 47.10 | 0.68 | 41.06 |
| | | April | 390,685,598 | 46.00 | 0.71 | 42.45 |
| | | May | 411,208,720 | 44.50 | 0.76 | 44.01 |
| | | June | 420,910,559 | 43.70 | 0.78 | 40.33 |
| | | July | 414,940,196 | 44.20 | 0.77 | 37.21 |
| | | August | 415,313,344 | 44.10 | 0.77 | 37.36 |
| | | September | 411,581,867 | 44.40 | 0.76 | 38.75 |
| | | October | 413,074,458 | 44.30 | 0.76 | 40.33 |
| | | November | 387,700,417 | 46.30 | 0.71 | 42.03 |
| | | December | 382,849,498 | 46.60 | 0.70 | 40.81 |
| | | Subtotal | 4,688,973,476 | 45.70 | 8.57 | 473.07 |
| | Urban Unrestricted Access | January | 258,317,510 | 14.30 | 0.80 | 62.34 |
| | | February | 252,010,090 | 14.40 | 0.78 | 59.63 |
| | | March | 289,281,207 | 14.00 | 0.91 | 71.68 |
| | | April | 300,175,841 | 13.90 | 0.95 | 73.85 |
| | | May | 315,944,391 | 13.70 | 1.01 | 75.70 |
| | | June | 323,398,614 | 13.70 | 1.04 | 69.13 |
| | | July | 318,811,400 | 13.70 | 1.02 | 64.24 |
| | | August | 319,098,101 | 13.70 | 1.02 | 64.29 |
| | | September | 316,231,092 | 13.70 | 1.01 | 67.07 |
| | | October | 317,377,895 | 13.70 | 1.01 | 69.80 |
| | | November | 297,882,234 | 13.90 | 0.94 | 73.27 |
| | | December | 294,155,123 | 13.90 | 0.93 | 71.20 |
| | | Subtotal | 3,602,683,498 | 13.90 | 11.43 | 822.20 |
| | Rural Unrestricted Access | January | 287,443 | 34.00 | 0.00 | 0.00 |
| | | February | 280,424 | 34.20 | 0.00 | 0.00 |
| | | March | 321,898 | 33.10 | 0.00 | 0.00 |
| | | April | 334,021 | 32.80 | 0.00 | 0.00 |
| | | May | 351,567 | 32.30 | 0.00 | 0.00 |
| | | June | 359,862 | 32.10 | 0.00 | 0.00 |
| | | July | 354,757 | 32.20 | 0.00 | 0.00 |
| | | August | 355,076 | 32.20 | 0.00 | 0.00 |
| | | September | 351,886 | 32.30 | 0.00 | 0.00 |
| | | October | 353,162 | 32.30 | 0.00 | 0.00 |
| | | November | 331,468 | 32.90 | 0.00 | 0.00 |
| | | December | 327,321 | 33.00 | 0.00 | 0.00 |
| | | Subtotal | 4,008,885 | 32.70 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 2.17 | 29.72 |
| | | February | N/A | 0.00 | 2.13 | 29.34 |
| | | March | N/A | 0.00 | 1.53 | 28.81 |
| | | April | N/A | 0.00 | 1.14 | 26.26 |
| | | May | N/A | 0.00 | 0.88 | 24.22 |
| | | June | N/A | 0.00 | 0.63 | 19.81 |
| | | July | N/A | 0.00 | 0.63 | 19.62 |
| | | August | N/A | 0.00 | 0.63 | 19.55 |
| | | September | N/A | 0.00 | 0.64 | 20.29 |
| | | October | N/A | 0.00 | 0.89 | 24.04 |
| | | November | N/A | 0.00 | 1.46 | 28.48 |
| | | December | N/A | 0.00 | 1.69 | 29.55 |
| | | Subtotal | 0 | 0.00 | 14.43 | 299.68 |

DOT_0047211

| | | | | | |
|---|---|---|---|---|---|
| | AREA TOTAL | January | 594,810,993 | 24.00 | 3.58 | 127.32 |
| | | February | 580,287,306 | 24.10 | 3.50 | 122.45 |
| | | March | 666,109,092 | 23.20 | 3.13 | 141.55 |
| | | April | 691,195,460 | 22.90 | 2.80 | 142.56 |
| | | May | 727,504,678 | 22.60 | 2.65 | 143.92 |
| | | June | 744,669,035 | 22.40 | 2.44 | 129.27 |
| | | July | 734,106,353 | 22.50 | 2.42 | 121.07 |
| | | August | 734,766,521 | 22.50 | 2.42 | 121.20 |
| | | September | 728,164,845 | 22.50 | 2.41 | 126.11 |
| | | October | 730,805,515 | 22.50 | 2.66 | 134.17 |
| | | November | 685,914,120 | 23.00 | 3.11 | 143.77 |
| | | December | 677,331,941 | 23.10 | 3.31 | 141.56 |
| | | **Subtotal** | **8,295,665,859** | **22.90** | **34.43** | **1594.95** |
| ROCKLAND | Urban Restricted Access | January | 109,615,682 | 46.10 | 0.20 | 12.38 |
| | | February | 106,939,161 | 47.30 | 0.19 | 11.80 |
| | | March | 122,754,964 | 41.10 | 0.23 | 14.83 |
| | | April | 127,378,045 | 39.60 | 0.24 | 15.40 |
| | | May | 134,069,347 | 37.20 | 0.26 | 16.21 |
| | | June | 137,232,507 | 36.00 | 0.27 | 14.97 |
| | | July | 135,285,947 | 36.70 | 0.26 | 13.75 |
| | | August | 135,407,607 | 36.70 | 0.26 | 13.80 |
| | | September | 134,191,007 | 37.10 | 0.26 | 14.29 |
| | | October | 134,677,647 | 37.00 | 0.26 | 14.87 |
| | | November | 126,404,765 | 39.90 | 0.24 | 15.25 |
| | | December | 124,823,185 | 40.40 | 0.24 | 14.76 |
| | | Subtotal | 1,528,779,864 | 39.00 | 2.92 | 172.31 |
| | Urban Unrestricted Access | January | 106,370,319 | 13.30 | 0.34 | 27.16 |
| | | February | 103,773,042 | 13.40 | 0.33 | 25.97 |
| | | March | 119,120,590 | 13.10 | 0.39 | 31.05 |
| | | April | 123,606,797 | 13.10 | 0.40 | 31.92 |
| | | May | 130,099,991 | 13.00 | 0.43 | 32.72 |
| | | June | 133,169,500 | 12.90 | 0.44 | 29.87 |
| | | July | 131,280,571 | 12.90 | 0.43 | 27.74 |
| | | August | 131,398,629 | 12.90 | 0.43 | 27.77 |
| | | September | 130,218,049 | 13.00 | 0.43 | 28.99 |
| | | October | 130,690,281 | 13.00 | 0.43 | 30.18 |
| | | November | 122,662,332 | 13.10 | 0.40 | 31.69 |
| | | December | 121,127,578 | 13.10 | 0.39 | 30.83 |
| | | Subtotal | 1,483,517,679 | 13.10 | 4.82 | 355.89 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 0.72 | 9.70 |
| | | February | N/A | 0.00 | 0.70 | 9.56 |
| | | March | N/A | 0.00 | 0.51 | 9.39 |
| | | April | N/A | 0.00 | 0.37 | 8.54 |
| | | May | N/A | 0.00 | 0.29 | 7.88 |
| | | June | N/A | 0.00 | 0.21 | 6.43 |
| | | July | N/A | 0.00 | 0.21 | 6.38 |
| | | August | N/A | 0.00 | 0.21 | 6.36 |
| | | September | N/A | 0.00 | 0.21 | 6.59 |
| | | October | N/A | 0.00 | 0.29 | 7.82 |
| | | November | N/A | 0.00 | 0.48 | 9.27 |
| | | December | N/A | 0.00 | 0.56 | 9.63 |
| | | Subtotal | 0 | 0.00 | 4.75 | 97.54 |

DOT_0047212

| | | | | | |
|---|---|---|---|---|---|
| **AREA TOTAL** | January | 215,986,001 | 20.90 | 1.26 | 49.24 |
| | February | 210,712,203 | 21.00 | 1.23 | 47.33 |
| | March | 241,875,555 | 20.10 | 1.12 | 55.26 |
| | April | 250,984,842 | 19.80 | 1.02 | 55.87 |
| | May | 264,169,337 | 19.40 | 0.98 | 56.80 |
| | June | 270,402,008 | 19.10 | 0.91 | 51.27 |
| | July | 266,566,518 | 19.30 | 0.90 | 47.88 |
| | August | 266,806,236 | 19.30 | 0.90 | 47.92 |
| | September | 264,409,055 | 19.40 | 0.90 | 49.87 |
| | October | 265,367,928 | 19.30 | 0.98 | 52.87 |
| | November | 249,067,091 | 19.90 | 1.12 | 56.22 |
| | December | 245,950,762 | 20.00 | 1.19 | 55.22 |
| | **Subtotal** | **3,012,297,542** | **19.70** | **12.50** | **625.73** |
| **PUTNAM** — Urban Restricted Access | January | 32,806,093 | 61.60 | 0.06 | 3.59 |
| | February | 32,005,057 | 61.90 | 0.06 | 3.46 |
| | March | 36,738,455 | 59.90 | 0.07 | 4.16 |
| | April | 38,122,064 | 59.10 | 0.07 | 4.18 |
| | May | 40,124,656 | 58.00 | 0.07 | 4.23 |
| | June | 41,071,335 | 57.40 | 0.07 | 3.93 |
| | July | 40,488,763 | 57.80 | 0.07 | 3.65 |
| | August | 40,525,174 | 57.70 | 0.07 | 3.60 |
| | September | 40,161,066 | 58.00 | 0.07 | 3.70 |
| | October | 40,306,710 | 57.90 | 0.07 | 3.87 |
| | November | 37,830,778 | 59.30 | 0.07 | 4.09 |
| | December | 37,357,438 | 59.60 | 0.07 | 4.03 |
| | Subtotal | 457,537,589 | 58.90 | 0.82 | 46.48 |
| Urban Unrestricted Access | January | 30,786,991 | 34.90 | 0.07 | 4.08 |
| | February | 30,035,255 | 35.10 | 0.07 | 3.93 |
| | March | 34,477,329 | 34.00 | 0.08 | 4.83 |
| | April | 35,775,781 | 33.70 | 0.08 | 4.88 |
| | May | 37,655,120 | 33.20 | 0.08 | 5.03 |
| | June | 38,543,535 | 32.90 | 0.09 | 4.65 |
| | July | 37,996,818 | 33.10 | 0.09 | 4.33 |
| | August | 38,030,988 | 33.10 | 0.09 | 4.26 |
| | September | 37,689,290 | 33.20 | 0.09 | 4.42 |
| | October | 37,825,969 | 33.10 | 0.09 | 4.63 |
| | November | 35,502,423 | 33.70 | 0.08 | 4.78 |
| | December | 35,058,216 | 33.80 | 0.08 | 4.69 |
| | Subtotal | 429,377,715 | 33.60 | 0.96 | 54.51 |
| Rural Unrestricted Access | January | 12,282,227 | 35.30 | 0.03 | 1.62 |
| | February | 11,982,328 | 35.60 | 0.03 | 1.55 |
| | March | 13,754,458 | 33.60 | 0.03 | 1.95 |
| | April | 14,272,465 | 33.10 | 0.03 | 1.97 |
| | May | 15,022,213 | 32.20 | 0.04 | 2.04 |
| | June | 15,376,639 | 31.80 | 0.04 | 1.90 |
| | July | 15,158,531 | 32.10 | 0.04 | 1.76 |
| | August | 15,172,162 | 32.10 | 0.04 | 1.74 |
| | September | 15,035,845 | 32.20 | 0.04 | 1.79 |
| | October | 15,090,372 | 32.10 | 0.04 | 1.88 |
| | November | 14,163,411 | 33.20 | 0.03 | 1.93 |
| | December | 13,986,198 | 33.40 | 0.03 | 1.90 |
| | Subtotal | 171,296,849 | 32.90 | 0.39 | 22.04 |
| Off-Network | January | N/A | 0.00 | 0.31 | 4.06 |
| | February | N/A | 0.00 | 0.30 | 3.96 |
| | March | N/A | 0.00 | 0.19 | 3.77 |
| | April | N/A | 0.00 | 0.14 | 3.47 |
| | May | N/A | 0.00 | 0.11 | 3.22 |
| | June | N/A | 0.00 | 0.08 | 2.69 |
| | July | N/A | 0.00 | 0.09 | 2.70 |
| | August | N/A | 0.00 | 0.09 | 2.68 |
| | September | N/A | 0.00 | 0.09 | 2.76 |
| | October | N/A | 0.00 | 0.12 | 3.23 |
| | November | N/A | 0.00 | 0.20 | 3.81 |
| | December | N/A | 0.00 | 0.22 | 3.93 |
| | Subtotal | 0 | 0.00 | 1.93 | 40.28 |

Z Series

DOT_0047213

| | | | | | |
|---|---|---|---|---|---|
| | AREA TOTAL | January | 76,143,880 | 43.10 | 0.47 | 13.39 |
| | | February | 74,284,651 | 43.30 | 0.44 | 12.92 |
| | | March | 85,271,004 | 41.80 | 0.37 | 14.75 |
| | | April | 88,482,400 | 41.30 | 0.33 | 14.53 |
| | | May | 93,130,473 | 40.50 | 0.31 | 14.56 |
| | | June | 95,327,743 | 40.10 | 0.28 | 13.20 |
| | | July | 93,975,577 | 40.40 | 0.28 | 12.47 |
| | | August | 94,060,087 | 40.40 | 0.28 | 12.31 |
| | | September | 93,214,983 | 40.50 | 0.28 | 12.71 |
| | | October | 93,553,025 | 40.40 | 0.31 | 13.65 |
| | | November | 87,806,317 | 41.40 | 0.38 | 14.64 |
| | | December | 86,707,681 | 41.60 | 0.40 | 14.58 |
| | | **Subtotal** | **1,061,957,821** | **41.10** | **4.11** | **163.73** |
| REGIONAL | | January | 4,230,291,614 | 18.10 | 25.89 | 984.48 |
| | | February | 4,126,999,256 | 18.30 | 25.46 | 935.94 |
| | | March | 4,737,363,195 | 17.40 | 23.34 | 1098.75 |
| | | April | 4,915,777,270 | 17.10 | 21.05 | 1100.70 |
| | | May | 5,174,008,168 | 16.60 | 19.86 | 1121.07 |
| | | June | 5,296,080,956 | 16.40 | 18.37 | 1016.03 |
| | | July | 5,220,959,240 | 16.60 | 18.14 | 951.46 |
| | | August | 5,225,654,348 | 16.60 | 18.19 | 948.51 |
| | | September | 5,178,703,274 | 16.60 | 17.87 | 985.38 |
| | | October | 5,197,483,704 | 16.60 | 19.55 | 1048.65 |
| | | November | 4,878,216,412 | 17.20 | 22.83 | 1112.96 |
| | | December | 4,817,180,018 | 17.30 | 24.17 | 1091.66 |
| | | **Subtotal** | **58,998,717,455** | **17.00** | **254.71** | **12395.58** |

Z Series

DOT_0047214

**Appendix 2C Monthly PM2.5 and NOx Emissions**
**2045 Build Monthly Emissions Report**

| COUNTY | FACILITY | MONTH | Build | | | |
|---|---|---|---|---|---|---|
| | | | VMT (MILLION) | SPEED (MPH) | PM 2.5 (TONS) | Nox (TONS) |
| MANHATTAN | Urban Restricted Access | January | 113,845,224 | 32.00 | 0.15 | 10.88 |
| | | February | 111,065,429 | 32.90 | 0.15 | 10.11 |
| | | March | 127,491,488 | 27.40 | 0.18 | 13.68 |
| | | April | 132,292,952 | 25.70 | 0.19 | 14.61 |
| | | May | 139,242,438 | 23.40 | 0.21 | 15.78 |
| | | June | 142,527,650 | 22.40 | 0.22 | 15.16 |
| | | July | 140,505,981 | 23.00 | 0.21 | 13.62 |
| | | August | 140,632,335 | 23.00 | 0.21 | 13.76 |
| | | September | 139,368,792 | 23.40 | 0.21 | 14.25 |
| | | October | 139,874,210 | 23.20 | 0.21 | 14.80 |
| | | November | 131,282,117 | 26.10 | 0.19 | 14.47 |
| | | December | 129,639,511 | 26.60 | 0.18 | 13.88 |
| | | Subtotal | 1,587,768,127 | 25.10 | 2.30 | 164.98 |
| | Urban Unrestricted Access | January | 119,538,424 | 13.30 | 0.27 | 22.84 |
| | | February | 116,619,616 | 13.30 | 0.26 | 21.67 |
| | | March | 133,867,114 | 12.90 | 0.30 | 26.15 |
| | | April | 138,908,690 | 12.80 | 0.31 | 26.88 |
| | | May | 146,205,708 | 12.60 | 0.33 | 27.36 |
| | | June | 149,655,207 | 12.50 | 0.34 | 25.51 |
| | | July | 147,532,438 | 12.60 | 0.34 | 23.33 |
| | | August | 147,665,111 | 12.60 | 0.34 | 23.49 |
| | | September | 146,338,381 | 12.60 | 0.33 | 24.64 |
| | | October | 146,869,073 | 12.60 | 0.34 | 25.44 |
| | | November | 137,847,305 | 12.80 | 0.31 | 26.85 |
| | | December | 136,122,556 | 12.90 | 0.31 | 26.07 |
| | | Subtotal | 1,667,169,623 | 12.80 | 3.78 | 300.23 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 0.31 | 8.52 |
| | | February | N/A | 0.00 | 0.31 | 8.30 |
| | | March | N/A | 0.00 | 0.22 | 7.75 |
| | | April | N/A | 0.00 | 0.16 | 6.80 |
| | | May | N/A | 0.00 | 0.13 | 6.20 |
| | | June | N/A | 0.00 | 0.09 | 4.52 |
| | | July | N/A | 0.00 | 0.10 | 4.61 |
| | | August | N/A | 0.00 | 0.10 | 4.57 |
| | | September | N/A | 0.00 | 0.09 | 4.63 |
| | | October | N/A | 0.00 | 0.13 | 6.00 |
| | | November | N/A | 0.00 | 0.21 | 7.64 |
| | | December | N/A | 0.00 | 0.24 | 8.08 |
| | | Subtotal | 0 | 0.00 | 2.10 | 77.63 |

Z Series

DOT_0047215

| | | | | | |
|---|---|---|---|---|---|
| QUEENS | AREA TOTAL | January | 233,383,647 | 18.60 | 0.73 | 42.24 |
| | | February | 227,685,046 | 18.80 | 0.72 | 40.08 |
| | | March | 261,358,602 | 17.40 | 0.70 | 47.58 |
| | | April | 271,201,641 | 16.90 | 0.67 | 48.29 |
| | | May | 285,448,146 | 16.30 | 0.68 | 49.34 |
| | | June | 292,182,857 | 15.90 | 0.65 | 45.19 |
| | | July | 288,038,419 | 16.10 | 0.65 | 41.56 |
| | | August | 288,297,447 | 16.10 | 0.65 | 41.82 |
| | | September | 285,707,173 | 16.30 | 0.64 | 43.52 |
| | | October | 286,743,283 | 16.20 | 0.67 | 46.24 |
| | | November | 269,129,423 | 17.00 | 0.71 | 48.96 |
| | | December | 265,762,067 | 17.20 | 0.73 | 48.03 |
| | | **Subtotal** | **3,254,937,751** | **16.80** | **8.18** | **542.84** |
| | Urban Restricted Access | January | 333,875,625 | 32.00 | 0.45 | 26.63 |
| | | February | 325,723,279 | 33.40 | 0.43 | 24.63 |
| | | March | 373,896,233 | 25.30 | 0.55 | 34.95 |
| | | April | 387,977,558 | 23.20 | 0.60 | 37.95 |
| | | May | 408,358,423 | 20.50 | 0.66 | 42.21 |
| | | June | 417,993,014 | 19.30 | 0.70 | 41.07 |
| | | July | 412,064,035 | 20.00 | 0.67 | 37.22 |
| | | August | 412,434,596 | 20.00 | 0.68 | 37.27 |
| | | September | 408,728,984 | 20.40 | 0.66 | 38.15 |
| | | October | 410,211,229 | 20.30 | 0.67 | 39.39 |
| | | November | 385,013,068 | 23.70 | 0.59 | 37.67 |
| | | December | 380,195,773 | 24.40 | 0.57 | 35.74 |
| | | Subtotal | 4,656,471,817 | 22.50 | 7.22 | 432.86 |
| | Urban Unrestricted Access | January | 269,154,530 | 10.00 | 0.69 | 49.12 |
| | | February | 262,582,499 | 10.00 | 0.67 | 46.75 |
| | | March | 301,417,226 | 9.90 | 0.77 | 55.50 |
| | | April | 312,768,915 | 9.90 | 0.80 | 56.69 |
| | | May | 329,198,992 | 9.80 | 0.85 | 58.52 |
| | | June | 336,965,937 | 9.80 | 0.87 | 54.48 |
| | | July | 332,186,278 | 9.80 | 0.86 | 50.74 |
| | | August | 332,485,007 | 9.80 | 0.86 | 50.64 |
| | | September | 329,497,720 | 9.80 | 0.85 | 52.80 |
| | | October | 330,692,635 | 9.80 | 0.85 | 54.38 |
| | | November | 310,379,086 | 9.90 | 0.80 | 57.13 |
| | | December | 306,495,613 | 9.90 | 0.79 | 55.25 |
| | | Subtotal | 3,753,824,438 | 9.90 | 9.65 | 642.00 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 1.00 | 27.55 |
| | | February | N/A | 0.00 | 1.04 | 27.23 |
| | | March | N/A | 0.00 | 0.78 | 26.35 |
| | | April | N/A | 0.00 | 0.57 | 22.75 |
| | | May | N/A | 0.00 | 0.43 | 19.66 |
| | | June | N/A | 0.00 | 0.32 | 14.98 |
| | | July | N/A | 0.00 | 0.33 | 15.32 |
| | | August | N/A | 0.00 | 0.34 | 15.38 |
| | | September | N/A | 0.00 | 0.31 | 14.82 |
| | | October | N/A | 0.00 | 0.40 | 18.92 |
| | | November | N/A | 0.00 | 0.67 | 24.60 |
| | | December | N/A | 0.00 | 0.79 | 26.51 |
| | | Subtotal | 0 | 0.00 | 6.98 | 254.06 |

DOT_0047216

| | | | | | |
|---|---|---|---|---|---|
| | AREA TOTAL | January | 603,030,155 | 16.20 | 2.14 | 103.30 |
| | | February | 588,305,778 | 16.40 | 2.14 | 98.62 |
| | | March | 675,313,459 | 15.00 | 2.10 | 116.80 |
| | | April | 700,746,473 | 14.50 | 1.97 | 117.39 |
| | | May | 737,557,415 | 13.80 | 1.94 | 120.39 |
| | | June | 754,958,951 | 13.50 | 1.89 | 110.53 |
| | | July | 744,250,313 | 13.70 | 1.86 | 103.28 |
| | | August | 744,919,603 | 13.70 | 1.87 | 103.29 |
| | | September | 738,226,704 | 13.80 | 1.82 | 105.76 |
| | | October | 740,903,864 | 13.80 | 1.92 | 112.68 |
| | | November | 695,392,154 | 14.60 | 2.06 | 119.40 |
| | | December | 686,691,386 | 14.80 | 2.15 | 117.49 |
| | | **Subtotal** | **8,410,296,255** | **14.30** | **23.85** | **1328.92** |
| BRONX | Urban Restricted Access | January | 158,034,403 | 41.90 | 0.19 | 12.27 |
| | | February | 154,175,627 | 42.70 | 0.19 | 11.53 |
| | | March | 176,977,483 | 37.90 | 0.22 | 14.94 |
| | | April | 183,642,641 | 36.30 | 0.23 | 15.65 |
| | | May | 193,289,580 | 33.90 | 0.25 | 17.00 |
| | | June | 197,849,951 | 32.80 | 0.26 | 16.20 |
| | | July | 195,043,569 | 33.50 | 0.25 | 14.91 |
| | | August | 195,218,968 | 33.50 | 0.25 | 14.91 |
| | | September | 193,464,979 | 33.90 | 0.25 | 15.37 |
| | | October | 194,166,575 | 33.70 | 0.25 | 15.81 |
| | | November | 182,239,450 | 36.60 | 0.23 | 15.70 |
| | | December | 179,959,264 | 37.20 | 0.23 | 15.05 |
| | | Subtotal | 2,204,062,490 | 35.70 | 2.79 | 179.35 |
| | Urban Unrestricted Access | January | 106,473,867 | 11.60 | 0.25 | 22.26 |
| | | February | 103,874,061 | 11.70 | 0.24 | 21.17 |
| | | March | 119,236,551 | 11.40 | 0.28 | 25.40 |
| | | April | 123,727,124 | 11.30 | 0.29 | 26.01 |
| | | May | 130,226,639 | 11.20 | 0.31 | 26.96 |
| | | June | 133,299,137 | 11.20 | 0.32 | 25.12 |
| | | July | 131,408,369 | 11.20 | 0.31 | 23.37 |
| | | August | 131,526,542 | 11.20 | 0.31 | 23.31 |
| | | September | 130,344,812 | 11.20 | 0.31 | 24.32 |
| | | October | 130,817,504 | 11.20 | 0.31 | 25.08 |
| | | November | 122,781,740 | 11.40 | 0.29 | 26.19 |
| | | December | 121,245,492 | 11.40 | 0.29 | 25.31 |
| | | Subtotal | 1,484,961,838 | 11.30 | 3.51 | 294.49 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 0.33 | 10.15 |
| | | February | N/A | 0.00 | 0.34 | 10.01 |
| | | March | N/A | 0.00 | 0.26 | 9.82 |
| | | April | N/A | 0.00 | 0.19 | 8.60 |
| | | May | N/A | 0.00 | 0.14 | 7.58 |
| | | June | N/A | 0.00 | 0.11 | 5.98 |
| | | July | N/A | 0.00 | 0.11 | 6.13 |
| | | August | N/A | 0.00 | 0.11 | 6.16 |
| | | September | N/A | 0.00 | 0.10 | 5.90 |
| | | October | N/A | 0.00 | 0.13 | 7.32 |
| | | November | N/A | 0.00 | 0.22 | 9.21 |
| | | December | N/A | 0.00 | 0.26 | 9.86 |
| | | Subtotal | 0 | 0.00 | 2.30 | 96.72 |

Z Series

| | | | | | |
|---|---|---|---|---|---|
| AREA TOTAL | | January | 264,508,270 | 20.50 | 0.77 | 44.69 |
| | | February | 258,049,689 | 20.70 | 0.77 | 42.71 |
| | | March | 296,214,034 | 19.60 | 0.76 | 50.16 |
| | | April | 307,369,766 | 19.20 | 0.71 | 50.26 |
| | | May | 323,516,219 | 18.70 | 0.70 | 51.54 |
| | | June | 331,149,088 | 18.40 | 0.68 | 47.30 |
| | | July | 326,451,938 | 18.60 | 0.68 | 44.41 |
| | | August | 326,745,510 | 18.60 | 0.68 | 44.39 |
| | | September | 323,809,791 | 18.70 | 0.66 | 45.58 |
| | | October | 324,984,079 | 18.60 | 0.69 | 48.20 |
| | | November | 305,021,190 | 19.30 | 0.74 | 51.11 |
| | | December | 301,204,756 | 19.40 | 0.77 | 50.22 |
| | | **Subtotal** | **3,689,024,330** | **19.10** | **8.59** | **570.56** |
| KINGS | Urban Restricted Access | January | 137,651,250 | 34.50 | 0.18 | 10.77 |
| | | February | 134,290,176 | 35.60 | 0.18 | 10.02 |
| | | March | 154,151,066 | 29.30 | 0.22 | 13.56 |
| | | April | 159,956,558 | 27.50 | 0.23 | 14.17 |
| | | May | 168,359,242 | 25.10 | 0.25 | 15.36 |
| | | June | 172,331,420 | 24.00 | 0.26 | 14.41 |
| | | July | 169,887,003 | 24.70 | 0.26 | 13.14 |
| | | August | 170,039,779 | 24.60 | 0.26 | 13.10 |
| | | September | 168,512,018 | 25.00 | 0.25 | 13.83 |
| | | October | 169,123,122 | 24.90 | 0.25 | 14.34 |
| | | November | 158,734,349 | 27.80 | 0.23 | 14.19 |
| | | December | 156,748,260 | 28.40 | 0.22 | 13.53 |
| | | Subtotal | 1,919,784,243 | 26.90 | 2.79 | 160.42 |
| | Urban Unrestricted Access | January | 220,368,509 | 10.80 | 0.55 | 40.27 |
| | | February | 214,987,702 | 10.90 | 0.54 | 38.16 |
| | | March | 246,783,381 | 10.60 | 0.63 | 45.55 |
| | | April | 256,077,502 | 10.60 | 0.65 | 46.13 |
| | | May | 269,529,520 | 10.50 | 0.69 | 47.28 |
| | | June | 275,888,656 | 10.40 | 0.71 | 43.21 |
| | | July | 271,975,341 | 10.40 | 0.70 | 40.10 |
| | | August | 272,219,923 | 10.40 | 0.70 | 39.91 |
| | | September | 269,774,102 | 10.50 | 0.69 | 42.59 |
| | | October | 270,752,431 | 10.50 | 0.69 | 44.04 |
| | | November | 254,120,845 | 10.60 | 0.65 | 46.49 |
| | | December | 250,941,277 | 10.60 | 0.64 | 44.87 |
| | | Subtotal | 3,073,419,189 | 10.50 | 7.83 | 518.59 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 0.66 | 17.54 |
| | | February | N/A | 0.00 | 0.68 | 17.24 |
| | | March | N/A | 0.00 | 0.51 | 16.65 |
| | | April | N/A | 0.00 | 0.38 | 14.56 |
| | | May | N/A | 0.00 | 0.29 | 12.63 |
| | | June | N/A | 0.00 | 0.21 | 9.59 |
| | | July | N/A | 0.00 | 0.21 | 9.29 |
| | | August | N/A | 0.00 | 0.21 | 9.28 |
| | | September | N/A | 0.00 | 0.20 | 9.18 |
| | | October | N/A | 0.00 | 0.26 | 11.92 |
| | | November | N/A | 0.00 | 0.46 | 15.74 |
| | | December | N/A | 0.00 | 0.52 | 16.77 |
| | | Subtotal | 0 | 0.00 | 4.57 | 160.39 |

Z Series

DOT_0047218

| | | | | | |
|---|---|---|---|---|---|
| **RICHMOND** | AREA TOTAL | January | 358,019,759 | 14.70 | 1.40 | 68.59 |
| | | February | 349,277,878 | 14.80 | 1.39 | 65.43 |
| | | March | 400,934,447 | 14.10 | 1.35 | 75.75 |
| | | April | 416,034,060 | 13.80 | 1.26 | 74.87 |
| | | May | 437,888,762 | 13.50 | 1.23 | 75.28 |
| | | June | 448,220,076 | 13.30 | 1.18 | 67.21 |
| | | July | 441,862,344 | 13.40 | 1.16 | 62.53 |
| | | August | 442,259,702 | 13.40 | 1.16 | 62.29 |
| | | September | 438,286,120 | 13.50 | 1.14 | 65.60 |
| | | October | 439,875,553 | 13.50 | 1.21 | 70.30 |
| | | November | 412,855,194 | 13.90 | 1.33 | 76.42 |
| | | December | 407,689,537 | 14.00 | 1.38 | 75.16 |
| | | **Subtotal** | **4,993,203,432** | **13.80** | **15.18** | **839.40** |
| | Urban Restricted Access | January | 79,910,453 | 30.70 | 0.11 | 6.17 |
| | | February | 77,959,254 | 31.30 | 0.11 | 5.78 |
| | | March | 89,489,064 | 27.60 | 0.13 | 7.51 |
| | | April | 92,859,317 | 26.50 | 0.14 | 7.90 |
| | | May | 97,737,313 | 24.90 | 0.15 | 8.39 |
| | | June | 100,043,275 | 24.20 | 0.15 | 7.96 |
| | | July | 98,624,222 | 24.60 | 0.15 | 7.31 |
| | | August | 98,712,913 | 24.60 | 0.15 | 7.30 |
| | | September | 97,826,004 | 24.90 | 0.15 | 7.61 |
| | | October | 98,180,767 | 24.80 | 0.15 | 7.77 |
| | | November | 92,149,790 | 26.70 | 0.13 | 7.85 |
| | | December | 90,996,809 | 27.10 | 0.13 | 7.59 |
| | | Subtotal | 1,114,489,181 | 26.10 | 1.62 | 89.15 |
| | Urban Unrestricted Access | January | 85,042,131 | 12.00 | 0.20 | 12.87 |
| | | February | 82,965,630 | 12.00 | 0.19 | 12.22 |
| | | March | 95,235,860 | 11.80 | 0.22 | 14.76 |
| | | April | 98,822,543 | 11.70 | 0.23 | 15.19 |
| | | May | 104,013,794 | 11.60 | 0.25 | 15.69 |
| | | June | 106,467,840 | 11.50 | 0.25 | 14.54 |
| | | July | 104,957,658 | 11.60 | 0.25 | 13.51 |
| | | August | 105,052,044 | 11.60 | 0.25 | 13.48 |
| | | September | 104,108,180 | 11.60 | 0.25 | 14.20 |
| | | October | 104,485,726 | 11.60 | 0.25 | 14.49 |
| | | November | 98,067,452 | 11.70 | 0.23 | 15.14 |
| | | December | 96,840,429 | 11.70 | 0.23 | 14.75 |
| | | Subtotal | 1,186,059,287 | 11.70 | 2.79 | 170.83 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 0.33 | 8.84 |
| | | February | N/A | 0.00 | 0.35 | 8.74 |
| | | March | N/A | 0.00 | 0.23 | 7.92 |
| | | April | N/A | 0.00 | 0.17 | 6.64 |
| | | May | N/A | 0.00 | 0.12 | 5.35 |
| | | June | N/A | 0.00 | 0.10 | 4.18 |
| | | July | N/A | 0.00 | 0.10 | 4.27 |
| | | August | N/A | 0.00 | 0.10 | 4.31 |
| | | September | N/A | 0.00 | 0.10 | 4.16 |
| | | October | N/A | 0.00 | 0.12 | 5.39 |
| | | November | N/A | 0.00 | 0.21 | 7.59 |
| | | December | N/A | 0.00 | 0.25 | 8.12 |
| | | Subtotal | 0 | 0.00 | 2.17 | 75.50 |

Z Series

DOT_0047219

| | | | | | |
|---|---|---|---|---|---|
| | **AREA TOTAL** | January | 164,952,584 | 17.00 | 0.64 | 27.89 |
| | | February | 160,924,885 | 17.10 | 0.64 | 26.74 |
| | | March | 184,724,925 | 16.30 | 0.58 | 30.19 |
| | | April | 191,681,859 | 16.00 | 0.53 | 29.73 |
| | | May | 201,751,107 | 15.60 | 0.51 | 29.43 |
| | | June | 206,511,115 | 15.40 | 0.50 | 26.68 |
| | | July | 203,581,879 | 15.60 | 0.50 | 25.09 |
| | | August | 203,764,957 | 15.60 | 0.50 | 25.10 |
| | | September | 201,934,184 | 15.60 | 0.49 | 25.97 |
| | | October | 202,666,493 | 15.60 | 0.51 | 27.65 |
| | | November | 190,217,242 | 16.10 | 0.58 | 30.58 |
| | | December | 187,837,238 | 16.20 | 0.60 | 30.46 |
| | | **Subtotal** | **2,300,548,468** | **16.00** | **6.59** | **335.48** |
| NASSAU | Urban Restricted Access | January | 298,360,364 | 43.60 | 0.49 | 31.85 |
| | | February | 291,075,205 | 44.70 | 0.47 | 29.46 |
| | | March | 334,123,870 | 37.60 | 0.58 | 40.37 |
| | | April | 346,707,326 | 35.50 | 0.61 | 42.84 |
| | | May | 364,920,223 | 32.40 | 0.67 | 47.26 |
| | | June | 373,529,956 | 30.90 | 0.70 | 44.57 |
| | | July | 368,231,659 | 31.80 | 0.68 | 41.13 |
| | | August | 368,562,802 | 31.80 | 0.68 | 40.70 |
| | | September | 365,251,367 | 32.30 | 0.67 | 42.62 |
| | | October | 366,575,941 | 32.10 | 0.67 | 44.23 |
| | | November | 344,058,178 | 35.90 | 0.61 | 42.71 |
| | | December | 339,753,311 | 36.70 | 0.59 | 40.63 |
| | | Subtotal | 4,161,150,202 | 34.70 | 7.42 | 488.37 |
| | Urban Unrestricted Access | January | 417,944,998 | 13.40 | 1.21 | 114.61 |
| | | February | 407,739,904 | 13.40 | 1.18 | 108.20 |
| | | March | 468,042,734 | 13.20 | 1.38 | 129.46 |
| | | April | 485,669,715 | 13.20 | 1.43 | 131.51 |
| | | May | 511,182,450 | 13.10 | 1.52 | 135.85 |
| | | June | 523,243,016 | 13.00 | 1.56 | 124.43 |
| | | July | 515,821,130 | 13.10 | 1.53 | 117.04 |
| | | August | 516,284,997 | 13.10 | 1.54 | 115.76 |
| | | September | 511,646,318 | 13.10 | 1.52 | 122.55 |
| | | October | 513,501,790 | 13.10 | 1.53 | 126.79 |
| | | November | 481,958,771 | 13.20 | 1.42 | 132.48 |
| | | December | 475,928,488 | 13.20 | 1.40 | 128.12 |
| | | Subtotal | 5,828,964,311 | 13.20 | 17.21 | 1486.80 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 1.39 | 33.56 |
| | | February | N/A | 0.00 | 1.39 | 32.81 |
| | | March | N/A | 0.00 | 1.02 | 31.40 |
| | | April | N/A | 0.00 | 0.78 | 27.78 |
| | | May | N/A | 0.00 | 0.60 | 24.57 |
| | | June | N/A | 0.00 | 0.43 | 18.41 |
| | | July | N/A | 0.00 | 0.43 | 18.27 |
| | | August | N/A | 0.00 | 0.44 | 18.13 |
| | | September | N/A | 0.00 | 0.42 | 18.08 |
| | | October | N/A | 0.00 | 0.56 | 23.40 |
| | | November | N/A | 0.00 | 0.95 | 30.15 |
| | | December | N/A | 0.00 | 1.09 | 32.20 |
| | | Subtotal | 0 | 0.00 | 9.49 | 308.74 |

Z Series

DOT_0047220

| | Month | | | | |
|---|---|---|---|---|---|
| **AREA TOTAL** | January | 716,305,362 | 18.80 | 3.09 | 180.02 |
| | February | 698,815,109 | 19.00 | 3.04 | 170.47 |
| | March | 802,166,604 | 18.10 | 2.97 | 201.23 |
| | April | 832,377,041 | 17.80 | 2.83 | 202.13 |
| | May | 876,102,673 | 17.40 | 2.79 | 207.68 |
| | June | 896,772,972 | 17.20 | 2.68 | 187.41 |
| | July | 884,052,788 | 17.30 | 2.65 | 176.43 |
| | August | 884,847,800 | 17.30 | 2.65 | 174.59 |
| | September | 876,897,685 | 17.40 | 2.61 | 183.25 |
| | October | 880,077,731 | 17.40 | 2.76 | 194.43 |
| | November | 826,016,949 | 17.90 | 2.97 | 205.34 |
| | December | 815,681,799 | 18.00 | 3.08 | 200.94 |
| | **Subtotal** | **9,990,114,513** | **17.70** | **34.12** | **2283.91** |
| **Urban Restricted Access** | January | 357,191,485 | 46.30 | 0.58 | 36.27 |
| | February | 348,469,828 | 47.10 | 0.56 | 33.79 |
| | March | 400,006,891 | 42.00 | 0.67 | 43.93 |
| | April | 415,071,570 | 40.40 | 0.70 | 45.45 |
| | May | 436,875,712 | 37.90 | 0.76 | 48.66 |
| | June | 447,183,124 | 36.80 | 0.79 | 45.30 |
| | July | 440,840,101 | 37.50 | 0.77 | 41.59 |
| | August | 441,236,540 | 37.50 | 0.77 | 41.39 |
| | September | 437,272,151 | 37.90 | 0.76 | 43.16 |
| | October | 438,857,907 | 37.70 | 0.76 | 45.54 |
| | November | 411,900,059 | 40.70 | 0.70 | 45.15 |
| | December | 406,746,352 | 41.30 | 0.69 | 43.23 |
| | Subtotal | 4,981,651,720 | 39.80 | 8.50 | 513.46 |
| **Urban Unrestricted Access** | January | 732,876,338 | 12.20 | 2.24 | 211.89 |
| | February | 714,981,466 | 12.30 | 2.18 | 199.56 |
| | March | 820,723,890 | 12.00 | 2.55 | 241.03 |
| | April | 851,633,214 | 11.90 | 2.66 | 244.21 |
| | May | 896,370,393 | 11.80 | 2.82 | 251.88 |
| | June | 917,518,878 | 11.70 | 2.90 | 230.45 |
| | July | 904,504,426 | 11.70 | 2.85 | 214.83 |
| | August | 905,317,829 | 11.70 | 2.85 | 213.62 |
| | September | 897,183,796 | 11.80 | 2.82 | 224.02 |
| | October | 900,437,409 | 11.80 | 2.83 | 236.08 |
| | November | 845,125,988 | 11.90 | 2.63 | 243.68 |
| | December | 834,551,745 | 11.90 | 2.60 | 235.75 |
| | Subtotal | 10,221,225,372 | 11.90 | 31.93 | 2746.99 |
| **Rural Unrestricted Access** | January | 21,651,199 | 31.30 | 0.05 | 3.24 |
| | February | 21,122,535 | 31.60 | 0.04 | 3.02 |
| | March | 24,246,459 | 29.90 | 0.05 | 3.77 |
| | April | 25,159,606 | 29.40 | 0.05 | 3.85 |
| | May | 26,481,267 | 28.70 | 0.06 | 3.99 |
| | June | 27,106,052 | 28.40 | 0.06 | 3.66 |
| | July | 26,721,569 | 28.60 | 0.06 | 3.40 |
| | August | 26,745,599 | 28.60 | 0.06 | 3.39 |
| | September | 26,505,297 | 28.70 | 0.06 | 3.55 |
| | October | 26,601,418 | 28.60 | 0.06 | 3.74 |
| | November | 24,967,365 | 29.50 | 0.05 | 3.84 |
| | December | 24,654,972 | 29.70 | 0.05 | 3.69 |
| | Subtotal | 301,963,338 | 29.30 | 0.65 | 43.12 |
| **Off-Network** | January | N/A | 0.00 | 1.99 | 44.84 |
| | February | N/A | 0.00 | 1.89 | 42.88 |
| | March | N/A | 0.00 | 1.53 | 43.43 |
| | April | N/A | 0.00 | 1.18 | 39.12 |
| | May | N/A | 0.00 | 0.90 | 35.08 |
| | June | N/A | 0.00 | 0.61 | 27.62 |
| | July | N/A | 0.00 | 0.59 | 25.93 |
| | August | N/A | 0.00 | 0.59 | 25.77 |
| | September | N/A | 0.00 | 0.58 | 25.96 |
| | October | N/A | 0.00 | 0.82 | 33.08 |
| | November | N/A | 0.00 | 1.38 | 41.11 |
| | December | N/A | 0.00 | 1.55 | 43.35 |
| | Subtotal | 0 | 0.00 | 13.61 | 428.18 |

SUFFOLK

Z Series

| | | Month | | | | |
|---|---|---|---|---|---|---|
| | AREA TOTAL | January | 1,111,719,022 | 16.30 | 4.85 | 296.24 |
| | | February | 1,084,573,829 | 16.40 | 4.67 | 279.25 |
| | | March | 1,244,977,239 | 15.80 | 4.80 | 332.15 |
| | | April | 1,291,864,390 | 15.60 | 4.60 | 332.63 |
| | | May | 1,359,727,372 | 15.30 | 4.54 | 339.61 |
| | | June | 1,391,808,054 | 15.20 | 4.35 | 307.02 |
| | | July | 1,372,066,095 | 15.30 | 4.26 | 285.75 |
| | | August | 1,373,299,968 | 15.30 | 4.27 | 284.17 |
| | | September | 1,360,961,244 | 15.30 | 4.22 | 296.69 |
| | | October | 1,365,896,734 | 15.30 | 4.47 | 318.44 |
| | | November | 1,281,993,411 | 15.70 | 4.77 | 333.77 |
| | | December | 1,265,953,070 | 15.70 | 4.88 | 326.02 |
| | | **Subtotal** | **15,504,840,428** | **15.60** | **54.69** | **3731.75** |
| WESTCHESTER | Urban Restricted Access | January | 341,219,297 | 49.90 | 0.52 | 30.54 |
| | | February | 332,887,638 | 50.50 | 0.51 | 28.94 |
| | | March | 382,120,167 | 46.90 | 0.60 | 35.76 |
| | | April | 396,511,214 | 45.80 | 0.62 | 37.11 |
| | | May | 417,340,361 | 44.20 | 0.66 | 38.56 |
| | | June | 427,186,867 | 43.40 | 0.68 | 35.52 |
| | | July | 421,127,479 | 43.90 | 0.67 | 32.68 |
| | | August | 421,506,190 | 43.90 | 0.67 | 32.79 |
| | | September | 417,719,073 | 44.20 | 0.66 | 33.98 |
| | | October | 419,233,920 | 44.10 | 0.67 | 35.42 |
| | | November | 393,481,520 | 46.10 | 0.62 | 36.73 |
| | | December | 388,558,267 | 46.40 | 0.61 | 35.63 |
| | | Subtotal | 4,758,891,993 | 45.50 | 7.49 | 413.65 |
| | Urban Unrestricted Access | January | 257,668,801 | 14.20 | 0.69 | 57.83 |
| | | February | 251,377,221 | 14.30 | 0.67 | 55.19 |
| | | March | 288,554,740 | 13.90 | 0.78 | 66.41 |
| | | April | 299,422,015 | 13.80 | 0.81 | 68.46 |
| | | May | 315,150,965 | 13.70 | 0.86 | 70.16 |
| | | June | 322,586,468 | 13.60 | 0.88 | 64.02 |
| | | July | 318,010,774 | 13.70 | 0.87 | 59.48 |
| | | August | 318,296,755 | 13.70 | 0.87 | 59.48 |
| | | September | 315,436,946 | 13.70 | 0.86 | 62.16 |
| | | October | 316,580,869 | 13.70 | 0.86 | 64.77 |
| | | November | 297,134,167 | 13.80 | 0.81 | 67.92 |
| | | December | 293,416,415 | 13.90 | 0.79 | 65.99 |
| | | Subtotal | 3,593,636,136 | 13.80 | 9.75 | 761.87 |
| | Rural Unrestricted Access | January | 289,205 | 34.00 | 0.00 | 0.00 |
| | | February | 282,143 | 34.10 | 0.00 | 0.00 |
| | | March | 323,871 | 33.10 | 0.00 | 0.00 |
| | | April | 336,068 | 32.70 | 0.00 | 0.00 |
| | | May | 353,722 | 32.30 | 0.00 | 0.00 |
| | | June | 362,068 | 32.00 | 0.00 | 0.00 |
| | | July | 356,932 | 32.20 | 0.00 | 0.00 |
| | | August | 357,253 | 32.20 | 0.00 | 0.00 |
| | | September | 354,043 | 32.20 | 0.00 | 0.00 |
| | | October | 355,327 | 32.20 | 0.00 | 0.00 |
| | | November | 333,500 | 32.80 | 0.00 | 0.00 |
| | | December | 329,327 | 32.90 | 0.00 | 0.00 |
| | | Subtotal | 4,033,459 | 32.70 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 1.10 | 27.80 |
| | | February | N/A | 0.00 | 1.08 | 27.39 |
| | | March | N/A | 0.00 | 0.78 | 26.65 |
| | | April | N/A | 0.00 | 0.58 | 24.06 |
| | | May | N/A | 0.00 | 0.46 | 21.95 |
| | | June | N/A | 0.00 | 0.33 | 17.57 |
| | | July | N/A | 0.00 | 0.33 | 17.38 |
| | | August | N/A | 0.00 | 0.33 | 17.30 |
| | | September | N/A | 0.00 | 0.33 | 18.11 |
| | | October | N/A | 0.00 | 0.46 | 21.81 |
| | | November | N/A | 0.00 | 0.74 | 26.31 |
| | | December | N/A | 0.00 | 0.86 | 27.43 |
| | | Subtotal | 0 | 0.00 | 7.37 | 273.74 |

DOT_0047222

| | | | | | |
|---|---|---|---|---|---|
| ROCKLAND | AREA TOTAL | January | 599,177,303 | 24.00 | 2.31 | 116.16 |
| | | February | 584,547,003 | 24.20 | 2.26 | 111.52 |
| | | March | 670,998,778 | 23.20 | 2.15 | 128.82 |
| | | April | 696,269,297 | 23.00 | 2.02 | 129.63 |
| | | May | 732,845,048 | 22.60 | 1.98 | 130.67 |
| | | June | 750,135,403 | 22.40 | 1.89 | 117.10 |
| | | July | 739,495,184 | 22.50 | 1.87 | 109.54 |
| | | August | 740,160,198 | 22.50 | 1.87 | 109.57 |
| | | September | 733,510,061 | 22.60 | 1.86 | 114.24 |
| | | October | 736,170,116 | 22.50 | 1.99 | 122.00 |
| | | November | 690,949,188 | 23.00 | 2.17 | 130.96 |
| | | December | 682,304,010 | 23.10 | 2.26 | 129.05 |
| | | **Subtotal** | **8,356,561,589** | **22.90** | **24.60** | **1449.26** |
| | Urban Restricted Access | January | 115,341,289 | 46.10 | 0.18 | 11.16 |
| | | February | 112,524,965 | 47.30 | 0.18 | 10.60 |
| | | March | 129,166,882 | 40.90 | 0.21 | 13.52 |
| | | April | 134,031,443 | 39.30 | 0.22 | 14.17 |
| | | May | 141,072,254 | 36.80 | 0.24 | 15.12 |
| | | June | 144,400,637 | 35.60 | 0.24 | 13.95 |
| | | July | 142,352,401 | 36.30 | 0.24 | 12.81 |
| | | August | 142,480,416 | 36.30 | 0.24 | 12.83 |
| | | September | 141,200,269 | 36.70 | 0.24 | 13.34 |
| | | October | 141,712,328 | 36.60 | 0.24 | 13.90 |
| | | November | 133,007,325 | 39.60 | 0.22 | 13.97 |
| | | December | 131,343,133 | 40.20 | 0.21 | 13.48 |
| | | Subtotal | 1,608,633,342 | 38.70 | 2.65 | 158.84 |
| | Urban Unrestricted Access | January | 115,411,227 | 13.30 | 0.32 | 27.48 |
| | | February | 112,593,195 | 13.40 | 0.31 | 26.28 |
| | | March | 129,245,203 | 13.10 | 0.36 | 31.49 |
| | | April | 134,112,713 | 13.00 | 0.37 | 32.38 |
| | | May | 141,157,794 | 12.90 | 0.39 | 33.19 |
| | | June | 144,488,195 | 12.90 | 0.41 | 30.27 |
| | | July | 142,438,717 | 12.90 | 0.40 | 28.12 |
| | | August | 142,566,810 | 12.90 | 0.40 | 28.12 |
| | | September | 141,285,886 | 12.90 | 0.40 | 29.40 |
| | | October | 141,798,256 | 12.90 | 0.40 | 30.65 |
| | | November | 133,087,974 | 13.10 | 0.37 | 32.15 |
| | | December | 131,422,773 | 13.10 | 0.36 | 31.28 |
| | | Subtotal | 1,609,608,743 | 13.00 | 4.47 | 360.81 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 0.36 | 9.08 |
| | | February | N/A | 0.00 | 0.36 | 8.94 |
| | | March | N/A | 0.00 | 0.26 | 8.70 |
| | | April | N/A | 0.00 | 0.19 | 7.84 |
| | | May | N/A | 0.00 | 0.15 | 7.15 |
| | | June | N/A | 0.00 | 0.11 | 5.71 |
| | | July | N/A | 0.00 | 0.11 | 5.66 |
| | | August | N/A | 0.00 | 0.11 | 5.63 |
| | | September | N/A | 0.00 | 0.11 | 5.89 |
| | | October | N/A | 0.00 | 0.15 | 7.10 |
| | | November | N/A | 0.00 | 0.25 | 8.58 |
| | | December | N/A | 0.00 | 0.28 | 8.95 |
| | | Subtotal | 0 | 0.00 | 2.43 | 89.20 |

Z Series

| | | | | | |
|---|---|---|---|---|---|
| AREA TOTAL | January | 230,752,516 | 20.70 | 0.86 | 47.72 |
| | February | 225,118,160 | 20.90 | 0.84 | 45.81 |
| | March | 258,412,085 | 19.90 | 0.82 | 53.70 |
| | April | 268,144,156 | 19.60 | 0.78 | 54.39 |
| | May | 282,230,048 | 19.10 | 0.78 | 55.46 |
| | June | 288,888,833 | 18.90 | 0.76 | 49.93 |
| | July | 284,791,119 | 19.00 | 0.75 | 46.59 |
| | August | 285,047,226 | 19.00 | 0.75 | 46.58 |
| | September | 282,486,155 | 19.10 | 0.74 | 48.63 |
| | October | 283,510,583 | 19.10 | 0.78 | 51.65 |
| | November | 266,095,299 | 19.60 | 0.83 | 54.69 |
| | December | 262,765,906 | 19.70 | 0.86 | 53.71 |
| | **Subtotal** | **3,218,242,086** | **19.50** | **9.56** | **608.86** |
| PUTNAM — Urban Restricted Access | January | 33,531,925 | 61.40 | 0.05 | 3.09 |
| | February | 32,713,166 | 61.70 | 0.05 | 2.98 |
| | March | 37,551,290 | 59.60 | 0.06 | 3.60 |
| | April | 38,965,511 | 58.90 | 0.06 | 3.60 |
| | May | 41,012,410 | 57.70 | 0.06 | 3.66 |
| | June | 41,980,035 | 57.10 | 0.07 | 3.38 |
| | July | 41,384,574 | 57.40 | 0.07 | 3.15 |
| | August | 41,421,790 | 57.40 | 0.07 | 3.11 |
| | September | 41,049,626 | 57.70 | 0.06 | 3.20 |
| | October | 41,198,492 | 57.60 | 0.06 | 3.35 |
| | November | 38,667,780 | 59.10 | 0.06 | 3.53 |
| | December | 38,183,968 | 59.30 | 0.06 | 3.47 |
| | Subtotal | 467,660,567 | 58.60 | 0.73 | 40.12 |
| Urban Unrestricted Access | January | 31,568,068 | 34.80 | 0.06 | 3.72 |
| | February | 30,797,261 | 35.00 | 0.06 | 3.58 |
| | March | 35,352,032 | 33.90 | 0.07 | 4.41 |
| | April | 36,683,427 | 33.60 | 0.07 | 4.46 |
| | May | 38,610,445 | 33.10 | 0.07 | 4.60 |
| | June | 39,521,400 | 32.80 | 0.08 | 4.26 |
| | July | 38,960,812 | 33.00 | 0.08 | 3.96 |
| | August | 38,995,849 | 33.00 | 0.08 | 3.90 |
| | September | 38,645,482 | 33.10 | 0.07 | 4.05 |
| | October | 38,785,629 | 33.00 | 0.08 | 4.25 |
| | November | 36,403,133 | 33.60 | 0.07 | 4.37 |
| | December | 35,947,656 | 33.80 | 0.07 | 4.29 |
| | Subtotal | 440,271,194 | 33.50 | 0.84 | 49.84 |
| Rural Unrestricted Access | January | 12,436,980 | 35.10 | 0.02 | 1.47 |
| | February | 12,133,302 | 35.50 | 0.02 | 1.40 |
| | March | 13,927,761 | 33.50 | 0.03 | 1.76 |
| | April | 14,452,295 | 32.90 | 0.03 | 1.78 |
| | May | 15,211,489 | 32.10 | 0.03 | 1.85 |
| | June | 15,570,381 | 31.70 | 0.03 | 1.72 |
| | July | 15,349,525 | 31.90 | 0.03 | 1.59 |
| | August | 15,363,328 | 31.90 | 0.03 | 1.57 |
| | September | 15,225,293 | 32.10 | 0.03 | 1.63 |
| | October | 15,280,507 | 32.00 | 0.03 | 1.71 |
| | November | 14,341,867 | 33.00 | 0.03 | 1.75 |
| | December | 14,162,421 | 33.20 | 0.03 | 1.72 |
| | Subtotal | 173,455,149 | 32.80 | 0.34 | 19.95 |
| Off-Network | January | N/A | 0.00 | 0.16 | 3.81 |
| | February | N/A | 0.00 | 0.15 | 3.70 |
| | March | N/A | 0.00 | 0.10 | 3.49 |
| | April | N/A | 0.00 | 0.08 | 3.18 |
| | May | N/A | 0.00 | 0.06 | 2.93 |
| | June | N/A | 0.00 | 0.04 | 2.39 |
| | July | N/A | 0.00 | 0.05 | 2.41 |
| | August | N/A | 0.00 | 0.05 | 2.38 |
| | September | N/A | 0.00 | 0.05 | 2.48 |
| | October | N/A | 0.00 | 0.06 | 2.94 |
| | November | N/A | 0.00 | 0.10 | 3.53 |
| | December | N/A | 0.00 | 0.12 | 3.66 |
| | Subtotal | 0 | 0.00 | 1.01 | 36.92 |

Z Series

DOT_0047224

| | | | | | | |
|---|---|---|---|---|---|---|
| | AREA TOTAL | January | 77,813,433 | 43.00 | 0.30 | 12.12 |
| | | February | 75,913,438 | 43.20 | 0.29 | 11.69 |
| | | March | 87,140,682 | 41.60 | 0.25 | 13.30 |
| | | April | 90,422,491 | 41.10 | 0.24 | 13.06 |
| | | May | 95,172,479 | 40.40 | 0.23 | 13.08 |
| | | June | 97,417,928 | 40.00 | 0.22 | 11.79 |
| | | July | 96,036,113 | 40.20 | 0.22 | 11.13 |
| | | August | 96,122,477 | 40.20 | 0.22 | 10.98 |
| | | September | 95,258,842 | 40.40 | 0.22 | 11.38 |
| | | October | 95,604,296 | 40.30 | 0.23 | 12.28 |
| | | November | 89,731,584 | 41.20 | 0.26 | 13.20 |
| | | December | 88,608,860 | 41.40 | 0.27 | 13.17 |
| | | **Subtotal** | **1,085,242,623** | **41.00** | **2.93** | **147.18** |
| | REGIONAL | January | 4,359,662,051 | 17.90 | 17.08 | 938.96 |
| | | February | 4,253,210,815 | 18.00 | 16.75 | 892.31 |
| | | March | 4,882,240,855 | 17.10 | 16.48 | 1049.69 |
| | | April | 5,066,111,174 | 16.80 | 15.60 | 1052.37 |
| | | May | 5,332,239,269 | 16.40 | 15.36 | 1072.47 |
| | | June | 5,458,045,277 | 16.20 | 14.80 | 970.15 |
| | | July | 5,380,626,192 | 16.30 | 14.58 | 906.32 |
| | | August | 5,385,464,888 | 16.30 | 14.61 | 902.77 |
| | | September | 5,337,077,959 | 16.40 | 14.39 | 940.61 |
| | | October | 5,356,432,732 | 16.30 | 15.24 | 1003.86 |
| | | November | 5,027,401,634 | 16.90 | 16.41 | 1064.41 |
| | | December | 4,964,498,629 | 17.00 | 16.99 | 1044.25 |
| | | **Subtotal** | **60,803,011,475** | **16.70** | **188.29** | **11838.16** |

Z Series

DOT_0047225

**Appendix 2C Monthly PM2.5 and NOx Emissions**
**2050 Build Monthly Emissions Report**

| COUNTY | FACILITY | MONTH | Build | | | |
|--------|----------|-------|-------|---|---|---|
| | | | VMT (MILLION) | SPEED (MPH) | PM 2.5 (TONS) | Nox (TONS) |
| MANHATTAN | Urban Restricted Access | January | 116,215,543 | 31.20 | 0.15 | 11.22 |
| | | February | 113,377,872 | 32.10 | 0.15 | 10.43 |
| | | March | 130,145,930 | 26.50 | 0.18 | 14.24 |
| | | April | 135,047,363 | 24.90 | 0.19 | 15.20 |
| | | May | 142,141,542 | 22.60 | 0.21 | 16.49 |
| | | June | 145,495,153 | 21.60 | 0.22 | 15.83 |
| | | July | 143,431,392 | 22.20 | 0.21 | 14.24 |
| | | August | 143,560,377 | 22.20 | 0.21 | 14.36 |
| | | September | 142,270,527 | 22.60 | 0.21 | 14.86 |
| | | October | 142,786,467 | 22.40 | 0.21 | 15.43 |
| | | November | 134,015,482 | 25.20 | 0.19 | 15.04 |
| | | December | 132,338,677 | 25.80 | 0.18 | 14.41 |
| | | Subtotal | 1,620,826,325 | 24.30 | 2.30 | 171.75 |
| | Urban Unrestricted Access | January | 123,334,391 | 13.20 | 0.27 | 23.51 |
| | | February | 120,322,896 | 13.30 | 0.26 | 22.31 |
| | | March | 138,118,092 | 12.90 | 0.30 | 26.95 |
| | | April | 143,319,764 | 12.70 | 0.32 | 27.70 |
| | | May | 150,848,500 | 12.50 | 0.34 | 28.23 |
| | | June | 154,407,539 | 12.40 | 0.34 | 26.30 |
| | | July | 152,217,362 | 12.50 | 0.34 | 24.06 |
| | | August | 152,354,248 | 12.50 | 0.34 | 24.22 |
| | | September | 150,985,387 | 12.50 | 0.34 | 25.42 |
| | | October | 151,532,931 | 12.50 | 0.34 | 26.25 |
| | | November | 142,224,675 | 12.80 | 0.31 | 27.66 |
| | | December | 140,445,156 | 12.80 | 0.31 | 26.89 |
| | | Subtotal | 1,720,110,941 | 12.70 | 3.79 | 309.50 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 0.27 | 8.49 |
| | | February | N/A | 0.00 | 0.27 | 8.28 |
| | | March | N/A | 0.00 | 0.19 | 7.72 |
| | | April | N/A | 0.00 | 0.14 | 6.77 |
| | | May | N/A | 0.00 | 0.12 | 6.16 |
| | | June | N/A | 0.00 | 0.08 | 4.48 |
| | | July | N/A | 0.00 | 0.09 | 4.58 |
| | | August | N/A | 0.00 | 0.09 | 4.54 |
| | | September | N/A | 0.00 | 0.08 | 4.60 |
| | | October | N/A | 0.00 | 0.11 | 5.97 |
| | | November | N/A | 0.00 | 0.18 | 7.61 |
| | | December | N/A | 0.00 | 0.21 | 8.05 |
| | | Subtotal | 0 | 0.00 | 1.84 | 77.24 |

Z Series

DOT_0047226

| | | | | | |
|---|---|---|---|---|---|
| | | January | 239,549,935 | 18.40 | 0.69 | 43.22 |
| | | February | 233,700,769 | 18.60 | 0.68 | 41.01 |
| | | March | 268,264,022 | 17.10 | 0.67 | 48.91 |
| | | April | 278,367,127 | 16.70 | 0.65 | 49.67 |
| | AREA TOTAL | May | 292,990,042 | 16.00 | 0.66 | 50.89 |
| | | June | 299,902,693 | 15.70 | 0.64 | 46.61 |
| | | July | 295,648,754 | 15.90 | 0.64 | 42.87 |
| | | August | 295,914,625 | 15.80 | 0.64 | 43.12 |
| | | September | 293,255,913 | 16.00 | 0.63 | 44.88 |
| | | October | 294,319,398 | 15.90 | 0.66 | 47.65 |
| | | November | 276,240,158 | 16.80 | 0.68 | 50.32 |
| | | December | 272,783,832 | 16.90 | 0.70 | 49.34 |
| | | **Subtotal** | **3,340,937,268** | **16.50** | **7.93** | **558.49** |
| QUEENS | Urban Restricted Access | January | 329,582,631 | 32.20 | 0.43 | 25.90 |
| | | February | 321,535,108 | 33.60 | 0.41 | 23.88 |
| | | March | 369,088,651 | 25.60 | 0.53 | 33.88 |
| | | April | 382,988,917 | 23.50 | 0.57 | 36.60 |
| | | May | 403,107,724 | 20.80 | 0.63 | 40.93 |
| | | June | 412,618,432 | 19.70 | 0.66 | 39.77 |
| | | July | 406,765,688 | 20.40 | 0.64 | 36.09 |
| | | August | 407,131,485 | 20.30 | 0.64 | 36.12 |
| | | September | 403,473,520 | 20.80 | 0.63 | 36.98 |
| | | October | 404,936,706 | 20.60 | 0.64 | 38.28 |
| | | November | 380,062,545 | 24.00 | 0.56 | 36.38 |
| | | December | 375,307,191 | 24.70 | 0.54 | 34.53 |
| | | Subtotal | 4,596,598,598 | 22.90 | 6.87 | 419.32 |
| | Urban Unrestricted Access | January | 260,939,285 | 10.10 | 0.64 | 47.03 |
| | | February | 254,567,848 | 10.10 | 0.63 | 44.77 |
| | | March | 292,217,246 | 10.00 | 0.72 | 53.16 |
| | | April | 303,222,454 | 10.00 | 0.75 | 54.28 |
| | | May | 319,151,046 | 9.90 | 0.79 | 56.05 |
| | | June | 326,680,925 | 9.90 | 0.81 | 52.16 |
| | | July | 322,047,153 | 9.90 | 0.80 | 48.58 |
| | | August | 322,336,764 | 9.90 | 0.80 | 48.47 |
| | | September | 319,440,656 | 9.90 | 0.80 | 50.55 |
| | | October | 320,599,099 | 9.90 | 0.80 | 52.08 |
| | | November | 300,905,568 | 10.00 | 0.75 | 54.71 |
| | | December | 297,140,629 | 10.00 | 0.74 | 52.91 |
| | | Subtotal | 3,639,248,673 | 10.00 | 9.03 | 614.74 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 0.88 | 27.46 |
| | | February | N/A | 0.00 | 0.91 | 27.14 |
| | | March | N/A | 0.00 | 0.68 | 26.24 |
| | | April | N/A | 0.00 | 0.50 | 22.65 |
| | | May | N/A | 0.00 | 0.37 | 19.54 |
| | | June | N/A | 0.00 | 0.28 | 14.86 |
| | | July | N/A | 0.00 | 0.29 | 15.20 |
| | | August | N/A | 0.00 | 0.30 | 15.26 |
| | | September | N/A | 0.00 | 0.27 | 14.71 |
| | | October | N/A | 0.00 | 0.35 | 18.81 |
| | | November | N/A | 0.00 | 0.59 | 24.50 |
| | | December | N/A | 0.00 | 0.70 | 26.41 |
| | | Subtotal | 0 | 0.00 | 6.11 | 252.78 |

| | | | | | |
|---|---|---|---|---|---|
| | AREA TOTAL | January | 590,521,916 | 16.40 | 1.95 | 100.39 |
| | | February | 576,102,956 | 16.60 | 1.95 | 95.78 |
| | | March | 661,305,897 | 15.20 | 1.93 | 113.28 |
| | | April | 686,211,371 | 14.70 | 1.81 | 113.53 |
| | | May | 722,258,769 | 14.00 | 1.80 | 116.52 |
| | | June | 739,299,357 | 13.70 | 1.76 | 106.79 |
| | | July | 728,812,841 | 13.90 | 1.74 | 99.87 |
| | | August | 729,468,249 | 13.90 | 1.74 | 99.86 |
| | | September | 722,914,176 | 14.00 | 1.70 | 102.24 |
| | | October | 725,535,805 | 14.00 | 1.79 | 109.16 |
| | | November | 680,968,113 | 14.80 | 1.89 | 115.59 |
| | | December | 672,447,819 | 15.00 | 1.97 | 113.85 |
| | | **Subtotal** | **8,235,847,269** | **14.50** | **22.01** | **1286.85** |
| BRONX | Urban Restricted Access | January | 160,525,879 | 41.40 | 0.19 | 12.45 |
| | | February | 156,606,269 | 42.20 | 0.18 | 11.68 |
| | | March | 179,767,605 | 37.20 | 0.22 | 15.24 |
| | | April | 186,537,842 | 35.60 | 0.23 | 16.01 |
| | | May | 196,336,869 | 33.20 | 0.25 | 17.40 |
| | | June | 200,969,137 | 32.00 | 0.26 | 16.58 |
| | | July | 198,118,510 | 32.70 | 0.25 | 15.25 |
| | | August | 198,296,675 | 32.70 | 0.25 | 15.24 |
| | | September | 196,515,033 | 33.10 | 0.25 | 15.71 |
| | | October | 197,227,690 | 32.90 | 0.25 | 16.17 |
| | | November | 185,112,529 | 35.90 | 0.23 | 16.02 |
| | | December | 182,796,395 | 36.50 | 0.22 | 15.33 |
| | | Subtotal | 2,238,810,433 | 34.90 | 2.76 | 183.08 |
| | Urban Unrestricted Access | January | 108,314,602 | 11.60 | 0.24 | 22.64 |
| | | February | 105,669,851 | 11.60 | 0.24 | 21.52 |
| | | March | 121,297,929 | 11.30 | 0.28 | 25.81 |
| | | April | 125,866,136 | 11.30 | 0.29 | 26.43 |
| | | May | 132,478,015 | 11.10 | 0.31 | 27.40 |
| | | June | 135,603,631 | 11.10 | 0.31 | 25.54 |
| | | July | 133,680,175 | 11.10 | 0.31 | 23.76 |
| | | August | 133,800,391 | 11.10 | 0.31 | 23.70 |
| | | September | 132,598,231 | 11.10 | 0.31 | 24.72 |
| | | October | 133,079,095 | 11.10 | 0.31 | 25.50 |
| | | November | 124,904,408 | 11.30 | 0.29 | 26.61 |
| | | December | 123,341,601 | 11.30 | 0.28 | 25.72 |
| | | Subtotal | 1,510,634,065 | 11.20 | 3.47 | 299.34 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 0.28 | 10.12 |
| | | February | N/A | 0.00 | 0.29 | 9.98 |
| | | March | N/A | 0.00 | 0.22 | 9.78 |
| | | April | N/A | 0.00 | 0.16 | 8.56 |
| | | May | N/A | 0.00 | 0.12 | 7.54 |
| | | June | N/A | 0.00 | 0.09 | 5.94 |
| | | July | N/A | 0.00 | 0.10 | 6.09 |
| | | August | N/A | 0.00 | 0.10 | 6.12 |
| | | September | N/A | 0.00 | 0.09 | 5.86 |
| | | October | N/A | 0.00 | 0.12 | 7.28 |
| | | November | N/A | 0.00 | 0.19 | 9.18 |
| | | December | N/A | 0.00 | 0.23 | 9.83 |
| | | Subtotal | 0 | 0.00 | 2.00 | 96.27 |

Z Series

| | | January | 268,840,482 | 20.30 | 0.72 | 45.21 |
|---|---|---|---|---|---|---|
| | AREA TOTAL | February | 262,276,119 | 20.50 | 0.72 | 43.18 |
| | | March | 301,065,534 | 19.40 | 0.72 | 50.83 |
| | | April | 312,403,978 | 19.00 | 0.68 | 50.99 |
| | | May | 328,814,885 | 18.40 | 0.68 | 52.35 |
| | | June | 336,572,768 | 18.20 | 0.66 | 48.06 |
| | | July | 331,798,686 | 18.30 | 0.66 | 45.09 |
| | | August | 332,097,066 | 18.30 | 0.66 | 45.06 |
| | | September | 329,113,265 | 18.40 | 0.64 | 46.29 |
| | | October | 330,306,785 | 18.40 | 0.67 | 48.96 |
| | | November | 310,016,938 | 19.10 | 0.70 | 51.80 |
| | | December | 306,137,996 | 19.20 | 0.73 | 50.87 |
| | | **Subtotal** | **3,749,444,502** | **18.90** | **8.22** | **578.69** |
| KINGS | Urban Restricted Access | January | 139,647,950 | 33.80 | 0.18 | 11.00 |
| | | February | 136,238,122 | 34.90 | 0.18 | 10.19 |
| | | March | 156,387,105 | 28.60 | 0.22 | 13.81 |
| | | April | 162,276,808 | 26.80 | 0.23 | 14.47 |
| | | May | 170,801,378 | 24.50 | 0.25 | 15.78 |
| | | June | 174,831,174 | 23.40 | 0.26 | 14.77 |
| | | July | 172,351,299 | 24.00 | 0.25 | 13.48 |
| | | August | 172,506,291 | 24.00 | 0.25 | 13.43 |
| | | September | 170,956,370 | 24.40 | 0.25 | 14.21 |
| | | October | 171,576,338 | 24.30 | 0.25 | 14.73 |
| | | November | 161,036,870 | 27.20 | 0.23 | 14.49 |
| | | December | 159,021,972 | 27.80 | 0.22 | 13.80 |
| | | Subtotal | 1,947,631,677 | 26.30 | 2.76 | 164.13 |
| | Urban Unrestricted Access | January | 220,663,668 | 10.90 | 0.54 | 39.92 |
| | | February | 215,275,654 | 10.90 | 0.52 | 37.81 |
| | | March | 247,113,919 | 10.70 | 0.61 | 45.19 |
| | | April | 256,420,489 | 10.60 | 0.63 | 45.75 |
| | | May | 269,890,524 | 10.50 | 0.67 | 46.92 |
| | | June | 276,258,177 | 10.50 | 0.69 | 42.87 |
| | | July | 272,339,621 | 10.50 | 0.68 | 39.77 |
| | | August | 272,584,531 | 10.50 | 0.68 | 39.59 |
| | | September | 270,135,434 | 10.50 | 0.67 | 42.26 |
| | | October | 271,115,073 | 10.50 | 0.67 | 43.70 |
| | | November | 254,461,211 | 10.60 | 0.63 | 46.11 |
| | | December | 251,277,384 | 10.70 | 0.62 | 44.49 |
| | | Subtotal | 3,077,535,685 | 10.60 | 7.58 | 514.38 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 0.58 | 17.48 |
| | | February | N/A | 0.00 | 0.59 | 17.18 |
| | | March | N/A | 0.00 | 0.44 | 16.58 |
| | | April | N/A | 0.00 | 0.33 | 14.50 |
| | | May | N/A | 0.00 | 0.25 | 12.56 |
| | | June | N/A | 0.00 | 0.18 | 9.52 |
| | | July | N/A | 0.00 | 0.18 | 9.22 |
| | | August | N/A | 0.00 | 0.18 | 9.20 |
| | | September | N/A | 0.00 | 0.17 | 9.11 |
| | | October | N/A | 0.00 | 0.23 | 11.85 |
| | | November | N/A | 0.00 | 0.40 | 15.68 |
| | | December | N/A | 0.00 | 0.45 | 16.70 |
| | | Subtotal | 0 | 0.00 | 3.99 | 159.59 |

Z Series

DOT_0047229

| | | | | | |
|---|---|---|---|---|---|
| | AREA TOTAL | January | 360,311,618 | 14.80 | 1.30 | 68.39 |
| | | February | 351,513,776 | 14.90 | 1.29 | 65.18 |
| | | March | 403,501,024 | 14.10 | 1.26 | 75.57 |
| | | April | 418,697,297 | 13.90 | 1.19 | 74.72 |
| | | May | 440,691,901 | 13.50 | 1.17 | 75.25 |
| | | June | 451,089,351 | 13.30 | 1.13 | 67.16 |
| | | July | 444,690,921 | 13.40 | 1.11 | 62.47 |
| | | August | 445,090,822 | 13.40 | 1.11 | 62.22 |
| | | September | 441,091,803 | 13.50 | 1.09 | 65.59 |
| | | October | 442,691,411 | 13.50 | 1.15 | 70.28 |
| | | November | 415,498,081 | 13.90 | 1.25 | 76.28 |
| | | December | 410,299,357 | 14.00 | 1.29 | 74.98 |
| | | **Subtotal** | **5,025,167,362** | **13.80** | **14.34** | **838.10** |
| RICHMOND | Urban Restricted Access | January | 82,495,653 | 29.70 | 0.11 | 6.44 |
| | | February | 80,481,331 | 30.40 | 0.11 | 6.04 |
| | | March | 92,384,145 | 26.40 | 0.13 | 7.88 |
| | | April | 95,863,429 | 25.30 | 0.14 | 8.28 |
| | | May | 100,899,234 | 23.80 | 0.15 | 8.93 |
| | | June | 103,279,797 | 23.00 | 0.15 | 8.40 |
| | | July | 101,814,835 | 23.50 | 0.15 | 7.74 |
| | | August | 101,906,395 | 23.50 | 0.15 | 7.74 |
| | | September | 100,990,794 | 23.70 | 0.15 | 8.08 |
| | | October | 101,357,035 | 23.60 | 0.15 | 8.23 |
| | | November | 95,130,948 | 25.60 | 0.14 | 8.22 |
| | | December | 93,940,666 | 25.90 | 0.13 | 7.93 |
| | | Subtotal | 1,150,544,262 | 25.00 | 1.65 | 93.92 |
| | Urban Unrestricted Access | January | 87,911,065 | 11.80 | 0.20 | 13.37 |
| | | February | 85,764,513 | 11.80 | 0.19 | 12.69 |
| | | March | 98,448,684 | 11.60 | 0.23 | 15.38 |
| | | April | 102,156,365 | 11.50 | 0.24 | 15.81 |
| | | May | 107,522,746 | 11.40 | 0.25 | 16.33 |
| | | June | 110,059,580 | 11.30 | 0.26 | 15.14 |
| | | July | 108,498,451 | 11.30 | 0.25 | 14.07 |
| | | August | 108,596,022 | 11.30 | 0.25 | 14.03 |
| | | September | 107,620,316 | 11.40 | 0.25 | 14.78 |
| | | October | 108,010,598 | 11.40 | 0.25 | 15.08 |
| | | November | 101,375,801 | 11.50 | 0.23 | 15.76 |
| | | December | 100,107,384 | 11.50 | 0.23 | 15.36 |
| | | Subtotal | 1,226,071,525 | 11.50 | 2.82 | 177.80 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 0.29 | 8.81 |
| | | February | N/A | 0.00 | 0.30 | 8.71 |
| | | March | N/A | 0.00 | 0.20 | 7.88 |
| | | April | N/A | 0.00 | 0.14 | 6.60 |
| | | May | N/A | 0.00 | 0.10 | 5.31 |
| | | June | N/A | 0.00 | 0.09 | 4.14 |
| | | July | N/A | 0.00 | 0.09 | 4.23 |
| | | August | N/A | 0.00 | 0.09 | 4.27 |
| | | September | N/A | 0.00 | 0.08 | 4.13 |
| | | October | N/A | 0.00 | 0.10 | 5.35 |
| | | November | N/A | 0.00 | 0.19 | 7.56 |
| | | December | N/A | 0.00 | 0.21 | 8.09 |
| | | Subtotal | 0 | 0.00 | 1.88 | 75.08 |

Z Series

| | | | | | |
|---|---|---|---|---|---|
| | | January | 170,406,719 | 16.60 | 0.60 | 28.62 |
| | | February | 166,245,844 | 16.80 | 0.60 | 27.44 |
| | | March | 190,832,829 | 15.90 | 0.56 | 31.14 |
| | | April | 198,019,794 | 15.60 | 0.52 | 30.69 |
| | | May | 208,421,980 | 15.20 | 0.50 | 30.57 |
| | AREA TOTAL | June | 213,339,377 | 15.00 | 0.49 | 27.69 |
| | | July | 210,313,286 | 15.10 | 0.49 | 26.04 |
| | | August | 210,502,417 | 15.10 | 0.49 | 26.04 |
| | | September | 208,611,111 | 15.20 | 0.48 | 26.99 |
| | | October | 209,367,633 | 15.20 | 0.50 | 28.67 |
| | | November | 196,506,749 | 15.70 | 0.55 | 31.54 |
| | | December | 194,048,050 | 15.80 | 0.57 | 31.38 |
| | | **Subtotal** | **2,376,615,789** | **15.50** | **6.35** | **346.80** |
| | | January | 305,852,937 | 42.90 | 0.49 | 32.68 |
| | | February | 298,384,830 | 44.10 | 0.47 | 30.16 |
| | | March | 342,514,554 | 36.80 | 0.58 | 41.58 |
| | | April | 355,414,012 | 34.60 | 0.61 | 44.37 |
| | | May | 374,084,280 | 31.50 | 0.67 | 49.01 |
| | Urban Restricted Access | June | 382,910,225 | 30.10 | 0.70 | 46.34 |
| | | July | 377,478,874 | 30.90 | 0.68 | 42.74 |
| | | August | 377,818,334 | 30.90 | 0.68 | 42.33 |
| | | September | 374,423,739 | 31.50 | 0.67 | 44.21 |
| | | October | 375,781,577 | 31.20 | 0.67 | 45.98 |
| | | November | 352,698,337 | 35.10 | 0.61 | 44.21 |
| | | December | 348,285,364 | 35.90 | 0.59 | 41.95 |
| | | Subtotal | 4,265,647,063 | 33.80 | 7.40 | 505.55 |
| | | January | 442,325,168 | 13.20 | 1.25 | 122.07 |
| | | February | 431,524,775 | 13.20 | 1.22 | 115.31 |
| | | March | 495,345,277 | 13.00 | 1.42 | 137.90 |
| | | April | 514,000,500 | 13.00 | 1.48 | 140.19 |
| | | May | 541,001,482 | 12.90 | 1.56 | 144.80 |
| | Urban Unrestricted Access | June | 553,765,582 | 12.80 | 1.61 | 132.64 |
| | | July | 545,910,751 | 12.80 | 1.58 | 124.69 |
| | | August | 546,401,678 | 12.80 | 1.58 | 123.35 |
| | | September | 541,492,409 | 12.90 | 1.57 | 130.60 |
| | | October | 543,456,116 | 12.90 | 1.57 | 135.11 |
| | | November | 510,073,085 | 13.00 | 1.46 | 141.14 |
| | | December | 503,691,035 | 13.00 | 1.44 | 136.48 |
| | | Subtotal | 6,168,987,858 | 12.90 | 17.73 | 1584.27 |
| NASSAU | | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | Rural Unrestricted Access | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | | January | N/A | 0.00 | 1.20 | 33.37 |
| | | February | N/A | 0.00 | 1.20 | 32.63 |
| | | March | N/A | 0.00 | 0.88 | 31.19 |
| | | April | N/A | 0.00 | 0.67 | 27.57 |
| | | May | N/A | 0.00 | 0.52 | 24.35 |
| | Off-Network | June | N/A | 0.00 | 0.37 | 18.20 |
| | | July | N/A | 0.00 | 0.38 | 18.04 |
| | | August | N/A | 0.00 | 0.38 | 17.90 |
| | | September | N/A | 0.00 | 0.36 | 17.87 |
| | | October | N/A | 0.00 | 0.48 | 23.19 |
| | | November | N/A | 0.00 | 0.82 | 29.95 |
| | | December | N/A | 0.00 | 0.94 | 32.00 |
| | | Subtotal | 0 | 0.00 | 8.19 | 306.24 |

Z Series

| | | Month | | | | |
|---|---|---|---|---|---|---|
| | AREA TOTAL | January | 748,178,105 | 18.40 | 2.93 | 188.11 |
| | | February | 729,909,605 | 18.50 | 2.88 | 178.10 |
| | | March | 837,859,831 | 17.70 | 2.87 | 210.67 |
| | | April | 869,414,512 | 17.40 | 2.76 | 212.12 |
| | | May | 915,085,762 | 17.00 | 2.75 | 218.16 |
| | | June | 936,675,807 | 16.70 | 2.67 | 197.17 |
| | | July | 923,389,625 | 16.90 | 2.63 | 185.48 |
| | | August | 924,220,012 | 16.90 | 2.64 | 183.58 |
| | | September | 915,916,148 | 17.00 | 2.59 | 192.68 |
| | | October | 919,237,693 | 16.90 | 2.73 | 204.28 |
| | | November | 862,771,421 | 17.50 | 2.88 | 215.29 |
| | | December | 851,976,399 | 17.60 | 2.97 | 210.43 |
| | | **Subtotal** | **10,434,634,920** | **17.30** | **33.31** | **2396.05** |
| SUFFOLK | Urban Restricted Access | January | 362,317,101 | 45.80 | 0.57 | 36.56 |
| | | February | 353,470,291 | 46.60 | 0.55 | 34.03 |
| | | March | 405,746,898 | 41.40 | 0.66 | 44.38 |
| | | April | 421,027,752 | 39.80 | 0.69 | 46.17 |
| | | May | 443,144,778 | 37.30 | 0.75 | 49.49 |
| | | June | 453,600,100 | 36.20 | 0.77 | 46.02 |
| | | July | 447,166,056 | 36.90 | 0.76 | 42.45 |
| | | August | 447,568,184 | 36.80 | 0.76 | 42.27 |
| | | September | 443,546,906 | 37.30 | 0.75 | 43.87 |
| | | October | 445,155,417 | 37.10 | 0.75 | 46.43 |
| | | November | 417,810,730 | 40.10 | 0.69 | 45.74 |
| | | December | 412,583,069 | 40.70 | 0.67 | 43.74 |
| | | Subtotal | 5,053,137,282 | 39.20 | 8.36 | 521.13 |
| | Urban Unrestricted Access | January | 743,864,541 | 12.40 | 2.18 | 212.03 |
| | | February | 725,701,367 | 12.50 | 2.12 | 199.67 |
| | | March | 833,029,215 | 12.10 | 2.48 | 241.29 |
| | | April | 864,401,970 | 12.00 | 2.59 | 244.60 |
| | | May | 909,809,905 | 11.90 | 2.75 | 252.31 |
| | | June | 931,275,475 | 11.80 | 2.82 | 231.01 |
| | | July | 918,065,893 | 11.90 | 2.78 | 215.31 |
| | | August | 918,891,492 | 11.90 | 2.78 | 214.12 |
| | | September | 910,635,504 | 11.90 | 2.75 | 224.43 |
| | | October | 913,937,899 | 11.90 | 2.76 | 236.61 |
| | | November | 857,797,179 | 12.00 | 2.57 | 244.02 |
| | | December | 847,064,395 | 12.10 | 2.53 | 235.96 |
| | | Subtotal | 10,374,474,835 | 12.00 | 31.11 | 2751.35 |
| | Rural Unrestricted Access | January | 22,214,403 | 31.10 | 0.05 | 3.32 |
| | | February | 21,671,987 | 31.40 | 0.04 | 3.12 |
| | | March | 24,877,172 | 29.70 | 0.05 | 3.84 |
| | | April | 25,814,073 | 29.20 | 0.05 | 3.92 |
| | | May | 27,170,113 | 28.50 | 0.06 | 4.08 |
| | | June | 27,811,150 | 28.20 | 0.06 | 3.74 |
| | | July | 27,416,666 | 28.40 | 0.06 | 3.48 |
| | | August | 27,441,321 | 28.30 | 0.06 | 3.46 |
| | | September | 27,194,768 | 28.50 | 0.06 | 3.62 |
| | | October | 27,293,389 | 28.40 | 0.06 | 3.82 |
| | | November | 25,616,831 | 29.30 | 0.05 | 3.92 |
| | | December | 25,296,312 | 29.50 | 0.05 | 3.77 |
| | | Subtotal | 309,818,185 | 29.10 | 0.65 | 44.08 |
| | Off-Network | January | N/A | 0.00 | 1.74 | 44.61 |
| | | February | N/A | 0.00 | 1.65 | 42.66 |
| | | March | N/A | 0.00 | 1.34 | 43.18 |
| | | April | N/A | 0.00 | 1.03 | 38.87 |
| | | May | N/A | 0.00 | 0.79 | 34.81 |
| | | June | N/A | 0.00 | 0.54 | 27.35 |
| | | July | N/A | 0.00 | 0.52 | 25.65 |
| | | August | N/A | 0.00 | 0.52 | 25.49 |
| | | September | N/A | 0.00 | 0.50 | 25.70 |
| | | October | N/A | 0.00 | 0.71 | 32.82 |
| | | November | N/A | 0.00 | 1.21 | 40.86 |
| | | December | N/A | 0.00 | 1.35 | 43.10 |
| | | Subtotal | 0 | 0.00 | 11.88 | 425.09 |

Z Series

DOT_0047232

| | | | | | |
|---|---|---|---|---|---|
| | AREA TOTAL | January | 1,128,396,045 | 16.40 | 4.53 | 296.51 |
| | | February | 1,100,843,644 | 16.50 | 4.36 | 279.47 |
| | | March | 1,263,653,285 | 15.90 | 4.53 | 332.70 |
| | | April | 1,311,243,795 | 15.70 | 4.37 | 333.56 |
| | | May | 1,380,124,797 | 15.40 | 4.34 | 340.68 |
| | | June | 1,412,686,725 | 15.30 | 4.19 | 308.11 |
| | | July | 1,392,648,615 | 15.40 | 4.11 | 286.89 |
| | | August | 1,393,900,997 | 15.40 | 4.12 | 285.33 |
| | | September | 1,381,377,178 | 15.40 | 4.06 | 297.62 |
| | | October | 1,386,386,706 | 15.40 | 4.29 | 319.67 |
| | | November | 1,301,224,740 | 15.80 | 4.51 | 334.54 |
| | | December | 1,284,943,776 | 15.80 | 4.61 | 326.56 |
| | | **Subtotal** | **15,737,430,303** | **15.70** | **52.00** | **3741.65** |
| WESTCHESTER | Urban Restricted Access | January | 343,428,476 | 48.70 | 0.51 | 30.64 |
| | | February | 335,042,875 | 49.30 | 0.50 | 29.19 |
| | | March | 384,594,154 | 45.80 | 0.58 | 36.02 |
| | | April | 399,078,374 | 44.70 | 0.61 | 37.50 |
| | | May | 420,042,376 | 43.00 | 0.65 | 39.01 |
| | | June | 429,952,632 | 42.10 | 0.67 | 35.99 |
| | | July | 423,854,013 | 42.70 | 0.66 | 33.03 |
| | | August | 424,235,177 | 42.60 | 0.66 | 33.14 |
| | | September | 420,423,540 | 42.90 | 0.65 | 34.37 |
| | | October | 421,948,195 | 42.80 | 0.65 | 35.86 |
| | | November | 396,029,064 | 45.00 | 0.61 | 37.05 |
| | | December | 391,073,937 | 45.40 | 0.60 | 35.88 |
| | | Subtotal | 4,789,702,813 | 44.30 | 7.35 | 417.68 |
| | Urban Unrestricted Access | January | 262,158,393 | 14.20 | 0.68 | 58.53 |
| | | February | 255,757,189 | 14.30 | 0.66 | 55.91 |
| | | March | 293,582,484 | 13.90 | 0.77 | 67.25 |
| | | April | 304,639,109 | 13.80 | 0.80 | 69.32 |
| | | May | 320,642,118 | 13.70 | 0.85 | 71.01 |
| | | June | 328,207,177 | 13.60 | 0.87 | 64.82 |
| | | July | 323,551,757 | 13.60 | 0.85 | 60.18 |
| | | August | 323,842,720 | 13.60 | 0.86 | 60.17 |
| | | September | 320,933,082 | 13.70 | 0.85 | 62.92 |
| | | October | 322,096,937 | 13.70 | 0.85 | 65.55 |
| | | November | 302,311,398 | 13.80 | 0.79 | 68.77 |
| | | December | 298,528,869 | 13.90 | 0.78 | 66.87 |
| | | Subtotal | 3,656,251,233 | 13.80 | 9.59 | 771.28 |
| | Rural Unrestricted Access | January | 295,253 | 33.90 | 0.00 | 0.00 |
| | | February | 288,043 | 34.00 | 0.00 | 0.00 |
| | | March | 330,644 | 32.90 | 0.00 | 0.00 |
| | | April | 343,096 | 32.60 | 0.00 | 0.00 |
| | | May | 361,119 | 32.10 | 0.00 | 0.00 |
| | | June | 369,639 | 31.90 | 0.00 | 0.00 |
| | | July | 364,396 | 32.00 | 0.00 | 0.00 |
| | | August | 364,724 | 32.00 | 0.00 | 0.00 |
| | | September | 361,447 | 32.10 | 0.00 | 0.00 |
| | | October | 362,758 | 32.10 | 0.00 | 0.00 |
| | | November | 340,475 | 32.70 | 0.00 | 0.00 |
| | | December | 336,215 | 32.80 | 0.00 | 0.00 |
| | | Subtotal | 4,117,809 | 32.50 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 0.97 | 27.62 |
| | | February | N/A | 0.00 | 0.95 | 27.20 |
| | | March | N/A | 0.00 | 0.69 | 26.45 |
| | | April | N/A | 0.00 | 0.51 | 23.85 |
| | | May | N/A | 0.00 | 0.40 | 21.74 |
| | | June | N/A | 0.00 | 0.29 | 17.36 |
| | | July | N/A | 0.00 | 0.29 | 17.17 |
| | | August | N/A | 0.00 | 0.29 | 17.09 |
| | | September | N/A | 0.00 | 0.29 | 17.90 |
| | | October | N/A | 0.00 | 0.40 | 21.60 |
| | | November | N/A | 0.00 | 0.65 | 26.10 |
| | | December | N/A | 0.00 | 0.75 | 27.23 |
| | | Subtotal | 0 | 0.00 | 6.48 | 271.31 |

Z Series

| | | | | | |
|---|---|---|---|---|---|
| | **AREA TOTAL** | January | 605,882,122 | 23.70 | 2.15 | 116.78 |
| | | February | 591,088,108 | 23.90 | 2.10 | 112.31 |
| | | March | 678,507,282 | 23.00 | 2.04 | 129.72 |
| | | April | 704,060,579 | 22.70 | 1.92 | 130.68 |
| | | May | 741,045,614 | 22.30 | 1.90 | 131.76 |
| | | June | 758,529,449 | 22.10 | 1.83 | 118.17 |
| | | July | 747,770,166 | 22.20 | 1.80 | 110.38 |
| | | August | 748,442,621 | 22.20 | 1.81 | 110.40 |
| | | September | 741,718,069 | 22.30 | 1.79 | 115.18 |
| | | October | 744,407,890 | 22.20 | 1.91 | 123.01 |
| | | November | 698,680,937 | 22.80 | 2.05 | 131.92 |
| | | December | 689,939,020 | 22.90 | 2.13 | 129.97 |
| | | **Subtotal** | **8,450,071,857** | **22.60** | **23.42** | **1460.27** |
| ROCKLAND | Urban Restricted Access | January | 115,834,536 | 42.70 | 0.18 | 11.58 |
| | | February | 113,006,167 | 43.70 | 0.17 | 11.05 |
| | | March | 129,719,252 | 37.80 | 0.21 | 14.16 |
| | | April | 134,604,616 | 36.00 | 0.22 | 14.88 |
| | | May | 141,675,536 | 33.40 | 0.24 | 16.07 |
| | | June | 145,018,153 | 32.30 | 0.25 | 14.78 |
| | | July | 142,961,158 | 33.00 | 0.24 | 13.68 |
| | | August | 143,089,720 | 32.90 | 0.24 | 13.70 |
| | | September | 141,804,099 | 33.40 | 0.24 | 14.19 |
| | | October | 142,318,347 | 33.20 | 0.24 | 14.80 |
| | | November | 133,576,118 | 36.30 | 0.22 | 14.71 |
| | | December | 131,904,810 | 37.00 | 0.21 | 14.23 |
| | | Subtotal | 1,615,512,512 | 35.40 | 2.65 | 167.80 |
| | Urban Unrestricted Access | January | 116,502,666 | 13.50 | 0.31 | 27.33 |
| | | February | 113,657,983 | 13.60 | 0.30 | 26.13 |
| | | March | 130,467,469 | 13.30 | 0.35 | 31.32 |
| | | April | 135,381,011 | 13.20 | 0.36 | 32.22 |
| | | May | 142,492,716 | 13.10 | 0.38 | 33.03 |
| | | June | 145,854,614 | 13.00 | 0.39 | 30.14 |
| | | July | 143,785,754 | 13.10 | 0.39 | 27.99 |
| | | August | 143,915,058 | 13.10 | 0.39 | 27.99 |
| | | September | 142,622,020 | 13.10 | 0.38 | 29.26 |
| | | October | 143,139,235 | 13.10 | 0.38 | 30.51 |
| | | November | 134,346,581 | 13.20 | 0.36 | 31.97 |
| | | December | 132,665,633 | 13.30 | 0.35 | 31.10 |
| | | Subtotal | 1,624,830,740 | 13.20 | 4.33 | 358.99 |
| | Rural Unrestricted Access | January | 0 | 0.00 | 0.00 | 0.00 |
| | | February | 0 | 0.00 | 0.00 | 0.00 |
| | | March | 0 | 0.00 | 0.00 | 0.00 |
| | | April | 0 | 0.00 | 0.00 | 0.00 |
| | | May | 0 | 0.00 | 0.00 | 0.00 |
| | | June | 0 | 0.00 | 0.00 | 0.00 |
| | | July | 0 | 0.00 | 0.00 | 0.00 |
| | | August | 0 | 0.00 | 0.00 | 0.00 |
| | | September | 0 | 0.00 | 0.00 | 0.00 |
| | | October | 0 | 0.00 | 0.00 | 0.00 |
| | | November | 0 | 0.00 | 0.00 | 0.00 |
| | | December | 0 | 0.00 | 0.00 | 0.00 |
| | | Subtotal | 0 | 0.00 | 0.00 | 0.00 |
| | Off-Network | January | N/A | 0.00 | 0.32 | 9.02 |
| | | February | N/A | 0.00 | 0.31 | 8.88 |
| | | March | N/A | 0.00 | 0.23 | 8.63 |
| | | April | N/A | 0.00 | 0.17 | 7.77 |
| | | May | N/A | 0.00 | 0.13 | 7.08 |
| | | June | N/A | 0.00 | 0.10 | 5.64 |
| | | July | N/A | 0.00 | 0.10 | 5.59 |
| | | August | N/A | 0.00 | 0.10 | 5.56 |
| | | September | N/A | 0.00 | 0.10 | 5.82 |
| | | October | N/A | 0.00 | 0.13 | 7.04 |
| | | November | N/A | 0.00 | 0.22 | 8.51 |
| | | December | N/A | 0.00 | 0.25 | 8.89 |
| | | Subtotal | 0 | 0.00 | 2.14 | 88.42 |

Z Series

| | | | | | |
|---|---|---|---|---|---|
| | AREA TOTAL | January | 232,337,201 | 20.50 | 0.81 | 47.93 |
| | | February | 226,664,151 | 20.70 | 0.79 | 46.05 |
| | | March | 260,186,721 | 19.60 | 0.78 | 54.11 |
| | | April | 269,985,627 | 19.30 | 0.75 | 54.87 |
| | | May | 284,168,253 | 18.80 | 0.75 | 56.18 |
| | | June | 290,872,767 | 18.50 | 0.73 | 50.55 |
| | | July | 286,746,912 | 18.70 | 0.72 | 47.26 |
| | | August | 287,004,778 | 18.70 | 0.72 | 47.25 |
| | | September | 284,426,119 | 18.80 | 0.72 | 49.27 |
| | | October | 285,457,582 | 18.70 | 0.76 | 52.34 |
| | | November | 267,922,699 | 19.40 | 0.79 | 55.19 |
| | | December | 264,570,442 | 19.50 | 0.82 | 54.22 |
| | | **Subtotal** | **3,240,343,252** | **19.20** | **9.13** | **615.20** |
| PUTNAM | Urban Restricted Access | January | 33,129,790 | 61.40 | 0.05 | 3.00 |
| | | February | 32,320,849 | 61.80 | 0.05 | 2.89 |
| | | March | 37,100,952 | 59.70 | 0.06 | 3.49 |
| | | April | 38,498,213 | 58.90 | 0.06 | 3.51 |
| | | May | 40,520,564 | 57.70 | 0.06 | 3.56 |
| | | June | 41,476,584 | 57.10 | 0.06 | 3.30 |
| | | July | 40,888,264 | 57.40 | 0.06 | 3.06 |
| | | August | 40,925,034 | 57.40 | 0.06 | 3.02 |
| | | September | 40,557,334 | 57.70 | 0.06 | 3.11 |
| | | October | 40,704,414 | 57.60 | 0.06 | 3.25 |
| | | November | 38,204,053 | 59.10 | 0.06 | 3.43 |
| | | December | 37,726,042 | 59.30 | 0.06 | 3.37 |
| | | Subtotal | 462,052,093 | 58.60 | 0.70 | 38.97 |
| | Urban Unrestricted Access | January | 31,507,090 | 34.90 | 0.06 | 3.67 |
| | | February | 30,737,771 | 35.10 | 0.06 | 3.53 |
| | | March | 35,283,744 | 34.00 | 0.06 | 4.34 |
| | | April | 36,612,567 | 33.70 | 0.07 | 4.40 |
| | | May | 38,535,863 | 33.20 | 0.07 | 4.53 |
| | | June | 39,445,058 | 33.00 | 0.07 | 4.19 |
| | | July | 38,885,553 | 33.10 | 0.07 | 3.89 |
| | | August | 38,920,522 | 33.10 | 0.07 | 3.83 |
| | | September | 38,570,832 | 33.20 | 0.07 | 3.98 |
| | | October | 38,710,708 | 33.20 | 0.07 | 4.17 |
| | | November | 36,332,815 | 33.80 | 0.07 | 4.30 |
| | | December | 35,878,217 | 33.90 | 0.07 | 4.22 |
| | | Subtotal | 439,420,740 | 33.60 | 0.81 | 49.05 |
| | Rural Unrestricted Access | January | 10,999,795 | 38.30 | 0.02 | 1.19 |
| | | February | 10,731,209 | 38.50 | 0.02 | 1.14 |
| | | March | 12,318,305 | 37.10 | 0.02 | 1.43 |
| | | April | 12,782,225 | 36.70 | 0.02 | 1.44 |
| | | May | 13,453,689 | 36.00 | 0.03 | 1.49 |
| | | June | 13,771,108 | 35.70 | 0.03 | 1.38 |
| | | July | 13,575,773 | 35.90 | 0.03 | 1.28 |
| | | August | 13,587,982 | 35.90 | 0.03 | 1.26 |
| | | September | 13,465,897 | 36.00 | 0.03 | 1.31 |
| | | October | 13,514,731 | 36.00 | 0.03 | 1.37 |
| | | November | 12,684,558 | 36.80 | 0.02 | 1.41 |
| | | December | 12,525,848 | 36.90 | 0.02 | 1.38 |
| | | Subtotal | 153,411,120 | 36.60 | 0.28 | 16.07 |
| | Off-Network | January | N/A | 0.00 | 0.14 | 3.79 |
| | | February | N/A | 0.00 | 0.14 | 3.68 |
| | | March | N/A | 0.00 | 0.09 | 3.47 |
| | | April | N/A | 0.00 | 0.07 | 3.16 |
| | | May | N/A | 0.00 | 0.05 | 2.90 |
| | | June | N/A | 0.00 | 0.04 | 2.36 |
| | | July | N/A | 0.00 | 0.04 | 2.38 |
| | | August | N/A | 0.00 | 0.04 | 2.36 |
| | | September | N/A | 0.00 | 0.04 | 2.45 |
| | | October | N/A | 0.00 | 0.05 | 2.92 |
| | | November | N/A | 0.00 | 0.09 | 3.50 |
| | | December | N/A | 0.00 | 0.10 | 3.63 |
| | | Subtotal | 0 | 0.00 | 0.89 | 36.60 |

Z Series

| | | | | | |
|---|---|---|---|---|---|
| AREA TOTAL | | January | 75,919,556 | 43.80 | 0.27 | 11.68 |
| | | February | 74,065,804 | 44.00 | 0.26 | 11.27 |
| | | March | 85,019,791 | 42.60 | 0.23 | 12.76 |
| | | April | 88,221,725 | 42.10 | 0.22 | 12.53 |
| | | May | 92,856,105 | 41.40 | 0.21 | 12.51 |
| | | June | 95,046,902 | 41.10 | 0.20 | 11.25 |
| | | July | 93,698,719 | 41.30 | 0.20 | 10.63 |
| | | August | 93,782,980 | 41.30 | 0.20 | 10.48 |
| | | September | 92,940,366 | 41.40 | 0.20 | 10.88 |
| | | October | 93,277,412 | 41.40 | 0.21 | 11.75 |
| | | November | 87,547,634 | 42.20 | 0.24 | 12.67 |
| | | December | 86,452,235 | 42.40 | 0.25 | 12.64 |
| | | **Subtotal** | **1,058,829,229** | **42.00** | **2.69** | **141.05** |
| REGIONAL | | January | 4,420,343,699 | 17.90 | 15.93 | 946.83 |
| | | February | 4,312,410,776 | 18.00 | 15.62 | 899.80 |
| | | March | 4,950,196,216 | 17.10 | 15.57 | 1059.67 |
| | | April | 5,136,625,805 | 16.80 | 14.86 | 1063.37 |
| | | May | 5,406,458,108 | 16.30 | 14.75 | 1084.85 |
| | | June | 5,534,015,196 | 16.10 | 14.31 | 981.57 |
| | | July | 5,455,518,525 | 16.20 | 14.09 | 916.98 |
| | | August | 5,460,424,567 | 16.20 | 14.12 | 913.34 |
| | | September | 5,411,364,148 | 16.30 | 13.90 | 951.61 |
| | | October | 5,430,988,315 | 16.30 | 14.66 | 1015.75 |
| | | November | 5,097,377,470 | 16.80 | 15.56 | 1075.13 |
| | | December | 5,033,598,926 | 16.90 | 16.04 | 1054.24 |
| | | **Subtotal** | **61,649,321,751** | **16.70** | **179.40** | **11963.15** |

Z Series

DOT_0047236

# A Transportation Conformity Determination for the Federal Fiscal Years (FFYs) 2023-2027 Transportation Improvement Program. . .

## And the Current FFYs 2022-2050 Regional Transportation Plan, as amended

THE NEW YORK METROPOLITAN TRANSPORTATION COUNCIL (NYMTC) HAS DETERMINED THAT ITS FFYs 2023-2027 TRANSPORTATION IMPROVEMENT PROGRAM (TIP) AND FFYs 2022–2050 REGIONAL TRANSPORTATION PLAN (PLAN), AS AMENDED, CONFORM TO THE MOTOR VEHICLE EMISSIONS BUDGETS OF NEW YORK'S STATE IMPLEMENTATION PLAN (SIP) FOR AIR QUALITY. THE FOLLOWING SUMMARY OUTLINES PERTINENT INFORMATION ABOUT THIS DETERMINATION AND THE REGULATORY REQUIREMENTS UNDER WHICH IT WAS DEVELOPED.

## Purpose & Background

The Transportation Conformity process is intended to ensure that motor vehicle emissions budgets established in the SIP are not exceeded by the transportation investments which NYMTC has programmed in its TIP and in the fiscally-constrained portion of the Plan.  As a regional council which is the federally-required metropolitan planning organization for New York City, Long Island and the lower Hudson Valley, NYMTC's members are responsible for enabling federal funding for transportation improvements by selecting projects for programming.

The Clean Air Act Amendments of 1990 (CAAA) require that the United States Environmental Protection Agency (USEPA) establish National Ambient Air Quality Standards which set the maximum allowable concentrations for specific air pollutants that are detrimental to human health.  Areas not currently meeting these standards are non-attainment areas.  Areas that currently meet the standards, but have not in the past, are maintenance areas.

This Transportation Conformity Determination addresses all non-attainment and maintenance areas that fall in whole or in part within the NYMTC planning area, including:

> • The New York-Northern New Jersey-Long Island, NY-NJ-CT Ozone Nonattainment Area, which includes all NYMTC counties and boroughs except for Putnam County;
> • The Poughkeepsie Ozone Nonattainment Area (PONA), which includes Dutchess, Orange and Putnam counties; and
> • The New York-Northern New Jersey-Long Island, NY-NJ-CT PM$_{2.5}$ Maintenance Area, which includes all NYMTC counties and boroughs except Putnam County, as well as Orange County.

## The SIP

The SIP demonstrates how non-attainment areas will improve their air quality and meet the air quality standards.  The SIP establishes on-road motor vehicle emissions budgets, or limits, that are used in conformity determinations.  The SIP also establishes criteria and procedures for assessing the conformity of transportation plans, programs, and projects which are developed, funded, or approved by the United States Department of Transportation (USDOT), and by MPOs or other recipients of funds under Title 23 U.S.C. or the Federal Transit Laws (49 U.S.C. Chapter 53).

NYMTC must demonstrate that its Plan and TIP conform to the state's air quality goals in the SIP. Specifically, NYMTC must demonstrate that its Plan and TIP will not:

DOT_0047237

- Cause new air quality violations in specific future milestone years;

- Worsen any existing violations; or

- Delay timely attainment of air quality standards.

## NYMTC's Analysis

To demonstrate conformity with the SIP's motor vehicle emissions budgets, NYMTC performed a regional emissions analysis of transportation projects in the proposed FFYs 2023-2027 TIP and the fiscally-constrained portion of the Plan. To do this, the New York Best Practice Model (NYBPM) was first used to forecast future travel.  The NYBPM is a transportation simulation model which forecasts future travel based on planning assumptions about future land use, socio-economic trends, and future transportation networks, policies and services.  Transportation projects that are not specifically exempted by the CAAA and are in the TIP and the fiscally-constrained portion of Plan were included in this analysis.

NYMTC then used the USEPA's Motor Vehicle Emissions Simulator (MOVES 3) to forecast motor vehicle emissions based on the NYBPM travel forecasts.  The emissions forecasts were then compared to the motor vehicle emissions budgets in the SIP.  To demonstrate conformity, NYMTC must show that the emissions forecasts are no greater than the emissions budgets established in the SIP.

## The Results

The forecasted motor vehicle emissions of the two ozone precursor gases -- NOx and VOC -- for the portion of the NYMTC planning area in the New York Metropolitan Ozone Non-Attainment Area are below the motor vehicle emissions budgets in the SIP for these precursor gases in each future milestone year.  In the SIP, motor vehicle emissions budgets for these gases are based on daily emissions. As indicated in the following graphs, the nine affected NYMTC counties/boroughs, taken together, are forecast to meet both the NOx and VOC budget tests for each of the required analysis years.

DOT_0047238





The forecasted motor vehicle emissions of $PM_{2.5}$ and its precursor gas – NOx -- for the portion of the NYMTC planning area in the Fine Particulate Matter Maintenance Area are both below the motor vehicle

DOT_0047239

emissions budgets in the SIP for each forecasted milestone year. In the SIP, motor vehicle emissions budgets are based on annual emissions of direct PM2.5 and NOx. As indicated in the following graphs, the combined Orange County Transportation Council (OCTC) and NYMTC emissions analyses demonstrate that emissions forecasts do not exceed emissions budgets for annual direct PM2.5 and NOx in each required analysis year.



DOT_0047240



## Statement of Conformity

NYMTC's proposed FFYs 2023-2027 TIP and FFYs 2022-2050 Plan, as amended, support and comply with the applicable New York SIP for Ozone and $PM_{2.5}$ in the relevant non-attainment and maintenance areas. This Transportation Conformity Determination demonstrates the consistency of these programs with the intent of the Clean Air Act Amendments of 1990 and the state and federal transportation conformity regulations. This Transportation Conformity Determination is made in accordance with the criteria and procedures of 40 CFR § 93.106 and 40 CFR § 93.109 - 93.119, and 6 NYCRR § 240-2 and 6 NYCRR § 240-3.1.

DOT_0047241

**From:** "Puppala, Sandeep (DOT-CONSULTANT)" <Sandeep.Puppala@dot.ny.gov>
**To:** "Maglienti, Mark (DOT)" <Mark.Maglienti@dot.ny.gov>, "AIYEDUN, AFOLABI T (DOT)" <AFOLABI.AIYEDUN@dot.ny.gov>
**Cc:** "Afshar, Ali (DOT-CONSULTANT)" <Ali.Afshar@dot.ny.gov>, "Han, Husong (DOT)" <Husong.Han@dot.ny.gov>
**Subject:** MOVES Run Specs for Z Series
**Date:** Mon, 08 Apr 2024 17:17:24 +0000
**Importance:** Normal
**Attachments:** 2025Z_Annual_PM2.5_Runspecs.zip; 2025Z_Summer_VOC_Runspecs.zip; 2050Z_Annual_PM2.5_Runspecs.zip; 2050Z_Summer_VOC_Runspecs.zip

---

Hi Mark, Fola,

Attached are the MOVES Run Specs from Z series conformity.

In addition, below is the table summarizing the contents of the Run Specs for clarification.

### PPS-AQ Run Spec for Conformity Analysis

| # | Scenario | Month | County | Pollutant | Unit of Output | Time Aggregation Level |
|---|----------|-------|--------|-----------|----------------|------------------------|
| 1 | Summer Daily NOx & VOC (10 Counties) | July (only) | New York<br>Queens<br>Bronx<br>Kings<br>Richmond<br>Nassau<br>Suffolk<br>Westchester<br>Rockland<br>*Putnam* | 1. Oxides of Nitrogen (NOX);<br><br>2. Volatile Organic Compounds(VOC);<br><br>3. Total Energy Consumption; | Tons/Day | Season |
| 2 | Annual NOx & PM2.5 (10 Counties, 12 months) | January, February, March, April, May, June, July, August, September, October, November, December | New York<br>Queens<br>Bronx<br>Kings<br>Richmond<br>Nassau<br>Suffolk<br>Westchester<br>Rockland<br>*Putnam* | 1. Oxides of Nitrogen (NOX);<br><br>2. Primary Exhaust PM2.5 - Total including: Primary Exhaust - Total, Primary PM2.5 Breakwear Particles, Primary PM2.5 Tirewear Particulate;<br><br>3. Total Energy Consumption; | Tons/Annual | Annual |

*Putnam*    Total pollutants are reported for 9 Counties and Putnam is reported separately.

Thanks
Sandeep

DOT_0047242

**From:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**To:** "Crim, Stephen" <stephen.crim@mtabt.org>, "Pavlik, Monica (FHWA)"
<Monica.Pavlik@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Cc:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Angel, Nichola"
<nangel@mtabt.org>, "Oliva, Louis" <LOLIVA@mtahq.org>, "Friman, Paul"
<pfriman@mtabt.org>, "Michaelson, Juliette" <JMichaelson@mtahq.org>, "Flax, Leah"
<Leah.Flax@mtacd.org>, Elizabeth Knauer <eknauer@sprlaw.com>, "Mark Chertok"
<mchertok@sprlaw.com>, "Timoney, Caitlin" <Caitlin.Timoney@hdrinc.com>, "Tiernan,
Christine" <Christine.Tiernan@wsp.com>, Julie Cowing <jcowing@akrf.com>, "Doliner,
Katie R." <Katie.Doliner@wsp.com>, "Schneider, Josh" <JSchneider@mtabt.org>, "Vaughn-
Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>, "Biondi, Emily (FHWA)"
<Emily.Biondi@dot.gov>
**Subject:** RE: Status of Additional Text on Mitigation Siting
**Date:** Wed, 10 Apr 2024 10:36:26 +0000
**Importance:** Normal

---

Thank you Stephen.

---

**From:** Crim, Stephen <stephen.crim@mtabt.org>
**Sent:** Tuesday, April 9, 2024 8:12 PM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Price, Anna
(FHWA) <anna.price@dot.gov>
**Cc:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Angel, Nichola <nangel@mtabt.org>; Oliva, Louis
<LOLIVA@mtahq.org>; Friman, Paul <pfriman@mtabt.org>; Michaelson, Juliette <JMichaelson@mtahq.org>; Flax, Leah
<Leah.Flax@mtacd.org>; Elizabeth Knauer <eknauer@sprlaw.com>; Mark Chertok <mchertok@sprlaw.com>; Timoney,
Caitlin <Caitlin.Timoney@hdrinc.com>; Tiernan, Christine <Christine.Tiernan@wsp.com>; Julie Cowing
<jcowing@akrf.com>; Doliner, Katie R. <Katie.Doliner@wsp.com>; Schneider, Josh <JSchneider@mtabt.org>
**Subject:** Status of Additional Text on Mitigation Siting

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links
or open attachments unless you recognize the sender and know the content is safe.

Dear Rick, Monica, and Anna:

I want to let you know that we will provide you with more detailed text describing the siting of place-based mitigation
tomorrow, Wednesday, 04/10/24, before noon Eastern. Thanks for your patience as we complete our internal review.

Best,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7045
C: 347-918-6351
E: stephen.crim@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is
intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is

prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Crim, Stephen" <stephen.crim@mtabt.org>
**To:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>, "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Cc:** "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>, "Biondi, Emily (FHWA)" <Emily.Biondi@dot.gov>, "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Michaelson, Juliette" <JMichaelson@mtahq.org>, "Angel, Nichola" <nangel@mtabt.org>, "Robinson, Zulema" <ZRobinson@mtabt.org>, "Oliva, Louis" <LOLIVA@mtahq.org>, "Friman, Paul" <pfriman@mtabt.org>, Elizabeth Knauer <eknauer@sprlaw.com>, Mark Chertok <mchertok@sprlaw.com>, "Timoney, Caitlin" <Caitlin.Timoney@hdrinc.com>, "Lewis, Michael" <Michael.Lewis@hdrinc.com>, "Tiernan, Christine" <Christine.Tiernan@wsp.com>, Julie Cowing <jcowing@akrf.com>, "Doliner, Katie R." <Katie.Doliner@wsp.com>, "Schneider, Josh" <JSchneider@mtabt.org>
**Subject:** CBDTP Re-Evaluation Document for Review
**Date:** Fri, 12 Apr 2024 18:21:34 +0000
**Importance:** Normal

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Rick, Monica, and Anna:

Good afternoon. Our re-evaluation document is now ready for your review.

We have updated the shared folder (FHWA Review) with a new sub-folder (Draft Reeval - 04-12-24). There, you will find three files:

1. Combined CBDTP Reeval DFT FOR FHWA v1 04-12-24.docx – the main draft re-evaluation document
2. CBDTP Reevaluation Appendices DFT for FHWA v1 041224.pdf – the draft appendices to support the draft re-evaluation document
3. CBDTP Reeval - AQ Tech Memo for FHWA DFT v6 04-12-24.docx – the draft air quality technical memo developed to support review of the draft re-evaluation document

We look forward to receiving your full review no later than 05/12/24, though we welcome any comments and questions before then, as well. In the meantime, have a good weekend.

Best,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7045
C: 347-918-6351
E: stephen.crim@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**To:** "Crim, Stephen" <stephen.crim@mtabt.org>, "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Cc:** "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>, "Biondi, Emily (FHWA)" <Emily.Biondi@dot.gov>, "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Michaelson, Juliette" <JMichaelson@mtahq.org>, "Angel, Nichola" <nangel@mtabt.org>, "Robinson, Zulema" <ZRobinson@mtabt.org>, "Oliva, Louis" <LOLIVA@mtahq.org>, "Friman, Paul" <pfriman@mtabt.org>, Elizabeth Knauer <eknauer@sprlaw.com>, "Mark Chertok" <mchertok@sprlaw.com>, "Timoney, Caitlin" <Caitlin.Timoney@hdrinc.com>, "Lewis, Michael" <Michael.Lewis@hdrinc.com>, "Tiernan, Christine" <Christine.Tiernan@wsp.com>, Julie Cowing <jcowing@akrf.com>, "Doliner, Katie R." <Katie.Doliner@wsp.com>, "Schneider, Josh" <JSchneider@mtabt.org>
**Subject:** RE: CBDTP Re-Evaluation Document for Review
**Date:** Fri, 12 Apr 2024 18:23:19 +0000
**Importance:** Normal

---

Thank you, Stephen.

Monica Pavlik

Acting South Dakota Deputy Division Administrator
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

---

**From:** Crim, Stephen <stephen.crim@mtabt.org>
**Sent:** Friday, April 12, 2024 12:22 PM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>; Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>; C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Michaelson, Juliette <JMichaelson@mtahq.org>; Angel, Nichola <nangel@mtabt.org>; Robinson, Zulema <ZRobinson@mtabt.org>; Oliva, Louis <LOLIVA@mtahq.org>; Friman, Paul <pfriman@mtabt.org>; Elizabeth Knauer <eknauer@sprlaw.com>; Mark Chertok <mchertok@sprlaw.com>; Timoney, Caitlin <Caitlin.Timoney@hdrinc.com>; Lewis, Michael <Michael.Lewis@hdrinc.com>; Tiernan, Christine <Christine.Tiernan@wsp.com>; Julie Cowing <jcowing@akrf.com>; Doliner, Katie R. <Katie.Doliner@wsp.com>; Schneider, Josh <JSchneider@mtabt.org>
**Subject:** CBDTP Re-Evaluation Document for Review

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Rick, Monica, and Anna:

Good afternoon. Our re-evaluation document is now ready for your review.

We have updated the shared folder (FHWA Review) with a new sub-folder (Draft Reeval - 04-12-24). There, you will find three files:

1. Combined CBDTP Reeval DFT FOR FHWA v1 04-12-24.docx – the main draft re-evaluation document
2. CBDTP Reevaluation Appendices DFT for FHWA v1 041224.pdf – the draft appendices to support the draft re-evaluation document

3. CBDTP Reeval - AQ Tech Memo for FHWA DFT v2024-12-24.docx – the draft air quality technical memo developed to support review of the draft re-evaluation document

We look forward to receiving your full review no later than 05/12/24, though we welcome any comments and questions before then, as well. In the meantime, have a good weekend.

Best,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7045
C: 347-918-6351
E: stephen.crim@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047247

**From:** "Crim, Stephen" <stephen.crim@mtabt.org>
**To:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Marquis, Rick (FHWA)"
<Rick.Marquis@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Cc:** "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>, "Biondi, Emily (FHWA)"
<Emily.Biondi@dot.gov>, "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>,
"Michaelson, Juliette" <JMichaelson@mtahq.org>, "Angel, Nichola" <nangel@mtabt.org>,
"Robinson, Zulema" <ZRobinson@mtabt.org>, "Oliva, Louis" <LOLIVA@mtahq.org>,
"Friman, Paul" <pfriman@mtabt.org>, Elizabeth Knauer <eknauer@sprlaw.com>, Mark
Chertok <mchertok@sprlaw.com>
**Subject:** RE: CBDTP Re-Evaluation Document for Review
**Date:** Fri, 12 Apr 2024 18:45:48 +0000
**Importance:** Normal

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear All:

Our apologies, but there is a technical issue with the links we just shared. We will correct this issue and we will send again later today.

Best,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
E: stephen.crim@mtabt.org

---

**From:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>
**Sent:** Friday, April 12, 2024 2:23 PM
**To:** Crim, Stephen <stephen.crim@mtabt.org>; Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>; Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>; C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Michaelson, Juliette <JMichaelson@mtahq.org>; Angel, Nichola <nangel@mtabt.org>; Robinson, Zulema <ZRobinson@mtabt.org>; Oliva, Louis <LOLIVA@mtahq.org>; Friman, Paul <pfriman@mtabt.org>; Elizabeth Knauer <eknauer@sprlaw.com>; Mark Chertok <mchertok@sprlaw.com>; Timoney, Caitlin <Caitlin.Timoney@hdrinc.com>; Lewis, Michael <Michael.Lewis@hdrinc.com>; Tiernan, Christine <Christine.Tiernan@wsp.com>; Julie Cowing <jcowing@akrf.com>; Doliner, Katie R. <Katie.Doliner@wsp.com>; Schneider, Josh <JSchneider@mtabt.org>
**Subject:** RE: CBDTP Re-Evaluation Document for Review

Thank you, Stephen.

Monica Pavlik

Acting South Dakota Deputy Division Administrator
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

DOT_0047248

**From:** Crim, Stephen <stephen.crim@mtabt.org>
**Sent:** Friday, April 12, 2024 12:22 PM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>; Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>; C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Michaelson, Juliette <JMichaelson@mtahq.org>; Angel, Nichola <nangel@mtabt.org>; Robinson, Zulema <ZRobinson@mtabt.org>; Oliva, Louis <LOLIVA@mtahq.org>; Friman, Paul <pfriman@mtabt.org>; Elizabeth Knauer <eknauer@sprlaw.com>; Mark Chertok <mchertok@sprlaw.com>; Timoney, Caitlin <Caitlin.Timoney@hdrinc.com>; Lewis, Michael <Michael.Lewis@hdrinc.com>; Tiernan, Christine <Christine.Tiernan@wsp.com>; Julie Cowing <jcowing@akrf.com>; Doliner, Katie R. <Katie.Doliner@wsp.com>; Schneider, Josh <JSchneider@mtabt.org>
**Subject:** CBDTP Re-Evaluation Document for Review

CAUTION: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Rick, Monica, and Anna:

Good afternoon. Our re-evaluation document is now ready for your review.

We have updated the shared folder (FHWA Review) with a new sub-folder (Draft Reeval - 04-12-24). There, you will find three files:

1. Combined CBDTP Reeval DFT FOR FHWA v1 04-12-24.docx – the main draft re-evaluation document
2. CBDTP Reevaluation Appendices DFT for FHWA v1 041224.pdf – the draft appendices to support the draft re-evaluation document
3. CBDTP Reeval - AQ Tech Memo for FHWA DFT v6 04-12-24.docx – the draft air quality technical memo developed to support review of the draft re-evaluation document

We look forward to receiving your full review no later than 05/12/24, though we welcome any comments and questions before then, as well. In the meantime, have a good weekend.

Best,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7045
C: 347-918-6351
E: stephen.crim@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047249

**From:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**To:** "Crim, Stephen" <stephen.crim@mtabt.org>
**Subject:** RE: CBDTP Re-Evaluation Document for Review
**Date:** Fri, 12 Apr 2024 18:52:12 +0000
**Importance:** Normal

---

Stephen,

I was able to download the documents. Are they the correct documents?

Monica Pavlik

Acting South Dakota Deputy Division Administrator
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

---

**From:** Crim, Stephen <stephen.crim@mtabt.org>
**Sent:** Friday, April 12, 2024 12:46 PM
**To:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>; Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>; C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Michaelson, Juliette <JMichaelson@mtahq.org>; Angel, Nichola <nangel@mtabt.org>; Robinson, Zulema <ZRobinson@mtabt.org>; Oliva, Louis <LOLIVA@mtahq.org>; Friman, Paul <pfriman@mtabt.org>; Elizabeth Knauer <eknauer@sprlaw.com>; Mark Chertok <mchertok@sprlaw.com>
**Subject:** RE: CBDTP Re-Evaluation Document for Review

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear All:

Our apologies, but there is a technical issue with the links we just shared. We will correct this issue and we will send again later today.

Best,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
E: stephen.crim@mtabt.org

---

**From:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>
**Sent:** Friday, April 12, 2024 2:23 PM
**To:** Crim, Stephen <stephen.crim@mtabt.org>; Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>; Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>; C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Michaelson, Juliette <JMichaelson@mtahq.org>; Angel, Nichola <nangel@mtabt.org>; Robinson, Zulema <ZRobinson@mtabt.org>; Oliva, Louis <LOLIVA@mtahq.org>; Friman, Paul <pfriman@mtabt.org>; Elizabeth Knauer <eknauer@sprlaw.com>; Mark Chertok <mchertok@sprlaw.com>; Timoney, Caitlin <Caitlin.Timoney@hdrinc.com>; Lewis, Michael <Michael.Lewis@hdrinc.com>; Tiernan, Christine

DOT_0047250

<Christine.Tiernan@wsp.com>; Julie Cowing <jcowing@akrf.com>; Doliner, Katie R. <Katie.Doliner@wsp.com>;
Schneider, Josh <JSchneider@mtabt.org>
**Subject:** RE: CBDTP Re-Evaluation Document for Review

Thank you, Stephen.

Monica Pavlik

Acting South Dakota Deputy Division Administrator
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

**From:** Crim, Stephen <stephen.crim@mtabt.org>
**Sent:** Friday, April 12, 2024 12:22 PM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Price, Anna
(FHWA) <anna.price@dot.gov>
**Cc:** Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>; Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>; C. de
Cerreno, Allison <allison.cdecerreno@mtahq.org>; Michaelson, Juliette <JMichaelson@mtahq.org>; Angel, Nichola
<nangel@mtabt.org>; Robinson, Zulema <ZRobinson@mtabt.org>; Oliva, Louis <LOLIVA@mtahq.org>; Friman, Paul
<pfriman@mtabt.org>; Elizabeth Knauer <eknauer@sprlaw.com>; Mark Chertok <mchertok@sprlaw.com>; Timoney,
Caitlin <Caitlin.Timoney@hdrinc.com>; Lewis, Michael <Michael.Lewis@hdrinc.com>; Tiernan, Christine
<Christine.Tiernan@wsp.com>; Julie Cowing <jcowing@akrf.com>; Doliner, Katie R. <Katie.Doliner@wsp.com>;
Schneider, Josh <JSchneider@mtabt.org>
**Subject:** CBDTP Re-Evaluation Document for Review

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links
or open attachments unless you recognize the sender and know the content is safe.

Dear Rick, Monica, and Anna:

Good afternoon. Our re-evaluation document is now ready for your review.

We have updated the shared folder (FHWA Review) with a new sub-folder (Draft Reeval - 04-12-24). There, you will find
three files:

1. Combined CBDTP Reeval DFT FOR FHWA v1 04-12-24.docx – the main draft re-evaluation document
2. CBDTP Reevaluation Appendices DFT for FHWA v1 041224.pdf – the draft appendices to support the draft re-
   evaluation document
3. CBDTP Reeval - AQ Tech Memo for FHWA DFT v6 04-12-24.docx – the draft air quality technical memo developed
   to support review of the draft re-evaluation document

We look forward to receiving your full review no later than 05/12/24, though we welcome any comments and
questions before then, as well. In the meantime, have a good weekend.

Best,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7045
C: 347-918-6351
E: stephen.crim@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>
**To:** "rick.marquis@dot.gov" <rick.marquis@dot.gov>
**Cc:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "WCarry@dot.nyc.gov"
<WCarry@dot.nyc.gov>, "Stephanie.Winkelhake@dot.ny.gov"
<Stephanie.Winkelhake@dot.ny.gov>
**Subject:** FW: CBDTP Re-Eval Links
**Date:** Fri, 12 Apr 2024 20:37:49 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Rick,
On behalf of the agencies, we're pleased to submit the draft Re-Evaluation of the Central Business District Tolling Program (CBDTP). The document may be found at the link below.
Best,
Allison

🗀 2024-04-12 Re-Evaluation

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**To:** "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>, "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**Subject:** FW: CBDTP- EPA's final review
**Date:** Tue, 16 Apr 2024 21:39:26 +0000
**Importance:** Normal
**Inline-Images:** image001.jpg; image002.png; image003.png

---

Rick and Sharon,

This is the last record that I have from the EPA regarding the CBDTP project. I don't believe they sent anything else after this. Is that correct?

Monica Pavlik

Acting South Dakota Deputy Division Administrator
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

---

**From:** Garcia, Lisa <Garcia.Lisa@epa.gov>
**Sent:** Wednesday, March 15, 2023 5:27 PM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Cc:** Nick Choubah <nick.choubah@dot.ny.gov>; allison.cdecerreno@mtahq.org; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; wcarry@dot.nyc.gov; Glenn, Olivia <Glenn.Olivia@epa.gov>; Mugdan, Walter <Mugdan.Walter@epa.gov>
**Subject:** CBDTP- EPA's final review

> **CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Rick,

EPA appreciates our continued collaborative efforts toward the publication for public notice of a Final EA on the Central Business District Tolling Program (CBDTP). We have reviewed the updated Administrative Draft provided to us on March 1, and acknowledge the improvements throughout the NEPA process, specifically to address potential impacts of the proposed action on communities with environmental justice concerns, including:

- Inclusion of the EJ Technical Memorandum,
- Improved clarity regarding mitigation commitments to address disproportionately high and adverse impacts both within and outside the Central Business District,
- Additional low-income driver mitigation,
- Placed-based mitigation to respond to the potential public health impacts in neighborhoods that may experience an increase in vehicular traffic, and
- Incorporating an adaptive management approach.

EPA encourages FHWA and the Project Sponsors to consider including a commitment to develop an Adaptive Management Plan (AMP) during and/or after selection of the final tolling structure by the Traffic Mobility Review Board (TMRB) to:

- Assess and evaluate the feasibility of all mitigation based on the final tolling structure,
- Determine the best way to adjust for potential impacts throughout the entire lifecycle of the final project, and
- Continue to encourage ongoing meaningful public engagement and input, especially in potentially impacted communities and areas of EJ concern.

EPA offers to remain available to assist the Lead Agency, Project Sponsors, the Technical Advisory Group and the TMRB with the overall implementation of the CBDTP and the development of an AMP (as set forth by CEQ guidelines) based on the final tolling structure.

Thank you for your efforts to publish for public notice a Final EA that will adequately meet NEPA's goals of transparency across government agencies and the public. We look forward to continuing our engagement with FHWA and the Project Sponsors. Please let me know if you have any questions.

Thank you,
Lisa F. Garcia

_____
_____

Lisa F. Garcia
Regional Administrator, U.S. EPA Region 2



U.S. Environmental Protection Agency, Region 2 Office
*NY, NJ, PR, USVI, and Eight Indian Nations*
**Office of the Regional Administrator**

290 Broadway, 26th Floor
New York, NY 10007
212.637.5000 (Office)

**From:** "Price, Anna (FHWA)" <anna.price@dot.gov>
**To:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Crim, Stephen" <stephen.crim@mtabt.org>
**Cc:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>, "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**Subject:** Tomorrow's Meeting CBDTP
**Date:** Mon, 22 Apr 2024 19:58:55 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

Good Afternoon-

At this point, FHWA does not have anything to present or discuss for our CBDTP meeting tomorrow.
We are open to canceling the meeting – if MTA is in agreement.

Thank you

Anna Price
Director, Office of Program Management

FHWA New York Division
Leo O'Brien Building
11A Clinton Ave, Suite 719
Albany, NY 12207
518-431-8858



**From:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>
**To:** "Price, Anna (FHWA)" <anna.price@dot.gov>, "Crim, Stephen" <stephen.crim@mtabt.org>
**Cc:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>, "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**Subject:** RE: Tomorrow's Meeting CBDTP
**Date:** Mon, 22 Apr 2024 20:28:36 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thank you. We will cancel.

---

**From:** Price, Anna (FHWA) <anna.price@dot.gov>
**Sent:** Monday, April 22, 2024 3:59 PM
**To:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Crim, Stephen <stephen.crim@mtabt.org>
**Cc:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>
**Subject:** Tomorrow's Meeting CBDTP

Good Afternoon-

At this point, FHWA does not have anything to present or discuss for our CBDTP meeting tomorrow.
We are open to canceling the meeting – if MTA is in agreement.

Thank you

Anna Price
Director, Office of Program Management

FHWA New York Division
Leo O'Brien Building
11A Clinton Ave, Suite 719
Albany, NY 12207
518-431-8858



Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Neerackal, George (DOT)" <George.Neerackal@dot.ny.gov>
**To:** "Maglienti, Mark (DOT)" <Mark.Maglienti@dot.ny.gov>
**Cc:** "AIYEDUN, AFOLABI T (DOT)" <AFOLABI.AIYEDUN@dot.ny.gov>, "Byrne, Mary (DOT)" <Mary.Byrne@dot.ny.gov>, "Nelson, Debra (DOT)" <Debra.Nelson@dot.ny.gov>, "Cataldo, Lisa A. (DOT)" <Lisa.Cataldo@dot.ny.gov>, "gautam.mani@dot.gov" <gautam.mani@dot.gov>, "Daniel.moser@dot.gov" <daniel.moser@dot.gov>, "Papageorgiou, Ona P (DEC)" <ona.papageorgiou@dec.ny.gov>, "Sheehan, Michael P (DEC)" <michael.sheehan@dec.ny.gov>, "Black.lily@epa.gov" <Black.lily@epa.gov>, "Tran, Hiep" <Tran.Hiep@epa.gov>, "laurita.matthew@epa.gov" <laurita.matthew@epa.gov>, "Delano, Stephanie L (DOT)" <Stephanie.Delano@dot.ny.gov>, "Kochersberger, Carl R. (DOT)" <Carl.Kochersberger@dot.ny.gov>, "Shank, Jason B (DOT)" <Jason.Shank@dot.ny.gov>, "Demarco, Albert J (DOT)" <Albert.Demarco@dot.ny.gov>
**Subject:** NYMTC Draft 2024 Transportation Conformity Determination: ICG suggested comment
**Date:** Tue, 23 Apr 2024 16:50:25 +0000
**Importance:** Normal
**Attachments:** Transportation_Conformity_Determination_Z_series_–_Final_Draft.pdf
**Inline-Images:** image002.jpg; image003.jpg

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Mark,

The Interagency Consultation Group (ICG) for air quality conformity has just one suggested comment on the draft conformity narrative at this time.

- At the end of the Section 5.2 regarding the PONA on Page 24, ICG recommend noting that because there are no new or amended non-exempt TIP projects in Putnam, Orange, and Dutchess Counties, a new conformity determination for the PONA is not required at this time.

If you have any questions, please let me know.

Thanks,
George

**George Neerackal**
Environmental Specialist 1, Environmental Science Bureau

**New York State Department of Transportation**
50 Wolf Rd, POD 4-1, Albany, NY 12232
(518) 457-9608 | George.Neerackal@dot.ny.gov
www.dot.ny.gov



---

**From:** Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Sent:** Friday, April 5, 2024 1:08 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>

DOT_0047258

**Cc:** AIYEDUN, AFOLABI T (DOT) <AFOLABI.AIYEDUN@dot.ny.gov>; Han, Husong (DOT) <Husong.Han@dot.ny.gov>;
Chiume, Mike (DOT) <Mike.Chiume@dot.ny.gov>; Byrne, Mary (DOT) <Mary.Byrne@dot.ny.gov>
**Subject:** NYMTC's CY 2024 Transportation Conformity Determination - Final Draft for Public Review

Carl/George/Jason –
NYMTC has completed it's final draft of the 2024 Transportation Conformity Determination.  We will be submitting
these documents to PFAC prior to the Staff meeting on April 18th to alert members of the beginning of the 30-day
public comment period (starting on April 24th).

Attached you'll find the following documents for ICG's internal review and comment:

1. NYMTC's CY 2024 Transportation Conformity Determination - Final Draft for Public Review
2. Appendix 2C (to be posted as a separate file for review)
3. Executive Summary (to be translated into NYTMC's 4 core languages)

Note that two public comment webinars will be held on May 2nd at 12:00 pm and 6:00 pm to present the
Determination.

Any questions or comments, please let us know.
Thank you.


**Mark Maglienti**
Associate Transportation Analyst

**New York Metropolitan Transportation Council**
25 Beaver Street, Suite 201
New York, NY 10004
(212) 383-2519
Mark.Maglienti@dot.ny.gov

**www.NYMTC.org**



**From:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**To:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**Cc:** "Price, Anna (FHWA)" <anna.price@dot.gov>, "Santiago, Damaris (FHWA)"
    <Damaris.Santiago@dot.gov>
**Subject:** CBDTP Monitoring Plan
**Date:** Fri, 26 Apr 2024 21:54:09 +0000
**Importance:** Normal

---

Rick

Table 3 in the FONSI includes their monitoring plan.

[114186 (mta.info)](114186)

Monica Pavlik

Acting South Dakota Deputy Division Administrator
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

**From:** "Crim, Stephen" <stephen.crim@mtabt.org>
**To:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>, "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Cc:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Michaelson, Juliette" <JMichaelson@mtahq.org>, "Angel, Nichola" <nangel@mtabt.org>, "Robinson, Zulema" <ZRobinson@mtabt.org>, Elizabeth Knauer <eknauer@sprlaw.com>, "Friman, Paul" <pfriman@mtabt.org>, Mark Chertok <mchertok@sprlaw.com>, "Oliva, Louis" <LOLIVA@mtahq.org>
**Subject:** Tomorrow's CBDTP Re-Evaluation Meeting
**Date:** Mon, 29 Apr 2024 14:53:47 +0000
**Importance:** Normal

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Rick, Monica, and Anna:

Good morning. We do not have agenda items for our regularly scheduled meeting with you tomorrow afternoon, 04/30/24, and we are open to canceling the meeting. Do you have agenda items on which we should meet?

Separately, we'd appreciate knowing the latest on when we can expect comments back from our 04/12/24 submission. When do you anticipate that you will be able to share those comments?

With Thanks,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7045
C: 347-918-6351
E: stephen.crim@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**To:** "Crim, Stephen" <stephen.crim@mtabt.org>, "Marquis, Rick (FHWA)"
<Rick.Marquis@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Cc:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Michaelson, Juliette"
<JMichaelson@mtahq.org>, "Angel, Nichola" <nangel@mtabt.org>, "Robinson, Zulema"
<ZRobinson@mtabt.org>, "Elizabeth Knauer" <eknauer@sprlaw.com>, "Friman, Paul"
<pfriman@mtabt.org>, "Mark Chertok" <mchertok@sprlaw.com>, "Oliva, Louis"
<LOLIVA@mtahq.org>
**Subject:** RE: Tomorrow's CBDTP Re-Evaluation Meeting
**Date:** Mon, 29 Apr 2024 15:07:47 +0000
**Importance:** Normal

---

Stephen,

We don't have anything specific on the re-evaluation to discuss tomorrow. Would the sponsors like to use that time to meet on the VPPP agreement?

Thank you,

Monica Pavlik

Acting South Dakota Deputy Division Administrator
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

---

**From:** Crim, Stephen <stephen.crim@mtabt.org>
**Sent:** Monday, April 29, 2024 8:54 AM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Michaelson, Juliette <JMichaelson@mtahq.org>; Angel, Nichola <nangel@mtabt.org>; Robinson, Zulema <ZRobinson@mtabt.org>; Elizabeth Knauer <eknauer@sprlaw.com>; Friman, Paul <pfriman@mtabt.org>; Mark Chertok <mchertok@sprlaw.com>; Oliva, Louis <LOLIVA@mtahq.org>
**Subject:** Tomorrow's CBDTP Re-Evaluation Meeting

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Rick, Monica, and Anna:

Good morning. We do not have agenda items for our regularly scheduled meeting with you tomorrow afternoon, 04/30/24, and we are open to canceling the meeting. Do you have agenda items on which we should meet?

Separately, we'd appreciate knowing the latest on when we can expect comments back from our 04/12/24 submission. When do you anticipate that you will be able to share those comments?

With Thanks,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**

DOT_0047262

2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7045
C: 347-918-6351
E: stephen.crim@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047263

**From:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**To:** "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>, "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>, "Mani, Gautam (FHWA)" <gautam.mani@dot.gov>, "Santiago, Damaris (FHWA)" <Damaris.Santiago@dot.gov>
**Subject:** FW: Congestion Pricing
**Date:** Fri, 03 May 2024 11:59:40 +0000
**Importance:** Normal
**Attachments:** MTA_Congestion_Pricing_Solution.pdf

---

This is just FYI.  I do not think there is a Federal action here.

I have received many emails from this person over many years.  Given his comments are founded in changes to State law, in one of his first messages to me I replied that he needs to direct his comments to State officials as what he suggests relate to State laws.

---

**From:** Sanjeev Ramchandra <sanjeev_ramchandra@yahoo.com>
**Sent:** Friday, May 3, 2024 1:46 AM
**To:** marie.dominguez@dot.ny.gov; Adam.Levine@dot.ny.gov; Gerry.Bogacz@dot.ny.gov; debra.nelson@dot.ny.gov; Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; Culotta, Michael (FTA) <Michael.Culotta@dot.gov>; garcia.lisa epa.gov <garcia.lisa@epa.gov>; dbehrend@njtpa.org
**Cc:** Trottenberg, Polly (OST) <polly.trottenberg@dot.gov>; Monje, Carlos (OST) <Carlos.Monje@dot.gov>; Bhatt, Shailen (FHWA) <shailen.bhatt@dot.gov>; Bose, Amitabha (FRA) <amitabha.bose@dot.gov>; Vanterpool, Veronica (FTA) <veronica.vanterpool@dot.gov>
**Subject:** Re: Congestion Pricing

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hello NYMTC Leadership and USDOT Officials,

I want to share with you all again my 3-page whitepaper (please see attachment) that could resolve the lawsuits against NYC Congestion Pricing by focusing on affordability while minimizing environmental impact.  Thanks.

-S.R.


On Sunday, February 4, 2024 at 09:35:48 AM MST, Sanjeev Ramchandra <sanjeev_ramchandra@yahoo.com> wrote:

Hello NYMTC Leadership,

I would like to share with you my 3-page whitepaper (please see the attachment) that I sent to the NY Governor's Office and NYS Legislature which describes my proposal for modifying Congestion Pricing as a compromise solution.  My plan focuses on having an affordable toll price with a minimal environmental impact.  Thanks for your time and attention and feel free to share this information with anyone else.

-Sanjeev Ramchandra

On Saturday, December 2, 2023 at 01:55:05 PM MST, Sanjeev Ramchandra <sanjeev_ramchandra@yahoo.com> wrote:

Hello, NYMTC Leadership:

I recommend that the Congestion Pricing legislation be amended to remove the $1 billion toll revenue collection requirement.  There should not be any minimum mandatory revenue amount which will bring a much more affordable toll price instead of a $15 toll.  In retrospect, London only collects $250 million per year in tolls so requiring a $1 billion yearly amount is arbitrary and regressive.

-Sanjeev Ramchandra

**Alternative Congestion Pricing Plan – 02/01/2024**
**Prepared by Sanjeev Ramchandra, M.Ed.**
sanjeev_ramchandra@yahoo.com

The MTA's implementation of Congestion Pricing results in negative consequences.
A $1 billion mandatory revenue collection creates an unaffordable $15 toll price to
drivers and has side effects like shifting vehicle congestion and pollution elsewhere.
Congestion Pricing legislation must be modified to not require a minimum revenue
amount with a basic pricing structure that does not damage the regional economy.
A practical Congestion Pricing plan that is not disruptive to NYC is described below.

- *Congestion Pricing tolling is not supposed to maximize revenue.*

  $1 billion every year for Congestion Pricing is aggressive and irresponsible.
  Focus on collecting a reasonable CP amount that is moderate and realistic.
  London collected $282 million inside its Congestion Charging Zone in 2022.

- *Increase transit capacity and availability before initiating CP toll.*

  Although East Side Access is finished, Penn Station Access in the Bronx and
  Gateway Tunnel in New Jersey are still undergoing development.  Phase-in
  CP tolling by first activating the eastern cordon zone at the eastern tunnels
  and East River Bridges.  When the Bronx & NJ projects are completed then
  start CP tolls at the northern & western cordon zones and western tunnels.

  Extend LIRR train service into NJ (click here to view my presentation slides)
  as part of the Gateway Project to expand transit capacity between NJ & NY.
  Federal infrastructure funding would cover a significant portion of this cost.
  MTA service in NJ justifies the legitimacy of congestion pricing tolling for NJ
  commuters without having to share any revenues with NJ Transit and PATH.

- *Index the Congestion Pricing toll to match the subway fare price.*

  CP toll price[1] is not arbitrary as it corresponds to subway fare price for cars
  with trucks paying a bit more.  This brings affordability and transparency as
  a congestion tax that collects the lost revenue of a missed subway/bus ride
  along with credibility since it is politically difficult to increase a subway fare.
  Congestion pricing toll is not capped per day but is charged per trip like any
  bridge/tunnel toll and automatically matches future subway fare increases.

- *Affordable CP toll price needs no exemptions while reducing trips.*

  No discounts or exemptions are necessary for drivers including low-income,
  disability, and existing tolled bridges/tunnels since the CP toll is a low price.
  A low-price toll per trip has fewer repeat trips than a capped high-price toll
  (5 trips at $2.90 each = unlimited trips at $15) promoting trip consolidation.

  ---

  [1] CP toll price is charged only for the inbound direction not when exiting the cordon zones.

DOT_0047266

- *Major economic losses are prevented with a low CP toll price.*

  With the availability of remote work and business relocation, imposing a high-price CP toll threatens the economy of NYC & NYS as income tax and sales tax revenues decrease from fewer employees and customers. High truck tolls raise the cost of groceries and products within the CBD.

- *Congestion levels are reduced overall with a low CP toll price.*

  Research shows that having just a small toll price discourages driving on roads and bridges especially the East River Bridges where prices change from nothing ($0) to something ($2.90).  Many NJ car drivers will switch to LIRR trains in NJ via park-n-ride stations in Secaucus & Meadowlands. Suspending CP tolls during overnight hours reduces daytime congestion.

- *Sizeable revenue amount is generated with a low CP toll price.*

  In Phase 1, CP tolling begins only at the East River crossings (bridges and tunnels). $2.90 CP toll generates at least $300 million[2] revenue per year. Phase 1 continues until the Gateway Tunnel is finished and this revenue is directed mostly towards Brooklyn, Queens, and Staten Island projects.

  In Phase 2, the remaining cordon zones and tunnels along with the East River crossings have CP tolling, generating at least 400 million[2] per year. Phase 2 revenue should finance many transit projects across the region.

- *No shifting of congestion and emissions outside of tolling zone.*

  Toll shopping at East River crossings is acceptable because this maintains the current traffic equilibrium which already has asymmetric tolling.  The negative environmental impact from a high CP toll price is too costly and more expensive than receiving fewer CP revenue from a low CP toll price.

  A high-price toll encourages drivers to detour onto other routes whereas a low-price toll does not divert vehicles as it maintains the existing traffic patterns.  Bridge tolls for entering Bronx and Staten Island from Brooklyn and Queens will still cost more than the CP tolls on the East River Bridges. MTA incurs no environmental mitigation costs in the Bronx or elsewhere.

  Extend the tolling cordon zone to include FDR Drive south of 60th Street to prevent increased congestion and environmental mitigation costs by cars in south Manhattan.  This prevents RFK Bridge and Brooklyn Bridge cars from avoiding CP tolls when they use direct on-ramps to FDR Drive.

---

[2] This is a conservative estimate that considers traffic reduction and overnight traveling. Truck pricing is higher and changes in subway fares may affect future CP revenue totals.

Since the CP toll is set equal to the subway fare, cars complete their trips into the CBD without stopping outside of the zone to find parking spaces. The northern cordon zone is not activated until after the Gateway Tunnel is finished to prevent vehicles from diverting to the western cordon zone.

- *Amend the Congestion Pricing legislation to authorize changes.*

  (1) No minimum toll revenue collection; (2) Index congestion pricing toll to current subway fare; (3) No surge pricing or temporary price increase; (4) Remove exemption of FDR Drive south of 60th Street to allow CP tolls.

- *Consider additional funding sources to generate MTA revenue.*

  Congestion Pricing is meant to provide supplemental revenue to finance maintenance like signals and stations. If additional funding is necessary for the Second Avenue Subway, phase 2 then consider legislation S5895 /A6204 by Gounardes/Carroll which is a 25-cent surcharge for all online delivery sales in NYC. This could raise $226 million per year for the NYC Infrastructure Fund that could be redirected temporarily to the subway.

## Conclusion

My plan interprets Congestion Pricing through the lens of affordability by charging a low CP toll price for all drivers without any minimum toll revenue requirement. It minimizes environmental mitigation costs by not shifting traffic and emissions around to other locations by keeping existing traffic patterns. This proposal is a reasonable compromise for all stakeholders to establish a practical NYC CBD Tolling Zone Program.

Although $2.90 CP toll seems small, this toll costs about $750 per year assuming a single-trip travel, five days per week. This CP toll price will still discourage many casual drivers in Brooklyn & Queens from taking the currently free East River Bridges and instead consider subway/bus. $2.90 CP toll is still affordable enough for cars that need to reach CBD.

Instead of criticizing the deficiencies of NJ Transit, MTA should help NJ commuters into NYC since NJ residents contribute to NY's economy as employees and customers. Extend LIRR trains into New Jersey (slides) with service to Secaucus and the Meadowlands. Rockland County and Orange County residents could receive free LIRR transfers at Secaucus West but NJ residents pay a few dollars for LIRR trains to Penn Station.

**From:** "Crim, Stephen" <stephen.crim@mtabt.org>
**To:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>, "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Cc:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Michaelson, Juliette" <JMichaelson@mtahq.org>, "Angel, Nichola" <nangel@mtabt.org>, "Robinson, Zulema" <ZRobinson@mtabt.org>, "Friman, Paul" <pfriman@mtabt.org>, "Oliva, Louis" <LOLIVA@mtahq.org>, Elizabeth Knauer <eknauer@sprlaw.com>, Mark Chertok <mchertok@sprlaw.com>
**Subject:** This Week's CBDTP Reevaluation Meeting
**Date:** Mon, 06 May 2024 15:18:24 +0000
**Importance:** Normal

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Rick, Monica, and Anna:

Good morning!

We do not have agenda items for our regularly scheduled meeting with you tomorrow afternoon, 05/07/24. Do you have comments on our draft submission from 04/12/24 that you'd like to discuss with us? If there won't be anything tomorrow, we are happy to cancel, but then could we also arrange a tentative meeting for Friday morning, 05/10/24, when we could discuss comments, if we receive them from you before then?

With Thanks,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7045
C: 347-918-6351
E: stephen.crim@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**To:** "Crim, Stephen" <stephen.crim@mtabt.org>, "Pavlik, Monica (FHWA)"
<Monica.Pavlik@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Cc:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Michaelson, Juliette"
<JMichaelson@mtahq.org>, "Angel, Nichola" <nangel@mtabt.org>, "Robinson, Zulema"
<ZRobinson@mtabt.org>, "Friman, Paul" <pfriman@mtabt.org>, "Oliva, Louis"
<LOLIVA@mtahq.org>, Elizabeth Knauer <eknauer@sprlaw.com>, Mark Chertok
<mchertok@sprlaw.com>
**Subject:** RE: This Week's CBDTP Reevaluation Meeting
**Date:** Mon, 06 May 2024 20:58:18 +0000
**Importance:** Normal

---

Hello Stephen and all,

Let's cancel tomorrow's meeting.  Please know we are very actively reviewing the draft submission.

Thank you,
Rick


Richard J. Marquis
Division Administrator
U.S. DOT/Federal Highway Administration, New York Division
11A Clinton Avenue, Suite 719
Albany, NY 12207
Email:  rick.marquis@dot.gov
Ph: 518.431.8897
Cell:  617.413.6675



**From:** Crim, Stephen <stephen.crim@mtabt.org>
**Sent:** Monday, May 6, 2024 11:18 AM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Price, Anna
(FHWA) <anna.price@dot.gov>
**Cc:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Michaelson, Juliette <JMichaelson@mtahq.org>; Angel,
Nichola <nangel@mtabt.org>; Robinson, Zulema <ZRobinson@mtabt.org>; Friman, Paul <pfriman@mtabt.org>; Oliva,
Louis <LOLIVA@mtahq.org>; Elizabeth Knauer <eknauer@sprlaw.com>; Mark Chertok <mchertok@sprlaw.com>
**Subject:** This Week's CBDTP Reevaluation Meeting

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links
or open attachments unless you recognize the sender and know the content is safe.

Dear Rick, Monica, and Anna:

Good morning!

We do not have agenda items for our regularly scheduled meeting with you tomorrow afternoon, 05/07/24. Do you
have comments on our draft submission from 04/12/24 that you'd like to discuss with us? If there won't be anything

tomorrow, we are happy to cancel, but then could we also arrange a tentative meeting for Friday morning, 05/10/24, when we could discuss comments, if we receive them from you before then?

With Thanks,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7045
C: 347-918-6351
E: stephen.crim@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047271

| | |
|---|---|
| **From:** | "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov> |
| **To:** | "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Stephanie.Winkelhake@dot.ny.gov" <Stephanie.Winkelhake@dot.ny.gov>, "WCarry@dot.nyc.gov" <WCarry@dot.nyc.gov> |
| **Cc:** | "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>, "Biondi, Emily (FHWA)" <Emily.Biondi@dot.gov>, "Santiago, Damaris (FHWA)" <Damaris.Santiago@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov> |
| **Bcc:** | "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov> |
| **Subject:** | RE: CBDTP Re-Eval Links |
| **Date:** | Fri, 10 May 2024 16:45:52 +0000 |
| **Importance:** | Normal |
| **Inline-Images:** | image001.png |

---

Hello again Allison,

As discussed, in case there is an issue with receiving my prior email due to the file size being too big to send, I have uploaded the 2 files on the same site:

📁 2024-04-12 Re-Evaluation

Thank you,
Rick

---

**From:** Marquis, Rick (FHWA)
**Sent:** Friday, May 10, 2024 12:29 PM
**To:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Stephanie.Winkelhake@dot.ny.gov; WCarry@dot.nyc.gov
**Cc:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>; Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>; Santiago, Damaris (FHWA) <Damaris.Santiago@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Subject:** RE: CBDTP Re-Eval Links

Hi Allison and all,

FHWA has performed a thorough review of the re-evaluation documents.   Please see the attached.

The majority of our comments are provided in track changes with additional language added to the document with a focus on incorporating the differences between the Final EA/FONSI information relative to the adopted toll structure.  We understand that the language and format may not match your comprehensive style approach to the document.  You are welcome to adapt these changes to match your style.  Please provide quality assurance check on the data that was added to the document and correct as needed.  We rely on the details of this data for our determination so please do not remove it wholesale.

We would be glad to discuss changes that you think are necessary.

When you re-submit for final review, we request a red-line version.

Thank you,
Rick

DOT_0047272

Richard J. Marquis
Division Administrator
U.S. DOT/Federal Highway Administration, New York Division
11A Clinton Avenue, Suite 719
Albany, NY 12207
Email:  rick.marquis@dot.gov
Ph:  518.431.8897
Cell:  617.413.6675

---

**From:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>
**Sent:** Friday, April 12, 2024 4:38 PM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Cc:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; WCarry@dot.nyc.gov; Stephanie.Winkelhake@dot.ny.gov
**Subject:** FW: CBDTP Re-Eval Links

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Rick,
On behalf of the agencies, we're pleased to submit the draft Re-Evaluation of the Central Business District Tolling Program (CBDTP). The document may be found at the link below.
Best,
Allison

🗀 2024-04-12 Re-Evaluation

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047273

**From:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**To:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Price, Anna (FHWA)"
  <anna.price@dot.gov>, "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>,
  "Biondi, Emily (FHWA)" <Emily.Biondi@dot.gov>, "Santiago, Damaris (FHWA)"
  <Damaris.Santiago@dot.gov>
**Cc:** "Nelson, Thomas (FHWA)" <thomas.nelson@dot.gov>
**Subject:** Re: CBDTP Re-Eval Links
**Date:** Mon, 13 May 2024 15:16:56 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

Good morning,
I just received a call from Janno.  He said the MTA team is very appreciative of FHWA's comments and are
working to turn it around by the end of the week.

He said that he would like to include an executive summary, so interested readers could read a shorter version to
better understand.  So when they submit back to FHWA, it will include an executive summary, also for FHWA
review.

Rick

---

**From:** Marquis, Rick (FHWA)
**Sent:** Friday, May 10, 2024 12:45:52 PM
**To:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Stephanie.Winkelhake@dot.ny.gov
<Stephanie.Winkelhake@dot.ny.gov>; WCarry@dot.nyc.gov <WCarry@dot.nyc.gov>
**Cc:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>;
Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>; Santiago, Damaris (FHWA) <Damaris.Santiago@dot.gov>; Price, Anna
(FHWA) <anna.price@dot.gov>
**Subject:** RE: CBDTP Re-Eval Links

Hello again Allison,

As discussed, in case there is an issue with receiving my prior email due to the file size being too big to send, I have
uploaded the 2 files on the same site:

☐ 2024-04-12 Re-Evaluation

Thank you,
Rick

---

**From:** Marquis, Rick (FHWA)
**Sent:** Friday, May 10, 2024 12:29 PM
**To:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Stephanie.Winkelhake@dot.ny.gov; WCarry@dot.nyc.gov
**Cc:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>;
Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>; Santiago, Damaris (FHWA) <Damaris.Santiago@dot.gov>; Price, Anna
(FHWA) <anna.price@dot.gov>
**Subject:** RE: CBDTP Re-Eval Links

Hi Allison and all,

FHWA has performed a thorough review of the re-evaluation documents.   Please see the attached.

DOT_0047274

The majority of our comments are provided in track changes with additional language added to the document with a focus on incorporating the differences between the Final EA/FONSI information relative to the adopted toll structure. We understand that the language and format may not match your comprehensive style approach to the document. You are welcome to adapt these changes to match your style. Please provide quality assurance check on the data that was added to the document and correct as needed. We rely on the details of this data for our determination so please do not remove it wholesale.

We would be glad to discuss changes that you think are necessary.

When you re-submit for final review, we request a red-line version.

Thank you,
Rick


Richard J. Marquis
Division Administrator
U.S. DOT/Federal Highway Administration, New York Division
11A Clinton Avenue, Suite 719
Albany, NY 12207
Email: rick.marquis@dot.gov
Ph: 518.431.8897
Cell: 617.413.6675

---

**From:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>
**Sent:** Friday, April 12, 2024 4:38 PM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Cc:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; WCarry@dot.nyc.gov; Stephanie.Winkelhake@dot.ny.gov
**Subject:** FW: CBDTP Re-Eval Links

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Rick,
On behalf of the agencies, we're pleased to submit the draft Re-Evaluation of the Central Business District Tolling Program (CBDTP). The document may be found at the link below.
Best,
Allison

📁 2024-04-12 Re-Evaluation

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Crim, Stephen" <stephen.crim@mtabt.org>
**To:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>, "Pavlik, Monica (FHWA)"
<Monica.Pavlik@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Cc:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Angel, Nichola"
<nangel@mtabt.org>, "Robinson, Zulema" <ZRobinson@mtabt.org>, Elizabeth Knauer
<eknauer@sprlaw.com>, Mark Chertok <mchertok@sprlaw.com>
**Subject:** Today's Scheduled 2pm Meeting
**Date:** Tue, 14 May 2024 15:38:10 +0000
**Importance:** Normal

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Rick, Monica, and Anna:

We are reviewing and crafting responses to your comments on our reevaluation document! We do not have any agenda items for today's 2pm, and would like to cancel for today, unless you have something we need to cover. May we cancel?

With Thanks,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7045
C: 347-918-6351
E: stephen.crim@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**To:** "Crim, Stephen" <stephen.crim@mtabt.org>, "Pavlik, Monica (FHWA)"
  <Monica.Pavlik@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Cc:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Angel, Nichola"
  <nangel@mtabt.org>, "Robinson, Zulema" <ZRobinson@mtabt.org>, "Elizabeth Knauer"
  <eknauer@sprlaw.com>, Mark Chertok <mchertok@sprlaw.com>
**Subject:** Re: Today's Scheduled 2pm Meeting
**Date:** Tue, 14 May 2024 15:40:33 +0000
**Importance:** Normal

---

Hello everyone,

I am good with canceling today's meeting.

Rick

---

**From:** Crim, Stephen <stephen.crim@mtabt.org>
**Sent:** Tuesday, May 14, 2024 11:38:10 AM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Price, Anna
(FHWA) <anna.price@dot.gov>
**Cc:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Angel, Nichola <nangel@mtabt.org>; Robinson, Zulema
<ZRobinson@mtabt.org>; Elizabeth Knauer <eknauer@sprlaw.com>; Mark Chertok <mchertok@sprlaw.com>
**Subject:** Today's Scheduled 2pm Meeting

> **CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links
> or open attachments unless you recognize the sender and know the content is safe.

Dear Rick, Monica, and Anna:

We are reviewing and crafting responses to your comments on our reevaluation document! We do not have any
agenda items for today's 2pm, and would like to cancel for today, unless you have something we need to cover. May we
cancel?

With Thanks,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7045
C: 347-918-6351
E: stephen.crim@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information
and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this
message is prohibited. If you have received this message in error, please notify the sender immediately by return
e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Crim, Stephen" <stephen.crim@mtabt.org>
**To:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>, "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Cc:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Michaelson, Juliette" <JMichaelson@mtahq.org>, "Angel, Nichola" <nangel@mtabt.org>, "Robinson, Zulema" <ZRobinson@mtabt.org>, Elizabeth Knauer <eknauer@sprlaw.com>, Mark Chertok <mchertok@sprlaw.com>, "Friman, Paul" <pfriman@mtabt.org>, "Oliva, Louis" <LOLIVA@mtahq.org>
**Subject:** Scheduled Reevaluation Meeting, 05/21/24
**Date:** Tue, 21 May 2024 02:03:43 +0000
**Importance:** Normal

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Rick, Monica, and Anna:

Our team continues responding to the comments you provided on the CBDTP Reevalution. We do not have agenda items for our Tuesday, 05/21/24 meeting with you at 2pm Eastern. Do you have any items, or may we cancel?

With Thanks,

**Stephen Crim, AICP**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7045
E: stephen.crim@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**To:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Stephanie.Winkelhake@dot.ny.gov" <Stephanie.Winkelhake@dot.ny.gov>, "WCarry@dot.nyc.gov" <WCarry@dot.nyc.gov>
**Cc:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>, "Biondi, Emily (FHWA)" <Emily.Biondi@dot.gov>, "Santiago, Damaris (FHWA)" <Damaris.Santiago@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Bcc:** "Nelson, Thomas (FHWA)" <thomas.nelson@dot.gov>, "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**Subject:** RE: CBDTP Re-Eval Links
**Date:** Tue, 21 May 2024 11:54:06 +0000
**Importance:** Normal
**Inline-Images:** image001.png

Good morning Allison and all,

Since my last message, I understand that FHWA should expect that a new Executive Summary will be included in the Re-evaluation. This message is in regard to the Executive Summary.
In the Executive Summary for the Re-evaluation – please include a table of all the scenarios similar to the one below from the Final EA Executive Summary. The information provided in the Power Point presentation from January 20, 2024 (sample tables below) is similar to the information we would like to see for the adopted toll structure with all of the TMRB changes. Please include a brief explanation of how that fits within what was evaluated in the Final EA/FONSI.

Thank you,

Rick

**Table ES-2.    Tolling Scenarios Evaluated for the CBD Tolling Alternative**

| PARAMETER[1] | SCENARIO A | SCENARIO B | SCENARIO C | SCENARIO D | SCENARIO E | SCENARIO F | SCENARIO G | ADOPTED TOLL STRUCTURE | EXPLANATION OF HOW THE ADOPTED TOLL STRUCTURE FITS WITHIN THE FINAL EA SCENARIOS |
|---|---|---|---|---|---|---|---|---|---|
| | Base Plan | Base Plan with Caps and Exemptions | Low Crossing Credits for Vehicles Using Tunnels to Access the CBD, with Some Caps and Exemptions | High Crossing Credits for Vehicles Using Tunnels to Access the CBD | High Crossing Credits for Vehicles Using Tunnels to Access the CBD, with Some Caps and Exemptions | High Crossing Credits for Vehicles Using Manhattan Bridges and Tunnels to Access the CBD, with Some Caps and Exemptions | Base Plan with Same Tolls for All Vehicle Classes | | |
| **Time Periods[2]** | | | | | | | | | |
| Peak: Weekdays | 6 a.m. to 8 p.m. | 6 a.m. to 8 p.m. | 6 a.m. to 8 p.m. | 6 a.m. to 8 p.m. | 6 a.m. to 8 p.m. | 6 a.m. to 10 a.m.; 4 p.m. to 8 p.m. | 6 a.m. to 8 p.m. | | |
| Peak: Weekends | 10 a.m. to 10 p.m. | 10 a.m. to 10 p.m. | 10 a.m. to 10 p.m. | 10 a.m. to 10 p.m. | 10 a.m. to 10 p.m. | 10 a.m. to 10 p.m. | 10 a.m. to 10 p.m. | | |
| Off-Peak: Weekdays | 8 p.m. to 10 p.m. | 8 p.m. to 10 p.m. | 8 p.m. to 10 p.m. | 8 p.m. to 10 p.m. | 8 p.m. to 10 p.m. | 10 a.m. to 4 p.m. | 8 p.m. to 10 p.m. | | |
| Overnight: Weekdays | 10 p.m. to 6 a.m. | 10 p.m. to 6 a.m. | 10 p.m. to 6 a.m. | 10 p.m. to 6 a.m. | 10 p.m. to 6 a.m. | 8 p.m. to 6 a.m. | 10 p.m. to 6 a.m. | | |
| Overnight Weekends | 10 p.m. to 10 a.m. | 10 p.m. to 10 a.m. | 10 p.m. to 10 a.m. | 10 p.m. to 10 a.m. | 10 p.m. to 10 a.m. | 10 p.m. to 10 a.m. | 10 p.m. to 10 a.m. | | |
| **Potential Crossing Credits** | | | | | | | | | |
| Credit Toward the CBD Toll for Tolls Paid at the Queens-Midtown, Hugh L. Carey, Lincoln, Holland Tunnels | No | No | Yes | Yes | Yes | Yes | No | | |
| Credit Toward the CBD Toll for Tolls Paid at the Robert F. Kennedy, Henry Hudson, George Washington Bridges | No | No | No | No | No | Yes | No | | |
| **Potential Exemptions and Limits (Caps) on Number of Tolls per Day** | | | | | | | | | |
| Cars, motorcycles, commercial vans | Once per day | Once per day | Once per day | Once per day | Once per day | Once per day | Once per day | | |
| Taxis | No cap | Once per day | Exempt | No cap | Exempt | No cap | No cap | | |
| FHVs | No cap | Once per day | Three times per day | No cap | Three times per day | Once per day | No cap | | |
| Small and large trucks | No cap | Twice per day | No cap | No cap | No cap | Once per day | No cap | | |
| Buses | No cap | Exempt | No cap | No cap | Transit buses–Exempt No cap on others | Exempt | No cap | | |
| **Approximate Toll Rate Assumed[3]** | | | | | | | | | |
| Peak | $9 | $10 | $14 | $19 | $23 | $23 | $12 | | |
| Off Peak | $7 | $8 | $11 | $14 | $17 | $17 | $9 | | |
| Overnight | $5 | $5 | $7 | $10 | $12 | $12 | $7 | | |

[1]  The parameters in this table were assumed for modeling purposes to evaluate the range of potential effects that would result from implementation of the CBD Tolling Alternative. Actual toll rates, potential credits, exemptions and/or discounts, and the time of day when toll rates would apply would be determined by the TBTA Board after recommendations are made by the Traffic Mobility Review Board. Appendix 2E, "Project Alternatives: Definition of Tolling Scenarios," provides more detailed information on the rates, potential crossing credits, exemptions, and/or discounts assumed for each tolling scenario.

[2]  Tolls would be higher during peak periods when traffic is greatest. These would be set forth by TBTA in the final toll schedule. All tolling scenarios include a higher toll on designated "Gridlock Alert" days, although the modeling conducted for the Project did not reflect this higher toll since it considers typical days rather than days with unusually high traffic levels.

[3]  Toll rates are for autos, commercial vans, and motorcycles using E-ZPass, and are rounded. For all tolling scenarios, different rates would apply for vehicles not using E-ZPass; for Tolling Scenarios A through F, different vehicle classes would pay different tolls (see Appendix 2E, "Definition of Tolling Scenarios"). The peak E-ZPass rate (rounded) range across tolling scenarios for small trucks would be $12–$65; for large trucks, the range would be $12–$82.

| Parameter | NEPA Scenarios A - G | TMRB Scenarios | |
|---|---|---|---|
| | | 10J | 10J.2 |
| **Toll Rate – E-ZPass** | | | |
| Peak – Autos | $9 - $23 | $15.00 | |
| Overnight – Autos* | $5 - $12 | $3.75 | |
| Peak – Motorcycles | $9 - $23 | $7.50 | |

DOT_0047279

| | | |
|---|---|---|
| Overnight – Motorcycles* | $5 - $12 | $1.75 |
| Peak – Small trucks | $12 - $65 | $24.00 |
| Overnight – Small trucks* | $7 - $33 | $6.00 |
| Peak - Large trucks | $12 - $82 | $36.00 |
| Overnight - Large trucks* | $7 - $41 | $9.00 |
| Peak – Buses** | $12 - $82 | $24.00 |
| Overnight – Buses** | $7 - $41 | $6.00 |
| **Toll Rate - Tolls By Mail** | | |
| Peak – Autos | $14 - $35 | $22.50 |
| Overnight – Autos* | $8 - $18 | $5.50 |
| Peak – Motorcycles | $14 - $35 | $11.25 |
| Overnight – Motorcycles* | $8 - $18 | $2.50 |
| Peak – Small trucks | $18 - $98 | $36.00 |
| Overnight – Small trucks* | $11 - $49 | $9.00 |
| Peak – Large trucks | $18 - $123 | $54.00 |
| Overnight – Large trucks* | $11 - $62 | $13.50 |
| Peak – Buses** | $18 - $123 | $36.00 |
| Overnight – Buses*/** | $11 - $62 | $9.00 |

| Parameter | NEPA Scenarios | | | | | | | | TMRB Scenarios | |
|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | | 10J | 10J.2 |
| **Applicable Trips** | | | | | | | | | | |
| Tolls applied to CBD trips as they: | Enter or remain | Enter or remain | Enter or remain | Enter or remain | Enter or remain | Enter or remain | Enter or remain | | Enter | |
| **Time Periods** | | | | | | | | | | |
| Peak: Weekdays | | | 6 am – 8 pm | | | 6am – 10am 4 pm – 8pm | 6 am – 8 pm | | 5 a.m. to 9 p.m. | |
| Peak: Weekends | | | 10 am – 10 pm | | | | | | 5 a.m. to 9 p.m. | |
| Off Peak: Weekdays | | | 8pm – 10pm | | | 10am – 4pm | 8pm – 10pm | | 9 p.m. to 5 a.m. | |
| Overnight: Weekdays | | | 10pm – 6am | | | 8pm – 6am | 10pm – 6am | | | |
| Overnight Weekdays* | | | 10 p.m. to 10 a.m. | | | | | | 9 p.m. to 5 a.m. | |
| **Potential Crossing Credits** | | | | | | | | | | |
| Credit Toward CBD Toll for Tolls Paid at the Tunnel Entries | No | No | | | Yes | | No | | Yes | |
| Credit Toward CBD Toll for Tolls Paid at Bridges to Manhattan | | | No | | | Yes | No | | No | |
| Credit – Autos and commercial vans | | | $0.00 – $13.10 | | | | | | $5.00 | |
| Credit – Motorcycles | | | $0.00 – $13.10 | | | | | | $2.50 | |
| Credit – Taxis | | | $0.00 – $13.10 | | | | | | $0.00 | |
| Credit – FHVs | | | $0.00 – $13.10 | | | | | | $0.00 | |
| Credit – Small trucks | | | $0.00 – $38.80 | | | | | | $12.00 | |
| Credit – Large trucks | | | $0.00 – $64.66 | | | | | | $20.00 | |
| Credit Amount – Buses | | | $0.00 – $64.66 | | | | | | $12.00 | |
| Credit During Overnight | | | $0.00 – $64.66 | | | | | | $0.00 | |

| Parameter | NEPA Scenarios | | | | | | | | TMRB Scenarios | |
|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | | 10J | 10J.2 |
| **Potential Exemptions and Limits (Caps) on Number of Tolls per Day** | | | | | | | | | | |
| Autos, motorcycles, and commercial vans | | | Once per day | | | | | | Once per day | |
| Taxis | No cap | Once per day | Exempt | No cap | Exempt | Once per day | No cap | | Equivalent to less than once per day toll - $1.25 per trip toll on trips to, within, or from the CBD | Equivalent to less than once per day toll - $1.25 per trip toll on trips to or from the CBD |
| FHVs | No cap | Once per day | Three times per day | No cap | Three times per day | Once per day | No cap | | Equivalent to less than once per day toll - $2.50 per trip toll on trips to, within, or from the CBD | Equivalent to less than once per day toll - $2.50 per trip toll on trips to or from the CBD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Small and large trucks | No cap | Twice per day | No cap | No cap | No cap | Once per day | No cap | No cap |
| Buses | No cap | Exempt | No cap | No cap | Transit buses – Exempt / No cap on other buses | Exempt | No cap | Transit buses – Exempt |
| Government Vehicles | No cap | No cap | No cap | No cap | No cap | No cap | No cap | Specialized vehicles – Exempt |
| **Discounts** | | | | | | | | |
| Auto Low-Income Discount Rate* | 25% off peak rate, after the first 10 trips | | | | | | | 50% off peak rate, after the first 10 trips |

---

**From:** Marquis, Rick (FHWA)
**Sent:** Friday, May 10, 2024 12:46 PM
**To:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Stephanie.Winkelhake@dot.ny.gov; WCarry@dot.nyc.gov
**Cc:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>; Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>; Santiago, Damaris (FHWA) <Damaris.Santiago@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Subject:** RE: CBDTP Re-Eval Links

Hello again Allison,

As discussed, in case there is an issue with receiving my prior email due to the file size being too big to send, I have uploaded the 2 files on the same site:
🖵 2024-04-12 Re-Evaluation

Thank you,
Rick

---

**From:** Marquis, Rick (FHWA)
**Sent:** Friday, May 10, 2024 12:29 PM
**To:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Stephanie.Winkelhake@dot.ny.gov; WCarry@dot.nyc.gov
**Cc:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>; Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>; Santiago, Damaris (FHWA) <Damaris.Santiago@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Subject:** RE: CBDTP Re-Eval Links

Hi Allison and all,

FHWA has performed a thorough review of the re-evaluation documents.   Please see the attached.

The majority of our comments are provided in track changes with additional language added to the document with a focus on incorporating the differences between the Final EA/FONSI information relative to the adopted toll structure.  We understand that the language and format may not match your comprehensive style approach to the document.  You are welcome to adapt these changes to match your style.  Please provide quality assurance check on the data that was added to the document and correct as needed.  We rely on the details of this data for our determination so please do not remove it wholesale.

We would be glad to discuss changes that you think are necessary.

When you re-submit for final review, we request a red-line version.

Thank you,
Rick

Richard J. Marquis
Division Administrator
U.S. DOT/Federal Highway Administration, New York Division
11A Clinton Avenue, Suite 719
Albany, NY 12207
Email:  rick.marquis@dot.gov
Ph:  518.431.8897
Cell:  617.413.6675

---

**From:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>
**Sent:** Friday, April 12, 2024 4:38 PM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Cc:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; WCarry@dot.nyc.gov; Stephanie.Winkelhake@dot.ny.gov
**Subject:** FW: CBDTP Re-Eval Links

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Rick,
On behalf of the agencies, we're pleased to submit the draft Re-Evaluation of the Central Business District Tolling Program (CBDTP). The document may be found at the link below.
Best,

Allison

☐ 2024-04-12 Re-Evaluation

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047282

**From:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**To:** "Carry, William" <WCarry@dot.nyc.gov>
**Cc:** "Wanttaja, Ryan" <RWanttaja@dot.nyc.gov>, "Vaughn-Fair, Sharon (FHWA)"
    <Sharon.Vaughn-Fair@dot.gov>
**Subject:** RE: Place-Based Mitigation Language - CBDTP NEPA Reevaluation
**Date:** Thu, 23 May 2024 15:22:46 +0000
**Importance:** Normal

---

Hi Will - As mentioned to Deputy Mayor Joshi, the way communications/submissions have worked is that the project sponsors agree among themselves before sending anything to FHWA, and I send replies back to the 3 sponsors (you for NYCDOT). Having said this, I do have concerns with the proposed text in your message.

You mention you are meeting with the MTA today. If after that meeting, the NY sponsors want to discuss, let me know.

Rick

**From:** Carry, William <WCarry@dot.nyc.gov>
**Sent:** Thursday, May 23, 2024 9:32 AM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Cc:** Wanttaja, Ryan <RWanttaja@dot.nyc.gov>
**Subject:** Place-Based Mitigation Language - CBDTP NEPA Reevaluation

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

In my haste I also include the entire email chain with the MTA. Please disregard. My apologies. Below is a clean version.

**From:** Carry, William
**Sent:** Thursday, May 23, 2024 9:31 AM
**To:** Rick Marquis (rick.marquis@dot.gov) <rick.marquis@dot.gov>
**Cc:** Wanttaja, Ryan <RWanttaja@dot.nyc.gov>
**Subject:** FW: Place-Based Mitigation Language - CBDTP NEPA Reevaluation

Hi Rick – following up on the conversation that you had with Deputy Mayor Joshi last evening, below is the language we are proposing for chapter 17 of the reevaluation. We are meeting with MTA today to discuss this further and Janno has also talked with Meera. We recognized that the issue of mitigations is a sensitive one. Please let me know your thoughts on this text. Thx.

To determine how the $100M should be allocated across communities, the share of population in all affected tracts was used, as illustrated in **Table 17.13**. As discussed in further detail in this section, the funding allocation in Table 17.13 may be modified based on community feedback, the assessment of potential mitigation sites in each community, and the feasibility of implementing mitigations at those sites. The value of investment in parks or a greenspaces or in electric charging infrastructure may also be split across two or more communities, reflecting that the benefit of these types of mitigations may accrue to more than one community.

**********************************************************************************
***************************************************

DOT_0047283

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and any attachments are solely for the individual(s) named above and others who have been specifically authorized to receive such and may contain information which is confidential, privileged or exempt from disclosure under applicable law. If you are not the intended recipient, any disclosure, copying, use or distribution of the information included in this message and any attachments is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments.

Thank you.

NYC – Department of Transportation

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DOT_0047284

**From:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**To:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Price, Anna (FHWA)"
<anna.price@dot.gov>
**Subject:** FW: Place-Based Mitigation Language - CBDTP NEPA Reevaluation
**Date:** Thu, 23 May 2024 15:23:25 +0000
**Importance:** Normal

---

Thank you.

**From:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Sent:** Thursday, May 23, 2024 11:23 AM
**To:** Carry, William <WCarry@dot.nyc.gov>
**Cc:** Wanttaja, Ryan <RWanttaja@dot.nyc.gov>; Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>
**Subject:** RE: Place-Based Mitigation Language - CBDTP NEPA Reevaluation

Hi Will - As mentioned to Deputy Mayor Joshi, the way communications/submissions have worked is that the project sponsors agree among themselves before sending anything to FHWA, and I send replies back to the 3 sponsors (you for NYCDOT). Having said this, I do have concerns with the proposed text in your message.

You mention you are meeting with the MTA today. If after that meeting, the NY sponsors want to discuss, let me know.

Rick

**From:** Carry, William <WCarry@dot.nyc.gov>
**Sent:** Thursday, May 23, 2024 9:32 AM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Cc:** Wanttaja, Ryan <RWanttaja@dot.nyc.gov>
**Subject:** Place-Based Mitigation Language - CBDTP NEPA Reevaluation

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

In my haste I also include the entire email chain with the MTA. Please disregard. My apologies. Below is a clean version.

**From:** Carry, William
**Sent:** Thursday, May 23, 2024 9:31 AM
**To:** Rick Marquis (rick.marquis@dot.gov) <rick.marquis@dot.gov>
**Cc:** Wanttaja, Ryan <RWanttaja@dot.nyc.gov>
**Subject:** FW: Place-Based Mitigation Language - CBDTP NEPA Reevaluation

Hi Rick – following up on the conversation that you had with Deputy Mayor Joshi last evening, below is the language we are proposing for chapter 17 of the reevaluation. We are meeting with MTA today to discuss this further and Janno has also talked with Meera. We recognized that the issue of mitigations is a sensitive one. Please let me know your thoughts on this text. Thx.

To determine how the $100M should be allocated across communities, the share of population in all affected tracts was used, as illustrated in **Table 17.13**. As discussed in further detail in this section, the funding allocation in Table 17.13 may be modified based on community feedback, the assessment of potential mitigation sites in each community,

and the feasibility of implementing mitigations at those sites. The value of investment in parks or a greenspaces or in electric charging infrastructure may also be split across two or more communities, reflecting that the benefit of these types of mitigations may accrue to more than one community.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and any attachments are solely for the individual(s) named above and others who have been specifically authorized to receive such and may contain information which is confidential, privileged or exempt from disclosure under applicable law. If you are not the intended recipient, any disclosure, copying, use or distribution of the information included in this message and any attachments is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments.

Thank you.

NYC – Department of Transportation

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>
**To:** "rick.marquis@dot.gov" <rick.marquis@dot.gov>
**Cc:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Stephanie.Winkelhake@dot.ny.gov"
<Stephanie.Winkelhake@dot.ny.gov>, "Beaton, Eric" <ebeaton@dot.nyc.gov>
**Subject:** CBDTP Reevaluation
**Date:** Thu, 23 May 2024 23:07:12 +0000
**Importance:** Normal
**Attachments:** CBDTP_FinalEAReevaluation_CvrLtr_FIN_5-23-24_to_FHWA.pdf

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Rick,

On behalf of the three Project Co-Sponsors for the Central Business District Tolling Program, please see the attached transmittal letter. If you have any difficulty opening the link via the letter, the link to the documents is here as well: 2024-05-23 Re-Evaluation Resubmission.

We'd like to thank you and all your colleagues again for the ongoing support and guidance these past few years as we've worked to make this historic project a reality. We look forward to your response.

Best,
Allison

**Allison L. C. de Cerreño, Ph.D.**
**Chief Operating Officer**
**MTA Bridges and Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7750 • M: 646-899-3735
E: acdecerreno@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047287

From: "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>

To: "Angel, Nichola" <nangel@mtabt.org>, "Robinson, Zulema" <ZRobinson@mtabt.org>, "Crim, Stephen" <stephen.crim@mtabt.org>, "Friman, Paul" <pfriman@mtabt.org>, Elizabeth Knauer <eknauer@sprlaw.com>, "Timoney, Caitlin" <Caitlin.Timoney@hdrinc.com>, "Oliva, Louis" <LOLIVA@mtahq.org>

Subject: Fwd: CBDTP Reevaluation

Date: Thu, 23 May 2024 23:27:45 +0000

Importance: Normal

Attachments: CBDTP_FinalEAReevaluation_CvrLtr_FIN_5-23-24_to_FHWA.pdf

---

CAUTION: [EXTERNAL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

For the records

**Allison L. C. de Cerreño, Ph.D.**
**Chief Operating Officer**
**MTA Bridges and Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7750 • M: 646-899-3735
E: acdecerreno@mtabt.org

---

**From:** C. de Cerreno, Allison
**Sent:** Thursday, May 23, 2024 7:07:12 PM
**To:** rick.marquis@dot.gov <rick.marquis@dot.gov>
**Cc:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Stephanie.Winkelhake@dot.ny.gov <Stephanie.Winkelhake@dot.ny.gov>; Beaton, Eric <ebeaton@dot.nyc.gov>
**Subject:** CBDTP Reevaluation

Hi Rick,

On behalf of the three Project Co-Sponsors for the Central Business District Tolling Program, please see the attached transmittal letter. If you have any difficulty opening the link via the letter, the link to the documents is here as well: 2024-05-23 Re-Evaluation Resubmission.

We'd like to thank you and all your colleagues again for the ongoing support and guidance these past few years as we've worked to make this historic project a reality. We look forward to your response.

Best,
Allison

**Allison L. C. de Cerreño, Ph.D.**
**Chief Operating Officer**
**MTA Bridges and Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7750 • M: 646-899-3735
E: acdecerreno@mtabt.org

DOT_0047288

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047289

**From:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**To:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>
**Cc:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Stephanie.Winkelhake@dot.ny.gov"
<Stephanie.Winkelhake@dot.ny.gov>, "Beaton, Eric" <ebeaton@dot.nyc.gov>
**Subject:** RE: CBDTP Reevaluation
**Date:** Thu, 23 May 2024 23:32:36 +0000
**Importance:** Normal

---

Hi Allison,

Received.  Will contact you soon.  Thank you.

Rick

---

**From:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>
**Sent:** Thursday, May 23, 2024 7:07 PM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Cc:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Stephanie.Winkelhake@dot.ny.gov; Beaton, Eric
<ebeaton@dot.nyc.gov>
**Subject:** CBDTP Reevaluation

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links
or open attachments unless you recognize the sender and know the content is safe.

Hi Rick,

On behalf of the three Project Co-Sponsors for the Central Business District Tolling Program, please see the
attached transmittal letter. If you have any difficulty opening the link via the letter, the link to the documents is
here as well: 2024-05-23 Re-Evaluation Resubmission.

We'd like to thank you and all your colleagues again for the ongoing support and guidance these past few years
as we've worked to make this historic project a reality. We look forward to your response.

Best,
Allison

**Allison L. C. de Cerreño, Ph.D.**
**Chief Operating Officer**
**MTA Bridges and Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7750 • M: 646-899-3735
E: acdecerreno@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is
intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is
prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and
destroy this message and all copies thereof, including all attachments.

**From:** "Houck, Ivory" <ivory.houck@mtabt.org>
**To:** "Phillips, Tanisa" <tanisa.phillips@mtabt.org>
**Cc:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**Subject:** RE: EJCG Prep Meetings
**Date:** Thu, 30 May 2024 20:42:17 +0000
**Importance:** Normal
**Inline-Images:** image001.gif

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi,
Please see below the list of names for the project sponsor prep and regarding the internal prep, Allison asked that you reach out to Nichola for those names.

<u>Project Sponsor Prep</u>

William Carry NYC DOT, <u>WCarry@dot.nyc.gov</u>
Stephanie W NYS DOT, <u>Stephanie.Winkelhake@dot.ny.gov</u>
Rick Marquis FHWA, <u>Rick.Marquis@dot.gov</u>
Monica Pavlik, FHWA, <u>Monica.Pavlik@dot.gov</u>

Thanks,

**Ivory Houck|** Administrative Coordinator
MTA Bridges and Tunnels
Office Of The President
2 Broadway, 23rd FL|NY, NY 10004
**Tel:** 646-252-7436
**Email: <u>ivory.houck@mtabt.org</u>**

---

**From:** Phillips, Tanisa <tanisa.phillips@mtabt.org>
**Sent:** Thursday, May 30, 2024 10:37 AM
**To:** Houck, Ivory <ivory.houck@mtabt.org>
**Subject:** RE: EJCG Prep Meetings

Ok no problem – thank you.

---

**From:** Houck, Ivory <<u>ivory.houck@mtabt.org</u>>
**Sent:** Thursday, May 30, 2024 10:16 AM
**To:** Phillips, Tanisa <<u>tanisa.phillips@mtabt.org</u>>
**Subject:** RE: EJCG Prep Meetings

I didn't receive any feedback as of yet. I'll circle back once I hear back.

Thanks,

**Ivory Houck|** Administrative Coordinator
MTA Bridges and Tunnels
Office Of The President
2 Broadway, 23rd FL|NY, NY 10004
**Tel:** 646-252-7436
**Email:** **ivory.houck@mtabt.org**

---

**From:** Phillips, Tanisa <tanisa.phillips@mtabt.org>
**Sent:** Thursday, May 30, 2024 10:03 AM
**To:** Houck, Ivory <ivory.houck@mtabt.org>
**Subject:** RE: EJCG Prep Meetings

Good morning Ivory,

Thank you for the update. Any confirmation on the aforementioned attendees list?

Best,
Tanisa

---

**From:** Houck, Ivory <ivory.houck@mtabt.org>
**Sent:** Thursday, May 30, 2024 9:53 AM
**To:** Phillips, Tanisa <tanisa.phillips@mtabt.org>
**Subject:** RE: EJCG Prep Meetings

Good Morning,

There has been change in Allison's schedule since we last spoke, she is now has a conflict, Wednesday, June 5, at 10am. In place of 10am she can accommodate, Wednesday, June 5, 2:15pm.

Thanks,

**Ivory Houck|** Administrative Coordinator
MTA Bridges and Tunnels
Office Of The President
2 Broadway, 23rd FL|NY, NY 10004
**Tel:** 646-252-7436
**Email:** **ivory.houck@mtabt.org**

---

**From:** Houck, Ivory
**Sent:** Wednesday, May 29, 2024 4:24 PM
**To:** Phillips, Tanisa <tanisa.phillips@mtabt.org>
**Subject:** RE: EJCG Prep Meetings

Hi Tanisa,

Please kindly see Allison's availability below:

- Wednesday, June 5, ~~10am~~ **2:15pm**
- Thursday, June 6, 3pm
- Friday, June 7, 11:30am

Would these happen to be Teams or in person.

Thanks,

**Ivory Houck |** Administrative Coordinator
MTA Bridges and Tunnels
Office Of The President

2 Broadway, 23rd FL | NY, NY 10004
**Tel:** 646-252-7436
**Email: ivory.houck@mtabt.org**

---

**From:** Phillips, Tanisa <tanisa.phillips@mtabt.org>
**Sent:** Wednesday, May 29, 2024 4:16 PM
**To:** Houck, Ivory <ivory.houck@mtabt.org>
**Subject:** EJCG Prep Meetings

Hi Ivory,

Hope all is well. I would like to inquire about Allison's availability for two proposed meetings in preparation for the EJCG meetings.

**Internal Prep Meeting**
- Wednesday, June 5th (1 hr timeslot)
- Thursday, June 6th (1 hr timeslot)

**External Prep Meeting with Project Sponsors**
- Friday, June 7th (1 hr timeslot)

Thank you kindly.

Warm Regards,
Tanisa

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047293

**From:** "Houck, Ivory" <ivory.houck@mtabt.org>
**To:** "Fogle, Angela (FHWA)" <Angela.Fogle@dot.gov>, "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>, "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**Subject:** FHWA Reval Meeting - Today, May 31, at 4pm
**Date:** Fri, 31 May 2024 15:42:04 +0000
**Importance:** High

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hello All,

I am in the process of arranging an ==urgent meeting== for ==today, May 31, at 4pm==. Please kindly confirm your attendance and the names of anyone that should attend.

Thanks,

**Ivory Houck|** Administrative Coordinator
MTA Bridges and Tunnels
Office Of The President
2 Broadway, 23rd FL|NY, NY 10004
**Tel:** 646-252-7436
**Email: ivory.houck@mtabt.org**

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>
**To:** "rick.marquis@dot.gov" <rick.marquis@dot.gov>
**Cc:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Stephanie.Winkelhake@dot.ny.gov" <Stephanie.Winkelhake@dot.ny.gov>, "Beaton, Eric" <ebeaton@dot.nyc.gov>
**Subject:** CBDTP Final Re-evaluation document
**Date:** Mon, 03 Jun 2024 17:29:07 +0000
**Importance:** High

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Rick,
On behalf of the three Project Co-Sponsors for the Central Business District Tolling Program, I want to let you know that we made a few minor changes to the reevaluation document. The finalized document is in the 2024-05-23 Re-Evaluation Resubmission folder, as before. However, so we are all clear on exactly what document we're submitting for review, you will find a set of documents with "06-03-24" in the file names.

We'd like to thank you and all your colleagues again for the ongoing support and guidance these past few years as we've worked to make this historic project a reality. We look forward to your response.

Best,
Allison


**Allison L. C. de Cerreño, Ph.D.**
**Chief Operating Officer**
**MTA Bridges and Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7750 • M: 646-899-3735
E: acdecerreno@mtabt.org


Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>
**To:** "Crim, Stephen" <stephen.crim@mtabt.org>
**Cc:** "Lewis, Michael" <michael.lewis@hdrinc.com>, "Timoney, Caitlin"
<Caitlin.Timoney@hdrinc.com>, "Angel, Nichola" <nangel@mtabt.org>, "Robinson, Zulema"
<ZRobinson@mtabt.org>, "Friman, Paul" <pfriman@mtabt.org>, "Oliva, Louis"
<LOLIVA@mtahq.org>, Elizabeth Knauer <eknauer@sprlaw.com>, "Mark Chertok"
<mchertok@sprlaw.com>
**Subject:** FW: CBDTP Final Re-evaluation document
**Date:** Mon, 03 Jun 2024 17:29:51 +0000
**Importance:** High

---

See below for the Sharepoint record, please.

---

**From:** C. de Cerreno, Allison
**Sent:** Monday, June 3, 2024 1:29 PM
**To:** rick.marquis@dot.gov
**Cc:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Stephanie.Winkelhake@dot.ny.gov; Beaton, Eric
<ebeaton@dot.nyc.gov>
**Subject:** CBDTP Final Re-evaluation document
**Importance:** High

Hi Rick,
On behalf of the three Project Co-Sponsors for the Central Business District Tolling Program, I want to let you know that
we made a few minor changes to the reevaluation document. The finalized document is in the 2024-05-23 Re-
Evaluation Resubmission folder, as before. However, so we are all clear on exactly what document we're submitting for
review, you will find a set of documents with "06-03-24" in the file names.

We'd like to thank you and all your colleagues again for the ongoing support and guidance these past few years as
we've worked to make this historic project a reality. We look forward to your response.

Best,
Allison

**Allison L. C. de Cerreño, Ph.D.**
**Chief Operating Officer**
**MTA Bridges and Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7750 • M: 646-899-3735
E: acdecerreno@mtabt.org

**From:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**To:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>
**Cc:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Stephanie.Winkelhake@dot.ny.gov" <Stephanie.Winkelhake@dot.ny.gov>, "Beaton, Eric" <ebeaton@dot.nyc.gov>, "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>, "Biondi, Emily (FHWA)" <Emily.Biondi@dot.gov>, "Santiago, Damaris (FHWA)" <Damaris.Santiago@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Subject:** Re: CBDTP Final Re-evaluation document
**Date:** Mon, 03 Jun 2024 17:33:54 +0000
**Importance:** Normal

---

Thank you Allison and all.  Received.  I will touch base with you soon.

Rick

---

**From:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>
**Sent:** Monday, June 3, 2024 1:29 PM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Cc:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Stephanie.Winkelhake@dot.ny.gov <Stephanie.Winkelhake@dot.ny.gov>; Beaton, Eric <ebeaton@dot.nyc.gov>
**Subject:** CBDTP Final Re-evaluation document

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Rick,
On behalf of the three Project Co-Sponsors for the Central Business District Tolling Program, I want to let you know that we made a few minor changes to the reevaluation document. The finalized document is in the 2024-05-23 Re-Evaluation Resubmission folder, as before. However, so we are all clear on exactly what document we're submitting for review, you will find a set of documents with "06-03-24" in the file names.

We'd like to thank you and all your colleagues again for the ongoing support and guidance these past few years as we've worked to make this historic project a reality. We look forward to your response.

Best,
Allison

**Allison L. C. de Cerreño, Ph.D.**
**Chief Operating Officer**
**MTA Bridges and Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7750 • M: 646-899-3735
E: acdecerreno@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this

DOT_0047297

message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047298

**From:** "Crim, Stephen" <stephen.crim@mtabt.org>
**To:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>, "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Cc:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Angel, Nichola" <nangel@mtabt.org>, "Robinson, Zulema" <ZRobinson@mtabt.org>, Elizabeth Knauer <eknauer@sprlaw.com>, Mark Chertok <mchertok@sprlaw.com>, "Friman, Paul" <pfriman@mtabt.org>, "Oliva, Louis" <LOLIVA@mtahq.org>, "Houck, Ivory" <ivory.houck@mtabt.org>
**Subject:** 06/04/24 CBDTP Reevaluation Meeting
**Date:** Mon, 03 Jun 2024 18:21:19 +0000
**Importance:** Normal

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Rick, Monica, and Anna:

Good afternoon! We do not have agenda items for our regularly scheduled 2pm Eastern meeting tomorrow, 06/04/24. Do you have items you'd like to discuss or may we cancel?

With Thanks,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7045
C: 347-918-6351
E: stephen.crim@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**To:** "Crim, Stephen" <stephen.crim@mtabt.org>, "Pavlik, Monica (FHWA)"
<Monica.Pavlik@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Cc:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Angel, Nichola"
<nangel@mtabt.org>, "Robinson, Zulema" <ZRobinson@mtabt.org>, "Elizabeth Knauer"
<eknauer@sprlaw.com>, Mark Chertok <mchertok@sprlaw.com>, "Friman, Paul"
<pfriman@mtabt.org>, "Oliva, Louis" <LOLIVA@mtahq.org>, "Houck, Ivory"
<ivory.houck@mtabt.org>, "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>,
"Biondi, Emily (FHWA)" <Emily.Biondi@dot.gov>, "Santiago, Damaris (FHWA)"
<Damaris.Santiago@dot.gov>
**Subject:** RE: 06/04/24 CBDTP Reevaluation Meeting
**Date:** Mon, 03 Jun 2024 18:27:31 +0000
**Importance:** Normal

---

Hello Stephen,
We do not have anything either and good with the cancelling.  Please know we appreciate meeting this past Friday.

Rick


Richard J. Marquis
Division Administrator
U.S. DOT/Federal Highway Administration, New York Division
11A Clinton Avenue, Suite 719
Albany, NY 12207
Email: rick.marquis@dot.gov
Ph: 518.431.8897
Cell:  617.413.6675



**From:** Crim, Stephen <stephen.crim@mtabt.org>
**Sent:** Monday, June 3, 2024 2:21 PM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Price, Anna
(FHWA) <anna.price@dot.gov>
**Cc:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Angel, Nichola <nangel@mtabt.org>; Robinson, Zulema
<ZRobinson@mtabt.org>; Elizabeth Knauer <eknauer@sprlaw.com>; Mark Chertok <mchertok@sprlaw.com>; Friman,
Paul <pfriman@mtabt.org>; Oliva, Louis <LOLIVA@mtahq.org>; Houck, Ivory <ivory.houck@mtabt.org>
**Subject:** 06/04/24 CBDTP Reevaluation Meeting

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links
or open attachments unless you recognize the sender and know the content is safe.

Dear Rick, Monica, and Anna:

Good afternoon! We do not have agenda items for our regularly scheduled 2pm Eastern meeting tomorrow, 06/04/24.
Do you have items you'd like to discuss or may we cancel?

With Thanks,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7045
C: 347-918-6351
E: stephen.crim@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047301

**From:** "Crim, Stephen" <stephen.crim@mtabt.org>
**To:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>, "Pavlik, Monica (FHWA)"
<Monica.Pavlik@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Cc:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Angel, Nichola"
<nangel@mtabt.org>, "Robinson, Zulema" <ZRobinson@mtabt.org>, Elizabeth Knauer
<eknauer@sprlaw.com>, Mark Chertok <mchertok@sprlaw.com>, "Friman, Paul"
<pfriman@mtabt.org>, "Oliva, Louis" <LOLIVA@mtahq.org>, "Houck, Ivory"
<ivory.houck@mtabt.org>, "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>,
"Biondi, Emily (FHWA)" <Emily.Biondi@dot.gov>, "Santiago, Damaris (FHWA)"
<Damaris.Santiago@dot.gov>
**Subject:** RE: 06/04/24 CBDTP Reevaluation Meeting
**Date:** Mon, 03 Jun 2024 18:40:02 +0000
**Importance:** Normal

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Rick:

Thank you! Have a great week.

Best,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
E: stephen.crim@mtabt.org

---

**From:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Sent:** Monday, June 3, 2024 2:28 PM
**To:** Crim, Stephen <stephen.crim@mtabt.org>; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Angel, Nichola <nangel@mtabt.org>; Robinson, Zulema <ZRobinson@mtabt.org>; Elizabeth Knauer <eknauer@sprlaw.com>; Mark Chertok <mchertok@sprlaw.com>; Friman, Paul <pfriman@mtabt.org>; Oliva, Louis <LOLIVA@mtahq.org>; Houck, Ivory <ivory.houck@mtabt.org>; Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>; Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>; Santiago, Damaris (FHWA) <Damaris.Santiago@dot.gov>
**Subject:** RE: 06/04/24 CBDTP Reevaluation Meeting

Hello Stephen,
We do not have anything either and good with the cancelling.  Please know we appreciate meeting this past Friday.

Rick

Richard J. Marquis
Division Administrator
U.S. DOT/Federal Highway Administration, New York Division
11A Clinton Avenue, Suite 719
Albany, NY 12207

Email: rick.marquis@dot.gov
Ph: 518.431.8897
Cell: 617.413.6675

---

**From:** Crim, Stephen <stephen.crim@mtabt.org>
**Sent:** Monday, June 3, 2024 2:21 PM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Angel, Nichola <nangel@mtabt.org>; Robinson, Zulema <ZRobinson@mtabt.org>; Elizabeth Knauer <eknauer@sprlaw.com>; Mark Chertok <mchertok@sprlaw.com>; Friman, Paul <pfriman@mtabt.org>; Oliva, Louis <LOLIVA@mtahq.org>; Houck, Ivory <ivory.houck@mtabt.org>
**Subject:** 06/04/24 CBDTP Reevaluation Meeting

<span style="background-color:red;color:white">**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.</span>

Dear Rick, Monica, and Anna:

Good afternoon! We do not have agenda items for our regularly scheduled 2pm Eastern meeting tomorrow, 06/04/24. Do you have items you'd like to discuss or may we cancel?

With Thanks,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7045
C: 347-918-6351
E: stephen.crim@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Rotsko, Nathanael" <nathanael.rotsko@mtabt.org>
**To:** "Carry, William" <WCarry@dot.nyc.gov>, "Stephanie.Winkelhake@dot.ny.gov"
<Stephanie.Winkelhake@dot.ny.gov>, "Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>"
<Rick.Marquis@dot.gov>, "Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>"
<Monica.Pavlik@dot.gov>
**Cc:** "Phillips, Tanisa" <tanisa.phillips@mtabt.org>, "C. de Cerreno, Allison"
<allison.cdecerreno@mtahq.org>, "Angel, Nichola" <nangel@mtabt.org>, "Friman, Paul"
<pfriman@mtabt.org>
**Subject:** CBDTP Project Sponsors - Environmental Justice Community Group (EJCG) Meeting
**Date:** Mon, 03 Jun 2024 22:32:47 +0000
**Importance:** Normal

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hello Project Sponsors,

Reaching out to inform you that we are preparing for the next Environmental Justice Community Group meeting, which will be held the second week of June. In advance of that meeting, we'd like to invite you to a prep meeting to review the presentation materials.

Please let me know by **EOD Wednesday (6/5)** if you or a representative are available at the following time:

- Friday (6/7) from 11:30am to 12:30pm

An invite to the official EJCG meeting will be sent by the end of the week. Thank you for your continued participation.

Best regards,
Nathanael

Nathanael Rotsko

Acting Director, Strategy and Stakeholder Engagement
MTA Bridges & Tunnels - ITS & Tolling Department
2 Broadway, 23rd Floor, New York, NY 10004

Desk: 646-252-7831 (except Wednesdays)
Cell: 929-536-0931

Call me on Teams!

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047304

**From:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**To:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>
**Cc:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Stephanie.Winkelhake@dot.ny.gov" <Stephanie.Winkelhake@dot.ny.gov>, "Beaton, Eric" <ebeaton@dot.nyc.gov>, "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>, "Biondi, Emily (FHWA)" <Emily.Biondi@dot.gov>, "Santiago, Damaris (FHWA)" <Damaris.Santiago@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Subject:** RE: CBDTP Final Re-evaluation document
**Date:** Tue, 04 Jun 2024 13:10:12 +0000
**Importance:** Normal

---

Hello Allison,

We would like one final rewrite on page 103 in the Highway Link Analysis section. We trust you will understand the section to replace, but let me know if it is not clear.

Rewrite as follows:

Based on the screening analyses, it was determined that the Project is not a project of air quality concern as defined in 40 CFR 93.123(b)(1). Despite not being a project of air quality concern, consultation with the interagency consultation group (ICG) occurred. In addition to the consultation with ICG the community expressed concerns, therefore, particulate matter hot spot analyses were conducted on highway segments at three locations which represented the worst-case conditions. These worst case conditions represented the largest increases in truck traffic and highest AADT.

Could you confirm this rewrite and send us a new final document please, as soon as possible.

Thank you,
Rick


Richard J. Marquis
Division Administrator
U.S. DOT/Federal Highway Administration, New York Division
11A Clinton Avenue, Suite 719
Albany, NY 12207
Email:  rick.marquis@dot.gov
Ph:  518.431.8897
Cell:  617.413.6675


---

**From:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Sent:** Monday, June 3, 2024 1:34 PM
**To:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>
**Cc:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Stephanie.Winkelhake@dot.ny.gov; Beaton, Eric <ebeaton@dot.nyc.gov>; Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>; Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>; Santiago, Damaris (FHWA) <Damaris.Santiago@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Subject:** Re: CBDTP Final Re-evaluation document

Thank you Allison and all.  Received.  I will touch base with you soon.

DOT_0047305

Rick

---

**From:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>
**Sent:** Monday, June 3, 2024 1:29 PM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Cc:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Stephanie.Winkelhake@dot.ny.gov
<Stephanie.Winkelhake@dot.ny.gov>; Beaton, Eric <ebeaton@dot.nyc.gov>
**Subject:** CBDTP Final Re-evaluation document

<span style="background-color:red">**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.</span>

Hi Rick,
On behalf of the three Project Co-Sponsors for the Central Business District Tolling Program, I want to let you know that we made a few minor changes to the reevaluation document. The finalized document is in the 2024-05-23 Re-Evaluation Resubmission folder, as before. However, so we are all clear on exactly what document we're submitting for review, you will find a set of documents with "06-03-24" in the file names.

We'd like to thank you and all your colleagues again for the ongoing support and guidance these past few years as we've worked to make this historic project a reality. We look forward to your response.

Best,
Allison

**Allison L. C. de Cerreño, Ph.D.**
**Chief Operating Officer**
**MTA Bridges and Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7750 • M: 646-899-3735
E: acdecerreno@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**To:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>, "Price, Anna (FHWA)"
<anna.price@dot.gov>
**Subject:** FW: CBDTP Project Sponsors - Environmental Justice Community Group (EJCG) Meeting
**Date:** Tue, 04 Jun 2024 14:06:53 +0000
**Importance:** Normal

---

Rick and Anna,

I will not be able to make this meeting. Will either of you be able to attend?

Anna, you're starting your rotation on the 17th right? I will be back in July.

Thank you,

Monica Pavlik

Acting South Dakota Deputy Division Administrator
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

---

**From:** Rotsko, Nathanael <nathanael.rotsko@mtabt.org>
**Sent:** Monday, June 3, 2024 4:33 PM
**To:** Carry, William <WCarry@dot.nyc.gov>; Stephanie.Winkelhake@dot.ny.gov; Marquis, Rick (FHWA)
<Rick.Marquis@dot.gov>; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>
**Cc:** Phillips, Tanisa <tanisa.phillips@mtabt.org>; C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Angel, Nichola
<nangel@mtabt.org>; Friman, Paul <pfriman@mtabt.org>
**Subject:** CBDTP Project Sponsors - Environmental Justice Community Group (EJCG) Meeting

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links
or open attachments unless you recognize the sender and know the content is safe.

Hello Project Sponsors,

Reaching out to inform you that we are preparing for the next Environmental Justice Community Group meeting, which
will be held the second week of June. In advance of that meeting, we'd like to invite you to a prep meeting to review
the presentation materials.

Please let me know by **EOD Wednesday (6/5)** if you or a representative are available at the following time:

- Friday (6/7) from 11:30am to 12:30pm

An invite to the official EJCG meeting will be sent by the end of the week. Thank you for your continued participation.

Best regards,
Nathanael

Nathanael Rotsko

Acting Director, Strategy and Stakeholder Engagement

MTA Bridges & Tunnels - ITS & Tolling Department
2 Broadway, 23rd Floor, New York, NY 10004

Desk: 646 252 7831 (except Wednesdays)
Cell: 929-536-0931

Call me on Teams!

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047308

**From:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>
**To:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**Cc:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Stephanie.Winkelhake@dot.ny.gov"
<Stephanie.Winkelhake@dot.ny.gov>, "Beaton, Eric" <ebeaton@dot.nyc.gov>, "Vaughn-Fair,
Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>, "Biondi, Emily (FHWA)"
<Emily.Biondi@dot.gov>, "Santiago, Damaris (FHWA)" <Damaris.Santiago@dot.gov>,
"Price, Anna (FHWA)" <anna.price@dot.gov>
**Subject:** Re: CBDTP Final Re-evaluation document
**Date:** Tue, 04 Jun 2024 14:38:29 +0000
**Importance:** Normal

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Received

**Allison L. C. de Cerreño, Ph.D.**
**Chief Operating Officer**
**MTA Bridges and Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7750 • M: 646-899-3735
E: acdecerreno@mtabt.org

---

**From:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Sent:** Tuesday, June 4, 2024 9:10:12 AM
**To:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>
**Cc:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Stephanie.Winkelhake@dot.ny.gov
<Stephanie.Winkelhake@dot.ny.gov>; Beaton, Eric <ebeaton@dot.nyc.gov>; Vaughn-Fair, Sharon (FHWA)
<Sharon.Vaughn-Fair@dot.gov>; Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>; Santiago, Damaris (FHWA)
<Damaris.Santiago@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Subject:** RE: CBDTP Final Re-evaluation document

Hello Allison,

We would like one final rewrite on page 103 in the Highway Link Analysis section. We trust you will understand the section to replace, but let me know if it is not clear.

Rewrite as follows:

Based on the screening analyses, it was determined that the Project is not a project of air quality concern as defined in 40 CFR 93.123(b)(1). Despite not being a project of air quality concern, consultation with the interagency consultation group (ICG) occurred. In addition to the consultation with ICG the community expressed concerns, therefore, particulate matter hot spot analyses were conducted on highway segments at three locations which represented the worst-case conditions. These worst case conditions represented the largest increases in truck traffic and highest AADT.

Could you confirm this rewrite and send us a new final document please, as soon as possible.

Thank you,
Rick

Richard J. Marquis

Division Administrator
U.S. DOT/Federal Highway Administration, New York Division
11A Clinton Avenue, Suite 719
Albany, NY 12207
Email:  rick.marquis@dot.gov
Ph:  518.431.8897
Cell:  617.413.6675

---

**From:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Sent:** Monday, June 3, 2024 1:34 PM
**To:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>
**Cc:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Stephanie.Winkelhake@dot.ny.gov; Beaton, Eric <ebeaton@dot.nyc.gov>; Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>; Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>; Santiago, Damaris (FHWA) <Damaris.Santiago@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Subject:** Re: CBDTP Final Re-evaluation document

Thank you Allison and all.  Received.  I will touch base with you soon.

Rick

---

**From:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>
**Sent:** Monday, June 3, 2024 1:29 PM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Cc:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Stephanie.Winkelhake@dot.ny.gov <Stephanie.Winkelhake@dot.ny.gov>; Beaton, Eric <ebeaton@dot.nyc.gov>
**Subject:** CBDTP Final Re-evaluation document

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Rick,
On behalf of the three Project Co-Sponsors for the Central Business District Tolling Program, I want to let you know that we made a few minor changes to the reevaluation document. The finalized document is in the 2024-05-23 Re-Evaluation Resubmission folder, as before. However, so we are all clear on exactly what document we're submitting for review, you will find a set of documents with "06-03-24" in the file names.

We'd like to thank you and all your colleagues again for the ongoing support and guidance these past few years as we've worked to make this historic project a reality. We look forward to your response.

Best,
Allison

**Allison L. C. de Cerreño, Ph.D.**
**Chief Operating Officer**
**MTA Bridges and Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7750 • M: 646-899-3735
E: acdecerreno@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**To:** "Rotsko, Nathanael" <nathanael.rotsko@mtabt.org>, "Carry, William"
<WCarry@dot.nyc.gov>, "Stephanie.Winkelhake@dot.ny.gov"
<Stephanie.Winkelhake@dot.ny.gov>, "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**Cc:** "Phillips, Tanisa" <tanisa.phillips@mtabt.org>, "C. de Cerreno, Allison"
<allison.cdecerreno@mtahq.org>, "Angel, Nichola" <nangel@mtabt.org>, "Friman, Paul"
<pfriman@mtabt.org>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Subject:** RE: CBDTP Project Sponsors - Environmental Justice Community Group (EJCG) Meeting
**Date:** Tue, 04 Jun 2024 14:38:41 +0000
**Importance:** Normal

---

Nathanael,

I will be able to attend.

Thank you,

Monica Pavlik

Acting South Dakota Deputy Division Administrator
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

---

**From:** Rotsko, Nathanael <nathanael.rotsko@mtabt.org>
**Sent:** Monday, June 3, 2024 4:33 PM
**To:** Carry, William <WCarry@dot.nyc.gov>; Stephanie.Winkelhake@dot.ny.gov; Marquis, Rick (FHWA)
<Rick.Marquis@dot.gov>; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>
**Cc:** Phillips, Tanisa <tanisa.phillips@mtabt.org>; C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Angel, Nichola
<nangel@mtabt.org>; Friman, Paul <pfriman@mtabt.org>
**Subject:** CBDTP Project Sponsors - Environmental Justice Community Group (EJCG) Meeting

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links
or open attachments unless you recognize the sender and know the content is safe.

Hello Project Sponsors,

Reaching out to inform you that we are preparing for the next Environmental Justice Community Group meeting, which
will be held the second week of June. In advance of that meeting, we'd like to invite you to a prep meeting to review
the presentation materials.

Please let me know by **EOD Wednesday (6/5)** if you or a representative are available at the following time:

- Friday (6/7) from 11:30am to 12:30pm

An invite to the official EJCG meeting will be sent by the end of the week. Thank you for your continued participation.

Best regards,
Nathanael

Nathanael Rotsko

Acting Director, Strategy and Stakeholder Engagement
MTA Bridges & Tunnels - ITS & Tolling Department
2 Broadway, 23rd Floor, New York, NY 10004

Desk: 646 252 7831 (except Wednesdays)
Cell: 929-536-0931

Call me on Teams!

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047313

**From:** "Rotsko, Nathanael" <nathanael.rotsko@mtabt.org>
**To:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Carry, William"
    <WCarry@dot.nyc.gov>, "Stephanie.Winkelhake@dot.ny.gov"
    <Stephanie.Winkelhake@dot.ny.gov>, "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**Cc:** "Phillips, Tanisa" <tanisa.phillips@mtabt.org>, "C. de Cerreno, Allison"
    <allison.cdecerreno@mtahq.org>, "Angel, Nichola" <nangel@mtabt.org>, "Friman, Paul"
    <pfriman@mtabt.org>, "Price, Anna (FHWA)" <anna.price@dot.gov>
**Subject:** RE: CBDTP Project Sponsors - Environmental Justice Community Group (EJCG) Meeting
**Date:** Tue, 04 Jun 2024 14:55:53 +0000
**Importance:** Normal

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thank you Monica. Noting that you will attend.

**From:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>
**Sent:** Tuesday, June 4, 2024 10:39 AM
**To:** Rotsko, Nathanael <nathanael.rotsko@mtabt.org>; Carry, William <WCarry@dot.nyc.gov>;
Stephanie.Winkelhake@dot.ny.gov; Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Cc:** Phillips, Tanisa <tanisa.phillips@mtabt.org>; C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Angel, Nichola
<nangel@mtabt.org>; Friman, Paul <pfriman@mtabt.org>; Price, Anna (FHWA) <anna.price@dot.gov>
**Subject:** RE: CBDTP Project Sponsors - Environmental Justice Community Group (EJCG) Meeting

Nathanael,

I will be able to attend.

Thank you,

Monica Pavlik

Acting South Dakota Deputy Division Administrator
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

**From:** Rotsko, Nathanael <nathanael.rotsko@mtabt.org>
**Sent:** Monday, June 3, 2024 4:33 PM
**To:** Carry, William <WCarry@dot.nyc.gov>; Stephanie.Winkelhake@dot.ny.gov; Marquis, Rick (FHWA)
<Rick.Marquis@dot.gov>; Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>
**Cc:** Phillips, Tanisa <tanisa.phillips@mtabt.org>; C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>; Angel, Nichola
<nangel@mtabt.org>; Friman, Paul <pfriman@mtabt.org>
**Subject:** CBDTP Project Sponsors - Environmental Justice Community Group (EJCG) Meeting

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hello Project Sponsors,

Reaching out to inform you that we are preparing for the next Environmental Justice Community Group meeting, which will be held the second week of June. In advance of that meeting, we'd like to invite you to a prep meeting to review the presentation materials.

Please let me know by **EOD Wednesday (6/5)** if you or a representative are available at the following time:

- Friday (6/7) from 11:30am to 12:30pm

An invite to the official EJCG meeting will be sent by the end of the week. Thank you for your continued participation.

Best regards,
Nathanael

Nathanael Rotsko

Acting Director, Strategy and Stakeholder Engagement
MTA Bridges & Tunnels   ITS & Tolling Department
2 Broadway, 23rd Floor, New York, NY 10004

Desk: 646-252-7831 (except Wednesdays)
Cell: 929 536 0931

Call me on Teams!

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Crim, Stephen" <stephen.crim@mtabt.org>
**To:** "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>, "Marquis, Rick (FHWA)"
<Rick.Marquis@dot.gov>, "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Price,
Anna (FHWA)" <anna.price@dot.gov>
**Cc:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Angel, Nichola"
<nangel@mtabt.org>, "Robinson, Zulema" <ZRobinson@mtabt.org>, Elizabeth Knauer
<eknauer@sprlaw.com>, "Friman, Paul" <pfriman@mtabt.org>, Mark Chertok
<mchertok@sprlaw.com>, "Oliva, Louis" <LOLIVA@mtahq.org>
**Subject:** Request for Minor Text Change
**Date:** Tue, 04 Jun 2024 15:57:52 +0000
**Importance:** Normal

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear All:

I just spoke with Monica about the text edit that we received. May we modify the punctuation, as highlighted in **red, bold font** below? In the second sentence, we propose adding a comma after "ICG" and changing the comma after "concerns" to a semicolon.

Based on the screening analyses, it was determined that the Project is not a project of air quality concern as defined in 40 CFR 93.123(b)(1). Despite not being a project of air quality concern, consultation with the interagency consultation group (ICG) occurred. In addition to the consultation with ICG, the community expressed concerns; therefore, particulate matter hot spot analyses were conducted on highway segments at three locations which represented the worst-case conditions. These worst case conditions represented the largest increases in truck traffic and highest AADT.

With Thanks,

**Stephen Crim**
**Director, Policy & Analytical Reporting**
**CBD Tolling Program, MTA Bridges & Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7045
C: 347-918-6351
E: stephen.crim@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>
**To:** "rick.marquis@dot.gov" <rick.marquis@dot.gov>
**Cc:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Stephanie.Winkelhake@dot.ny.gov" <Stephanie.Winkelhake@dot.ny.gov>, "Beaton, Eric" <ebeaton@dot.nyc.gov>
**Subject:** CBDTP Final Re-evaluation document
**Date:** Tue, 04 Jun 2024 19:26:19 +0000
**Importance:** Normal

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Rick,
On behalf of the three Project Co-Sponsors for the Central Business District Tolling Program, I want to let you know that we made a minor change to the reevaluation document. The finalized document is in the 2024-05-23 Re-Evaluation Resubmission folder, as before. However, so we are all clear on exactly what document we're submitting for review, you will find a set of documents with "06-04-24" in the file names.

We'd like to thank you and all your colleagues again for the ongoing support and guidance these past few years as we've worked to make this historic project a reality. We look forward to your response.

-Allison

**Allison L. C. de Cerreño, Ph.D.**
**Chief Operating Officer**
**MTA Bridges and Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7750 • M: 646-899-3735
E: acdecerreno@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**To:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>, "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**Cc:** "Stephanie.Winkelhake@dot.ny.gov" <Stephanie.Winkelhake@dot.ny.gov>, "Beaton, Eric" <ebeaton@dot.nyc.gov>
**Subject:** RE: CBDTP Final Re-evaluation document
**Date:** Tue, 04 Jun 2024 19:29:08 +0000
**Importance:** Normal

---

Thank you, Allison. Received.

Monica Pavlik

Acting South Dakota Deputy Division Administrator
12300 W. Dakota Ave Suite 180
Lakewood, CO 80228
office - (720) 963-3012
fax - (720) 963-3001

**From:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>
**Sent:** Tuesday, June 4, 2024 1:26 PM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Cc:** Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>; Stephanie.Winkelhake@dot.ny.gov; Beaton, Eric <ebeaton@dot.nyc.gov>
**Subject:** CBDTP Final Re-evaluation document

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Rick,
On behalf of the three Project Co-Sponsors for the Central Business District Tolling Program, I want to let you know that we made a minor change to the reevaluation document. The finalized document is in the 2024-05-23 Re-Evaluation Resubmission folder, as before. However, so we are all clear on exactly what document we're submitting for review, you will find a set of documents with "06-04-24" in the file names.

We'd like to thank you and all your colleagues again for the ongoing support and guidance these past few years as we've worked to make this historic project a reality. We look forward to your response.

-Allison

**Allison L. C. de Cerreño, Ph.D.**
**Chief Operating Officer**
**MTA Bridges and Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7750 • M: 646-899-3735
E: acdecerreno@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Kochersberger, Carl R. (DOT)" <Carl.Kochersberger@dot.ny.gov>
**To:** "gautam.mani@dot.gov" <gautam.mani@dot.gov>
**Cc:** "Neerackal, George (DOT)" <George.Neerackal@dot.ny.gov>
**Subject:** FW: Conformity/Congestion Pricing
**Date:** Wed, 05 Jun 2024 17:26:00 +0000
**Importance:** High
**Inline-Images:** image001.jpg; image002.jpg

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Gautam,

Would you have any thoughts on how we should handle this?

Thanks,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,**
**Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



---

**From:** Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:24 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Cc:** Levine, Adam (DOT) <Adam.Levine@dot.ny.gov>; Bogacz, Gerry (DOT) <Gerry.Bogacz@dot.ny.gov>; AIYEDUN, AFOLABI T (DOT) <AFOLABI.AIYEDUN@dot.ny.gov>
**Subject:** Conformity/Congestion Pricing
**Importance:** High

Carl/George,
Hope all is well –
Carl and I just spoke regarding the significant announcement Gov Hochul just made to "indefinitely pause" the MTA's congestion pricing by program.
NYMTC seeks your guidance and direction on how we should proceed with Conformity given this news.  Recall that the current calendar year 2024 Draft Transportation Conformity Determination, is completed, publicly reviewed, currently includes the Congestion Pricing program, and was slated to be adopted at our June 20th PFAC meeting in two weeks. We planned on distributing the documentation to PFAC starting tomorrow, so we appreciate any efforts to provide us some direction as expeditiously as possible.

DOT_0047319

We are available to join a call at any time  - just let us know.

Mark


**Mark Maglienti**
Associate Transportation Analyst

**New York Metropolitan Transportation Council**
25 Beaver Street, Suite 201
New York, NY 10004
(212) 383-2519
Mark.Maglienti@dot.ny.gov


**www.NYMTC.org**



**From:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**To:** "Bobba, Corey (FHWA)" <Corey.Bobba@dot.gov>
**Cc:** "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>, "Biondi, Emily (FHWA)"
<Emily.Biondi@dot.gov>, "Knopp, Martin (FHWA)" <Martin.Knopp@dot.gov>, "Nelson,
Thomas (FHWA)" <thomas.nelson@dot.gov>
**Subject:** RE: Update on NYC Congestion Pricing Actions
**Date:** Wed, 05 Jun 2024 17:34:26 +0000
**Importance:** Normal

---

Here is a link to the Governor's press event remarks, if you wanted to also include.

https://youtu.be/kRVEYLjYBcg

---

**From:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Sent:** Wednesday, June 5, 2024 8:42 AM
**To:** Bobba, Corey (FHWA) <Corey.Bobba@dot.gov>
**Cc:** Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>; Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>;
Knopp, Martin (FHWA) <Martin.Knopp@dot.gov>; Nelson, Thomas (FHWA) <thomas.nelson@dot.gov>
**Subject:** Re: Update on NYC Congestion Pricing Actions

Thank you Corey.

---

**From:** Bobba, Corey (FHWA) <Corey.Bobba@dot.gov>
**Sent:** Wednesday, June 5, 2024 8:32:55 AM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Cc:** Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>; Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>;
Knopp, Martin (FHWA) <Martin.Knopp@dot.gov>; Nelson, Thomas (FHWA) <thomas.nelson@dot.gov>
**Subject:** RE: Update on NYC Congestion Pricing Actions

Thank you Rick.  I updated the meeting appointment with the materials.  I also included the NYT Article you shared.

---

**From:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Sent:** Monday, June 3, 2024 12:15 PM
**To:** Bobba, Corey (FHWA) <Corey.Bobba@dot.gov>
**Cc:** Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>; Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>;
Knopp, Martin (FHWA) <Martin.Knopp@dot.gov>; Nelson, Thomas (FHWA) <thomas.nelson@dot.gov>
**Subject:** RE: Update on NYC Congestion Pricing Actions

Hello Corey,

Attached are read ahead materials that have been reviewed by FLSN/HCC, HEP, HOP, and DFSN.  Please attach to the
meeting appointment or share as appropriate.

Thank you,
Rick


Richard J. Marquis
Division Administrator

U.S. DOT/Federal Highway Administration, New York Division
11A Clinton Avenue, Suite 719
Albany, NY 12207
Email:  rick.marquis@dot.gov
Ph:  518.431.8897
Cell:  617.413.6675


-----Original Appointment-----
**From:** Bhatt, Shailen (FHWA) <shailen.bhatt@dot.gov>
**Sent:** Wednesday, May 22, 2024 12:38 PM
**To:** Bhatt, Shailen (FHWA); White, Kristin (FHWA); Shepherd, Gloria (FHWA); Benjamin, Randall (FHWA); Butler, Ayanna (FHWA); Gates, Angela (FHWA); Fleury, Nicolle (FHWA); Vaughn-Fair, Sharon (FHWA); Biondi, Emily (FHWA); Santiago, Damaris (FHWA); Knopp, Martin (FHWA); Nelson, Thomas (FHWA); Marquis, Rick (FHWA); Rusnak, Allison (FHWA); Hines, LaToya (FHWA); Stillson, Dan (FHWA); Bobba, Corey (FHWA); Singer, Nancy (FHWA); Harkins, Michael (FHWA)
**Subject:** Update on NYC Congestion Pricing Actions
**When:** Thursday, June 6, 2024 1:00 PM-1:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

**Purpose**: Update on NYC congestion pricing actions (re-evaluation and VPPP tolling agreement)

**POC**: Rick

_____

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 266 693 135 055

Passcode: 9PVNv5

_____

### Dial in by phone

+1 509 931 1572,,728766220# United States, Spokane

Find a local number

Phone conference ID: 728 766 220#

For organizers: Meeting options | Reset dial-in PIN

The United States Department of Transportation

[Org help](#)

**From:** "Neerackal, George (DOT)" <George.Neerackal@dot.ny.gov>
**To:** "gautam.mani@dot.gov" <gautam.mani@dot.gov>, "Daniel.moser@dot.gov"
<daniel.moser@dot.gov>, "Papageorgiou, Ona P (DEC)" <ona.papageorgiou@dec.ny.gov>,
"Sheehan, Michael P (DEC)" <michael.sheehan@dec.ny.gov>, "Black.lily@epa.gov"
<Black.lily@epa.gov>, "Tran, Hiep" <Tran.Hiep@epa.gov>, "laurita.matthew@epa.gov"
<laurita.matthew@epa.gov>
**Cc:** "Delano, Stephanie L (DOT)" <Stephanie.Delano@dot.ny.gov>, "Kochersberger, Carl R.
(DOT)" <Carl.Kochersberger@dot.ny.gov>, "Shank, Jason B (DOT)"
<Jason.Shank@dot.ny.gov>
**Subject:** NYMTC Conformity/Congestion Pricing: ICG Consultation
**Date:** Wed, 05 Jun 2024 17:55:53 +0000
**Importance:** High
**Inline-Images:** image001.jpg; image002.jpg

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

NYS Interagency Consultation Group for air quality conformity,

Please see email below from NYMTC.

Governor Hochul has just announced an indefinite pause to the MTA's congestion pricing program.  NYMTC's 2024 Draft Transportation Conformity Determination, which is completed and has already gone through the public review process, includes the Congestion Pricing program and was slated to be adopted at their June 20th PFAC meeting.  How should NYMTC proceed?

Thanks,
George

**George Neerackal**
Environmental Specialist 1, Environmental Science Bureau

**New York State Department of Transportation**
50 Wolf Rd, POD 4-1, Albany, NY 12232
(518) 457-9608 | George.Neerackal@dot.ny.gov
www.dot.ny.gov



---

**From:** Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:24 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Cc:** Levine, Adam (DOT) <Adam.Levine@dot.ny.gov>; Bogacz, Gerry (DOT) <Gerry.Bogacz@dot.ny.gov>; AIYEDUN, AFOLABI T (DOT) <AFOLABI.AIYEDUN@dot.ny.gov>
**Subject:** Conformity/Congestion Pricing
**Importance:** High

Carl/George,

Hope all is well –

Carl and I just spoke regarding the significant announcement Gov Hochul just made to "indefinitely pause" the MTA's congestion pricing by program.

NYMTC seeks your guidance and direction on how we should proceed with Conformity given this news.  Recall that the current calendar year 2024 Draft Transportation Conformity Determination, is completed, publicy reviewed, currently includes the Congestion Pricing program, and was slated to be adopted at our June 20th PFAC meeting in two weeks. We planned on distributing the documentation to PFAC starting tomorrow, so we appreciate any efforts to provide us some direction as expeditiously as possible.

We are available to join a call at any time  - just let us know.

Mark


**Mark Maglienti**
Associate Transportation Analyst

**New York Metropolitan Transportation Council**
25 Beaver Street, Suite 201
New York, NY 10004
(212) 383-2519
Mark.Maglienti@dot.ny.gov

**www.NYMTC.org**



DOT_0047325

**From:** "Papageorgiou, Ona P (DEC)" <ona.papageorgiou@dec.ny.gov>
**To:** "Neerackal, George (DOT)" <George.Neerackal@dot.ny.gov>, "gautam.mani@dot.gov"
<gautam.mani@dot.gov>, "Daniel.moser@dot.gov" <daniel.moser@dot.gov>, "Sheehan,
Michael P (DEC)" <michael.sheehan@dec.ny.gov>, "Black.lily@epa.gov"
<Black.lily@epa.gov>, "Tran, Hiep" <Tran.Hiep@epa.gov>, "laurita.matthew@epa.gov"
<laurita.matthew@epa.gov>
**Cc:** "Delano, Stephanie L (DOT)" <Stephanie.Delano@dot.ny.gov>, "Kochersberger, Carl R.
(DOT)" <Carl.Kochersberger@dot.ny.gov>, "Shank, Jason B (DOT)"
<Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation
**Date:** Wed, 05 Jun 2024 18:42:23 +0000
**Importance:** Normal
**Inline-Images:** image003.png; image004.jpg; image005.jpg

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

I believe that this brings up at least a few questions and a call to discuss may be useful.
Can more information on how congestion pricing was included and to what extent it can be assessed in the modeling be highlighted in the meantime or on a call?

Best Regards,
Ona

**Ona Papageorgiou, P.E.**
She | Her | Hers
Chief, Mobile Source & Climate Change Planning
Bureau of Air Quality Planning, Division of Air Resources

**New York State Department of Environmental Conservation**
625 Broadway, Albany, NY 12233-3251
P: (518) 402-8396 | F: (518) 402-9035 | ona.papageorgiou@dec.ny.gov



---

**From:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:56 PM
**To:** gautam.mani@dot.gov; Daniel.moser@dot.gov; Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>;
Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>;
laurita.matthew@epa.gov
**Cc:** Delano, Stephanie L (DOT) <Stephanie.Delano@dot.ny.gov>; Kochersberger, Carl R. (DOT)
<Carl.Kochersberger@dot.ny.gov>; Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** NYMTC Conformity/Congestion Pricing: ICG Consultation
**Importance:** High

NYS Interagency Consultation Group for air quality conformity,

Please see email below from NYMTC.

Governor Hochul has just announced an indefinite pause to the MTA's congestion pricing program. NYMTC's 2024 Draft Transportation Conformity Determination, which is completed and has already gone through the public review process, includes the Congestion Pricing program and was slated to be adopted at their June 20th PFAC meeting. How should NYMTC proceed?

Thanks,
George

**George Neerackal**
Environmental Specialist 1, Environmental Science Bureau

**New York State Department of Transportation**
50 Wolf Rd, POD 4-1, Albany, NY 12232
(518) 457-9608 | George.Neerackal@dot.ny.gov
www.dot.ny.gov



**From:** Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:24 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Cc:** Levine, Adam (DOT) <Adam.Levine@dot.ny.gov>; Bogacz, Gerry (DOT) <Gerry.Bogacz@dot.ny.gov>; AIYEDUN, AFOLABI T (DOT) <AFOLABI.AIYEDUN@dot.ny.gov>
**Subject:** Conformity/Congestion Pricing
**Importance:** High

Carl/George,
Hope all is well –
Carl and I just spoke regarding the significant announcement Gov Hochul just made to "indefinitely pause" the MTA's congestion pricing by program.
NYMTC seeks your guidance and direction on how we should proceed with Conformity given this news. Recall that the current calendar year 2024 Draft Transportation Conformity Determination, is completed, publicly reviewed, currently includes the Congestion Pricing program, and was slated to be adopted at our June 20th PFAC meeting in two weeks. We planned on distributing the documentation to PFAC starting tomorrow, so we appreciate any efforts to provide us some direction as expeditiously as possible.

We are available to join a call at any time  - just let us know.

Mark

**Mark Maglienti**
Associate Transportation Analyst

**New York Metropolitan Transportation Council**
25 Beaver Street, Suite 201
New York, NY 10004
(212) 383-2519
Mark.Maglienti@dot.ny.gov

**www.NYMTC.org**

DOT_0047327



DOT_0047328

**From:** "Kochersberger, Carl R. (DOT)" <Carl.Kochersberger@dot.ny.gov>
**To:** "Papageorgiou, Ona P (DEC)" <ona.papageorgiou@dec.ny.gov>, "Neerackal, George (DOT)" <George.Neerackal@dot.ny.gov>, "gautam.mani@dot.gov" <gautam.mani@dot.gov>, "Daniel.moser@dot.gov" <daniel.moser@dot.gov>, "Sheehan, Michael P (DEC)" <michael.sheehan@dec.ny.gov>, "Black.lily@epa.gov" <Black.lily@epa.gov>, "Tran, Hiep" <Tran.Hiep@epa.gov>, "laurita.matthew@epa.gov" <laurita.matthew@epa.gov>, "Maglienti, Mark (DOT)" <Mark.Maglienti@dot.ny.gov>
**Cc:** "Shank, Jason B (DOT)" <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation
**Date:** Wed, 05 Jun 2024 19:06:32 +0000
**Importance:** Normal
**Inline-Images:** image001.jpg; image002.png; image003.jpg; image004.jpg

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

+ Mark Maglienti

All (including Mark) - Should we try to schedule a separate call, or should we discuss this on the regularly scheduled 6/12 ICG call?  It looks like Gautam will be out of the office until Monday 6/10.

Mark – Can you answer Ona's question?

Thanks,

Carl


**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,**
**Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



---

**From:** Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>
**Sent:** Wednesday, June 5, 2024 2:42 PM
**To:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; gautam.mani@dot.gov; Daniel.moser@dot.gov; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov
**Cc:** Delano, Stephanie L (DOT) <Stephanie.Delano@dot.ny.gov>; Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

I believe that this brings up at least a few questions and a call to discuss may be useful.
Can more information on how congestion pricing was included and to what extent it can be assessed in the modeling be highlighted in the meantime or on a call?

Best Regards,
Ona

**Ona Papageorgiou, P.E.**
She | Her | Hers
Chief, Mobile Source & Climate Change Planning
Bureau of Air Quality Planning, Division of Air Resources

**New York State Department of Environmental Conservation**
625 Broadway, Albany, NY 12233-3251
P: (518) 402-8396 | F: (518) 402-9035 | ona.papageorgiou@dec.ny.gov



---

**From:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:56 PM
**To:** gautam.mani@dot.gov; Daniel.moser@dot.gov; Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black, lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov
**Cc:** Delano, Stephanie L (DOT) <Stephanie.Delano@dot.ny.gov>; Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** NYMTC Conformity/Congestion Pricing: ICG Consultation
**Importance:** High

NYS Interagency Consultation Group for air quality conformity,

Please see email below from NYMTC.

Governor Hochul has just announced an indefinite pause to the MTA's congestion pricing program.  NYMTC's 2024 Draft Transportation Conformity Determination, which is completed and has already gone through the public review process, includes the Congestion Pricing program and was slated to be adopted at their June 20th PFAC meeting.  How should NYMTC proceed?

Thanks,
George

**George Neerackal**
Environmental Specialist 1, Environmental Science Bureau

**New York State Department of Transportation**
50 Wolf Rd, POD 4-1, Albany, NY 12232
(518) 457-9608 | George.Neerackal@dot.ny.gov
www.dot.ny.gov



DOT_0047330

**From:** Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:24 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Neerackal, George (DOT)
<George.Neerackal@dot.ny.gov>
**Cc:** Levine, Adam (DOT) <Adam.Levine@dot.ny.gov>; Bogacz, Gerry (DOT) <Gerry.Bogacz@dot.ny.gov>; AIYEDUN,
AFOLABI T (DOT) <AFOLABI.AIYEDUN@dot.ny.gov>
**Subject:** Conformity/Congestion Pricing
**Importance:** High

Carl/George,
Hope all is well –
Carl and I just spoke regarding the significant announcement Gov Hochul just made to "indefinitely pause" the MTA's
congestion pricing by program.
NYMTC seeks your guidance and direction on how we should proceed with Conformity given this news.  Recall that the
current calendar year 2024 Draft Transportation Conformity Determination, is completed, publicly reviewed, currently
includes the Congestion Pricing program, and was slated to be adopted at our June 20th PFAC meeting in two weeks.
We planned on distributing the documentation to PFAC starting tomorrow, so we appreciate any efforts to provide us
some direction as expeditiously as possible.

We are available to join a call at any time  - just let us know.

Mark

**Mark Maglienti**
Associate Transportation Analyst

**New York Metropolitan Transportation Council**
25 Beaver Street, Suite 201
New York, NY 10004
(212) 383-2519
Mark.Maglienti@dot.ny.gov

**www.NYMTC.org**



| | |
|---:|:---|
| **From:** | "Price, Anna (FHWA)" <anna.price@dot.gov> |
| **To:** | "Kochersberger, Carl R. (DOT)" <Carl.Kochersberger@dot.ny.gov> |
| **Cc:** | "Neerackal, George (DOT)" <George.Neerackal@dot.ny.gov>, "Mani, Gautam (FHWA)" <gautam.mani@dot.gov> |
| **Subject:** | RE: Conformity/Congestion Pricing |
| **Date:** | Wed, 05 Jun 2024 19:10:31 +0000 |
| **Importance:** | Normal |
| **Inline-Images:** | image001.jpg; image002.jpg |

---

Hi Carl-

I am in Buffalo at the moment. Gautam is also out of the office.
Can we wait until next week to discuss how to proceed?

Thank you
Anna

---

**From:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:28 PM
**To:** Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Mani, Gautam (FHWA) <gautam.mani@dot.gov>
**Subject:** RE: Conformity/Congestion Pricing

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Anna,

I see Gautam is out for training.  Could you please see below and let us know if you have any thoughts?

Thanks,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,**
**Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



---

**From:** Kochersberger, Carl R. (DOT)
**Sent:** Wednesday, June 5, 2024 1:26 PM

**To:** gautam.mani@dot.gov
**Cc:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Subject:** FW: Conformity/Congestion Pricing
**Importance:** High

Hi Gautam,

Would you have any thoughts on how we should handle this?

Thanks,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,
Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



**From:** Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:24 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Neerackal, George (DOT)
<George.Neerackal@dot.ny.gov>
**Cc:** Levine, Adam (DOT) <Adam.Levine@dot.ny.gov>; Bogacz, Gerry (DOT) <Gerry.Bogacz@dot.ny.gov>; AIYEDUN,
AFOLABI T (DOT) <AFOLABI.AIYEDUN@dot.ny.gov>
**Subject:** Conformity/Congestion Pricing
**Importance:** High

Carl/George,
Hope all is well –
Carl and I just spoke regarding the significant announcement Gov Hochul just made to "indefinitely pause" the MTA's
congestion pricing by program.
NYMTC seeks your guidance and direction on how we should proceed with Conformity given this news.  Recall that the
current calendar year 2024 Draft Transportation Conformity Determination, is completed, publicly reviewed, currently
includes the Congestion Pricing program, and was slated to be adopted at our June 20th PFAC meeting in two weeks.
We planned on distributing the documentation to PFAC starting tomorrow, so we appreciate any efforts to provide us
some direction as expeditiously as possible.

We are available to join a call at any time  - just let us know.

Mark

**Mark Maglienti**
Associate Transportation Analyst

**New York Metropolitan Transportation Council**
25 Beaver Street, Suite 201

DOT_0047333

New York, NY 10004
(212) 383-2519
Mark.Maglienti@dot.ny.gov

**www.NYMTC.org**



**From:** "Kochersberger, Carl R. (DOT)" <Carl.Kochersberger@dot.ny.gov>
**To:** "anna.price@dot.gov" <anna.price@dot.gov>
**Cc:** "Neerackal, George (DOT)" <George.Neerackal@dot.ny.gov>, "gautam.mani@dot.gov"
<gautam.mani@dot.gov>
**Subject:** RE: Conformity/Congestion Pricing
**Date:** Wed, 05 Jun 2024 19:14:02 +0000
**Importance:** Normal
**Inline-Images:** image001.jpg; image002.jpg

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thanks Anna,

I think we'll have to wait.  I wish I was in Buffalo (it's my home town)!

Thanks again,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,**
**Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



**From:** Price, Anna (FHWA) <anna.price@dot.gov>
**Sent:** Wednesday, June 5, 2024 3:11 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>
**Cc:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; gautam.mani@dot.gov
**Subject:** RE: Conformity/Congestion Pricing

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Hi Carl-

I am in Buffalo at the moment. Gautam is also out of the office.
Can we wait until next week to discuss how to proceed?

Thank you
Anna

**From:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:28 PM
**To:** Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Mani, Gautam (FHWA) <gautam.mani@dot.gov>
**Subject:** RE: Conformity/Congestion Pricing

<span style="background-color:red;color:white">**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.</span>

Hi Anna,

I see Gautam is out for training.  Could you please see below and let us know if you have any thoughts?

Thanks,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,
Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



**From:** Kochersberger, Carl R. (DOT)
**Sent:** Wednesday, June 5, 2024 1:26 PM
**To:** gautam.mani@dot.gov
**Cc:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Subject:** FW: Conformity/Congestion Pricing
**Importance:** High

Hi Gautam,

Would you have any thoughts on how we should handle this?

Thanks,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,
Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



---

**From:** Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:24 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Cc:** Levine, Adam (DOT) <Adam.Levine@dot.ny.gov>; Bogacz, Gerry (DOT) <Gerry.Bogacz@dot.ny.gov>; AIYEDUN, AFOLABI T (DOT) <AFOLABI.AIYEDUN@dot.ny.gov>
**Subject:** Conformity/Congestion Pricing
**Importance:** High

Carl/George,

Hope all is well –

Carl and I just spoke regarding the significant announcement Gov Hochul just made to "indefinitely pause" the MTA's congestion pricing by program.

NYMTC seeks your guidance and direction on how we should proceed with Conformity given this news.  Recall that the current calendar year 2024 Draft Transportation Conformity Determination, is completed, publicly reviewed, currently includes the Congestion Pricing program, and was slated to be adopted at our June 20th PFAC meeting in two weeks. We planned on distributing the documentation to PFAC starting tomorrow, so we appreciate any efforts to provide us some direction as expeditiously as possible.

We are available to join a call at any time  - just let us know.

Mark


**Mark Maglienti**
Associate Transportation Analyst

**New York Metropolitan Transportation Council**
25 Beaver Street, Suite 201
New York, NY 10004
(212) 383-2519
Mark.Maglienti@dot.ny.gov

**www.NYMTC.org**



**From:** "Rotsko, Nathanael" <nathanael.rotsko@mtabt.org>
**To:** "Carry, William" <WCarry@dot.nyc.gov>, "Stephanie.Winkelhake@dot.ny.gov"
<Stephanie.Winkelhake@dot.ny.gov>, "Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>"
<Rick.Marquis@dot.gov>, "Pavlik, Monica (FHWA) <Monica.Pavlik@dot.gov>"
<Monica.Pavlik@dot.gov>, "Smith, Patrick" <psmith@dot.nyc.gov>
**Cc:** "Phillips, Tanisa" <tanisa.phillips@mtabt.org>, "C. de Cerreno, Allison"
<allison.cdecerreno@mtahq.org>, "Friman, Paul" <pfriman@mtabt.org>
**Subject:** Postponement of Environmental Justice Community Group Meeting
**Date:** Wed, 05 Jun 2024 20:24:44 +0000
**Importance:** Normal

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hello Project Sponsors,

I'd like to start by thanking you all for your ongoing participation in the Environmental Justice Community Group and the Central Business District Tolling Program. Following directives issued by the Governor, the MTA is postponing next week's EJCG meeting until further notice. As such, we will no longer need a prep meeting this Friday.

If you have any question, please reach out and I will do my best to answer them.

Best regards,
Nathanael

Nathanael Rotsko

Acting Director, Strategy and Stakeholder Engagement
MTA Bridges & Tunnels - ITS & Tolling Department
2 Broadway, 23rd Floor, New York, NY 10004

Desk: 646-252-7831 (except Wednesdays)
Cell: 929-536-0931

Call me on Teams!

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Mani, Gautam (FHWA)" <gautam.mani@dot.gov>
**To:** "Kochersberger, Carl R. (DOT)" <Carl.Kochersberger@dot.ny.gov>, "Price, Anna (FHWA)"
    <anna.price@dot.gov>
**Cc:** "Neerackal, George (DOT)" <George.Neerackal@dot.ny.gov>
**Subject:** RE: Conformity/Congestion Pricing
**Date:** Wed, 05 Jun 2024 21:14:00 +0000
**Importance:** Normal
**Inline-Images:** image001.jpg; image002.jpg

---

Thanks Carl and Anna!  Yes, if we can use our scheduled ICG call next Wednesday to address this (as you proposed in the separate thread), I think that would work best for all and give me enough time to pull together accurate information.  Maybe the "orphan area" MPOs do not need to attend in that case, as there aren't really pressing issues in those areas.

One thing I would **strongly advise** is that, in the meantime, NYMTC proceed with **posting its conformity determination document and resolution as is** with the PFAC materials for 6/20.  I recognize that the document has already gone through public comment, but NYMTC's two week notice period for PFAC meetings would start tomorrow.

Thank you,
Gautam


Gautam Mani, AICP
Senior Community Planner
FHWA NY Division
(518) 431-8860
Gautam.mani@dot.gov

---

**From:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 3:14 PM
**To:** Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Mani, Gautam (FHWA) <gautam.mani@dot.gov>
**Subject:** RE: Conformity/Congestion Pricing

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thanks Anna,

I think we'll have to wait.  I wish I was in Buffalo (it's my home town)!

Thanks again,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,**

**Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



---

**From:** Price, Anna (FHWA) <anna.price@dot.gov>
**Sent:** Wednesday, June 5, 2024 3:11 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>
**Cc:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; gautam.mani@dot.gov
**Subject:** RE: Conformity/Congestion Pricing

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Hi Carl-

I am in Buffalo at the moment. Gautam is also out of the office.
Can we wait until next week to discuss how to proceed?

Thank you
Anna

---

**From:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:28 PM
**To:** Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Mani, Gautam (FHWA) <gautam.mani@dot.gov>
**Subject:** RE: Conformity/Congestion Pricing

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Anna,

I see Gautam is out for training.  Could you please see below and let us know if you have any thoughts?

Thanks,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,
Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



---

**From:** Kochersberger, Carl R. (DOT)
**Sent:** Wednesday, June 5, 2024 1:26 PM
**To:** gautam.mani@dot.gov
**Cc:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Subject:** FW: Conformity/Congestion Pricing
**Importance:** High

Hi Gautam,

Would you have any thoughts on how we should handle this?

Thanks,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,
Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



---

**From:** Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:24 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Neerackal, George (DOT)
<George.Neerackal@dot.ny.gov>
**Cc:** Levine, Adam (DOT) <Adam.Levine@dot.ny.gov>; Bogacz, Gerry (DOT) <Gerry.Bogacz@dot.ny.gov>; AIYEDUN,
AFOLABI T (DOT) <AFOLABI.AIYEDUN@dot.ny.gov>
**Subject:** Conformity/Congestion Pricing
**Importance:** High

Carl/George,
Hope all is well –
Carl and I just spoke regarding the significant announcement Gov Hochul just made to "indefinitely pause" the MTA's
congestion pricing by program.
NYMTC seeks your guidance and direction on how we should proceed with Conformity given this news.  Recall that the
current calendar year 2024 Draft Transportation Conformity Determination, is completed, publicy reviewed, currently
includes the Congestion Pricing program, and was slated to be adopted at our June 20th PFAC meeting in two weeks.
We planned on distributing the documentation to PFAC starting tomorrow, so we appreciate any efforts to provide us
some direction as expeditiously as possible.

We are available to join a call at any time  - just let us know.

Mark

DOT_0047341

**Mark Maglienti**
Associate Transportation Analyst

**New York Metropolitan Transportation Council**
25 Beaver Street, Suite 201
New York, NY 10004
(212) 383-2519
Mark.Maglienti@dot.ny.gov

**www.NYMTC.org**



DOT_0047342

**From:** "Moser, Daniel (FTA)" <daniel.moser@dot.gov>
**To:** "Mani, Gautam (FHWA)" <gautam.mani@dot.gov>, "Kochersberger, Carl R. (DOT)"
<Carl.Kochersberger@dot.ny.gov>, "Papageorgiou, Ona P (DEC)"
<ona.papageorgiou@dec.ny.gov>, "Neerackal, George (DOT)"
<George.Neerackal@dot.ny.gov>, "Sheehan, Michael P (DEC)"
<michael.sheehan@dec.ny.gov>, "Black.lily@epa.gov" <Black.lily@epa.gov>, "Tran, Hiep
<Tran.Hiep@epa.gov>, "laurita.matthew@epa.gov" <laurita.matthew@epa.gov>,
"Maglienti, Mark (DOT)" <Mark.Maglienti@dot.ny.gov>
**Cc:** "Shank, Jason B (DOT)" <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation
**Date:** Wed, 05 Jun 2024 21:35:12 +0000
**Importance:** Normal
**Inline-Images:** image001.jpg; image002.png; image003.jpg; image004.jpg

---

FTA concurs with FHWA's direction: proceed as planned as a contingency (if nothing else).

Dan Moser
Community Planner
Federal Transit Administration Region 2
(212) 668-2326

**From:** Mani, Gautam (FHWA) <gautam.mani@dot.gov>
**Sent:** Wednesday, June 5, 2024 5:19 PM
**To:** Moser, Daniel (FTA) <daniel.moser@dot.gov>; Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>;
Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Neerackal, George (DOT)
<George.Neerackal@dot.ny.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran,
Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

Yes, FHWA agrees with having the meeting next week as well.

One thing I would **strongly advise** is that, in the meantime, NYMTC proceed with **posting its conformity determination
document and resolution as is** with the PFAC materials for 6/20.

Thank you,
Gautam

Gautam Mani, AICP
Senior Community Planner
FHWA NY Division
(518) 431-8860
Gautam.mani@dot.gov

DOT_0047343

**From:** Moser, Daniel (FTA) <daniel.moser@dot.gov>
**Sent:** Wednesday, June 5, 2024 3:17 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Papageorgiou, Ona P (DEC)
<ona.papageorgiou@dec.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Mani, Gautam (FHWA)
<gautam.mani@dot.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep
<Tran.Hiep@epa.gov>; laurita.matthew@epa.gov; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

I agree.  FTA will be developing a response to this and other CP-related questions and will want to coordinate with both
FHWA and EPA on any response.

Dan Moser
Community Planner
Federal Transit Administration Region 2
(212) 668-2326

---

**From:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 3:07 PM
**To:** Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Neerackal, George (DOT)
<George.Neerackal@dot.ny.gov>; Mani, Gautam (FHWA) <gautam.mani@dot.gov>; Moser, Daniel (FTA)
<daniel.moser@dot.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep
<Tran.Hiep@epa.gov>; laurita.matthew@epa.gov; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links
or open attachments unless you recognize the sender and know the content is safe.

+ Mark Maglienti

All (including Mark) - Should we try to schedule a separate call, or should we discuss this on the regularly scheduled
6/12 ICG call?  It looks like Gautam will be out of the office until Monday 6/10.

Mark – Can you answer Ona's question?

Thanks,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,
Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



**From:** Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>
**Sent:** Wednesday, June 5, 2024 2:42 PM
**To:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; gautam.mani@dot.gov; Daniel.moser@dot.gov;
Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>;
laurita.matthew@epa.gov
**Cc:** Delano, Stephanie L (DOT) <Stephanie.Delano@dot.ny.gov>; Kochersberger, Carl R. (DOT)
<Carl.Kochersberger@dot.ny.gov>; Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

I believe that this brings up at least a few questions and a call to discuss may be useful.
Can more information on how congestion pricing was included and to what extent it can be assessed in the modeling
be highlighted in the meantime or on a call?

Best Regards,
Ona

**Ona Papageorgiou, P.E.**
She | Her | Hers
Chief, Mobile Source & Climate Change Planning
Bureau of Air Quality Planning, Division of Air Resources

**New York State Department of Environmental Conservation**
625 Broadway, Albany, NY 12233-3251
P: (518) 402-8396 | F: (518) 402-9035 | ona.papageorgiou@dec.ny.gov



**From:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:56 PM
**To:** gautam.mani@dot.gov; Daniel.moser@dot.gov; Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>;
Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>;
laurita.matthew@epa.gov
**Cc:** Delano, Stephanie L (DOT) <Stephanie.Delano@dot.ny.gov>; Kochersberger, Carl R. (DOT)
<Carl.Kochersberger@dot.ny.gov>; Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** NYMTC Conformity/Congestion Pricing: ICG Consultation
**Importance:** High

NYS Interagency Consultation Group for air quality conformity,

Please see email below from NYMTC.

Governor Hochul has just announced an indefinite pause to the MTA's congestion pricing program.  NYMTC's 2024
Draft Transportation Conformity Determination, which is completed and has already gone through the public review
process, includes the Congestion Pricing program and was slated to be adopted at their June 20th PFAC meeting.  How
should NYMTC proceed?

DOT_0047345

Thanks,
George

**George Neerackal**
Environmental Specialist 1, Environmental Science Bureau

**New York State Department of Transportation**
50 Wolf Rd, POD 4-1, Albany, NY 12232
(518) 457-9608 | George.Neerackal@dot.ny.gov
www.dot.ny.gov



---

**From:** Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:24 PM
**To:** Kochersberger, Carl. (DOT) <Carl.Kochersberger@dot.ny.gov>; Neerackal, George (DOT)
<George.Neerackal@dot.ny.gov>
**Cc:** Levine, Adam (DOT) <Adam.Levine@dot.ny.gov>; Bogacz, Gerry (DOT) <Gerry.Bogacz@dot.ny.gov>; AIYEDUN,
AFOLABI T (DOT) <AFOLABI.AIYEDUN@dot.ny.gov>
**Subject:** Conformity/Congestion Pricing
**Importance:** High

Carl/George,
Hope all is well –
Carl and I just spoke regarding the significant announcement Gov Hochul just made to "indefinitely pause" the MTA's
congestion pricing by program.
NYMTC seeks your guidance and direction on how we should proceed with Conformity given this news.  Recall that the
current calendar year 2024 Draft Transportation Conformity Determination, is completed, publicy reviewed, currently
includes the Congestion Pricing program, and was slated to be adopted at our June 20th PFAC meeting in two weeks.
We planned on distributing the documentation to PFAC starting tomorrow, so we appreciate any efforts to provide us
some direction as expeditiously as possible.

We are available to join a call at any time  - just let us know.

Mark

**Mark Maglienti**
Associate Transportation Analyst

**New York Metropolitan Transportation Council**
25 Beaver Street, Suite 201
New York, NY 10004
(212) 383-2519
Mark.Maglienti@dot.ny.gov

**www.NYMTC.org**



**From:** "Price, Anna (FHWA)" <anna.price@dot.gov>
**To:** "Mani, Gautam (FHWA)" <gautam.mani@dot.gov>, "Kochersberger, Carl R. (DOT)"
    <Carl.Kochersberger@dot.ny.gov>
**Cc:** "Neerackal, George (DOT)" <George.Neerackal@dot.ny.gov>
**Subject:** Re: Conformity/Congestion Pricing
**Date:** Wed, 05 Jun 2024 21:44:21 +0000
**Importance:** Normal
**Inline-Images:** image001.jpg; image002.jpg

---

I agree with Gautam's advice re: NYMTC's conformity.
Thank you Carl for reaching out to us.

---

**From:** Mani, Gautam (FHWA) <gautam.mani@dot.gov>
**Sent:** Wednesday, June 5, 2024 5:14:00 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Subject:** RE: Conformity/Congestion Pricing

Thanks Carl and Anna!  Yes, if we can use our scheduled ICG call next Wednesday to address this (as you proposed in the separate thread), I think that would work best for all and give me enough time to pull together accurate information.  Maybe the "orphan area" MPOs do not need to attend in that case, as there aren't really pressing issues in those areas.

One thing I would **strongly advise** is that, in the meantime, NYMTC proceed with **posting its conformity determination document and resolution as is** with the PFAC materials for 6/20.  I recognize that the document has already gone through public comment, but NYMTC's two week notice period for PFAC meetings would start tomorrow.

Thank you,
Gautam


Gautam Mani, AICP
Senior Community Planner
FHWA NY Division
(518) 431-8860
Gautam.mani@dot.gov


---

**From:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 3:14 PM
**To:** Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Mani, Gautam (FHWA) <gautam.mani@dot.gov>
**Subject:** RE: Conformity/Congestion Pricing

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thanks Anna,

I think we'll have to wait.  I wish I was in Buffalo (it's my home town)!

DOT_0047347

Thanks again,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,
Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



**From:** Price, Anna (FHWA) <anna.price@dot.gov>
**Sent:** Wednesday, June 5, 2024 3:11 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>
**Cc:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; gautam.mani@dot.gov
**Subject:** RE: Conformity/Congestion Pricing

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Hi Carl-

I am in Buffalo at the moment. Gautam is also out of the office.
Can we wait until next week to discuss how to proceed?

Thank you
Anna

**From:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:28 PM
**To:** Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Mani, Gautam (FHWA) <gautam.mani@dot.gov>
**Subject:** RE: Conformity/Congestion Pricing

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Anna,

I see Gautam is out for training.  Could you please see below and let us know if you have any thoughts?

Thanks,

Carl

**Carl Kochersberger**

DOT_0047348

Environmental Specialist 3

**New York State Department of Transportation,
Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



---

**From:** Kochersberger, Carl R. (DOT)
**Sent:** Wednesday, June 5, 2024 1:26 PM
**To:** gautam.mani@dot.gov
**Cc:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Subject:** FW: Conformity/Congestion Pricing
**Importance:** High

Hi Gautam,

Would you have any thoughts on how we should handle this?

Thanks,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,
Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



---

**From:** Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:24 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Neerackal, George (DOT)
<George.Neerackal@dot.ny.gov>
**Cc:** Levine, Adam (DOT) <Adam.Levine@dot.ny.gov>; Bogacz, Gerry (DOT) <Gerry.Bogacz@dot.ny.gov>; AIYEDUN,
AFOLABI T (DOT) <AFOLABI.AIYEDUN@dot.ny.gov>
**Subject:** Conformity/Congestion Pricing
**Importance:** High

Carl/George,
Hope all is well –
Carl and I just spoke regarding the significant announcement Gov Hochul just made to "indefinitely pause" the MTA's
congestion pricing by program.

DOT_0047349

NYMTC seeks your guidance and direction on how we should proceed with Conformity given this news.  Recall that the current calendar year 2024 Draft Transportation Conformity Determination, is completed, publicly reviewed, currently includes the Congestion Pricing program, and was slated to be adopted at our June 20th PFAC meeting in two weeks. We planned on distributing the documentation to PFAC starting tomorrow, so we appreciate any efforts to provide us some direction as expeditiously as possible.

We are available to join a call at any time  - just let us know.

Mark

**Mark Maglienti**
Associate Transportation Analyst

**New York Metropolitan Transportation Council**
25 Beaver Street, Suite 201
New York, NY 10004
(212) 383-2519
Mark.Maglienti@dot.ny.gov

**www.NYMTC.org**



**From:** "Papageorgiou, Ona P (DEC)" <ona.papageorgiou@dec.ny.gov>
**To:** "Daniel.moser@dot.gov" <daniel.moser@dot.gov>, "gautam.mani@dot.gov"
<gautam.mani@dot.gov>, "Kochersberger, Carl R. (DOT)"
<Carl.Kochersberger@dot.ny.gov>, "Neerackal, George (DOT)"
<George.Neerackal@dot.ny.gov>, "Sheehan, Michael P (DEC)"
<michael.sheehan@dec.ny.gov>, "Black.lily@epa.gov" <Black.lily@epa.gov>, "Tran, Hiep"
<Tran.Hiep@epa.gov>, "laurita.matthew@epa.gov" <laurita.matthew@epa.gov>,
"Maglienti, Mark (DOT)" <Mark.Maglienti@dot.ny.gov>
**Cc:** "Shank, Jason B (DOT)" <Jason.Shank@dot.ny.gov>
**Subject:** Re: NYMTC Conformity/Congestion Pricing: ICG Consultation
**Date:** Thu, 06 Jun 2024 12:24:39 +0000
**Importance:** Normal
**Inline-Images:** image001.jpg; image002.png; image003.jpg; image004.jpg; Outlook-cid_image0.png;
Outlook-cid_image0(1).png; Outlook-http___int.png

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

DEC concurs with this direction and to a meeting after Gautam returns.

Best Regards,
Ona

**Ona Papageorgiou, P.E.**
She | Her | Hers
Chief, Mobile Source & Climate Change Planning
Bureau of Air Quality Planning, Division of Air Resources

**New York State Department of Environmental Conservation**
625 Broadway, Albany, NY 12233-3251
P: (518) 402-8396 | F: (518) 402-9035 | ona.papageorgiou@dec.ny.gov

www.dec.ny.gov | 



---

**From:** Moser, Daniel (FTA) <daniel.moser@dot.gov>
**Sent:** Wednesday, June 5, 2024 5:35 PM
**To:** gautam.mani@dot.gov <gautam.mani@dot.gov>; Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>;
Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Neerackal, George (DOT)
<George.Neerackal@dot.ny.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov
<Black.lily@epa.gov>; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov <laurita.matthew@epa.gov>;
Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>

DOT_0047351

**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

FTA concurs with FHWA's direction: proceed as planned as a contingency (if nothing else).

Dan Moser
Community Planner
Federal Transit Administration Region 2
(212) 668-2326

---

**From:** Mani, Gautam (FHWA) <gautam.mani@dot.gov>
**Sent:** Wednesday, June 5, 2024 5:19 PM
**To:** Moser, Daniel (FTA) <daniel.moser@dot.gov>; Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

Yes, FHWA agrees with having the meeting next week as well.

One thing I would **strongly advise** is that, in the meantime, NYMTC proceed with **posting its conformity determination document and resolution as is** with the PFAC materials for 6/20.

Thank you,
Gautam

Gautam Mani, AICP
Senior Community Planner
FHWA NY Division
(518) 431-8860
Gautam.mani@dot.gov

---

**From:** Moser, Daniel (FTA) <daniel.moser@dot.gov>
**Sent:** Wednesday, June 5, 2024 3:17 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Mani, Gautam (FHWA) <gautam.mani@dot.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

I agree.  FTA will be developing a response to this and other CP-related questions and will want to coordinate with both FHWA and EPA on any response.

Dan Moser

Community Planner
Federal Transit Administration Region 2
(212) 668-2326

---

**From:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 3:07 PM
**To:** Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Neerackal, George (DOT)
<George.Neerackal@dot.ny.gov>; Mani, Gautam (FHWA) <gautam.mani@dot.gov>; Moser, Daniel (FTA)
<daniel.moser@dot.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep
<Tran.Hiep@epa.gov>; laurita.matthew@epa.gov; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links
or open attachments unless you recognize the sender and know the content is safe.

+ Mark Maglienti

All (including Mark) - Should we try to schedule a separate call, or should we discuss this on the regularly scheduled
6/12 ICG call?  It looks like Gautam will be out of the office until Monday 6/10.

Mark – Can you answer Ona's question?

Thanks,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,**
**Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



---

**From:** Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>
**Sent:** Wednesday, June 5, 2024 2:42 PM
**To:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; gautam.mani@dot.gov; Daniel.moser@dot.gov;
Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>;
laurita.matthew@epa.gov
**Cc:** Delano, Stephanie L (DOT) <Stephanie.Delano@dot.ny.gov>; Kochersberger, Carl R. (DOT)
<Carl.Kochersberger@dot.ny.gov>; Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

I believe that this brings up at least a few questions and a call to discuss may be useful.

DOT_0047353

Can more information on how congestion pricing was included and to what extent it can be assessed in the modeling be highlighted in the meantime or on a call?


Best Regards,
Ona

**Ona Papageorgiou, P.E.**
She | Her | Hers
Chief, Mobile Source & Climate Change Planning
Bureau of Air Quality Planning, Division of Air Resources

**New York State Department of Environmental Conservation**
625 Broadway, Albany, NY 12233-3251
P: (518) 402-8396 | F: (518) 402-9035 | ona.papageorgiou@dec.ny.gov



---

**From:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:56 PM
**To:** gautam.mani@dot.gov; Daniel.moser@dot.gov; Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov
**Cc:** Delano, Stephanie L (DOT) <Stephanie.Delano@dot.ny.gov>; Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** NYMTC Conformity/Congestion Pricing: ICG Consultation
**Importance:** High

NYS Interagency Consultation Group for air quality conformity,

Please see email below from NYMTC.

Governor Hochul has just announced an indefinite pause to the MTA's congestion pricing program.  NYMTC's 2024 Draft Transportation Conformity Determination, which is completed and has already gone through the public review process, includes the Congestion Pricing program and was slated to be adopted at their June 20th PFAC meeting.  How should NYMTC proceed?

Thanks,
George

**George Neerackal**
Environmental Specialist 1, Environmental Science Bureau

**New York State Department of Transportation**
50 Wolf Rd, POD 4-1, Albany, NY 12232
(518) 457-9608 | George.Neerackal@dot.ny.gov
www.dot.ny.gov



**From:** Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:24 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Cc:** Levine, Adam (DOT) <Adam.Levine@dot.ny.gov>; Bogacz, Gerry (DOT) <Gerry.Bogacz@dot.ny.gov>; AIYEDUN, AFOLABI T (DOT) <AFOLABI.AIYEDUN@dot.ny.gov>
**Subject:** Conformity/Congestion Pricing
**Importance:** High

Carl/George,

Hope all is well –

Carl and I just spoke regarding the significant announcement Gov Hochul just made to "indefinitely pause" the MTA's congestion pricing by program.

NYMTC seeks your guidance and direction on how we should proceed with Conformity given this news. Recall that the current calendar year 2024 Draft Transportation Conformity Determination, is completed, publicly reviewed, currently includes the Congestion Pricing program, and was slated to be adopted at our June 20th PFAC meeting in two weeks. We planned on distributing the documentation to PFAC starting tomorrow, so we appreciate any efforts to provide us some direction as expeditiously as possible.

We are available to join a call at any time  - just let us know.

Mark


**Mark Maglienti**
Associate Transportation Analyst

**New York Metropolitan Transportation Council**
25 Beaver Street, Suite 201
New York, NY 10004
(212) 383-2519
Mark.Maglienti@dot.ny.gov

**www.NYMTC.org**



**From:** "Tran, Hiep" <Tran.Hiep@epa.gov>
**To:** "Papageorgiou, Ona P (DEC)" <ona.papageorgiou@dec.ny.gov>, "Daniel.moser@dot.gov" <daniel.moser@dot.gov>, "gautam.mani@dot.gov" <gautam.mani@dot.gov>, "Kochersberger, Carl R. (DOT)" <Carl.Kochersberger@dot.ny.gov>, "george.neerackal@dot.ny.gov" <george.neerackal@dot.ny.gov>, "Sheehan, Michael P (DEC)" <michael.sheehan@dec.ny.gov>, "Black, Lily (she/her/hers)" <Black.Lily@epa.gov>, "Laurita, Matthew" <Laurita.Matthew@epa.gov>, "Maglienti, Mark (DOT)" <Mark.Maglienti@dot.ny.gov>
**Cc:** "Shank, Jason B (DOT)" <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation
**Date:** Thu, 06 Jun 2024 12:50:50 +0000
**Importance:** Normal
**Inline-Images:** image005.png; image006.png; image007.png; image008.jpg; image009.png; image010.jpg; image011.jpg

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

EPA also concurs with this direction and to a meeting after Gautam returns.

**From:** Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>
**Sent:** Thursday, June 6, 2024 8:25 AM
**To:** Daniel.moser@dot.gov; gautam.mani@dot.gov; Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; george.neerackal@dot.ny.gov; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black, Lily (she/her/hers) <Black.Lily@epa.gov>; Tran, Hiep <Tran.Hiep@epa.gov>; Laurita, Matthew <Laurita.Matthew@epa.gov>; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** Re: NYMTC Conformity/Congestion Pricing: ICG Consultation

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

DEC concurs with this direction and to a meeting after Gautam returns.

Best Regards,
Ona

**Ona Papageorgiou, P.E.**
She | Her | Hers
Chief, Mobile Source & Climate Change Planning
Bureau of Air Quality Planning, Division of Air Resources

**New York State Department of Environmental Conservation**
625 Broadway, Albany, NY 12233-3251
P: (518) 402-8396 | F: (518) 402-9035 | ona.papageorgiou@dec.ny.gov

www.dec.ny.gov | 

DOT_0047356



---

**From:** Moser, Daniel (FTA) <daniel.moser@dot.gov>
**Sent:** Wednesday, June 5, 2024 5:35 PM
**To:** gautam.mani@dot.gov <gautam.mani@dot.gov>; Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov <Black.lily@epa.gov>; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov <laurita.matthew@epa.gov>; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

> *ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

FTA concurs with FHWA's direction: proceed as planned as a contingency (if nothing else).

Dan Moser
Community Planner
Federal Transit Administration Region 2
(212) 668-2326

---

**From:** Mani, Gautam (FHWA) <gautam.mani@dot.gov>
**Sent:** Wednesday, June 5, 2024 5:19 PM
**To:** Moser, Daniel (FTA) <daniel.moser@dot.gov>; Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

Yes, FHWA agrees with having the meeting next week as well.

One thing I would **strongly advise** is that, in the meantime, NYMTC proceed with **posting its conformity determination document and resolution as is** with the PFAC materials for 6/20.

Thank you,
Gautam

Gautam Mani, AICP
Senior Community Planner
FHWA NY Division
(518) 431-8860
Gautam.mani@dot.gov

**From:** Moser, Daniel (FTA) <daniel.moser@dot.gov>
**Sent:** Wednesday, June 5, 2024 3:17 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Mani, Gautam (FHWA) <gautam.mani@dot.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

I agree.  FTA will be developing a response to this and other CP-related questions and will want to coordinate with both FHWA and EPA on any response.

Dan Moser
Community Planner
Federal Transit Administration Region 2
(212) 668-2326

---

**From:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 3:07 PM
**To:** Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Mani, Gautam (FHWA) <gautam.mani@dot.gov>; Moser, Daniel (FTA) <daniel.moser@dot.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

+ Mark Maglienti

All (including Mark) - Should we try to schedule a separate call, or should we discuss this on the regularly scheduled 6/12 ICG call?  It looks like Gautam will be out of the office until Monday 6/10.

Mark – Can you answer Ona's question?

Thanks,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation, Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov

DOT_0047358



**From:** Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>
**Sent:** Wednesday, June 5, 2024 2:42 PM
**To:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; gautam.mani@dot.gov; Daniel.moser@dot.gov;
Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>;
laurita.matthew@epa.gov
**Cc:** Delano, Stephanie L (DOT) <Stephanie.Delano@dot.ny.gov>; Kochersberger, Carl R. (DOT)
<Carl.Kochersberger@dot.ny.gov>; Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

I believe that this brings up at least a few questions and a call to discuss may be useful.
Can more information on how congestion pricing was included and to what extent it can be assessed in the modeling
be highlighted in the meantime or on a call?

Best Regards,
Ona

**Ona Papageorgiou, P.E.**
She | Her | Hers
Chief, Mobile Source & Climate Change Planning
Bureau of Air Quality Planning, Division of Air Resources

**New York State Department of Environmental Conservation**
625 Broadway, Albany, NY 12233-3251
P: (518) 402-8396 | F: (518) 402-9035 | ona.papageorgiou@dec.ny.gov



**From:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:56 PM
**To:** gautam.mani@dot.gov; Daniel.moser@dot.gov; Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>;
Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>;
laurita.matthew@epa.gov
**Cc:** Delano, Stephanie L (DOT) <Stephanie.Delano@dot.ny.gov>; Kochersberger, Carl R. (DOT)
<Carl.Kochersberger@dot.ny.gov>; Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** NYMTC Conformity/Congestion Pricing: ICG Consultation
**Importance:** High

NYS Interagency Consultation Group for air quality conformity,

Please see email below from NYMTC.

Governor Hochul has just announced an indefinite pause to the MTA's congestion pricing program. NYMTC's 2024
Draft Transportation Conformity Determination, which is completed and has already gone through the public review
process, includes the Congestion Pricing program and was slated to be adopted at their June 20th PFAC meeting. How
should NYMTC proceed?

DOT_0047359

Thanks,
George

**George Neerackal**
Environmental Specialist 1, Environmental Science Bureau

**New York State Department of Transportation**
50 Wolf Rd, POD 4-1, Albany, NY 12232
(518) 457-9608 | George.Neerackal@dot.ny.gov
www.dot.ny.gov



---

**From:** Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:24 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Neerackal, George (DOT)
<George.Neerackal@dot.ny.gov>
**Cc:** Levine, Adam (DOT) <Adam.Levine@dot.ny.gov>; Bogacz, Gerry (DOT) <Gerry.Bogacz@dot.ny.gov>; AIYEDUN,
AFOLABI T (DOT) <AFOLABI.AIYEDUN@dot.ny.gov>
**Subject:** Conformity/Congestion Pricing
**Importance:** High

Carl/George,
Hope all is well –
Carl and I just spoke regarding the significant announcement Gov Hochul just made to "indefinitely pause" the MTA's
congestion pricing by program.
NYMTC seeks your guidance and direction on how we should proceed with Conformity given this news.  Recall that the
current calendar year 2024 Draft Transportation Conformity Determination, is completed, publicy reviewed, currently
includes the Congestion Pricing program, and was slated to be adopted at our June 20th PFAC meeting in two weeks.
We planned on distributing the documentation to PFAC starting tomorrow, so we appreciate any efforts to provide us
some direction as expeditiously as possible.

We are available to join a call at any time  - just let us know.

Mark

**Mark Maglienti**
Associate Transportation Analyst

**New York Metropolitan Transportation Council**
25 Beaver Street, Suite 201
New York, NY 10004
(212) 383-2519
Mark.Maglienti@dot.ny.gov

**www.NYMTC.org**



**From:** "Neerackal, George (DOT)" <George.Neerackal@dot.ny.gov>
**To:** "Tran, Hiep" <Tran.Hiep@epa.gov>, "Papageorgiou, Ona P (DEC)"
<ona.papageorgiou@dec.ny.gov>, "Daniel.moser@dot.gov" <daniel.moser@dot.gov>,
"gautam.mani@dot.gov" <gautam.mani@dot.gov>, "Kochersberger, Carl R. (DOT)"
<Carl.Kochersberger@dot.ny.gov>, "Sheehan, Michael P (DEC)"
<michael.sheehan@dec.ny.gov>, "Black.lily@epa.gov" <Black.lily@epa.gov>,
"laurita.matthew@epa.gov" <laurita.matthew@epa.gov>, "Maglienti, Mark (DOT)"
<Mark.Maglienti@dot.ny.gov>
**Cc:** "Shank, Jason B (DOT)" <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation
**Date:** Thu, 06 Jun 2024 13:52:26 +0000
**Importance:** Normal
**Inline-Images:** image001.jpg; image002.png; image003.png; image004.png; image005.jpg; image006.png;
image007.jpg

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thanks, all.

George

**George Neerackal**
Environmental Specialist 1, Environmental Science Bureau

**New York State Department of Transportation**
50 Wolf Rd, POD 4-1, Albany, NY 12232
(518) 457-9608 | George.Neerackal@dot.ny.gov
www.dot.ny.gov



**From:** Tran, Hiep <Tran.Hiep@epa.gov>
**Sent:** Thursday, June 6, 2024 8:51 AM
**To:** Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Daniel.moser@dot.gov; gautam.mani@dot.gov;
Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Neerackal, George (DOT)
<George.Neerackal@dot.ny.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov;
laurita.matthew@epa.gov; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

EPA also concurs with this direction and to a meeting after Gautam returns.

**From:** Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>
**Sent:** Thursday, June 6, 2024 8:25 AM
**To:** Daniel.moser@dot.gov; gautam.mani@dot.gov; Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>;

DOT_0047361

george.neerackal@dot.ny.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black, Lily (she/her/hers) <Black.Lily@epa.gov>; Tran, Hiep <Tran.Hiep@epa.gov>; Laurita, Matthew <Laurita.Matthew@epa.gov>; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** Re: NYMTC Conformity/Congestion Pricing: ICG Consultation

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

DEC concurs with this direction and to a meeting after Gautam returns.

Best Regards,
Ona

**Ona Papageorgiou, P.E.**
She | Her | Hers
Chief, Mobile Source & Climate Change Planning
Bureau of Air Quality Planning, Division of Air Resources

**New York State Department of Environmental Conservation**
625 Broadway, Albany, NY 12233-3251
P: (518) 402-8396 | F: (518) 402-9035 | ona.papageorgiou@dec.ny.gov

www.dec.ny.gov | 



---

**From:** Moser, Daniel (FTA) <daniel.moser@dot.gov>
**Sent:** Wednesday, June 5, 2024 5:35 PM
**To:** gautam.mani@dot.gov <gautam.mani@dot.gov>; Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov <Black.Lily@epa.gov>; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov <laurita.matthew@epa.gov>; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

> *ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

FTA concurs with FHWA's direction: proceed as planned as a contingency (if nothing else).

Dan Moser
Community Planner
Federal Transit Administration Region 2
(212) 668-2326

**From:** Mani, Gautam (FHWA) <gautam.mani@dot.gov>
**Sent:** Wednesday, June 5, 2024 5:19 PM
**To:** Moser, Daniel (FTA) <daniel.moser@dot.gov>; Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

Yes, FHWA agrees with having the meeting next week as well.

One thing I would **strongly advise** is that, in the meantime, NYMTC proceed with **posting its conformity determination document and resolution as is** with the PFAC materials for 6/20.

Thank you,
Gautam

Gautam Mani, AICP
Senior Community Planner
FHWA NY Division
(518) 431-8860
Gautam.mani@dot.gov

**From:** Moser, Daniel (FTA) <daniel.moser@dot.gov>
**Sent:** Wednesday, June 5, 2024 3:17 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Mani, Gautam (FHWA) <gautam.mani@dot.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

I agree.  FTA will be developing a response to this and other CP-related questions and will want to coordinate with both FHWA and EPA on any response.

Dan Moser
Community Planner
Federal Transit Administration Region 2
(212) 668-2326

**From:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 3:07 PM
**To:** Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Mani, Gautam (FHWA) <gautam.mani@dot.gov>; Moser, Daniel (FTA) <daniel.moser@dot.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

DOT_0047363

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

+ Mark Maglienti

All (including Mark) - Should we try to schedule a separate call, or should we discuss this on the regularly scheduled 6/12 ICG call?  It looks like Gautam will be out of the office until Monday 6/10.

Mark – Can you answer Ona's question?

Thanks,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,**
**Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



---

**From:** Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>
**Sent:** Wednesday, June 5, 2024 2:42 PM
**To:** Neerackal, George (DOT) <George.Neerackal@dot.gov>; gautam.mani@dot.gov; Daniel.moser@dot.gov; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov
**Cc:** Delano, Stephanie L (DOT) <Stephanie.Delano@dot.ny.gov>; Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

I believe that this brings up at least a few questions and a call to discuss may be useful.
Can more information on how congestion pricing was included and to what extent it can be assessed in the modeling be highlighted in the meantime or on a call?

Best Regards,
Ona

**Ona Papageorgiou, P.E.**
She | Her | Hers
Chief, Mobile Source & Climate Change Planning
Bureau of Air Quality Planning, Division of Air Resources

**New York State Department of Environmental Conservation**
625 Broadway, Albany, NY 12233-3251
P: (518) 402-8396 | F: (518) 402-9035 | ona.papageorgiou@dec.ny.gov



---

**From:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:56 PM
**To:** gautam.mani@dot.gov; Daniel.moser@dot.gov; Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>;
Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>;
laurita.matthew@epa.gov
**Cc:** Delano, Stephanie L (DOT) <Stephanie.Delano@dot.ny.gov>; Kochersberger, Carl R. (DOT)
<Carl.Kochersberger@dot.ny.gov>; Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** NYMTC Conformity/Congestion Pricing: ICG Consultation
**Importance:** High

NYS Interagency Consultation Group for air quality conformity,

Please see email below from NYMTC.

Governor Hochul has just announced an indefinite pause to the MTA's congestion pricing program.  NYMTC's 2024
Draft Transportation Conformity Determination, which is completed and has already gone through the public review
process, includes the Congestion Pricing program and was slated to be adopted at their June 20th PFAC meeting.  How
should NYMTC proceed?

Thanks,
George

**George Neerackal**
Environmental Specialist 1, Environmental Science Bureau

**New York State Department of Transportation**
50 Wolf Rd, POD 4-1, Albany, NY 12232
(518) 457-9608 | George.Neerackal@dot.ny.gov
www.dot.ny.gov



---

**From:** Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:24 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Neerackal, George (DOT)
<George.Neerackal@dot.ny.gov>
**Cc:** Levine, Adam (DOT) <Adam.Levine@dot.ny.gov>; Bogacz, Gerry (DOT) <Gerry.Bogacz@dot.ny.gov>; AIYEDUN,
AFOLABI T (DOT) <AFOLABI.AIYEDUN@dot.ny.gov>
**Subject:** Conformity/Congestion Pricing
**Importance:** High

Carl/George,
Hope all is well –
Carl and I just spoke regarding the significant announcement Gov Hochul just made to "indefinitely pause" the MTA's
congestion pricing by program.
NYMTC seeks your guidance and direction on how we should proceed with Conformity given this news.  Recall that the
current calendar year 2024 Draft Transportation Conformity Determination, is completed, publicly reviewed, currently

includes the Congestion Pricing program, and was slated to be adopted at our June 20th PFAC meeting in two weeks. We planned on distributing the documentation to PFAC starting tomorrow, so we appreciate any efforts to provide us some direction as expeditiously as possible.

We are available to join a call at any time  - just let us know.

Mark


**Mark Maglienti**
Associate Transportation Analyst

**New York Metropolitan Transportation Council**
25 Beaver Street, Suite 201
New York, NY 10004
(212) 383-2519
Mark.Maglienti@dot.ny.gov

**www.NYMTC.org**



DOT_0047366

**From:** "Neerackal, George (DOT)" <George.Neerackal@dot.ny.gov>
**To:** "Maglienti, Mark (DOT)" <Mark.Maglienti@dot.ny.gov>
**Cc:** "Levine, Adam (DOT)" <Adam.Levine@dot.ny.gov>, "Bogacz, Gerry (DOT)" <Gerry.Bogacz@dot.ny.gov>, "AIYEDUN, AFOLABI T (DOT)" <AFOLABI.AIYEDUN@dot.ny.gov>, "gautam.mani@dot.gov" <gautam.mani@dot.gov>, "Daniel.moser@dot.gov" <daniel.moser@dot.gov>, "Papageorgiou, Ona P (DEC)" <ona.papageorgiou@dec.ny.gov>, "Sheehan, Michael P (DEC)" <michael.sheehan@dec.ny.gov>, "Black.lily@epa.gov" <Black.lily@epa.gov>, "Tran, Hiep" <Tran.Hiep@epa.gov>, "laurita.matthew@epa.gov" <laurita.matthew@epa.gov>, "Delano, Stephanie L (DOT)" <Stephanie.Delano@dot.ny.gov>, "Kochersberger, Carl R. (DOT)" <Carl.Kochersberger@dot.ny.gov>, "Shank, Jason B (DOT)" <Jason.Shank@dot.ny.gov>, "Demarco, Albert J (DOT)" <Albert.Demarco@dot.ny.gov>
**Subject:** NYMTC Conformity/Congestion Pricing: ICG Consultation
**Date:** Thu, 06 Jun 2024 13:57:58 +0000
**Importance:** Normal
**Inline-Images:** image002.jpg; image003.jpg

---

<span style="background-color:red">**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.</span>

Mark,

Based on the ICG guidance, NYMTC can proceed with **posting its conformity determination document and resolution as is** with the PFAC materials for 6/20.

NYMTC Conformity/Congestion Pricing program will be included in the next week June 12th ICG meeting agenda.

Thanks,
George

**George Neerackal**
Environmental Specialist 1, Environmental Science Bureau

**New York State Department of Transportation**
50 Wolf Rd, POD 4-1, Albany, NY 12232
(518) 457-9608 | George.Neerackal@dot.ny.gov
www.dot.ny.gov



---

**From:** Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:24 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Cc:** Levine, Adam (DOT) <Adam.Levine@dot.ny.gov>; Bogacz, Gerry (DOT) <Gerry.Bogacz@dot.ny.gov>; AIYEDUN, AFOLABI T (DOT) <AFOLABI.AIYEDUN@dot.ny.gov>
**Subject:** Conformity/Congestion Pricing
**Importance:** High

DOT_0047367

Carl/George,

Hope all is well –

Carl and I just spoke regarding the significant announcement Gov Hochul just made to "indefinitely pause" the MTA's congestion pricing by program.

NYMTC seeks your guidance and direction on how we should proceed with Conformity given this news.  Recall that the current calendar year 2024 Draft Transportation Conformity Determination, is completed, publicly reviewed, currently includes the Congestion Pricing program, and was slated to be adopted at our June 20th PFAC meeting in two weeks. We planned on distributing the documentation to PFAC starting tomorrow, so we appreciate any efforts to provide us some direction as expeditiously as possible.

We are available to join a call at any time  - just let us know.

Mark

**Mark Maglienti**
Associate Transportation Analyst

**New York Metropolitan Transportation Council**
25 Beaver Street, Suite 201
New York, NY 10004
(212) 383-2519
Mark.Maglienti@dot.ny.gov

**www.NYMTC.org**



**From:** "Maglienti, Mark (DOT)" <Mark.Maglienti@dot.ny.gov>
**To:** "Kochersberger, Carl R. (DOT)" <Carl.Kochersberger@dot.ny.gov>, "Papageorgiou, Ona P (DEC)" <ona.papageorgiou@dec.ny.gov>, "Neerackal, George (DOT)" <George.Neerackal@dot.ny.gov>, "gautam.mani@dot.gov" <gautam.mani@dot.gov>, "Daniel.moser@dot.gov" <daniel.moser@dot.gov>, "Sheehan, Michael P (DEC)" <michael.sheehan@dec.ny.gov>, "Black.lily@epa.gov" <Black.lily@epa.gov>, "Tran, Hiep" <Tran.Hiep@epa.gov>, "laurita.matthew@epa.gov" <laurita.matthew@epa.gov>
**Cc:** "Shank, Jason B (DOT)" <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation
**Date:** Thu, 06 Jun 2024 15:53:31 +0000
**Importance:** Normal
**Inline-Images:** image001.jpg; image002.png; image003.jpg; image004.jpg

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thank you, everyone for your quick responses regarding next steps. We will proceed as recommended.

In response to Ona's question below, I can offer that the project was coded using toll locations and toll schedules (as of February 7, 2024) provided to us by MTA and their consultant.

**From:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 3:07 PM
**To:** Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; gautam.mani@dot.gov; Daniel.moser@dot.gov; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

+ Mark Maglienti

All (including Mark) - Should we try to schedule a separate call, or should we discuss this on the regularly scheduled 6/12 ICG call?  It looks like Gautam will be out of the office until Monday 6/10.

Mark – Can you answer Ona's question?

Thanks,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,
Office of Environment**

Pod 4-1, 50 Wolf Road, Albany, NY 12232

518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



---

**From:** Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>
**Sent:** Wednesday, June 5, 2024 2:42 PM
**To:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; gautam.mani@dot.gov; Daniel.moser@dot.gov; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov
**Cc:** Delano, Stephanie L (DOT) <Stephanie.Delano@dot.ny.gov>; Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

I believe that this brings up at least a few questions and a call to discuss may be useful.
Can more information on how congestion pricing was included and to what extent it can be assessed in the modeling be highlighted in the meantime or on a call?

Best Regards,
Ona

**Ona Papageorgiou, P.E.**
She | Her | Hers
Chief, Mobile Source & Climate Change Planning
Bureau of Air Quality Planning, Division of Air Resources

**New York State Department of Environmental Conservation**
625 Broadway, Albany, NY 12233-3251
P: (518) 402-8396 | F: (518) 402-9035 | ona.papageorgiou@dec.ny.gov



---

**From:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:56 PM
**To:** gautam.mani@dot.gov; Daniel.moser@dot.gov; Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov
**Cc:** Delano, Stephanie L (DOT) <Stephanie.Delano@dot.ny.gov>; Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** NYMTC Conformity/Congestion Pricing: ICG Consultation
**Importance:** High

NYS Interagency Consultation Group for air quality conformity,

Please see email below from NYMTC.

Governor Hochul has just announced an indefinite pause to the MTA's congestion pricing program.  NYMTC's 2024 Draft Transportation Conformity Determination, which is completed and has already gone through the public review

DOT_0047370

process, includes the Congestion Pricing program and was slated to be adopted at their June 20th PFAC meeting. How should NYMTC proceed?

Thanks,
George

**George Neerackal**
Environmental Specialist 1, Environmental Science Bureau

**New York State Department of Transportation**
50 Wolf Rd, POD 4-1, Albany, NY 12232
(518) 457-9608 | George.Neerackal@dot.ny.gov
www.dot.ny.gov



---

**From:** Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:24 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Cc:** Levine, Adam (DOT) <Adam.Levine@dot.ny.gov>; Bogacz, Gerry (DOT) <Gerry.Bogacz@dot.ny.gov>; AIYEDUN, AFOLABI T (DOT) <AFOLABI.AIYEDUN@dot.ny.gov>
**Subject:** Conformity/Congestion Pricing
**Importance:** High

Carl/George,
Hope all is well –
Carl and I just spoke regarding the significant announcement Gov Hochul just made to "indefinitely pause" the MTA's congestion pricing by program.
NYMTC seeks your guidance and direction on how we should proceed with Conformity given this news. Recall that the current calendar year 2024 Draft Transportation Conformity Determination, is completed, publicly reviewed, currently includes the Congestion Pricing program, and was slated to be adopted at our June 20th PFAC meeting in two weeks. We planned on distributing the documentation to PFAC starting tomorrow, so we appreciate any efforts to provide us some direction as expeditiously as possible.

We are available to join a call at any time  - just let us know.

Mark

**Mark Maglienti**
Associate Transportation Analyst

**New York Metropolitan Transportation Council**
25 Beaver Street, Suite 201
New York, NY 10004
(212) 383-2519
Mark.Maglienti@dot.ny.gov

**www.NYMTC.org**

DOT_0047371



DOT_0047372

**From:** "Kochersberger, Carl R. (DOT)" <Carl.Kochersberger@dot.ny.gov>
**To:** "Nelson, Debra (DOT)" <Debra.Nelson@dot.ny.gov>, "Byrne, Mary (DOT)" <Mary.Byrne@dot.ny.gov>, "mdebald@dutchessny.gov" <mdebald@dutchessny.gov>, "asorensen@orangecountygov.com" <asorensen@orangecountygov.com>, "cbauer@cdtcmpo.org" <cbauer@cdtcmpo.org>, Aaron Frankenfeld <aaron@agftc.org>, "Reff, Kristopher H. (DOT)" <Kristopher.Reff@dot.ny.gov>, "rguarino@gbnrtc.org" <rguarino@gbnrtc.org>, "Grabau, Matt" <mgrabau@gbnrtc.org>, "gautam.mani@dot.gov" <gautam.mani@dot.gov>, "Daniel.moser@dot.gov" <daniel.moser@dot.gov>, "laurita.matthew@epa.gov" <laurita.matthew@epa.gov>, "Sheehan, Michael P (DEC)" <michael.sheehan@dec.ny.gov>, "Black.lily@epa.gov" <Black.lily@epa.gov>, "Papageorgiou, Ona P (DEC)" <ona.papageorgiou@dec.ny.gov>, "Neerackal, George (DOT)" <George.Neerackal@dot.ny.gov>, "Scaduto, Stephen J (DOT)" <Stephen.Scaduto@dot.ny.gov>, "sbutler@orangecountygov.com" <sbutler@orangecountygov.com>, "Tawil, Raina" <RTawil@orangecountygov.com>, "Cataldo, Lisa A. (DOT)" <Lisa.Cataldo@dot.ny.gov>, "Shank, Jason B (DOT)" <Jason.Shank@dot.ny.gov>, "JStack@gtcmpo.org" <JStack@gtcmpo.org>
**Cc:** "Bogacz, Gerry (DOT)" <Gerry.Bogacz@dot.ny.gov>, "Levine, Adam (DOT)" <Adam.Levine@dot.ny.gov>, "Standley, Christopher (DOT)" <christopher.standley@dot.ny.gov>, "Savage, Laura E (DOT)" <Laura.Savage@dot.ny.gov>, "Murrell, Glenn (DOT)" <Glenn.Murrell@dot.ny.gov>, "Madu, Uchenna (DOT)" <Uchenna.Madu@dot.ny.gov>, "Jobson, Sandra (DOT)" <Sandra.Jobson@dot.ny.gov>, "Wichser, Greg (DOT)" <Greg.Wichser@dot.ny.gov>, "Kleinberg, Joel A (DOT)" <Joel.Kleinberg@dot.ny.gov>, "Windecker, Deborah (DOT)" <Deborah.Windecker@dot.ny.gov>, "Heyboer, Sharon (DOT)" <Sharon.Heyboer@dot.ny.gov>, "DeRocco, Mark (DOT)" <Mark.DeRocco@dot.ny.gov>, "AIYEDUN, AFOLABI T (DOT)" <AFOLABI.AIYEDUN@dot.ny.gov>, "Shaffer, Ron (DOT)" <Ron.Shaffer@dot.ny.gov>, "anna.price@dot.gov" <anna.price@dot.gov>, "Long, Stephanie (DOT)" <Stephanie.Long@dot.ny.gov>, "Ouimette, Karen (DOT)" <Karen.Ouimette@dot.ny.gov>, "Stiles, Andy (DOT)" <Andy.Stiles@dot.ny.gov>, "Maglienti, Mark (DOT)" <Mark.Maglienti@dot.ny.gov>, "Chiume, Mike (DOT)" <Mike.Chiume@dot.ny.gov>, "Martin, Laura M (DOT)" <Laura.Martin@dot.ny.gov>, "Green, Nathan E (DOT)" <Nathan.Green@dot.ny.gov>, "Mangan, Kathryn (DOT)" <Kathryn.Mangan@dot.ny.gov>, Chris Bauer <cbauer@capitalmpo.org>, "Tran, Hiep" <Tran.Hiep@epa.gov>
**Subject:** Air Quality ICG Meeting 6-12-2024 - Agenda Items
**Date:** Fri, 07 Jun 2024 14:47:28 +0000
**Importance:** Normal
**Inline-Images:** image001.jpg

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good morning all,

Please let me know if you have any items you'd like added to the agenda for next Wednesdays ICG meeting by COB Monday, 6/10.

We already have the pause to Congestion Pricing as item #1 on the agenda.

Thanks in advance,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,
Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



-----Original Appointment-----
**From:** Kochersberger, Carl R. (DOT)
**Sent:** Wednesday, April 19, 2023 10:14 AM
**To:** Kochersberger, Carl R. (DOT); Nelson, Debra (DOT); Byrne, Mary (DOT); mdebald@dutchessny.gov;
asorensen@orangecountygov.com; cbauer@cdtcmpo.org; Aaron Frankenfeld; Reff, Kristopher H. (DOT);
rguarino@gbnrtc.org; Grabau, Matt; gautam.mani@dot.gov; Daniel.moser@dot.gov; laurita.matthew@epa.gov;
Sheehan, Michael P (DEC); Black.lily@epa.gov; Papageorgiou, Ona P (DEC); Neerackal, George (DOT); Scaduto, Stephen
J (DOT); sbutler@orangecountygov.com; Tawil, Raina; Cataldo, Lisa A. (DOT); Shank, Jason B (DOT); JStack@gtcmpo.org
**Cc:** Bogacz, Gerry (DOT); Levine, Adam (DOT); Standley, Christopher (DOT); Savage, Laura E (DOT); Murrell, Glenn (DOT);
Madu, Uchenna (DOT); Jobson, Sandra (DOT); Wichser, Greg (DOT); Kleinberg, Joel A (DOT); Windecker, Deborah (DOT);
Heyboer, Sharon (DOT); DeRocco, Mark (DOT); AIYEDUN, AFOLABI T (DOT); Shaffer, Ron (DOT); anna.price@dot.gov;
Long, Stephanie (DOT); Ouimette, Karen (DOT); Stiles, Andy (DOT); Maglienti, Mark (DOT); Chiume, Mike (DOT); Martin,
Laura M (DOT); Green, Nathan E (DOT); Mangan, Kathryn (DOT); Chris Bauer; Tran, Hiep
**Subject:** Air Quality ICG
**When:** Wednesday, June 12, 2024 9:00 AM-10:00 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Webex

Good morning everyone,

I'm sending this appointment to update emails and include the meeting dates for 2024.   Please accept this recurring
appointment to reserve this time slot on your calendars.  The Webex info is below the signature line.

- Wednesday December 13, 2023 at 9AM
- Wednesday February 14, 2024 at 9AM
- Wednesday April 10, 2024 at 9AM
- Wednesday June 12, 2024 at 9AM
- Wednesday August 14, 2024 at 9AM
- Wednesday October 9, 2024 at 9AM
- Wednesday December 11, 2024 at 9AM

Thanks,

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,
Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov

www.dot.ny.gov



-- Do not delete or change any of the following text. --

**When it's time, join your Webex meeting here.**

<div style="background-color:green;">Join meeting</div>

**More ways to join:**

**Join from the meeting link**
https://meetny.webex.com/meetny/j.php?MTID=m9694f8e5ace4e0011e1d917cf956b2ff

**Join by meeting number**
Meeting number (access code): 1616 15 4090
Meeting password: KhBMhN9N2J3

**Tap to join from a mobile device (attendees only)**
+1-518-549-0500,,1616154090## US (English Menu)

**Join by phone**
+1-518-549-0500 US (English Menu)

**Join from a video system or application**
Dial 1616154090@meetny.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

If you are a host, click here to view host information.

Need help? Go to https://help.webex.com

**From:** "Guendert, Zan (FHWA)" <zan.guendert@dot.gov>
**To:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>, "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>, "Fogle, Angela (FHWA)" <Angela.Fogle@dot.gov>, "Fleury, Nicolle (FHWA)" <Nicolle.Fleury@dot.gov>
**Cc:** "Scriba, Tracy (FHWA)" <Tracy.Scriba@dot.gov>, "Harkins, Michael (FHWA)" <Michael.Harkins@dot.gov>, "Dolan, Alissa (FHWA)" <alissa.dolan@dot.gov>, "Lomax, Brian (FHWA)" <Brian.Lomax@dot.gov>, "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>
**Subject:** Rep. Nadler (NY) - Call on Congestion Pricing Questions
**Date:** Mon, 10 Jun 2024 17:09:49 +0000
**Importance:** Normal

---

Good morning all,

Rep. Nadler's office is requesting a staff level call to discuss congestion pricing in light of recent news. Schedules show the below windows of time I can offer Nadler's office for a 30 min call. On Friday we would have time for a short prep call in advance. Please let me know any conflicts/concerns before end of day today. Thank you!

**Wednesday, June 12th:**
10:30am – 11:00am

**Friday, June 14th:**
2pm – 4pm ET

**Anticipated Participants:**
Rick Marquis
Angela Fogle
Nicolle Fleury
Sharon Vaughn-Fair
Tracy Scriba (*Wednesday only*)
FHWA Congressional Affairs

---

**From:** Heineman, Andrew <Andrew.Heineman@mail.house.gov>
**Sent:** Monday, June 10, 2024 11:19 AM
**To:** OST Government Affairs <OSTGovAffairs@dot.gov>
**Subject:** Rep. Nadler Congestion Pricing Questions

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi – Rep. Nadler has a few Congestion Pricing questions for FHWA in the wake of Governor Hochul's announcement last week.

Please let me know if someone is available for a staff-level phone call this week.

Thank you,


**Andrew Heineman**

Legislative Director

U.S. Representative Jerrold Nadler,

Ranking Member, House Judiciary Committee

2132 Rayburn House Office Building

Washington, DC 20515

Office: (202) 225-5635

Cell: (202) 360-6474

**From:** "Kochersberger, Carl R. (DOT)" <Carl.Kochersberger@dot.ny.gov>

**To:** "Nelson, Debra (DOT)" <Debra.Nelson@dot.ny.gov>, "Byrne, Mary (DOT)" <Mary.Byrne@dot.ny.gov>, "mdebald@dutchessny.gov" <mdebald@dutchessny.gov>, "asorensen@orangecountygov.com" <asorensen@orangecountygov.com>, "cbauer@cdtcmpo.org" <cbauer@cdtcmpo.org>, Aaron Frankenfeld <aaron@agftc.org>, "Reff, Kristopher H. (DOT)" <Kristopher.Reff@dot.ny.gov>, "rguarino@gbnrtc.org" <rguarino@gbnrtc.org>, "Grabau, Matt" <mgrabau@gbnrtc.org>, "gautam.mani@dot.gov" <gautam.mani@dot.gov>, "Daniel.moser@dot.gov" <daniel.moser@dot.gov>, "laurita.matthew@epa.gov" <laurita.matthew@epa.gov>, "Sheehan, Michael P (DEC)" <michael.sheehan@dec.ny.gov>, "Black.lily@epa.gov" <Black.lily@epa.gov>, "Papageorgiou, Ona P (DEC)" <ona.papageorgiou@dec.ny.gov>, "Neerackal, George (DOT)" <George.Neerackal@dot.ny.gov>, "Scaduto, Stephen J (DOT)" <Stephen.Scaduto@dot.ny.gov>, "sbutler@orangecountygov.com" <sbutler@orangecountygov.com>, "Tawil, Raina" <RTawil@orangecountygov.com>, "Cataldo, Lisa A. (DOT)" <Lisa.Cataldo@dot.ny.gov>, "Shank, Jason B (DOT)" <Jason.Shank@dot.ny.gov>, "JStack@gtcmpo.org" <JStack@gtcmpo.org>

**Cc:** "Bogacz, Gerry (DOT)" <Gerry.Bogacz@dot.ny.gov>, "Levine, Adam (DOT)" <Adam.Levine@dot.ny.gov>, "Standley, Christopher (DOT)" <christopher.standley@dot.ny.gov>, "Savage, Laura E (DOT)" <Laura.Savage@dot.ny.gov>, "Murrell, Glenn (DOT)" <Glenn.Murrell@dot.ny.gov>, "Madu, Uchenna (DOT)" <Uchenna.Madu@dot.ny.gov>, "Jobson, Sandra (DOT)" <Sandra.Jobson@dot.ny.gov>, "Wichser, Greg (DOT)" <Greg.Wichser@dot.ny.gov>, "Kleinberg, Joel A (DOT)" <Joel.Kleinberg@dot.ny.gov>, "Windecker, Deborah (DOT)" <Deborah.Windecker@dot.ny.gov>, "Heyboer, Sharon (DOT)" <Sharon.Heyboer@dot.ny.gov>, "DeRocco, Mark (DOT)" <Mark.DeRocco@dot.ny.gov>, "AIYEDUN, AFOLABI T (DOT)" <AFOLABI.AIYEDUN@dot.ny.gov>, "Shaffer, Ron (DOT)" <Ron.Shaffer@dot.ny.gov>, "anna.price@dot.gov" <anna.price@dot.gov>, "Long, Stephanie (DOT)" <Stephanie.Long@dot.ny.gov>, "Ouimette, Karen (DOT)" <Karen.Ouimette@dot.ny.gov>, "Stiles, Andy (DOT)" <Andy.Stiles@dot.ny.gov>, "Maglienti, Mark (DOT)" <Mark.Maglienti@dot.ny.gov>, "Chiume, Mike (DOT)" <Mike.Chiume@dot.ny.gov>, "Martin, Laura M (DOT)" <Laura.Martin@dot.ny.gov>, "Green, Nathan E (DOT)" <Nathan.Green@dot.ny.gov>, "Mangan, Kathryn (DOT)" <Kathryn.Mangan@dot.ny.gov>, Chris Bauer <cbauer@capitalmpo.org>, "Tran, Hiep" <Tran.Hiep@epa.gov>

**Subject:** RE: Air Quality ICG Meeting 6-12-2024 - Agenda Items

**Date:** Wed, 12 Jun 2024 12:22:20 +0000

**Importance:** Normal

**Inline-Images:** image001.jpg

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good morning all,

I have not sent out a separate agenda for todays meeting.  We have one agenda item, which is to discuss the pause on congestion pricing and the impacts of that on NYMTC's conformity determination.

Thanks, and talk with you in a bit,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,
Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



---

**From:** Kochersberger, Carl R. (DOT)
**Sent:** Friday, June 7, 2024 10:47 AM
**To:** Nelson, Debra (DOT) <Debra.Nelson@dot.ny.gov>; Byrne, Mary (DOT) <Mary.Byrne@dot.ny.gov>;
mdebald@dutchessny.gov; asorensen@orangecountygov.com; cbauer@cdtcmpo.org; Aaron Frankenfeld
<aaron@agftc.org>; Reff, Kristopher H. (DOT) <Kristopher.Reff@dot.ny.gov>; rguarino@gbnrtc.org; Grabau, Matt
<mgrabau@gbnrtc.org>; gautam.mani@dot.gov; Daniel.moser@dot.gov; laurita.matthew@epa.gov; Sheehan, Michael
P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Papageorgiou, Ona P (DEC)
<ona.papageorgiou@dec.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Scaduto, Stephen J (DOT)
<Stephen.Scaduto@dot.ny.gov>; sbutler@orangecountygov.com; Tawil, Raina <RTawil@orangecountygov.com>;
Cataldo, Lisa A. (DOT) <Lisa.Cataldo@dot.ny.gov>; Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>;
JStack@gtcmpo.org
**Cc:** Bogacz, Gerry (DOT) <Gerry.Bogacz@dot.ny.gov>; Levine, Adam (DOT) <Adam.Levine@dot.ny.gov>; Standley,
Christopher (DOT) <christopher.standley@dot.ny.gov>; Savage, Laura E (DOT) <Laura.Savage@dot.ny.gov>; Murrell,
Glenn (DOT) <Glenn.Murrell@dot.ny.gov>; Madu, Uchenna (DOT) <Uchenna.Madu@dot.ny.gov>; Jobson, Sandra (DOT)
<Sandra.Jobson@dot.ny.gov>; Wichser, Greg (DOT) <Greg.Wichser@dot.ny.gov>; Kleinberg, Joel A (DOT)
<Joel.Kleinberg@dot.ny.gov>; Windecker, Deborah (DOT) <Deborah.Windecker@dot.ny.gov>; Heyboer, Sharon (DOT)
<Sharon.Heyboer@dot.ny.gov>; DeRocco, Mark (DOT) <Mark.DeRocco@dot.ny.gov>; AIYEDUN, AFOLABI T (DOT)
<AFOLABI.AIYEDUN@dot.ny.gov>; Shaffer, Ron (DOT) <Ron.Shaffer@dot.ny.gov>; anna.price@dot.gov; Long, Stephanie
(DOT) <Stephanie.Long@dot.ny.gov>; Ouimette, Karen (DOT) <Karen.Ouimette@dot.ny.gov>; Stiles, Andy (DOT)
<Andy.Stiles@dot.ny.gov>; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>; Chiume, Mike (DOT)
<Mike.Chiume@dot.ny.gov>; Martin, Laura M (DOT) <Laura.Martin@dot.ny.gov>; Green, Nathan E (DOT)
<Nathan.Green@dot.ny.gov>; Mangan, Kathryn (DOT) <Kathryn.Mangan@dot.ny.gov>; Chris Bauer
<cbauer@capitalmpo.org>; Tran, Hiep <Tran.Hiep@epa.gov>
**Subject:** Air Quality ICG Meeting 6-12-2024 - Agenda Items

Good morning all,

Please let me know if you have any items you'd like added to the agenda for next Wednesdays ICG meeting by COB
Monday, 6/10.

We already have the pause to Congestion Pricing as item #1 on the agenda.

Thanks in advance,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,**

**Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



-----Original Appointment-----
**From:** Kochersberger, Carl R. (DOT)
**Sent:** Wednesday, April 19, 2023 10:14 AM
**To:** Kochersberger, Carl R. (DOT); Nelson, Debra (DOT); Byrne, Mary (DOT); mdebald@dutchessny.gov;
asorensen@orangecountygov.com; cbauer@cdtcmpo.org; Aaron Frankenfeld; Reff, Kristopher H. (DOT);
rguarino@gbnrtc.org; Grabau, Matt; gautam.mani@dot.gov; Daniel.moser@dot.gov; laurita.matthew@epa.gov;
Sheehan, Michael P (DEC); Black.lily@epa.gov; Papageorgiou, Ona P (DEC); Neerackal, George (DOT); Scaduto, Stephen
J (DOT); sbutler@orangecountygov.com; Tawil, Raina; Cataldo, Lisa A. (DOT); Shank, Jason B (DOT); JStack@gtcmpo.org
**Cc:** Bogacz, Gerry (DOT); Levine, Adam (DOT); Standley, Christopher (DOT); Savage, Laura E (DOT); Murrell, Glenn (DOT);
Madu, Uchenna (DOT); Jobson, Sandra (DOT); Wichser, Greg (DOT); Kleinberg, Joel A (DOT); Windecker, Deborah (DOT);
Heyboer, Sharon (DOT); DeRocco, Mark (DOT); AIYEDUN, AFOLABI T (DOT); Shaffer, Ron (DOT); anna.price@dot.gov;
Long, Stephanie (DOT); Ouimette, Karen (DOT); Stiles, Andy (DOT); Maglienti, Mark (DOT); Chiume, Mike (DOT); Martin,
Laura M (DOT); Green, Nathan E (DOT); Mangan, Kathryn (DOT); Chris Bauer; Tran, Hiep
**Subject:** Air Quality ICG
**When:** Wednesday, June 12, 2024 9:00 AM-10:00 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Webex

Good morning everyone,

I'm sending this appointment to update emails and include the meeting dates for 2024.   Please accept this recurring
appointment to reserve this time slot on your calendars.  The Webex info is below the signature line.

- Wednesday December 13, 2023 at 9AM
- Wednesday February 14, 2024 at 9AM
- Wednesday April 10, 2024 at 9AM
- Wednesday June 12, 2024 at 9AM
- Wednesday August 14, 2024 at 9AM
- Wednesday October 9, 2024 at 9AM
- Wednesday December 11, 2024 at 9AM

Thanks,

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,
Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



-- Do not delete or change any of the following text. --

**When it's time, join your Webex meeting here.**

<div style="background:#1a8a4a;color:white;padding:20px;width:250px;text-align:center;">Join meeting</div>

**More ways to join:**

**Join from the meeting link**
https://meetny.webex.com/meetny/j.php?MTID=m9694f8e5ace4e0011e1d917cf956b2ff

**Join by meeting number**
Meeting number (access code): 1616 15 4090
Meeting password: KhBMhN9N2J3

**Tap to join from a mobile device (attendees only)**
+1-518-549-0500,,1616154090## US (English Menu)

**Join by phone**
+1-518-549-0500 US (English Menu)

**Join from a video system or application**
Dial 1616154090@meetny.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

If you are a host, click here to view host information.

Need help? Go to https://help.webex.com

**From:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>
**To:** "rick.marquis@dot.gov" <rick.marquis@dot.gov>
**Cc:** "Stephanie.Winkelhake@dot.ny.gov" <Stephanie.Winkelhake@dot.ny.gov>, "Beaton, Eric" <ebeaton@dot.nyc.gov>
**Subject:** CBDTP Re-evaluation status
**Date:** Fri, 14 Jun 2024 00:04:31 +0000
**Importance:** Normal
**Attachments:** CBDTP_Ltr_to_FHWA_sent_6-13-24.pdf

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Rick,
On behalf of the Project Sponsors for the CBDTP, please see the attached.
Best,
Allison

**Allison L. C. de Cerreño, Ph.D.**
**Chief Operating Officer**
**MTA Bridges and Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7750 • M: 646-899-3735
E: acdecerreno@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**To:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>
**Cc:** "Stephanie.Winkelhake@dot.ny.gov" <Stephanie.Winkelhake@dot.ny.gov>, "Beaton, Eric" <ebeaton@dot.nyc.gov>, "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>, "Biondi, Emily (FHWA)" <Emily.Biondi@dot.gov>
**Subject:** RE: CBDTP Re-evaluation status
**Date:** Fri, 14 Jun 2024 12:04:43 +0000
**Importance:** Normal
**Attachments:** FHWA_response_to_the_May_23_2024_June_13_2024_CBDTP_ReEval_06142024.pdf
**Embedded:** CBDTP_Final_Re-evaluation_document

---

Good morning,

Please see the attached letter.  I have also attached email of the noted version of the Final Re-evaluation document.

Please let me know if any questions.

Thank you,
Rick


Richard J. Marquis
Division Administrator
U.S. DOT/Federal Highway Administration, New York Division
11A Clinton Avenue, Suite 719
Albany, NY 12207
Email:  rick.marquis@dot.gov
Ph:  518.431.8897
Cell:  617.413.6675


---

**From:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>
**Sent:** Thursday, June 13, 2024 8:05 PM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Cc:** Stephanie.Winkelhake@dot.ny.gov; Beaton, Eric <ebeaton@dot.nyc.gov>
**Subject:** CBDTP Re-evaluation status

CAUTION: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Rick,
On behalf of the Project Sponsors for the CBDTP, please see the attached.
Best,
Allison

**Allison L. C. de Cerreño, Ph.D.**

**Chief Operating Officer**
**MTA Bridges and Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7750 • M: 646-899-3735
E: acdecerreno@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047384

**From:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**To:** "Butler, Ayanna (FHWA)" <ayanna.butler@dot.gov>, "Shepherd, Gloria (FHWA)"
<Gloria.Shepherd@dot.gov>, "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-
Fair@dot.gov>, "Nelson, Thomas (FHWA)" <thomas.nelson@dot.gov>
**Cc:** "Fleury, Nicolle (FHWA)" <Nicolle.Fleury@dot.gov>, "Biondi, Emily (FHWA)"
<Emily.Biondi@dot.gov>
**Subject:** RE: Next Steps on CP
**Date:** Fri, 14 Jun 2024 12:09:05 +0000
**Importance:** Normal

---

Good morning,

Per confirmation from Shailen, I sent the FHWA re-evaluation approval (FONSI remains valid) letter to the NY project sponsors at 8:05am.

Thank you,
Rick

Richard J. Marquis
Division Administrator
U.S. DOT/Federal Highway Administration, New York Division
11A Clinton Avenue, Suite 719
Albany, NY 12207
Email:  rick.marquis@dot.gov
Ph:  518.431.8897
Cell:  617.413.6675

**From:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Sent:** Friday, June 14, 2024 7:31 AM
**To:** Butler, Ayanna (FHWA) <ayanna.butler@dot.gov>; Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>;
Nelson, Thomas (FHWA) <thomas.nelson@dot.gov>; Shepherd, Gloria (FHWA) <Gloria.Shepherd@dot.gov>
**Cc:** Fleury, Nicolle (FHWA) <Nicolle.Fleury@dot.gov>
**Subject:** Re: Next Steps on CP

(Adding Gloria)

Good morning Ayanna,

Thank you very much.

Just want to confirm, I am to issue the re-evaluation approval (FONSI remains valid) response letter first thing (8am) this morning to the NY project sponsors.  Could you/Gloria confirm please.

FYI, Sharon reviewed the response letter.  Thank you Sharon.

Rick

DOT_0047385

**From:** Butler, Ayanna (FHWA) <ayanna.butler@dot.gov>
**Sent:** Friday, June 14, 2024 7:23 AM
**To:** Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>; Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; Nelson, Thomas (FHWA) <thomas.nelson@dot.gov>
**Cc:** Fleury, Nicolle (FHWA) <Nicolle.Fleury@dot.gov>
**Subject:** FW: Next Steps on CP

Good morning, team! I know Rick sent the attached letter through the chains but I wanted to make sure you were all aware of the decision to publish the re-evaluation first thing this morning. Please let me know if you need me in any way. In the meantime, thank you so much for your hard work on this issue!

Regards,
    Ayanna

**J. Ayanna Butler**
Chief Counsel
US DOT, Federal Highway Administration
1200 New Jersey Avenue, SE
Washington, DC 20590
Direct: 202.821.9938

---

**From:** Sussman, Sabrina (OST) <sabrina.sussman@dot.gov>
**Sent:** Thursday, June 13, 2024 10:58 PM
**To:** Syed, Mohsin (OST) <mohsin.syed@dot.gov>; Bhatt, Shailen (FHWA) <shailen.bhatt@dot.gov>; Shepherd, Gloria (FHWA) <Gloria.Shepherd@dot.gov>; Fischer, Kara (OST) <kara.fischer@dot.gov>; Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>; White, Kristin (FHWA) <kristin.white@dot.gov>; Switzer, Marcus (OST) <marcus.switzer@dot.gov>; Butler, Ayanna (FHWA) <ayanna.butler@dot.gov>; Baker, Sarah (OST) <sarah.baker1@dot.gov>; Geier, Paul (OST) <Paul.Geier@dot.gov>; Welbes, Matt (FTA) <Matt.Welbes@dot.gov>; Culotta, Michael (FTA) <Michael.Culotta@dot.gov>; Arndt, Kerry (OST) <kerry.arndt@dot.gov>; Coes, Christopher (OST) <christopher.coes@dot.gov>; Fleury, Nicolle (FHWA) <Nicolle.Fleury@dot.gov>; Wessel, Evan (OST) <evan.wessel@dot.gov>; Halle, Michael (OST) <michael.halle@dot.gov>; Keitt, Samantha (FHWA) <samantha.keitt@dot.gov>; Sinpatanasakul, Leeann (OST) <L.Sinpatanasakul@dot.gov>; Kincaid, Paul (FTA) <paul.kincaid@dot.gov>; Iyer, Subash (OST) <subash.iyer@dot.gov>; Hendrixson, Erin (OST) <erin.hendrixson@dot.gov>; Benjamin, Randall (FHWA) <randall.benjamin@dot.gov>; Farajian, Morteza (OST) <morteza.farajian@dot.gov>; Trottenberg, Polly (OST) <polly.trottenberg@dot.gov>
**Subject:** Next Steps on CP

All-

Sharing the letter that FHWA received earlier this evening. As per the request outlined in the attached, FHWA will be publishing the re-evaluation first thing tomorrow morning. Thanks to Rick and the broader team for their work on this.

I'll also note that the letter affirms that NY has informed the courts that they believe the litigations remain live. Given that, and along with our finalization of the re-evaluation tomorrow, our plan is to notify the court on Monday that we agree that the case isn't moot.

We will reconvene this group as needed for next steps. Please continue to flag all press inquires and outreach from the WH.

And as always, thanks for all of your work.

Best,

Sabrina

**Sabrina Sussman**
Chief of Staff
Office of the Deputy Secretary
U.S. Department of Transportation
Sabrina.Sussman@dot.gov
Cell: 202-748-0543

DOT_0047387

**From:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**To:** "Pavlik, Monica (FHWA)" <Monica.Pavlik@dot.gov>, "Price, Anna (FHWA)"
<anna.price@dot.gov>, "Anderson, Cindy (FHWA)" <cindy.anderson@dot.gov>
**Cc:** "Gatchell, Chris (FHWA)" <Chris.Gatchell@dot.gov>, "Smith, Kevin S. (FHWA)"
<kevin.s.smith@dot.gov>, "Davies, Robert (FHWA)" <Robert.Davies@dot.gov>
**Subject:** FW: CBDTP Re-evaluation status
**Date:** Fri, 14 Jun 2024 12:13:28 +0000
**Importance:** Normal
**Attachments:** FHWA_response_to_the_May_23_2024_June_13_2024_CBDTP_ReEval_06142024.pdf
**Embedded:** CBDTP_Final_Re-evaluation_document

---

Monica and Anna – I issued the re-evaluation approval (FONSI remains valid) letter this morning.  Words cannot express enough the appreciation of all your efforts.

Please keep for the administrative record.

Cindy – please record as appropriate as well.

Thank you,
Rick

---

**From:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Sent:** Friday, June 14, 2024 8:05 AM
**To:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>
**Cc:** Stephanie.Winkelhake@dot.ny.gov; Beaton, Eric <ebeaton@dot.nyc.gov>; Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>; Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>
**Subject:** RE: CBDTP Re-evaluation status

Good morning,

Please see the attached letter.  I have also attached email of the noted version of the Final Re-evaluation document.

Please let me know if any questions.

Thank you,
Rick

Richard J. Marquis
Division Administrator
U.S. DOT/Federal Highway Administration, New York Division
11A Clinton Avenue, Suite 719
Albany, NY 12207
Email: rick.marquis@dot.gov
Ph:  518.431.8897
Cell:  617.413.6675

**From:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>
**Sent:** Thursday, June 13, 2024 8:05 PM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Cc:** Stephanie.Winkelhake@dot.ny.gov; Beaton, Eric <ebeaton@dot.nyc.gov>
**Subject:** CBDTP Re-evaluation status

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Rick,
On behalf of the Project Sponsors for the CBDTP, please see the attached.
Best,
Allison

**Allison L. C. de Cerreño, Ph.D.**
**Chief Operating Officer**
**MTA Bridges and Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7750 • M: 646-899-3735
E: acdecerreno@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047389

**From:** "C. de Cerreno, Allison" <allison.cdecerreno@mtahq.org>
**To:** "Marquis, Rick (FHWA)" <Rick.Marquis@dot.gov>
**Cc:** "Stephanie.Winkelhake@dot.ny.gov" <Stephanie.Winkelhake@dot.ny.gov>, "Beaton, Eric" <ebeaton@dot.nyc.gov>, "Vaughn-Fair, Sharon (FHWA)" <Sharon.Vaughn-Fair@dot.gov>, "Biondi, Emily (FHWA)" <Emily.Biondi@dot.gov>
**Subject:** Re: CBDTP Re-evaluation status
**Date:** Fri, 14 Jun 2024 12:18:47 +0000
**Importance:** Normal

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Received. Thank you.

**Allison L. C. de Cerreño, Ph.D.**
**Chief Operating Officer**
**MTA Bridges and Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7750 • M: 646-899-3735
E: acdecerreno@mtabt.org

---

**From:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Sent:** Friday, June 14, 2024 8:04:43 AM
**To:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>
**Cc:** Stephanie.Winkelhake@dot.ny.gov <Stephanie.Winkelhake@dot.ny.gov>; Beaton, Eric <ebeaton@dot.nyc.gov>; Vaughn-Fair, Sharon (FHWA) <Sharon.Vaughn-Fair@dot.gov>; Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>
**Subject:** RE: CBDTP Re-evaluation status

Good morning,

Please see the attached letter.  I have also attached email of the noted version of the Final Re-evaluation document.

Please let me know if any questions.

Thank you,
Rick


Richard J. Marquis
Division Administrator
U.S. DOT/Federal Highway Administration, New York Division
11A Clinton Avenue, Suite 719
Albany, NY 12207
Email:  rick.marquis@dot.gov
Ph:  518.431.8897
Cell:  617.413.6675

**From:** C. de Cerreno, Allison <allison.cdecerreno@mtahq.org>
**Sent:** Thursday, June 13, 2024 8:05 PM
**To:** Marquis, Rick (FHWA) <Rick.Marquis@dot.gov>
**Cc:** Stephanie.Winkelhake@dot.ny.gov; Beaton, Eric <ebeaton@dot.nyc.gov>
**Subject:** CBDTP Re-evaluation status

<span style="background-color:red;color:white">**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.</span>

Hi Rick,
On behalf of the Project Sponsors for the CBDTP, please see the attached.
Best,
Allison

**Allison L. C. de Cerreño, Ph.D.**
**Chief Operating Officer**
**MTA Bridges and Tunnels**
2 Broadway, 23rd floor • NY, NY 10004
T: 646-252-7750 • M: 646-899-3735
E: acdecerreno@mtabt.org

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

DOT_0047391

**From:** "Mani, Gautam (FHWA)" <gautam.mani@dot.gov>
**To:** "Ho, Cecilia (FHWA)" <Cecilia.Ho@dot.gov>, "Marquis, Rick (FHWA)"
<Rick.Marquis@dot.gov>
**Subject:** FW: NYMTC Conformity/Congestion Pricing: ICG Consultation
**Date:** Tue, 18 Jun 2024 13:11:47 +0000
**Importance:** High
**Inline-Images:** image001.jpg; image002.png; image003.jpg; image004.jpg

---

Just FYI on communication back to NYMTC . . .

---

**From:** Mani, Gautam (FHWA)
**Sent:** Tuesday, June 18, 2024 9:10 AM
**To:** Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>; Kochersberger, Carl R. (DOT)
<Carl.Kochersberger@dot.ny.gov>; Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Neerackal, George
(DOT) <George.Neerackal@dot.ny.gov>; Moser, Daniel (FTA) <daniel.moser@dot.gov>; Sheehan, Michael P (DEC)
<michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>; Levine, Adam (DOT) <Adam.Levine@dot.ny.gov>; Byrne, Mary
(DOT) <Mary.Byrne@dot.ny.gov>; Mohseni, Ali (DOT) <Ali.Mohseni@dot.ny.gov>; King, Carl R (DOT)
<Carl.King@dot.ny.gov>; Chiume, Mike (DOT) <Mike.Chiume@dot.ny.gov>; Bogacz, Gerry (DOT)
<Gerry.Bogacz@dot.ny.gov>; Butler, Stacy <sbutler@orangecountygov.com>; Sorensen, Alan
<asorensen@orangecountygov.com>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation
**Importance:** High

Good morning NYS ICG and NYMTC and OCTC Staff,

Below is FHWA, FTA and EPA's joint response regarding how NYMTC should proceed with its conformity determination
in light of the Governor of New York's announcement of an "indefinite pause" in implementation of the Central
Business District Tolling Program:

*As a result of Governor Hochul's decision to "indefinitely pause" NYC's Congestion Pricing Plan, FHWA, FTA, and EPA
have determined that this **should not impact** NYMTC's plan to adopt their upcoming TIP amendment and
accompanying conformity determination on **6/20/24**. This is because the level/cost of tolls in the congestion pricing
plan was previously determined through the ICG to be a planning assumption (as is the norm with bridges or other
roads that require tolls) and will continue to be viewed as such. Therefore, per 93.110, conformity determinations must
be based on the most current planning assumptions at the start of when the emissions analysis is conducted. When this
emissions analysis was initiated, the planning assumptions, including the CBDTP tolling rates, were based on the status
of the project that was approved upon and signed into law and the best information at that time; therefore it still meets
the requirements of the transportation conformity regulations. At the time of the next conformity determination and/or
emissions analysis, the planning assumptions will have to reflect the status of the project and toll rates at that time as
long as the tolling "meters" and congestion pricing law is still in place.*

NYMTC should feel free to use the above language verbatim if needed for documentation purposes, or to communicate
with your members and the public about the regulatory reasoning for being able to proceed with adoption of the
conformity determination.   Of course, adoption of the conformity determination and any associated TIP amendments
remains at the discretion of NYMTC's member agencies.  Our agencies will be represented on Thursday's PFAC Staff and
Public Meetings, and we are happy to answer any questions about the above statement from you or member
agencies.  Please let us know.  We thank you for your cooperation and patience in this process.

Gautam Mani, AICP
Senior Community Planner
FHWA NY Division
(518) 431-8860
Gautam.mani@dot.gov

---

**From:** Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Sent:** Thursday, June 6, 2024 11:54 AM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; Mani, Gautam (FHWA) <gautam.mani@dot.gov>; Moser, Daniel (FTA) <daniel.moser@dot.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black,lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thank you, everyone for your quick responses regarding next steps. We will proceed as recommended.

In response to Ona's question below, I can offer that the project was coded using toll locations and toll schedules (as of February 7, 2024) provided to us by MTA and their consultant.

---

**From:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 3:07 PM
**To:** Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; gautam.mani@dot.gov; Daniel.moser@dot.gov; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black,lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov; Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Cc:** Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

+ Mark Maglienti

All (including Mark) - Should we try to schedule a separate call, or should we discuss this on the regularly scheduled 6/12 ICG call?  It looks like Gautam will be out of the office until Monday 6/10.

Mark – Can you answer Ona's question?

Thanks,

Carl

**Carl Kochersberger**
Environmental Specialist 3

**New York State Department of Transportation,**

DOT_0047393

**Office of Environment**
Pod 4-1, 50 Wolf Road, Albany, NY 12232
518-485-5316 | carl.kochersberger@dot.ny.gov
www.dot.ny.gov



---

**From:** Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>
**Sent:** Wednesday, June 5, 2024 2:42 PM
**To:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>; gautam.mani@dot.gov; Daniel.moser@dot.gov; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov
**Cc:** Delano, Stephanie L (DOT) <Stephanie.Delano@dot.ny.gov>; Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** RE: NYMTC Conformity/Congestion Pricing: ICG Consultation

I believe that this brings up at least a few questions and a call to discuss may be useful.
Can more information on how congestion pricing was included and to what extent it can be assessed in the modeling be highlighted in the meantime or on a call?

Best Regards,
Ona

**Ona Papageorgiou, P.E.**
She | Her | Hers
Chief, Mobile Source & Climate Change Planning
Bureau of Air Quality Planning, Division of Air Resources

**New York State Department of Environmental Conservation**
625 Broadway, Albany, NY 12233-3251
P: (518) 402-8396 | F: (518) 402-9035 | ona.papageorgiou@dec.ny.gov



---

**From:** Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:56 PM
**To:** gautam.mani@dot.gov; Daniel.moser@dot.gov; Papageorgiou, Ona P (DEC) <ona.papageorgiou@dec.ny.gov>; Sheehan, Michael P (DEC) <michael.sheehan@dec.ny.gov>; Black.lily@epa.gov; Tran, Hiep <Tran.Hiep@epa.gov>; laurita.matthew@epa.gov
**Cc:** Delano, Stephanie L (DOT) <Stephanie.Delano@dot.ny.gov>; Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Shank, Jason B (DOT) <Jason.Shank@dot.ny.gov>
**Subject:** NYMTC Conformity/Congestion Pricing: ICG Consultation
**Importance:** High

NYS Interagency Consultation Group for air quality conformity,

Please see email below from NYMTC.

DOT_0047394

Governor Hochul has just announced an indefinite pause to the MTA's congestion pricing program. NYMTC's 2024 Draft Transportation Conformity Determination, which is completed and has already gone through the public review process, includes the Congestion Pricing program and was slated to be adopted at their June 20th PFAC meeting. How should NYMTC proceed?

Thanks,
George

**George Neerackal**
Environmental Specialist 1, Environmental Science Bureau

**New York State Department of Transportation**
50 Wolf Rd, POD 4-1, Albany, NY 12232
(518) 457-9608 | George.Neerackal@dot.ny.gov
www.dot.ny.gov



---

**From:** Maglienti, Mark (DOT) <Mark.Maglienti@dot.ny.gov>
**Sent:** Wednesday, June 5, 2024 1:24 PM
**To:** Kochersberger, Carl R. (DOT) <Carl.Kochersberger@dot.ny.gov>; Neerackal, George (DOT) <George.Neerackal@dot.ny.gov>
**Cc:** Levine, Adam (DOT) <Adam.Levine@dot.ny.gov>; Bogacz, Gerry (DOT) <Gerry.Bogacz@dot.ny.gov>; AIYEDUN, AFOLABI T (DOT) <AFOLABI.AIYEDUN@dot.ny.gov>
**Subject:** Conformity/Congestion Pricing
**Importance:** High

Carl/George,
Hope all is well –
Carl and I just spoke regarding the significant announcement Gov Hochul just made to "indefinitely pause" the MTA's congestion pricing by program.
NYMTC seeks your guidance and direction on how we should proceed with Conformity given this news. Recall that the current calendar year 2024 Draft Transportation Conformity Determination, is completed, publicly reviewed, currently includes the Congestion Pricing program, and was slated to be adopted at our June 20th PFAC meeting in two weeks. We planned on distributing the documentation to PFAC starting tomorrow, so we appreciate any efforts to provide us some direction as expeditiously as possible.

We are available to join a call at any time  - just let us know.

Mark


**Mark Maglienti**
Associate Transportation Analyst

**New York Metropolitan Transportation Council**
25 Beaver Street, Suite 201
New York, NY 10004
(212) 383-2519
Mark.Maglienti@dot.ny.gov

**www.NYMTC.org**

DOT_0047395



DOT_0047396



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 2
290 BROADWAY
NEW YORK, NY 10007-1866

January 4, 2023

Ms. Leah Flax
Acting Assistant Vice President and Senior Director, Policy & Operations Analysis
Metropolitan Transportation Authority
2 Broadway, 23rd Floor
New York, NY 10004

RE:    Central Business District Tolling Program (CBDTP) Technical Memorandum:
    Considerations for Environmental Justice Communities with Existing Pollution or Health
    Burdens (the Technical Memorandum)


Dear Ms. Flax,

The U.S. Environmental Protection Agency (EPA) has reviewed the Technical Memorandum
prepared by Metropolitan Transportation Authority (MTA), the Project Sponsor.  EPA
understands this document has been developed to address comments received on the Draft
Environmental Assessment for the CBDTP. Given the expedited timeframe, we have conducted
a cursory review focusing on MTA's methodology and criteria to assess potential pre-existing
and cumulative impacts to communities with environmental justice concerns.

We have identified the following areas of concern with respect to the proposed methodology for
determining impacts to disadvantaged communities:

1.  The most important issue EPA would like to highlight is that as currently written the
    document does not acknowledge the potentially high and adverse impacts on
    communities and does not commit to mitigation measures to address such impacts.
    Throughout this NEPA process community members and environmental justice
    advocates across New York have emphasized the need for binding commitments from the
    Project Sponsors to mitigate or eliminate all potential environmental and health impacts.

2.  MTA has proposed to adopt the Climate and Economic Justice Screening Tool's (CEJST)
    90th percentile threshold when overlaying pollutant and chronic-disease burden data to
    identify the most overburdened, or disadvantaged, communities for further analysis.
    CEJST was developed for federal agencies to identify communities that should receive
    40% of the overall benefits of programs included in the Justice40 Initiative.  EPA
    recommends that MTA utilize the appropriate thresholds identified in the technical
    documentation for the tools utilized for the analysis to identify communities facing
    environmental and health burdens (80th percentile for EJScreen and 66.66th percentile for
    CDC's Environmental Justice Index).

[1]

DOT_0045088
DOT_0047397



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 2
290 BROADWAY
NEW YORK, NY 10007-1866

3. MTA has identified environmental justice census tracts where at least one pre-existing pollutant burden AND at least one pre-existing chronic disease burden are at or above the 90th percentile nationally, and where truck traffic could increase under the tolling scenario. Section 1-101 of Executive Order 12898 explicitly uses the term "or" when directing agencies to identify and address disproportionately high and adverse human health *or* environmental effects. Additionally, Section 9(a) of Department of Transportation's Order 5610.2C states "following the guidance set forth in this Order, its Appendix, and DOT's Environmental Justice Strategy, the head of each Operating Administration and the responsible officials for other DOT components shall determine whether programs, policies or activities for which they are responsible will have an adverse human health *or* environmental effect on minority and low-income populations and whether that adverse effect will be disproportionately high." EPA encourages MTA to be more inclusive of and less limiting in adopting an "or" methodology for determining census tracts that are factored into the analysis.

EPA appreciates the opportunity to review MTA's proposed methodology at this stage. Additional comments and recommendations for consideration are included in the shared document in the HDR, Inc. OneDrive folder as requested by the Project Sponsors. If you have any further questions, please contact me at Kluesner.Dave@epa.gov or 212-637-3653 or reach out to Mark Austin, NEPA Manager, EPA Region 2 at Austin.Mark@epa.gov or 212-637-3954.

Sincerely,

*David W. Kluesner*

David W. Kluesner
Director of Strategic Programs
Office of the Regional Administrator

Cc:
Mark Austin, EPA;
Cindy Barger, EPA;
Stanley Buzzelle, EPA;
Ana Mascarenas, US Department of Health and Human Services;
Arsenio Mataka, US Department of Health and Human Services;
Monica Pavlik, Federal Highway Administration;
Anna Price, Federal Highway Administration;
Christopher Dresser, Federal Highway Administration

[2]

DOT_0045089
DOT_0047398

NEW YORK STATE OF OPPORTUNITY. | **Department of Transportation**     MTA **Bridges and Tunnels**     

May 23, 2024

Mr. Richard Marquis
Division Administrator
Federal Highway Administration New York Division
Leo W. O'Brien Federal Building
11A Clinton Avenue, Suite 719
Albany, NY 12207

Re:     **Central Business District Tolling Program, Reevaluation for Consistency with the April 2023 Final Environmental Assessment, Resubmission**

Dear Administrator Marquis:

The Project Sponsors (the New York State Department of Transportation, the Triborough Bridge and Tunnel Authority ("TBTA") and the New York City Department of Transportation) for the Central Business District Tolling Program are submitting the required Reevaluation for Federal Highway Administration (FHWA) approval. The Reevaluation was prepared consistent with 23 C.F.R. §771.129 and assessed the effects of the tolling structure adopted by the TBTA Board to determine whether the effects are consistent with those disclosed in the April 2023 Final Environmental Assessment and whether the mitigation set forth in the June 2023 Finding of No Significant Impact is still valid. The submission addresses comments received from Federal Highway Administration (FHWA) on a draft document that was shared earlier.

You may access the Reevaluation here: 2024-05-23 Re-Evaluation Resubmission. We would like to acknowledge and thank you and your colleagues once again for your continued guidance, input, and support throughout this process.

We are excited to have reached this critical milestone. We believe this Reevaluation fulfills our commitment and obligation as required by the National Environmental Policy Act (NEPA) process and look forward to your response.

Sincerely,

Stephanie Winkelhake, P.E.
Chief Engineer
New York State Department
of Transportation

Allison C. de Cerreño, Ph.D.
Chief Operating Officer
MTA Bridges and Tunnels

Eric Beaton
Deputy Commissioner for
Transportation Planning and
Management
New York City Department
of Transportation

CC     Monica Pavlik, FHWA

  

June 13, 2024


Mr. Richard Marquis
Division Administrator
Federal Highway Administration New York Division
Leo W. O'Brien Federal Building
11A Clinton Avenue, Suite 719
Albany, NY 12207


Re:    **Central Business District Tolling Program, Status on the Reevaluation**

Dear Administrator Marquis:

As Project Sponsors for the Central Business District Tolling Program (the "Program"), we write to follow up on the status of the environmental review process in light of the pause of the Program's planned June 30 launch announced by Governor Hochul last week. The MTA Reform and Traffic Mobility Act remains in effect while the Program is paused.

Although there is not a set duration of the pause, we are asking the Federal Highway Administration ("FHWA") to proceed with the next step in the process under the National Environmental Policy Act ("NEPA") and complete the on-going re-evaluation of the Program. FHWA's determination will provide us with more information relating to the Program. It may also assist the various federal courts in deciding the fully submitted and pending claims under NEPA; as you know, we have informed the courts that those litigations remain live and pending motions should be decided.

We sincerely appreciate the dedication of FHWA's staff throughout the review of the Program. We are committed to keeping FHWA fully informed of the status of the Program.

Sincerely,


Stephanie Winkelhake, P.E.          Allison C. de Cerreño, Ph.D.          Eric Beaton
Chief Engineer                      Chief Operating Officer              Deputy Commissioner for
New York State Department           MTA Bridges and Tunnels              Transportation Planning and
of Transportation                                                        Management
                                                                         New York City Department
                                                                         of Transportation

DOT_0047400

**Talking Points: Gearing up for Congestion Pricing go-live**
April 22, 2024

**When does the Congestion Relief Zone toll go live?**

- Starting on June 30, 2024, vehicles entering the Congestion Relief Zone in Manhattan — local streets and avenues at or below 60 Street — will be charged a toll.
- The toll will result in 100,000 fewer vehicles entering the zone every day, relieving crowding in what is today the most congested district in the United States.

  o Fewer cars means less traffic, faster emergency response times, cleaner air, better bus service, and safer streets.
  o The revenue collected will fund critical improvements to our transit system.

**Where can people sign up to receive discounts on, and exemptions from, the Congestion Relief Zone toll?**

- Starting on Friday, April 26, individuals and institutions can apply for discount and exemption plans at [website].
- Discount and exemption plans include:

  o Low-Income Discount Plan: For households earning less than $50,000 a year
  o Individual Disability Exemption Plan: For personal vehicles owned by people with disabilities or their caregiver
  o Organizational Disability Exemption Plan: For institutions that own vehicles whose primary purpose is to transport people with disabilities, such as paratransit providers, schools or nursing homes
  o Emergency Vehicle Exemption Plan: For emergency vehicles as defined by NYS Vehicle & Traffic Law
  o Specialized Government Vehicle Exemption Plan: For publicly owned vehicles specifically designed to perform public works
  o Commuter Bus Exemption Plan: For school buses contracted with the NYC Department of Education, commuter vans licensed by the NYC Taxi and Limousine Commission, and buses providing scheduled commuter services open to the public

- In addition, New York State will offer a tax credit for low-income drivers who live in the Congestion Relief Zone. More information about the tax credit will be issued by the NYS Department of Finance in Fall 2024.

DOT_0047401

**What is the toll?**

- Passenger vehicles with E-ZPass will be charged $15 in the peak period and $3.75 overnight, once daily.
- Trucks and buses will be charged $24 or $36 in the peak, depending on their size and function, and $6 or $9 overnight.
- The toll for motorcycles will be $7.50 in the peak and $1.75 overnight, once daily.
- Passengers of High Volume For-Hire Vehicles (e.g. Uber and Lyft) will pay $2.50 for every trip to, from, within or through the zone; passengers of taxis, green cabs, black cars and other For-Hire Vehicles will pay $1.25 per trip.
- The peak period runs from 5am to 9pm Monday through Friday, and 9am to 9pm Saturday and Sunday.

**How will it work? How can drivers pay the toll?**

- Cameras will pick up the vehicle's license plate information and detect its E-ZPass. If a vehicle doesn't have an E-ZPass account, the owner of the vehicle will receive a bill by mail.
- To secure the lowest tolls, drivers should sign up for E-ZPass.

**How is the MTA educating people about Congestion Pricing?**

- In preparation toward the toll turning on in late June, the MTA is conducting a comprehensive public education effort that includes:

    o A multi-faceted advertisement campaign
    o In-person community outreach events, both in the transit system and in communities
    o Virtual webinars targeted at particular constituencies
    o Meetings with elected officials, community boards and community-based organizations
    o E-ZPass email campaigns
    o Communications through Transcom
    o Earned media
    o Website & social media

- Most important messages include:

    o Congestion Pricing begins on June 30
    o Sign up for E-ZPass and make sure your account is up to date
    o No more $10 deposit to open up a new E-ZPass account
    o Discount and exemption plans: here's who qualifies and how to sign up
    o "Nuts & Bolts" questions (nitty-gritty questions about who gets charged what toll and when)
    o The broad benefits of Congestion Pricing / why now

**What's next?**

- Infrastructure: All of the physical infrastructure is installed and connected to electricity and the 5G network. The Congestion Pricing technical teams are now testing all local and network systems to ensure everything is working properly.
- The FHWA is reviewing the potential effects of the Adopted Toll Structure to make sure that those effects are within the boundaries of the Final EA and that the FONSI is still valid. There is nothing to indicate that those effects are unexpected or out of the envelope.

DOT_0047403

# Congestion Pricing Educational Materials

April 24, 2024



DOT_0047404

Enclosed please find public-facing materials developed / in development by the MTA to educate the public on Congestion Pricing:

- Pages 3-4: Overview of Congestion Pricing messages and amplification mediums
- Page 5: Congestion Pricing assets previously live in the MTA system
- Page 6: Congestion Pricing assets currently live in the MTA system
- Pages 7-8: Paid media campaign overview, spend & effectiveness
- Page 9: Commuter outreach events
- Page 10: Congestion Pricing Explainer Series (Video)
- Page 11: Rider Video Testimonials
- Page 12: Congestion Relief Zone Fact Sheet
- Page 13: Borough-specific transit improvement palm cards
- Page 14: Congestion Relief Zone website
- Page 15: Exemption and Discount information on new.mta.info
- Page 16: Additional work-in-progress educational materials

2

DOT_0047405

# Overview of Congestion Pricing messages, mediums for amplification, and scale of outreach

'X' indicates the outreach medium will be used to amplify Congestion Pricing messages

'XX' / 'XXX' indicates the medium plays a larger role in reaching audiences

| Mediums of Outreach & Message Amplification | | Benefits of Cong Pricing | Go Live Date | Program details / nuts & bolts | Sign Up / Update E-ZPass Account | Elimination of $10 E-ZPass Deposit | Individual plans (IDEP/LIDP) | Institutional / Gov't Exemptions | Promote Transit / Fair Fares / Reduced Fares |
|---|---|---|---|---|---|---|---|---|---|
| **In-person outreach** | **Community Outreach Events (in subway system)** | XXX | X | XX | X | X | X | | XXX |
| | **Community Outreach Events (street fairs, etc.)** | XXX | X | XX | X | X | X | | XX |
| | **Community Outreach Events (community-based organizations)** | XXX | X | XX | X | X | X | | XX |
| | **Elected Official and Community Board Briefings** | XXX | XX | XX | X | X | X | X | XX |
| | **MTA exec leadership press / public appearances** | XXX | X | | | | | | X |
| **Virtual outreach** | **MTA staff webinars aimed at particular constituencies (e.g. disability coalitions, NJ residents, etc.)** | X | XX | XXX | X | | X | | |
| | **MTA outreach to third-party validators and amplifiers (civic & business groups)** | X | X | X | X | XXX | XX | XX | X |
| | **MTA internal comms / education sessions for employees** | XXX | XXX | XXX | X | | | | |
| | **MTA targeted email outreach to institutions that may qualify for discount and exemption plans** | X | XXX | X | XXX | XXX | XXX | XXX | XXX |
| | **MTA and B&T customer service call centers** | | X | X | XXX | XXX | XXX | XXX | X |
| **Digital outreach** | **MTA Website** | XX | XXX | XXX | XX | XX | XX | XX | X |
| | **MTA CRZ Marketing Microsite** | XXX | XXX | X | XXX | XXX | XXX | XXX | XXX |
| | **MTA Social Media Channels** | XX | XXX | X | X | X | XX | X | XXX |
| | **Video Explainers / Infographics** | X | X | XXX | X | | XXX | | |
| | **MTA Newsletters** | X | X | X | X | X | X | X | X |
| **Advertising** | **MTA-Owned Screens** | XX | XXX | X | X | | X | | X |
| | **Paid Advertising Campaign** | X | XXX | | XX | XX | XX | | X |

**INTERNAL USE ONLY**

DOT_0047406

# Overview of Congestion Pricing messages, mediums for amplification, and scale of outreach (cont.)

| Mediums of Outreach & Message Amplification | | | Benefits of Cong Pricing | Go Live Date | Program details / nuts & bolts | Sign Up / Update E-ZPass Account | Elimination of $10 E-ZPass Deposit | Individual plans (IDEP/LIDP) | Institutional / Gov't Exemptions | Promote Transit / Fair Fares / Reduced Fares |
|---|---|---|---|---|---|---|---|---|---|---|
| Third-party amplification | Elected Officials | | X | X | X | | | X | | X |
| | Advocate organizations (social media, field outreach) | | XXX | XX | XX | XX | XX | XXX | | XXX |
| | Business groups (newsletters, industry outreach) | | | X | X | | | | XX | |
| | Chamber Intergov | | | X | X | | | X | XXX | |
| | City Hall Outreach | | | X | X | | | X | XXX | |
| Industry notices | E-ZPass Website | | | X | X | XXX | XXX | X | X | |
| | Tolls By Mail Website | | | X | | XXX | XXX | X | X | |
| | E-ZPass Mobile App Alerts | | | X | | X | | | | |
| | MTA Direct Email (E-ZPass holder email outreach) | | | X | | XX | X | XX | X | |
| | E-ZPass Statements (notes in mailed statements) | | | X | | XX | X | XX | | |
| | TransCom (highway signage text) | | | X | | X | X | | | |
| | TLC Industry Notice | | | X | X | X | X | | X | |

Congestion Pricing Messages

4

DOT_0047407

## Congestion Pricing assets previously live in the MTA system



Previously live on subways and buses



Previously live on LIRR and Metro-North



Previously live on subways and buses



Previously live on all modes

5