## Congestion Pricing assets currently live in the MTA system



Currently live on subways and buses



Currently live on subways and buses



Currently live on LIRR



Currently live on Metro-North

## Paid media campaign overview

Starting in late February, in conjunction with our in-system digital campaign, the MTA launched its paid media efforts that display the Congestion Pricing assets on social media platforms (Instagram, Reddit, LinkedIn, Facebook) and static web advertisements.

We are currently in Week 9 of the ad campaign.



*LinkedIn advertisement*

7

## Paid media campaign spend & effectiveness

### Metrics as of April 18, 2024 (week 8)
- The campaign has served 39MM impressions and driven over 338K users to the site to learn more about congestion pricing.

- Our conversion rates on search engine marketing (SEM) and programmatic display have increased significantly compared to the beginning of the campaign. This shows that our continued optimizations of the campaign are helping to drive the right people to the site.

- Total clicks have increased by 65% week over week (WoW) compared to Week 7, with an 85% increase in click-through rate (CTR), again showing how our audience optimizations are engaging the right people

**SEM:** Metrics saw a bit of a dip across the board this week, still likely due to the leveling out after expanding to the Tri-State area in Week 6, where we saw major spikes in improvements.

**Programmatic:** Similar story here as SEM. Performance was so strong after week 6 that metrics are still leveling out. All KPIs are still strong and steady.

**Social Media:** Facebook saw major improvements in click performance WoW. Optimizations were made to Reddit and LinkedIn last week to help target commuters more accurately. As a result, both channels saw conversion metrics improve.

**Video:** Since these are our more mass awareness tactics, they are still performing strongly since expanding to the Tri-state area. We made optimizations last week to increase viewability and CTR goals which helped increase click and conversion metrics across the board.

## Commuter Outreach Events

The MTA has kicked off a series of outreach events to engage riders and provide educational materials about Congestion Pricing, Reduced/Fair Fares, accessibility, toll discounts and exemptions, and E-ZPass.

Over the spring and summer, the campaign will feature over 50 events in the transit system, at public events, and with community and civic organizations. These events are complemented by briefings for elected officials, community organizations, and the public to explain what riders, drivers, and residents need to know about Congestion Pricing.

As of Wednesday 4/24, the MTA has held 4 events, equivalent to 41.5 hours in the field. Team members have distributed almost 600 pieces of Congestion Pricing-specific literature and engaged over 175 commuters in conversations about Congestion Pricing.



*MTA staff tabling at subway stations and engaging with riders about Congestion Pricing*

9

DOT_0047412

## Congestion Pricing Explainer Series (Video)

Playlist: "Congestion Pricing and the Congestion Relief Zone"
https://www.youtube.com/playlist?list=PLZHkn788ZQJOQYFHay12e81wSSX2RPJRx



10

DOT_0047413

## Rider Video Testimonials

Rider testimonials discussing how Congestion Pricing will benefit them.
Posted on Facebook, Instagram, and Tik Tok.



Abby Dzuria (live on 3/28)
Link: https://f.io/a9ySTBko



Joe Adalantar (live on 4/8)
Link:
https://app.frame.io/reviews/5874d23e-9e51-4a61-bf7d-e93646b629b3/3bcf013e-622a-4523-b6d3-6e8d0e4c63db



Jim Burke (live on 4/23)
Link: https://f.io/2p4Ovq6X

11

DOT_0047414

# Congestion Relief Zone Fact Sheet



## A New Congestion Relief Zone for New York

*It's time for a city that moves faster, breathes easier, and works better*

Starting in summer 2024, vehicles will be charged a toll to enter the Congestion Relief Zone (formerly referred to as the Manhattan Central Business District) – the area of Manhattan south of and including 60 St, excluding the FDR Drive, West Side Highway/Route 9A, and the Hugh L. Carey Tunnel connections to West Street.



### Congestion Pricing will unlock a better New York

Today, more than 700,000 vehicles enter the Manhattan CBD every weekday, and average travel speeds are just 7 mph in the Manhattan CBD and 4.9 mph in Midtown. New Yorkers lose 117 hours on average sitting in traffic every year, costing them nearly $2,000 annually in wasted time. Plus, more traffic means more air pollution and associated health impacts.

*Congestion Pricing means less traffic, cleaner air, safer streets, and better transit*

New York is finally addressing this long-standing crisis of excess traffic congestion. Charging vehicles to enter what is today one of the most congested districts in the nation will result in an estimated 100,000 fewer vehicles entering the zone daily. Less traffic means faster and more reliable vehicle and transit trips, cleaner air, and safer streets.

### Congestion Pricing benefits everyone

With revenue generated by the Congestion Relief Zone toll, millions of daily transit riders will benefit from more accessible stations, modern signal systems, hundreds of new electric buses, and other critical improvements that keep our system in good working condition and make taking mass transit more comfortable. For drivers, fewer vehicles on the road will mean faster trips and less time wasted in traffic, while pedestrians and cyclists will enjoy safer, quieter streets.

### Toll rates for vehicles

| Vehicle type | E-ZPass toll rates | | Tolls by Mail rates | |
|---|---|---|---|---|
| | Peak | Overnight | Peak | Overnight |
| **Passenger vehicles** (sedans, pickup trucks, SUVs, minivans, small vans) Tolls not charged more than once a day | $15.00 | $3.75 | $22.50 | $5.50 |
| **Motorcycles** Tolls not charged more than once a day | $7.50 | $1.75 | $11.25 | $2.75 |
| **Small trucks** (single-unit, box trucks) **Intercity and charter buses** | $24.00 | $6.00 | $36.00 | $9.00 |
| **Large trucks** (multi-unit trucks) **Tour buses** | $36.00 | $9.00 | $54.00 | $13.50 |
| **Yellow taxis, green cabs, and black cars** | $1.25 per trip to, from, within, or through the zone paid by the customer | | | |
| **App-based for-hire vehicles** | $2.50 per trip to, from, within, or through the zone paid by the customer | | | |

- The peak period is from 5 a.m. to 9 p.m. Monday through Friday, and 9 a.m. to 9 p.m. Saturday and Sunday.
- Those who use E-ZPass during the peak period at the four tolled tunnels to enter the Congestion Relief Zone will receive a crossing credit against the Congestion Relief Zone toll.

### Paying the Congestion Relief Zone toll

E-ZPass is the best way to pay the Congestion Relief Zone toll. For drivers without an E-ZPass transponder in their vehicle, tolling equipment will take an image of the vehicle's license plate and a Tolls by Mail bill will be sent to the address of the registered vehicle on file. To receive the lower E-ZPass rate, make sure that the license plates of all your vehicles are registered to your E-ZPass account.

### Crossing credits, exemptions, or discounts are available to qualifying vehicles

A credit toward the Congestion Relief Zone toll will be available for vehicles using a valid E-ZPass and entering during the peak period via one of the four tolled tunnels (Lincoln Tunnel, Holland Tunnel, Queens Midtown Tunnel, and Hugh L. Carey Tunnel): up to $5 for passenger vehicles, up to $2.50 for motorcycles, up to $12 for small trucks and charter buses, and up to $20 for large trucks and tour buses. No crossing credits will be offered overnight.

A Low-Income Discount Plan and tax credit will be available to qualifying drivers. Only certain types of vehicles will be exempt from the toll, including qualifying authorized emergency vehicles, qualifying vehicles transporting people with disabilities, and specialized government vehicles. School buses contracted with NYC Department of Education, commuter vans licensed by NYC Taxi and Limousine Commission, and buses providing scheduled commuter services open to the public will also be exempt from the Congestion Relief Zone toll.

### Learn more

- For more information about the Congestion Relief Zone, visit congestionreliefzone.mta.info
- To get an E-ZPass account and transponder, visit e-zpassny.com/en/signup/step1.shtml

DOT_0047415

## Borough-specific transit improvement palm cards

Riders will receive information on the transit improvements made in their borough. Below is the draft palm card for Manhattan.






13

## Congestion Relief Zone website

congestionreliefzone.mta.info



14

DOT_0047417

# Exemption and Discount information on new.mta.info

The MTA website will have information on all exemption and discount plans including a plan description, eligibility requirements, and application instructions.

**Links to draft pages:**

Landing page: https://new.mta.info/tolls/congestion-relief-zone/discounts-exemptions?auHash=WR8G7CpspYDsjGyn6qZcFchrTB5UY7XxqZrdyi4v71k

Low-Income Discount Plan: https://new.mta.info/tolls/congestion-relief-zone/discounts-exemptions/low-income-discount-program?auHash=vSwchZStyPvCTFnTN7f1dQ1CvL2LZm6dufFIxUdalU8

Individual Disability Exemption Plan: https://new.mta.info/tolls/congestion-relief-zone/discounts-exemptions/idep?auHash=KlNaGtXy-eGueggZcPOLWJHDsCIYerfMKgEe6x-7A14

Organizational Disability Exemption Plan: https://new.mta.info/tolls/congestion-relief-zone/discounts-exemptions/odep?auHash=eV_5gO13o8VvAy3cstEGFNHDBMiItbZH070oi3PQfmE

Emergency Vehicle Exemption Plan: https://new.mta.info/tolls/congestion-relief-zone/discounts-exemptions/emergency-vehicles?auHash=5UNq76cqHp4Wx4LkVFNo9mNaTVzX06rebYgNUhKa7iU

Commuter Bus Exemption Plan: https://new.mta.info/tolls/congestion-relief-zone/discounts-exemptions/commuter-bus?auHash=rc7CMPUaUUCi3kHWdGgUQBQ_OXs2zOK-CIG9R5cTJ2A

Specialized Government-Owned Vehicle Exemption Plan: https://new.mta.info/tolls/congestion-relief-zone/discounts-exemptions/government-vehicles?auHash=CSmMzZfepXJhcVGhuhnUzB_yMP36s3NKfIGMtTY2Sj4

15

## Additional work-in-progress educational materials

- Next phase of educational assets to be featured in the transit system and on paid media (social media, digital billboards, and radio)
- Toll exemptions / discounts brochure for eligible parties
- Video explainer outlining the Individual Disability Exemption Plan / Organizational Disability Exemption Plan application process

16

DOT_0047419

May 2024

# Congestion Pricing In NYC

DOT_0047420