DOT_0047421



## Gridlock on the streets

- More than 700,000 vehicles enter the Manhattan below 60th Street every weekday (the "CBD")
- Travel speeds are just 7 mph; 5 mph in Midtown

**London, Stockholm, Singapore, Milan have all demonstrated that charging drivers reduces traffic**



DOT_0047422



# A transit system that needs investment

**The MTA maintains $1.5 trillion in assets across 5,000 square miles**

- 704 subway and train stations
- 8,747 subway and commuter rail cars
- 5,840 buses
- 101 maintenance facilities
- 493 elevators
- 1,907 miles of track and 3,500+ switches
- Seven bridges and two tunnels



DOT_0047423



# In April 2019, State Legislature enacted Congestion Pricing

- Directed the MTA to implement congestion pricing, in partnership with NYCDOT and NYSDOT.

- Two goals: Reducing traffic and raising $15B for capital investments in transit

**The Congestion Relief Zone**: south of and inclusive of 60th St. Excluding the FDR Drive, West Side Highway, Battery Park Underpass, and roadway portions of the Hugh Carey Tunnel connecting to West Street.



DOT_0047424



# The project has been through thorough public review

**Environmental Assessment**

- 4,000 pages
- Extensive public engagement

**Traffic Mobility Review Board**

**New York State Administrative (SAPA) Review**



DOT_0047425



# The Congestion Relief Zone Goes Live at Midnight on June 30, 2024



DOT_0047426


# Toll Rates to enter the Congestion Relief Zone

- Passenger vehicles: $15 in the peak and $3.75 overnight, once/day
- Small trucks: $24 peak, $6 overnight
- Large trucks & tour buses: $36 peak, $9 overnight

- Taxis & FHVs: Pay a small toll for every ride in the zone instead of paying a per-day toll to enter



# Only five types of discounts and exemptions

- Discount: Low-income drivers
- Exemption: vehicles carrying people with disabilities
- Exemption: Emergency vehicles
- Exemption: Commuter buses and school buses
- Exemption: Specialized government vehicles

DOT_0047428



# 52 days until Go Live








DOT_0047430

# Agenda – 12/7/23

1. TBTA Board Vote & SAPA Update

2. Next Steps

3. NEPA Re-Evaluation
   - Network Question
   - Scenario 10J
   - Methodology
   - Content
   - Cycle for review and coordination



Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement

DOT_0047431

# TBTA Board & SAPA Update

- 12/6 TBTA Board voted to authorize moving the SAPA process forward
- We anticipate the proposed toll schedule will appear in the State Register this month



*All dates subject to change*


**Bridges and Tunnels**

*Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement*

DOT_0047432

# Next Steps

- Re-Evaluation

- VPPP Tolling Agreement drafting in progress

- Project Sponsor coordination ongoing

- Mitigation implementation
    - MOUs and Project Sponsor coordination underway
    - Place-based mitigation specific location siting methodology under development with goal of ensuring equitable distribution



*Draft, Privileged and Confidential - Shared Information as per the Common Interest and Confidentiality Agreement*

DOT_0047433