UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>   *Plaintiff,*<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>   *Defendants,*<br><br>  and<br><br>THE METROPOLITAN TRANSPORTATION AUTHORITY and THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>   *Intervenor-Defendants*. | Hon. Leo M. Gordon<br><br>No. 2:23-cv-03885-LMG-LDW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW *PRO HAC VICE* APPEARANCES** |

  This Court, having considered the Motion for Leave to Withdraw the *Pro Hac Vice* Appearances of Gabrielle E. Tenzer, Joshua A. Matz, and Kate Harris **HEREBY ORDERS:**

  1. The Motion for Leave to Withdraw the *Pro Hac Vice* Appearances of Gabrielle E. Tenzer, Joshua A. Matz, and Kate Harris is **GRANTED**.

  2. Attorneys Gabrielle E. Tenzer, Joshua A. Matz, and Kate Harris are hereby withdrawn as Intervenor-Defendants' counsel of record in the above-captioned matter. Intervenor-Defendants shall continue to be represented in this matter by the remaining counsel of record from Sive, Paget & Riesel P.C. and Kaplan Martin LLP.

3. The Clerk of the Court is directed to remove attorneys Gabrielle E. Tenzer, Joshua A. Matz, and Kate Harris from the service list in this matter.

IT IS SO ORDERED

Dated: _____ , 2024                    _____
                                                                                         Honorable Leo M. Gordon
                                                                                         United States District Judge