**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2024, I caused a true and correct copy of the foregoing

motion to be served by ECF upon all counsel of record.


Dated: December 4, 2024                        */s/ Daniel Chorost*
                                               Daniel Chorost