UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY<br><br>Plaintiff(s),<br>v.<br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>Defendants,<br>and<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, et al.,<br><br>Defendant-Intervenors. | REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION<br><br>Civil Action No. 2:23-cv-03885-LMG-LDW |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

_____Randy M. Mastro_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Camilla Akbari

Address: KING & SPALDING LLP

1185 Avenue of the Americas

34th Fl.

New York, NY 10036

E-mail: cakbari@kslaw.com

(One email address only)

DNJ-CMECF-002