## NAGEL RICE, LLP
### COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
DIANE E. SAMMONS
LORI I. MAYER
RANDEE M. MATLOFF
ANDREW L. O'CONNOR
GREG M. KOHN
SUSAN F. CONNORS*
BRADLEY L. RICE
MICHAEL J. PARAGANO

HARRY A. MARGOLIS
1928-2002

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
WWW.NAGELRICE.COM

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465

PLEASE REPLY TO
ROSELAND OFFICE

ANDREW I. PEPPER
CHRISTOPHER G. LOBOZZO
ANDREW J. NEES

SENIOR COUNSEL
S.M. CHRIS FRANZBLAU

*CERTIFIED BY THE SUPREME COURT OF
 NEW JERSEY AS A CIVIL TRIAL ATTORNEY
 MEMBER OF NJ & NY BARS
 MEMBER OF NJ, NY & DC BARS

January 2, 2025

*Via E-filing*
Honorable Leo M. Gordon
US Court of International Trade
(Sitting by designation in the
District of New Jersey)
50 Walnut Street
Newark, NJ  07102

Re:  State of New Jersey v. U.S. Dep't of Transp., et al.
     Civil Action No.: 2:23-cv-3885

Dear Judge Gordon:

We are counsel for the Town of Fort Lee and other plaintiffs in the related class action and are appearing as amicus in the above matter. We support the application filed by the State of New Jersey for interim and other relief.

I am currently in Florida, and it is unlikely I will be able to be in court tomorrow afternoon.  I respectfully request leave to appear remotely for the argument.

                                             Respectfully,

                                             *Bruce H. Nagel*
                                             BRUCE H. NAGEL

cc:  All counsel of record (via ECF)