# UNITED STATES DISTRCT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br>       *Plaintiff,*<br>v.<br><br>UNITED STATE DEPARTMENT OF TRANSPORTATION, et al.<br>       Defendants,<br>and<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, et al.<br>       *Defendant-Intervenors.* | Civil Action No. 2:23-cv-03885<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Nagel Rice, LLP, attorneys for amici curiae, Mark Sokolich and Richard Galler ("Sokolich Plaintiffs"), hereby enters an appearance in the above case. By Order dated February 13, 2024 (ECF Document No. 119), the Court granted the Sokolich Plaintiffs' status as amici curiae in this action.

NOTICE is further given that the undersigned requests that all notices given or required to be given in this case be given to and served upon the undersigned at the office, post office address and telephone number and e-mail set forth herein:

    Robert H. Solomon, Esq.
    rsolomon@nagelrice.com
    NAGEL RICE, LLP
    103 Eisenhower Parkway
    Roseland, NJ  07068
    Telephone:  973-618-0400
    Facsimile:  973-618-9194

            NAGEL RICE, LLP
            Attorneys for amici curiae, *Mark Sokolich*
            *and Richard Galler*

            By: *s/ Robert H. Solomon*___
Dated: January 2, 2025          Robert H. Solomon, Esq.