

# COUNTY OF BERGEN
## OFFICE OF THE COUNTY COUNSEL
ONE BERGEN COUNTY PLAZA, ROOM 580, HACKENSACK, NJ 07601-7076
(201) 336-6950 ● FAX (201) 336-6966

| | |
|---|---|
| **THOMAS J. DUCH, ESQ.**<br>COUNTY COUNSEL<br>COUNTY ADMINISTRATOR<br><br>**JOHN E. TEN HOEVE, JR., ESQ.**<br>ACTING DEPUTY COUNTY COUNSEL | **ASSISTANT COUNTY COUNSEL**<br>JANINE S. COLLETTI, ESQ.<br>CHRISTINA A. D'ALOIA, ESQ.<br>WILLIAM G. BROWN IV, ESQ.<br>MARIANNE B. ORTEGA, ESQ.<br>FRANK TORTORA, ESQ.<br>ROSEANNE SESSA, ESQ.<br>RISA A. PASTER, ESQ.<br>DAVID MATEEN, ESQ.<br>JESSICA KALAFUT, ESQ. |

January 2, 2025

**VIA E-FILING**
Honorable Leo M. Gordon
US Court of International Trade
(Sitting by designation in the District of New Jersey)
50 Walnut Street
Newark, NJ 07102

Re: **State of New Jersey v. U.S. Dep't of Transp., et al.**
  **Civil Action No.: 2:23-cv-3885**

Dear Judge Gordon:

    As you know this office represents Amicus Curiae County of Bergen in the above referenced matter. The County of Bergen joins in and supports the application filed by the State of New Jersey for interim and other relief.

                                        Respectfully submitted,

                                        /s/ *David Mateen*
                                        David Mateen, Esq.

cc: All counsel of record (via ECF)