# Kramer Levin



**Cynthia Lovinger Siderman**
Associate
**T** 212.715.9100
**F** 212.715.8000
csiderman@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
**T** 212.715.9100
**F** 212.715.8000

January 2, 2025

<u>*Via ECF*</u>

The Honorable Leo M. Gordon, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re: *State of New Jersey, v. United States Department of Transportation, et al.*,
      Civil Action No.: 23-cv-03885

Dear Judge Gordon:

  We represent *amici curiae* Environmental Defense Fund, New York League of Conservation Voters, Tri-State Transportation Campaign, Riders Alliance, Open Plans, Real Estate Board of New York, New York Lawyers for the Public Interest, WE ACT for Environmental Justice, StreetsPAC, Transportation Alternatives, New York Public Interest Research Group Fund, and Michael B. Gerrard (collectively, "*amici*") in connection with the above-referenced matter. We respectfully request that Your Honor permit Dror Ladin, of Earth Justice, to appear *pro hac vice* on *amici*'s behalf.

  In support of this request, we enclose the following documents: (1) Certification of Cynthia Lovinger Siderman; (2) Certification of Dror Ladin with corresponding Certificate of Good Standing; and (3) a proposed form order. Thank you for your attention to this matter. If the Court has any questions, please do not hesitate to contact us.

                Respectfully,

                <u>*/s/ Cynthia Lovinger Siderman*</u>
                Cynthia Lovinger Siderman

cc: All counsel of record (w/encl.) (via ECF)