UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMNISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>*Defendants,*<br><br>and<br><br>THE METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*,<br><br>*Defendant-Intervenors*. | Civil Action No. 23 Civ. 03885<br><br>Hon. Leo M. Gordon |

**CERTIFICATION OF DROR LADIN IN SUPPORT OF**
*PRO HAC VICE* **APPLICATION**

Dror Ladin, under penalty of perjury, declares:

1. I am admitted to practice law in the State of New York and am an attorney at Earth Justice. I submit this Certification in support of *amici curiae* Environmental Defense Fund, New York League of Conservation Voters, Tri-State Transportation Campaign, Riders Alliance, Open Plans, Real Estate Board of New York, New York Lawyers for the Public Interest, WE ACT for Environmental Justice, StreetsPAC, Transportation

Alternatives, New York Public Interest Research Group Fund, and Michael B. Gerrard's (collectively, "*amici*") application for my own admission *pro hac vice*.

2. My contact information is as follow:

   Dror Ladin
   Earth Justice
   48 Wall Street, 15th Floor
   New York, NY 10005
   Phone: 917-410-8701
   dladin@earthjustice.org

3. I am a duly licensed attorney and a member in good standing of the bar of the State of New York, where I was admitted to practice on May 9, 2011. Attached hereto as **Exhibit A** is a certificate of good standing with the State Bar of New York.

4. There are no pending disciplinary matters against me in any jurisdiction, nor has discipline been previously imposed upon me in any jurisdiction or court.

5. I am not currently disbarred or suspended in any jurisdiction or court.

6. If admitted *pro hac vice*, I will comply with all the requirements of L. Civ. R. 101.1, including: (i) making payment to the New Jersey Lawyers' Fund for Client Protection as provided by R. 1.28-2(a); (ii) making payment of $150.00 to the Clerk of the United States District Court for the District of New Jersey; and (iii) strictly observing the dates fixed for all proceedings in this matter.

7. If admitted *pro hac vice*, I understand and acknowledge that I will be within the disciplinary jurisdiction of this Court.

8.     I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 2, 2025           Respectfully submitted,
       New York, New York

By:_____

EARTH JUSTICE
48 Wall Street, 15th Floor
New York, NY 10005
Phone: 917-410-8701
dladin@earthjustice.org

- 3 -