# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants, <br><br> and <br><br> METROPOLITAN TRANSPORTATION AUTHORITY, et al., <br><br> Defendant-Intervenors. | Before: Leo M. Gordon, Judge <br><br> Court No. 2:23-cv-03885 |

## ORDER

Upon consideration of Plaintiff's Application for an Order to Show Cause for Clarification and/or Reconsideration and for a Temporary Restraining Order and Preliminary Injunction, Federal Defendants' Opposition, Defendant-Intervenors The Metropolitan Transit Authority and The Triborough Bridge and Tunnel Authority's Opposition; Oral Argument held this date; and all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that Plaintiff's Order to Show Cause is denied in light of the text order, ECF No. 193, setting the schedule for briefing and oral argument on Plaintiff's Application; it is further

**ORDERED** that Plaintiff's Application for Clarification and/or Reconsideration is denied; and it is further

Court No. 2:23-cv-03885                                                                 Page 2

**ORDERED** that Plaintiff's Application for a Temporary Restraining Order and Preliminary Injunction is denied.

<u>/s/ Leo M. Gordon</u>
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: January 3, 2025
      Newark, New Jersey