# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>              Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>              Defendants,<br><br>  and<br><br>METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>              Defendant-Intervenors. | Civil Case No. 2:23-cv-03885 |

## PLAINTIFF STATE OF NEW JERSEY'S NOTICE OF APPEAL
## TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

Notice is hereby given that the State of New Jersey, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order (ECF No. 208) of the United States District Court for the District of New Jersey entered in this case on January 3, 2025, and from all underlying and related findings, orders, decisions, rulings, and opinions, including but not limited to the order and Opinion (ECF No. 191) of the United States District Court for the District of New Jersey entered in this case on December 30, 2024.

Dated:  New York, New York
        January 3, 2025

By:  */s/ Randy M. Mastro*
     Randy M. Mastro (NJ Bar No. 011681982)
     Craig Carpenito (NJ Bar No. 027102000)
     Jessica Benvenisty (*pro hac vice*)
     Lauren Myers (*pro hac vice*)
     Camilla Akbari (*pro hac vice*)
     KING & SPALDING LLP
     1185 Avenue of the Americas
     New York, New York 10036
     Tel. (212) 556-2100

     Peter Hsiao (*pro hac vice*)
     KING & SPALDING LLP
     633 West Fifth Street, Suite 1600
     Los Angeles, CA 90071
     Tel. (213) 433-4355

     Cynthia AM Stroman (*pro hac vice*)
     KING & SPALDING LLP
     1700 Pennsylvania Avenue, NW, Suite 900
     Washington, DC 20006-4704
     Tel. (202) 737-0500

     *Attorneys for Plaintiff*