# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

Judge: **Hon. Leo M. Gordon**        Date: January 3, 2025

Deputy Clerk: Shea Smith

Court Reporter: Lisa Larsen

**Title of Case:**        Docket # **CV.23-3885 LMG-LDW**

*State of New Jersey, et al. v. United States Department of Transportation, et al.*

**Appearances:**
Randy Mastro, Esq, Camilla Akbari, Esq., Robert Solomon, Esq. for the plaintiffs.
Gregory Cumming, Esq., Alex Silagi, Esq., Samantha G. Peltz, Esq., Dan Chorost, Esq., Phillip Warren, Esq., Roberta A. Kaplan, Esq. for the defendants.
David Mateen, Esq., Amici Plaintiff.
John H. Reichman, Esq., Andrew Otis, Esq. Amici defendants.

**Nature of Proceedings:  Oral Argument**
Hearing held on the Order to Show Cause (ECF No. 192) and the plaintiff's Emergent application for a Temporary Restraining Order and Injunction Relief (ECF No. 192-1).
Break in the oral argument at 4:25 p.m.
Oral argument continued at 8:15 p.m.
ORDERED that plaintiff's request for additional time to file an appeal is denied.
ORDERED that plaintiff's application for clarification and reconsideration, TRO and preliminary injunction **are** denied.
The Court will enter an order.

```
Time Commenced: 3:05 p.m.
Time Adjourned: 8:35 p.m.
Total Time:  1 hour, 40 Minutes
```

<u>*Shea M. Smith, Courtroom Deputy*</u>