**UNITED STATES DISTRCT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>      *Plaintiff,*<br><br>v.<br><br>UNITED STATE DEPARTMENT OF TRANSPORTATION, et al.<br><br>      Defendants,<br><br>and<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, et al.<br><br>      *Defendant-Intervenors.* | Civil Action No. 2:23-cv-03885 |
| MARK SOKOLICH, in his capacity as the mayor of Fort Lee and a resident of Fort Lee, and RICHARD GALLER individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration; THE METROPOLITAN TRANSIT AUTHORITY (MTA), JOHN JANNO LIEBER, in his official capacity as Chair and CEO of the MTA, the TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY (TBTA), DANIEL DECRESCENZO, in his official capacity as President of the (TBTA), the TRAFFIC MOBILITY REVIEW BOARD (TMRB),  CARL WEISBROD, in his capacity as Chair of the (TMRB) .<br><br>      Defendants. | Civil Action No. 2:23-cv-21728 |

**[PROPOSED] ORDER TO SHOW CAUSE FOR AN ORDER GRANTING THE
SOKOLICH PLAINTIFFS STANDING TO APPEAR ON ALL APPELLATE ISSUES**

Upon the application of Mark Sokolich and Richard Galler ("Sokolich Plaintiffs"), by its counsel, Nagel Rice, LLP, the Letter Brief submitted herewith, and all the prior papers filed in this action and the matter entitled  Sokolich v. United States Department of Transportation, et al, United States District Court for the District of New Jersey, Civil Action No. 23-cv-21728 ("Sokolich Action"), it is hereby:

I.    **ORDERED** that the Order staying the Sokolich Action until 30 days after the final resolution of the cross-motions for summary judgment by the Court in State of New Jersey v. U.S. Dep't of Transp., (ECF 61) is hereby vacated.

II.    **ORDERED** that the above-captioned defendants United States Department of Transportation, Federal Highway Administration, Shailen Bhatt, in his official capacity as Administrator of the Federal Highway Administration, and Richard J. Marquis, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration (collectively, "Defendants"), the above-captioned intervenor-defendants Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority (collectively, "Intervenor-Defendants") and the Plaintiff, State of New Jersey show cause before a motion term of this Court, in Room ____, United States Courthouse, 50 Walnut Street, Newark, NJ 07102 on_____, 2025, at _____ a.m./p.m., or as soon as thereafter as counsel may be heard, why an order should not be issued granting the Sokolich Plaintiffs standing to appear on all appellate issues regarding this action, and granting such other relief as this Court deems just and proper.

III.    **ORDERED,** that opposition papers, if any, must be submitted by _____, 2025

IV.    **ORDERED**, that reply papers, if any, in support of the Application by Order to Show

Cause must be submitted by_____, 2025.

V.    **ORDERED**, that (1) personal service, or (2) service by (a) e-mail or (b) overnight delivery, of

a copy of this Order and the above-referenced Letter Brief upon the Defendants, Intervenor-

Defendants and the Plaintiff or their respective counsel on or before _____, 2025, shall

be deemed good and sufficient service thereof.

DATED:    _____        ORDERED:
          Newark, New Jersey

          _____
          HON. LEO M. GORDON
          U.S. Court of International Trade
          (Sitting by designation in the District of New
          Jersey)