**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY, | |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., | Before: Leo M. Gordon, Judge |
| Defendants, | Court No. 2:23-cv-03885 |
| and | |
| METROPOLITAN TRANSPORTATION AUTHORITY, et al., | |
| Defendant-Intervenors. | |

| | |
|---|---|
| MARK SOKOLICH, in his capacity as the mayor of Fort Lee and a resident of Fort Lee, and RICHARD GALLER, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Court No. 2:23-cv-21728 |
| v. | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., | |
| Defendants. | |

Court Nos. 2:23-cv-03885 and 2:23-cv-21728                                    Page 2

## ORDER

Presently pending before the court is an application by Plaintiffs Mark Sokolich and Richard Galler ("Sokolich Plaintiffs") in Court No. 23-cv-21728, and as <u>amicus curiae</u> in <u>State of New Jersey v. U.S. Department of Transportation</u>, Court No. 23-cv-03885, for an order to show cause.

The Metropolitan Transit Authority and the Triborough Bridge and Tunnel Authority, Defendants in Court No. 23-cv-21728, and Defendant-Intervenors in Court No. 23-cv-03885, have already responded. Given these circumstances, it is hereby

**ORDERED** that the United States shall file its response, if any, on or before 5:00 pm on Friday, January 17, 2025; it is further

**ORDERED** that the Sokolich Plaintiffs shall file a reply, if any, on or before 5:00 pm on Tuesday, January 21, 2025; and it is further

**ORDERED** that oral argument on the application of the Sokolich Plaintiffs on Thursday, January 23, 2025 at 11:00 am in Courtroom 3 of the Lautenberg Post Office, Newark, New Jersey.

/s/ Leo M. Gordon
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: January 15, 2025
         Newark, New Jersey