# Appendix A

Central Business District Tolling Program NEPA Environmental Justice Engagement

-Environmental Justice Engagement Meeting Minutes

-Power Point Presentations

-Tracking Sheet for Suggested Mitigation Strategies

# Environmental Justice Technical Advisory Group Meeting Minutes

## EJ TAG Meeting Date

10-13-21

1-12-22

8-22-22

10-7-22

1-5-23

5-10-23

FHWA-0000027

# MEETING SUMMARY – CBD TOLLING PROGRAM

| | |
|---|---|
| **DATE PREPARED** | 10/18/21 |
| **PREPARED BY** | Maura Fitzpatrick |
| **MEETING SUBJECT** | **CBDTP Environmental Justice Technical Advisory Group Meeting #1** |
| **MEETING LOGISTICS** | October 13, 2021, 1:00 pm – 3:00 pm<br>Zoom |
| **MEETING RECORD** | Maura Fitzpatrick, Leslie Black, Seth Myers, Nolan Levenson |

**Attendees**

No. of Attendees: 37

| Program Sponsor Attendees | |
|---|---|
| **Name** | **Affiliation/Organization/Location** |
| Joyce Brown | MTA |
| Dr. Allison C. de Cerreño | MTA |
| Dr. Rosalyn Green | MTA |
| Nolan Levenson | MTA |
| Kenneth Lovett | MTA |
| Louis Oliva | MTA |
| David Sang | MTA |
| Nichola Angel | MTA - TBTA |
| Romolo DeSantis | MTA - TBTA |
| Leah Flax | MTA – TBTA |
| Sergio Reis | MTA – TBTA |
| Tom Daniel | MTA - IT |
| William Ullom | NYCDOT |
| Ron Epstein | NYSDOT |
| Catherine Leslie | NYSDOT |
| Daniel Nierenberg | NYSDOT |
| Lee Ellen Carter | Federal Highway Administration |
| Anna Price | Federal Highway Administration |

FHWA-0000028

| Terese Girvan | HDR |
|---|---|
| Christopher Calvert | AKRF |
| Leslie Black | FHI Studio |
| Maura Fitzpatrick | FHI Studio |
| Seth Myers | WSP |
| **EJTAG Attendees** | |
| **Name** | **Affiliation/Organization/Location** |
| Rev. Steffie Bartley | National Action Network |
| Eddie Bautista | NYC Environmental Justice Alliance |
| Daniela Castillo | El Puente |
| Kenneth Cohen | NAACP – Metropolitan Council Region, NY |
| Keven Garcia | NYC Environmental Justice Alliance |
| David Hopkins | Urban League of Greater Hartford |
| Sonal Jessel | WE ACT for Environmental Justice |
| Juanita Lewis | Community Voices Heard |
| Sharon Lewis | Connecticut Coalition for Environmental Justice |
| Melissa Miles | New Jersey Environmental Justice Alliance |
| Damaris Reyes | GOLES |
| Elizabeth Yeampierre | UPROSE |
| Maritza Silva-Farrell | ALIGN |
| Arif Ullah | South Bronx Unite |

**Meeting Agenda**

1. Introductions

2. Project Presentation

3. Preliminary Results and Issue Areas from Public and Environmental Justice Outreach

4. Discussion

    a. Questions or Concerns

    b. Areas or Topics of Interest for Next Session

    c. Other Thoughts or Ideas to Share

*Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement*

FHWA-0000029

5.  Next Steps and Schedule

## Summary of Session

Allison C. de Cerreño opened the meeting and indicated that other organizations may be joining the Environmental Justice Technical Advisory Group (EJTAG) at future meetings based on availability.  Dr. C. de Cerreño indicated that the meeting would be conversational in nature. She added that the Project Sponsors are looking for input from the EJTAG on the next meeting agenda, as well as assistance in getting information out about the Program to environmental justice communities.

Dr. C. de Cerreño and Nichola Angel gave a presentation outlining Program information, environmental justice considerations, and the timeline for CBDTP. The presentation also included information about outreach specific to environmental justice communities including webinars, formation of the EJTAG, and formation of an Environmental Justice Stakeholder Working Group (EJSWG).  A document describing the difference between these two groups will be provided to the EJTAG based on a request from Eddie Bautista at the conclusion of the meeting.

During the presentation, Dr. C. de Cerreño opened the meeting for questions and comments from EJTAG members. Below is a short summary of the questions and comments heard during the meeting and the responses, as well as Action Items.

- Kevin Garcia asked about the difference between an exemption and a credit.
  - Dr. C. de Cerreño said that exemptions are included in the Traffic and Mobility Act legislation for emergency service vehicles and vehicles used in transporting those with disabilities. The legislation also asks that the Traffic Mobility Review Board (TMRB) evaluate discounts and/or "crossing credits." Exclusions include roadways around the edges of the CBD which will not be charged. Credits are typically thought of as applying all or a portion of a previous toll payment towards the CBD toll, while discounts would reduce the CBD tolling amount for specific types of users or vehicles (e.g. – motorcycles).
- Damaris Reyes asked how people living within the CBD would be tolled.
  - Dr. C. de Cerreño said that the tolling infrastructure would ring the CBD tolling area. There will also be detection points throughout the network to verify if vehicles should be charged. For CBD residents who drive their cars out of the zone, they will be charged to reenter the zone. The legislation states that autos will only be charged once per day. For those who live within the CBD, there is a tax credit for those with less than $60,000 annual income. If you live within the CBD and drive within the CBD, you would not be charged.
  - Damaris Reyes asked that the Program look into what kinds of trips people take, and where people who need to drive reside, both within and outside the CBD. It may not be just reverse commuting trips, but other non-work trips which are important for low-income families who support one another. The Program needs to fully understand how the communities are impacted. The financial implications of this Program to low-income populations needs to be part of the Environmental Assessment (EA).

FHWA-0000030

- o ACTION ITEM: Dr. C. de Cerreño said that more information will be presented at the next meeting on where low-income drivers live and travel to, and the agenda for the next meeting will include opportunities to discuss potential mitigation measures.

- Arif Ullah asked if transit deserts will be first served by capital investments from toll revenue. He questioned the process and sequence suggesting that transit improvements could be necessary prior to adoption of congestion pricing.

  - o Dr. C. de Cerreño said that the question will be considered and answered later in the session. Part of the analysis is to determine the volume of drivers into the CBD from these areas.

  - o Ken Lovett explained that the revenue would not be $15 billion annually, but only $1 billion per year that would be bonded to allow the MTA to borrow to fund the $15 billion Capital Plan.

  - o Chris Calvert said that transit use in EJ communities is being evaluated to determine where investment are needed, mostly in the five boroughs. This evaluation is more difficult for the suburbs.

  - o Eddie Bautista noted that communities in two-fare zones need to be invested in to actually get people to switch to transit.

  - o ACTION ITEM: The Program team can present what they have learned to date about commuting patterns from areas with less transit access. The next meeting can include discussion of potential mitigation.

- Eddie Bautista asked if the agencies will be evaluating the last-mile warehouses that have been opening up in environmental justice communities through as-of-right zoning allowances.

  - o Chris Calvert said that impacts of the Program on commercial trucking are being evaluated, including those that travel around Manhattan as part of the comprehensive modeling. The EA is not, however, looking at land use, but rather travel patterns.

- Sharon Lewis asks which counties in Connecticut are included in the program

  - o Chris Calvert said that Fairfield and New Haven counties are in the study area.

- Maritza Silva-Farrell suggested that traffic volumes have changed during COVID and asked when the plan would be implemented and if future traffic patterns would be incorporated. She also noted the new leases are being signed in the CBD, especially by Big Tech companies. She asked if gentrification considerations related to the changing landscape of NYC real estate are being considered.

  - o Chris Calvert said the Program is looking at 2023 as the implementation year. He suggested that traffic levels in the CBD are already at pre-COVID levels, while the volume of travelers by subway and bus is still lower.

  - o Mr. Calvert added that an evaluation of the impacts of gentrification in the CBD is outside the scope of the Program purpose and need which is to reduce congestion and identify funding for the MTA Capital Program.

- Elizabeth Yeampierre suggested that project cannot be considered without social considerations of climate change. She said that transportation investments lead to displacements and this

FHWA-0000031

needs to be considered. She wants to make sure that the benefits of the potential transit investments are weighed against that. <mark>She said that all investments need to be considered in the context of racial and environmental justice, and that amenities need to go to communities most potentially impacted by climate change.</mark>

- Damaris Reyes expressed concern about the impact of the Program on affordable housing in the CBD.

- Sonal Jessel asked when the modeling would be complete and when the results would be available. She expressed concern about additional traffic on uptown areas, particularly 125th St. and Inwood. She also asked about parameters for investment in buses, and if the transportation will be high quality and environmentally sustainability. She also asked about the environmental impacts of bus depots. She expressed concern about traffic noise in her community which seems to be getting worse.

  - o ACTION ITEM: Chris Calvert said that the Program team would be able to present results from the traffic modeling at the next meeting.

  - o Dr. C. de Cerreño noted the Program team has talked about where investments are made but not as much about types of transit investment.

  - o ACTION ITEM: Mr. Calvert provided an overview for how the noise analyses are being conducted. He stated that more information on this could be on the agenda for the next meeting.

- Melissa Miles asked about what outreach has been done to environmental justice stakeholders in New Jersey specifically. She also asked about the impacts of diverted traffic and asked whether the EA is studying these impacts in New Jersey. She expressed concern / doubt about people switching to mass transit especially during COVID. She raised concern about low-income drivers who need to access the CBD being impacted by the toll. She stated that a tax credit may not be helpful since a reimbursement would come later on and those low-income residents in the CBD who are impacted would need to foot the bill for the tolls initially. She also asked about the funding for tolling infrastructure.

  - o Ken Lovett said that the MTA ran radio and newspaper ads in multiple languages across the region for the recent public webinars. Posters were up in area transit stations and on buses. A Program fact sheet was disseminated widely, including to officials. He also said that environmental justice communities were specifically targeted geographically for social media and other advertisements, and environmental justice community leaders were approached to assist in getting the word out. He encouraged participants to help MTA get the word out for future opportunities.

  - o Chris Calvert said that the traffic model incorporates travel in the entire 28-county region, including diversions, and routes in New Jersey. This includes all trips, not just commutation.

  - o Dr. C. de Cerreño said that the tolling infrastructure costs will be reimbursed from the revenue from the tolling Program.

  - o ACTION ITEM: The list of organizations invited to join the EJTAG will be shared with members.

FHWA-0000032

- Eddie Bautista asked how bus emissions would be analyzed. He asked whether future bus purchases would be all electric.

    o ACTION ITEM: Dr. C. de Cerreño said that this can be discussed at the next meeting.

- Eddie Bautista said that initially congestion pricing had included deferred MTA fare increases, which would be an economic benefit for low-income populations. He asked if that was still under consideration.

    o Dr. C. de Cerreño said that fare policy overall is being considered / evaluated at the moment.

- Damaris Reyes asked what real meaningful impact this group will have on the decision-making process.

    o Dr. C. de Cerreño provided an overview of the timeline and said that the next meeting agendas would be dictated based on what this group would like to discuss. Input from these discussions will be considered in the development of the EA.

Dr. C. de Cerreño thanked attendees for their participation in the meeting and encouraged those in attendance to review and share the Program website which houses resources such as outreach information, a fact sheet, and poster ads. The materials are available in multiple languages to reach out to all communities for environmental justice purposes. She added that if participants have questions ahead of the next meeting, they should send them to the Program contacts.

The next EJTAG meeting is scheduled for November 3, 2021.

**Attachments**: Meeting Presentation

FHWA-0000033

# MEETING SUMMARY – CBD TOLLING PROGRAM

| DATE PREPARED | 1/20/23 |
|---|---|
| PREPARED BY | Hannah Brockhaus |
| MEETING SUBJECT | **CBDTP Environmental Justice Technical Advisory Group Meeting** |
| MEETING LOGISTICS | January 12, 2022, 2:00 pm – 3:30 pm<br>Zoom |
| MEETING RECORD | Hannah Brockhaus, Zainab Kazmi |

**Attendees**

No. of Attendees: 41

| Program Sponsor Attendees and Agencies | |
|---|---|
| **Name** | **Affiliation/Organization/Location** |
| Dr. Allison C. de Cerreño | MTA |
| Stephen Crimm | MTA |
| Louis Oliva | MTA |
| Tanisa Phillips | MTA |
| Michael Wojnar | MTA |
| Philip Vainovich | MTA |
| Nichola Angel | MTA - TBTA |
| Leah Flax | MTA – TBTA |
| Lee Ellen Carter | Federal Highway Administration (FHWA) |
| Megan Cogburn | FHWA |
| Chris Dresser | FHWA |
| Angela Fogle | FHWA |
| James Gavin | FHWA |
| Monica Pavlik | FHWA |
| Sharon Vaughn-Fair | FHWA |
| Will Carry | NYCDOT |
| Avraham Metal | NYCDOT |
| Patrick Smith | NYCDOT |

FHWA-0000034

| William Ullom | NYCDOT |
| Catherine Leslie | NYSDOT |
| Daniel Nierenberg | NYSDOT |
| Donald Burns | Federal Transit Administration (FTA) |
| Arielle Benjamin | US Environmental Protection Agency (EPA) Region 2 |
| Stan Buzelle | EPA |
| Samantha Nyer | EPA |
| Zoe Oldham | EPA |
| Philip Parker | EPA |
| Anne Schaffer | EPA |
| Hannah Brockhaus | FHI Studio |
| Zainab Kazmi | FHI Studio |
| Michael Lewis | HDR |
| Christine Tiernan | WSP |
| Elizabeth Knauer | Sive Paget Riesel (SPR) |
| **EJTAG Attendees** | |
| **Name** | **Affiliation/Organization/Location** |
| Dani Castillo | El Puente Green Light District |
| Damaris Reyes | GOLES |
| Ken Cohen | NAACP – Metropolitan Council Region, NY |
| Kevin Garcia | NYC Environmental Justice Alliance |
| Eugene Ko | NYC Environmental Justice Alliance |
| Mychal Johnson | South Bronx Unite |
| Arif Ullah | South Bronx Unite |
| Sonal Jessel | WE ACT for Environmental Justice |

**Meeting Agenda**

1. Introductions
2. Status of the Environmental Review Process
3. Summary of Potential EJ Effects and Mitigations/Investments
4. Purpose of Technical Memorandum
5. Summary of Technical Memorandum

FHWA-0000035

6. Discussion

7. Next Steps

**Summary of Session**

Dr. C. de Cerreño opened the meeting with introductions by the Project team and the members of the Environmental Justice Technical Advisory Group (EJ TAG) and thanked members for their continued participation in the planning process. Dr. C. de Cerreño noted that today's session would provide more detail on the Technical Memorandum that was previewed at the last meeting and continue the discussion of potential mitigation and investments.

Dr. C. de Cerreño highlighted what will be changing in the Environmental Assessment for its finalization. She then described the findings of the new Technical Memorandum to provide further detail on overburdened communities and the changes in truck volumes associated with the Project. After presenting associated maps and charts, she led a discussion of potential mitigation and investments. Dr. C. de Cerreño invited EJ TAG members to provide their thoughts on the potential EJ effects and potential mitigations and investments as they were shared with the group. A summary of the comments and discussion follows below.

**Discussion on Potential EJ Effects**

∞ Mychal Johnson asked the specific indicators shown in the maps.

  o Stephen Crim responded that the pollutant indicators are: PM2.5 (which is not above 80% in the study area), particulate matter, diesel fuel, air toxins with cancer risk, and air toxins respiratory. The health burdens indicators include: high blood pressure, cancer, diabetes, asthma, and poor mental health.

  o Mychal Johnson asked about cognitive development. South Bronx Unite is very concerned about air quality affecting cognitive development especially in overburdened areas.

  o Stephen Crim noted that the team is aware of this concern, but it was not in the data that was available.

∞ Mychal Johnson expressed concern about the documentation of existing pollutant burdens, and seeing increases in the same areas.

  o Dr. C. de Cerreño acknowledged this. She noted that part of the reason for the inclusion of Scenario G is so that the team could understand what levers were available to reduce those increases as much as possible. Additionally, she noted that one of the key mitigation measures the team is committing to is to reduce increases from the project as much as possible by reducing overnight diversions.

  o Mychal Johnson called attention to the approach to the RFK Bridge (15% increase), the approach to Randall's Island (25% increase) and the RFK Bridge to Randall's Island (a 100% increase).

  o Dr. C. de Cerreño acknowledged this.

Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement

3

*CBD Tolling Program Environmental Review*

∞ Eunice Ko noted via chat that the chart indicates that half of the EJ communities will see an increase in trucks.

- o Dr. C. de Cerreño affirmed this, stating that 50% would see a benefit or no change, and 50% would see an increase in trucks.

- o Damaris Reyes said she appreciates the last comment. She sees these results in a different way. With one-third of EJ communities experiencing no change and one-half seeing an increase, that seems to indicate that only a small percentage of communities would see benefits of this Program, about 15-18% of communities. Looked at from that perspective, it's a little disheartening.

- o Dr. C. de Cerreño responded that in areas where there's no change, there is an overall regional benefit. She noted that the regional increases are measured at the county level. These maps specifically show the locations with no change in truck traffic proximity.

- o Damaris Reyes said it would be good to see what that looks like.

- o Eunice Ko agreed with Damaris in the chat.

**Discussion on Potential Mitigations and Investments**

∞ Arif Ullah asked, regarding clean trucks, if the team has any data on the projected number of trucks the mitigation would aim to remove per year.
- o Patrick Smith said that about 600 trucks have been replaced to date.
- o Will Carry said that a contract is already in place. Often the City tends to work with leasing companies which lease trucks to commercial operators. The intent is to replace as many trucks as possible in the early part of the program, but it will ultimately depend on how many companies choose to participate.
- o Dr. C. de Cerreño noted that the Project Sponsors plan to be aggressive in getting out and talking to people right away. This is an example of something that can be discussed promptly once the team knows if there is a favorable finding. The time between approval and implementation will allow the team to start getting things moving to make a change. She also highlighted, based on a question that came up in the previous meeting, that this is a new injection of funding to support this program, although the program is already occurring.
- o Patrick Smith noted that when it comes to the Clean Trucks program, one ton of PM2.5 might be hard to visualize. The project's modeling results for the Bronx showed an increase of 0.17 tons of PM2.5 and 1.4 tons of NOx. One ton of PM2.5 is about 6 times the Project's projected effect, and 25 times the effect for NOx. This is the City-wide number, but a large share is in the Bronx. The target is to have a much more positive effect through the program than only mitigating the project's effects.

∞ Mychal Johnson said that Hunts Point shares with Point Morris the largest significant maritime areas in the City. He noted that Fresh Direct does about 1,000 daily diesel truck trips through the area and asked if the team has looked at major companies to engage in the Clean Trucks program. He stated that a lot of truck traffic on the RFK Bridge is Fresh Direct delivering in diesel trucks to and from Manhattan. He also said all their trucks are refrigerated. He noted that the State and DOT have influence over Fresh Direct with the lease of the land. He'd like attention paid to these major sources, in a way that doesn't provide them with additional subsidies because they already get so many. He asked about broadening the program to this as well. He

FHWA-0000037

also noted the need for charging stations that would be available to support the conversion to electric vehicles. He described this Fresh Direct operation as the biggest elephant in the room, since they operate heavily in the Central Business District with refrigerated and diesel trucks, and they're driving through the Bronx's overburdened areas.

- o Dr. C. de Cerreño stated that Patrick Smith said through chat that the electric truck discount would help support Fresh Direct.
- o Arif Ullah noted that South Bronx Unite has communicated with NYCDOT in the past and asked if there are punitive measures available. He stated that the large companies are big offenders. For example, when Fresh Direct was proposing the facility in the South Bronx they committed to an electric fleet to serve the facility, and that never materialized. What legal measures are there to push these companies to electrify their fleets?
- o Will Carry responded that the City hears the concern about the Fresh Direct operations and acknowledged the ongoing discussions the City has had with South Bronx Unite about it. The City alone is limited in its abilities to use punitive measures to force them to change vehicles. The City has had the most success through these partnership programs working with leasing and trucking companies.
- o Arif Ullah said that the trucks are often double parked. Those rules can be better enforced like they are in other parts of the City. Maybe enforcement of traffic rules in the South Bronx would be a way to address some of the concerns.
- o Will Carry responded that he's hearing a concern about idling. NYCDOT can talk to the NYC Department of Environmental Protection and State entities and see if there are options to address that.

- ∞ Sonal Jessel said, regarding the proposal for installation of air filtration units at schools, that her understanding was that the City and State have already been pursuing plans for ventilation upgrades as related to heating systems. She asked the team to provide more details on what is different about this effort.
  - o Will Carry responded that efforts were undertaken during the pandemic on an emergency basis to improve ventilation in schools. Additionally, a second plan in place is a series of programs around energy efficiency and reducing the carbon impact by replacing fossil fuel-powered heating and hot water systems with green, electric heat pump-based systems. This third plan is not about how heat or hot water is being created but rather on the filtration systems, central HVAC systems that schools use, and providing best-in-class technology to ensure the air that is being brought into the schools is as clean as possible. He offered to circle back to provide further details but said that he believes they run in parallel.
  - o Dr. C. de Cerreño also noted that there are areas in New Jersey where adverse effects have been identified. This is being modeled after a NYC Department of Education (DOE) case but could be used in New Jersey also if needed in those locations.
  - o Mychal Johnson asked via chat if the Project Sponsors have mapped where these schools are located and how many can be targeted. Daniella Castillo agreed with the question.
  - o Patrick Smith acknowledged Mychal's comment in the chat regarding the needs assessment phase. NYCDOT has had preliminary conversations with the entities that would be implementing this, as they did at Lehman High School. Once there is a positive finding, the DOE will do a Needs Assessment Citywide based on the geographies

FHWA-0000038

prioritized and will determine on a case-by-case basis where these improvements can be made. After that the team will circle back to this group with the results. The Sponsors are interested in feedback from this group on locations to prioritize. DOE has only done this at Lehman High School and one or two other schools. The goal is to remove as much PM2.5 and other pollutants from the air as it comes in so that the air being pulled in and circulating throughout the school is clean. It is a different process from the other improvements that have been pursued.

- o Sonal Jessel asked via chat if the EJ TAG members are able to submit recommendations for schools, which the team affirmed.
- o Mychal Johnson asked what the distance targeted from the highways is.
- o Dr. C. de Cerreño responded that the team did some initial testing and wanted to do quick fact check on this.

∞ Arif Ullah asked if all the funding figures are for one round of funding, or will some of the funding be replenished based on need.
- o Dr. C. de Cerreño responded that the figures shown are reflective of the first five years of funding with the program.

∞ Kevin Garcia said that his organization will need to digest this information and share with their membership. He asked if slides are able to be shared similar to previous meetings. He also asked about the data sources, asking why the recently drafted state criteria for disadvantaged communities hasn't been used here. Finally, he asked for clarification regarding the lack of inclusion of Sunset Park in Brooklyn in the listed communities for potential mitigation. He noted that he didn't see that as a location for place-based investment but saw an increase in traffic there and asked why it wasn't listed.
- o Dr. C. de Cerreño responded that with ==layering the locations with the 90th percentile burdens with truck increases, the Sunset Park location does not appear==. Sunset Park would benefit from the regional air quality improvement and conversion of trucks to electric. She also said that regarding the slide sharing, the team will follow up after ensuring everything is in the presentation. Finally, she noted that at the last meeting, the team had shared the slides and asked for feedback about the package and would appreciate the EJ TAG's thoughts on that. She asked that Lou Oliva or Elizabeth Knauer comment regarding the state guidelines.
- o Elizabeth Knauer explained that the team did a comparison of the State's draft list of criteria and communities, with the memo's draft list of communities as defined under the criteria used in the EA. All the communities from the State list are listed in the EA.

∞ Arif Ullah said that with implementation there will be likely be additional patterns that present themselves. He asked about opportunities for sharing experience and offering input for funding allocation to items beyond those listed. He also asked about monitoring commitments related to the efficacy of these programs.
- o Dr. C. de Cerreño detailed the legislative requirements as well as the EA commitment to an EJ Community Group. Through the legislation there is a commitment to an evaluation report one year after implementation and every other year thereafter. The EA expanded this to make the results available online. The EA mitigation commitments still stand except not walking away from any of the earlier mitigation unless public comments suggested it. ==For example, the team heard from taxi and for-hire-vehicle drivers, that they didn't like what we offered so that isn't moving forward. This group asked how==

quickly results would be available, and the team committed to providing it as early as possible in an open data format.

o Dr. C. de Cerreño also noted that the timing of the EJ Community Group has been modified to increase the frequency of meetings to quarterly. The first meeting would be before implementation, and the intention would be to look at the results of the final modeling and discussing its application. She also noted that they will be establishing a Small Business Community Group, which will be part of the final documentation.

∞ Mychal Johnson said that a key is to mitigate congestion from certain vehicle types. Even mitigating congestion of some vehicle types will have impacts on the flow of other areas. He said that the collaboration of agencies on the call could be helpful in thinking about the next steps for broader mitigation which could go beyond the mitigations listed here. He asked if the team has considered working with the NYS Department of Environmental Conservation, the permitting agency for trucking issues, relative to the potential enhancement of green spaces in EJ communities through their Open Space Committee. He suggested that $15M for insulation of roadside vegetation is a little sparse and not helpful enough. He said that there is not enough investment in the natural environment to offset the built environment. Sonal Jessel agreed with Mychal via the chat.

o Dr. C. de Cerreño, in response, asked for their guidance on what the increase should be. That would be helpful.

o Mychal responded that he will get back to the team with this information.

∞ Daniella Castillo said she agreed with many comments. She asked for clarification on the timeline for opportunities for community input on mitigation items such as air filtration units for schools and looking at vegetation and green space renovation. She asked for this to be added to the presentation when it is distributed.

o Dr. C. de Cerreño responded that in transparency, since it is not certain whether the CBDTP Program will be approved, they can share what would happen if it moves forward as currently conceived. The team knows that if the Program were to get approved it would depend on the mitigation item, but for example with the clean trucks/ reefer truck replacement program, the sponsors would be out right away starting conversations.

**Next Steps**

Dr. C. de Cerreño thanked EJ TAG members for their participation in the meeting. She invited participants to provide additional comments in writing, especially regarding revised amounts for some of the mitigation measures.

Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement

# MEETING SUMMARY – CBD TOLLING PROGRAM

| | |
|---|---|
| **DATE PREPARED** | 8/25/22 |
| **PREPARED BY** | Hannah Brockhaus |
| **MEETING SUBJECT** | **CBDTP Environmental Justice Technical Advisory Group Meeting** |
| **MEETING LOGISTICS** | August 22, 2022, 1:00 pm – 2:40 pm<br>Zoom |
| **MEETING RECORD** | Hannah Brockhaus, Zainab Kazmi |

**Attendees**

No. of Attendees: 57

| Program Sponsor Attendees and Agencies | |
|---|---|
| **Name** | **Affiliation/Organization/Location** |
| Dr. Allison C. de Cerreño | MTA |
| Dr. Rosalyn Green | MTA |
| Nolan Levenson | MTA |
| Louis Oliva | MTA |
| David Sang | MTA |
| Michael Wojnar | MTA |
| Nichola Angel | MTA - TBTA |
| Joyce Brown | MTA - TBTA |
| Leah Flax | MTA – TBTA |
| Paul Friman | MTA – TBTA |
| Lee Ellen Carter | Federal Highway Administration (FHWA) |
| Angela Fogle | FHWA |
| Kaylie Kramer | FHWA |
| Monica Pavlik | FHWA |
| Rick Marquis | FHWA |
| Sharon Vaughn-Fair | FHWA |
| Avraham Metal | NYCDOT |
| Patrick Smith | NYCDOT |

FHWA-0000041

| William Ullom | NYCDOT |
| Catherine Leslie | NYSDOT |
| Daniel Nierenberg | NYSDOT |
| Arielle Benjamin | US Environmental Protection Agency (EPA) Region 2 |
| Lisa Garcia | EPA Region 2 |
| Towana Joseph | EPA Region 2 |
| David Kluesner | EPA Region 2 |
| David Magdangal | EPA Region 2 |
| Kimberly McEathron | EPA Region 2 |
| Nicole Medina | EPA Region 2 |
| Ameesha Mehta-Sampath | EPA Region 2 |
| Anne Rosenblatt | EPA Region 2 |
| Donald Burns | Federal Transit Administration (FTA) Region 2 |
| Elizabeth Knauer | SPR |
| Chris Calvert | AKRF |
| Hannah Brockhaus | FHI Studio |
| Zainab Kazmi | FHI Studio |
| Michael Lewis | HDR |
| Peter Liebowitz | WSP |
| Alice Lovegrove | WSP |
| Arthur Morrone | WSP |
| Matt Stratton | WSP |
| Katie Shepard | WSP |
| Edward Tadross | WSP |
| Victor Teglasi | WSP |
| Christine Tiernan | WSP |
| **EJSWG Attendees** | |
| **Name** | **Affiliation/Organization/Location** |
| Maritza Silva-Farrell | Align |
| Annetta Seecharran | Chhaya |
| Dani Castillo | El Puente |

 Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement

FHWA-0000042

| Damaris Reyes | Good Old Lower East Side (GOLES) |
|---|---|
| Ken Cohen | NAACP – Metropolitan Council Region, NY |
| Eddie Bautista | NYC Environmental Justice Alliance |
| Kevin Garcia | NYC Environmental Justice Alliance |
| Arif Ullah | South Bronx Unite |
| Elizabeth Yeampierre | UPRISE |
| Sonal Jessel | WE ACT for Environmental Justice |
| Sherry Hill | Nean Tech World |
| Tyeisha Jackson | Nean Tech World |

**Meeting Agenda**

1. Introductions

2. Presentation and Discussion

3. Next Steps

**Summary of Session**

Dr. C. de Cerreño opened the meeting with introductions by the Project team and the members of the Environmental Justice Technical Advisory Group (EJTAG) in attendance.  Dr. C. de Cerreño thanked the EJTAG for their participation and comments in the previous round of meetings conducted last year. Dr. C. de Cerreño stated that the presentation is a comprehensive review of the findings of the Environmental Assessment (EA) and is a draft of what will be presented at the upcoming public hearings.

Dr. C. de Cerreño began the presentation and encouraged the EJTAG to provide feedback but stressed the importance of submitting comments formally in addition to the discussion at this meeting.

Below is a summary of the questions and comments heard during the meeting.

∞  Arif Ullah thanked the CBDTP team for the addition of Scenario G. He asked if it is being seriously considered, and not just in the EA to placate the community. He asked about the revenue that would be generated from that scenario.

∞  Dr. C. de Cerreño responded that all scenarios in the EA are being taken seriously. The toll rates for all scenarios were calibrated for a consistent revenue target. This scenario does not have certain caps and exemptions built in, so when the TMRB is making recommendations, they may want additional features included in a version of this scenario. There has been a process established with FHWA to deal with that.

∞  Eddie Bautista asked if mitigation measures were considered other than improvements to traffic signals. For example, developers when anticipating emissions increases will assess how much of an increase there will be, and then find other polluting sources in the community to try to reduce

FHWA-0000043

*CBD Tolling Program Environmental Review*

by the amount that's being emitted through the project or beyond that level. Signal improvements don't come across as transparent increases because they are not tangible.

∞   Dr. C. de Cerreño responded that there are some mitigation measures later in the presentation. She asked if there was anything particular to intersections that he'd like to see.

∞   Eddie Bautista responded that he was looking at effects more broadly and didn't have anything particular in mind.

∞   Dr. C. de Cerreño said she's hoping some of the ideas that are later in the presentation will be familiar and can talk more about mitigation then.

∞   Eddie Bautista stated that prioritizing the electrification of bus depots in the Bronx is a good enhancement, but as these were benefits already expected from the CBDTP it feels like MTA is trying to take credit for something that is already coming. He strongly encouraged MTA to consider more signal changes and things that could be done down the road to mitigate any increases in truck traffic in the Bronx.

Mr. Bautista said that with the rollout of these findings, even those who were arguably proponents of CBDTP are forced into a position against the program. It would be a show of good faith for the MTA to examine some of the pollution sources near those intersections where there are increases and commit to reducing real emissions.

He provided an example where years ago a power plant operator wanted to increase activity in EJ areas while the commitment by the State of New York is that no EJ community in NY would see an increase in pollution. Therefore, if the power plant operator wanted to increase emissions, they would have to look at local emissions generators and pay for the replacement of, for example, a boiler in a local school that was contributing to local emissions. These sources are light lifts that the MTA can say they're going to mitigate to facilitate a net decrease in emissions instead of no net increase.

∞   Dr. C. de Cerreño said she wanted to be clear that 1 of the 4 intersections studied where intersection delay would increase was in an EJ area at 112th Street. The other 3 are not in EJ areas. For air quality, emissions levels did not increase and the threshold for interventions was not tripped. Dr. C. de Cerreño added that it was understood from the last EJTAG meeting that whether the threshold for emissions is tripped for intervention or not, the MTA should improve general air quality conditions in EJ communities. The MTA is committed to both enhancements and mitigations.

∞   Arif Ullah stated that another plan to monitor air pollution across the state in EJ communities has been announced. He added that we know air quality is bad in our communities and are in the process of collecting more data for mitigation and initiatives that are happening in communities like ours. Mr. Ullah asked about different ideas being considered, such as creating a green buffer along the Major Deegan Expressway, which could happen along the Cross Bronx as well. He asked MTA to consider mitigation measures that NYCDOT and NYSDOT can help support. Many polluting facilities are on NYSDOT-leased land in the Bronx which benefits a lot of private companies. He provided the example that one of the recently vacated facilities is being considered for a last-mile

FHWA-0000044

warehouse and asked what the State and the City can do to mitigate pollution in other ways for communities that will receive diversions.

∞ Maritza Silva-Farrell asked if there had been a specific assessment for large trucks regarding how they will be impacting the areas where there is an expansion in warehouses, especially in EJ neighborhoods. She asked if an analysis of the growth of those facilities in relation to congestion pricing had been conducted.

∞ Dr. C. de Cerreño responded that this question was addressed in a previous EJTAG meeting. If she recalls correctly the specific local areas where warehousing might be built up further were reviewed, in relation to broader traffic changes, and overall increases and decreases were expected.

∞ Matt Stratton said the team will review the EA and follow up.

∞ *The following provides additional information in response:*

▪ Chapter 6, pages 6-39 and 40) discusses how tolling affects movement of goods in the region. It does not specifically discuss new distribution center or warehouse locations, or impacts from specific tolling scenarios on those locations since the CBD Tolling Program would not materially alter those locations

∞ Eddie Bautista thanked the team for the response to the earlier question. He asked if there is a scenario where the MTA would be willing to go beyond what is listed as mitigation measures outlined in the EA.

∞ Dr. C. de Cerreño responded that the team is demonstrating that they are willing to go above and beyond mitigation by way of the enhancements in the EA which are beyond what is required. She asked that any ideas for enhancements be submitted as formal comments.

∞ Kevin Garcia thanked the team for the presentation. He asked if there was any in-depth analysis regarding travel from the Lower East Side to Williamsburg or other parts of Brooklyn and what the impact would be to families who travel in between.

∞ Chris Calvert responded that the modeling looks at non-work or discretionary trips and behavioral changes which demonstrated some reduction in discretionary non-work trips. The information can be found in Chapter 4A and additional discussion in 5A.

∞ Sonal Jessel said that tax credits for low-income drivers are tricky because people have to pay up-front and wait for a refund via their tax return. This is often a barrier for people who don't have the cash at hand, and for undocumented people driving in and out of the tolling area. She noted that the organization will be submitting comments formally, but it would be helpful to understand the agency's thinking to inform the comments.

∞ Dr. C. de Cerreño requested the comments be submitted formally. She said that removing the $10 E-ZPass deposit was important because it is a barrier for those without credit cards and is applicable for documented or undocumented individuals. There is also a pay-per-trip payment plan whereas most E-ZPass tags are pre-paid via an account. There is also the option to use a checking account rather than a credit account since the agency has found that many low-income individuals are underbanked, rather than unbanked. MTA also has a number of reduced-fare transit trips that not everyone is aware they are

FHWA-0000045

eligible for. These would apply to all residents, not just those residing in the Manhattan CBD. Marketing efforts will target eligible residents to bring awareness to these provisions.

∞ Arif Ullah noted that, looking at the average daily trips and average daily truck trips across the different tolling scenarios, he sees a potential adverse air quality effect from the truck traffic, but that isn't listed as having adverse air quality effects. He asked for elaboration on that. He also asked if there is any analysis of the effects of the traffic created by these additional idling trucks on the road.

∞ Dr. C. de Cerreño responded that Chapters 4A and 4B discuss the traffic effects. She noted that the tables referenced reflect net daily trips, but one thing showed at a previous meeting is that these are increases across all times of day, so in Scenario G there could be a decrease in morning and midday trips but increases overnight when there is capacity.

∞ Arif Ullah noted that in an analysis his organization has done in partnership with Columbia University, congestion and truck traffic increase is most notable overnight due to effects of the Fresh Direct warehouse in the South Bronx. He noted the importance of this finding as scenarios with higher numbers will contribute to a bit more than the trucks themselves. He stated that the findings must be contextualized in relation to other vehicles on the road in our communities.

∞ Alice Lovegrove said that Section 10.3.2.3 of the EA shows the analysis of the links in the Bronx, which is supplemented in the technical appendix on page 62.  A hot spot analysis was conducted where the team took all the existing and worst-case scenario traffic (the over 700 trucks in Scenario B) and looked at receptors 15 to 20 feet from the roadway and these were below the standard. The increases found were under the National Ambient Air Quality Standards.

∞ Dr. C. de Cerreño added that this is why there are ==additional enhancements proposed even though the analysis didn't cross the thresholds. These enhancements include additional air quality monitor points and prioritizing electrification of the two bus depots serving the Bronx.== She also noted that Chapter 4A is where the traffic analysis including vehicle miles traveled (VMT) for all vehicles as well as trucks is described, and Chapter 10 is the Air Quality chapter.  There is also an appendix for those chapters, and in Chapter 17 there is a map so you can see what happens across scenarios.

∞ Sonal Jessel said that regarding the advertisement, she has seen the ads for the public comment period. She said that the terminology used, referring to the Project as the Central Business District Tolling Program or CBDTP, for the average person is not clearly talking about the congestion pricing program. She suggested that the team talk about the congestion pricing program, which is the terminology that the media is using, whereas the Program name is a little bit more technical.

∞ Dr. C. de Cerreño thanked her for the suggestion.

FHWA-0000046

# MEETING SUMMARY – CBD TOLLING PROGRAM

| | |
|---|---|
| **DATE PREPARED** | 10/10/22 |
| **PREPARED BY** | Zainab Kazmi |
| **MEETING SUBJECT** | **CBDTP Environmental Justice Technical Advisory Group Meeting** |
| **MEETING LOGISTICS** | October 7, 2022, 3:30 pm – 5:00 pm<br>Zoom |
| **MEETING RECORD** | Hannah Brockhaus, Zainab Kazmi |

**Attendees**

<u>No. of Attendees</u>: 51

| Program Sponsor Attendees and Agencies | |
|---|---|
| **Name** | **Affiliation/Organization/Location** |
| Dr. Allison C. de Cerreño | MTA |
| Romolo DeSantis | MTA |
| Dr. Rosalyn Green | MTA |
| Louis Oliva | MTA |
| Sarah Wyss | MTA |
| Michael Wojnar | MTA |
| Nichola Angel | MTA - TBTA |
| Joyce Brown | MTA - TBTA |
| Leah Flax | MTA – TBTA |
| Paul Friman | MTA – TBTA |
| Zulema Robinson | MTA – TBTA |
| Lee Ellen Carter | Federal Highway Administration (FHWA) |
| Megan Cogburn | FHWA |
| Chris Dresser | FHWA |
| Kaylie Kramer | FHWA |
| Monica Pavlik | FHWA |
| Rick Marquis | FHWA |
| Sharon Vaughn-Fair | FHWA |

FHWA-0000047

| Will Carry | NYCDOT |
|---|---|
| Avraham Metal | NYCDOT |
| Patrick Smith | NYCDOT |
| William Ullom | NYCDOT |
| Catherine Leslie | NYSDOT |
| Daniel Nierenberg | NYSDOT |
| Arielle Benjamin | US Environmental Protection Agency (EPA) Region 2 |
| Stan Buzzelle | EPA Region 2 |
| Lauren Fisher | EPA Region 2 |
| Lisa Garcia | EPA Region 2 |
| Olivia Glenn | EPA Region 2 |
| Kimberly McEathron | EPA Region 2 |
| Ameesha Mehta-Sampath | EPA Region 2 |
| Anna Schaffer | EPA Region 2 |
| Chris Calvert | AKRF |
| Hannah Brockhaus | FHI Studio |
| Zainab Kazmi | FHI Studio |
| Michael Lewis | HDR |
| Matt Stratton | WSP |
| Edward Tadross | WSP |
| Victor Teglasi | WSP |
| Christine Tiernan | WSP |
| Mark Chertok | Sive Paget Riesel (SPR) |
| Elizabeth Knauer | SPR |
| **EJSWG Attendees** | |
| **Name** | **Affiliation/Organization/Location** |
| Maritza Silva-Farrell | ALIGN |
| Dani Castillo | El Puente |
| Ken Cohen | NAACP – Metropolitan Council Region, NY |
| Eddie Bautista | NYC Environmental Justice Alliance |
| Kevin Garcia | NYC Environmental Justice Alliance |

FHWA-0000048

| Arif Ullah | South Bronx Unite |
| Briana Carbajal | WE ACT for Environmental Justice |
| Annie Carforo | WE ACT for Environmental Justice |
| Sonal Jessel | WE ACT for Environmental Justice |
| Lonnie Portis | WE ACT for Environmental Justice |
| Caleb Smith | WE ACT for Environmental Justice |

**Meeting Agenda**

1. Introductions
2. Status of the environmental review process
3. Discussion of suggested mitigation and enhancement measures
4. Prioritize potential mitigations and suggested enhancement measures
5. Next steps

**Summary of Session**

Dr. C. de Cerreño opened the meeting with introductions by the Project team and the members of the Environmental Justice Technical Advisory Group (EJ TAG) in attendance.  Dr. C. de Cerreño thanked the EJ TAG for their participation and comments, which were reviewed by the Project Sponsors. The comments included concerns voiced by EJ TAG members and others regarding potential Project impacts on areas and people already overburdened, including but not limited to air quality and associated health effects, traffic, noise, and new costs and associated economic effects.

Dr. C. de Cerreño explained that the mitigation and enhancement measures suggested by EJ TAG members were organized into five categories: 1) emissions initiatives; 2) health and community programs; 3) street and traffic improvements; 4) toll and fare policy; and 5) transit improvements. The measures would be evaluated based on: the ability to directly or indirectly address effects; consistency with Project purpose, need, and objectives; their potential for exacerbating effects the project is seeking to avoid or mitigate; jurisdictional authority to implement; and the scale, time, and cost required to implement each measure.

Dr. C. de Cerreño began the discussion of suggested mitigation and enhancement measures by reviewing all suggested measures across the five categories and then returning to each category to prioritize suggestions and discuss further. Comments and discussion on the suggested measures follow below, organized by category.

**Suggestions for Emissions Initiatives**

Greening

FHWA-0000049

- Arif Ullah suggested adding "create more green space" as there is a lack of green space in the South Bronx. He suggested that green spaces should be distinguished from parks as the South Bronx community does not want asphalt-covered parks that end up being heat traps.

Major Studies/Upgrades

- Arif Ullah commented that a timeline for any major studies and upgrades would be helpful when discussing these initiatives. For example, for the retirement of power plants, dates as far out as 2035 have been discussed, and South Bronx Unite wants something more immediate for the community.
- Eddie Bautista added that many of these suggestions were provided by the NYC Environmental Justice Alliance (NYC-EJA) and were suggested without a timeline as NYC-EJA could not contact many of their members due to the timing of the public comment period. In the absence of forming a consensus with members directly, NYC-EJA reviewed reports and materials published by members related to suggestions for reducing emissions. Mr. Bautista added that NYC-EJA is conducting an independent air quality assessment. He highlighted the longstanding position that the entirety of the Bronx is a disadvantaged community (as defined by air quality metrics) and NYC-EJA suggestions included a number of different recommendations for improving air quality in the Bronx. Mr. Bautista acknowledged that some of these suggestions are beyond the jurisdiction of the MTA but stressed that other agencies should collaborate to implement measures. Mr. Bautista emphasized that community members will not focus on the intricacies and limitations of the environmental review process but on what can be done for their community. He added that initiatives should not be limited by jurisdiction as the Hochul administration can address additional recommendations such as the NYPA 'Peaker' power plants and make additional commitments.
  - Will Carry asked if NYC-EJA members had identified any priority emission sources that require the most intervention, such as, for example, trucks or powerplants.
  - Eddie Bautista suspected that members likely do not have a priority and just want to see emissions reduced overall, but said that he would report back after asking members. He stated that reducing particulate matter (PM2.5) and greenhouse gases is important, as well as traffic due to related safety issues.
  - Arif Ullah agreed that reducing traffic is a priority due to the prevalence of trucks going back and forth from last-mile warehouses, which is why congestion pricing is an important issue for South Bronx Unite and has their support. Mr. Ullah cited a recently published study from Belgium which found that air pollution was found in the lungs and livers of unborn babies. He agreed that there is no hierarchical order of interventions, the only desire is for cleaner air, and trucks and PM2.5 are the worst offenders.
- Briana Carbajal said that recommendations from WE ACT for Environmental Justice (WE ACT) for bioswales and permeable pavers should be included in the list of emissions reducing suggestions.
  - Dr. C. de Cerreño stated that this suggestion was included under street and traffic improvements.

Other Possibilities

- Will Carry explained that the NYC Clean Trucks Program is a program originally launched in the Bronx that offers shippers a subsidy for buying cleaner vehicles and/or electric trucks in

exchange for removing pre-2010 vehicles from their fleet. The program has since been expanded to apply to all industrial business districts in NYC. The program is an effective way to get some of the dirty trucks out of these neighborhoods that are close to warehouses and the Hunts Point Produce Market.

- Will Carry provided more detail on the suggestion to engage the EJ TAG in the identification of potential locations for new air monitoring sites. He explained that this would be part of the community air survey conducted by the NYC Department of Health, which places sensors close to the ground. Part of the mitigation program under development is to leverage that network to add additional sensors into areas experiencing high emissions. NYCDOT and MTA are interested in working with EJ TAG members to determine locations for additional sensors.

  - Eddie Bautista noted that in addition to NYC-EJA running community monitoring programs, they also conduct 'Camp EJ' which includes air and heat testing, which was done this past summer in multiple member neighborhoods. He explained that this testing is done every other summer and the New York State Department of Environmental Conservation (NYSDEC) is mandated to do hyperlocal air testing with commitments to possibly mitigate hot spots. Mr. Bautista said that this year, 10 communities were identified for the hyperlocal testing regimen and the Bronx was one of the first communities selected. NYSDEC will take the data and NYC-EJA air testing results and work with stakeholders to identify mitigation strategies. Mr. Bautista stressed that it would be a missed opportunity to not collaborate with NYSDEC and grassroots air testing groups for this suggestion.

  - Will Carry shared links for the NYC Clean Trucks Program and the community air survey via the Zoom chat function.

  - Arif Ullah requested via the Zoom chat function that air quality monitoring data be shared with communities.

**Suggestions for Health and Community Programs**

Other Possibilities

- Kevin Garcia asked if the Environmental Justice Community Group would include the EJ TAG and if it would be open to other groups who weren't able to participate as part of the EJ TAG.

  - Dr. C. de Cerreño asked the group for their thoughts on the makeup of the Environmental Justice Community Group.

  - Eddie Bautista said he would confirm with his colleagues and NYC-EJA members but suggested that the highest priority in selecting the group is transparency and ensuring that the group advising on environmental justice matters is represented by low-income people and people of color.

  - Dr. C. de Cerreño acknowledged based on the conversation that there is no opposition to expanding the group but cognizance of who is included is important.

5

**Suggestions for Street and Traffic Improvements**

Design Changes

- Briana Carbajal suggested including covered bus stops.

    o Dr. C. de Cerreño clarified if covered bus stops were the same as sheltered bus stops and WE ACT confirmed that they were. She noted that this suggestion was categorized in the transit suggestions.

- Maritza Silva-Farrell requested to include traffic calming measures in heavy traffic areas to address pedestrian safety.

**Suggestions for Toll and Fare Policy**

Other Possibilities – Free overnight for trucks

- Briana Carbajal expressed concern about noise pollution impacts and suggested strong enforcement of sound barriers, such as trees and bushes on streets and highways that may experience an increase in traffic.

General Comments

- Kevin Garcia asked if additional modeling would be necessary to determine impacts from other potential scenarios. He asked that any modeling be shared with the EJ TAG.

    o Dr. C. de Cerreño said that additional modeling may not be necessary in some cases, based on elements that were analyzed as part of the seven modeled scenarios in the Environmental Assessment (EA). At the next EJTAG meeting, the Project Sponsors will present a mitigation package that will analyze and walk through the suggestions and their impacts. When the Traffic Mobility Review Board (TMRB) selects a final tolling structure, that will be modeled when it goes to MTA Board for approval.

- Arif Ullah asked if all scenarios for detouring and diversions in the South Bronx had been explored. He noted that all scenarios currently show an increase in truck traffic and wondered if all options had been exhausted for deterring truck diversions.

    o Dr. C. de Cerreño explained that the aim of the scenario eliminating tolls on trucks during overnight periods is to make it more tolerable for trucks to continue their original route instead of diverting through the Bronx. She noted that all options are on the table, including making the overnight route through the Manhattan CBD cheaper than it is today.

FHWA-0000052

**Suggestions for Transit Improvements**

<u>General Comments</u>

- Eddie Bautista asked if the point of the meeting is to read suggestions put forward by the EJ TAG back to us and ask if they resonate.
    - Dr. C. de Cerreño said that the ==first step is to review all the suggestions and then return to discuss the priorities and possible next steps.==
    - Eddie Bautista expressed concern that there was not much time left in the meeting for the important part of the discussion.

**Discussion of Resonant Ideas for Potential Mitigations and Enhancement Measures**

- Eddie Bautista suggested that it would be inappropriate for NYC-EJA to comment on which suggestions resonate because the organization is representing members and cannot comment on their behalf. Mr. Bautista said that NYC-EJA will take this information to their members and return any feedback.

- Sonal Jessel stated that some of the ==suggestions put forward by WE ACT were mitigation strategies that could be implemented before congestion pricing begins, and others were suggestions for what could be done with congestion pricing revenue as part of longer term projects.== Ms. Jessel asked for clarity on what would be possible to implement before congestion pricing begins.
    - Dr. C. de Cerreño explained that the EA presented mitigation and enhancement strategies. The strategies that were presented in the EA will be refined further. Each one has a different implementation timeline depending on whether it can be immediately implemented or if it must be monitored first, and the ==Project Sponsors are working to identify thresholds that would trigger mitigation efforts. A suggestion such as "engage EJ TAG in identification of potential locations of new air monitoring sites" will be implementable prior to congestion pricing.==

- Dani Castillo (El Puente) asked for a holistic and intersectional approach to identifying mitigation. She noted the importance of green infrastructure for Williamsburg and Bushwick, Brooklyn. She agreed with Eddie Bautista's comments on acknowledging and moving beyond jurisdictional boundaries. Ms Castillo added that greening and care can be used for community control and maintenance, housing, and ownership, while being careful to account for gentrification. Ms. Castillo noted the importance of seeking opportunities or enable or empower community initiatives for replacing 'Peaker' plants and renewable energy.

- Arif Ullah said that these suggestions are things that the community has been needing, wanting, and demanding for years now, not tied exclusively to this Program's truck traffic. ==He recommended prioritizing initiatives that reduce the most PM2.5 from the area as the most urgent.==

FHWA-0000053

- o Dr. C. de Cerreño said that the initiatives which reduce the most PM2.5 se are probably categorized under emissions initiatives. She noted that MTA understands the problem, and ==part of the evaluation of these options is also being mindful of not increasing the Program toll costs, as analysis showed the higher the toll, the higher the diversion through these areas.==

- Dr. C. de Cerreño asked how the NYC Clean Trucks Program should be prioritized and if any EJ TAG members had reactions or thoughts on it as it was not originally on the list.

  - o Arif Ullah noted that South Bronx Unite would be interested in exploring this as a community with a heavy truck traffic burden.

  - o Ken Cohen agreed that this is an initiative that NAACP would be interested in.

  - o Sonal Jessel said that WE ACT agrees but not in place of other suggestions they put forward. WE ACT would also like to hear more details on each initiative as the Project Sponsors dive deeper into their analysis.

  - o Kevin Garcia stated that NYC-EJA ==suggested increasing the reach of the NY Truck Voucher Incentive Program (NYTVIP) in industrial zones,== particularly in the Bronx. Mr. Garcia asked if the NYC Clean Trucks Program worked in concert with the state-run NYTVIP.

    - ▪ Will Carry explained that the NYCDOT NYC Clean Trucks Program and the New York State Energy Research and Development Authority (NYSERDA) NYTVIP are parallel efforts and that ==suggestion is something that can be discussed with MTA and state counterparts as the NYCDOT program could have a larger impact. The requirements to receive the subsidy include installing a GPS in the vehicle allowing the program to target incentives to trucks that do most of their driving in the South Bronx.== Data shows that most trucks do about 70% of their driving in the tri-state area, with a large percentage in the South Bronx. This approach also provides the opportunity to see where the benefit is being distributed and scale incentives accordingly. Dr. C. de Cerreño added that requirements would remain the same if the program was expanded.

  - o Maritza Silva-Farrell asked how private companies such as Amazon and ongoing private warehouse expansions would be impacted by NYC Clean Trucks Program. She noted that they do not need the subsidy and asked if any regulations would impact them.

    - ▪ Will Carry noted that another private company with a large fleet doing business in the South Bronx is FreshDirect. Mr. Carry explained that the NYS truck replacement program has largely focused on smaller and medium-sized fleets which are often companies with fewer financial resources to be able to upgrade their truck fleets. Manhattan Beer replaced six trucks for electric vehicles and has a facility in Hunts Point. ==Mr. Carry acknowledged the feedback to keep the program limited and not benefit large companies like FedEx, Amazon, and UPS that have the resources to transition their fleets. Regulations in some European countries have required transition to cleaner trucks and those companies are adopting smaller cleaner box trucks when they are mandated to do so.==

FHWA-0000054

- Sonal Jessel stated that there are a lot of suggestions presented today and WE ACT does not feel comfortable ranking them but pulling PM2.5 out of the air is important. She added that planting hedges and trees along major polluting highways and roads has a huge impact on air quality and noise pollution and is easy to implement but noted that this is not more important than other suggestions. She explained that the suggestion to make public buses free was a suggestion that came directly from WE ACT members, so it is important to weigh and consider all of the suggestions. She also noted that regarding emissions reductions, roadside improvements are an important and accessible change that would have a large impact.

- Kevin Garcia noted that he didn't see any policies or programs that the state could adopt. For example, a suggestion for the Indirect Source Rule, which would attribute emissions from trucks to their associated facilities, as a policy that the state can implement and is missing from this list.

  - Dr. C. de Cerreño said that they may not have gotten to it in the review yet and said MTA will go back and review the suggestions to see if anything was missed. Dr. C. de Cerreño confirmed that all other suggestions from submitted comments were represented in the presentation.

- Patrick Smith added clarity to the NYCDOT Off-Hour Deliveries Program (OHD), explaining that it is used to engage with shippers and receivers to change some portion of their deliveries to off-hours. This results in fewer emissions because trucks can move faster, and shippers can have more dependable shipping schedules. This also reduces truck traffic during busy pedestrian times with fewer chances for pedestrian conflicts with trucks. For receivers, delivery costs could be lowered but additional staff is often required to receive off-hour deliveries, though incentives are provided to offset this cost. Mr. Smith added that it can be beneficial for reducing congestion and can be combined with free or discounted overnight for trucks. It can also reduce additional costs associated with congestion pricing to small businesses in the CBD and from an environmental justice perspective. The program can be expanded into areas in the Bronx, Staten Island, Yankee Stadium, Fordham, and other areas that see a lot of delivery activity. Noise effects will be continually monitored to ensure there is not another negative externality being created with the OHD program.

  - Dr. C. de Cerreño clarified that the question is whether this should be considered in addition to other suggestions, not in the absence of others.

- Eddie Bautista asked if one or more of the possibilities in the suggestions for toll and fare policy could exacerbate emissions.

  - Dr. C. de Cerreño explained that the discount for electric vehicles and trucks could incentivize clean trucks to move through and increase congestion in the CBD, thereby diverting non-electric vehicles into areas like the South Bronx and increasing emissions.

  - Patrick Smith added that this may become less of a concern in the future as more private vehicles phase into electric vehicles. There is also potential to cap this sort of incentive to a percentage of all vehicles which are electric.

**Next Steps**

9

- Kevin Garcia asked if the slides presented at this meeting would be shared with EJ TAG members in order to solicit feedback from members.
  - Dr. C. de Cerreño said that she would confirm offline as it might be shared in a different format and with some modifications based on comments heard today from the EJ TAG.

- Eddie Bautista urged the Project Sponsors to be creative in collaborating on interventions and remember that the people in the South Bronx will not care about the intricacies of jurisdictional capacity. He welcomed any interventions possible by the MTA but said that the rest of the administration needs to come in and help.

- Dr. C. de Cerreño thanked the EJ TAG members for their participation and comments on the suggestions and reminded them that the EJ TAG will be reconvening in November to continue the discussion on these suggestions.

FHWA-0000056

# MEETING SUMMARY – CBD TOLLING PROGRAM

| | |
|---|---|
| **DATE PREPARED** | 1/10/23 |
| **PREPARED BY** | Zainab Kazmi |
| **MEETING SUBJECT** | **CBDTP Environmental Justice Technical Advisory Group Meeting** |
| **MEETING LOGISTICS** | January 5, 2022, 2:00 pm – 3:30 pm<br>Zoom |
| **MEETING RECORD** | Hannah Brockhaus, Zainab Kazmi |

**Attendees**

<u>No. of Attendees</u>: 52

| Program Sponsor Attendees and Agencies | |
|---|---|
| **Name** | **Affiliation/Organization/Location** |
| Dr. Allison C. de Cerreño | MTA |
| Stephen Crimm | MTA |
| Romolo DeSantis | MTA |
| Dr. Rosalyn Green | MTA |
| Louis Oliva | MTA |
| Tanisa Phillips | MTA |
| Michael Wojnar | MTA |
| Nichola Angel | MTA - TBTA |
| Chris Blucher | MTA – TBTA |
| Leah Flax | MTA – TBTA |
| Paul Friman | MTA – TBTA |
| Sergio Reis | MTA – TBTA |
| Zulema Robinson | MTA – TBTA |
| Megan Cogburn | Federal Highway Administration (FHWA) |
| Chris Dresser | FHWA |
| Angela Fogle | FHWA |
| James Gavin | FHWA |
| Monica Pavlik | FHWA |

FHWA-0000057

| Anna Price | FHWA |
|---|---|
| Sharon Vaughn-Fair | FHWA |
| Will Carry | NYCDOT |
| Avraham Metal | NYCDOT |
| Patrick Smith | NYCDOT |
| William Ullom | NYCDOT |
| Catherine Leslie | NYSDOT |
| Daniel Nierenberg | NYSDOT |
| Donald Burns | Federal Transit Administration (FTA) |
| Arielle Benjamin | US Environmental Protection Agency (EPA) Region 2 |
| Samantha Nyer | EPA |
| Philip Parker | EPA |
| Julie Cowing | AKRF |
| Hannah Brockhaus | FHI Studio |
| Zainab Kazmi | FHI Studio |
| Michael Lewis | HDR |
| Guinevere Ngau | HDR |
| Alice Lovegrove | WSP |
| Edward Tadross | WSP |
| Victor Teglasi | WSP |
| Christine Tiernan | WSP |
| Elizabeth Knauer | Sive Paget Riesel (SPR) |
| **EJSWG Attendees** | |
| **Name** | **Affiliation/Organization/Location** |
| Maritza Silva-Farrell | ALIGN |
| Annetta Seecharran | Chhaya |
| Sharon Lewis | CT Coalition |
| Dani Castillo | El Puente Green Light District |
| Damaris Reyes | GOLES |
| Ken Cohen | NAACP – Metropolitan Council Region, NY |
| Eddie Bautista | NYC Environmental Justice Alliance |

FHWA-0000058

| Kevin Garcia | NYC Environmental Justice Alliance |
|---|---|
| Eugene Ko | NYC Environmental Justice Alliance |
| Christina Jones | South Bronx Unite |
| Arif Ullah | South Bronx Unite |
| Sonal Jessel | WE ACT for Environmental Justice |

**Meeting Agenda**

1. Introductions
2. Status of the Environmental Review Process
3. Summary of Potential EJ Effects and Mitigations/Investments
4. Purpose of Technical Memorandum
5. Discussion
6. Next Steps

**Summary of Session**

Dr. C. de Cerreño opened the meeting with introductions by the Project team and the members of the Environmental Justice Technical Advisory Group (EJ TAG) in attendance and thanked members for their continued participation in the planning process. Dr. C. de Cerreño noted that today's session would continue the discussion of potential mitigation and investment from the previous meeting and provide updates on work the Project team has been doing in the interim to incorporate EJ TAG suggestions and feedback.

Dr. C. de Cerreño highlighted the three broad categories of effects for which mitigation is being proposed: the potential effects on Environmental Justice (EJ) communities; the effects on Taxi and FHV drivers; and the effects on the approximately 16,000 low-income commuting drivers to the CBD. Dr. C. de Cerreño also noted that a new Technical Memorandum has been developed related to traffic increases in EJ communities. The Memorandum answers commonly asked questions and provides key information about impacts and externalities related to such traffic increases.

Dr. C. de Cerreño noted that the Project team is still committed to the establishment of an EJ Community group, with a first meeting proposed to be held before the implementation of the CBDTP. It is now proposed to meet more frequently than the EJ TAG. These meetings would occur with the continued involvement of the Project Sponsors.

FHWA-0000059

**Discussion on Potential EJ Effects and Mitigations/Investments**

Dr. C. de Cerreño invited EJ TAG members to provide their thoughts on the potential mitigations and investments as they were shared with the group. A summary of the comments and discussion follows below.

- Eddie Bautista thanked the Project team for providing an overview and said he was happy to see the extension of mitigation proposals for the Bronx. Mr. Bautista asked when the decision will be made on how to target investments and how the Project team will determine which specific EJ communities to target for those investments. Mr. Bautista noted that NY State has established a Climate Justice Working Group that has published criteria for determining disadvantaged communities. He added that this could be a useful tool to guide mitigations, investments, and program commitments for EJ communities.

    - Dr. C. de Cerreño thanked Mr. Bautista for bringing up the NY State Climate Justice work and said the Project team is aware of it and looking further into the established criteria.

- Eddie Bautista asked for clarification on what the actual emissions increases would be in each scenario as it is no longer enough to break even and reach net zero emissions. Mr. Bautista said that the NYC Environmental Justice Alliance is advocating for net positivity in emissions reductions, with mitigations that reduce beyond what the CBDTP is expected to generate. He noted it would be helpful to see how these mitigations compare to the expected increases in emissions.

    - Dr. C. de Cerreño acknowledged that the Project team is aware of the desire to achieve net positivity in emissions reductions and noted that the NYCDOT-sponsored NYC Clean Trucks Program has collected data from the Program that would help in determining emissions reductions.

    - Will Carry added that the NYC Clean Trucks Program has been in place for over a decade and has replaced 600 trucks and in turn reduced 86 tons of PM2.5 and 475 tons of NOx. Depending on the mix of uses for the Clean Trucks Program, estimate ranges of air quality benefits can be determined.

- Eddie Bautista noted that there are limits to the scope of mitigation opportunities that the Program Sponsors can implement and asked if the NYS Governor's Office is pitching in to supplement these efforts. He noted that some of the NYC Environmental Justice members in the Bronx are in active conversations with the Governor's office and asked if the Project team is doing the same.

    - Dr. C. de Cerreño reminded the group that this is a joint project with MTA, NYCDOT, and NYSDOT with additional City agencies supporting implementation as noted in the table on Slide 8. She noted that the vast majority of funding for mitigation for all three agencies will come from the Program itself. Additionally, NYSDOT has committed to funding electric vehicle (EV) charging to support truck and transport refrigeration unit (TRU) replacement.

    - Dr. C. de Cerreño will follow up with Mr. Bautista on any updates on conversations happening with the NYS Governor's office.

- Arif Ullah asked if estimates are available for how much traffic calming these mitigation measures would facilitate.

FHWA-0000060

- Dr. C. de Cerreño explained that the traffic calming estimates are not yet available, but the Project team is running some of the numbers to be able to share something with the EJ TAG. She added that the Program intends to commit to the lower overnight toll rate and will need to determine how the other components fit in relation to that. There is potential to use these levers to make a difference in traffic. The next steps after a hypothetical positive federal finding would include a review by the TMRB and approval and adoption by the TBTA board. Dr. C. de Cerreño said that tolling scenarios were purposefully modeled to be the 'worst-ends' of the scenarios so the actual traffic calming impact post-implementation would be greater than what is modeled.

- Arif Ullah added that he is happy to see green space initiatives and asked how the funding numbers were determined for these. Mr. Ullah asked how Program mitigations such as vegetation and green space installation would be spread across impacted communities and what opportunities these communities will have to inform such initiatives. The South Bronx community already has parks and open spaces in mind that could benefit from this mitigation and asked if there would be a venue to share their recommendations.

  - Dr. C. de Cerreño stated that the Project team will return to seek feedback from this group as it examines different locations for mitigation across communities. With EV truck charging infrastructure as an example, many locations are possible and have been identified for installation. There are two or three communities broadly that may need the focus and a second round of review will help to identify specific locations with ongoing conversations after that.

- Arif Ullah asked if there was a plan to encourage more trucking operators to participate in the NYC Clean Trucks Program as it had been previously noted that there was a lack of robust participation in the program. He asked if the funding for this mitigation is additional funding or existing funding that would have already been allocated to the NYC Clean Trucks Program.

  - Will Carry explained that this would be additional funding on top of what is already budgeted for the NYC Clean Trucks Program. The amount of funding was determined with the understanding that merely offsetting emissions is not enough, and mitigation needs to provide a positive benefit. As an example, a mix of 600 trucks and 100 TRUs would provide a reduction in PM2.5 and NOx that would result in an emission benefit 10 times greater than the projected emissions increase. $30 million dollars for the NYC Clean Trucks funding would be funded directly from the CBDTP.
  - Patrick Smith added that NYCDOT is continuing to do a landscape scan of the number of trucks that meet the program requirements and calibrate goals to be ambitious and meet the desired emissions reduction while still being feasible and attainable.

- Sharon Lewis expressed that she would need time to review the presentation in its entirety before providing written comments or questions. She asked if there would be a repository or aggregation of all questions asked at this meeting so that others might benefit from seeing everyone's questions and the responses.

  - Dr. C. de Cerreño said the presentation will be shared after this meeting but reminded the group that the document is a working draft shared internally. Additionally, all comments from the public comment period are being formally aggregated and responded to and will be part of the final documentation that will be made public. The Technical Memorandum will also be a part of that record, when published. Live

5

testimony is currently still available on the Project website in both video and transcript format and could be reviewed to get a sense of themes of public comments beyond the EJ TAG.

- Eunice Ko asked how the Technical Memorandum will fold into the larger program design and mitigation package.

  - Dr. C. de Cerreño responded that the Memorandum is a walkthrough of the traffic contributing to pollutants and how that leads to health effects and negative impacts in communities like the Bronx. It details the historical causes and shows how the communities are overburdened in terms of pollutants and health outcomes, and then overlays those factors with traffic impacts from the CBDTP.

- Kevin Garcia asked if there is an update on the timeline of the Program, especially for the determination of toll rates and the timeline for implementation. Mr. Garcia inquired if additional modeling would be done as part of the CBDTP. He also asked if the Technical Memorandum would be submitted for federal review prior to determining a Finding of No Significant Impact (FONSI).

  - Dr. C. de Cerreño explained that the Project team had always envisioned that there would be additional modeling done after toll rates are selected. Per the timeline, if the Program is able to get a positive finding, TMRB will be gathered soon after to begin discussions determining the toll structure. This final modeling would also be used to help target mitigation. For example, the lower over-night toll rates may cause some areas to not be triggered for mitigation, so additional modeling would help ensure that mitigations are aligned in the right locations.

  - Monica Pavlik added that the Technical Report is needed before determining the finding and once TMRB recommends the toll structure, the Project Sponsors will redo the analysis to fit the toll structure. If the resulting analysis is different than what was evaluated in EA, a reevaluation will be needed. If it's a small difference in results, it could be a minor reevaluation, and if it is bigger, it could be a larger endeavor.

- Kevin Garcia noted that when outreach was first conducted to assemble the EJ TAG, there were other organizations that were not able to join. He asked if there would be an opportunity to reinvite them into the conversation.

  - Dr. C. de Cerreño affirmed that when the EJ TAG was first created, the list of invited organizations was much longer but not everyone was available. She asked EJ TAG members if they would like to have additional organizations participate going forward, especially as the Program moves toward implementation.

  - Arif Ullah said that he welcomes new organizations as long as they are appropriately prepped with background information and caught up on updates so they can meaningfully participate.

- Eunice Ko noted that there is some existing available funding, but a lot of initiatives are funded directly through the CBDTP. She asked how the Project team is planning on prioritizing these mitigation measures in the case of limited funding.

  - Dr. C. de Cerreño explained that the Project team is looking for comments from EJ TAG on how measures should be funded and prioritized. Rough estimates for spending have

FHWA-0000062

been established and feedback on how to reprioritize this funding is welcome. As an example, Dr. C. de Cerreño stated that a number of schools installed air filtration systems during COVID that are still operational today and provide air quality benefits. If those air filtration systems are still in good condition and fewer new units are actually needed in the communities identified in the ultimate mitigation package, the team would like guidance from the group on where to reprioritize the funding that would have been allocated to installing new air filtration systems.

**Next Steps**

- Dr. C. de Cerreño thanked EJ TAG members for their participation in the meeting and stated that the discussion will be continued at a second meeting scheduled for the following week.

7

# MEETING SUMMARY – CBD TOLLING PROGRAM

| DATE PREPARED | 5/11/23 |
|---|---|
| PREPARED BY | Hannah Brockhaus |
| MEETING SUBJECT | **CBDTP Environmental Justice Technical Advisory Group Meeting** |
| MEETING LOGISTICS | May 10, 2023, 1:15 pm –1:55 pm<br>Zoom |
| MEETING RECORD | Hannah Brockhaus, Zainab Kazmi |

**Attendees**

<u>No. of Attendees</u>: 32

| Program Sponsor Attendees | |
|---|---|
| **Name** | **Affiliation/Organization/Location** |
| Dr. Allison C. de Cerreño | MTA |
| Thomas Daniel | MTA |
| Dr. Rosalyn Green | MTA |
| David Sang | MTA |
| Michael Wojnar | MTA |
| Nichola Angel | MTA – TBTA |
| Joyce D. Brown | MTA – TBTA |
| Leah Flax | MTA – TBTA |
| Paul Friman | MTA – TBTA |
| Juliette Michaelson | MTA – TBTA |
| Louis Oliva | MTA – TBTA |
| Tanisa Phillips | MTA – TBTA |
| Will Carry | NYCDOT |
| Patrick Smith | NYCDOT |
| Catherine Leslie | NYSDOT |
| Rick Marquis | Federal Highway Administration (FHWA) |
| Monica Pavlik | FHWA |
| Anna Price | FHWA |

FHWA-0000064

| Mark A. Chertok | Sive Paget Riesel |
| Michael Lewis | HDR |
| Hannah Brockhaus | FHI Studio |
| Zainab Kazmi | FHI Studio |
| Christine Tiernan | WSP |
| **EJTAG Attendees** | |
| **Name** | **Affiliation/Organization/Location** |
| Annetta Seecharran | Chhayya |
| Daniella Castillo | El Puente Green Light District |
| Kevin Garcia | NYC Environmental Justice Alliance |
| **Other Attendees** | |
| **Name** | **Affiliation/Organization/Location** |
| Arielle Benjamin | Environmental Protection Agency (EPA) Region 2 |
| Stanley Buzzelle | EPA |
| David Kluesner | EPA Region 2 |
| Samantha Nyer | EPA Region 2 |
| Dr. Sharunda Buchanon | Health and Human Services (HHS) Office of Environmental Justice |
| April Smith-Hirak | HHS |

**Meeting Agenda**

1. Welcome and Opening Remarks (Dr. C. de Cerreño)

2. Introductions of Participants (All)

3. Overview of Changes Included in the Final EA (Dr. C. de Cerreño)

Questions and Comments (Dr. C. de Cerreño and others)

**Summary of Session**

Dr. C. de Cerreño opened the meeting by thanking attendees for their participation and asking all attendees to introduce themselves.

Following introductions, Dr. C. de Cerreño provided a presentation that covered the following: a review of the Program; its benefits; Purpose and Need and Objectives; and alternatives considered. These have not changed.

FHWA-0000065

Dr. C. de Cerreño then reviewed what has changed between the Draft and Final EA. These include additional analyses and mitigation based on comments from the public gathered through unprecedented community engagement. The EA now includes a Tech Memo specific to potential impacts on environmental justice communities and an Appendix regarding low-income frequent drivers into the CBD.  Dr. C. de Cerreño reviewed the updates to the mitigation measures in the Final EA.

The changes include:
- ∞ mitigation and enhancement measures that were included in the Draft EA but now have additional detail and more frequency;
- ∞ new mitigation commitments for low-income drivers, small businesses, taxi and FHV drivers, and traffic in EJ communities.

This mitigation totals $207.5 million over 5 years.

Dr. C. de Cerreño concluded with an explanation of how these changes are described in the Foreword to the EA and indicated throughout the document.

Dr. C. de Cerreño stated that the Notice of Availability for the documents will be published on 5/11/23, with the documents formally available for public review beginning 5/12/23 for 30 days.

After the presentation, Dr. C. de Cerreño opened the meeting for questions and comments from the Environmental Justice Technical Advisory Group (EJ TAG). Below is a short summary of the questions and comments heard during the meeting.

Kevin Garcia asked if the overnight toll rate reduction of 50% of the peak hour rate is just for trucks or for other vehicles as well. He asked if the project team could define what classifies as other vehicles. Dr. C. de Cerreño clarified that other vehicles are all non-truck vehicles, such as cars, vans, and motorcycles. The fee could be reduced up to 50% for all vehicles eligible outside of the legislated exemptions. The overnight toll rate reduction could reduce truck diversions and incentivize truck drivers to drive at night.

Kevin Garcia asked how the $50,000 household income threshold for determining exemptions was defined. He noted that it is different from the $60,000 threshold for the Manhattan CBD resident low-income tax credit. Dr. C. de Cerreño responded that this is defined as double the federal poverty rate which is what was used for the environmental justice analysis. The $60,000 threshold for the low-income tax credit is from the legislation. Households that qualify for other federal subsidy programs like SNAP will be able to provide the documentation they already have for SNAP or other programs and would be able to receive the exemption.

Annetta Seecharran agreed that a $50,000 threshold feels low. She noted that federal aid programs often get those thresholds wrong for New York City due to the high living cost. She said she could imagine a family with a household income of $80,000 still not being able to afford the toll. She asked about the ways for people to get an exemption and questioned whether $50,000 would really achieve the goal of providing a fair exemption.

Daniella Castillo thanked the team for hosting the EJ TAG meetings, for listening throughout the process, and for taking into consideration the comments received by this group. She mentioned that she was thinking about the EJ TAG and whether it would have an oversight role for the implementation group that will convene to guide the next steps in the process. Dr. C. de Cerreño responded that the intention

3

of the group is not oversight and implementation, but rather an opportunity to identify and address concerns as the project is implemented. The final EA mitigation package makes the meetings more frequent. She noted that when outreach was first conducted to the EJ organizations, not everyone had the capacity or wanted to participate, but with the program being implemented, others might be interested. She also noted that MTA is open to suggestions for participants to include.

Dr. C. de Cerreño suggested that the members start with the Foreword and Executive Summary when the document is released. A number of organizations submitted comments and the new information will be clearly noted. At the end of the Executive Summary, there is a table listing all mitigations, including the low-income discount. There is also a new table with additional details including timeline, threshold, and amount of money being committed for mitigations. She thanked the EJ TAG members for all of their input, careful consideration, and guidance throughout the last year.

The meeting was adjourned at 1:55 PM.

FHWA-0000067

Central  Business District Tolling Program
Powerpoint Presentations shared with
Environmental Justice Stakeholders


Date of Presentation

8-19-2022

10-06-2022

01-05-2023

01-12-2023

05-2023

FHWA-0000068

# Central Business District Tolling Program

## Environmental Assessment – Briefing
## August 19 and 22, 2022



## mta.info/CBDTP

   

DRAFT, Not for Distribution

# What is the Central Business District (CBD) Tolling Program?

A vehicular tolling program to reduce traffic congestion in the Manhattan CBD

As defined in the New York State MTA Reform and Traffic Mobility Act, vehicles would be charged a daily toll for entering or remaining in the Manhattan CBD, which is on and below 60th Street in Manhattan, excluding:

- The Franklin D. Roosevelt (FDR) Drive and the West Side Highway/Route 9A

- The Battery Park Underpass and any surface roadway portion of the Hugh L. Carey Tunnel connecting to West Street (the West Side Highway/Route 9A)

After covering Project-related capital and operating expenses, revenue collected would fund projects in the MTA 2020-2024 Capital Program and successor capital programs.



Map of Manhattan's Central Business District Tolling Program Area

DRAFT, Not for Distribution

   

FHWA-0000070

# How would the Manhattan CBD Tolling Program work?

## Locations for Infrastructure

- Detection points would be placed at entrances and exits to the Manhattan CBD.

- On the avenues, tolling infrastructure would generally be between 60th and 61st Streets.

- An algorithm would be used so those who stay on excluded roadways are not tolled.

## How Customers Would Pay

- E-ZPass

- Tolls by Mail

- Future Third-Party Provider



Proposed Tolling Infrastructure and Tolling System Equipment

DRAFT, Not for Distribution






3

FHWA-0000071

# What would the benefits be?

 Reduced vehicular traffic in and near the Manhattan CBD

 Improved travel times within the Manhattan CBD, including for buses and deliveries

 New source of local, recurring capital funding for subway, trains, and buses

Improved regional air quality

DRAFT, Not for Distribution







4

FHWA-0000072

# Why is an Environmental Assessment (EA) needed for this Project?

Some roadways in the Manhattan CBD have received federal funds, so approval for tolling is needed from the Federal Highway Administration (FHWA).

The National Environmental Policy Act (NEPA) requires that when the significance of the effects is unknown, Federal agencies evaluate the significance of environmental effects of an action, in this case, the approval to toll.

As Federal Lead Agency, FHWA determined that an EA is the appropriate Class of Action for this project.

Since the Project could have effects on Environmental Justice populations, FHWA and the Project Sponsors incorporated enhanced public outreach and coordination with Federal and State resource agencies.

**Project Initiation**

**FHWA determines Class of Action and type of documentation for analysis**

**Project Sponsors conduct public outreach and develop EA to share for public comment**

**Project Sponsors address comments and submit to FHWA for determination**

**FHWA makes determination**

DRAFT, Not for Distribution






5

FHWA-0000073

# Project Purpose, Need, Objectives

## Purpose

To reduce traffic congestion in the Manhattan CBD in a manner that will generate revenue for future transportation improvements, pursuant to acceptance into FHWA's Value Pricing Pilot Program (VPPP)

## Need

- To reduce vehicle congestion in the Manhattan CBD
- To create a new local, recurring funding source for MTA's Capital Projects

## Objectives

- Reduce daily vehicle-miles traveled (VMT) within the Manhattan CBD by at least 5 percent

- Reduce the number of vehicles entering the Manhattan CBD daily by at least 10 percent

- Create a funding source for capital improvements and generate sufficient annual net revenues to fund $15 billion for capital projects for the MTA Capital Program

- Establish a tolling program consistent with the purposes underlying the New York State legislation entitled the MTA Reform and Traffic Mobility Act





FHWA-0000074

# Why toll the Manhattan Central Business District (CBD)?

**Congestion in NYC consistently ranks among the worst in the United States**

- Congestion costs 102 hours of lost time, equating to $1,595 per year per driver in delay.

- Between 2010 and 2019, travel speeds fell 22% in Manhattan's CBD.

- Local bus speeds have declined 28% in the Manhattan CBD since 2010.

- The average speed of Select Bus Service (NYC's bus rapid transit service) routes in the Manhattan CBD is 19% slower than in the outer boroughs.

**MTA's subway, rail, and bus systems must be repaired and modernized**

Funding from the Project would support the 2020-2024 Capital Program (and successor programs) that prioritizes:

- Investing to improve reliability

- Committing to environmental sustainability

- Building an accessible transit system for all New Yorkers

- Easing congestion and creating growth

- Improving safety and customer service through technology



   
FHWA-0000075



# Environmental Assessment (EA)

   

FHWA-0000076

# Project Alternatives Evaluated in EA

## No Action Alternative

- No program to toll vehicles in the Manhattan CBD

- No comprehensive plan to reduce Manhattan CBD congestion

- No annual, recurring funding for MTA capital programs

## CBD Tolling "Action" Alternative

- Implement a tolling program, consistent with the Mobility Act, to toll vehicles entering or remaining in the Manhattan CBD

- Install tolling infrastructure, tolling system equipment, and signage within and near the Manhattan CBD

- Generate funds for MTA capital investments in subways, buses, and commuter railroads

DRAFT, Not for Distribution

U.S. Department of Transportation
**Federal Highway Administration**


NEW YORK STATE | Department of Transportation


**Bridges and Tunnels**


NEW YORK CITY DOT

FHWA-0000077

# Key Topics of the Environmental Assessment

| Areas with Only Beneficial or No Adverse Effects | Areas with Potential Adverse Effects |
| --- | --- |
| Transportation: Regional Transportation *(4A)* | Transportation: Highways and Intersections *(4B)* |
| Transportation: Parking *(4D)* | Transportation: Transit *(4C)* |
| Social Conditions: Population *(5A)* | Transportation: Pedestrians and Bicycles *(4E)* |
| Social Conditions: Neighborhood Character *(5B)* | Environmental Justice *(17)* |
| Social Conditions: Public Policy *(5C)* | |
| Economic Conditions *(6)* | |
| Parks and Recreational Resources *(7)* | |
| Historical and Cultural Resources *(8)* | |
| Visual Resources *(9)* | |
| Air Quality *(10)* | |
| Energy *(11)* | |
| Noise *(12)* | |
| Natural Resources *(13)* | |
| Hazardous Waste/Contaminated Materials *(14)* | |
| Construction Effects *(15)* | *(#) – denotes chapter in EA where this information can be found* |

   
FHWA-0000078

# CBD Tolling Alternative - Tolling Scenarios

| | Scenario | | | | | | |
|---|---|---|---|---|---|---|---|
| | **A** | **B** | **C** | **D** | **E** | **F** | **G** |
| | Base Plan | Base Plan with Caps and Exemptions | Low Crossing Credits for Vehicles Using Tunnels to Access the CBD, with Some Caps and Exemptions | High Crossing Credits for Vehicles Using Tunnels to Access the CBD | High Crossing Credits for Vehicles Using Tunnels to Access the CBD, with Some Caps and Exemptions | High Crossing Credits for Vehicles Using Manhattan Bridges and Tunnels to Access the CBD, with Some Caps and Exemptions | Base Plan with Same Tolls for All Vehicle Classes |
| **Potential Crossing Credits** | | | | | | | |
| Credit Toward CBD Toll for Tolls Paid at the Queens-Midtown, H.L. Carey, Lincoln, Holland Tunnels | No | No | Yes | Yes | Yes | Yes | No |
| Credit Toward CBD Toll for Tolls Paid at the R. F. Kennedy, Henry Hudson, G. Washington Bridges | No | No | No | No | No | Yes | No |
| **Potential Exemptions and Discounts (Caps) on Number of Tolls per Day** | | | | | | | |
| Autos, motorcycles, and commercial vans | Once per day | Once per day | Once per day | Once per day | Once per day | Once per day | Once per day |
| Taxis | No cap | Once per day | Exempt | No cap | Exempt | Once per day | No cap |
| FHVs | No cap | Once per day | Three times per day | No cap | Three times per day | Once per day | No cap |
| Small and large trucks | No cap | Twice per day | No cap | No cap | No cap | Once per day | No cap |
| Buses | No cap | Exempt | No cap | No cap | Only transit buses exempt | Exempt | No cap |
| **Approximate Toll Rate Assumed (Autos / Small Trucks / Large Trucks)** | | | | | | | |
| Peak Period | $9 / $18 / $28 | $10 / $20 / $30 | $14 / $28 / $42 | $19 / $38 / $57 | $23 / $46 / $69 | $23 / $65 / $82 | $12 |
| Off Peak Period | $7 / $14 / $21 | $8 / $15 / $23 | $11 / $21 / $32 | $14 / $29 / $43 | $17 / $35 / $52 | $17 / $49 / $62 | $9 |
| Overnight Period | $5 / $9 / $14 | $5 / $10 / $15 | $7 / $14 / $21 | $10 / $19 / $29 | $12 / $23 / $35 | $12 / $33 / $41 | $7 |

DRAFT, Not for Distribution






11

FHWA-0000079

# CBD Tolling Alternative – Key Takeaways

**Tolling the Manhattan CBD**

Reduced traffic entering Manhattan CBD
Net benefit in congestion reduction for the region

**Discounts, crossing credits, exemptions**

Higher toll rates

**Higher toll rates**

Greater degree of traffic reduction in Manhattan CBD, **BUT**
Increased traffic diversions, including increases along the
Cross Bronx Expressway and Staten Island Expressway

**Crossing credits**

More parity in total costs among different routes, **BUT**
Changes the balance of effects on traffic

- Less effect reducing traffic from Queens; much less effect reducing traffic from New Jersey

- Greater effect reducing traffic from north of 60th Street and Brooklyn

- More traffic at the Queens-Midtown Tunnel, the Hugh L. Carey Tunnel, and the Long Island Expressway

   

FHWA-0000080

# Where do commuters to the Manhattan CBD come from?



Map of 28 Counties Showing Percent of Commuters to the Manhattan CBD and Mode of Travel by County

DRAFT, Not for Distribution

## Work Trips



Figure Showing Percent of Work Trips to the Manhattan CBD by Mode of Travel and Trip Origin






13

FHWA-0000081

# Transportation: Regional Effects

 **Beneficial Effects**

## Key Findings

### All tolling scenarios

- Reduce the number of vehicle entries into the Manhattan CBD
- Reduce vehicle-miles traveled (VMT) in the Manhattan CBD

| Area | % Increase or Decrease in Daily VMT |
|------|-------------------------------------|
| Manhattan CBD | -9.2% to -7.1% |
| NYC | -1.5% to -0.7% |
| New York north of NYC | -0.8% to -0.2% |
| Long Island | -0.2% to 0.1% |
| New Jersey | 0.0% to 0.2% |
| Connecticut | -0.2% to 0.0% |

| Area | % Increase or Decrease in Vehicles Entering |
|------|---------------------------------------------|
| Manhattan CBD | -19.9% to -15.4% |

  

FHWA-0000082

# Transportation: Highways

 **Beneficial Effects**

 **Adverse Effects - Mitigation Required**

## Key Findings

Some locations would experience a decrease in congestion.

Three highway segments would experience adverse effects in the form of increased delays:

- Westbound LIE (I-495) near the Queens-Midtown Tunnel *(midday);*
- Approaches to westbound George Washington Bridge on I-95 *(midday);*
- Southbound/northbound FDR Drive between E 10th Street and Brooklyn Bridge *(PM).*

## Mitigation

Project Sponsors will implement a monitoring plan, prior to the Project beginning, that identifies thresholds for adverse effects; if thresholds are reached as a result of the Project, the Project Sponsors will institute Transportation Demand Management (TDM) measures, such as ramp metering, motorist information, and/or signage, at identified highway locations with adverse effects.

Post-implementation, the Project Sponsors will monitor effects and, if needed, Triborough Bridge and Tunnel Authority (TBTA) will modify the toll rates, crossing credits, exemptions, and/or discounts to reduce adverse effects.

   

FHWA-0000083

# Truck Traffic

**Response to Outreach**

## Key Findings

VMT increases would occur on the Cross Bronx Expressway as a result of traffic diversions. While there would be no adverse effect related to air quality, members of EJ communities raised concern, and additional analysis was performed at their request to determine how many trucks were responsible for the projected increase.



VMT Change – Tolling Scenario A

### Increased Daily Number of Trucks

| Location | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| Cross Bronx Expressway at Macombs Rd | 509 | 704 | 170 | 510 | 378 | 536 | 50 |

In response to concerns raised during public outreach, Tolling Scenario G was added to the original 6 scenarios. By charging all vehicles the same toll rate as cars, instead of charging trucks more, diversions would be reduced along with the relative incremental number of trucks.

DRAFT, Not for Distribution






FHWA-0000084

# Transportation: Local Intersections

 **Beneficial Effects**

 **Adverse Effects - Mitigation Required**

## Key Findings

Most intersections – would experience decreases in delay

Tolling Scenarios D/E/F – 4 out of 102 intersections would experience adverse effects in the form of increased delay at certain times

## Mitigation

Project Sponsors will monitor those intersections where adverse effects are identified and implement appropriate signal timing adjustments to mitigate the effect, per NYCDOT's normal practice.

| Changes in Intersection Delays (Tolling Scenarios D/E/F) After Signal Timing Adjustments (seconds) | | | | |
|---|---|---|---|---|
| Location | EJ | AM | MD | PM |
| Trinity Place & Edgar Street | No | 0.6 | 7.7 | 1.1 |
| E 37th St & 3rd Ave | No | 0.7 | 5.1 | 1.3 |
| E 36th St & 2nd Ave | No | -4.7 | 3.6 | 3.4 |
| 125th Street & 2nd Avenue | Yes | 2.9 | 0.9 | 11.2 |

   

FHWA-0000085

# Transportation: Transit

 **Beneficial Effects**

 **Adverse Effects - Mitigation Required**

## Key Findings

Reduced roadway congestion would result in reliable, faster bus trips

Increase in transit ridership of 1%-2% systemwide for travel to and from the Manhattan CBD

No adverse effects from increased ridership on any lines or transit stations, but in some scenarios increased ridership could adversely affect passenger flows at certain stairs and escalators

## Mitigation

**Tolling Scenarios E/F.** TBTA will coordinate with NJ Transit (NJT) and Port Authority of NY & NJ (PANYNJ) to implement monitoring plan with thresholds for pedestrian volumes on Station Stair 01/02 in Hoboken Terminal; if thresholds reached, TBTA will coordinate with NJT and PANYNJ to implement signage and wayfinding

**All Tolling Scenarios.** TBTA will coordinate with MTA NY City Transit (NYCT) to implement monitoring plan with thresholds:

- 42nd St & Times Square, stair ML6/ML8 - if threshold is reached, center handrail will be removed and riser adjusted
- Union Square Subway Station, escalator E219 and Flushing & Main St Subway Station, escalator E456 - if threshold is reached, increase escalator speeds from 100 fpm to 120 fpm
- Court Square, stair P2/P4 - if threshold is reached, construct new stair to increase capacity

   

FHWA-0000086

# Transportation: Pedestrians and Bicycles



**Adverse Effects - Mitigation Required**

## Key Findings

Increases in passengers at transit hubs, but no adverse effects

Some increases in bicycle trips overall and near transit hubs, but no adverse effect

Outside the Manhattan CBD, increased transit usage at individual stations would not adversely affect pedestrian conditions on nearby sidewalks, crosswalks, or corners

In Manhattan CBD, 2 crosswalks/1 sidewalk adversely affected

## Mitigation

Project Sponsors will implement monitoring plan with threshold for action; if the threshold is reached, pedestrian space will be increased, and obstructions will be removed or relocated



Figure Showing Adverse Effects at Crosswalk and Sidewalk Locations

DRAFT, Not for Distribution






19

FHWA-0000087

# Parking & Social Conditions: Population Characteristics & Neighborhood Character



**Beneficial Effects**

**No Adverse Effects**





## Key Findings – Social Conditions

Improvements in travel time and safety; reduced vehicle operating costs; reduced emissions

No adverse effects on:

- Neighborhood character or access, given existing transit network and minimal trip changes

- Travel to employment within the Manhattan CBD and reverse-commuting from the Manhattan CBD

- Traffic patterns on local streets

- Community facilities and services

## Key Findings - Parking

Reduction in parking demand within the Manhattan CBD

Increased parking demand at subway and commuter rail stations and park-and-ride facilities outside Manhattan CBD

Increase at any individual location would not be large enough to result in adverse effects from the Project

DRAFT, Not for Distribution






FHWA-0000088

# Economic Conditions

 **Beneficial Effects**

 **No Adverse Effects**

## Key Findings

Increased productivity, as well as safety improvements

No adverse effects to any particular industry or occupational category in the Manhattan CBD

Depending on tolling scenario, the toll could reduce taxi and For-Hire Vehicle (FHV) revenues in the Manhattan CBD; the industry would remain economically viable overall, though individual drivers could be adversely affected





DRAFT, Not for Distribution






21

FHWA-0000089

# Energy and Noise

 **Beneficial Effects**

**No Adverse Effects**

## Key Findings – Energy

Reductions in regional energy consumption as a result of reductions in VMT



## Key Findings – Noise

Assessed 102 intersections and all the crossings into the Manhattan CBD

Imperceptible increases or decreases in noise levels resulting from changes in traffic volumes

DRAFT, Not for Distribution

   

FHWA-0000090

# Air Quality



**Manhattan CBD Tolling Alternative, 2023 Projection (Tolling Scenario A)**

## Beneficial Effects

## Response to Outreach

## Key Findings

Regionally, air pollutants would be reduced, including precursors to greenhouse gases

No local exceedances of air quality standards

## Enhancements

NYCDOT will coordinate to expand the New York City Community Air Survey network of air quality monitors; this will be supplemented by a small number of real-time monitors for Particulate Matter 2.5.

Based on feedback during outreach for the Project, MTA will prioritize Kingsbridge and Gun Hill Bus Depots, both located in and serving primarily environmental justice communities in Upper Manhattan and the Bronx, when electric buses are received in MTA's next major procurement of battery electric buses.






FHWA-0000091

# Environmental Justice (EJ)



**Adverse Effects Mitigation Required**

## Key Findings

The Project would have the potential for disproportionately high and adverse effects on:

- **Low-income drivers** who do not have an alternative transportation mode for reaching the Manhattan CBD

- **Taxi and For-Hire Vehicle (FHV) drivers in New York City**, many of whom identify as part of an EJ population (in Tolling Scenarios that toll their vehicles more than once per day)



Map of Environmental Justice Census Tracts

Manhattan Central Business District (CBD)
County Boundary
Neighborhood Boundary
Census Tract
Highway

**Environmental Justice Status for Census Tracts**
Low-Income
Minority
Low-Income and Minority
Not Low-Income or Minority

   
FHWA-0000092

# Environmental Justice: Low-Income Drivers



**Adverse Effects Mitigation Required**

## Mitigation

Tax credit for CBD tolls paid by residents of the Manhattan CBD whose NY adjusted gross income for the taxable year is less than $60,000; TBTA will coordinate with NYS Department of Taxation and Finance (NYS DTF) to ensure availability of documentation needed for drivers eligible for credit

TBTA will post information related to the tax credit on the Project website, with links to the NYS DTF website to guide eligible drivers to information on claiming the credit.

TBTA will eliminate the $10 refundable deposit required for E-ZPass customers with no credit card linked to their account.

TBTA will increase promotion of existing E-ZPass payment and plan options.

TBTA will work with MTA to increase outreach/education on eligibility for existing discounted transit fare products/programs.

The Project Sponsors will establish an Environmental Justice Community Group that will meet on a bi-annual basis, with the first meeting six months after Project implementation, to share updated data and analysis and hear about potential concerns.



**Percent of Those Eligible for the NYS Tax Credit for CBD Tolls Paid**

33% of Manhattan CBD Households have incomes below $60,000

Source: U.S. Census Bureau, American Community Survey, 2015-2019 5-Year Estimates

   

DRAFT, Not for Distribution

FHWA-0000093

# Environmental Justice: Taxi and FHV Drivers



## Adverse Effects Mitigation Required

**Change in Daily Taxi/FHV VMT in Manhattan CBD** (CBD Tolling Alternative Tolling Scenarios Compared to No Action Alternative)



## Mitigation
*(NYC taxi and/or FHV drivers if a tolling scenario is implemented with tolls of more than once per day for their vehicles)*

The Project Sponsors will work with appropriate city and state agencies so that when passengers are present, they pay the toll, rather than the driver.

TBTA will work with MTA NYCT to institute an Employment Resource Coordination Program to connect drivers experiencing job insecurity with a direct pathway to licensing, training, and job placement with MTA or its affiliated vendors at no cost to the drivers.

For those who may not want a commercial driver's license, TBTA will coordinate with MTA NYCT to submit a request to the Federal Transit Administration for a pilot program that will help increase eligibility of taxi and FHV drivers to use their vehicles to provide paratransit trips, and MTA NYCT will implement this program if approved.

DRAFT, Not for Distribution

   

26

FHWA-0000094

# Construction Effects

 **No Adverse Effects**

**What:**    Replacement of existing poles or installation of new poles and mast arms, excavation and construction of foundation(s), placement of new support poles or structures, attachment of tolling system equipment, and restoration of the roadway, sidewalk, or ground surface

**Where:**    Streets and sidewalks

**Duration:**  Approximately 1-2 weeks, per location

## Key Findings

Rendering of Tolling Infrastructure

Typical street construction that would be of short duration

Temporary disruptions to traffic and pedestrian patterns

Temporary noise disruption at nearby land uses such as residences and businesses

The Project Sponsors would require the contractor to develop and comply with plans and procedures to minimize construction effects.

No parks and recreational resources, and no historic or cultural resources would be adversely affected.








FHWA-0000095

# Visual Resources

 **No Adverse Effects**

**Infrastructure:**   Similar in form to streetlight poles, sign poles, or similar structures already in use throughout New York City; signage similar in size and character to signs already present; color would match existing light pole colors

**Equipment:**   Tolling equipment clustered into single enclosures to reduce visual impact; cameras would use infrared illumination at night so no visible light needed

## Key Findings

Neutral effect on viewer groups and no adverse effect on visual resources

Infrastructure and equipment would be similar in form to streetlight poles, sign poles, or similar structures already in use throughout New York City.

Rendering of Tolling System Equipment on Existing Infrastructure



   
FHWA-0000096

# Section 4(f)

A *de minimis* impact is one that, after taking into account any measures to minimize harm (e.g., avoidance, minimization, mitigation), results in either:

- A Section 106 finding of no adverse effect or no historic properties affected on a historic property; or

- A determination that the project would not adversely affect the activities, features, or attributes qualifying a park, recreation area, or refuge for protection under Section 4(f).

## Key Findings

 **De Minimis Impact**

FHWA intends to find that the CBD Tolling Alternative would have a *de minimis* impact on Central Park and the High Line

- The CBD Tolling Alternative does not result in adverse effects pursuant to Section 106 of the National Historic Preservation Act

- The CBD Tolling Alternative "does not adversely affect the activities, features, or attributes that qualify the resource for protection under Section 4(f)"

- FHWA has concurrence on its proposed finding from officials with jurisdiction over Central Park and the High Line

- FHWA will consider public input on its proposed finding received during this public review of the EA



Northeast view of East Drive in Central Park
Near Grand Army Plaza



South view of West Drive in Central Park
Near 7th Avenue



North view of High Line
at 10th Avenue and W 30th St

*Infrastructure and signs shown in photos are renderings, not actual installations*

   
FHWA-0000097

# Additional Enhancements



**Response to Outreach**

## Ongoing Data Collection and Reporting

- Ongoing monitoring and reporting of potential effects

- Data collected in advance and after implementation

- Formal report issued one year after implementation and then every two years

- Reporting website will make data, analysis, and visualizations available in open data format to the greatest extent possible, with updates provided on at least a bi-annual basis as data become available and analysis is completed

## Prioritizing Equity in Bus Service Improvements

- New York City's buses serve a greater share of low-income/minority households than other modes, including subways.

- MTA developed a new approach that combines considerations of equity and air quality to identify Equity Priority Areas.

- Equity Priority Areas are used to target improvements/investments to promote equity and access to opportunities in transit-dependent, historically marginalized and underserved areas.

- TBTA will work with NYCT to address areas identified in the EA where bus service could be improved as the Brooklyn and Manhattan Bus Network Redesigns move forward (Bronx already done; Queens in progress).






FHWA-0000098



# Public Outreach

DRAFT, Not for Distribution






FHWA-0000099

# Public Outreach

| Early Public Outreach Meetings | |
|---|---|
| 10 | Public Outreach Meetings |
| 9 | EJ Outreach Meetings |
| 3 | EJ Technical Advisory Group Meetings |
| 2 | EJ Stakeholder Working Group Meetings |

| Statistics from Early Enhanced Outreach | |
|---|---|
| Total Registered Participants | 1,066 |
| Speakers | 398 |
| YouTube Views (to date) | 14,000+ |
| Number of Early Comments Received | 7,300+ |

| Environmental Assessment Public Hearings | | |
|---|---|---|
| Public Hearing #1 | Thu, August 25, 2022 | 5 PM |
| Public Hearing #2 | Sat, August 27, 2022 | 10 AM |
| Public Hearing #3 | Sun, August 28, 2022 | 1 PM |
| Public Hearing #4 | Mon, August 29, 2022 | 1 PM |
| Public Hearing #5 | Tue, August 30, 2022 | 5 PM |
| Public Hearing #6 | Wed, August 31, 2022 | 10 AM |
| **EJ Stakeholder Working Group** | | |
| Meeting #3 | Fri, August 19, 2022 | 1PM |
| **EJ Technical Advisory Group** | | |
| Meeting #4 | Mon, August 22, 2022 | 1PM |

   

DRAFT, Not for Distribution

FHWA-0000100

# NEPA Next Steps



**Prepare EA**

**Public review & comment period on EA**

**FHWA issues Decision Document**

**FONSI**
(Finding of No Significant Impact)

Adverse effects not significant or can be mitigated below significant level

**Early Public Outreach**

**Notify agencies, organizations, & individuals of EA availability**

**Determine whether action will result in significant effects**

**EIS**
(Environmental Impact Statement)

If there are significant effects that cannot be mitigated

| 2021 | Jan 2022 | Mar 2022 | May 2022 | Jul 2022 | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Jan 2023 |

DRAFT, Not for Distribution

 U.S. Department of Transportation **Federal Highway Administration**

 **NEW YORK STATE** | **Department of Transportation**

 **Bridges and Tunnels**

NEW YORK CITY **DOT**

33

FHWA-0000101

# How to Submit Comments

 **Public comment period is open until September 9, 2022**

**If you would like to submit written comments, you may do so in the following ways:**



**Project website: mta.info/CBDTP**

**Email:** **CBDTP@mtabt.org**

**Mail:** CBD Tolling Program EA
2 Broadway, 23rd Floor
New York, NY 10004

**Phone:** 646-252-7440

**Fax:** 212-504-3148 [Attn: The CBDTP Team]



**Email:** **CBDTP@dot.gov**

**Mail:** FHWA – NY Division, Re: CBDTP
Leo W. O'Brien Federal Building
11A Clinton Ave, Suite 719
Albany, NY 12207

DRAFT, Not for Distribution

   

34

FHWA-0000102

# Central Business District Tolling Program

## Environmental Justice Technical Advisory Group – Meeting #5
## October 6, 2022



## Discussion of Suggested Mitigation and Enhancement Measures

DRAFT, Pre-decisional and deliberative

   

FHWA-0000103

# Why Are We All Here Today?

**The Project Sponsors Listened and Read… and We Heard and Saw…**

**Concerns voiced by EJ TAG members and others regarding Project effects on areas and people already overburdened, including but not limited to:**

- Air Quality and associated Health Effects
- Traffic
- Noise
- New Costs and associated Economic Effects

**Desire to have these issues described with more detail**

**Suggestions for avoiding or mitigating these potential effects**

DRAFT, Pre-decisional and deliberative





2

FHWA-0000104

# Agenda

**Status of the environmental review process**

**Discussion of suggested mitigation and enhancement measures**

**Prioritize potential mitigation and suggested enhancement measures**

**Next steps**





FHWA-0000105

# Status of the Environmental Review Process

## Public comment period ended, after two-week extension – Sept. 23, 2022

- Responding to over 14,800 individual and over 50,000 form letter submissions

- Determination of whether certain sections of the EA need to be updated based on those comments

## Development and refinement of mitigation and enhancement measures

- Discussion of potential mitigation and enhancement measures w/ EJ TAG – October 6, 2022

- Presentation of package of proposed mitigation and enhancement measures – November 2022, TBD



DRAFT, Pre-decisional and deliberative

   

4

FHWA-0000106

# EJ TAG Suggested Mitigation/Enhancement Measures

## Types of Measures Suggested

- **Emissions Initiatives**

- **Health and Community Programs**

- **Street and Traffic Improvements**

- **Toll and Fare Policy**

- Transit Improvements

## Evaluating Measures

- Ability to directly or indirectly address effects

- Consistency with Project purpose, need, and objectives

- Potential for exacerbating effects seeking to avoid or mitigate

- Jurisdictional authority to implement

- Scale, time, and cost required to implement





FHWA-0000107

# Suggestions for Emissions Initiatives

## Greening

- Create green loading zones and cool corridors
- Expand green roofs
- Install roadside trees and hedges
- Pay for permanent caretakers through NYC Parks Dept. for street tree maintenance

## Low/Zero-Emission Vehicles & Infrastructure

- Mass deployment of charging equipment for medium and heavy-duty vehicles in EJ communities
- Electrify the Hunts Point Food Market
- Prioritize bus electrification in EJ communities

## Policy Changes

- Stop development of new warehouses in the Bronx

## Major Studies/Upgrades

- Replace NYPA 'Peaker' power plants with renewable energy plus battery storage
- Cap Cross Bronx Expressway
- Upgrade Kingsbridge, Gun Hill, and Manhattanville Depots to be LEED certified
- Establish a marine freight terminal at Hunts Point

## Other Possibilities

- Expand the NYC Clean Trucks Program
- Engage the EJ TAG in identification of the potential locations for new air monitoring sites

   
FHWA-0000108

# Suggestions for Health and Community Programs

## Health and Accessibility

- Establish an asthma clinic in Harlem
- Implement programs for people with disabilities that have trouble accessing public transportation
- Increase street trees in heat-vulnerable neighborhoods

## Recreation and Community

- Fund after-school programs in East Harlem and the South Bronx
- Fund expansion of parks and recreation centers in EJ communities
- Fund expansion of the Be a Buddy Program for the home-bound elderly in EJ communities

## Other Possibilities

- Convene the Environmental Justice Community Group *prior* to project implementation, and meet more frequently than bi-annually

   
FHWA-0000109

# Suggestions for Street and Traffic Improvements

## Regulatory, Policy or Operational Changes

- Replace street parking w/dedicated off-peak loading zones
- Introduce no-standing signage and improve traffic enforcement in key locations (e.g., Park Ave Viaduct)
- Minimize off-street parking requirements for new developments

## Design Changes

- Implement expanded sidewalks/pedestrian-bicycle lanes as a deterrent for diversions
- Improve pedestrian-related infrastructure for persons with disabilities
- Introduce right-turn pockets for bus lanes at heavily-used intersections
- Introduce green infrastructure (e.g., bioswales and permeable pavers) along the waterfront and in other areas (e.g., along 125th St)

## General Improvements

- Include local art projects
- Clear streets of unused construction materials

## Other Possibilities

- Expand NYCDOT Off-hour Deliveries Program

DRAFT, Pre-decisional and deliberative

   

8

FHWA-0000110

# Suggestions for Toll and Fare Policy

## MTA Fares

- Make MTA transit free, starting with income-eligible individuals
- Make public buses free, starting with children and adults over 75 years of age

## CBDTP Toll

- Once-per-day limit on the number of tolls per day for taxis
- Select scenario with the fewest additional daily vehicle trips in the South Bronx and East Harlem
- Toll discount for carpooling
- Toll discount for electric vehicles
- Toll exemption for buses
- Toll the trips occurring completely within the CBD

## Other Possibilities

- Free overnight for trucks
- Make overnight charge for passenger vehicles equal to or just slightly higher than a roundtrip transit ride
- Continue public engagement in the process of ultimately recommending and choosing the actual toll structure
- Toll discount/rebate for low-income drivers

   

# Suggestions for Transit Improvements

## Service Changes
- Introduce bus transit signal priority
- Improve signal service for MTA
- Improve Select Bus Service in Northern Manhattan
- Introduce off-board fare collection in certain locations
- Implement all-door boarding in certain locations

## Design Changes
- Implement off-set bus lanes along 125th Street in E Harlem

## General Improvements
- Install covered bus stops

## Prioritizing for Accessibility
- Prioritize EJ communities for ensuring subway station accessibility

   
FHWA-0000112

# Next Steps

## Evaluate Suggested Mitigation and Enhancement Measures

- Ability to directly or indirectly address effects

- Consistency with Project purpose, need, and objectives

- Potential for exacerbating effects seeking to avoid or mitigate

- Jurisdictional authority to implement

- Scale, time, and cost required to implement

## Hold EJ TAG Meeting #6

- Timing – November 2022

- Purpose – Review proposed package for mitigation and enhancement measures

DRAFT, Pre-decisional and deliberative






11

FHWA-0000113

# Central Business District Tolling Program

## Environmental Justice Technical Advisory Group – Meeting #6
## January 5, 2023



## Discussion of CBDTP Effects and Proposed Investment Commitments

DRAFT, Pre-decisional and deliberative






FHWA-0000114

# Status of the Environmental Review Process

## Review of comments

- Drafted responses for nearly 40 Frequently Received Comments, over 21,000 specific comments, and more than 50,000 form letter submissions
- Incorporated additional information, based on comments, into portions of the document

## More detailed assessment of effects of the Program in EJ communities

- Developed new Technical Memo – "Considerations for Environmental Justice Communities with Existing Pollution and Health Burdens"

## Refinement of package of investments

- Formulated package of mitigation and enhancement measures to meaningfully address areas of concern



 U.S. Department of Transportation **Federal Highway Administration**

 **NEW YORK STATE** | Department of Transportation

 **Bridges and Tunnels**

NEW YORK CITY DOT

2

FHWA-0000115

# Potential EJ Effects of the CBDTP

## Taxis and FHVs

- New York City taxi and/or FHV drivers, in tolling scenarios that implement tolls more than once per day for their vehicles

## Low-income Drivers

- Drivers who feel they must still drive

## Traffic Increases in EJ Communities

- EJ communities, already experiencing overburdened traffic-associated air quality or health effects where traffic/truck traffic could increase with the CBDTP

| Broad Mitigation Commitment | Benefit | Timing | Implementation |
|---|---|---|---|
| **Ongoing Participation Initiatives** | | | |
| Establishment of an Environmental Justice Community Group | Quarterly meetings to share updated data and analysis and hear about potential concerns | First meeting will take place prior to Project implementation | TBTA / NYSDOT / NYCDOT |

DRAFT, Pre-decisional and deliberative





3

FHWA-0000116

# Taxi and FHV Drivers
## *Mitigation Clarified and Changed*

| Mitigation Commitments *if a tolling scenario is implemented with tolls of more than once per day for taxis and/or FHVs* | Benefit and Result of Mitigation | Timing | Implementation |
|---|---|---|---|
| **Mitigation to Address Toll Cost** | | | |
| Passengers Pay The Toll When Present | Mitigates effect of the increased cost to the drivers so no disproportionate and high adverse effects of the Project related to the cost of the toll | Coordination between agencies is already underway; if needed, the mitigation will be implemented prior to start of tolling operations | TBTA with NYC TLC |
| **Mitigation to Address Job Insecurity** | | | |
| *Employment Resource Coordination Program* | *Drivers will be fast-tracked into existing programs, exempt from any exam fees, and made aware of all testing opportunities* | *N/A – no longer being put forward as a result of public comment* | *N/A* |
| *FTA Paratransit Pilot* | *Drivers who do not want a commercial driver's license can perform paratransit trips* | *N/A – no longer being put forward as a result of public comment* | *N/A* |
| Increased Taxi and/or FHV Driver Participation in MTA Paratransit Programs | Mitigates effect of potential driver job losses by adding new paratransit trips to the taxi/FHV network through MTA's on-demand paratransit offerings, resulting in no disproportionate and high adverse effects of the Project related to job insecurity | If needed, would be implemented prior to start of tolling operations | TBTA with MTA NYCT |

*This slide does not represent the full set of mitigation and investment measures committed to for this Project. The Project Sponsors have also committed to air quality monitoring, prioritizing the transition to zero-emissions bus fleet, and other measures. Data collected throughout the monitoring program will be made available publicly as data becomes available and analysis is completed.*

DRAFT, Pre-decisional and deliberative

   

FHWA-0000117

# Low-Income Drivers
## *Mitigation Clarified and Changed for the ~16,000 low-income commuters to the CBD\**

| Mitigation Commitments | Benefit and Result of Mitigation | Relevant Location | Timing | Implementation |
|---|---|---|---|---|
| **Mitigation to Reduce Cost Burden** | | | | |
| CBD Resident Tax Credit & Outreach on the Tax Credit | ~630 low-income auto commuters would be eligible for the tax credit so no disproportionate and high adverse effects of the Project related to the toll cost | Manhattan CBD | Coordination with NYS DTF will begin immediately after project approval, if approved | TBTA with the NYS DTF |
| Elimination of the E-ZPass Tag Deposit Fee | Low-income customers would no longer need to provide a deposit fee for E-ZPass; using E-ZPass provides the lowest cost for tolls and opens account owners up for available discount plans in NY | NY CSC customers from the 28-County Study Area | 60 days prior to start of tolling operations | TBTA |
| Enhanced Promotion of Existing E-ZPass Payment and Plan Options | Low-income auto commuters would receive information either as new customers or one of the ~7.9 million existing NY Customer Service Center customers | 28-County Study Area | At least 60 days prior to start of tolling operations | TBTA |
| Lower Overnight Toll (12am-4am; $0 truck/rdtrp transit others) | ~400 low-income auto commuters would pay reduced toll overnight so no disproportionate and high adverse effects of the Project related to the toll cost | 28-County Study Area | Begins with the start of tolling operations | TBTA |
| **Mitigation to Provide Alternatives to Driving** | | | | |
| Education/Outreach on Transit and Bike Discounts | ~5,400 (34%) of low-income auto commuters<br>• ~2,600 would qualify for half-priced MTA transit fares<br>• ~500 eligible for free Staten Island Ferry<br>• ~2,300 would quality for reduced price bikeshare | MTA Service Area | At least 60 days prior to start of tolling operations | TBTA with MTA |
| Prioritizing Equity in Improving Bus Service in New York City | Bus service improvements will be prioritized in areas identified in the EA as meriting investment | East Harlem and Kings County Communities | As the Brooklyn and Manhattan Bus Network Redesigns move forward | TBTA with MTA |

*\* Roughly 900 low-income commuters carpool/vanpool and would benefit from sharing the costs for a lower toll.*

*This slide does not represent the full set of mitigation and investment measures committed to for this Project. The Project Sponsors have also committed to air quality monitoring, prioritizing the transition to zero-emissions bus fleet, and other measures. Data collected throughout the monitoring program will be made available publicly as data becomes available and analysis is completed.*

DRAFT, Pre-decisional and deliberative

   

FHWA-0000118

# Technical Memorandum

## Purpose

- Describe how and why traffic/truck traffic, contributes to pollutant burdens, and the association between these burdens and health outcomes

- Provide broader context (e.g., past land use policies) related to trends in pollutant emissions and associated health outcomes

- Identify census tracts within the EJ Study Area that are already overburdened and would experience increased or decreased traffic/truck traffic and resulting emissions due to the CBDTP

## Findings

- Some EJ communities beyond the CBD would benefit from the Project

- Some EJ communities that are already overburdened could experience additional traffic, along with associated air pollutants.

- After reviewing comments, obtaining input from the EJ TAG, and in recognition of historical burdens, a package of mitigation and enhancement measures to address this project-related traffic effect is merited

DRAFT, Pre-decisional and deliberative

  

6

# EJ TAG Suggested Mitigation/Enhancement Measures

## Types of Measures Suggested

- **Emissions Initiatives**

- **Health and Community Programs**

- **Street and Traffic Improvements**

- **Toll and Fare Policy**

- Transit Improvements

## Evaluating Measures

- Ability to directly or indirectly address effects

- Consistency with Project purpose, need, and objectives

- Potential for exacerbating effects seeking to avoid or mitigate

- Jurisdictional authority to implement

- Scale, time, and cost required to implement

DRAFT, Pre-decisional and deliberative

   

7

FHWA-0000120

# Traffic Increases in EJ Communities – *New Mitigation Package*

| Investment Commitments *if a tolling structure is adopted that increases truck traffic in EJ communities identified* | 5-Year Funding | Benefit and Result of Mitigation | Relevant Location(s) | Timing | Implementation |
|---|---|---|---|---|---|
| **Direct Avoidance of Truck/Traffic Increases** | **$30M+** | | | | |
| Lower Overnight Toll Rate ($0 truck/rdtrp transit others) | $30M+ | Potential to minimize/avoid truck diversions | All | Concurrent with Project implementation | TBTA |
| **Emissions and Greenspace Initiatives** | **$60M** | | | | |
| Replacement of Refrigeration Units (TRUs or "Reefer Trucks") at Hunts Point Market | $30M | Major NOx and $PM_{2.5}$ reductions from the replacement of ~100 TRUs | Hunts Point | Engagement with TRU owners would start after toll rate decided | NYSERDA/NYCDOT |
| Expand NYC Clean Trucks Voucher Program | | NOx and $PM_{2.5}$ reductions from ~600 new clean trucks | All | Engagement with companies would start after toll rate decided | NYCDOT |
| Electric Truck Charging Infrastructure | $10M | NOx and $PM_{2.5}$ reductions from electric vehicles using 12 new chargers (at 3 stations) | Based on final analysis and community input | Specific locations would be determined after toll rate decided; Implementation within 6 mos of start of tolling operations | NYSDOT/NYCDOT |
| Install Roadside Vegetation | $5M | Improves near-road air quality by pollutant capture from ~2,000 trees or ~20,000 shrubs | Based on final analysis and community input | Specific locations would be determined with the affected communities after toll rate is decided | TBTA/NYSDOT/ NYCDOT/NYC Parks |
| Renovate Parks & Greenspace in EJ Communities | $15M | Increased green space/ improved park(s) help with overall community well-being | Based on final analysis and community input | Specific locations would be determined with the affected communities after toll rate is decided | NYC Parks |
| **Health Initiatives** | **$35M** | | | | |
| Install Air Filtration Units in Schools Near Highways | $10M | Remove air pollutants from classrooms | Based on final analysis and community input | After the toll rate is decided, site/needs assessment would take place prior to start of tolling operations | TBTA |
| Asthma Case Management Program & Center | $25M | Bronx Asthma Clinic, program expansion to K-8 schools, health data upgrades | Based on final analysis and community input | After the toll rate is decided, site/needs assessment would take place prior to start of tolling operations | NYC |
| **Street and Traffic Initiatives** | **$5M** | | | | |
| Expand NYCDOT Off-Hours Deliveries Program (non-CBD locations) | $5M | Safety benefit resulting from reduced truck traffic during the day | Based on final analysis and community input | Engagement with shippers and receivers would start after the toll rate is decided | NYCDOT |
| **TOTAL** | **$130M** | | | | |

1) Except for charging infrastructure, the funding source for all initiatives is CBDTP program revenues.
2) This slide does not represent the full set of mitigation and investment measures committed to for this Project.

DRAFT, Pre-decisional and deliberative

   

8

FHWA-0000121

# Discussion

**Thoughts on the investments?**

**Would you prioritize anything differently?**

**Other suggestions?**

DRAFT, Pre-decisional and deliberative

 U.S. Department of Transportation
Federal Highway Administration

 NEW YORK STATE | Department of Transportation

 MTA Bridges and Tunnels

 NEW YORK CITY DOT

9

FHWA-0000122

# Central Business District Tolling Program
## Environmental Justice Technical Advisory Group – Meeting #7
## January 12, 2023



### Discussion of CBDTP Effects and Proposed Mitigations and Enhancements

DRAFT, Pre-decisional and deliberative






FHWA-0000123

# Status of the Environmental Review Process

**Review of comments**

- Drafted responses for nearly 40 Frequently Received Comments, over 21,000 specific comments, and more than 50,000 form letter submissions
- Incorporated additional information, based on comments, into portions of the document

**More detailed assessment of effects of the Program in EJ communities**

- Developed new Technical Memo – "Considerations for Environmental Justice Communities with Existing Pollution and Health Burdens"

**Refinement of package of investments**

- Formulated package of mitigation and enhancement measures to meaningfully address areas of concern

DRAFT, Pre-decisional and deliberative

  

2

FHWA-0000124

# What's Changing

## Taxi and FHV Drivers

- Project Sponsors will commit to not tolling taxi or FHVs more than once per day for CBDTP

## Low-Income Drivers

- More specificity provided on timing and which drivers are eligible for different mitigation

## Traffic Increases in EJ Communities

- Tech memo that describes pre-existing burdens at the 80th percentile for air pollutants and, separately (i.e., 'or'), the 66.66th percentile for chronic diseases, with discussion, before focusing mitigation on the 90th percentile for mitigation

   
FHWA-0000125

# Technical Memorandum

## Purpose

- Describe how and why traffic/truck traffic, contributes to pollutant burdens, and the association between these burdens and health outcomes

- Provide broader context (e.g., past land use policies) related to trends in pollutant emissions and associated health outcomes

- Identify census tracts within the EJ Study Area that are already overburdened and would experience increased or decreased traffic/truck traffic and resulting emissions due to the CBDTP

## Findings

- Some EJ communities beyond the CBD would benefit from the Project

- Some EJ communities that are already overburdened could experience additional traffic, along with associated air pollutants.

- After reviewing comments, obtaining input from the EJ TAG, and in recognition of historical burdens, a package of mitigation and enhancement measures to address this project-related traffic effect is merited

   

FHWA-0000126

# Summary of Sources and Methodology

## Additional Data Sources

- Pollutant burdens:     USEPA's EJScreen
- Health burdens:     CDC's Environmental Justice Index (EJI); State/ local health department data (NJ, NY, NYC)

## Methods – Key Features

- Use of "truck traffic proximity" to gauge exposure to increased traffic*
- No thresholds to screen out increases in traffic exposure (i.e., 'one truck is too many')
- No distinction between air pollutant or health burden indicators for discussion of effects
- Use of White House Council on Environmental Quality (CEQ) and Justice40 Initiative precedent to guide mitigation
- Use of Tolling Scenario E for discussion.**

*All motor vehicles produce air pollutants, but emissions from trucks are of particular concern for near-road air quality because exhaust from diesel engines contains a mixture of gases and solid particles, broadly referred to as diesel particulate matter Furthermore, concerns about project-generated increases in truck traffic in EJ communities were specifically raised during early outreach efforts.

**Truck diversions occur in every tolling scenario. Tracts with pre-existing air pollutant and chronic disease burdens that would benefit from reduced traffic, and those affected by increased traffic would vary somewhat, but the identified communities remain largely the same across Tolling Scenarios. Under Tolling Scenario G, Fort Lee would not experience increases.

   

# Air Toxics Respiratory Hazards (EJ & Non-EJ Communities)

**Pre-Existing Air Toxics Respiratory Hazards Index**

The air toxics respiratory hazards index for the 10-County EJ Study Area is among the highest in the nation, across both EJ and non-EJ communities.



Source: EJScreen 2021 data
Note: Percentiles are national

DRAFT, Pre-decisional and deliberative

   

6

FHWA-0000128

# Diesel Particulate Matter (EJ & Non-EJ Communities)

Diesel particulate matter burdens are also very high across the entire 10-County EJ Study Area, for both EJ and non-EJ communities, within and beyond the Central Business District.



**Diesel Particulate Matter**

95 - 100 percentile
90 - 95 percentile
80 - 90 percentile
70 - 80 percentile
60 - 70 percentile
50 - 60 percentile
Less than 50 percentile
Data not available

Source: EJScreen 2021 data
Note: Percentiles are national

DRAFT, Pre-decisional and deliberative






FHWA-0000129

# Historical Pollutant and Health Burdens

**Pre-Existing Pollutant Burdens in EJ Census Tracts**   **Pre-Existing Chronic Disease Burdens in EJ Census Tracts**



Combined Number of Pre-Existing Pollutant Burdens at or above the 80th Percentile


- 1
- 2
- 3

*Source: USEPA National Air Toxics Assessment (NATA) 2017 and Agency Air
Quality System 2018 via EJScreen 2021 data*
*Note: Percentiles are national; though four pre-existing pollutant indicators were
included in analysis, no tract is at or above the 80th percentile for all four*

Combined Number of Pre-Existing Chronic Disease Burdens at or above the 66.66th Percentile


- 1
- 2 - 3
- 4 - 5

*Source: CDC PLACES Estimates 2020 via EJI 2022 data*
*Note: Percentiles are national*

DRAFT, Pre-decisional and deliberative

 U.S. Department of Transportation
**Federal Highway Administration**

 **NEW YORK STATE** Department of Transportation

**Bridges and Tunnels**

 **NEW YORK CITY DOT**

8

FHWA-0000130

# Historical Burdens and Potential Project Effects



**Pre-Existing Pollutant or Health Burdens in EJ Census Tracts**

**Potential Change in Highway Truck Traffic Proximity in EJ Census Tracts, Tolling Scenario E (24-hr period)**

Combined Number of Pre-Existing Chronic Disease Burdens at or above the 66.66th Percentile or Number of Pre-Existing Pollutant Burdens at or above the 80th Percentile

1 - 2   3 - 4   5 - 6   7 - 8

*Source: USEPA National Air Toxics Assessment (NATA) 2017 and Agency Air Quality System 2018 via EJScreen 2021 data; CDC PLACES Estimates 2020 via EJI 2022 data*
*Note: Percentiles are national*

Truck Traffic Proximity Change (Equivalent at 300 m, Approx. 1,000 ft Away)

Increase
1 - 99 trucks
100 - 1,000
> 1,000

Decrease
1 - 99 trucks
100 - 1,000
> 1,000

*Source: BPM*

DRAFT, Pre-decisional and deliberative






9

FHWA-0000131

# Historical Burdens and Potential Project Effects

**EJ Census Tracts with Pre-Existing Pollutant Indicators At or Above the 80th Percentile That Could Experience Truck Traffic Increases or Decreases (Tolling Scenario E)**

**EJ Census Tracts with Pre-Existing Chronic-Disease Indicators At or Above the 66.66th Percentile That Could Experience Truck Traffic Increases or Decreases (Tolling Scenario E)**



*Source: USEPA National Air Toxics Assessment (NATA) 2017 and Agency Air Quality System 2018 via EJScreen 2021 data; BPM*

*Source: CDC PLACES Estimates 2020 via EJI 2022 data; BPM*

DRAFT, Pre-decisional and deliberative






10

FHWA-0000132

## EJ Communities That Could Experience Truck Traffic Proximity <u>Decreases</u> (Tolling Scenario E)

| County | Community | Number of Tracts by Number of Pre-Existing Pollutant (80th Percentile) or Chronic Disease Burdens (66.66th Percentile) | | | |
|---|---|---|---|---|---|
| | | 1-2 | 3-4 | 5-6 | 7 |
| Bronx, NY | Crotona - Tremont | | | 1 | 4 |
| | Fordham - Bronx Park | | | 1 | |
| | High Bridge - Morrisania | | | 2 | 1 |
| | Hunts Point - Mott Haven | | | 1 | |
| | Kingsbridge - Riverdale | | 3 | 3 | 1 |
| Kings, NY | Borough Park | | 1 | | |
| | Downtown  - Heights - Slope | | 1 | | |
| New York, NY | Chelsea - Clinton | | 1 | | |
| Queens, NY | Flushing - Clearview | | 2 | | |
| | Fresh Meadows | | 2 | | |
| | Jamaica | | | 2 | |
| | Ridgewood - Forest Hills | | 4 | 1 | |
| | Southwest Queens | | | 2 | |
| | West Queens | | 5 | 1 | |
| Hudson, NJ | Jersey City | | 2 | | |
| | Union City | | 2 | 1 | |
| Essex, NJ | Newark | | 2 | 1 | 6 |
| Union, NJ | Union | | 2 | | |
| Nassau, NY | Hempstead | | | 1 | |





FHWA-0000133

## EJ Communities That Could Experience Truck Traffic Proximity <u>Increases</u> (Tolling Scenario E)

| County | Community | Number of Tracts by Number of Pre-Existing Pollutant (80th Percentile) or Chronic Disease Burdens (66.66th Percentile) | | | | Highway | Daily Truck Volume | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1-2 | 3-4 | 5-6 | 7 | | No Action (AADT) | Change (AADT) | Change (%) |
| Bronx, NY | Crotona - Tremont | | | 11 | 5 | Cross Bronx Expwy | 21,819 | 168 | 1% |
| | High Bridge - Morrisania | | 3 | | 1 | Cross Bronx Expwy | 21,819 | 168 | 1% |
| | Hunts Point - Mott Haven | 1 | | 6 | 4 | Major Deegan & Bruckner Expwys | 7,618 | 874 | 11% |
| | | | | | | Approach to RFK Bridge | 9,868 | 1,339 | 14% |
| | Northeast Bronx | | | 1 | | New England Thruway | 13,640 | 191 | 1% |
| | Pelham - Throgs Neck | | 5 | 7 | 5 | Cross Bronx Expwy Ext. | 9,580 | 398 | 4% |
| | | | | | | Throgs Neck Expwy | 4,194 | 50 | 1% |
| | | | | | | Bruckner Expwy | 5,624 | 277 | 5% |
| Kings, NY | Bensonhurst - Bay Ridge | | 2 | | | Gowanus Expwy | 5,614 | 329 | 6% |
| | Downtown Brooklyn – Fort Greene | | 5 | | 3 | Brooklyn Queens Expwy | 14,107 | 891 | 6% |
| | South Williamsburg | | 2 | 5 | | Brooklyn Queens Expwy | 15,762 | 878 | 6% |
| | Sunset Park | | 13 | 2 | | Gowanus Expwy | 5,031 | 310 | 6% |
| New York, NY | East Harlem | | | 1 | 1 | Approach to RFK Bridge | 1,513 | 1,556 | 103% |
| | Randall's Island | | | | 1 | RFK Bridge on Randall's Island | 12,432 | 3,170 | 25% |
| | Washington Heights - Inwood | | 1 | 2 | | Trans-Manhattan Expwy | 15,217 | 336 | 2% |
| Queens, NY | Bayside - Little Neck | | 5 | | | Clearview Expwy | 12,029 | 485 | 4% |
| | Flushing - Clearview | | 2 | | | Clearview Expwy | 14,332 | 631 | 4% |
| | | | | | | Whitestone Expwy | 7,118 | 378 | 5% |
| | Jamaica | | 2 | 2 | | Van Wyck Expwy | 8,876 | 303 | 3% |
| | Long Island City - Astoria | | 6 | 1 | | Grand Central Pkwy | 9,935 | 2,522 | 25% |
| | | | | | | Brooklyn Queens Expwy | 12,572 | 1,982 | 16% |
| | | | | | | Long Island Expwy | 4,446 | 217 | 5% |
| | Ridgewood - Forest Hills* | | 1 | | | Long Island Expwy | 11,851 | (116) | -1% |
| | Southeast Queens | | 2 | | | Clearview Expwy | 7,649 | 59 | 1% |
| | Southwest Queens | | | 2 | | Van Wyck Expwy | 7,264 | 12 | 0.2% |
| | West Queens | | 9 | | | Long Island Expwy | 4,446 | 217 | 5% |
| | | | | | | Brooklyn Queens Expwy | 8,657 | 1,696 | 20% |
| Richmond, NY | Port Richmond | | 2 | | | MLK Expwy | 3,023 | 339 | 11% |
| | Stapleton - St. George | | 1 | | | Staten Island Expwy | 4,354 | 403 | 9% |

*Note: *Truck traffic proximity increases in this census tract, even though AADT shows a decrease*

DRAFT, Pre-decisional and deliberative

   

FHWA-0000134

# EJ Communities That Could Experience Truck Traffic Proximity <u>Increases</u> (Tolling Scenario E)

| County | Community | Number of Tracts by Number of Pre-Existing Pollutant (80th Percentile) or Chronic Disease Burdens (66.66th Percentile) | | | | Highway | Daily Truck Volume | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1-2 | 3-4 | 5-6 | 7 | | No Action (AADT) | Change (AADT) | Change (%) |
| Bergen, NJ | Hackensack | | 1 | | | I-80 | 15,034 | 208 | 1% |
| | Ridgefield Park Village | | 1 | | | US-46 | 3,202 | 195 | 6% |
| | Fort Lee | | 1 | 1 | | I-95 | 21,427 | 368 | 2% |
| | | | | | | N Bergen Blvd | 6,499 | 312 | 5% |
| | | | | | | NJ Rt 4 | 12,413 | 35 | 0.3% |
| | Palisades Park | | 1 | | | US 1-9-46 | 2,854 | 344 | 12% |
| | Lodi | | 1 | | | I-80 | 9,976 | 164 | 2% |
| | | | | | | NJ Rt 17 | 9,387 | 345 | 4% |
| | | | | | | US-46 | 4,420 | 13 | 0.3% |
| | Paramus | | 1 | | | NJ Rt 17 | 8,858 | 333 | 4% |
| | | | | | | NJ Rt 4 | 7,300 | 3 | 0.04% |
| | Ridgefield | | 1 | | | I-95 | 10,644 | 266 | 2% |
| | | | | | | US-9 | 2,905 | 48 | 2% |
| Essex, NJ | East Orange | | | | 1 | I-280 | 2,840 | 59 | 2% |
| | Newark | | | 3 | 3 | McCarter Hwy | 6,381 | 17 | 0.3% |
| | | | | | | I-280 | 6,425 | 117 | 2% |
| | West Orange | | 1 | | | I-95 | 5,618 | 116 | 2% |
| | City of Orange | | | | 2 | I-280 | 5,722 | 115 | 2% |
| Hudson, NJ | Bayonne | | 4 | | | NJ Rt 440 | 7,432 | 443 | 6% |
| | Harrison | | 2 | | | I-280 | 6,951 | 118 | 2% |
| | Jersey City | | 5 | | | Tonnelle Ave | 4,461 | 540 | 12% |
| | | | | | | NJ Rt 139 | 3,571 | 207 | 6% |
| | Kearny | | 1 | | | I-280 | 6,954 | 107 | 2% |
| | | | | | | NJ Rt 9 | 11,481 | 359 | 3% |
| Nassau, NY | North Hempstead | | 2 | | | Long Island Expwy | 7,744 | 3 | 0.04% |

DRAFT, Pre-decisional and deliberative

   

FHWA-0000135

# Distribution of Effects

The 10-County EJ Study Area is comprised of 3,107 census tracts, of which 2,193 are EJ communities and 914 are non-EJ communities.

| | Direction of Highway Truck Traffic Proximity Changes | Number of Tracts with Pre-Existing Air Pollutant OR Chronic Disease Burdens Within 300 Meters of a Highway* | | | % of Community Type Affected | |
|---|---|---|---|---|---|---|
| | | Non-EJ | EJ | Total | Non-EJ | EJ |
| **At 80th OR 66.66th Percentile** | Decrease | 23 | 56 | **79** | 19% | 18% |
| | No Change | 49 | 101 | **150** | 40% | 32% |
| | Increase | 51 | 154 | **205** | 41% | 50% |
| | **TOTAL** | **123** | **311** | **434** | | |

*Includes only tracts with population; excludes 6 tracts with an estimated population of 0

   
FHWA-0000136

# Addressing Effects – Mitigation Needs

**Pre-Existing Pollutant Burdens in EJ Census Tracts**        **Pre-Existing Chronic Disease Burdens in EJ Census Tracts**



Combined Pollutant Burden Indicators At or Above the 90th Percentile

*Source: USEPA National Air Toxics Assessment (NATA) 2017 and Agency Air Quality System 2018 via EJScreen 2021 data*
*Note: Percentiles are national; though four pre-existing pollutant indicators were included in analysis, no tract is at or above the 90th percentile for all four*

Combined Chronic Health Burden Indicators At or Above the 90th Percentile

*Source: CDC PLACES Estimates 2020 via EJI 2022 data*
*Note: Percentiles are national; though four pre-existing pollutant indicators were included in analysis, no tract is at or above the 90th percentile for all five*

DRAFT, Pre-decisional and deliberative

  

15

FHWA-0000137

# Areas Identified for Potential Mitigation

**EJ Census Tracts with Either Pre-Existing Pollutant or Chronic Disease Indicators At or Above the 90th Percentile That Could Experience Truck Traffic Increases or Decreases (Tolling Scenario E)**

**Potential effects of truck diversions in the study area (in both EJ and non-EJ communities), including those communities with pre-existing pollutant and/or health burdens, will be mitigated by non-location-specific measures designed to decrease diversions and the polluting effects of trucks on the highway network.**

Potential Project Effect (Scenario E)

■ Truck Traffic Proximity Decrease

■ Truck Traffic Proximity Increase

Sources: USEPA National Air Toxics Assessment (NATA) and Agency Air Quality System via EJScreen 2021 data; CDC PLACES Estimates 2020 via EJI 2022 data; BPM

Notes:
Percentiles are national

Census tract populations vary from 1,200 – 8,000 with an optimum size of 4,000 (US Census Bureau); larger census tracts are less dense, and populations may be concentrated in specific areas

In the densely-developed NYC Metro area, physically larger census tracts include non-residential uses such as Industrial Business Zones (IBZs), cemeteries, golf courses, airports, etc.

DRAFT, Pre-decisional and deliberative






16

FHWA-0000138

## EJ Communities That Could Experience Truck Traffic Proximity <u>Decreases</u> (Tolling Scenario E)

| County | Community | Number of Tracts by Number of Pollutant or Chronic Disease Burdens (90th Percentile) | | | |
|---|---|---|---|---|---|
| | | 1-2 | 3-4 | 5-6 | 7 |
| Bronx, NY | Crotona - Tremont | | 2 | 3 | |
| | Fordham - Bronx Park | | 1 | | |
| | High Bridge - Morrisania | | 1 | 2 | |
| | Hunts Point - Mott Haven | | | 1 | |
| | Kingsbridge - Riverdale | | 6 | 1 | |
| Kings, NY | Borough Park | | 1 | | |
| | Downtown  - Heights - Slope | | 1 | | |
| New York, NY | Chelsea - Clinton | | 1 | | |
| Queens, NY | Flushing - Clearview | 2 | | | |
| | Fresh Meadows | 1 | 1 | | |
| | Jamaica | 2 | | | |
| | Ridgewood - Forest Hills | | 5 | | |
| | Southwest Queens | 2 | | | |
| | West Queens | | 6 | | |
| Essex, NJ | Newark | | 3 | 5 | 1 |
| Hudson, NJ | Jersey City | 1 | 1 | | |
| | Union City | | 3 | | |
| Union, NJ | Union | 2 | | | |
| Nassau, NY | Hempstead | 1 | | | |

DRAFT, Pre-decisional and deliberative






FHWA-0000139

## EJ Communities That May Need Mitigation (Tolling Scenario E)

| County | Community | Number of Tracts by Number of Pre-Existing Pollutant or Chronic Disease Burdens (90th Percentile) | | | | Highway | Daily Truck Volume | | |
| | | 1-2 | 3-4 | 5-6 | 7 | | No Action (AADT) | Change (AADT) | Change (%) |
|---|---|---|---|---|---|---|---|---|---|
| Bronx, NY | Crotona - Tremont | | 10 | 6 | | Cross Bronx Expwy | 21,819 | 168 | 1% |
| | High Bridge - Morrisania | | 2 | 2 | | Cross Bronx Expwy | 21,819 | 168 | 1% |
| | Hunts Point - Mott Haven | | 4 | 7 | | Major Deegan & Bruckner Expwys | 7,618 | 874 | 11% |
| | | | | | | Approach to RFK Bridge | 9,868 | 1,339 | 14% |
| | Northeast Bronx | | | 1 | | New England Thruway | 13,640 | 191 | 1% |
| | Pelham - Throgs Neck | 2 | 10 | 5 | | Cross Bronx Expwy Ext. | 9,580 | 398 | 4% |
| | | | | | | Throgs Neck Expwy | 4,194 | 50 | 1% |
| | | | | | | Bruckner Expwy | 5,624 | 277 | 5% |
| Kings, NY | Bensonhurst - Bay Ridge | 1 | 1 | | | Gowanus Expwy | 5,614 | 329 | 6% |
| | Downtown Brooklyn – Fort Greene | | 5 | 3 | | Brooklyn Queens Expwy | 14,107 | 891 | 6% |
| | South Williamsburg | | 3 | 4 | | Brooklyn Queens Expwy | 15,762 | 878 | 6% |
| | Sunset Park | | 15 | | | Gowanus Expwy | 5,031 | 310 | 6% |
| New York, NY | East Harlem | | | 2 | | Approach to RFK Bridge | 1,513 | 1,556 | 103% |
| | Randall's Island | | | | 1 | RFK Bridge on Randalls Island | 12,432 | 3,170 | 25% |
| | Washington Heights - Inwood | | 3 | | | Trans-Manhattan Expwy | 15,217 | 336 | 2% |
| Queens, NY | Bayside - Little Neck | 5 | | | | Clearview Expwy | 12,029 | 485 | 4% |
| | Flushing - Clearview | 1 | 1 | | | Clearview Expwy | 14,332 | 631 | 4% |
| | | | | | | Whitestone Expwy | 7,118 | 378 | 5% |
| | Jamaica | 4 | | | | Van Wyck Expwy | 8,876 | 303 | 3% |
| | Long Island City - Astoria | | 7 | | | Grand Central Pkwy | 9,935 | 2,522 | 25% |
| | | | | | | Brooklyn Queens Expwy | 12,572 | 1,982 | 16% |
| | | | | | | Long Island Expwy | 4,446 | 217 | 5% |
| | Ridgewood - Forest Hills* | | 1 | | | Long Island Expwy | 11,851 | (116) | -1% |
| | Southeast Queens | 2 | | | | Clearview Expwy | 7,649 | 59 | 1% |
| | Southwest Queens | 2 | | | | Van Wyck Expwy | 7,264 | 12 | 0.2% |
| | West Queens | | 9 | | | Long Island Expwy | 4,446 | 217 | 5% |
| | | | | | | Brooklyn Queens Expwy | 8,657 | 1,696 | 20% |
| Richmond, NY | Port Richmond | 2 | | | | MLK Expwy | 3,023 | 339 | 11% |
| | Stapleton - St. George | 1 | | | | Staten Island Expwy | 4,354 | 403 | 9% |

*Note: *Truck traffic proximity increases in this census tract, even though AADT shows a decrease.*






FHWA-0000140

# EJ Communities That May Need Mitigation (Tolling Scenario E)

| County | Community | Number of Tracts by Number of Pre-Existing Pollutant or Chronic Disease Burdens (90th Percentile) | | | | Highway | Daily Truck Volume | | |
|--------|-----------|-----|-----|-----|---|---------|-----------|-----------|-----------|
| | | 1-2 | 3-4 | 5-6 | 7 | | No Action (AADT) | Change (AADT) | Change (%) |
| Bergen, NJ | Fort Lee* | | 2 | | | I-95 | 21,427 | 368 | 2% |
| | | | | | | N Bergen Blvd | 6,499 | 312 | 5% |
| | | | | | | NJ Rt 4 | 12,413 | 35 | 0.3% |
| | Hackensack | 1 | | | | I-80 | 15,034 | 208 | 1% |
| | Ridgefield Park Village | | 1 | | | US-46 | 3,202 | 195 | 6% |
| | Palisades Park | | 1 | | | US 1-9-46 | 2,854 | 344 | 12% |
| | Lodi | 1 | | | | I-80 | 9,976 | 164 | 2% |
| | | | | | | NJ Rt 17 | 9,387 | 345 | 4% |
| | | | | | | US-46 | 4,420 | 13 | 0.3% |
| | Paramus | 1 | | | | NJ Rt 17 | 8,858 | 333 | 4% |
| | | | | | | NJ Rt 4 | 7,300 | 3 | 0.04% |
| | Ridgefield | | 1 | | | I-95 | 10,644 | 266 | 2% |
| | | | | | | US-9 | 2,905 | 48 | 2% |
| Hudson, NJ | Bayonne | 4 | | | | NJ Rt 440 | 7,432 | 443 | 6% |
| | Harrison | | 2 | | | I-280 | 6,951 | 118 | 2% |
| | Jersey City | 2 | 3 | | | Tonnelle Ave | 4,461 | 540 | 12% |
| | | | | | | NJ Rt 139 | 3,571 | 207 | 6% |
| | Kearny | 1 | | | | I-280 | 6,954 | 107 | 2% |
| | | | | | | NJ Rt 9 | 11,481 | 359 | 3% |
| Nassau, NY | North Hempstead | 1 | 1 | | | Long Island Expwy | 7,744 | 3 | 0.04% |

*Under Tolling Scenario G, Fort Lee would not experience increases.*

   
FHWA-0000141

# Traffic Increases in EJ Communities – *New Mitigation Package*

| Investment Commitments *if a tolling structure is adopted that increases truck traffic in EJ communities identified* | 5-Year Funding | Benefit and Result of Mitigation | Relevant Location(s) | Timing | Implementation |
|---|---|---|---|---|---|
| **Direct Avoidance of Truck/Traffic Increases** | **$30M+** | | | | |
| Lower Overnight Toll Rate ($ truck/rdtrp transit others) | $30M+ | Potential to minimize/avoid truck diversions | All | Concurrent with Project implementation | TBTA |
| **Emissions and Greenspace Initiatives** | **$60M** | | | | |
| Replacement of Refrigeration Units (TRUs or "Reefer Trucks") at Hunts Point Market | $30M | Major NOx and $PM_{2.5}$ reductions from the replacement of ~100 TRUs | Hunts Point | Engagement with TRU owners would start after toll rate decided | NYSERDA/NYCDOT |
| Expand NYC Clean Trucks Voucher Program | | NOx and $PM_{2.5}$ reductions from ~600 new clean trucks | All | Engagement with companies would start after toll rate decided | NYCDOT |
| Electric Truck Charging Infrastructure | $10M | NOx and $PM_{2.5}$ reductions from electric vehicles using 12 new chargers at 3 stations) | Based on final analysis | Specific locations would be determined after toll rate decided; ... rations | NYSDOT/NYCDOT |
| Install Roadside Vegetation | $5M | Improves near-road air quality by pollutant capture from ~2,000 trees or ~20, shrubs | | ...fected | TBTA/NYSDOT/ NYCDOT/NYC Parks |
| Renovate Parks & Greenspace in EJ Communities | $15M | Increased green space/ improved park(s) help with overall community well-being | | ...fected | NYC Parks |
| **Health Initiatives** | **$35M** | | | | |
| Install Air Filtration Units in Schools Near Highways | $10M | Remove air pollutants from classrooms | | ...nt would take | TBTA |
| Asthma Case Management Program & Center | $25M | Bronx Asthma Clinic, program expansion to K-8 schools, health data upgrades | | ...nt would take | NYC |
| **Street and Traffic Initiatives** | **$5M** | | | | |
| Expand NYCDOT Off-Hours Deliveries Program (non-CBD locations) | $5M | Safety benefit resulting from reduced truck traffic during the day | Based on final analysis and community input | Engagement with shippers and receivers would start after the toll rate is decided | NYCDOT |
| TOTAL | $130M | | | | |

**Lower overnight tolls, cleaner trucks, and increased off-hours deliveries would mitigate effects across the study area**

1) Except for charging infrastructure, the funding source for all initiatives is CBDTP program revenues.
2) This slide does not represent the full set of mitigation and investment measures committed to for this Project.

DRAFT, Pre-decisional and deliberative






U.S. Department of Transportation
Federal Highway Administration

NEW YORK STATE Department of Transportation

MTA Bridges and Tunnels

NEW YORK CITY DOT

20

FHWA-0000142

# Areas Identified for Place-Based Investment

**EJ Census Tracts with Pre-Existing Pollutant and Chronic Disease Indicators at/above 90th Percentile with Potential Truck Traffic Proximity Increases (Tolling Scenario E)**



**Combined Number of Pre-Existing Pollutant and Chronic Disease Burdens**

- 2 – 3 Indicators at or above the 90th percentile
- 4 – 5 Indicators at or above the 90th percentile
- 6 – 7 Indicators at or above the 90th percentile

*Sources: USEPA National Air Toxics Assessment (NATA) and Agency Air Quality System via EJScreen 2021 data; CDC PLACES Estimates 2020 via EJI 2022 data; BPM*

Notes:
Percentiles are national
Census Tract 3009, Nassau County not shown.
Potential truck volume increases and decreases on roadways within the tract would ultimately cancel each other out and result in no change of truck traffic proximity for the residential populations within the tract.

   
FHWA-0000143

# Communities Identified for Place-Based Investment (Tolling Scenario E)

| County | Community | No. of Tracts by No. Pre-Existing Pollutant, Chronic Disease Burdens (90th Percentile) | | | Highways | Daily Truck Volume | | |
|---|---|---|---|---|---|---|---|---|
| | | 2-3 | 4-5 | 6-7 | | No Action (AADT) | Change (AADT) | Change (%) |
| Bronx, NY | High Bridge - Morrisania and Crotona - Tremont | | 16 | 2 | Cross Bronx Expwy | 21,819 | 168 | 1% |
| | Hunts Point - Mott Haven/Pelham - Throgs Neck | | 11 | 3 | Bruckner Expwy | 5,624 | 277 | 5% |
| | Hunts Point - Mott Haven | | 1 | 2 | Major Deegan & Bruckner Expwys | 7,618 | 874 | 11% |
| | | | | 1* | Approach to RFK Bridge | 9,868 | 1,339 | 14% |
| | Pelham - Throgs Neck | | 1 | | Throgs Neck Expwy | 4,194 | 50 | 1% |
| | | | 1 | | Cross Bronx Expwy Ext. | 9,580 | 398 | 4% |
| | Northeast Bronx | | 1 | | New England Thruway | 13,640 | 191 | 1% |
| New York, NY | East Harlem | | | 2 | Approach to RFK Bridge | 1,513 | 1,556 | 103% |
| | Randall's Island | | | 1 | RFK Bridge on Randall's Island | 12,432 | 3,170 | 25% |
| Kings, NY | Downtown Brooklyn – Fort Greene | | | 3 | Brooklyn Queens Expwy | 14,107 | 891 | 6% |
| | South Williamsburg | | 3 | 1 | Brooklyn Queens Expwy | 15,870 | 853 | 5% |
| Essex, NJ | Orange – East Orange – Newark | 2 | 3 | 1 | I-280 | 6,106 | 116 | 2% |
| Bergen, NJ | Fort Lee** | | 1 | | I-95 / George Washington Bridge | 14,768 | 195 | 1% |

*Census Tract 27.01, Bronx County, immediately north of junction btw bridge approach and Bruckner Expwy; tract also counted in row for Major Deegan & Bruckner Expwys above
**Tracts with pre-existing air pollutant and chronic disease burdens that would benefit from reduced traffic, and those affected by increased traffic would vary somewhat, but the identified communities remain largely the same across Tolling Scenarios. Under Tolling Scenario G, Fort Lee would not experience increases.

   
FHWA-0000144

# Traffic Increases in EJ Communities – *New Mitigation Package*

| Investment Commitments<br>*if a tolling structure is adopted that increases truck traffic in EJ communities identified* | 5-Year Funding | Benefit and Result of Mitigation | Relevant Location(s) | Timing | Implementation |
|---|---|---|---|---|---|
| **Direct Avoidance of Truck/Traffic Increases** | **$30M+** | | | | |
| Lower Overnight Toll Rate ($ truck/rdtrp transit others) | $30M+ | Potential to minimize/avoid truck diversions | All | Concurrent with Project implementation | TBTA |
| **Emissions and Greenspace Initiatives** | **$60M** | | | | |
| Replacement of Refrigeration Units (TRUs or "Reefer Trucks") at Hunts Point Market | $30M | Major NOx and $PM_{2.5}$ reductions from the replacement of ~100 TRUs | Hunts Point | Engagement with TRU owners would start after toll rate decided | NYSERDA/NYCDOT |
| Expand NYC Clean Trucks Voucher Program | | NOx and $PM_{2.5}$ reductions from ~600 new clean trucks | All | Engagement with companies would start after toll rate decided | NYCDOT |
| Electric Truck Charging Infrastructure | $10M | NOx and $PM_{2.5}$ reductions from electric vehicles using 12 new chargers (at 3 stations) | Based on final analysis and community input | Specific locations would be determined after toll rate decided; Implementation within 6 mos of start of tolling operations | NYSDOT/NYCDOT |
| Install Roadside Vegetation | $5M | Improves near-road air quality by pollutant capture from ~2,000 trees or ~20, shrubs | Based on final analysis and community input | Specific locations would be determined with the affected communities after toll rate is decided | TBTA/NYSDOT/ NYCDOT/NYC Parks |
| Renovate Parks & Greenspace in EJ Communities | $15M | Increased green space/ improved park(s) help with overall community well-being | Based on final analysis and community input | Specific locations would be determined with the affected communities after toll rate is decided | NYC Parks |
| **Health Initiatives** | **$35M** | | | | |
| Install Air Filtration Units in Schools Near Highways | $10M | Remove air pollutants from classrooms | Based on final analysis and community input | After the toll rate is decided, site/needs assessment would take place prior to start of tolling operations | TBTA |
| Asthma Case Management Program & Center | $25M | Bronx Asthma Clinic, program expansion to K-8 schools, health data upgrades | Based on final analysis and community input | After the toll rate is decided, site/needs assessment would take place prior to start of tolling operations | NYC |
| **Street and Traffic Initiatives** | **$5M** | | | | |
| Expand NYCDOT Off-Hours Deliveries Program (non-CBD locations) | $5M | Safety benefit resulting from reduced truck traffic during the day | Based on final analysis and community input | Engagement with shippers and receivers would start after the toll rate is decided | NYCDOT |
| **TOTAL** | **$130M** | | | | |

1) Except for charging infrastructure, the funding source for all initiatives is CBDTP program revenues.
2) This slide does not represent the full set of mitigation and investment measures committed to for this Project.

DRAFT, Pre-decisional and deliberative

   

23

# Study Area-Wide Mitigation to Address Affects on EJ Communities

**Lower Overnight Toll Rate to Reduce Diversions Across All Scenarios - ~$30M**
- Reduces incentive to by-pass CBD thus reducing diversions across the study area
- Overnight large truck tolls between $7 and $41 would be significantly reduced

**Expand NYC Clean Trucks Voucher Program - ~$28M**
- Funds conversion of old, dirty trucks to electric, hybrid, or clean diesel (cost depends on size and fuel type)
- Convert ~600 trucks to remove ~1 ton of PM2.5 and ~30 tons of NOx per year
- Trucks must be associated with a NYC Industrial Business Zone and do 70% of mileage in the tri-state area, tracked for compliance

**Expand NYCDOT Off-hours Delivery Program - $5M**
- Air quality and safety benefit resulting from reduced truck traffic during the day
- Helps receivers shift deliveries to off hours to make use of lower overnight toll rates

   

FHWA-0000146

# Place-Based Mitigation Measures to Address Most Burdened EJ Communities

## Replace Truck Refrigeration Units (TRUs) at Hunts Point Market - $2M

- $17,500 per TRU
- Replace 100 dirtiest units
- As much as 21 tons NOx and 2.5 tons PM2.5 reduction per year

## Electric Truck Charging Infrastructure - $10M

- $2.8M per charging station - each station, includes four 150kW chargers and one 350kW charger
- Creates necessary enabling environment for zero-emissions vehicle adoption

## Install Roadside Vegetation - $5M

- Identify specific communities to benefit from targeted plantings along roadways
- If properly designed, vegetation barriers can improve near-road air quality

## Renovate Parks and Greenspaces - $15M

- Identify specific location(s) for enhancements or upgrades

DRAFT, Pre-decisional and deliberative

   

FHWA-0000147

# Place-Based Mitigation Measures to Address Most Burdened EJ Communities (continued)

### Install Air Filtration Units in Schools Near Highways - $10M

- Modeled after NYCDOE upgrades to Lehman High School in the Bronx to reduce air quality impacts from proximity to Hutchinson River Parkway

- All-in unit cost ~$400K per high school, $300K per middle school, and $250K per elementary school (25 – 40 schools depending on size)

### Fund Asthma Case Management Program & Center - $25M

- Bronx Asthma Center would be modeled after NYC DOHMH's East Harlem Asthma Center of Excellence (EHACE), $2M annual cost.

- Office School of Health's (OSH) Asthma Case Management Program (ACMP) program can be expanded to 25 schools, $2.7M annual cost.

- Industry-wide standard for health data storage, querying, and electronic data exchange can be set up for $400K for years

- Outcomes from EHACE's counselor program reported a 50% reduction in hospitalizations, a 56% decrease in ED visits, significant decreases in the number of days and nights with asthma symptoms, along with reductions in missed school days related to asthma, for program participants.



   

FHWA-0000148

# Discussion

**Thoughts on the investments?**

**Would you prioritize anything differently?**

**Other suggestions?**

   

FHWA-0000149

# Central Business District Tolling Program
## Final Environmental Assessment (EA)
## May 2023



## Changes Included in the Final EA

   

FHWA-0000150

# What is the Central Business District (CBD) Tolling Program?

A vehicular tolling program to reduce traffic congestion in the Manhattan CBD

As defined in the New York State MTA Reform and Traffic Mobility Act, vehicles would be charged a daily toll for entering or remaining in the Manhattan CBD, which is south of, and inclusive of 60th Street in Manhattan, excluding:

- The Franklin D. Roosevelt (FDR) Drive and the West Side Highway/Route 9A

- The Battery Park Underpass and any surface roadway portion of the Hugh L. Carey Tunnel connecting to West Street

After covering CBD Tolling Program-related capital and operating expenses, revenues collected would fund projects in the MTA 2020-2024 Capital Program and successor capital programs.



Map of Manhattan's Central Business District Tolling Program Area

   

2

FHWA-0000151

# What would the benefits be?

 Reduced vehicular traffic in and near the Manhattan CBD

 Improved travel times within the Manhattan CBD, including for buses, emergency vehicles, and deliveries

 New source of local, recurring capital funding for subways, trains, and buses

 Improved regional air quality

   

3

FHWA-0000152

# Project Purpose, Need, Objectives

## Purpose

To reduce traffic congestion in the Manhattan CBD in a manner that will generate revenue for future transportation improvements, pursuant to acceptance into FHWA's Value Pricing Pilot Program (VPPP)

## Need

- To reduce vehicle congestion in the Manhattan CBD

- To create a new local, recurring funding source for MTA's Capital Projects

## Objectives

- Reduce daily vehicle-miles traveled (VMT) within the Manhattan CBD by at least 5 percent

- Reduce the number of vehicles entering the Manhattan CBD daily by at least 10 percent

- Create a funding source for capital improvements and generate sufficient annual net revenues to fund $15 billion for capital projects for the MTA Capital Program

- Establish a tolling program consistent with the purposes underlying the New York State legislation entitled the MTA Reform and Traffic Mobility Act

   

FHWA-0000153

# Alternatives Evaluated in the EA

## No Action Alternative

- No program to toll vehicles in the Manhattan CBD

- No comprehensive plan to reduce Manhattan CBD congestion

- No annual, recurring funding for MTA capital programs

## CBD Tolling "Action" Alternative

- Implement a tolling program, consistent with the Mobility Act, to toll vehicles entering or remaining in the Manhattan CBD

- Install tolling infrastructure, tolling system equipment, and signage within and near the Manhattan CBD

- Generate funds for MTA capital investments in subways, buses, and commuter railroads

   

5

FHWA-0000154



# Final Environmental Assessment






6

FHWA-0000155

# Unprecedented Amounts of Community Engagement

**23 federal, state, local, and regional agencies; 5 Tribal Nations**

**Ads placed in 36 publications 9 languages; print/digital formats**



**19 early outreach sessions, incl 9 sessions focused on EJ communities**
- Nearly 400 speakers
- More than 14,000 views

**6 public hearings during the public comment period**
- Over 550 speakers
- More than 11,200 views

**7 meetings of the Environmental Justice Technical Advisory Group**

**3 meetings of the Environmental Justice Stakeholder Working Group**

**Additional meetings with agencies and others as requested**

**In total, we received more than 22,000 individual comments and more than 55,000 form letter submissions**






7

FHWA-0000156

# We Listened, We Heard, and We Responded

## Review and response to comments

- Listened to and/or read, and drafted responses to 39 Frequently Received Comments, over 22,000 individual comments, and more than 55,000 form letter submissions
- Incorporated additional analysis and mitigation measures, based on comments, into portions of the document

## Additional assessment of effects on EJ communities

- Developed new Technical Memo – "Considerations for Environmental Justice Communities with Existing Pollution or Health Burdens"
- Added new Appendix related to low-income frequent drivers

## Refinement of package of investments

- Modified and expanded the package of mitigation and enhancement measures



   

8

FHWA-0000157

# What's New in the Chapters?

## New chapters and appendices, with particular focus on EJ and comments

- Foreword
- Appendix 17D, "Technical Memorandum: Considerations for Environmental Justice Communities with Existing Pollution or Health Burdens"
- Appendix 17E, "Approach to Mitigating the Effect of CBD Tolls on Low-Income Frequent Drivers"
- Appendix 18: 18A "Responses to Frequently Received Comments"; 18B "Index of All Submissions; 18C Comments and Responses; 18D "Form Letter Submissions"

## Chapters and appendices with changes or added content

- Executive Summary
- Chapter 16, "Summary of Effects"
- Chapter 17, "Environmental Justice"
- Chapters 2, 3, 4A, 5C, 6, 10; Appendices 4A.3, 19

## How will I know what changed?

- Changes in the document are identified with brackets and bold, italic font *[like this]*
- Where figures or entire tables have been changed, the title of the figure or table is shown *[like this]*

   

FHWA-0000158

# What Mitigation Is the Same or More Detailed?

## Mitigation and enhancement measures that remain the same

- **EJ communities:** Prioritizing depots located in and serving Bronx and Upper Manhattan EJ communities for zero-emission buses
- **EJ communities:** Coordination to improve bus service in EJ communities identified in the EA as the Brooklyn and Manhattan Redesigns progress
- **EJ population – low-income drivers:** Tax credit for CBD residents with adjusted gross income less than $60k; posting of information related to the tax credit and links with information on how to claim the credit; elimination of the $10 E-ZPass tag deposit fee; enhanced promotion of existing plans and discounts; outreach and education on eligibility for transit discounted fare products

## Mitigation and enhancement measures with additional detail

- **Monitoring plans:** Added detail on timelines for monitoring pre- and post-implementation, thresholds that will require the identified mitigation action, and timing for when those actions will occur (3 highway segments; 4 local intersections; 6 transit station elements)
- **Ongoing project monitoring and reporting of potential effects:** Added commitment to use an *adaptive* management approach to monitoring the efficacy of mitigation and adjustments.

## Mitigation and enhancement measures with more frequency

- **Air quality monitoring:** In addition to more clarity on the monitoring plan, added additional commitment: *"Following the initial two-year post implementation analysis period, and separate from ongoing monitoring and reporting, the Project Sponsors will assess the magnitude and variability of changes in air quality to determine whether more monitoring sites are necessary."*
- **EJ Community Group:** Will meet sooner (first meeting prior to Project implementation) and more frequently (quarterly)






FHWA-0000159

# What Are the New Mitigation Commitments?

## Low-Income Drivers

- For five years, TBTA commits to a Low-Income Discount Plan for frequent low-income drivers who will benefit from a 25% discount on the full CBD E-ZPass toll rate for the applicable time of day after the first 10 trips in each calendar month (excluding the overnight period)

## Small Businesses

- Project sponsors commit to establishing a Small Business Working Group that will meet six months prior to, and six months after the beginning of tolling operations, and annually thereafter

## Taxi and FHV Drivers

- TBTA will ensure that taxis or FHVs are not tolled more than once per day for the CBDTP

## Traffic in EJ Communities

- TBTA will ensure that the overnight toll for trucks and other vehicles is reduced to at or below 50% of the peak toll from at least 12:00am to 4:00am; this will also benefit trucks and low-income drivers who travel during this time
- A new package of regional and place-based mitigation that focuses on emissions, greenspace, health, and traffic (as detailed on the next slide)

   

FHWA-0000160

# New Regional and Place-Based Mitigation Measures ($155 million/5 years*)

| MITIGATION MEASURES | BENEFIT AND RESULT OF MITIGATION | 5-YEAR FUNDING | RELEVANT LOCATION(S) | FUNDING SOURCE | IMPLEMENTATION LEAD |
|---|---|---|---|---|---|
| **Regional Mitigation** | | | | | |
| Further reduced overnight toll | Minimize/avoid truck diversions | $30 million | 10-county environmental justice study area | CBD Tolling Program | TBTA |
| Expand NYC Clean Trucks Program | NOx and PM$_{2.5}$ reductions from ~500 new clean trucks | $20 million | | CBD Tolling Program | NYCDOT |
| Expand NYCDOT Off-Hours Delivery Program | Safety and emissions reduction benefits resulting from reduced truck traffic during the day | $5 million | | CBD Tolling Program | NYCDOT |
| **Place-Based Mitigation** | | | | | |
| Toll vehicles traveling northbound on the FDR Drive that exit at East Houston Street and then travel southbound on FDR Drive | 25 to 35 percent of the non-truck traffic increases on the FDR Drive could be mitigated | N/A | FDR Drive between the Brooklyn Bridge and East Houston Street | N/A | TBTA |
| Replacement of Transport Refrigeration Units (TRUs) at Hunts Point Produce Market | Major NOx and PM2.5 reductions from the replacement of up to 1,000 TRUs | $15 million | Hunts Point | MTA CMAQ Program | NYCDOT |
| Implement Electric Truck Charging Infrastructure | NOx and PM2.5 reductions from electric vehicles using 35 new chargers (at seven stations) | $20 million | After toll rates are set, a process that includes both additional analyses and community input will take place to determine specific locations | $10 million Federal CRP + $10 million CBD Tolling Program | NYSDOT |
| Install Roadside Vegetation to Improve Near-Road Air Quality | Improves near-road air quality by pollutant capture from ~4,000 trees and ~40,000 shrubs | $10 million | | CBD Tolling Program | TBTA with Relevant State and Local Agencies |
| Renovate Parks and Greenspace in Environmental Justice Communities | Increases overall community well-being. 2-5 park/ greenspace renovations depending on size and complexity. | $25 million | | CBD Tolling Program | TBTA with Relevant State and Local Agencies |
| Install Air Filtration Units in Schools Near Highways | Removes air pollutants from classrooms. 25-40 schools depending on school size and complexity of existing HVAC system. | $10 million | | CBD Tolling Program | TBTA with Relevant State and Local Agencies |
| Establish Asthma Case Management Program and Bronx Center | Reduces hospitalizations and doctor visits, decreases days and nights with symptoms and missed school days – program expansion up to 25 schools | $20 million | | CBD Tolling Program | NYC DOHMH |

*An additional $5 million is allocated for mitigation and enhancement measures related to monitoring across other topics, along with $47.5 million for the low-income discount program, for a total of $207.5 million over 5 years.






FHWA-0000161

# NEPA Final Steps



**Prepare EA**

**Public review & comment period on EA**

**30-day availability period for Final EA and FHWA's draft Finding of No Significant Impact (FONSI)**

**Early Public Outreach**

**Notify agencies, organizations, & individuals of EA availability**

**Determine whether action will result in significant effects**

**Decision Document Finalized**

| 2021 | Jan 2022 | Mar 2022 | May 2022 | Jul 2022 | Aug 2022 | Sep 2022 | Nov 2022 | Jan 2023 | Mar 2023 | Apr 2023 | May 2023 |






13

FHWA-0000162

# Tracking Sheet for Suggested Mitigation Strategies

FHWA-0000163

| Group | Suggested Mitigations | Category | Proposed by | Additional Notes |
|---|---|---|---|---|
| EJTAG | Cap Cross Bronx Expressway | Emissions Reduction | NYC-EJA, WE ACT | |
| EJTAG | Clean streets of unused construction materials | Street and Traffic Improvements | WE ACT | , particularly 125th Street in East Harlem which has construction materials along the sidewalk, and provide rat control services |
| EJTAG | Create Green Loading Zones and Cool Corridors | Emissions Reduction | NYC-EJA | |
| EJTAG | Electrify of the Hunts Point Food Market | Emissions Reduction | NYC-EJA | |
| EJTAG | Establish a marine freight terminal in Hunts Point | Street and Traffic Improvements | NYC-EJA, South Bronx Unite | |
| EJTAG | Establish an Asthma Clinic in Harlem | Health and Community Programs | WE ACT | |
| EJTAG | Expand green roofs in Northern Manhattan | Emissions Reduction | WE ACT | |
| EJTAG | Fund after school programs in East Harlem and South Bronx | Health and Community Programs | WE ACT | |
| EJTAG | Fund the expansion of parks and recreation centers in DACs | Health and Community Programs | WE ACT | |
| EJTAG | Fund the expansion of the Be a Buddy Program for home-bound elderly in DACs | Health and Community Programs | WE ACT | |
| EJTAG | Implement expanded sidewalk lanes along 125th street in East Harlem | Street and Traffic Improvements | WE ACT | |
| EJTAG | Implement off-set bus lanes along 125th street in East Harlem | Transit Improvements | WE ACT | |
| EJTAG | Implement programs for people with disabilities that have trouble accessing public transportation | Health and Community Programs | WE ACT | |
| EJTAG | Improve infrastructure for pedestrians (especially those with disabilities) | Street and Traffic Improvements | WE ACT | |
| EJTAG | Improve the signal service for the MTA | Transit Improvements | WE ACT | |
| EJTAG | Include local art projects | Street and Traffic Improvements | WE ACT | |
| EJTAG | Increase bus select service in Northern Manhattan | Transit Improvements | WE ACT | |
| EJTAG | Increase large / street / roadside trees | Emissions Reduction | WE ACT | Increase large trees along 125th street between the RFK bridge where we will see increased traffic, and Park Avenue where the 2nd Avenue subway is being built

Increase street trees in heat vulnerable neighborhoods such as East Harlem, Central Harlem, and South Bronx

Install roadside green infrastructure, trees, and hedges along the Cross Bronx Expressway, Major Deegan Expressway, and 125th Street exit from Robert F Kennedy Bridge |
| EJTAG | Install covered bus stops | Transit Improvements | WE ACT | |
| EJTAG | Introduce bioswales and permeable pavers along East Harlem 125th St and the waterfront to improve stormwater management and surface runoff | Street and Traffic Improvements | WE ACT | |
| EJTAG | Introduce bus transit signal priority to optimize traffic signal timing | Transit Improvements | WE ACT | |
| EJTAG | Introduce dedicated freight truck off-peak loading zones in place of street parking where needed to decrease double parking on 125th and 126th Streets | Street and Traffic Improvements | WE ACT | |
| EJTAG | Introduce no standing signage and improve traffic enforcement under the Park Avenue Viaduct and at station entry | Street and Traffic Improvements | WE ACT | |
| EJTAG | Introduce off-board fare collection and all-door boarding | Transit Improvements | WE ACT | |
| EJTAG | Introduce right-turn pockets at bus lanes for heavy intersections such as 125th Street and Park Avenue | Street and Traffic Improvements | WE ACT | |
| EJTAG | Make MTA free, starting with income-eligible individuals | Toll and Fare Policy | WE ACT | |
| EJTAG | Make public buses free, starting with children and adults over 75 years of age | Toll and Fare Policy | WE ACT | |
| EJTAG | Mass deployment of charging equipment in DACS for MHDVs | Emissions Reduction | WE ACT | |
| EJTAG | Minimize off-street parking requirements for new developments | Street and Traffic Improvements | WE ACT | |
| EJTAG | Once-per-day limit on the number of tolls per day for taxis | Toll and Fare Policy | WE ACT | |
| EJTAG | Pay for permanent caretakers through NYC Parks Department for 125th Street tree maintenance | Street and Traffic Improvements | WE ACT | |
| EJTAG | Prioritize bus electrification in DACs | Emissions Reduction | WE ACT | |
| EJTAG | Prioritize DACs for ensuring subway station accessibility | Transit Improvements | WE ACT | |
| EJTAG | Replace NYPA Peaker Power Plants with renewable energy plus battery storage | Emissions Reduction | NYC-EJA | |
| EJTAG | Select a scenario that has the fewest daily vehicle trips increase in the South Bronx and East Harlem | Toll and Fare Policy | WE ACT | |
| EJTAG | Stop development of new warehouses in The Bronx | Emissions Reduction | WE ACT | |
| EJTAG | Toll discount for carpoolers | Toll and Fare Policy | NAACP | |
| EJTAG | Toll discount for electric vehicles | Toll and Fare Policy | NAACP | |
| EJTAG | Toll trips occurring completely within the CBD | Toll and Fare Policy | NAACP | |
| EJTAG | Upgrade Kingsbridge Depot, Gun Hill Depot, and Manhattanville Depot to be LEED certified | Emissions Reduction | WE ACT | |

| Group | Suggested Mitigations | Category | Proposed by |
|---|---|---|---|
| EJSWG | Exempt all disabled persons / vehicles making Access-a-Ride trips / wheelchair-accessible taxis and FHVs | Toll and Fare Policy | New York Lawyers for the Public Interest |
| EJSWG | Exempt low-income drivers | Toll and Fare Policy | New York Lawyers for the Public Interest |
| EJSWG | Exempt medical trips | Toll and Fare Policy | United Jewish Organizations |
| EJSWG | Exempt motorcycles | Toll and Fare Policy | Cheryl Stewart Riders Against Congestion, EJSWAG and Anuranjan Pegu, EJSWAG |
| EJSWG | Host ongoing public input into the process of choosing, implementing, and adjusting specific tolling scenarios | Toll and Fare Policy | New York Lawyers for the Public Interest |
| OTHER | "Greening Hunts Point Terminal Market" by retiring 1,000 diesel refrigeration truck units (emission reduction) | Emissions Reduction | Rep Torres |
| OTHER | Adjust toll rate based on periodic studies of traffic and delays | Toll and Fare Policy | Long Island City Partnership |
| OTHER | Advance regional strategies to move towards renewable energy | Emissions Reduction | US EPA |
| OTHER | Allow small businesses to claim an increased deduction on state taxes (toll policy or other) | Toll and Fare Policy | Long Island City Partnership |
| OTHER | Appoint a board to be accountable for program achievements and coordinate with other agency projects (other) | Other | Trucking Association of New York |
| OTHER | Cap Cross Bronx Expressway (emission reduction) | Emissions Reduction | BP Gibson |
| OTHER | Cap Cross Bronx Expressway (emission reduction) | Emissions Reduction | Natural Resources Defense Council |
| OTHER | Cap Cross Bronx Expressway (emission reduction) | Emissions Reduction | Rep Torres |
| OTHER | Conduct continuous air quality monitoring (emission reduction) | Emissions Reduction | Rep Torres |
| OTHER | Consider a plan for credits, discounts and/or exemptions for patients seeking any medical care within the CBD | Toll and Fare Policy | NYU Langone |
| OTHER | Consult the EJTAG during tolling scenario selection, implementation, and after implementation of an action, and meet quarterly to track and communicate progress (other) | Other | US EPA |
| OTHER | Convert local bus depots to electric vehicles (emission reduction) | Emissions Reduction | Natural Resources Defense Council |
| OTHER | Create Green Loading Zones and Cool Corridors (emission reduction) | Emissions Reduction | Natural Resources Defense Council |
| OTHER | Create Green Loading Zones and Cool Corridors (emissions reduction) | Emissions Reduction | Environmental Defense Fund |
| OTHER | Electrification of the Hunts Point Food Market | Emissions Reduction | Environmental Defense Fund |
| OTHER | Electrification of the Hunts Point Food Market | Emissions Reduction | Natural Resources Defense Council |
| OTHER | Encourage EV truck usage and increase charging infrastructure | Emissions Reduction | Tech:nyc |
| OTHER | Enforcement mechanism to hold State accountable on mitigation measures | Other | Rep Torres |
| OTHER | Establish a marine freight terminal in Hunts Point (street and traffic improvements) | Street and Traffic Improvements | Environmental Defense Fund |
| OTHER | Exempt trucks making food deliveries within the CBD | Toll and Fare Policy | New York State Restaurant Association |
| OTHER | Exempt zero and near-zero emission commercial vehicles from tolls | Emissions Reduction | UPS |
| OTHER | Exemption for taxi & FHV drivers | Toll and Fare Policy | Black Car Fund |
| OTHER | Exemption for taxi & FHV drivers | Toll and Fare Policy | Independent Drivers Guild (IDG) |
| OTHER | Exemption for taxi & FHV drivers | Toll and Fare Policy | Yellow Cab Association |
| OTHER | Exemption for taxi & FHV drivers | Toll and Fare Policy | University Transportation Research Center |
| OTHER | Exemption for taxi & FHV drivers | Toll and Fare Policy | Chamber of Progress |
| OTHER | Exemption for taxi & FHV drivers | Toll and Fare Policy | Tech:nyc |
| OTHER | Exemption for vehicles used to provide social services | Toll and Fare Policy | Coalition for the Homeless |
| OTHER | Exemption for vehicles used to provide social services | Toll and Fare Policy | Human Services Council |
| OTHER | Free bus service across city or impacted Bx EJ areas (fare policy or toll/fare policy) | Toll and Fare Policy | BP Gibson |
| OTHER | Incentivize renewable energy use for building upgrades (Bronx-wide) (emissions reduction) | Emissions Reduction | BP Gibson |
| OTHER | Incorporate Project design elements that were not carried forward as reasonable alternatives as design elements or mitigation measures to ensure that impacts do not cause significant effects on the human environment (other) | Other | US EPA |
| OTHER | Install green infrastructure components to reduce pollution and extreme heat | Emissions Reduction | US EPA |
| OTHER | Once-a-day cap for taxis & FHVs | Toll and Fare Policy | Black Car Fund |
| OTHER | Once-a-day cap for taxis & FHVs | Toll and Fare Policy | Madison Avenue BID |

| | | | |
|---|---|---|---|
| OTHER | Pass legislation removing barriers to EV charging siting | Emissions Reduction | BP Gibson |
| OTHER | Preventing concentration of last-mile delivery warehouses at the Harlem River Yards | Other | Rep Torres |
| OTHER | Prioritize zero-emission buses for service in areas of significant EJ concerns adversely impacted by the Project, including public and private transit providers other than the MTA (emission reduction) | Emissions Reduction | US EPA |
| OTHER | Promote the electrification of trucks including at the Hunts Point Market | Emissions Reduction | US EPA |
| OTHER | Provide opportunities for EV charging investments across the city | Emissions Reduction | BP Gibson |
| OTHER | Replacing NYPA Peaker Power Plants with renewable energy plus battery storage | Emissions Reduction | Environmental Defense Fund |
| OTHER | Replacing NYPA Peaker Power Plants with renewable energy plus battery storage | Emissions Reduction | Natural Resources Defense Council |
| OTHER | Toll discount for small businesses | Toll and Fare Policy | Long Island City Partnership |
| OTHER | Toll exemption for agricultural vehicles transporting farm products in the central business district | Toll and Fare Policy | New York Farm Bureau(NYFB) |
| OTHER | Transition private and public transportation fleets to zero-emission | Emissions Reduction | American Lung Association |
| OTHER | Waive all tolls upfront for low-income drivers residing both within and outside the CBD OR set tolls dependent on income level | Toll and Fare Policy | US EPA |
| OTHER | Widely advertise reduced tolling for residents and low-income drivers to ensure qualified populations are able to take advantage of these benefits | Toll and Fare Policy | US EPA |
| Project Sponsors | Enforce truck route restrictions in the Bronx | Street and Traffic Improvements | Project Sponsors |
| Project Sponsors | Expand the NYC Clean Trucks Program | Emissions Reduction | Project Sponsors |
| Project Sponsors | Free overnight (toll policy) | Toll and Fare Policy | Project Sponsors |
| Project Sponsors | Invest in truck charging in the South Bronx | Emissions Reduction | Project Sponsors |
| Project Sponsors | Low-income driver program (toll policy and I think it's above already) | Toll and Fare Policy | Project Sponsors |
| Project Sponsors | Pearl Street modification on FDR Drive (street and traffic improvement) | Street and Traffic Improvements | Project Sponsors |

FHWA-0000166