# Appendix B - Post Final EA FONSI

# Environmental Justice Community Group

Tracking of Invitation and Availability - Page 2

Presentation to Environmental Justice Community Group December 17, 2024 - Page 3

Notes from EJCG Dec. 17, 2024 Meeting - Page 19

Invitations to Elected Officials to Engage in the Consultation on Place-Based Mitigation - Page 24

# Tracking of Invitation and Availability

| Organization | Tues 12/10 11:00am - 12:30pm | Thurs 12/12 3:00pm - 4:30pm | Tues 12/17 1:00pm - 2:30pm | Status Update |
|---|---|---|---|---|
| ALIGN | | | | |
| Chhaya | | | | |
| El Puente | | | | |
| NAACP - Metropolitan Council Region, NY | | | | **Email was undeliverable** |
| New Jersey Environmental Justice Alliance | | | | |
| New York City Environmental Justice Alliance | | X | X | Kevin Garcia RSVP |
| South Bronx Unite | | | | |
| UPROSE | | X | | Elizabeth and Sebastian sebastian@uprose.org |
| WE ACT for Environmental Justice | | | | |
| GOLES | | | | |
| National Action Network | | | X | Steffie Bartley |
| Community Voices Heard | | | | |
| Youth Ministries for Peace and Justice (YMPJ) | | | | |
| Hispanic Federation | | | Declined | |
| Asian American Federation | | | | |
| Make the Road New York | | | | **Email was undeliverable** |
| NAACP - Long Island Region | | | | |
| NAACP - NJ State Conference | | | | **Email was undeliverable** |
| New York Urban League | | | | |
| The Point CDC | | | | |
| Urban League of Bergen County | | | | **Email was undeliverable** |
| Urban League of Essex County | | | | |
| Urban League of Hudson County | | | | |
| Urban League of Union County | | | | |
| WE STAY/Nos Quedamos | | | X | |
| Ironbound Community Corporation | | | | |
| Neighborhood Initiatives Development Corporation | | | | |
| The HOPE Program (formerly Sustainable South Bronx) | | | | |
| South Ward Environmental Alliance | | | | **Email was undeliverable** |
| Urban Indigenous Collective | | | | |
| American Indian Community House | X | | X | Patricia Tarrant RSVP |
| United Jewish Organizations of Williamsburg and North Brooklyn | X | X | X | Slava Rar RSVP |
| Staten Island Urban Center | | | | |
| ERASE Racism New York | | | | |
| Northern New Jersey Community Foundation | | | | |

# Presentation to Environmental Justice Community Group
# December 17, 2024

FHWA-0000169



# Central Business District Tolling Program

## Environmental Justice Community Group

 **Bridges and Tunnels**

December 2024

Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement

# The Problem

**Congestion Costs New Yorkers**

- Since 2010, travel speeds have decreased by 23% from 9.2 mph to just 7.1 mph.

- According to the Mayor's Management Report, ambulance response times have increased steadily due to traffic, putting lives at risk.

**Transit Needs Investment**

- Transit is as essential to New York as air and water. We can't function without it.

- 85% of all workers who commute to Manhattan below 60 St take transit.



 **Bridges and Tunnels**

Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement

FHWA-0000171

# The Solution

## Congestion Pricing

- In 2019, the State Legislature passed a law directing the MTA to implement the Central Business District Tolling Program (CBDTP) in partnership with NYCDOT and NYSDOT (aka the Project Sponsors).

- Charging a toll to vehicles entering the Congestion Relief Zone (CRZ) will both **reduce traffic congestion** and **raise revenue for critical investments in transit**.



 **Bridges and Tunnels**

Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement

FHWA-0000172

# Transit Improvements

## $15 B in Capital Improvements

| $2 B | 20+ station accessibility improvements |
|---|---|
| $3 B | Signal upgrades along the ACBDFM lines |
| $3 B | Second Avenue Subway extension to East Harlem |
| $1.5 B | New railcars |
| $500 M | New electric buses and charging infrastructure |
| $5 B | State of Good Repair projects |







**Bridges and Tunnels**

Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement

FHWA-0000173

# Where We've Been, Where We Are Going

Bridges and Tunnels

Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement

# Final Toll Rates

## Passenger Vehicles, Motorcycles and Trucks

- Tolls are charged as vehicles enter the CRZ – not for exiting or staying within the zone.

- Passenger vehicles & motorcycles are tolled no more than once daily, charged based on first entry into the CRZ. Other vehicles are charged every time they enter.

- Peak period runs from 5am to 9pm Mon-Fri, and 9am to 9pm Sat-Sun. Overnight tolls rates are 75% less.

| Phase 1 (2025-2027) | E-ZPass Rate | | Tolls by Mail Rate | |
|---|---|---|---|---|
| Vehicle Type | Peak | Overnight | Peak | Overnight |
| Passenger Vehicles *(Sedans, pickup trucks, SUVs, minivans, small vans)* | $9.00 | $2.25 | $13.50 | $3.30 |
| Motorcycles | $4.50 | $1.05 | $6.75 | $1.65 |
| Small trucks (single-unit, box trucks), Charter buses | $14.40 | $3.60 | $21.60 | $5.40 |
| Large trucks (multi-unit trucks), Tour buses | $21.60 | $5.40 | $32.40 | $8.10 |



**Bridges and Tunnels**

Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement

FHWA-0000175

# Discount & Exemption Plans

**Certain drivers or vehicles may qualify for these discount and exemption plans:**

- Low-Income Discount Plan (LIDP)

- Individual Disability Exemption Plan (IDEP)

- Organizational Disability Exemption Plan (ODEP)

- Emergency Vehicle Exemption Plan (EVEP)

- Commuter Bus Exemptions Plan (CoBEP)

- Specialized Government-Owned Vehicles Exemption Plan (SGOVEP)

More information at congsetionreliefzone.mta.info/discounts



 **Bridges and Tunnels**

Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement

FHWA-0000176

# Mitigations for Low-Income Drivers

**To ensure CBDTP does not result in a potential disproportionately high and adverse impact on low-income drivers who have no other reasonable alternative to driving, the Project Sponsors committed to the following:**

- There will be a tax credit for CBD residents with a household State Adjusted Gross Income (AGI) under $60K.

- The $10 E-ZPass tag deposit for customers without credit card backup has been eliminated.

- Enhanced promotion of existing E-ZPass payment and plan options.

- Education and outreach on existing discounted transit fare programs.



**Bridges and Tunnels**

Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement

FHWA-0000177

# AQ Monitoring & Reporting

## Six additional real-time PM2.5 monitoring sites funded by CBDTP

- Hamilton Bridge

- Mott Haven

- Port Richmond

- Cross Bronx Expwy

- FDR Drive Expwy

- Van Wyck Expwy



 **Bridges and Tunnels**

Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement

# Mitigations – Regional

**$55M in funding dedicated to the following regional mitigation measures:**

- $30 M – Deeply reduced overnight toll (-75%)

- $20 M – Expansion of the NYC Clean Trucks Program

- $5 M – Expansion of the NYC DOT Off-Hours Delivery Program



 **Bridges and Tunnels**

Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement

FHWA-0000179

# Mitigations – Place-Based

**$100M in funding dedicated to the following place-based mitigation measures:**

- $0 – Toll northbound vehicles exiting the FDR Drive at East Houston Street

- $15 M – Replace Transport Refrigeration Units (TRUs)

- $20 M – Implement Electric Truck Charging Infrastructure

- $10 M – Install Roadside Vegetation

- $25 M – Renovate Parks and Greenspaces

- $10 M – Install Air Filtration Units in Schools Near Highways

- $20 M – Establish Asthma Case Management Program and Bronx Center



**MTA Bridges and Tunnels**

Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement

FHWA-0000180

# Mitigations – Environmental Justice Communities

## 13 communities identified:

New York

- Crotona - Tremont
- High Bridge - Morrisania
- Hunts Point - Mott Haven
- Northeast Bronx
- Pelham - Throgs Neck

- Downtown Brooklyn–Fort Greene
- South Williamsburg
- East Harlem
- Randall's Island

New Jersey

- Fort Lee
- City of Orange

- East Orange
- Newark



Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement

FHWA-0000181

# Mitigations – Siting Methodology

## Past and Ongoing Steps

✓ Identify Communities for Place-Based Mitigation

→ Analyze Existing Conditions in Communities and Assess Suitability of Mitigation Measures

→ Engage with Relevant Agencies

→ Engage with the Environmental Justice Community Group





**Bridges and Tunnels**

Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement

FHWA-0000182

# Mitigations – Siting Next Steps

## Upcoming Steps

- Continue coordination with implementing agencies to determine site feasibility

- Refine distribution of potential sites to ensure equitable allocation

- Develop mitigation plan with community input



**Bridges and Tunnels**

Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement

# Q&A

- Do you have any unanswered questions or concerns about how the program will work?

- In the chat, let us know:

    - How can the Project Sponsors better communicate important features of this program to the communities your organizations represent?

    - What would you like to discuss at the next EJCG meeting, which will be scheduled within 6 months after Go-Live?

 **Bridges and Tunnels**

Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement

# Notes from EJCG Dec. 17, 2024 Meeting

| | |
|---|---|
| **DATE PREPARED** | 1/03/25 |
| **PREPARED BY** | Marta Antonio |
| **SUBJECT** | **EJCG Meeting Notes** |
| **MEETING DATE** | 12/ 17/24 |
| **LOGISTICS** | Virtual |

**Attendees**

| Name | Affiliation |
|---|---|
| Nichola Angel | Vice President of Tolling Strategy, MTA |
| Paul Friman | General Counsel, TBTA |
| Dr. Rosalynn Green | Deputy Chief Diversity and Inclusion officer, MTA |
| Zulema Robinson | Senior Director of BOS & Exemptions, MTA B&T |
| Nathanael Rotsko | Acting Director of Strategy and Stakeholder Engagement, MTABT |
| Tanisa Phillips | Senior Strategic Analyst, MTA TBTA |
| Danny Randall | Assistant Director for Government and Community Relations MTA HQ |
| Naomi Renek | Senior Advisor, Federal Policy, MTA |
| Deb Nelson | Office of Policy, Planning and Performance State- NYSDOT |
| Catherine Leslie | Office of Policy, Planning and Performance State- NYSDOT |
| Will Carry | Assistant Commissioner for Policy- NYCDOT |
| Rami Metal | Director of Strategic Engagement NYCDOT |
| Patrick Smith | Director of New Mobility on the policy – NYCDOT |
| Rick Marquis | FHWA |
| Kevin Garcia | Senior Transportation Planner- New York City Environmental Justice Alliance. |
| Michael Johnson | South Bronx Unite |
| Oscar Damos | We Stay |
| Melissa Miles | Executive Director- New Jersey Environmental Justice Alliance |
| Anne Castillo | El Puente Le Williamsburg. |

**Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement**

<u>Follow-Up Items</u>

- The presentation will be shared along with digital marketing tools.

<u>Discussion Notes</u>

<u>QNA:</u>

1. Question: Is there some sort of graphic chart or table that shows the projected uptick in emissions for the tolling structure now versus what the mitigation measures will reduce? (Kevin Garcia)

**Answer**: So, the emissions is discussed in the EA, and I can get back to you on exact numbers if I can find them. But the mitigations are more about environmental justice communities. There are no emissions thresholds or air quality thresholds that are being exceeded by this project. So, you know, sometimes in environmental review, you know, say that there's some sort of factory being built, you know, there might be, you know, some emissions from that. This isn't the case here. So, these emissions are, are these mitigations are dedicated to communities that sort of, you know, where we're acknowledging have these historic burdens, chronic, you know, burdens. And, and then they also have the potential to have additional truck traffic. And the mitigations are more meant for the community rather than the specific, you know, emissions number. That said, just something as much as, you know, just one of the mitigations like replacing the TRUS is going to have such an incredible benefit, you know, which we'll we're you know, we're expecting to far outweigh any additional trucks. So really sort of broad benefits to a really wide community, you know, rather than sort of like specific locations. (Nathanael Rotsko)

2. Question: If I'm not sure if the dashboard website is live yet, but if a link can be shared with that, but you know, how are the locations chosen and are these new like locations that are going to be monitored? ... if these are new locations where there have not been air quality monitors beforehand, are we going to be able to compare before, you know, the program begins versus when after the program, you know, starts? (Kevin Garcia)

**Answer:** So DOHMH had an existing air quality program where they were monitoring the whole city, and the monitors were spread out to the city. So, they could really understand other than just at that one location kind of regionally how things were, you know, where there were, there were issues. The six additional that is funded by the congestion pricing. Those went online earlier this spring and those have been reporting since. So, I, I don't have the link on me, but if you go to the city's it's called, environmental and health data. (Nathanael Rotsko)

<mark>3. Question: You know, I'd just like, I'd like more details about that and figure out how we can support that the engagement. You know what the thoughts are around the projects, if that's something that's going to be discussed with community? (Melissa Miles)</mark>

**Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement**

FHWA-0000186

**Answer:** As I mentioned, we've just started reaching out to the four communities in New Jersey that are eligible for these mitigation measures. And, you know, we've reached out to mayors, we're starting to reach out to school boards, whoever. But when it comes time to actually, you know, engaging the community or just, you know, maybe, you know, facilitating conversations with people in New Jersey, Melissa, we'd actually love, you know, if we can reach out to folks like you to to help with that. And that goes to any of these communities. So, the mitigations are still being, you know, where the measures are going to be implemented or can be implemented is still being figured out just for, you know, talking to all the different agencies. But in New Jersey, there is eligibility for renovation of parks and green space as well as the roadside vegetation. Also, communities there is eligibility for air filtration in schools. So, as we move past the January 5th go live date, we're going to continue to refine the sighting methodology. We're going to continue to engage with these communities and you know, keep them updated on this. (Nathanael Rotsko)

4. Question: I see there's a monitor in Mott Haven and you're monitoring PM 2.5, but you're not monitoring the gases. Is there a reason why not the COSNOS and also black carbon of although all those are found including close proximity to traffic and even? (Mychal Johnson)

**Answer:** I was just going to say, I, should have mentioned there are also black carbon monitors that we're working to get online as well. Those are not real time. I'm just showing the real time PM to the black carbon monitors. They need to be deployed for I believe it's two weeks every quarter and they are not a real time thing. They come back to the lab and those results are being analyzed and those will be included in the formal report that will be issued. As far as the other, you know, the other pollutants you mentioned, we, you know, we're not experts in this. So, we partnered with DOHMH. You know, they're, they have these ongoing programs that, you know, we're able to tap into because instead of starting from scratch, we're able to build on something that's already existing. But also, because, as Kevin was saying, it sort of shows compares apples, you know, across time. You know, we can see what the air quality look like before the program and then we can report, you know, if there's changes over time. (Nathanael Rotsko)

Part A: So, are they monitoring the gases or just PM 2.5? (Mychal Johnson)

**Answer:** The only ones I am familiar with are PM 2.5 and black carbon. I just don't know if they are monitoring for others. I can try to; I can try to track that down though. State Dec has mobile monitoring been taking place for a long time. They have data. We have a number about four dozen air quality miners deployed in the My Haven area that's publicly facing data that some of which a large portion is gas monitors as well as PM. (Nathanael Rotsko) In addition to these real time PM 2.5 monitoring sites, which are in addition to the existing network. So this is additive on top of what the Department of Health and Mental Health Hygiene also has the New York City Community Air Survey, which is the network of local community air quality monitors, which I believe will be part of the air quality monitoring for this program, includes obviously defined particulates, but also nitrogen dioxide, nitric oxide and sulfur dioxide. If you'd like, we can also circle back up with our colleagues at DOHMH to get to get you further details on the locations of the monitors and all the specific pollutants to be tracked. (Will Carry)

**Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement**

Part B: Have you all monitored that situation and could in areas that you see there will be diversions according to your, since those already diversions already taking place, how are they, how's the cumulative impact on the proposed diversions you all are proposing in these areas like Mott Haven? ... I mean, you know, we are of course we're at the foot of the Triborough Bridge or the RFK where folks are coming from upstate diverting into our community to get around that toll to get to Manhattan. And then they're coming off of Willis Ave. Bridge from Manhattan and the FDR to, to go to the Bruckner Expressway via our roads, our inner streets to avoid going across the Triborough Bridge again to hit the toll. So, I think I'm sure you all have monitored that. I'd just love, love to see the data on that and of also how that will interact with the diversion that you already exist. Are you already proposing or see that will probably hit this our community as well in this in response to the CBD? (Mychal Johnson)

**Answer:** So, first, just about diversions, the higher the toll, the more diversions will happen. So, at that, you know, you know, I'm sure a lot of you know that we studied a variety of different scenarios ranging from $9 to $23. The $23 toll had the high, high number of diversions whereas the lower tolls had lower as the toll that was selected is starting at $9. The diversions are also going to be lower. But we are very committed to monitoring this. So, we have been partnering with City dot, which is why I thought Will wanted to jump in on traffic monitoring at highways and at intersections to get a pre congestion pricing readings. We will not then go back after the program has gone live, do monitoring at the same locations and compare them across to really get an idea of what's going on. You know, in our analysis, we used models, we use the most conservative analysis we could, but it's still just, you know, an estimate. So that is why we're doing the monitoring, so we can really know what's going on. And that will be included in the annual report. (Nathanael Rotsko)... So, Michael, as you know, you know, as required by statute, we are required to, as Nathaniel stated, provide some pre information. But also, by statute, we have a biannual report and then there will be some periodic reporting that we're doing as well. And so, once the program goes live, there will likely be more information published as time go on. We're still working out what that cadence is in terms of showing some of the before and after information. So, some of that information will be, you know, published hopefully sooner rather than later, but it's part of what we have to commit to based on the statutory of the program. (Nichola Angel)

Part C: Are you, are you saying that the mitigation number of 150, a $155,000,000 will stay the same?

**Answer:** Oh, yes, it will (Nathanael Rotsko)


5. Question:  But I had a specific question in regard to mitigation and the implementation of electric charging infrastructure. Are there any insights or, or thoughts on where, where that might go or the, the process for that? (Daniela Castillo)

**Answer:** So, the sites are not set yet. his is actually one of the, the, the biggest, most complicated pieces because it's not, you know, we're finding the sites, we're talking to the power authority to make sure that, you know, there's power at these sites There's a lot of pieces. So that is still in the works. That's going to be some of things that's going through. But one of the interesting things about that piece is the benefits, even though it's, it's considered a place-based mitigation, the benefits are regional. You know, by providing this electric truck infrastructure, we are making it easier for companies to transition into electric truck charging. You know, that's always the biggest complaint or, or concern is, you know, I'd love to, but you know, how do I charge it? So, if we're able to, you know, help build on a network to, to

**Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement**

FHWA-0000188

have charging, it's going to help companies switch. And as those trucks are driving throughout our city and our region, it's going to help with, you know, the air quality throughout the whole area. But so, to answer directly, we don't have the sites yet. (Nathanael Rotsko)

Part A: Is this something that we might expect like as we continue convening as, as groups? (Daniela Castillo)

**Answer:** Oh, yeah. I'm sorry if I didn't make that clear earlier in my slides. We are, you know, we're talking to the city agencies, we're talking to New Jersey agencies. That's more about like feasibility of sites. We actually really want to talk to you as well as community once we get some of these sites sorted out because, you know, there might be some park that me sitting here I think is great. But then if I come and talk to you, Daniela, you'll say, oh, no, no, that you know, that park. You know, we actually would prefer it over here so that that there's going to be this continued on ongoing conversation as as this whole program develops.  (Nathanael Rotsko)

**Draft, Privileged and Confidential – Shared Information as per the Common Interest and Confidentiality Agreement**

# Invitations to Elected Officials to Engage in the Consultation on Place-Based Mitigation

FHWA-0000190

2 Broadway
New York, NY 10004
646 252-7000 Tel

Catherine T. Sheridan, P.E.
President

 **Bridges and Tunnels**

December 11, 2024

Anthony Jackson, Chief of Staff
44 City Hall Plaza
East Orange, NJ 07018

Mr. Jackson:

The City of East Orange is eligible for specific mitigation resulting from the implementation of New York's Central Business District Tolling Program. We're reaching out to you to initiate discussions about which type of mitigation is most appropriate for the City of East Orange.

In June 2023, after an extensive environmental review process, the Federal Highway Administration (FHWA) issued a Finding of No Significant Impact (FONSI) for New York's Central Business District Tolling Program. After review of the Reevaluation in June 2024 and the Reevaluation in November 2024, FHWA confirmed that the FONSI, with the proposed mitigation, remained valid.

The Environmental Assessment (EA) identified 13 communities across the 28-county region that already experience pre-existing high pollutant and chronic disease burdens and that could potentially experience increases in highway traffic as a result of the Project. To mitigate any such potential effects, the Project Sponsors – the Triborough Bridge and Tunnel Authority, the New York State Department of Transportation and the New York City Department of Transportation – committed to a package of place-based and regional mitigation measures.

One of the communities identified is the City of East Orange, which has one census tract that could potentially experience increased traffic. As a result, the City of East Orange is eligible for place-based mitigation. Two of the place-based mitigation measures committed to in the EA are applicable to your community:

- Install roadside vegetation to improve near-road air quality, and/or
- Renovate parks and greenspace

We would like to discuss these options with your office as we collect information about community needs and feasibility for the place-based mitigation measures committed to the EA. Please contact us at mitigation@mtahq.org or (646) 252-8655 to discuss next steps.

The Office of the Congestion Relief Zone

cc: Solomon Steplight, City Administrator
cc: Mayor Ted R. Green

FHWA-0000191

Catherine T. Sheridan, P.E.
President

2 Broadway
New York, NY 10004
646 252-7000 Tel



December 11, 2024

The Honorable Ted R. Green
44 City Hall Plaza
East Orange, NJ 07018

Mayor Green:

The City of East Orange is eligible for specific mitigation resulting from the implementation of New York's Central Business District Tolling Program. We're reaching out to you to initiate discussions about which type of mitigation is most appropriate for the City of East Orange.

In June 2023, after an extensive environmental review process, the Federal Highway Administration (FHWA) issued a Finding of No Significant Impact (FONSI) for New York's Central Business District Tolling Program. After review of the Reevaluation in June 2024 and the Reevaluation in November 2024, FHWA confirmed that the FONSI, with the proposed mitigation, remained valid.

The Environmental Assessment (EA) identified 13 communities across the 28-county region that already experience pre-existing high pollutant and chronic disease burdens and that could potentially experience increases in highway traffic as a result of the Project. To mitigate any such potential effects, the Project Sponsors – the Triborough Bridge and Tunnel Authority, the New York State Department of Transportation and the New York City Department of Transportation – committed to a package of place-based and regional mitigation measures.

One of the communities identified is the City of East Orange, which has one census tract that could potentially experience increased traffic. As a result, the City of East Orange is eligible for place-based mitigation. Two of the place-based mitigation measures committed to in the EA are applicable to your community:

- Install roadside vegetation to improve near-road air quality, and/or
- Renovate parks and greenspace

We would like to discuss these options with your office as we collect information about community needs and feasibility for the place-based mitigation measures committed to the EA. Please contact us at mitigation@mtahq.org or (646) 252-8655 to discuss next steps.

The Office of the Congestion Relief Zone

cc: Solomon Steplight, City Administrator
cc: Anthony Jackson, Chief of Staff

MTA Bridges and Tunnels (Triborough Bridge and Tunnel Authority)
is an agency of the Metropolitan Transportation Authority, State of New York

FHWA-0000192

Catherine T. Sheridan, P.E.
President
2 Broadway
New York, NY 10004
646 252-7000 Tel

 **MTA Bridges and Tunnels**

December 11, 2024

Solomon Steplight, City Administrator
44 City Hall Plaza
East Orange, NJ 07018

Mr. Steplight:

The City of East Orange is eligible for specific mitigation resulting from the implementation of New York's Central Business District Tolling Program. We're reaching out to you to initiate discussions about which type of mitigation is most appropriate for the City of East Orange.

In June 2023, after an extensive environmental review process, the Federal Highway Administration (FHWA) issued a Finding of No Significant Impact (FONSI) for New York's Central Business District Tolling Program. After review of the Reevaluation in June 2024 and the Reevaluation in November 2024, FHWA confirmed that the FONSI, with the proposed mitigation, remained valid.

The Environmental Assessment (EA) identified 13 communities across the 28-county region that already experience pre-existing high pollutant and chronic disease burdens and that could potentially experience increases in highway traffic as a result of the Project. To mitigate any such potential effects, the Project Sponsors – the Triborough Bridge and Tunnel Authority, the New York State Department of Transportation and the New York City Department of Transportation – committed to a package of place-based and regional mitigation measures.

One of the communities identified is the City of East Orange, which has one census tract that could potentially experience increased traffic. As a result, the City of East Orange is eligible for place-based mitigation. Two of the place-based mitigation measures committed to in the EA are applicable to your community:

- Install roadside vegetation to improve near-road air quality, and/or
- Renovate parks and greenspace

We would like to discuss these options with your office as we collect information about community needs and feasibility for the place-based mitigation measures committed to the EA. Please contact us at mitigation@mtahq.org or (646) 252-8655 to discuss next steps.

The Office of the Congestion Relief Zone

cc: Mayor Ted R. Green
cc: Anthony Jackson, Chief of Staff

MTA Bridges and Tunnels (Triborough Bridge and Tunnel Authority)
is an agency of the Metropolitan Transportation Authority, State of New York

FHWA-0000193

2 Broadway
New York, NY 10004
646 252-7000 Tel

Catherine T. Sheridan, P.E.
President



December 11, 2024

Alfred R. Restaino, Borough Administrator
309 Main Street
Borough Hall, Room 202
Fort Lee, NJ 07024

Mr. Restaino:

The Borough of Fort Lee is eligible for specific mitigation resulting from the implementation of New York's Central Business District Tolling Program. We're reaching out to you to initiate discussions about which type of mitigation is most appropriate for the Borough of Fort Lee.

In June 2023, after an extensive environmental review process, the Federal Highway Administration (FHWA) issued a Finding of No Significant Impact (FONSI) for New York's Central Business District Tolling Program. After review of the Reevaluation in June 2024 and the Reevaluation in November 2024, FHWA confirmed that the FONSI, with the proposed mitigation, remained valid.

The Environmental Assessment (EA) identified 13 communities across the 28-county region that already experience pre-existing high pollutant and chronic disease burdens and that could potentially experience increases in highway traffic as a result of the Project. To mitigate any such potential effects, the Project Sponsors – the Triborough Bridge and Tunnel Authority, the New York State Department of Transportation and the New York City Department of Transportation – committed to a package of place-based and regional mitigation measures.

One of the communities identified is the Borough of Fort Lee, which has one census tract that could potentially experience increased traffic. As a result, the Borough of Fort Lee is eligible for place-based mitigation. Two of the place-based mitigation measures committed to in the EA are applicable to your community:

- Install roadside vegetation to improve near-road air quality, and/or
- Renovate parks and greenspace

We would like to discuss these options with your office as we collect information about community needs and feasibility for all the place-based mitigation measures committed to the EA. Please contact us at mitigation@mtahq.org or (646) 252-8655 to discuss next steps.

The Office of the Congestion Relief Zone


cc: Mayor, Mark J. Sokolich


MTA Bridges and Tunnels (Triborough Bridge and Tunnel Authority)
is an agency of the Metropolitan Transportation Authority, State of New York

FHWA-0000194

Catherine T. Sheridan, P.E.
President
2 Broadway
New York, NY 10004
646 252-7000 Tel

 **Bridges and Tunnels**

December 11, 2024

The Honorable Mark J. Sokolich
309 Main Street
Fort Lee, NJ 07024

Mayor Sokolich:

The Borough of Fort Lee is eligible for specific mitigation resulting from the implementation of New York's Central Business District Tolling Program. We're reaching out to you to initiate discussions about which type of mitigation is most appropriate for the Borough of Fort Lee.

In June 2023, after an extensive environmental review process, the Federal Highway Administration (FHWA) issued a Finding of No Significant Impact (FONSI) for New York's Central Business District Tolling Program. After review of the Reevaluation in June 2024 and the Reevaluation in November 2024, FHWA confirmed that the FONSI, with the proposed mitigation, remained valid.

The Environmental Assessment (EA) identified 13 communities across the 28-county region that already experience pre-existing high pollutant and chronic disease burdens and that could potentially experience increases in highway traffic as a result of the Project. To mitigate any such potential effects, the Project Sponsors – the Triborough Bridge and Tunnel Authority, the New York State Department of Transportation and the New York City Department of Transportation – committed to a package of place-based and regional mitigation measures.

One of the communities identified is the Borough of Fort Lee, which has one census tract that could potentially experience increased traffic. As a result, the Borough of Fort Lee is eligible for place-based mitigation. Two of the place-based mitigation measures committed to in the EA are applicable to your community:

- Install roadside vegetation to improve near-road air quality, and/or
- Renovate parks and greenspace

We would like to discuss these options with your office as we collect information about community needs and feasibility for all the place-based mitigation measures committed to the EA. Please contact us at mitigation@mtahq.org or (646) 252-8655 to discuss next steps.

The Office of the Congestion Relief Zone

cc: Alfred R. Restaino, Borough Administrator

FHWA-0000195

Catherine T. Sheridan, P.E.
President

2 Broadway
New York, NY 10004
646 252-7000 Tel

 **Bridges and Tunnels**

December 11, 2024

Amiri Baraka, Chief of Staff
City of Newark Mayor's Office
920 Broad St, Rm 200
Newark, NJ 07102

Mr. Baraka:

The City of Newark is eligible for specific mitigation resulting from the implementation of New York's Central Business District Tolling Program. We're reaching out to you to initiate discussions about which type of mitigation is most appropriate for the City of Newark and its School District.

In June 2023, after an extensive environmental review process, the Federal Highway Administration (FHWA) issued a Finding of No Significant Impact (FONSI) for New York's Central Business District Tolling Program. After review of the Reevaluation in June 2024 and the Reevaluation in November 2024, FHWA confirmed that the FONSI, with the proposed mitigation, remained valid.

The Environmental Assessment (EA) identified 13 communities across the 28-county region that include census tracts already experiencing pre-existing high pollutant and chronic disease burdens and that could potentially experience increases in highway traffic as a result of the Project. To mitigate any such potential effects, the Project Sponsors – the Triborough Bridge and Tunnel Authority, the New York State Department of Transportation and the New York City Department of Transportation – committed to a package of place-based and regional mitigation measures.

One of the communities identified is the City of Newark, which has four census tracts that could potentially experience increased traffic. As a result, the City of Newark is eligible for place-based mitigation. Three of the place-based mitigation measures committed to in the EA are applicable to your community:

- Install roadside vegetation to improve near-road air quality
- Renovate parks and greenspace, and/or
- Install air filtration units in schools near highways.

MTA Bridges and Tunnels (Triborough Bridge and Tunnel Authority)
is an agency of the Metropolitan Transportation Authority, State of New York

FHWA-0000196

Page 2


Initial review suggests that the school district within the potentially affected census track may benefit from air filtration measures. We would like to discuss this option with your office as we collect information about community needs and feasibility for the place-based mitigation measures committed to the EA. Please contact us at mitigation@mtahq.org or (646) 252-8655 to discuss next steps.

The Office of the Congestion Relief Zone


cc:  Ras J. Baraka, Mayor, City of Newark
     Roger León, Superintendent, City of Newark Public Schools
     Valerie Wilson, School Business Administrator, City of Newark Public Schools
     Hasani K. Council, President, City of Newark Board of Education
     Eric Pennington, Business Administrator, City of Newark

FHWA-0000197

Catherine T. Sheridan, P.E.
President

2 Broadway
New York, NY 10004
646 252-7000 Tel



December 11, 2024

Eric Pennington, Business Administrator
921 Broad St, Rm 205
Newark, NJ 07102

Mr. Pennington:

The City of Newark is eligible for specific mitigation resulting from the implementation of New York's Central Business District Tolling Program. We're reaching out to you to initiate discussions about which type of mitigation is most appropriate for the City of Newark and its School District.

In June 2023, after an extensive environmental review process, the Federal Highway Administration (FHWA) issued a Finding of No Significant Impact (FONSI) for New York's Central Business District Tolling Program. After review of the Reevaluation in June 2024 and the Reevaluation in November 2024, FHWA confirmed that the FONSI, with the proposed mitigation, remained valid.

The Environmental Assessment (EA) identified 13 communities across the 28-county region that include census tracts already experiencing pre-existing high pollutant and chronic disease burdens and that could potentially experience increases in highway traffic as a result of the Project. To mitigate any such potential effects, the Project Sponsors – the Triborough Bridge and Tunnel Authority, the New York State Department of Transportation and the New York City Department of Transportation – committed to a package of place-based and regional mitigation measures.

One of the communities identified is the City of Newark, which has four census tracts that could potentially experience increased traffic. As a result, the City of Newark is eligible for place-based mitigation. Three of the place-based mitigation measures committed to in the EA are applicable to your community:

- Install roadside vegetation to improve near-road air quality
- Renovate parks and greenspace, and/or
- Install air filtration units in schools near highways.

FHWA-0000198

Page 2

Initial review suggests that the school district within the potentially affected census track may benefit from air filtration measures. We would like to discuss this option with your office as we collect information about community needs and feasibility for the place-based mitigation measures committed to the EA. Please contact us at mitigation@mtahq.org or (646) 252-8655 to discuss next steps.

The Office of the Congestion Relief Zone

cc: Ras J. Baraka, Mayor, City of Newark
    Amiri Baraka, Chief of Staff, City of Newark Mayor's Office
    Roger León, Superintendent, City of Newark Public Schools
    Valerie Wilson, School Business Administrator, City of Newark Public Schools
    Hasani K. Council, President, City of Newark Board of Education

FHWA-0000199

2 Broadway
New York, NY 10004
646 252-7000 Tel

Catherine T. Sheridan, P.E.
President



December 11, 2024

Hasani K. Council, President
City of Newark Board of Education
765 Broad Street
Newark, NJ 07102

Mr. Council:

The City of Newark is eligible for specific mitigation resulting from the implementation of New York's Central Business District Tolling Program. We're reaching out to you to initiate discussions about which type of mitigation is most appropriate for the City of Newark and its School District.

In June 2023, after an extensive environmental review process, the Federal Highway Administration (FHWA) issued a Finding of No Significant Impact (FONSI) for New York's Central Business District Tolling Program. After review of the Reevaluation in June 2024 and the Reevaluation in November 2024, FHWA confirmed that the FONSI, with the proposed mitigation, remained valid.

The Environmental Assessment (EA) identified 13 communities across the 28-county region that include census tracts already experiencing pre-existing high pollutant and chronic disease burdens and that could potentially experience increases in highway traffic as a result of the Project. To mitigate any such potential effects, the Project Sponsors – the Triborough Bridge and Tunnel Authority, the New York State Department of Transportation and the New York City Department of Transportation – committed to a package of place-based and regional mitigation measures.

One of the communities identified is the City of Newark, which has four census tracts that could potentially experience increased traffic. As a result, the City of Newark is eligible for place-based mitigation. Three of the place-based mitigation measures committed to in the EA are applicable to your community:

- Install roadside vegetation to improve near-road air quality
- Renovate parks and greenspace, and/or
- Install air filtration units in schools near highways.

FHWA-0000200

Page 2

Initial review suggests that the school district within the potentially affected census track may benefit from air filtration measures. We would like to discuss this option with your office as we collect information about community needs and feasibility for the place-based mitigation measures committed to the EA. Please contact us at mitigation@mtahq.org or (646) 252-8655 to discuss next steps.

The Office of the Congestion Relief Zone

cc:  Ras J. Baraka, Mayor, City of Newark
     Valerie Wilson, School Business Administrator, City of Newark Public Schools
     Eric Pennington, Business Administrator, City of Newark
     Amiri Baraka, Chief of Staff, City of Newark Mayor's Office
     Roger León, Superintendent, City of Newark Public Schools

FHWA-0000201

Catherine T. Sheridan, P.E.
President

2 Broadway
New York, NY 10004
646 252-7000 Tel

 **Bridges and Tunnels**

December 11, 2024

The Honorable Ras J. Baraka
920 Broad Street, Rm 200
Newark, NJ  07102

Mayor Baraka:

The City of Newark is eligible for specific mitigation resulting from the implementation of New York's Central Business District Tolling Program. We're reaching out to you to initiate discussions about which type of mitigation is most appropriate for the City of Newark and its School District.

In June 2023, after an extensive environmental review process, the Federal Highway Administration (FHWA) issued a Finding of No Significant Impact (FONSI) for New York's Central Business District Tolling Program. After review of the Reevaluation in June 2024 and the Reevaluation in November 2024, FHWA confirmed that the FONSI, with the proposed mitigation, remained valid.

The Environmental Assessment (EA) identified 13 communities across the 28-county region that include census tracts already experiencing pre-existing high pollutant and chronic disease burdens and that could potentially experience increases in highway traffic as a result of the Project. To mitigate any such potential effects, the Project Sponsors – the Triborough Bridge and Tunnel Authority, the New York State Department of Transportation and the New York City Department of Transportation – committed to a package of place-based and regional mitigation measures.

One of the communities identified is the City of Newark, which has four census tracts that could potentially experience increased traffic. As a result, the City of Newark is eligible for place-based mitigation. Three of the place-based mitigation measures committed to in the EA are applicable to your community:

- Install roadside vegetation to improve near-road air quality
- Renovate parks and greenspace, and/or
- Install air filtration units in schools near highways.

FHWA-0000202

Page 2


Initial review suggests that the school district within the potentially affected census track may benefit from air filtration measures. We would like to discuss this option with your office as we collect information about community needs and feasibility for the place-based mitigation measures committed to the EA. Please contact us at mitigation@mtahq.org or (646) 252-8655 to discuss next steps.

The Office of the Congestion Relief Zone


cc:  Eric Pennington, Business Administrator, City of Newark Mayor's Office
     Amiri Baraka, Chief of Staff, City of Newark Mayor's Office
     Roger León, Superintendent, City of Newark Public Schools
     Valerie Wilson, School Business Administrator, City of Newark Public Schools
     Hasani K. Council, President, City of Newark Board of Education

FHWA-0000203

2 Broadway
New York, NY 10004
646 252-7000 Tel

Catherine T. Sheridan, P.E.
President

 **Bridges and Tunnels**

December 11, 2024

Roger León, Superintendent
City of Newark Public Schools
765 Broad Street
Newark, NJ 07102

Mr. León:

The City of Newark is eligible for specific mitigation resulting from the implementation of New York's Central Business District Tolling Program. We're reaching out to you to initiate discussions about which type of mitigation is most appropriate for the City of Newark and its School District.

In June 2023, after an extensive environmental review process, the Federal Highway Administration (FHWA) issued a Finding of No Significant Impact (FONSI) for New York's Central Business District Tolling Program. After review of the Reevaluation in June 2024 and the Reevaluation in November 2024, FHWA confirmed that the FONSI, with the proposed mitigation, remained valid.

The Environmental Assessment (EA) identified 13 communities across the 28-county region that include census tracts already experiencing pre-existing high pollutant and chronic disease burdens and that could potentially experience increases in highway traffic as a result of the Project. To mitigate any such potential effects, the Project Sponsors – the Triborough Bridge and Tunnel Authority, the New York State Department of Transportation and the New York City Department of Transportation – committed to a package of place-based and regional mitigation measures.

One of the communities identified is the City of Newark, which has four census tracts that could potentially experience increased traffic. As a result, the City of Newark is eligible for place-based mitigation. Three of the place-based mitigation measures committed to in the EA are applicable to your community:

- Install roadside vegetation to improve near-road air quality
- Renovate parks and greenspace, and/or
- Install air filtration units in schools near highways.

MTA Bridges and Tunnels (Triborough Bridge and Tunnel Authority)
is an agency of the Metropolitan Transportation Authority, State of New York

FHWA-0000204

Page 2

Initial review suggests that the school district within the potentially affected census track may benefit from air filtration measures. We would like to discuss this option with your office as we collect information about community needs and feasibility for the place-based mitigation measures committed to the EA. Please contact us at mitigation@mtahq.org or (646) 252-8655 to discuss next steps.

The Office of the Congestion Relief Zone

cc:  Ras J. Baraka, Mayor, City of Newark
     Valerie Wilson, School Business Administrator, City of Newark Public Schools
     Hasani K. Council, President, City of Newark Board of Education
     Eric Pennington, Business Administrator, City of Newark
     Amiri Baraka, Chief of Staff, City of Newark Mayor's Office

FHWA-0000205

2 Broadway
New York, NY 10004
646 252-7000 Tel

Catherine T. Sheridan, P.E.
President



December 11, 2024

Christopher Hartwyk, Business Administrator
Orange City Hall
29 North Day Street
Orange, NJ 07050

Mr. Hartwyk:

The City of Orange is eligible for specific mitigation resulting from the implementation of New York's Central Business District Tolling Program. We're reaching out to you to initiate discussions about which type of mitigation is most appropriate for the City of Orange and its School District.

In June 2023, after an extensive environmental review process, the Federal Highway Administration (FHWA) issued a Finding of No Significant Impact (FONSI) for New York's Central Business District Tolling Program. After review of the Reevaluation in June 2024 and the Reevaluation in November 2024, FHWA confirmed that the FONSI, with the proposed mitigation, remained valid.

The Environmental Assessment (EA) identified 13 communities across the 28-county region that include census tracts already experiencing pre-existing high pollutant and chronic disease burdens and that could potentially experience increases in highway traffic as a result of the Project. To mitigate any such potential effects, the Project Sponsors – the Triborough Bridge and Tunnel Authority, the New York State Department of Transportation and the New York City Department of Transportation –committed to a package of place-based and regional mitigation measures.

One of the communities identified is the City of Orange, which has one census tract that could potentially experience increased traffic. As a result, the City of Orange is eligible for place-based mitigation. Three of the place-based mitigation measures committed to in the EA are applicable to your community:

- Install roadside vegetation to improve near-road air quality
- Renovate parks and greenspace, and/or
- Install air filtration units in schools near highways.

FHWA-0000206

Page 2


Initial review suggests that the school district within the potentially affected census track may benefit from air filtration measures. We would like to discuss this option with your office as we collect information about community needs and feasibility for the place-based mitigation measures committed to the EA. Please contact us at mitigation@mtahq.org or (646) 252-8655 to discuss next steps.


The Office of the Congestion Relief Zone



cc:   Dwayne Warren,  Mayor
      Anthony Jackson, Chief of Staff, City of Orange Mayor's Office
      Gerald Fitzhugh, II, Ed.D., Superintendent, City of Orange Public Schools
      Jason Ballard, School Business Administrator, City of Orange Public Schools
      Shawneque Johnson, President, City of Orange Board of Education

FHWA-0000207

Catherine T. Sheridan, P.E.
President
2 Broadway
New York, NY 10004
646 252-7000 Tel

 **MTA Bridges and Tunnels**

December 11, 2024

Gerald Fitzhugh, II, Ed.D., Superintendent
Orange Public Schools
451 Lincoln Avenue
Orange, NJ 07050

Mr. Fitzhugh:

The City of Orange is eligible for specific mitigation resulting from the implementation of New York's Central Business District Tolling Program. We're reaching out to you to initiate discussions about which type of mitigation is most appropriate for the City of Orange and its School District.

In June 2023, after an extensive environmental review process, the Federal Highway Administration (FHWA) issued a Finding of No Significant Impact (FONSI) for New York's Central Business District Tolling Program. After review of the Reevaluation in June 2024 and the Reevaluation in November 2024, FHWA confirmed that the FONSI, with the proposed mitigation, remained valid.

The Environmental Assessment (EA) identified 13 communities across the 28-county region that include census tracts already experiencing pre-existing high pollutant and chronic disease burdens and that could potentially experience increases in highway traffic as a result of the Project. To mitigate any such potential effects, the Project Sponsors – the Triborough Bridge and Tunnel Authority, the New York State Department of Transportation and the New York City Department of Transportation –committed to a package of place-based and regional mitigation measures.

One of the communities identified is the City of Orange, which has one census tract that could potentially experience increased traffic. As a result, the City of Orange is eligible for place-based mitigation. Three of the place-based mitigation measures committed to in the EA are applicable to your community:

- Install roadside vegetation to improve near-road air quality
- Renovate parks and greenspace, and/or
- Install air filtration units in schools near highways.

MTA Bridges and Tunnels (Triborough Bridge and Tunnel Authority)
is an agency of the Metropolitan Transportation Authority, State of New York

Page 2

Initial review suggests that the school district within the potentially affected census track may benefit from air filtration measures. We would like to discuss this option with your office as we collect information about community needs and feasibility for the place-based mitigation measures committed to the EA. Please contact us at mitigation@mtahq.org or (646) 252-8655 to discuss next steps.

The Office of the Congestion Relief Zone

cc:  Mayor Dwayne Warren, City of Orange
     Anthony Jackson, Chief of Staff, City of Orange Mayor's Office
     Jason Ballard, School Business Administrator, City of Orange Public Schools
     Shawneque Johnson, President, City of Orange Board of Education
     Christopher Hartwyk, Business Administrator, City of Orange

FHWA-0000209

2 Broadway
New York, NY 10004
646 252-7000 Tel

Catherine T. Sheridan, P.E.
President

 **Bridges and Tunnels**

December 11, 2024

Jason Ballard, School Business Administrator
Orange Public Schools
451 Lincoln Avenue
Orange, NJ 07050

Mr. Ballard:

The City of Orange is eligible for specific mitigation resulting from the implementation of New York's Central Business District Tolling Program. We're reaching out to you to initiate discussions about which type of mitigation is most appropriate for the City of Orange and its School District.

In June 2023, after an extensive environmental review process, the Federal Highway Administration (FHWA) issued a Finding of No Significant Impact (FONSI) for New York's Central Business District Tolling Program. After review of the Reevaluation in June 2024 and the Reevaluation in November 2024, FHWA confirmed that the FONSI, with the proposed mitigation, remained valid.

The Environmental Assessment (EA) identified 13 communities across the 28-county region that include census tracts already experiencing pre-existing high pollutant and chronic disease burdens and that could potentially experience increases in highway traffic as a result of the Project. To mitigate any such potential effects, the Project Sponsors – the Triborough Bridge and Tunnel Authority, the New York State Department of Transportation and the New York City Department of Transportation –committed to a package of place-based and regional mitigation measures.

One of the communities identified is the City of Orange, which has one census tract that could potentially experience increased traffic. As a result, the City of Orange is eligible for place-based mitigation. Three of the place-based mitigation measures committed to in the EA are applicable to your community:
- Install roadside vegetation to improve near-road air quality
- Renovate parks and greenspace, and/or
- Install air filtration units in schools near highways.

MTA Bridges and Tunnels (Triborough Bridge and Tunnel Authority)
is an agency of the Metropolitan Transportation Authority, State of New York

FHWA-0000210

Initial review suggests that the school district within the potentially affected census track may benefit from air filtration measures. We would like to discuss this option with your office as we collect information about community needs and feasibility for the place-based mitigation measures committed to the EA. Please contact us at mitigation@mtahq.org or (646) 252-8655 to discuss next steps.

The Office of the Congestion Relief Zone

cc:  Dwayne Warren, Mayor, City of Orange
     Christopher Hartwyk, Business Administrator, City of Orange Mayor's Office
     Anthony Jackson, Chief of Staff, City of Orange Mayor's Office
     Gerald Fitzhugh, II, Ed.D., Superintendent, City of Orange Public Schools
     Shawneque Johnson, President, City of Orange Board of Education

FHWA-0000211

2 Broadway
New York, NY 10004
646 252-7000 Tel

Catherine T. Sheridan, P.E.
President



December 11, 2024

The Honorable Dwayne Warren
29 N Day Street, 2nd Floor
Orange, NJ 07050

Mayor Warren:

The City of Orange is eligible for specific mitigation resulting from the implementation of New York's Central Business District Tolling Program. We're reaching out to you to initiate discussions about which type of mitigation is most appropriate for the City of Orange and its School District.

In June 2023, after an extensive environmental review process, the Federal Highway Administration (FHWA) issued a Finding of No Significant Impact (FONSI) for New York's Central Business District Tolling Program. After review of the Reevaluation in June 2024 and the Reevaluation in November 2024, FHWA confirmed that the FONSI, with the proposed mitigation, remained valid.

The Environmental Assessment (EA) identified 13 communities across the 28-county region that include census tracts already experiencing pre-existing high pollutant and chronic disease burdens and that could potentially experience increases in highway traffic as a result of the Project. To mitigate any such potential effects, the Project Sponsors – the Triborough Bridge and Tunnel Authority, the New York State Department of Transportation and the New York City Department of Transportation –committed to a package of place-based and regional mitigation measures.

One of the communities identified is the City of Orange, which has one census tract that could potentially experience increased traffic. As a result, the City of Orange is eligible for place-based mitigation. Three of the place-based mitigation measures committed to in the EA are applicable to your community:

- Install roadside vegetation to improve near-road air quality
- Renovate parks and greenspace, and/or
- Install air filtration units in schools near highways.

FHWA-0000212

Page 2

Initial review suggests that the school district within the potentially affected census track may benefit from air filtration measures. We would like to discuss this option with your office as we collect information about community needs and feasibility for the place-based mitigation measures committed to the EA. Please contact us at mitigation@mtahq.org or (646) 252-8655 to discuss next steps.

The Office of the Congestion Relief Zone

cc: Christopher Hartwyk, Business Administrator, City of Orange Mayor's Office
    Anthony Jackson, Chief of Staff, City of Orange Mayor's Office
    Gerald Fitzhugh, II, Ed.D., Superintendent, City of Orange Public Schools
    Jason Ballard, School Business Administrator, City of Orange Public Schools
    Shawneque Johnson, President, City of Orange Board of Education

Catherine T. Sheridan, P.E.
President

2 Broadway
New York, NY 10004
646 252-7000 Tel

 **MTA Bridges and Tunnels**

December 11, 2024

Shawneque Johnson
President
City of Orange Board of Education
Orange, NJ 07050

Ms. Johnson:

The City of Orange is eligible for specific mitigation resulting from the implementation of New York's Central Business District Tolling Program. We're reaching out to you to initiate discussions about which type of mitigation is most appropriate for the City of Orange and its School District.

In June 2023, after an extensive environmental review process, the Federal Highway Administration (FHWA) issued a Finding of No Significant Impact (FONSI) for New York's Central Business District Tolling Program. After review of the Reevaluation in June 2024 and the Reevaluation in November 2024, FHWA confirmed that the FONSI, with the proposed mitigation, remained valid.

The Environmental Assessment (EA) identified 13 communities across the 28-county region that include census tracts already experiencing pre-existing high pollutant and chronic disease burdens and that could potentially experience increases in highway traffic as a result of the Project. To mitigate any such potential effects, the Project Sponsors – the Triborough Bridge and Tunnel Authority, the New York State Department of Transportation and the New York City Department of Transportation –committed to a package of place-based and regional mitigation measures.

One of the communities identified is the City of Orange, which has one census tract that could potentially experience increased traffic. As a result, the City of Orange is eligible for place-based mitigation. Three of the place-based mitigation measures committed to in the EA are applicable to your community:

- Install roadside vegetation to improve near-road air quality
- Renovate parks and greenspace, and/or
- Install air filtration units in schools near highways.

FHWA-0000214

Page 2

Initial review suggests that the school district within the potentially affected census track may benefit from air filtration measures. We would like to discuss this option with your office as we collect information about community needs and feasibility for the place-based mitigation measures committed to the EA. Please contact us at mitigation@mtahq.org or (646) 252-8655 to discuss next steps.

The Office of the Congestion Relief Zone

cc:  Mayor Dwayne Warren, City of Orange
     Anthony Jackson, Chief of Staff, City of Orange Mayor's Office
     Gerald Fitzhugh, II, Ed.D., Superintendent, City of Orange Public Schools
     Jason Ballard, School Business Administrator, City of Orange Public Schools

FHWA-0000215

**From:** "Zhen, Charlie" <charlie.zhen@mtahq.org>
**To:** Elizabeth Knauer <eknauer@sprlaw.com>
**Subject:** Fwd: Confirming February 4th at 11 AM for Mitigation Measures for New York's Central Business District Tolling Program
**Date:** Fri, 17 Jan 2025 17:46:31 +0000
**Importance:** Normal

---

Hi Elizabeth,

This is for Fort Lee.

Best,
**Charlie Zhen**
Manager, Community Engagement – MTA HQ
E: charlie.zhen@mtahq.org
M: 646-410-6995
W: 929-226-4497

---

**From:** Gmach, David (Consultant) <David.Gmach-Consultant@mtacd.org>
**Sent:** Monday, January 13, 2025 11:13 AM
**To:** Mayor <mayor@fortleenj.org>
**Cc:** Choye, Yassin (Consultant) <Yassin.Choye-Consultant@mtacd.org>; Zhen, Charlie <charlie.zhen@mtahq.org>; Lewis, Michael <Michael.Lewis@hdrinc.com>
**Subject:** Confirming February 4th at 11 AM for Mitigation Measures for New York's Central Business District Tolling Program

Maryanne,

Thanks again.  We are confirming that the MTA will meet with Mayor Sokolich and Administrator Restaino on February 4th at 11 AM.  We will send out a invitation shortly.  If you have a meeting room at 309 Main Street to include that would be great, as well as the names and emails of attendees.  Thank you.

Best,

David

---

**From:** Mayor <mayor@fortleenj.org>
**Sent:** Thursday, January 9, 2025 3:34 PM
**To:** Gmach, David (Consultant) <David.Gmach-Consultant@mtacd.org>; Mayor <mayor@fortleenj.org>
**Cc:** Rotsko, Nathanael <nathanael.rotsko@mtabt.org>; Choye, Yassin (Consultant) <Yassin.Choye-Consultant@mtacd.org>
**Subject:** Follow-Up: Meeting Schedule for EA Mitigation Measures for New York's Central Business District Tolling Program

Yes, that is correct.

FHWA-0000216

**From:** Gmach, David (Consultant) <David.Gmach-Consultant@mtacd.org>
**Sent:** Thursday, January 9, 2025 3:32 PM
**To:** Mayor <mayor@fortleenj.org>
**Cc:** Rotsko, Nathanael <nathanael.rotsko@mtabt.org>; Choye, Yassin (Consultant) <Yassin.Choye-Consultant@mtacd.org>
**Subject:** RE: Follow-Up: Meeting Schedule for EA Mitigation Measures for New York's Central Business District Tolling Program

> This is an External Email

Thanks Maryanne,

I will confirm with the team and get back to you.  Is the address 309 Main street in Fort Lee?

---

**From:** Mayor <mayor@fortleenj.org>
**Sent:** Thursday, January 9, 2025 3:26 PM
**To:** Gmach, David <David.Gmach@hdrinc.com>
**Subject:** Follow-Up: Meeting Schedule for EA Mitigation Measures for New York's Central Business District Tolling Program

> **CAUTION:** **[EXTERNAL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Good Afternoon, David,

The best date for Mayor Sokolich and Administrator Restaino would be Tuesday, February 4 perhaps at 11 am, but you may suggest a time as well. Would you be able to come to our Municipal Building; I can reserve our Conference Room for the meeting.

Please let me know if this date works on your end.

Thank you again for your patience.

Best,

Maryanne

Maryanne Leodori
Mayor's Office
& Administrative Office

---

**From:** Gmach, David <David.Gmach@hdrinc.com>
**Sent:** Wednesday, January 8, 2025 3:11 PM
**To:** Mayor <mayor@fortleenj.org>
**Subject:** RE: Follow-Up: Meeting Schedule for EA Mitigation Measures for New York's Central Business District Tolling Program

> This is an External Email

Thanks,

Appreciate it

**David Gmach**
*NY/NJ Strategic Communications Lead*

**HDR**
500 7th Avenue
New York, NY 10018
**M**  347-819-4033
david.gmach@hdrinc.com

hdrinc.com/follow-us

---

**From:** Mayor <mayor@fortleenj.org>
**Sent:** Wednesday, January 8, 2025 3:05 PM
**To:** Gmach, David <David.Gmach@hdrinc.com>
**Subject:** RE: Follow-Up: Meeting Schedule for EA Mitigation Measures for New York's Central Business District Tolling Program

> **CAUTION: [EXTERNAL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

A little better...still home. Returning to office tomorrow to catch up. I'll correspond with you by tomorrow afternoon.

On Jan 8, 2025 2:06 PM, "Gmach, David" <David.Gmach@hdrinc.com> wrote:

> This is an External Email

Hey Maryanne,

How are you feeling?  Let me know if you have dates for us.  Really, REALLY appreciate it

David

**David Gmach**
*NY/NJ Strategic Communications Lead*

**HDR**
500 7th Avenue
New York, NY 10018
**M**  347-819-4033
david.gmach@hdrinc.com

hdrinc.com/follow-us

---

**From:** Gmach, David <David.Gmach@hdrinc.com>
**Sent:** Monday, January 6, 2025 11:30 AM
**To:** Mayor <mayor@fortleenj.org>
**Subject:** RE: Follow-Up: Meeting Schedule for EA Mitigation Measures for New York's Central Business District Tolling Program

Hi Maryanne,

OH NO! I hope you feel better.  I know there have been some awful colds going around.

I appreciate your response and will touch base tomorrow.

Be well,

David

**David Gmach**
*NY/NJ Strategic Communications Lead*

**HDR**
500 7th Avenue
New York, NY 10018
**M**  347-819-4033
david.gmach@hdrinc.com

hdrinc.com/follow-us

**From:** Mayor <mayor@fortleenj.org>
**Sent:** Monday, January 6, 2025 10:44 AM
**To:** Gmach, David <David.Gmach@hdrinc.com>
**Subject:** RE: Follow-Up: Meeting Schedule for EA Mitigation Measures for New York's Central Business District Tolling Program

**CAUTION:** **[EXTERNAL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Good Morning, Mr. Gnach,

I have been out of the office sick for the last three days, so I began discussing dates with our Borough Administrator last week. Please give me until tomorrow afternoon or Wednesday morning to provide you with a date which works for both the Mayor and Al.

Thank you and my apologies.

Maryanne Leodori
Mayor's Office
 & Administrative Office

On Jan 6, 2025 10:23 AM, "Gmach, David" <David.Gmach@hdrinc.com> wrote:

> This is an External Email
>
> Good morning Maryanne,
>
> I hope you had a great weekend.  I am following up this morning to see if we can arrange dates.  Please feel free to reach out if you have any questions.
>
> Thanks
>
> David

FHWA-0000219

**David Gmach**

*NY/NJ Strategic Communications Lead*

**HDR**

500 7th Avenue
New York, NY 10018
**M**  347-819-4033
david.gmach@hdrinc.com

hdrinc.com/follow-us

---

**From:** Gmach, David
**Sent:** Friday, January 3, 2025 2:47 PM
**To:** mayor@fortleenj.org
**Cc:** Naomi.Renek <Naomi.Renek@mtacd.org>; Rotsko, Nathanael <nathanael.rotsko@mtabt.org>; Angel, Nichola <nangel@mtabt.org>; Lewis, Michael <Michael.Lewis@hdrinc.com>; Robinson, Meghan <Meghan.Robinson@hdrinc.com>
**Subject:** Follow-Up: Meeting Schedule for EA Mitigation Measures for New York's Central Business District Tolling Program

Good afternoon Maryanne,

Hello and Happy New Year.  I am following up on the info that my colleague Jessica sent you on Tuesday and the conversation you had with Naomi Renek from the MTA. Below are the proposed dates for a meeting.  I understand from Noami that you are handling the schedule for both Mayor Sokolich and Borough Administrator Restaino.  That sounds great.  If there are other dates and times you prefer, please let me know and we will work with you to schedule.  We would like to meet by February 4th if that works for you.

Thanks very much.

David

**David Gmach**

*NY/NJ Strategic Communications Lead*

**HDR**

500 7th Avenue
New York, NY 10018
**M**  347-819-4033
david.gmach@hdrinc.com

hdrinc.com/follow-us

FHWA-0000220

| **From:** | Host, Jessica <Jessica.Host@hdrinc.com> |
| **Sent on:** | Tuesday, December 31, 2024 2:21:08 PM |
| **To:** | mayor@fortleenj.org |
| **CC:** | Naomi.Renek@mtacd.org; nathanael.rotsko@mtabt.org; nangel@mtabt.org |
| **Subject:** | Follow-Up: Meeting Schedule for EA Mitigation Measures for New York's Central Business District Tolling Program |

Good morning Maryanne,

Thank you for speaking with me this morning. This is a follow up to a recent phone call with Naomi Renek, MTA Acting Head of Government and Community Relations, with regard to the implementation of certain mitigation measures committed to in the Environmental Assessment (EA) for New York's Central Business District Tolling Program.

We would like to suggest the following dates and times for a meeting in Fort Lee to review the program commitments to your community and to seek your input on how best to proceed with implementation:

January 15 – January 16

January 21 – January 23

January 28 – January 30

February 4 – February 6

Please respond with preferred dates, times, and a location convenient to you.

Thank you,
Jessica

**Jessica Snead Host**

*Senior Strategic Communications Coordinator*

**HDR**

FHWA-0000221

4880 Sadler Rd, Suite 100
Glen Allen, VA 23060
**D** 804.718.6047
**M** 948.216.9769.
jessica.host@hdrinc.com

hdrinc.com/follow-us

 Visit our website

 Like us on Facebook!

 Follow us on Twitter!

 Follow us on Instagram!

 Subscribe to us on Youtube!

 Download our App: FORT LEE Today

NOTICE: This email message, together with any attachment(s), is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. This e-mail, all responses to this e-mail and all e-mail sent to the e-mail address above, including all attachments, will constitute "public records" obtainable by any person filing a request under the Open Public Records Act (OPRA). There should be no expectation that the content of e-mails exchanged with municipal officials and employees will remain private.

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**From:** "Gmach, David" <David.Gmach@hdrinc.com>
**To:** "Smith, Shakeenah" <smithsh@ci.newark.nj.us>, "Pennington, Eric" <penningtone@ci.newark.nj.us>
**Cc:** "Lewis, Michael" <Michael.Lewis@hdrinc.com>, "Choye, Yassin" <Yassin.Choye@hdrinc.com>, "Rotsko, Nathanael" <nathanael.rotsko@mtabt.org>, "Renek, Naomi" <Naomi.Renek@mtacd.org>, "Angel, Nichola" <nangel@mtabt.org>
**Subject:** RE: Follow-Up: Scheduling a Meeting in Newark on the Central Business District Tolling Program
**Date:** Wed, 08 Jan 2025 19:09:01 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png

---

Thanks.  This is great,  We will send out an invitation for time and date shortly

Best

David

**David Gmach**
*NY/NJ Strategic Communications Lead*

**HDR**
500 7th Avenue
New York, NY 10018
**M**  347-819-4033
david.gmach@hdrinc.com

hdrinc.com/follow-us

**From:** Smith, Shakeenah <smithsh@ci.newark.nj.us>
**Sent:** Wednesday, January 8, 2025 2:06 PM
**To:** Gmach, David <David.Gmach@hdrinc.com>; Pennington, Eric <penningtone@ci.newark.nj.us>
**Cc:** Lewis, Michael <Michael.Lewis@hdrinc.com>; Choye, Yassin <Yassin.Choye@hdrinc.com>; Rotsko, Nathanael <nathanael.rotsko@mtabt.org>
**Subject:** RE: Follow-Up: Scheduling a Meeting in Newark on the Central Business District Tolling Program

> **CAUTION: [EXTERNAL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

No problem at all.

Mr. Pennington has time on the dates you provided as follows:

| | |
|---|---|
| 1/21 | 3:30 PM |
| 1/22 | 1:30 PM |
| 1/23 | 12:00 PM |
| 1/28 | 1:00 PM |

Please let me know which time works best.  Thank you.



**Shakeenah Smith**

**Executive Assistant to the Business Administrator**
**City of Newark | Office of the Business Administrator**
**920 Broad Street · Room 205 · Newark · NJ · 07102**
**973.733.3780 (o) · 973.733.3769 (f)**
smithsh@ci.newark.nj.us

---

**From:** Gmach, David <David.Gmach@hdrinc.com>
**Sent:** Wednesday, January 8, 2025 2:04 PM
**To:** Smith, Shakeenah <smithsh@ci.newark.nj.us>; Pennington, Eric <penningtone@ci.newark.nj.us>
**Cc:** Lewis, Michael <Michael.Lewis@hdrinc.com>; Choye, Yassin <Yassin.Choye@hdrinc.com>; Rotsko, Nathanael <nathanael.rotsko@mtabt.org>
**Subject:** RE: Follow-Up: Scheduling a Meeting in Newark on the Central Business District Tolling Program

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi,

That is great, thank you so much.  Sorry for being such a nudge

David

**David Gmach**
*NY/NJ Strategic Communications Lead*

**HDR**
500 7th Avenue
New York, NY 10018
**M**  347-819-4033
david.gmach@hdrinc.com

hdrinc.com/follow-us

---

**From:** Smith, Shakeenah <smithsh@ci.newark.nj.us>
**Sent:** Wednesday, January 8, 2025 2:00 PM
**To:** Gmach, David <David.Gmach@hdrinc.com>; Pennington, Eric <penningtone@ci.newark.nj.us>
**Cc:** Lewis, Michael <Michael.Lewis@hdrinc.com>; Choye, Yassin <Yassin.Choye@hdrinc.com>; Rotsko, Nathanael <nathanael.rotsko@mtabt.org>
**Subject:** RE: Follow-Up: Scheduling a Meeting in Newark on the Central Business District Tolling Program

**CAUTION: [EXTERNAL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I will provide available dates shortly.

---

          **Shakeenah Smith**



**Executive Assistant to the Business Administrator**
**City of Newark | Office of the Business Administrator**
**920 Broad Street · Room 205 · Newark · NJ · 07102**
**973.733.3780 (o)  · 973.733.3769 (f)**
smithsh@ci.newark.nj.us

---

**From:** Gmach, David <David.Gmach@hdrinc.com>
**Sent:** Wednesday, January 8, 2025 1:59 PM
**To:** Smith, Shakeenah <smithsh@ci.newark.nj.us>; Pennington, Eric <penningtone@ci.newark.nj.us>
**Cc:** Lewis, Michael <Michael.Lewis@hdrinc.com>; Choye, Yassin <Yassin.Choye@hdrinc.com>; Rotsko, Nathanael <nathanael.rotsko@mtabt.org>
**Subject:** RE: Follow-Up: Scheduling a Meeting in Newark on the Central Business District Tolling Program

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Shakeenah and Eric,

I hope you are having a great day.  Happy to jump on a call or respond to any questions you may have so we can arrange a meeting.  Really appreciate your support,

Thanks so much

David

**David Gmach**
*NY/NJ Strategic Communications Lead*

**HDR**
500 7th Avenue
New York, NY 10018
**M**  347-819-4033
david.gmach@hdrinc.com

hdrinc.com/follow-us

---

**From:** Gmach, David <David.Gmach@hdrinc.com>
**Sent:** Tuesday, January 7, 2025 9:40 AM
**To:** smithsh@ci.newark.nj.us; Pennington, Eric <penningtone@ci.newark.nj.us>
**Cc:** Lewis, Michael <Michael.Lewis@hdrinc.com>; Choye, Yassin <Yassin.Choye@hdrinc.com>; Rotsko, Nathanael <nathanael.rotsko@mtabt.org>; Taylor, Salimu <taylorsa@ci.newark.nj.us>; clemonsa@ci.newark.nj.us
**Subject:** FW: Follow-Up: Scheduling a Meeting in Newark on the Central Business District Tolling Program

Good morning,

Thank you Salimu,

Shakeenah, a pleasure to meet you.  Happy New Year.  I look forward to connecting with you.  I am happy to speak this morning at your convenience to work on potential dates.  I have attached communications from last week with Ahnyah from your office as well.

Thanks very much.

Best,

David

**David Gmach**
*NY/NJ Strategic Communications*

**HDR**
500 7th Avenue
New York, NY 10018
**M** 347-819-4033
david.gmach@hdrinc.com

hdrinc.com/follow-us

---

**From:** Taylor, Salimu <taylorsa@ci.newark.nj.us>
**Sent:** Monday, January 6, 2025 11:28 AM
**To:** Gmach, David <David.Gmach@hdrinc.com>; Pennington, Eric <penningtone@ci.newark.nj.us>; Smith, Shakeenah <smithsh@ci.newark.nj.us>
**Cc:** Renek, Naomi <Naomi.Renek@mtacd.org>; Angel, Nichola <nangel@mtabt.org>; Rotsko, Nathanael <nathanael.rotsko@mtabt.org>; Lewis, Michael <Michael.Lewis@hdrinc.com>; Choye, Yassin <Yassin.Choye@hdrinc.com>; Robinson, Meghan <Meghan.Robinson@hdrinc.com>
**Subject:** RE: Follow-Up: Scheduling a Meeting in Newark on the Central Business District Tolling Program

> **CAUTION:** **[EXTERNAL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Good morning,

Copied on this email is the city's Business Administrator Eric Pennington.   Mr. Pennington will be meeting with you  on behalf of Mayor Baraka.  His assistant Shakeenah Smith is also copied on this email.

Regards,


**Salimu Taylor**
**Personal Assistant to Mayor Ras J. Baraka**
920 Broad Street · Room 200 · Newark · New Jersey · 07102
973.733.4312 (O) · 973.733.3711(F)
taylorsa@ci.newark.nj.us



 **"A City We Can All Believe In"**

---

**From:** Gmach, David <David.Gmach@hdrinc.com>
**Sent:** Monday, January 6, 2025 10:28 AM
**To:** Taylor, Salimu <taylorsa@ci.newark.nj.us>

**Cc:** Renek, Naomi <Naomi.Renek@mtacd.org>; Angel, Nichola <nangel@mtabt.org>; Rotsko, Nathanael <nathanael.rotsko@mtabt.org>; Lewis, Michael <Michael.Lewis@hdrinc.com>; Choye, Yassin <Yassin.Choye@hdrinc.com>; Robinson, Meghan <Meghan.Robinson@hdrinc.com>
**Subject:** RE: Follow-Up: Scheduling a Meeting in Newark on the Central Business District Tolling Program

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning,

I hope you had a great weekend.  I am following on our discussion on Thursday.  I am happy to have a quick call this afternoon if that is helpful.  Thanks again for your support.  I look forward to connecting again soon.

Be well,

David


**David Gmach**
*NY/NJ Strategic Communications Lead*

**HDR**
500 7th Avenue
New York, NY 10018
**M**  347-819-4033
david.gmach@hdrinc.com


hdrinc.com/follow-us

---

**From:** Gmach, David
**Sent:** Thursday, January 2, 2025 2:57 PM
**To:** taylorsa@ci.newark.nj.us
**Cc:** Naomi.Renek <Naomi.Renek@mtacd.org>; Angel, Nichola <nangel@mtabt.org>; nathanael.rotsko@mtabt.org; Lewis, Michael <Michael.Lewis@hdrinc.com>; Choye, Yassin <Yassin.Choye@hdrinc.com>; Robinson, Meghan <Meghan.Robinson@hdrinc.com>
**Subject:** Follow-Up: Scheduling a Meeting in Newark on the Central Business District Tolling Program


Good afternoon,

Salimu, it was a pleasure speaking with you.  Happy New Year.  Thank you for confirming that you received the letter and email correspondence regarding this initiative.  I look forward to hearing back tomorrow to go over dates.  If you have any questions, please do not hesitate to contact me.

Have a great day.

David

**David Gmach**
*NY/NJ Strategic Communications Lead*

**HDR**
500 7th Avenue
New York, NY 10018
**M**  347-819-4033
david.gmach@hdrinc.com


hdrinc.com/follow-us