UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>      *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>      *Defendants*. | Hon. Leo M. Gordon<br><br>Civ. No. 2:23-cv-03885-LMG-LDW<br><br>**[PROPOSED] ORDER GRANTING ADMISSION OF AMY CASSIDY *PRO HAC VICE*** |

  This matter having been brought before the Court by Daniel Chorost, Esq., of Sive, Paget & Riesel, P.C., counsel for Intervenor-Defendants the Metropolitan Transportation Authority (the "MTA") and the Triborough Bridge and Tunnel Authority ("TBTA"), for an Order allowing Amy Cassidy, Esq. to appear and participate pro hac vice; and the Court having considered the moving papers; and for good cause shown pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey;

  IT IS on this ___ day of _____, 2025,

  **ORDERED** that the application of Amy Cassidy, Esq., be and hereby is granted; and it is further,

  **ORDERED** that Amy Cassidy, Esq., a member in good standing of the Bar of the State of New York, be permitted to appear pro hac vice in the above-captioned matter pursuant to L.Civ.R.101.1(c); and it is further,

  **ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by a partner or associate of the law firm of Sive, Paget & Riesel P.C., attorneys of record for Intervenor-Defendants, who is admitted to the Bar of this Court and shall be held responsible

for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further,

**ORDERED** that Amy Cassidy, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L.Civ.R. 101.1(c)(2) and New Jersey Court Rule 1:28-2(a) within twenty (20) days from the date of the entry of this Order; and it is further,

**ORDERED** that Amy Cassidy, Esq., shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further,

**ORDERED** that Amy Cassidy, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is further,

**ORDERED** that Amy Cassidy, Esq., notify this Court immediately of any disciplinary charges brought against her in the Bar of any other court; and it is further,

**ORDERED** that Amy Cassidy, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further,

**ORDERED** that Sive, Paget & Riesel, P.C. may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

                                                                                                                                                            _____

                                                                            United States District Judge