**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>    Defendants,<br><br>    and<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, et al.,<br><br>    Defendant-Intervenors. | Before: Leo M. Gordon, Judge<br><br>Court No. 2:23-cv-03885 |
| MARK SOKOLICH, in his capacity as the mayor of Fort Lee and a resident of Fort Lee, and RICHARD GALLER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>    Defendants. | Court No. 2:23-cv-21728 |

Court Nos. 2:23-cv-03885 and 2:23-cv-21728								Page 2

# ORDER

Presently pending before the court is a letter application, ECF No. 77, by Plaintiffs Mark Sokolich and Richard Galler ("Sokolich Plaintiffs") in <u>Sokolich v. U.S. Department of Transportation</u> ("<u>Sokolich</u>"), Court No. 23-cv-21728, and as amici curiae in <u>State of New Jersey v. U.S. Department of Transportation</u>, Court No. 23-cv-03885, for an order to show cause to (1) lift the stay in <u>Sokolich</u> to permit further proceedings therein, including the presentment of a discovery plan, and (2) grant the Sokolich Plaintiffs standing as a party in all further proceedings, including any pending appeals therefrom, in Court No. 23-cv-3885, where they currently appear as amici curiae.  <u>See</u> Sokolich Pls.' Reply, ECF No. 81.

The Metropolitan Transit Authority and the Triborough Bridge and Tunnel Authority, Defendants in Court No. 23-cv-21728, and Defendant-Intervenors in Court No. 23-cv-03885, responded via letter.  <u>See</u> ECF Nos. 78 & 82.  The Federal Government responded via a memorandum of law.  <u>See</u> ECF No. 80.  The court then conducted oral argument.  Therefore, upon consideration of these filings, the oral argument, and all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that the Sokolich Plaintiffs' letter is denied.

<u>/s/ Leo M. Gordon</u>
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: January 23, 2025
     Newark, New Jersey