**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY, | |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., | Before: Leo M. Gordon, Judge |
| Defendants, | Court No. 2:23-cv-03885 |
| and | |
| METROPOLITAN TRANSPORTATION AUTHORITY, et al., | |
| Defendant-Intervenors. | |

**ORDER**

Presently pending before the court is a letter request, ECF No. 220, by Plaintiff State of New Jersey for an extension of time of 30 days and an increase in the page limits for its comments on the Remand Results, ECF No. 218. Upon consideration of Plaintiff's letter request, discussions with the parties had an oral argument, and all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that the Plaintiffs' letter request is granted in part; it is further

**ORDERED** that the time for submission of written comments challenging the Remand Results is extended to 5:00 pm on Friday, February 7, 2025, and said comments may not exceed 23 pages in length; it is further

Court Nos. 2:23-cv-03885                                                                                                                        Page 2

**ORDERED** that the time for submission of written comments in support of the Remand Results is extended to 5:00 pm on Friday, February 28, 2025, and said comments may not exceed 23 pages in length; it is further

**ORDERED** that no reply comments are permitted; and it is further

**ORDERED** that oral argument will be set on a date and time agreed upon by the parties and the court.

                                          /s/ Leo M. Gordon
                                          Leo M. Gordon, Judge
                                          U.S. Court of International Trade
                                          (sitting by designation in the District of New Jersey)

Dated: January 24, 2025
       Newark, New Jersey