UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>                 Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, KRISTEN WHITE, in her official capacity as Acting Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>                 Defendants,<br><br>   and<br><br>METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>                 Defendant-Intervenors. | Civil Case No. 2:23-cv-03885<br><br>**Oral argument requested**<br><br>**Motion Day: March 3, 2025** |

**NOTICE OF MOTION FOR LEAVE TO**
**SUPPLEMENT THE COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and proposed Supplemental Complaint annexed thereto, and all prior pleadings, papers, and proceedings in this action, Plaintiff State of New Jersey ("New Jersey"), by and through its counsel, King & Spalding LLP, will move this Court before the Honorable Leo M. Gordon, on March 3, 2025 or on such date as the Court orders, for an Order pursuant to Rule 15(d) of the Federal Rules of Civil Procedure granting New Jersey leave to serve and file its Supplemental Complaint.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Rule 7.1(e), a [Proposed] Order Granting New Jersey's Motion for Leave to Supplement the Complaint is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: New York, New York
January 27, 2025

By: */s/ Randy M. Mastro*
Randy M. Mastro (NJ Bar No. 011681982)
Craig Carpenito (NJ Bar No. 027102000)
Jessica Benvenisty (*pro hac vice*)
Lauren Myers (*pro hac vice*)
Camilla Akbari (*pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel. (212) 556-2100

Peter Hsiao (*pro hac vice*)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Tel. (213) 433-4355

Cynthia AM Stroman (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4704
Tel. (202) 737-0500

*Attorneys for Plaintiff*