# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, KRISTEN WHITE, in her official capacity as Acting Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>      Defendants,<br><br> and<br><br>METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>      Defendant-Intervenors. | Civil Case No. 2:23-cv-03885<br><br>**Oral argument requested** |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Leave to Supplement the Complaint, it is hereby **ORDERED:**

1. Plaintiff is granted leave to file the Supplemental Complaint.

2. Plaintiff shall file its Supplemental Complaint within five (5) days of the entry of this Order.

3. Plaintiff is responsible for serving the Supplemental Complaint on Defendants and Intervenor-Defendants.

4. Defendants and Intervenor-Defendants shall answer the Supplemental Complaint within twenty-one (21) days of being served.

DATED: _____, 2025
      Newark, New Jersey

SO ORDERED:

_____
HON. LEO M. GORDON
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)