# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, KRISTEN WHITE, in her official capacity as Acting Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>  Defendants,<br><br>  and<br><br>METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>  Defendant-Intervenors. | Civil Case No. 2:23-cv-03885 |

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of Plaintiff State of New Jersey's Motion for Leave to Supplement the Complaint, including the accompanying Memorandum of Law and proposed Supplemental Complaint annexed thereto, was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court this 27th day of January 2025, to all counsel of record.

Date: January 27, 2025         */s/ Randy M. Mastro*
                   Randy M. Mastro