**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants, <br><br> and <br><br> METROPOLITAN TRANSPORTATION AUTHORITY, et al., <br><br> Defendant-Intervenors. | Before: Leo M. Gordon, Judge <br><br> Court No. 2:23-cv-03885 |

**ORDER**

Upon consideration of all filings, orders, and proceedings had in this action, it is hereby

**ORDERED** that all further requests for relief from the court that require an order shall be made by motion in conformity with the Federal Rules of Civil Procedure and the Local Civil Rules of the District Court for the District of New Jersey; it is further

**ORDERED** that no party shall file a request for relief or argument via letter or email, except for a request for a teleconference or videoconference for scheduling purposes; it is further

**ORDERED** that in filing a request for relief, the moving party shall state whether it consulted with all the other parties and obtained the consent of these parties for the relief sought; and it is further

Court No. 2:23-cv-03885     Page 2

**ORDERED** that in the event of a conflict between this Order and the Federal Rules of Civil Procedure and/or the Local Civil Rules of the District Court for the District of New Jersey, this Order shall govern.

          /s/ Leo M. Gordon
          Leo M. Gordon, Judge
          U.S. Court of International Trade
          (sitting by designation in the District of New Jersey)

Dated: February 4, 2025
      Newark, New Jersey