# NAGEL RICE, LLP

COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
DIANE E. SAMMONS
LORI I. MAYER
RANDEE M. MATLOFF
ANDREW L. O'CONNOR
GREG M. KOHN
SUSAN F. CONNORS*
BRADLEY L. RICE
MICHAEL J. PARAGANO

HARRY A. MARGOLIS
1928-2002

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
WWW.NAGELRICE.COM

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465

PLEASE REPLY TO
ROSELAND OFFICE

ANDREW I. PEPPER
CHRISTOPHER G. LOBOZZO
ANDREW J. NEES

SENIOR COUNSEL
S.M. CHRIS FRANZBLAU

*CERTIFIED BY THE SUPREME COURT OF
 NEW JERSEY AS A CIVIL TRIAL ATTORNEY
 MEMBER OF NJ & NY BARS
 MEMBER OF NJ, NY & DC BARS

February 7, 2025

*Via E-filing*
Honorable Leo M. Gordon
US Court of International Trade
(Sitting by designation in the
District of New Jersey)
50 Walnut Street
Newark, NJ  07102

    Re:  *State of New Jersey v. U.S. Dep't of Transp., et al.*
         <u>Civil Action No.: 2:23-cv-3885</u>

Dear Judge Gordon:

On behalf of the Sokolich plaintiffs we support and adopt the arguments set forth by the State of New Jersey in its February 7, 2025 Opposition to the FHWA's Remand Decision and Comments Responding to the FHWA's Notice and Supplemental Memorandum.

                        Respectfully,

                        *Bruce H. Nagel*
                        BRUCE H. NAGEL

cc:  All counsel of record (via ECF)