**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

STATE OF NEW JERSEY,

       Plaintiff,

          v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, et al.,

       Defendants,

        and

METROPOLITAN TRANSPORTATION
AUTHORITY, et al.,

       Defendant-Intervenors.

Before: Leo M. Gordon, Judge

Court No. 2:23-cv-03885

**ORDER**

Presently pending before the court is a proposed Order to Show Cause, ECF No. 230, for why the Defendant-Intervenors should not be permitted to file their opposition to Plaintiff's motion to supplement the Complaint, ECF No. 227, until after the court has adjudicated challenges to the results of the court-ordered remand, ECF No. 218. Upon consideration of Defendant-Intervenors' motion, and all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that the Defendant-Intervenors' motion is granted in part; it is further

**ORDERED** that the time for submission of an opposition to Plaintiff's motion to supplement the Complaint is stayed pending disposition of Defendant-Intervenors' Order to Show Cause; it is further

Court No. 2:23-cv-03885                                                                  Page 2

      **ORDERED** that any response shall be filed by 5:00 PM on Friday, February 21, 2025 to file a response to Defendant-Intervenors' Order to Show Cause; it is further

      **ORDERED** that no reply shall be permitted as to any response to the Order to Show Cause; and it is further

      **ORDERED** that oral argument, if any, will be set on a date and time agreed upon by the parties and the court.


                        /s/ Leo M. Gordon
                        Leo M. Gordon, Judge
                        U.S. Court of International Trade
                        (sitting by designation in the District of New Jersey)


Dated: February 11, 2025
       Newark, New Jersey