# SIVE | PAGET | RIESEL

<div align="right">
DAN CHOROST<br>
DIRECT DIAL: 646.378.7207<br>
DCHOROST@SPRLAW.COM
</div>

February 19, 2025

**VIA ECF**

The Honorable Leo M. Gordon
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re:   *State of New Jersey v. U.S. Dep't of Transp., et al.*, No. 23-cv-03885 (LMG) (LDW)
      *Sokolich et al. v. U.S. Dep't of Transp., et al.*, No. 23-cv-21728 (LMG) (LDW)

Dear Judge Gordon,

On behalf of Intervenor-Defendants the Metropolitan Transportation Authority ("MTA") and the Triborough Bridge and Tunnel Authority ("TBTA"), we write to inform you that the U.S. Secretary of Transportation has written today to Governor Kathy Hochul purporting to rescind the Federal Highway Administration's ("FHWA") approval of the Central Business District Tolling Program (i.e., the Congestion Pricing Program) and to terminate the Value Pricing Pilot Program Agreement ("VPPP Agreement") between FHWA and the Project Sponsors (the New York State Department of Transportation, TBTA, and the New York City Department of Transportation). A copy of the letter is attached.

The MTA and TBTA today commenced an action challenging the purported rescission of approval for the Congestion Pricing Program and rescission of the VPPP Agreement in the U.S. District Court for the Southern District of New York. A copy of the Complaint is attached for your convenience.

<div style="margin-left: 50%;">

Sincerely,

*/s/ Daniel Chorost*
Daniel Chorost
Mark A. Chertok*
Elizabeth Knauer*
John F. Nelson*
SIVE, PAGET & RIESEL, P.C.
560 Lexington Avenue, 15th Floor
New York, NY 10022
(212) 421-2150
dchorost@sprlaw.com
mchertok@sprlaw.com

</div>

The Honorable Leo M. Gordon
February 19, 2025
Page 2 of 2

                                      eknauer@sprlaw.com
                                      jnelson@sprlaw.com

                                      */s/ Roberta A. Kaplan*
                                      Roberta A. Kaplan*
                                      D. Brandon Trice *
                                      KAPLAN MARTIN LLP
                                      1133 Avenue of the Americas
                                      Suite 1500
                                      New York, NY 10036
                                      (212) 316-9500
                                      rkaplan@kaplanmartin.com
                                      btrice@kaplanmartin.com

                                      *Counsel for Intervenor-Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*

                                      **Admitted pro hac vice*