UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*, <br><br> *Defendant-Intervenors*. | No. 23-3885 (LMG-LDW) |

**[PROPOSED] ORDER**

THIS MATTER is before the Court on the Motion of Defendants the U.S. Department of Transportation, the Federal Highway Administration ("FHWA"), Gloria M. Shepherd, in her official capacity as Acting Administrator of FHWA, and Richard J. Marquis, in his official capacity as Division Administrator of the New York Division of FHWA ("Defendants") to Stay Proceedings ("Motion"). The Court, having considered the motion and brief filed in support thereof, any opposition, and finding good cause, hereby:

1. GRANTS Defendants' Motion to Stay Proceedings and stays this matter until after entry of final judgment in *Metro. Transpo. Auth. v. Duffy*, 1:25-cv-1413 (S.D.N.Y.) ("*Duffy*");

2. Directs the Parties to provide the Court with an update on the proceedings in *Duffy* every sixty days until the conclusion of that case; and

3. Orders the Parties to file a status report proposing a schedule for further proceedings in this matter within 14 days of entry of final judgment in *Duffy*.

DATED this ___ day of _____, 2025.

_____

United States District Judge