**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*, <br><br> *Defendant-Intervenors*. | No. 23-3885 (LMG-LDW) |

**NOTICE OF MOTION FOR EXTENSION OF TIME**

**PLEASE TAKE NOTICE** that Defendants,[1] by and through their counsel, the Department of Justice, will move before the Honorable Leo M. Gordon, on April 7, 2025, or on such date as the Court orders, for an Order pursuant to Fed. R. Civ. P. 7(b) and Local Civil Rule 6.1(a) extending Defendants' time to file responsive comments on remand until resolution of Defendants' Motion to Stay (filed February 25, 2025).  *See* ECF Nos. 226, 238.

**PLEASE TAKE FURTHER NOTICE** that Defendants will rely on the attached memorandum of law to support its Motion for an Extension of Time.

---

[1] Defendants are the U.S. Department of Transportation, the Federal Highway Administration ("FHWA"), Gloria M. Shepherd, in her official capacity as Acting Deputy Administrator of FHWA (automatically substituted for Shailen Bhatt under Fed. R. Civ. P. 25(d)), and Richard J. Marquis, in his official capacity as Division Administrator of the New York Division of FHWA.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Rule 7.1(e), a Proposed Order Granting Defendants' Motion to Stay Proceedings is attached hereto.

Respectfully submitted this 27th day of February 2025,

> LISA LYNNE RUSSELL
> Deputy Assistant Attorney General
> United States Department of Justice
> Environment & Natural Resources Division
>
> */s/ GREGORY M. CUMMING*
> GREGORY M. CUMMING
> Senior Attorney
> SHARI HOWARD
> SAMANTHA G. PELTZ
> Trial Attorneys
> Environment & Natural Resources Division
> 150 M St., N.E.
> Washington, D.C. 20002
> (202) 305-0457 (phone)
> (202) 598-0414 (cell)
> gregory.cumming@usdoj.gov
> shari.howard@usdoj.gov
> samantha.peltz@usdoj.gov
>
> ALEX SILAGI
> Assistant United States Attorney
> District of New Jersey
> United States Attorney's Office
> 970 Broad Street, 7th Floor
> Newark, New Jersey 07102
> 973-353-6001 (phone)
> alex.silagi@usdoj.gov
>
> *Counsel for Defendants*