# SIVE | PAGET | RIESEL

DAN CHOROST
DIRECT DIAL: 646.378.7207
DCHOROST@SPRLAW.COM

March 3, 2025

**VIA ECF**

The Honorable Leo M. Gordon
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re:   *State of New Jersey v. U.S. Dep't of Transp., et al.*, No. 23-cv-03885 (LMG) (LDW)

Dear Judge Gordon,

On behalf of Intervenor-Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority, we write to explain our filing today of an amended brief in support of the Federal Highway Administration's remand submission.

Counsel for Plaintiff State of New Jersey ("New Jersey") wrote to us today demanding that we submit an amended version of Intervenor-Defendants' original brief (ECF 242) because: (1) the single-sentence "Conclusion" section falls on the 24th page; (2) the footnotes are in 10-point font; and (3) pages 18 and 19 inadvertently use 11.5-point instead of 12-point font.

Intervenor-Defendants have followed New Jersey's practice of using 10-point font footnotes dating back to New Jersey's original summary judgment brief (ECF 67-1) without objection, and we did not consider the pro-forma conclusion to be a part of our substantive brief. As noted, the smaller font on two pages was entirely inadvertent. As New Jersey threatened motion practice if these issues were not corrected, Intervenor-Defendants—to avoid unduly burdening the Court with unnecessary motion practice—have filed an amended brief with uniform fonts and the conclusion on the final page of the brief. As New Jersey should have recognized, this required only non-substantive edits.

Intervenor-Defendants will provide a tracked-changes version of the brief indicating the minor changes should the Court request it. For convenience we have also refiled the (unchanged) Declaration of Kevin Willens originally filed with the brief.

The Honorable Leo M. Gordon
March 3, 2025
Page 2 of 2

        Respectfully,

        */s/ Daniel Chorost*
        Daniel Chorost
        Mark A. Chertok*
        Elizabeth Knauer*
        John F. Nelson*
        SIVE, PAGET & RIESEL, P.C.
        560 Lexington Avenue, 15th Floor
        New York, NY 10022
        (212) 421-2150
        dchorost@sprlaw.com
        mchertok@sprlaw.com
        eknauer@sprlaw.com
        jnelson@sprlaw.com

        */s/ Roberta A. Kaplan*
        Roberta A. Kaplan*
        D. Brandon Trice *
        KAPLAN MARTIN LLP
        1133 Avenue of the Americas
        Suite 1500
        New York, NY 10036
        (212) 316-9500
        rkaplan@kaplanmartin.com
        btrice@kaplanmartin.com

*Counsel for Intervenor-Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*

*Admitted pro hac vice