# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, | ) |
| *Plaintiff*, | ) |
| v. | ) No. 23-3885 (LMG-LDW) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) |
| *Defendants*, | ) |
| and | ) |
| METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*, | ) |
| *Defendant-Intervenors*. | ) |

## FEDERAL DEFENDANTS' NOTICE

As requested by the Court during the April 8, 2025 status conference, Federal Defendants provide notice that they withdraw their pending motion for a stay, ECF No. 238.

Respectfully submitted this 15th day of April 2025,

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

        */s/ Gregory M. Cumming*
        GREGORY M. CUMMING
        Senior Attorney
        SHARI HOWARD
        SAMANTHA G. PELTZ
        Trial Attorneys

Environment & Natural Resources Division
150 M St., N.E.
Washington, D.C. 20002
(202) 305-0457 (phone)
gregory.cumming@usdoj.gov
shari.howard@usdoj.gov
samantha.peltz@usdoj.gov

ALEX SILAGI
Assistant United States Attorney
District of New Jersey
United States Attorney's Office
970 Broad Street, 7th Floor
Newark, New Jersey 07102
973-353-6001 (phone)
alex.silagi@usdoj.gov

*Counsel for Defendants*