UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> *Defendants,* <br><br> and <br><br> METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, <br><br> *Intervenor-Defendants*. | Hon. Leo M. Gordon <br><br> Case No. 2:23-cv-03885-LMG-LDW |

**INTERVENOR-DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Intervenor-Defendants, the Metropolitan Transportation Authority ("MTA") and Triborough Bridge and Tunnel Authority ("TBTA"), file this notice to inform the Court that on April 17, 2025 Judge Lewis J. Liman of the U.S. District Court for the Southern District of New York issued an Opinion and Order in four of the related cases pending before him. *Chan v. U.S. Dep't of Transp.*, No. 23 Civ. 10365 (S.D.N.Y); *Mulgrew v. U.S. Dep't of Transp.*, No. 24 Civ. 1644 (S.D.N.Y.); *New Yorkers Against Congestion Pricing Tax v. U.S. Dep't of Transp.*, No. 24 Civ. 367 (S.D.N.Y.); *Trucking Ass'n of N.Y. v. Metro. Transp. Auth.*, No. 24 Civ. 4111 (S.D.N.Y.). *See In re Plum Baby Food Litig.*, 637 F. Supp. 3d 210, 220 n.4 (D.N.J. 2022) (court may take judicial notice of persuasive authority). As relevant here, Section III of the attached Opinion and Order (pp. 53–

1

96) addresses claims brought by the plaintiffs in the *Chan* and *Mulgrew* actions pursuant to the National Environmental Policy Act.

Dated: April 18, 2025

                Respectfully submitted,

                */s/ Daniel Chorost*
Daniel Chorost
Mark A. Chertok*
Elizabeth Knauer*
John F. Nelson*
Phillip Dane Warren*
Amy Cassidy*
SIVE, PAGET & RIESEL, P.C.
560 Lexington Avenue, 15th Floor
New York, NY 10022
(212) 421-2150
dchorost@sprlaw.com
mchertok@sprlaw.com
eknauer@sprlaw.com
jnelson@sprlaw.com
dwarren@sprlaw.com
acassidy@sprlaw.com

*/s/ Roberta A. Kaplan*
Roberta A. Kaplan*
D. Brandon Trice*
KAPLAN MARTIN LLP
1133 Avenue of the Americas
Suite 1500
New York, NY 10036
(212) 316-9500
rkaplan@kaplanmartin.com
btrice@kaplanmartin.com

*Counsel for Intervenor-Defendants, the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*

*\*Admitted pro hac vice*