**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

STATE OF NEW JERSEY,

      Plaintiff,

         v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, et al.,

      Defendants,

       and

METROPOLITAN TRANSPORTATION
AUTHORITY, et al.,

      Defendant-Intervenors.

Before: Leo M. Gordon, Judge

Court No. 2:23-cv-03885

**ORDER**

Upon consideration of Defendant U.S. Department of Transportation's withdrawal of its motion for a stay, ECF No. 249, and all other filings, orders, and proceedings had in this action, it is hereby

**ORDERED** that Defendant is to file on or before Friday, May 30, 2025 its response to Defendant-Intervenor Metropolitan Transportation Authority's Order to Show Cause to Extend Briefing Schedule on Plaintiff's Motion to Supplement the Complaint, ECF No. 230.

/s/ Leo M. Gordon
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: May 9, 2025
     Newark, New Jersey