UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>Defendants,<br><br>and<br><br>METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>Intervenor-Defendants. | Civil Case No. 2:23-cv-03885 |

**PLAINTIFF STATE OF NEW JERSEY'S RESPONSE TO INTERVENOR-DEFENDANTS THE METROPOLITAN TRANSPORTATION AUTHORITY AND TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff State of New Jersey responds to Intervenor-Defendants' Notice of Supplemental Authority (ECF No. 256). The cited case, *Seven County Infrastructure Coalition et al. v. Eagle County, Colorado, et al.*, No. 23-975 (U.S. May 29, 2025), reviewed the adequacy of an extensive Environmental Impact Statement, including its proper consideration of the direct significant impacts of the project, as contrasted with indirect project effects, which need not always be considered. *See* slip op. at 7. This case involves the direct impacts that congestion pricing is

1

having and will continue to have on New Jersey, which Defendants failed to adequately consider and address. As for deference to agency decision-making, that does not mean judicial abdication.

|  |  |
|---|---|
| Dated:  New York, NY<br>June 12, 2025 | By:  */s/ Craig Carpenito*<br>Craig Carpenito (NJ Bar No. 027102000)<br>Jessica Benvenisty (*pro hac vice*)<br>Lauren Myers (*pro hac vice*)<br>Camilla Akbari (*pro hac vice*)<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Tel. (212) 556-2100<br><br>Peter Hsiao (*pro hac vice*)<br>KING & SPALDING LLP<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Tel. (213) 433-4355<br><br>Cynthia AM Stroman (*pro hac vice*)<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW, Suite 900<br>Washington, DC 20006-4704<br>Tel. (202) 737-0500<br><br>*Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court this 12th day of June 2025, to all counsel of record.

Date: June 12, 2025                                     */s/ Craig Carpenito*
                                                                        Craig Carpenito