**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY, | |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., | Before: Leo M. Gordon, Judge |
| Defendants, | Court No. 2:23-cv-03885 |
| and | |
| METROPOLITAN TRANSPORTATION AUTHORITY, et al., | |
| Defendant-Intervenors. | |

**ORDER**

Upon consideration of the application of Defendant-Intervenors Metropolitan Transit Authority and the Triborough Bridge and Tunnel Authority, ECF No. 230, for an order to show cause to extend the briefing schedule on Plaintiff State of New Jersey's motion for leave to supplement the complaint, ECF No. 227; the response in opposition of Plaintiff State of New Jersey, ECF No. 237; the response of Federal Defendants concurring in Defendant-Intervenors' application, ECF No. 255; all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that Defendant-Intervenors' application is granted; and it is further

Court No. 2:23-cv-03885                                                    Page 2

**ORDERED** that briefing on Plaintiff's motion to supplement its complaint is stayed

pending the resolution of the Court's consideration of the remand results, ECF No. 218.


                                        /s/ Leo M. Gordon
                                        Leo M. Gordon, Judge
                                        U.S. Court of International Trade
                                        (sitting by designation in the District of New Jersey)


Dated: July 8, 2025
        Newark, New Jersey