# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>                  Plaintiff,<br><br>-against-<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration,<br><br>                  Defendants,<br><br>and<br><br>METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>                  Intervenor-Defendants. | Civil Case No.<br>2:23-cv-03885-LMG-LDW<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

      PLEASE TAKE NOTICE that the New York Office of King & Spalding LLP, attorneys for Plaintiff, relocated to the following address:

King & Spalding LLP
1290 Avenue of the Americas
14th Floor
New York, NY 10104

      Please update your records accordingly, and direct all future electronic notices, orders, papers and filings in this proceeding be served upon the undersigned at the new office address. All other contact information, including telephone number, fax number and e-mail addresses will remain unchanged.

Dated: October 3, 2025
      New York, New York

KING & SPALDING LLP

By: */s/ Craig Carpenito*
Craig Carpenito (NJ Bar No. 027102000)
Jessica Benvenisty (*pro hac vice*)
Lauren M. Myers (*pro hac vice*)
Camilla Akbari (*pro hac vice*)
1290 Avenue of the Americas
14th Floor
New York, NY 10104
Phone: (212) 556-2100
Fax: (212) 556-2222
ccarpenito@kslaw.com
jbenvenisty@kslaw.com
lmyers@kslaw.com
cakbari@kslaw.com

Peter Hsiao (*pro hac vice*)
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Phone: (213) 433-4355
Fax: (213) 433-4310
phsiao@kslaw.com

Cynthia AM Stroman (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006
Phone: (202) 737-0500
Fax: (202) 626-3737
cstroman@kslaw.com

*Attorneys for Plaintiff*