# NAGEL RICE, LLP

### COUNSELLORS AT LAW

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
WWW.NAGELRICE.COM

———

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465
**PLEASE REPLY TO**
**ROSELAND OFFICE**

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
DIANE E. SAMMONS°
LORI I. MAYER°
ANDREW L. O'CONNOR
GREG M. KOHN°
SUSAN F. CONNORS*
BRADLEY L. RICE°
MICHAEL J. PARAGANO°

HARRY A. MARGOLIS
1928-2002

ANDREW I. PEPPER
MEGHAN C. TARINO
———
SENIOR COUNSEL
S.M. CHRIS FRANZBLAU◊
———
COUNSEL
DAVID DiSABATO
LISA CONSIDINE°

*CERTIFIED BY THE SUPREME COURT OF
 NEW JERSEY AS A CIVIL TRIAL ATTORNEY
°MEMBER OF NJ & NY BARS
◊MEMBER OF NJ, NY & DC BARS

March 24, 2026

*Via E-filing*
**Honorable Leo M. Gordon**
**US Court of International Trade**
**(Sitting by designation in the**
**District of New Jersey)**
**50 Walnut Street**
**Newark, NJ   07102**

> *Re:  State of New Jersey v. U.S. Dep't of Transp., et al.*
> *Civil Action No.: 2:23-cv-3885*

Dear Judge Gordon:

We are counsel to the <u>Sokolich</u> plaintiffs in the pending class action.  The action was stayed and the court granted us leave to appear and argue at the April 3-4, 2024 arguments.  Per Your Honor's opinion at 53, the FWHA and Project Sponsors did not meet its duty to allocate the $155 million mitigation fund and ordered further proceedings on this issue. To date, we are not aware of any action by the FHWA or the Project Sponsors to comply with this court's opinion. In view of same, we respectfully seek leave to file an application to compel the allocation and to vacate the stay which was entered by the court.

Respectfully,

*Bruce H. Nagel*
BRUCE H. NAGEL

BHN/ls
cc:  All counsel of record (via ECF)