**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY, <br><br>      Plaintiff, <br><br>   v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, and RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, <br><br>      Defendants, <br><br>  and <br><br> METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, <br><br>      Defendant-Intervenors. | Civil Case No. 2:23-cv-03885 |

**[PROPOSED] ORDER FOR TEMPORARY STAY**

WHEREAS, Plaintiff State of New Jersey proposed at the Court's status conference on April 13, 2026 to temporarily stay this action for approximately 30 days to allow for settlement discussions between its new administration and senior leadership for the State of New York and its agencies including Defendant-Intervenors in this case;

WHEREAS, New Jersey, New York, and Defendant-Intervenors began the process of initiating additional settlement discussions;

WHEREAS, counsel for New Jersey and counsel for Defendant-Intervenors had an initial settlement discussion on April 24, 2026 and plan for additional discussions;

WHEREAS, New Jersey's request for a temporary stay on April 13, 2026 had no objection from any party;

WHEREAS, any party may seek to modify or extend the period of the stay; and

NOW THEREFORE, the Court, having duly considered New Jersey's request to temporarily stay this action, and without objection from the Defendants or Defendant-Intervenors, finds good cause to stay this action to facilitate settlement discussions.

Accordingly, **IT IS HEREBY ORDERED** that:

1.  A continued status conference is set for _____, 2026.

2.  This case is stayed until the date of the continued status conference.

3.  Plaintiff is ordered to file and serve a status report on all parties by

     _____, 2026.


IT IS SO **ORDERED**.

Dated:  April ___, 2026


_____
Senior Judge Leo M. Gordon
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)