**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| STATE OF NEW JERSEY, | |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., | Before: Leo M. Gordon, Judge |
| Defendants, | Court No. 2:23-cv-03885 |
| and | |
| METROPOLITAN TRANSPORTATION AUTHORITY, et al., | |
| Defendant-Intervenors. | |

**ORDER**

Upon consideration of Plaintiff State of New Jersey's Proposed Order for Temporary Stay, ECF No. 269, all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that this action is stayed until June 10, 2026; it is further

**ORDERED** that Plaintiff shall provide a status report by 2:00 p.m. on May 13, 2026, May 27, 2026, and June 9, 2026, respectively, with a maximum of five pages, double spaced, in twelve-point font, and with one-inch margins on all sides; and it is further

**ORDERED** that counsel for the parties shall participate in a status conference via Microsoft Teams on June 10, 2026 at 1:30 p.m.

/s/ Leo M. Gordon
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: April 30, 2026
        Newark, New Jersey