**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

STATE OF NEW JERSEY,

      Plaintiff,

      v.

UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,

      Defendants,

      and

METROPOLITAN TRANSPORTATION AUTHORITY, et al.,

      Defendant-Intervenors.

Before: Leo M. Gordon, Judge

Court No. 2:23-cv-03885

**ORDER**

Upon consideration of Plaintiff State of New Jersey's Status Report on June 9, 2026, all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that the stay of proceedings in this action is extended from June 10, 2026 to August 14, 2026; it is further

**ORDERED** that Plaintiff shall provide a status report by 2:00 p.m. on June 24, 2026, July 8, 2026, July 22, 2026, August 5, 2026 and August 13, 2026, respectively, with a maximum of five pages, double spaced, in twelve-point font, and with one-inch margins on all sides; and it is further

**ORDERED** that counsel for the parties shall participate in a status conference via Microsoft Teams on August 14, 2026 at 1:30 p.m.

/s/ Leo M. Gordon
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: June 10, 2026
      Newark, New Jersey