NAGEL RICE, LLP

COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
DIANE E. SAMMONS°
LORI I. MAYER°
ANDREW L. O'CONNOR
GREG M. KOHN°
SUSAN F. CONNORS*
BRADLEY L. RICE°
MICHAEL J. PARAGANO°

HARRY A. MARGOLIS
1928-2002

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
WWW.NAGELRICE.COM

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465
PLEASE REPLY TO
ROSELAND OFFICE

ANDREW I. PEPPER
MEGHAN C. TARINO

SENIOR COUNSEL
S.M. CHRIS FRANZBLAU◊

COUNSEL
DAVID DiSABATO
LISA CONSIDINE°

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
°MEMBER OF NJ & NY BARS
◊ MEMBER OF NJ, NY & DC BARS

October 9, 2026

***Via E-filing***
**Honorable Leo M. Gordon**
**US Court of International Trade**
**(Sitting by designation in the**
**District of New Jersey)**
**50 Walnut Street**
**Newark, NJ 07102**

***Re: State of New Jersey v. U.S. Dep't of Transp., et al.***
***Civil Action No.: 2:23-cv-3885***

**Dear Judge Gordon:**

**Following the conference held on Tuesday, October 6, 2026, counsel for the State of New Jersey and I had discussions per Your Honor's suggestion. We respectfully request that Your Honor set a conference with the two of us to discuss certain settlement issues that have arisen.**

**Respectfully,**

*Bruce H. Nagel*
**BRUCE H. NAGEL**

**BHN/ls**

**cc: All counsel of record (via ECF)**